# Exhibit 2

**(to be provided in Court based on non-disclosure agreement)**