March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| AIDAluna | 09.13.2017 | Observation | 1 | ECP Section IX.B.2 | While comparing a sample of seals with the documentation found two seals in close proximity of each other that were "switched". The documentation for the seals was corrected to indicate the correct seal number to the correct location. | The Root Cause Analysis indicated heedlessness due to large number of seals being placed and the close proximity of these two specific seals. The critical valve log was rectified with stamp and signature before the end of the audit. | Completed |
| | | | 2 | ECP Section VIII.B.2.o | Three open aft decks had no signage regarding MARPOL or that throwing trash overboard was forbidden. New signs were placed on each deck by the end of the day. | The Root Cause Analysis indicated the requirement of where to place the MARPOL placards was not fully understood. New signs were placed on each deck by the end of the day when the issue was noticed. | Completed |
| | | | 3 | ECP Section VIII.B.2.f | Reviewed the work hours of the crew and completed a visual walk around of the vessel. Reviewing the work hours it was noted that there was 150 work hour violations in the past three days. Despite the violations, the vessel appeared to be in good order and the crew in good spirits. | Thorough analysis of the 150 events was carried out by HR and actions assessed accordingly. | Completed |
| Carnival Elation | 7.29.2017 | Non-Conformity | 1 | ECP Section IX.H.2 | The valves used for taking samples prior to the three-way discharge valve on both OWS did not have an ECS seal fitted as per the ECP. | The Root Cause for this finding is due to a misunderstanding of which valves on the OWS's should be controlled. The original Critical Connection Vulnerability Assessment failed to identify this valve as vulnerable. Elation installed the control measure by means OF a metal box with a dedicated lock covering the sample valve. Instead of a dedicated lock it was determined that a seal is a better measure to control. Ensured valves used for physically taking visual samples on the discharge side of all OWS are identified as potentially vulnerable. | Completed |
| | | | 2 | ECP Section VIII.B.2.h | Seals not properly securing fittings in several areas and systems. Fittings may be removed to allow access to piping system without breaking the seals. This is prevalent throughout this vessel. A follow up review of end caps, quick disconnect, or other threaded fittings on ECP covered systems second to ensure fittings cannot be removed without breaking seal. | Root Cause Analysis indicated lack of oversight in original VA with no guidance provided on the application of seals. Review all connections controlled by seals, paying particular attention to quick connections, and ensured seals are correctly applied to control the use of each vulnerable connection. Develop a best practice guidance document visually showing correct application of seals. Fleet-wide review to ensure all seals are correctly applied. Fleet-wide update of photos in the vulnerability assessment reports showing the correct application of seals as part of the effectiveness verification process by Lloyds. Register with the planned completion date of 30-April-2018. | Completed |
| | | | 3 | ECP Section VIII.B.2.h | Temporary and/or improper repairs to Pulper overboard inductor. Provides access to systems that should be sealed under the Environmental Control System. | Root Cause Analysis indicated improper repair methodology. Leaking pipe should have been removed and replaced with a new pipe of the same material (not a hose). System to be removed and permanent repairs to be carried out utilizing piping material per original system design. Technical notice will be issued covering best practices and lessons learned for conducting repairs on ECP related equipment. | Completed |
| | | | 4 | ECP Section VIII.B.2.h | Temporary and/or improper repairs to Grey Water Grease Tank. Provides access to systems that should be sealed under the Environmental Control System. | Root Cause Analysis indicated grey water grease tank was not identified during the initial vulnerability assessment. A secondary root cause may include either the lack of a repair procedure or not following a repair procedure correctly. A secondary root cause may include either the lack of a repair procedure or not following a repair procedure correctly. System to be removed and permanent repairs to be carried out utilizing piping material per original system design. Grey water grease tank to be identified as a potentially vulnerable system as part of the Lloyds vulnerability assessment effectiveness verification. Issued technical notice covering best practices and lessons learned for conducting repairs on ECP related equipment. | Completed |
| | | | 1 | ECP Section VIII.B.2.v | Vessel was issued a deficiency by the US Coast Guard for alarms on (1) Oil Content Meter. The vessel took corrective action. However, deficiency and/or corrective action in the vessel's HESS, EMS, or Info-Ship system. No internal documentation generated to record track or disseminate the situation. Upon further investigation, it was determined a system for recording and or tracking externally-issued deficiencies, non-conformities or conditions of class, and their resulting corrective/preventive actions is not in place. Unlike self-reported incidents and accidents or internal audit findings, items issued by the authorities rely solely on the tracking system of the authorities. Emails and other documents highlighting the actions taken often exist; however, an internal "Corrective Action Report" summarizing the situation is not in place. | Root Cause Analysis indicated The USCG closed the finding Aug. 17, 2017, after receipt of the TMS report and the RO ("Recognized Organization") letter of explanation. USCG accepted resolution and closed the finding July 10, 2017. The USCG PSC report clearing the finding was attached to the finding within the company designated tracking platform, the HESS-MS Audit Module, prior to the TPA audit. However, the TMS technician report, along with the RO letter of explanation, was not sent to the Office until 8/23/2017. At that time, the TMS technical report was attached to the finding, while the RO (LR) letter was attached 9/25/2017. Shipboard Engineers must have a thorough understanding of the Oil Content Meter testing/alarm parameters so that they can be properly explained to the Third Party Auditors. Ship Manager must ensure that when requested, they provide all pertinent documents for proper tracking. | Completed |
| | | | 2 | ECP Section VIII.B.2.a | Bilge, grey water and black water piping found with temporary (class approved) repairs to control leaking into bilge. Replacement of piping planned in upcoming dry dock. New piping must be labeled properly in accordance with company policy, with direction of flow to aid crew and future audits. | Root Cause Analysis indicated a lack of awareness. All piping subject to COC and other waste pipes were replaced during Dry Dock. Proper coating, painting, and labeling will be done as soon as systems are handed over from yard/contractor to Shipboard personnel. | Completed |
| | | | 3 | ECP Section VIII.B.2.h | Presently Grey Water system fitted with 2 remote valves and one manual valve at the side shell in 13 different locations throughout the machinery spaces. Several manual valves were observed not being locked or sealed. Remote valves controlled in ECR but on an open system. Initial assessment did not consider this arrangement as a vulnerability. Discharge overboard "could be" conducted without knowledge of senior staff, or logged in engine logs. | Root Cause Analysis indicated the arrangement was not considered during VA and no risk assessment completed. The fleet was informed about this observation for feedback to assist with the risk assessment. As a following step, a risk assessment will be carried out and based on the result, action taken accordingly. | Completed |
| | | | 4 | ECP Section VIII.B.2.e | During a review of the list of critical spare parts, it was verified that procedures were being followed regarding maintaining minimum stock levels on board. However, it was noted there were three orders that were 2 weeks past due on the estimated delivery date. Further questioning revealed there was a process for shoreside personnel, including ship manager, purchasing department and other senior personnel, to be notified of the overdue delivery and for contacting the supplier for updates. There was no method of providing feedback to the ship on the new estimated delivery dates. | Root Cause Analysis indicated no method for providing feedback to the ship on revised delivery date status for purchase orders. Estimated delivery dates are subject to variation from actual delivery dates. The parts status report in InfoShip has been updated to "flag" orders at risk of becoming past due. This will facilitate order status follow up with the supplier and/or logistics provider. An alert will be created in InfoShip to flag orders at risk of becoming overdue. This "flag" will be visible to shipboard and shore side personnel, including ship manager and purchasing department, to enable the timely action of contacting the supplier for order status updates. | Completed |
| | | | 5 | ECP Section VIII.B.2.b.ii | Several sections of Greywater piping replaced with plastic piping without Class acceptance. When replacing steel pipe with plastic, Class acceptance should be obtained prior to commencing repairs or it might result in a violation of Class Rules. | Root Cause Analysis indicated that in the past year, most of the ship's nonessential water systems have been repaired/replaced with piping other than metal in order to improve systems reliability and reduce maintenance. All installed piping has always been done with type approved products and without alteration to the system functionality. In this case, shipboard personnel thought to carry out the maintenance with Type Approved materials as done in the past. As Ship was scheduled for Dry Dock from August 28th to September 29th, those pipes were renewed as per ship specification, will then go back to original standard and no further Class approval would be needed. Vessel will make sure that materials used are type approved and that all regulation have been observed. Repair and replacement of piping planned for next dry dock. | Completed |
| | | | 6 | ECP Section VIII.B.2.g | Procedures were in place and being followed. Record keeping appear accurate, however the receipts provided from the garbage disposal company in the Bahamas was general in nature and referred to dumpster size not content or amount. Disposal records and landing documents were broken down properly into type and amount, but it was difficult to a complete a proper comparison across all documents for any one landing of Garbage or Hazmat. The amounts (Codes, pallets, gallons, etc.) on the disposal forms should match landing forms and receipts for easier and more accurate comparisons to eliminate possible mistakes or deception. A form should be developed for each region and/or itinerary as needed to ensure accuracy. | Root Cause Analysis indicated vendor does not provide itemized receipts and there is no MARPOL standard garbage receipt. Ship to verify the Waste Offload Tracking Form is correct from the ship side. Pilot taking photographs as evidence of the offloads of garbage to dumpsters to verify if additional visuals are beneficial. Engage waste vendor and request to update receipts to include more detailed information, i.e. volume, on the Biomedical Waste Manifest. Receipt will be updated to include waste type and quantity. | Completed |
| | | Observation | 7 | ECP Section VIII.B.2.g | Garbage room found clean and orderly. Proper safety or environmental instructions were not posted in vicinity of garbage room equipment (Incinerator Hoppers, Crushers and Binders, etc.) including pulpers located in provision areas and galleys. Polices and instructions not readily available to garbage handling team. Reviewing EO Records and bridge reporting were found to be proper, hand generated rough logs were being maintained by the operating crew with no verification or signatures of who made entries. | Root Cause Analysis indicated that verification signatures are not required by current HESS MS procedures. No fleet "standard" signage available. No fleet wide "standard" logs in place to be used in the garbage room. Proper safety or environmental instructions were not posted in vicinity of garbage room equipment (Incinerator Hoppers, Crushers, Binders, etc.) including pulpers located in provision areas and galleys. ENV/OHS Working Group to determine need for revised procedure developing simplified, equipment-specific safety/environmental operating instructions for garbage equipment. Policies and instructions not readily available to garbage handling team. As per requirements of ENV-1301 - A20 (CCL Tier III), MARPOL signage to be posted in required areas. This is a CCL Tier III procedure for posting MARPOL signage. Although EO records and bridge reporting were found to be proper, hand generated rough logs were being maintained by the operating crew with no verification or signatures of who made entries. All handwritten logs will be evaluated. If it is determined that the logs are necessary, then they will be standardized fleet wide. If determined that they are not necessary, then these logs will be discontinued. Once working group has created related instructions, all of these need to be incorporated to existing procedures fleet wide. Evaluate if any additional signage are required to be posted. If yes, then these additional requirements must be applied to procedures fleet wide. Apply any revision to procedures fleet wide. | Completed |

Status Report on Behalf of Princess Cruise Lines, Ltd. – Case No. 16-cr-20897-PAS

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. – TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| | | | 8 | ECP Section IX.I.2 | All portable pumps have been tagged with control numbers and locked in storage area in accordance with ECP with the exception of pump #11 which was found tagged and locked in place under the deck plates in the technical water compartment in close proximity to the bilge well and piping to grey water tank #MI. Crew stated and examination of piping confirmed that bilge well did not have any connection to the bilge piping and the portable pump was used to transfer to the adjacent well within the same compartment. Although procedures were being followed and the use of the pump logged, it was chained and locked to the stanchion in a manner that did not prevent the use of the pump without being unlocked. Pump was moved and locked in the same storage location as other pumps. | Root Cause Analysis indicated the procedure was not fully understood. The intent and reason why portable pumps must be secured was not fully understood, and therefore, requirement was applied ineffectively. Pump was relocated to main secured storage location. Fleet wide notice will be sent out to reinforce the need to efficiently control these portable pumps. | Completed |
| | | | 9 | ECP Section VIII.B.2.j | Paint locker inventory properly maintained. However, paint locker is very small and does not have enough room for proper storage or control of inventory. Open/Uno pen cans are mixed in the inventory and there is no room for opening, stirring or working with the paint within the space. Proper records and procedures for disposal of paint are being followed. | Root Cause Analysis indicated no control of inventory and poor housekeeping of the paint locker. Oversight appears to be inadequate. Ship to clear out paint stored, dispose of old, unnecessary paint, and all open dry paint cans as per Garbage Management Plan. Preventive Action Plan is to keep good inventory control, mix paint in the area where the work will be conducted, and use containment in case of paint spill. CMS notice sent out to entire fleet highlighting the importance of proper upkeep of the paint locker. | Completed |
| | | | 10 | ECP Section VIII.B.2.r | Although procedures appear to be followed and the Chief keeps seals locked in desk, A review of the seal log (ENV-1204-A1-revision 5 dated 21 Apr 2017) revealed a signature in no position in the log when the Chief Engineer and EO issues a new seal, or the Chief Engineer has confirmed that a broken seal or one that has been removed has been satisfactorily replaced. Although, the seals are in a lock box in the Chief's Office, a signature space should be included for the EO/Chief Engineer to indicate they have reviewed the log and confirmed the replacement seal was installed. | Root Cause Analysis indicated the procedure was not clear and had to be clarified. A revision request for the ENV-1204 A1 log to be created. In the suggested revision, space has been created for EO or Chief Engineer to sign and confirm the replacement seal has been installed as per audit report. Note responsibility of both EO and CE in ENV 1204 2.2.4, "The Chief Engineer must ensure the fitting is restored to its normal position, a new seal is applied…" The EO must verify that the seal is replaced. The proposed revision to ENV 1204 A1 Critical Valves, Fittings, and Tank Hatches Seal Log. | Completed |
| | | | 11 | ECP Section IX.B.1 | Six (6) blank flanges found in the sludge and bilge pump cross-over piping systems. Flanges are presently blanked with welded tabs in compliance with ECP. However, this makes the system vulnerable to future manipulation by simply removing tabs and reconnecting flanges. Recommend, piping not in use be removed. | Root Cause Analysis indicated system controls are in compliance with ECP as stated by the TPA in the observation. Consequently, there is no deficiency in need of corrective action. Nonetheless, CCL has noted the observation and investigated if further action is required. Upon further investigation, CCL's conclusion is that no further modification is required at this time. | Completed |
| | | | 12 | ECP Section VIII.B.2.t | Transfer Procedures and checklist required to be posted in Bunker Station not prominently posted (in book in plastic bag stuff up behind controls). Diagrams and instructions posted, but faded and difficult to read. Piping not color coded in accordance to company polices, labels on flanges not readable. | Root Cause Analysis indicated procedures were not followed by ship staff. Bunker with transfer procedures to be placed in a prominent location where there is easy access. New procedure to be posted if faded. Color coding as per ISO 14726 to be incorporated in procedure developed and implemented. CMS notice to be sent out to entire fleet highlighting the importance of proper upkeep of bunker station documentation and color coding. | Completed |
| | | | 13 | ECP Section VIII.B.2.t | During testing of transfer pumps emergency stops it was noted that Emergency Stops only work if pumps are in "remote mode" on engine room panel. Instructions or warning about Emergency Stops not posted on panel for bunker room. Crew has marked up panel causing further confusion. | Root Cause Analysis indicated no procedures exist to address this. There are no known specific requirements for signage. Nonetheless, the observation is noted as an opportunity to improve the system. Instructions about Emergency Stops have been posted on panel located in the bunker room. In addition, instructions have been added next to the pump local operation panel. Instructions about Emergency Stops have been posted on panel located in the bunker room. Instructions have also been added next to the pump local operation panel. | Completed |
| | | | 14 | ECP Section VIII.B.2.t | Procedure for fueling lifeboats/tenders not posted and are controlled by the bridge team, whereas all other responsibilities for bunker stations and transfers fall to the EO and Engineering department. At present vessel, does not refuel lifeboats alongside, but in cradle and does not conduct tender operations. | Root Cause Analysis indicated a lack of oversight. MAR-1401 - Passenger Tendering Operations (Boat Ports) bunkering instructions will be posted at the ship bunkering stations and a fleet wide notification of compliance with MAR 1401 Tender Bunkering procedures will be issued. The Deck and Safety department will conduct a fleet-wide assessment of lifeboats bunkering practices and will determine the need for posting bunkering instructions. Conclusions from this assessment will be communicated to the fleet with instructions for corrective and preventive actions as appropriate. | Completed |
| | | | 15 | ECP Section VIII.B.2.v | Upon review of past environmental incident reports, it appears that procedures were followed . However, it was noted the 'Preventive Action Taken' listed in the report was more corrective in nature and did not serve to prevent future incidents from occurring. To effectively determine preventative actions, a causal analysis of the incident should be carried out. It appears the crew's knowledge to conduct causal analysis and to determine preventative actions needs strengthening. | Root Cause Analysis indicated a lack of awareness on how to conduct root cause analysis. The senior leaders on board Elation have been approached, and basic rules of conducting a root cause analysis have been discussed. When applicable, the future incident reports will be more accurate and with a correct scientific approach. | Completed |
| Carnival Inspiration | 10.20.2017 | Non-Conformity | 1 | ECP Section IX.H.4 | Required email report to OLCM on monthly OWS testing not submitted. Objective Evidence: Monthly test of both OWS was carried out on 1 October but no email reporting the test was submitted to the shore side as required by the ECP and company guidance. | Root Cause Analysis indicated a lack of oversight. The notification was immediately sent to OLCM during the audit. Chief Engineer will be called for an office visit for counseling on his responsibility regarding the subject. Chief Engineer to present lessons learned and corrective actions in upcoming senior officer conference. | Completed |
| | | | 2 | ECP Section V.B | Critical Spare Parts for Environmental Equipment not maintained to required levels, orders overdue without follow up. The following equipment item on the Critical Part List fell below required level. Vessel has been receiving daily emails that are generated automatically from the InfoShip software that alert them when critical items fall below a minimum required level. Daily emails are generated automatically from the InfoShip software that alert them when critical items fall below a minimum required level, but no action from the Chief Engineer is noted. | Ship Manager followed up with purchasing department through the assigned ECP agent and rushed vessel for delivery. A weekly report will be set up to Chief Engineers and Ship Managers outlining the following details: a) stock reaching re-order point level and inventory at or below pre-defined minimum level. This report also to be sent to the appointed purchasing agent; b) spare parts with overdue delivery dates. | Completed |
| | | | 3 | ECP Section IX.L | Preventive Maintenance not properly recorded in Maintenance System (Info Ship). Maintenance for purifiers scheduled semi-annually rather than by operating hours. Crew is tracking hours of purifiers on separate spread sheet, thus system cannot alert Chief Engineer or Crew when maintenance is required or overdue. | Root Cause Analysis indicated existing PMS currently is not configured to take into consideration running hours of the equipment. Ship instructed to follow running hours maintenance system by alternative means (excel spreadsheet). Inventory controller will log running hours of purifiers every 14 days and log in Infoship. Date of PMS will be triggered by counter (hours) or calendar time, whichever comes first. | Completed |
| | | | 4 | ECP Section VIII.B.2.e | Warsila-Sentec OWS overdue for 24-month Maintenance. According to Info Ship database, due date for OWS maintenance was 21 Jul-2017. Request for Service Technician was place 08 Aug-2017, approved 29 Aug-2017 with no completion of the schedule OWS 24-month maintenance item. | Root Cause Analysis indicated a lack of oversight from shipboard appointed personnel. Requisition for parts and service not issued on time. Service engineer scheduled for attendance to perform the maintenance. Chief engineer shall monthly from Infoship print out list all PM tasks that will become due in coming 6 months (all ECP related systems) and schedule inspections, service and maintenance accordingly. Chief shall agree on the action plan with Ship Manager, who will ultimately make sure service and parts are available before maintenance expiration. The Chief Engineer together with the Ship Manager are responsible to ensure there will be no PMS postponement (exceptional cases will need fleet director approval). Handover between chief engineer to include all ECP related upcoming planned maintenance, mentioning the related order numbers. A fleet wide CMS covering above items 1, 2, and 3 will be sent out by Kevin Blake. The Chief Engineers shall confirm compliance by 11/15/2017. Chief Engineers (LaRocca and Cuadiero) will be called for an office visit for counseling on responsibility to adhere to ECP requirements and PMS schedule. The Chief Engineers shall in upcoming Senior Officer Conference present lessons learned and corrective actions based on the audit finding in question. The Chief Engineers will be sent to Almere to attend EO course at first instance. | Completed |
| | | | 5 | ECP Section IX.D | Unidentified or unsecured vulnerability. Grey water injector for food waste water press tank did not have an ECS seal or other control measure in place to prevent access to the system which discharges directly overboard. | Root Cause Analysis indicated a lack of following procedure ENV 1204. The unsecured vulnerability in question was identified by RINA in May 2017 and verified by Lloyd's early October 2017. However, on this ship, the critical valve log (ENV 1204 A1) had not been updated to include the vulnerable connection in question. According to the procedure, the critical valve log ENV 1204 A1 shall be established and maintained by the Chief Engineer who will ensure the ENV 1204 A1 log is aligned with the ship's vulnerability assessment. A lock was immediately placed on the connection. This connection was added to ENV 1204 A1 list and lock log and key is controlled in the ECR by the EOO. (Completed during the audit). A fleet wide CMS notice will be sent out requiring the chief engineers and EOs to confirm that the ENV 1204 A1 log has been updated to include all identified vulnerable connections and method of control (weld, lock or seal). The Chief engineers shall confirm compliance by 11/15/2017. A vulnerability assessment procedure with actions assigned to the chief engineers and identified officer personnel in charge of vulnerability assessment and control. The protocol will highlight the role of the EO to verify compliance. Chief Engineers (LaRocca and Cuadiero) will be called for an office visit for counseling on responsibility to adhere to ECP requirements and Vulnerability assessment and control. The Chief Engineers shall in upcoming Senior Officer Conference present lessons learned and corrective actions based on the audit finding in question. The Chief Engineers will be sent to Almere to attend EO course at first instance. | In Progress |
| | | | 6 | ECP Section VIII.B.2.i.iii | Engineering Crew was unable accurately determine double bottom tank levels. Tank capacity tables for the water ballast tanks used by engineering crew were out of date. They have never been updated after some of the double bottom ballast tanks were split when approved by class. Sounding tape used was damaged and not accurate until a new sounding tape was obtained. It was determined that three (3) automatic level sensors were found to be out of calibration. | Root Cause Analysis indicated a lack of oversight by ship staff. Updated copy of tank capacity table will be used by the engineering crew. New sounding tape was obtained and is being used. The 3 automatic level sensors will be calibrated. Fleet wide notice will be sent out to ensure that all vessels in the fleet are using correct and up to date sounding tables and sounding tapes used are in proper condition. The notice will also reinforce the need to calibrate automatic level sensors and incorporate into PMS if not done yet. | In Progress |

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897-PAS
March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| | | | 7 | ECP Section VIII.B.2.t | Drawings, plans and procedures in bunker stations outdated. Emergency response plan detailing pollution response instructions was not the current plan. Diesel oil transfer and other drawings were printed on regular sized paper rendering them unreadable. | Root Cause Analysis indicated a lack of oversight. Plans, drawings and procedures were updated during the audit. A CMS notice will be sent out outlining the requirements of monthly booklet updates with appropriate drawings and plans. Chief Engineers (LaRocca and Caudiero) will be called for an office visit for counseling on responsibility to adhere to ECP requirements and requirements on drawings, procedures and plans. The Chief Engineers shall in upcoming Senior Officer Conference present lessons learned and corrective actions based on the audit finding in question. | Completed |
| | | | 8 | ECP Section VIII.B.2.t | Piping and valves in bunkers station not properly color coded or labeled. Many of the discharge pipes and valves in both bunker stations have had the color coding and labeling painted over or is illegible. | Root Cause Analysis indicated a lack of oversight. Color pipes and identification marks updated during the audit. A CMS notice will be sent out outlining the requirements of color coding the bunker station piping. Chief Engineers (LaRocca and Caudiero) will be called for an office visit for counseling on responsibility to adhere to ECP requirements and requirements on labeling and color coding of piping. The Chief Engineers shall in upcoming Senior Officer Conference present lessons learned and corrective actions based on the audit finding in question. | Completed |
| | | | 9 | ECP Section IX.G | Sample Points selected for compliance with the ECP Sampling Program were not in accordance with the ECP or Company Sampling Protocol. ECP Sampling Plan did not properly include samples points for grey water and black water discharge samples and sampling points had to be added during audit. | Root Cause Analysis indicated sampling protocol used by TPA was different from that used by the Company. Company protocol was used in previous audits. Sampling points for grey and black water discharge samples were installed during the audit. All samples were taken as per requirements of ECP. The Company sampling protocol was revised and streamlined based on the TPA sampling protocol. This finalized sampling protocol will be uploaded unto the HESS platform. Vessels will be instructed to comply accordingly. | Completed |
| | | Observation | 1 | ECP Section VIII.B.2.i | Record Keeping not at par levels. Documentation, checklists, and other records were found to be of a lesser quality. For example, during the testing of the OWS there was no evidence of a startup checklist being used to ensure that piping for these pieces of equipment were properly lined up, permission to discharge received, and equipment started in the proper sequence. Additionally, although it was finally determined that all OCM's were properly calibrated, the certificates and inspection documentation was in disarray. One OCM fitted to one of the White boxes had been recently replaced and not properly documented resulting in confusion and several hours before the Chief Engineer could present the proper certificates and documentation. | Root Cause Analysis indicated a documentation oversight. A vulnerability assessment streamlining project was initiated to reduce the number of seals by replacing seals with welds or locks. Once the number of seals have been reduced this will make it easier to identify from a distance where a seal is being used. Once seals have been reduced, the number of pages in the log will be reduced making it easier for the EO to conduct his/her weekly checks. | In Progress |
| | | | 2 | ECP Section IX.B.1 | The vessel is maintaining the seal log with an individual page for each environmental seal location. As there are currently in excess of 300 seals in use, this log is cumbersome to use and should be reviewed in order to identify locations where other means to manage vulnerability may be more suitable than the use of a seal. In addition, there is no means to visually identify, from a distance, where a seal is being utilized. With 300 seals and many in locations that are not readily visible, this makes it difficult for the EO to conduct the weekly checks required under the ECP and company procedures. | Root Cause Analysis indicated a documentation oversight. Startup checklist will be created for the OWS and posted by the equipment. All documentation In Progress and certification related to the OCM were rearranged and placed in dedicated binders. Once startup checklist has been created, this will be posted by the equipment as utilized as needed. EO will conduct more frequent checks of the documentation to ensure that all certificates are updated. | In Progress |
| Carnival Sunshine | 09.06.2017 | Non-Conformity | 1 | ECP Section IX.H.1 | The last 6 inches of the White Box OCM Sample Line is not painted international orange IAW Chapter IX, Section H Paragraph 1. | Root Cause Analysis indicated a lack of oversight of ECP Requirements. Vessel to paint the section of line that was not painted. Third party vendor, Lloyd's attending vessels to verify effectiveness of installations. | Completed |
| | | | 2 | ECP Section VIII.B.2.i.ix | Garbage log was missing an entry in the vessel position column of the Latitude/Longitude for September 1, 2017 entry. The log had been reviewed and signed by the captain. | Root Cause Analysis indicated an oversight of person responsible for making entry, checking and signing each completed page. Coordinates were inserted, page was re-signed and dated by Master. A dedicated meeting with all Bridge Officers and Environmental Officer to discuss this finding and make sure that all entries are made properly in the GRB. | Completed |
| | | | 3 | ECP Section VIII.B.2.r | The 2400 to 2500 series ECS seals were missing. The information received from the Environmental Officer was that the seals were inadvertently used on the ships portable fire extinguishers by the deck department. | Root Cause Analysis indicated seals were not onboard addressed generically to the Deck Department, therefore, utilized for other purposes. All missing seals have been identified and recorded. A list of missing seals is guarded by Chief Engineer. In the future when seals or other sensitive items are sent on board should be addressed exclusively to Captain with specific instructions. | Completed |
| | | Observation | 1 | ECP Section VIII.B.2.i.xii | The record keeping in the garbage handling room for tracking the processed garbage is being done by hand written notes on a clip board by the garbage handler. He in turn will transcribe those notes onto a Vendor Waste Disposal form for presentation to the Environmental Officer for garbage being sent ashore. An error on the form noted 10 containers of oily rags as his notes stated 8 containers. The Garbage Handler notes were not attached to the form when turned over to the Environmental Officer, however, the due diligence of the Environmental Officer took the handwritten Vendor Waste Disposal form and verified the actual garbage that was being sent ashore. The Environmental Officer corrected the error in the final typed Vendor Waste Disposal Form. | Root Cause Analysis indicated as human error. The due diligence of the Environmental Officer took the handwritten vendor waste disposal form and verified the actual garbage that was being sent ashore. The Environmental Officer corrected the error in the final typed vendor waste disposal form. Staff Captain and the Environmental Officer retrained the Environmental Team Leaders in garbage handling and waste disposal. | Completed |
| | | | 2 | ECP Section IX.B.1 | Found that ECS seals were not properly secured. The seals were found loosely placed in a locker with a key lock. After discussion with the Chief Engineer Clemintini, a safe with a combination lock was acquired. The seals are now stored in the safe and the safe is stored in the locker with a key lock. The OWS overboard and sample lines were noted locked closed. The new seals arriving onboard and being misplaced was addressed in the above section. | Root Cause Analysis indicated an underestimation of the importance of strict control as to the location of these seals. A specific safe (combination lock) is now in place, located in a locker in the Engine Office. The key for the locker is located in a safe box with key in possession of the Chief Engineer. This safe box is located in the Engine Office. | Completed |
| Costa Luminosa | 10.18.2017 | Non-Conformity | 1 | ECP Section IV.A.2.b; and HESS: TRG-2310 | Environmental Officer (EO) Professional Development Record (PDR). As per the company procedure, TRG-2310, the master review the EO PDR which has to be completed within 2 weeks after the completion of Environmental Officer handover period. The current Environmental Officer boarded the ship on 09 Sep 2017 and EO handover was completed on 16 September 2017. The EO PDR was commenced on 17 Sep 2017 and completed on 13 October 2017. It was then reviewed by the Captain on October 13, 2017. The PDR did not comply with the two-week requirement. | Root Cause Analysis indicated the Environmental Officer and Chief Engineer realized that two weeks is not sufficient to effectively complete the PDR, and therefore, preferred to allocate more time. The solution will be monitored and next EO will confirm that the PDR occurred within the required time. OLCM will explore possibility to extend PDR completion time with Training and OLCM group. | Completed |
| | | | 2 | ECP Section IV.A.2.j.ii | EO Unannounced machinery space visits. As per the ECP, the EO has to conduct unannounced machinery space visits at least twice per week to observe the operation of the OWS and OCM (when in operation) for a period of time. In the week 30 Sep - 06 Oct, the EO completed one unannounced visit only on 05 Oct. The visit was conducted outside the normal day working hours. | Root Cause Analysis indicated that due to the ongoing visit of the FCE in that particular week, the EO could not perform the second weekly visit. EO will confirm unannounced visits occurred by providing evidence of visits (copies of TEC 1302-F1 log). Specific instruction to use the TEC 1302 F1 form for recording the attendance to be sent to all EOs. | Completed |
| | | | 3 | ECP Section VIII.B.2.i | Oil Record Book: missing EO signature and on one entry the code was not filled out properly. The dates were missing on the front information page of two of the Oil Record Books that were reviewed. | Root Cause Analysis indicated that the lack of signature on the completed page from the EO could not be further investigated as the EO has been on medical leave. Since this was the only signature missing out of many EO signatures needed, it may have been caused by heedlessness. The ORB entries have been corrected. The EO on board will sign giving evidence of the current date. Guidance will be amended in order to include the corrective action to be taken in the event of missing signature(s) in the ORB. The OLCM will monitor the situation and will confirm once the action has been completed. | Completed - pending verification |
| | | | 4 | ECP Section VIII.B.2.r; and ECP Section IX.B.3 | Portable pumps. As per the company procedure ENV-1203, the ship's portable pumps have to be listed on form ENV-1203-A1, including data of location, type, and seal number, if applicable. The seal #0003316 of the emergency portable pump D5 located in the luggage area on deck A was found broken and replaced with the seal #0003371 on 23 Sep 2017. The correct entry was found in form ENV-1203-A2, however; the form ENV-1203-A1 was not properly updated as required by the company's policies and procedures. | Root Cause Analysis indicated the requirement to update the form ENV-1203-A1 was not clearly understood by the Staff Captain who assumed that making only an entry in form ENV-1203-A2 was sufficient. The requirement was clarified and understood during the audit. The seal on the pumps log was rectified in due to time at the presence of the auditors. General reminder to be sent to all Staff Captains. | Completed |
| | | | 5 | ECP Section IX.B.1 | One seal (CG-26) was found broken on the black water system. | Root Cause Analysis indicated that given the way that the seal broke, the most likely cause seems to be vibration. Broken seal was replaced immediately. An assessment will be carried out to find seals of a better quality. The OLCM will monitor the situation and will confirm once the action has been completed. | Completed |
| | | Observation | 1 | ECP Section VIII.B.2.t | A visual inspection of bunkers stations, associated piping and oil spill equipment was carried out. A small leak was noted in way of a weld joint of the deaerator fitted in the bunker line of the port bunker station. 1st Engineer and Staff Engineer were advised for immediate action and repair. | Root Cause Analysis indicated the leakage had not been noticed previously and probably occurred shortly before discovery. The leakage was fixed. | Completed - pending verification |
| | | | 1 | ECP Section IX.H.1 | The sampling line leading from the discharge line just prior to the three way valve to the sampling unit on the Centrifugal OWS (Alfa Laval unit) was not painted international orange as required by the ECP. All other sampling lines on this unit and the Static OWS (RWO unit) were properly marked. The non-conformity was corrected on the spot. | Root Cause Analysis indicated procedure was not followed. The ship has painted the sampling line international orange during the audit, as seen in the attached photograph. Requirements of DER-2002 were reiterated to the fleet by email. | Completed |

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| Diamond Princess | 08.25.2017 | Non-Conformity | 2 | ECP Section VIII.B.2.g; and HESS: ENV-1301 | The Garbage Record Book is not being accurately maintained as required. Several discrepancies sighted between the quantities reported on the Garbage receipts and those reported in the Garbage Record Book (GRB). Additionally, descriptions and amounts were not detailed. One receipt indicated 12 kg of batteries were disposed; the type and size was not documented. Auditors observed entries for different wastes under a single Category were not clearly indicated in the Garbage Record Book. One entry indicated 17 m³ of Category C items were disposed. It was not indicated if this was Glass, general waste, wood, etc. Receipts from vendors do not always break down items properly and errors occurred when converting the quantities to cubic meters as required by the Garbage Record Book; further errors in adding amounts together in the GRB were noted. | Root Cause Analysis indicated the garbage record book was not maintained correctly. Policy implemented for EOs to provide better scrutiny when reviewing entries of GRB to ensure waste receipts match volumes in GRB. The finding about Category C entry refers to incineration. There is no requirement to list the type of waste that was contained in this operation as per the guidance in 4.1.c of the GRB. Chief Engineers have undertaken to spot check GRB weekly for a period of 2 months to ensure compliance. | Completed |
| | | | 3 | ECP Section VIII.B.2.p | Environmental familiarization training for the vendors/contractors on board the vessel is not being carried out as required under the ECP. Objective Evidence: The ECP audit team did not receive any familiarization or briefing when we boarded. In addition, there was a contractor team on board doing AC chiller work that did not receive any briefing or familiarization. The senior management on the ship stated they did not give the contractors any familiarization training. The ship's crew stated they had been told by the company offices via email they didn't have to do it. The email was not available for review. | Root Cause Analysis indicated procedure not followed. Carnival Corp Director of Maritime Professional Development conducted a review of Vendor Training and Operating Lines. Heads of Department are to carry out all familiarization training for contractors and have offered said training to ECP Auditors. Safety Training requirement to be added to Monthly Safety Self Assessments/ISM Monitoring report, and all ships to confirm that required training is being carried out in accordance with OHS-1302 by all vendors and offered to ECP Auditors. | In Progress |
| | | | 4 | ECP Section VIII.B.2.t; and HESS: TEC-1402 | Bunker plan not being retained in records as prescribe in policy number: TEC-1402 - Oil Bunkering.  Observed copy of Bunker Plan posted in the Bunker Station. During review of bunker records, checklists and receipts, no copies of the Bunker Plan for each occurrence were being retained with the other documents required under HESS policy TEC-1402 - Oil Bunkering. All other documents were being retained in accordance with the policy guidance. | Root Cause Analysis indicated procedure not up to date. Director HESS-MS to liaise with the Corporate Maritime Policy and Analysis Department ('MPA') regarding the update of TEC-1401/1402 and the subsequent release to the fleet. The MPA will conduct a full review of the procedures and take corrective actions as necessary. | Completed |
| | | | 5 | ECP Section VIII.B.2.t; and HESS: DER-1014 | Bunker Station Piping System not labeled in accordance with company standards HESS: DER-1401. | Root Cause Analysis indicated procedure not up to date. Chief Engineer to ensure that Bunker Station piping is clearly labelled and identified as per DER Guidance 1401. As this policy is a requirement for vessels built after 2007, we regard this as a best practice for those built prior to 2007 also. Best practice for ships built prior to 2007 (DER-1401 only refers to ships built after 2007) to be sent fleet wide. | Completed |
| | | | 6 | ECP Section IX.G | Sample points required by the ECP were not properly identified by the Chief Engineer. This led to insufficient sample bottles being on hand to carry out the sampling. In addition, the ECP requires one (1) sample per grey water/black water tank in the first year while the company sampling procedure developed by the third-party testing facility requires 3 samples per tank. A thorough review of the ship's grey water, black water, and oily bilge systems was carried out by the ship's staff, the company shoreside representative, and the audit team. Suitable sampling points for the grey water and permeate overboard systems were identified and in two cases new sample points added to the existing piping system. As previously noted, this was approved in accordance with the company's policies. The ship is fitted with a total of thirteen (13) combination ballast/grey water tanks. Five (5) of these tanks were determined, after reviewing ship's logs and Class records, to have been taken out of service, flushed with sea water, cleaned and presented to Class for survey in April 2017 during dry dock. Logs indicated that grey water had not been introduced into these tanks since they were returned to service. Therefore, they were not sampled. The vessel had on hand a total of 54 sample bottles. Based upon this quantity, it was determined that each tank would only have two (2) samples taken so that the proper number of samples could be taken at each overboard discharge point and the two (2) oily water separators. The grey water system is fitted with a total of twenty (20) collection tanks installed throughout the ship's grey zones to assist in managing the volume of grey water sent to the holding tanks. These collection tanks are independent standalone tanks of various capacities depending on the size of the fire zone feeding effluent to it. These tanks were not individually sampled. Instead, they were manually pumped into the holding tanks prior to sampling the holding tanks. Any oil contaminants would be noted in the grey water tank samples taken. | Root Cause Analysis indicated a lack of clear guidance. The vessel to review ABSG sampling guidance and ensure sufficient bottles are held and sampling valves are fitted.  ABSG sampling plan guidance to be sent fleet wide with instruction to ensure sufficient bottles are held and sampling valves are fitted. | Completed |
| | | | 7 | ECP Section IX.H.4; and HESS: ENV-1201 | Reporting of OWS monthly test not being sent to OLCM as required. Last report was sent in June 2017. OLCM has sent email stating reports to be taken from AMOS. This contradicts ECP and HESS ENV 1201. | Root Cause Analysis indicated as interpretation of ECP requirements. Ship to provide July and August reports to the OLCM. AMOS work order has been updated to include notation to email OLCM with the monthly report. | Completed |
| | | Observation | 1 | ECP Section VIII.B.2.g | Precautions to prevent the discharge of plastics overboard are not being taken when handling Food Waste.  During review of the garbage handling procedures, crew stated that non-comminuted Food Waste was stowed in plastic bags in cold storage until approved to be discharge overboard. Once approval to discharge the comminuted food waste is received from the bridge, the bags are simply ripped opened over the chute and discharged over the side. Bags are not checked for plastic or items not allowed to be discharged into the sea before being ripped opened over the chute. Additionally, the bag may be wet and/or slippery which may result in the handler accidentally dropping entire bag down chute. | Root Cause Analysis indicated lack of care and attention by staff when disposing of garbage. Due to the design of the chute, the inadvertent release of the bag is not possible. Training is provided by on-joining regarding the sorting of garbage at source, which is policy. Due to the design of the chute, a bag cannot pass inadvertently due to the presence of bars in the chute. | Completed |
| | | | 2 | ECP Section VIII.B.2.i; and HESS: TEC-1401 | HESS Policy TECH 1401 - Disposal of Sludge, Oily Water, Grey Water and Sewage does not require the Sludge Discharge Plan to be retained. This is not consistent with other policies such as the Oil Bunker Procedures in the HESS System. Checklist list being retained in separate binder from receipts. | Root Cause Analysis indicated ineffective policy governing document retention following ECP implementation. Director HESS-MS to liaise with MPA regarding the update of TEC-1401/1402 and subsequent release to the fleet. | Completed |
| | | | 3 | ECP Section VIII.B.2.p | During interviews with multiple crew members, the knowledge of the open reporting system was generally weak amongst the crew. Repeatedly, the responses showed the crew were inclined to take things to their supervisor and stay within the chain of command. Randomly questioned crew members at all levels throughout the course of the audit with very positive results. Crewmembers all indicated they had received training when reporting on board which included environmental training. While conducting interviews with crew members, the knowledge of the ECP, and understood they had open access to the Environmental Officer. However the understanding of the Open Reporting concept and hotline number was not prevalent. Crew also indicated they were made aware of it during familiarization training but did not easily recall the number. Knowledge of the confidentiality of the open reporting system was not evident. Hotline posters were not as evident in the crew spaces as anticipated. | Root Cause Analysis indicated lack of Crew Members' knowledge during the interview. Training is provided and documented on joining. Action plan includes sending a quarterly email to HA-Group Senior Staff (Captain, Staff Captain, Hotel Director, Chief Engineer and Environmental Officer) requesting them to discuss the Hotline and other reporting avenues to the crew members. | Completed |
| | | | 4 | ECP Section VIII.B.2.r; and HESS: ENV-1204-A1 | Although procedures appear to be followed and the Chief keeps seals locked in desk, A review of the seal log (ENV-1204-A1 – revision 5 dated 21 Apr 2017) revealed a signature in not required in the log when the Chief Engineer or EO issues a new seal, or the Chief Engineer has confirmed that a broken seal or one that has been removed has been satisfactorily replaced. Although the seals are in a lock box in the Chief's Office, recommend a signature space be included for the EO/Chief Engineer to indicate they have reviewed the log and confirmed the replacement seal was installed. | Root Cause Analysis indicated a lack of oversight of inclusion of replacement signatures for seals during the policy implementation. The procedure is currently under review. This suggestion is to be raised at the Environmental Working Group. | In Progress |
| | | | 5 | ECP Section VIII.B.2.t | Spool piece added to transfer valve extending the connection point so that it is outside the containment. | Root Cause Analysis indicated procedure not followed for secondary containment due to lack of oversight. Connection piece to be modified such that it does not extend past the containment area. Both bunker stations to be checked and Chief Engineer to confirm. | Completed |
| | | | 1 | ECP Section III.B.1.b | As per the ECP section III.B.1.b., the Risk Advisory and Assurance Service ("RAAS") department shall investigate all covered vessel casualties and oil pollution incidents in accordance with Carnival's incident investigation policy. Reference is to the HESS-MS Procedure HMP-1303 – Event Investigation (Level 3 and 4), Section 3.3 which states that "with all level 3 investigations, the lead investigator must routinely update the VP RAAS (Maritime) and the appropriate legal department on the status of these investigations". At the time of the audit, multiple level 3 investigations relevant to pollution incidents have occurred from September 2016 to July 2017, 24 investigations were found to still remain open. Evidence was provided by the RAAS Director of Investigation showing where he has requested follow up from the Lead Investigators residing at the Line level on a regular basis. However no recent feedback on investigation updates had been provided to the RAAS Director of Investigations at the time of this audit. | Root Cause Analysis (process opens to interpretation). The Company will now require that a monthly update on the status of all Severity 3 investigations in progress at all brands be provided to the RAAS Director of Investigations in order to ensure that all issues are being reviewed and resolved in a timely manner. The first update is to be provided by November 30, 2017. RAAS will update HMP 1303 to define: (1) Operating Line progress report frequency based on the investigation's complexity (Severity 1 to 4); (2) the VP of RAAS Maritime will be required to discuss Severity 4 investigations during the quarterly EVP meetings; and (3) VP of RAAS Maritime will provide a factual statement on the incident to the MPA within 15 days of completing a Severity 4 investigation.  Overall, the Company acknowledges the difficulties observed by the TPA and is revising its HESS investigation procedure to ensure more timely investigation results. | In Progress |

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| Shore - Carnival Cruise Line | 08.18.2017 | Non-Conformity | 2 | ECP Section III.B.1.b; and HESS: HMP-1303 | As per the ECP section III.B.1.b., the Risk Advisory and Assurance Service ("RAAS") department shall investigate covered vessel casualties and oil pollution incidents in accordance with Carnival's incident investigation policy. Reference is to the HESS-MS Procedure HMP-1303 – Event Investigation (Level 3 and 4), Section 6, which states that during the course of an investigation MPA has to circulate information learned from the investigation to all Operating Lines. Incidents in violation of Marpol Annex IV and V regulations and company procedure ENV 1001 due to discharge overboard of comminuted food waste and treated black water inside 12 nautical miles of the Bahamas baseline were reported on the vessel Carnival Elation on voyages between June 4 and June 16, 2017. Reference is to the environmental incident report 005_2017-EL. Further investigation revealed the existence of similar reports issued to other Carnival Cruise Line vessels (Carnival Freedom, Carnival Liberty, Carnival Magic, Carnival Conquest, Carnival Splendor and Carnival Vista). At the time of the audit the investigation about these incidents was found open. The HESS-MS procedure ENV 1001 was found revised and containing additional information to the vessel to avoid future similar incidents. A copy of the latest Carnival Cruise Line internal communication sent to the Line fleet requiring Masters and Chief Engineers to confirm awareness and updates of the procedure was also provided. However the information learned from the ongoing investigation, including the notification of procedure change, has not been circulated to all the Operating Lines as required by the HESS-MS Procedure. | Root Cause Analysis indicated ineffective Procedure. MPA issued ECN #10 (22nd August 2017) to specifically address the Bahamas Baseline incidents. The Safety and Environmental Awareness Bulletin was also used for communicating lessons learned. Working group established to identify non-shoreline claims. Preventive RAAS will update HMP 1303 to define: 1) Operating Line progress report frequency based on the investigation complexity (Severity 1 to 4); 2) require that the VP of RAAS Maritime discuss Severity 4 investigations during the quarterly EVP meetings; and 3) require that VP of RAAS Maritime provide a factual statement on the incident to MPA within 15 days of commencing a Severity 4 investigation. | In Progress |
| | | Observation | 2 | ECP Section III.B.1.; and HESS: HMP-1302-A1 | With reference to the document HESS-MAHMP-1302-A1 Internal Investigations Matrix, investigations of severity level 4 are led by independent RAAS investigators, while severity level 3 investigations are generally Operating Line led investigations with RAAS providing independent assurance. Although the sampled investigations were found to be carried out in compliance with the internal policies and procedures, relying on investigators as employees of the company's Operating Line seems to be a determinant cause of delay in the completion of multiple investigations. No time line for investigation completion has been defined in the internal procedure but the status-quo could potentially lead to conflict of interest and affect the"independency" requirement. RAAS (Risk Advisory and Assurance) is an independent department which report directly to Carnival Corporation's Board of Directors. The following RAAS department personnel has been interviewed: Chief Audit Officer, Vice President, Investigations Director and ABG Hess Audit and QA Director. Awareness and high level of commitment toward the ECP was evident for each interviewees. The procedures and policies followed with regard to audits and investigations were explained and sampled to verify the compliance with the ECP requirements. RAAS is constantly in contact with the MP&A department to review procedures and policies as results of audit finding and investigation results. Audit and QA department. In 2013 the RAAS auditing branch's structure has been completely revised. Since then, teams of independent auditors reporting to RAAS were established and are currently present at each Operating Line. Audits and follow-up visits are carried out on each vessel to ensure compliance to international regulations and internal process and procedures. Each Operating Line has an ISO 14001 certified EMS (Environmental Management System) which is audited as required by the international regulations. The January 2017 quarterly review report was provided and HESS audit results presented including trend analysis for each operating line and across the fleets with regard to Environmental findings. Investigation department: The company's internal procedures and policies for investigations on vessel casualties, oil pollution incidents and open report reports were presented and reviewed. Investigations on Environmental, as well as Health Safety and Security, incidents are carried out in accordance with the internal procedure HMP 1303 – Event Investigation and the relevant Internal Investigation Matrix which defines 4 severity levels. | Root Cause Analysis indicted no formal procedure with regards timelines for reporting. RAAS will update HMP 1303 to define O/L progress report frequency based on the investigation complexity (severity 1 through 4). Updated frequency will be provide and defined by three steps: 1. Evidence Gathering; 2. Analysis; and 3. Reporting. VP RAAS will provide updates of all severity 3 and 4 investigations during quarterly EVP meeting. | In Progress |
| | | | 2 | ECP Section V.A.1; and HESS: POL 1001 | Carnivals policy POL 1001 bullet number 18 requires all covered personnel to report either a vessel or personnel unable to comply with the ECP or any other environmental protection requirement. This policy HESS: POL 1001 is currently written does not require these reports to be made in writing to the relevant OLCM as stipulated by Section V.A.1 of the ECP. | Root Cause Analysis indicated no formal procedure. Text reflecting the ECP requirement will be included in the "must see" ECP messages. POL-1001 will be updated to reflect this requirement. | Completed |
| | | | 3 | ECP Section I.F | On Tuesday August 15, Denita Jones, the Manager of Environmental Policy, was interviewed and all found in place according to the company policies and procedures. The Manager was expecting and she gave birth the following day. It has been confirmed that no succession plan was in place at the time of the audit to cover this key role position. It is understood that Carnival has multiple potential individuals who can be re-allocated in this role. Training to the assigned employee should be given as applicable in order to meet the objective of the ECP. | Root Cause Analysis indicated no formal procedure. The VP of MP&A and Director of Environmental Policy covered the responsibilities of the Manager during her maternity leave. The Manager of Environmental Policy has now returned to work. The Company is exploring adding a resource to focus on HESS procedures while Denita would focus on environmental regulatory issues and WW matrix oversight. | Completed |
| | | | 1 | ECP Section III.B.1.b.; and HMP-1301 | ECP section III.B.1.b. requires casualties and oil pollution incidents to be investigated in accordance with CARNIVAL's incident investigation policy HMP-1301. All three (3) ECP related incidents below were reviewed in detail through examination of incident reports and interviews with report owners. Interviews were conducted with the responsible persons for each incident investigators, namely: 1) Mathew Andow for incident: 3 March 17, VENTURA, Oil Spill in Bilge 2) Rob Ross for incident: 22 April 17, QUEEN MARY 2, Unable to Process bilge water 3) Chris Crossley for incident: 1 May 17, ARCADIA, Missing ORB Pages. Lotus Notes is the electronic application in which Carnival UK documents and tracks incidences reports to closure. Both the Lotus Notes reports and the physical incident investigation files were reviewed. Inconsistencies were found related to properly documenting closed incidents with verifiable documentary evidence. Of the two incident reports documented within the Lotus Notes application, only one indicated evidence of immediate corrective action, neither documented clear root cause analysis or indicated clear preventive action to prevent reoccurrence. The nonconformity in this section goes to two parts: 1) A failure to consistently document ECP incidents following established practice, policy and procedure. 2) A failure to consistently document, track, implement, and verify corrective and preventative actions. | Root Cause Analysis in progress by Carnival UK. Carry out a review of investigation resources and determine whether there are any gaps in this area. Develop a procedure to ensure that documentary evidence is received and saved which clearly shows that adequate corrective action has been taken with respect to accidents and near misses. Revise the current incident report form to ensure that sections showing immediate corrective action, root cause analysis, and preventative measures are clearly identified. Develop a procedure to ensure that incidents are consistently documented, tracked, and to ensure verification of corrective and preventative actions. Review resources to determine if CUK currently has the correct headcount to adequately manage the investigation process. | In Progress |
| | | | 2 | ECP Section III.B.1.b | Open environmental incidents that were identified during the Carnival Corporate Headquarters audit belonging to the Carnival UK area of responsibility were reviewed in detail. All of the incidents documented as open during the Carnival Corporate audit in August 2017 were found to be either closed at the level before the Carnival Corporate audit, or not documented within Carnival UK systems or applications. HESS HMP-1303 – Event Investigations (Level 3 and 4) requires that VP RAAS be routinely updated with all level 3 investigations. There is a breakdown in the reporting and tracking mechanism between Carnival UK and Carnival HQ to insure corrective actions on regional environmental incidences are accurately reported and tracked between the OCLM and CMM. | Root Cause Analysis indicated a lack of dedicated resources to actively track and monitor investigation status. Obtain an updated list of open investigations from Carnival Corporate and ensure this is aligned with what CUK considered as open or closed. Develop a procedure to ensure that CUK and ABG have consistent information on the tracking of open events. | In Progress |

Carnival/Princess Cruise Lines, Ltd.; 1:16-cr-20897-PAS
March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| Shore - Carnival UK | 09.15.2017 | Non-Conformity | 3 | ECP Section III.C.1 and 2 | As per the ECP Section III C 1 and 2 the ECP specifically tasks the Maritime Policy and Analysis (MP&A) department to manage an environmental near miss program that ensures the reporting, documentation, and tracking of near-miss incidents having a grade of low to high risk of impact. It was discovered that very few environmental near miss reports are received by MP&A due to the procedure requiring only high level near misses to be reported to MP&A. Out of 103 vessels, it was found that only 6 reports were submitted from July 1 to Sept 4, 2017, (4 from CUK vessels) and no reports were received from the April to June time period across all operating lines. Upon investigation, it was found that there is no specific procedure relating to near miss reporting, and nowhere in the procedures (Corporate or HESS) is the term "Near Miss" defined. In the footnote to HMP 1302 and 1303 Appendix A1 the term "near hit" is used, but there is no specific procedure regarding near misses reporting in HMP 1302 or 1303. The term near miss is used in Annex 1 of CS 001 and indicates that reportable items to MP&A are any near miss that could have resulted in any of the aforementioned (in the table E1 – E5) reportable incidents. E1 to E5 consists of reportable items such as Violations of MARPOL, violations of Corporate Environmental Standards, situations that result in or could result in a spill or discharge of pollutants into the environment, and operating personnel misconduct. CS 001 also points to another procedure Carnival Corporation & plc Accounting Policy Section 3.2.6 "Reporting of Significant Events" which requires reporting of "Serious Pollution" and indicates reporting of "Hazardous Situations and Near Misses" may need to be shared across the Company. Due to the lack of specific procedures regarding near miss reporting, near miss reporting is to be done in the same fashion as incident investigation, and experiences the same circumstances of the non-conformities 01 and 02 issued during this audit for incident investigation. As per ECP Section II C 2, a summary of near miss incidents involving pollution prevention equipment is to be provided quarterly to shipboard Covered Personnel. The Health, Environmental, Safety and Security (HESS), Technical, Regulatory and Sustainability Report Second Quarter, FY2017 report, also referred to as the HESS Board of Directors (BOD) Report was sampled and found to have no environmental near misses listed. The M P&A near miss database was queried and also found that no environmental near miss reports were submitted across all operating lines for the same time period. | Review company policy to ensure that "near miss" is properly defined. Review HMP 1302 and 1303 to ensure that near miss reporting procedures are specified. Re-Assigned to John Haeflinger (MPA): The CUK office audit was conducted while the replacement policy for CS001 was being finalized. COM-1101 "Reporting of HESS and Operational Events, Near Misses and Ship Inspections" was issued on November 1, 2017 and became effective on January 1, 2018. It reflects a rewrite of CS001 with a greater emphasis on near miss reporting and alignment with the business requirements defined in our agreement with a third party to build a single HESS event reporting system for the Corporation, which is now in progress. The objective of COM-1101 is as follows: "The reporting of HESS and Operational Events, Near Misses and certain external Ship Inspections is an important part of measuring and improving our Health, Environmental, Safety, Security (HESS) and Technical performance, ensuring the safety and security of our guests and crew, and protecting the environment. The identification and tracking of incident rate trends and root causes at Brand and Group levels, as well as the sharing of lessons learned, are key to identifying best practices, reducing risks and improving performance. This procedure applies to any Event (as defined by the criteria below) that occurs on board any ship or port facility owned and operated by Carnival Corporation and plc. It also applies to passenger and crew injuries and public health events that occur on board or ashore. This procedure does not apply to Events that occur in office buildings utilized by Carnival Corporation and plc. to conduct business, regardless of their location. Note that this procedure replaces Corporate Standard 001 in its entirety." COM-1101 makes near miss reporting requirements more explicit and encompassing than CS001 did. The procedure defines a "near miss" as follows: "For the purpose of this procedure, a 'near miss' is defined as an event or situation that could have resulted in a HESS Event, but did not, either by chance, through timely intervention or because preventive measures were in place." The Appendix to the procedure defines the types of HESS events that are reportable to MP&A and provides the following guidance, with the near miss language emphasized with underlined text: "This Appendix 1 outlines event types to be reported in accordance with COM 1101. It is not intended to specify each and every incident or near miss that should be reported. Operating Lines should always report an event if there is any doubt as to whether the event meets the requirements of this Appendix. All associated near misses are also to be reported. Unless otherwise noted in this Appendix, all reportable events require immediate notification to MP&A. Immediate notification means as soon as possible after the incident is reported from the ship to the responsible shore side department." Since the issuance of the COM-1101 procedure, near miss reporting has increased significantly. In the first two months the procedure was in force (January 1 through February 28, 2018), 24 near miss reports were made to MP&A. MP&A produces a quarterly Safety & Environmental Awareness Bulletin to the fleet and shore personnel which highlights select safety and environmental incidents and near miss events, identifies their root causes and discusses lessons learned. It is intended to be a training tool for the fleet to reinforce requirements and help reduce the risk of similar events occurring. This bulletin had been issued for several years as a safety bulletin. Environmental incidents were included beginning Q2 2017. | In Progress |
| | | | 4 | ECP Attachment 2 Document Control | As per ECP Attachment 2, Document Control, the EMS must establish procedures to ensure maintenance of appropriate documentation (relating to its objectives and targets.). It was found that the "HESS MS" as well as the "Global Hess" document management system accessed obsolete documents on certain desktop computers at Carnival UK. When using the OLCM's desktop computer to access the HESS MS procedure HMP 1301 A1 "Internal Investigation Matrix" an obsolete (July 2015) version of the document would display. Simultaneously, the correct version of the document (with an incorrect issue date of 28 October 2013 and no revision # or revision date) was accessed from an adjacent computer. Upon further investigation, an individual in the medical department HESS MS platform was also queried and found to access the obsolete version of the document as well. This Non-Conformity is to advise that the HESS-MS system is pulling up different versions of documents on different computers. | Corporate IT to switch CUK over to GHESS as soon as possible. Ensure CUK and CUK fleet are updated to Global HESS at the earliest opportunity so that IT issues affecting HESS-MS are no longer an issue. | Completed |
| | | Observation | 1 | ECP Section V.B.3 | A random sample review of stock inventories of identified Critical Spares inventory was conducted, and found that not all vessels are fully stocked to the ECP Critical Environmental Spares requirements. Specifically, an "ECP STOCKS BELOW MIN" report was run on the QUEEN VICTORIA, and five (5) out of One Hundred Eighty Seven (187) ECP critical spares were found to be listed as "OUT" of stock. | Root Cause Analysis demonstrates that ECP spare stock continues to be challenging due to stock consumption. A more frequent spares part reporting process is to be implemented to ensure key stakeholders have visibility into spare parts. Ensure that ECP critical spares are delivered to all vessels soonest. | In Progress 2017. |
| | | | 2 | ECP Attachment 3, page 49 | A review of training records indicated that 23 of 148 covered shore side personnel had completed all modules of required ECP training. While progress to ECP mandated training was displayed, this observation highlights that the deadline for required training in all covered personnel is approaching the first six (6) months of the probationary period on 18 October 2017 and all required personnel had not yet been trained. | Root Cause Analysis was not applicable because the observation is related to non-realized risk. An updated statement on the status of ECP training with be made. | In Progress |
| Pacific Princess | 10.07.2017 | Major Non-Conformity | 1 | ECP Section VIII.B.2.c | The MBR system for the treatment of sewage on the portside is not functioning and has been Out of Commission for over a year. The space apparently flooded on October 14, 2016, because of hull damage that occurred when the vessel ran aground. The Starboard MBR is fully operational with a 125% capacity required for vessel operations. All required spare parts verified on board for the MBR but the port side MBR as stated by the Chief Engineer to be replace during next dry-dock. | Root Cause Analysis indicated that at 0628 on 14, October 2016, the Pacific Princess while approaching the port of Nice (FR), made contact with the harbor breakwater. The vessel sustained a breach on the portside hull which resulted in total flooding of the sewage compartment. Approximately 700m3 of seawater entered the vessel. A wet docking was undertaken in Genoa for emergency repairs which would allow the vessel to return to service. The Starboard MBR was made serviceable at this time and spare parts were made available onboard. Repairs were not attempted at this point on the Portside MBR due to the severity of damage in this location. Dry Docking was planned for May 2017. During this period the repairs required moving of the Portside MBR in its entirety in order to repair the hull and deck steel below it. The scope of repairs was extensive, including steel work, piping, cabling, control and electrical systems. The Dry Docking was completed June 8th and recommissioning of the Portside MBR began with the vessel remaining in service. The Starboard MBR has remained operational during this time. The MBR manufacturers' representatives are due to attend December 11, 2017 to test and bring the repaired MBR back to service. This is taking place during the vessels transatlantic crossing with an anticipated completion on December 22, 2017. The MBR is now back in service. | Completed |
| | | | 1 | ECP Section VIII.B.2.c | During the operational testing of the MarineFlox system it was noted that two sensors that were hanging loose. It was stated by the Chief Engineer that sensors were originally intended to measure the differential pressure on the duplex filter on the suction line supplying bilge water to the OWS but they were not necessary anymore for the operations of the OWS due to a manufacture equipment update. During the update, the manufacturer installed a new flow flow switch to ensure there is flow through the OCM. No active alarms were present in the monitoring panels in ECR or on the OWS and no deficiencies were noted during the operation of the OWS. | Root Cause Analysis indicated that the vessel confirmed that the sensors were disconnected while cleaning the filters and were not reconnected yet when the auditor saw it. Confirmed with vessel the previous function of the pressure switch. OEM is to be contacted to confirm pressure switch can be removed. There are 2 new sensors on order with PO T722171255. The differential pressure sensor part number 31705. The ship's itinerary parts estimated to be delivered onboard by the December 22, 2017 in Ft. Lauderdale. Confirm with the ship when the sensors have been reconnected. Parts expected onboard January 5, 2018. Vessel will confirm when fitted. Chief Engineer to discuss at next Engine Department meeting the importance of all maintenance being carried out in accordance with OEM guidance and post maintenance inspections are being carried out to ensure correct reinstatement of equipment. | Completed |
| | | Non-Conformity | 2 | ECP Section VIII.B.2.g; ECP Section VIII.B.2.j.xii; and HESS: ENV-1301 | Incinerator #1 was not in operation due to navigation restrictions and reported in that condition since Oct 4, 2017. Three (3) red medical bags were found inside the incinerator #1's hatch and reported in that location since Oct 4, 2017. The Garbage Management Plan states medical bags have to be stored in the garbage room's designated areas and incinerated as soon as practicable as per company procedure "ENV 1001 - Worldwide Cruising Environmental Standards". | Root Cause Analysis indicated lack of awareness of procedure and oversight in the incinerator room. Training is to be conducted by the Staff Engineer for the Garbage Room and Medical Staff on hazardous waste management in accordance with the GMP. | Completed |
| | | | 3 | ECP Section VIII.B.2.g; ECP Section VIII.B.2.j.vii; and HESS: ENV-1301 | The containment of Oily rags and MBR residues (Membrane Bioreactor Screening are solids taken out of black water pre-filters sewage treatment system) in the incinerator room were found not in compliance with the Garbage Maintenance plan. Oily rags and MBR bags were stored in wrong container bins and mixed with general waste bags. | Root Cause Analysis indicated lack of awareness procedures for the disposal of oily rags and MBR residues were not followed. Training to be provided to Engineering Staff in management of Oily rags and MBR residues in accordance with GMP. | Completed |
| | | | 4 | ECP Section VIII.B.2.g and HESS: ENV-1301 | As per the Garbage Management Plan, the Marpol V placards have to be located in multiple ship areas. The placard showing the allowable discharge overboard were not present in the crew galley at deck #3 and in Main Galley at deck #4. A placard not in agreement with the current Garbage Management Plan was found in the Main Galley at deck #4. | Root Cause Analysis indicated lack of awareness of the requirements of the location of the placards and unaware of newer versions of placards. Placards to be provided and fitted in Galleys noted. Ensure all ships have the correct placards and have been made aware of the minimum requirements for where they should be displayed. | In Progress |
| | | | 5 | ECP Section VIII.B.2.i | During the review of the Oil Record Book, two pages were found not signed by the Captain. Two entries in the ORB were also found edited but with no signature made after the correction. A total of four (4) missing signatures were found. | Root Cause Analysis indicated insufficient attention to detail by persons responsible for completing the log books and insufficient oversight by EO. Ship to confirm and provide evidence of missing Captain's signatures and correcting signatures. Create a daily HESS-MS task directing the EO to review ORB and verify all required signatures are present or to collect missing signatures. | In Progress |

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897-PAS
March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| | | | 6 | ECP Section VIII.B.2.j.xii | An entry in the medical log located in the garbage room was found without the signature of the incinerator supervisor for receipt and acknowledgment as required per the company procedures. Further investigation revealed that same entry recorded in the log kept at the ship's medical center was properly signed for acceptance by both the medical steward and the incinerator superintendent. | Root Cause Analysis indicated a lack of awareness of procedure. There is a requirement in the HESS-MS to have two logbooks: one for signing out of the Medical Dept. and one for signing into the Garbage Dept. This procedure had been misunderstood. Both record books to have retrospective signed entries to ensure they contain correct information. Staff Engineer to co-ordinate training of Medical and Garbage Room Staff to ensure understanding of log book entries pertaining to Medical waste. Confirmation was received on 12/14/17 from EO that training has been carried out with medical and garbage room personnel regarding log book entries. | Completed |
| | | Observation | 1 | ECP Section VIII.B.2.j.xiv | A low friction lubricant plastic bottle was found left unattended on top of a container box located approximately four (4) feet away from a freeing port opening on deck. The bottle could be easily sent over the side of the vessel. The bottle was immediately removed and properly stored inside the designated container box. | Root Cause Analysis indicated a lack of care and understanding of the implications of discarded objects. EO to confirm that the need for vigilance regarding such items is mentioned during Crew familiarization training. | Completed |
| | | | 2 | ECP Section VIII.B.2.j.iv | An apron and multiple ink cartridges were found disposed in the expired batteries box located at the entrance of the crew mess. Items were promptly removed and disposed in the appropriate container bins as per the Garbage management Plan. | Root Cause Analysis indicated lack of care and attention by Crew. Signage to be installed stating "batteries only" or similar wording. Ship to provide photograph of sign installed. All vessels to be instructed to include in Head of Dept. toolbox discussions. EOs were all asked via email to include in Head of Dept. toolbox discussions. | Completed - pending verification |
| | | | 3 | ECP Section VIII.B.2.j.iv | It was noted during the inspection of the bunker sample locker, that a leak on one of the sample bottle was discovered. | Root Cause Analysis indicated lack of care and attention to bunker sample storage. Chief Engineer to instruct person's in charge of bunkering to pay closer attention to sample storage and to report and rectify any leaks discovered immediately. | Completed |
| Sapphire Princess | 09.27.2017 | Non-Conformity | 1 | ECP Section X.A.1; and HESS: TEC-1401/TEC-1402 | Environmental Management System for Bunkering and Sludge Procedures found to be inconsistent, containing errors, and not dated forms. Objective Evidence: TEC-1401-Disposal of Sludge. Oily Water, Grey Water and Sewage Oil Bunkering Procedure Paragraph 4.2: states "in lieu of Appendix 1 use the following link:" However, Appendix 1 is still listed in procedure with active links leading to obsolete forms, resulting in improper forms being used by crew. TEC-1401-Disposal of Sludge. Oily Water, Grey Water and Sewage Oil Bunkering Procedure Paragraph 4.2: provides a link to the Discharge Disposal Plan but does not provide instruction regarding when to fill out, posting or retention. TEC-1401-Disposal of Sludge. Oily Water, Grey Water and Sewage Oil Bunkering Procedure Paragraph 5: does not clearly state the length of time documents should be retained and each document has different retention times resulting in records not being properly maintained. The Disposal Plan is not listed. TEC-1402-Oil Bunkering: Paragraph 5 does not clearly state the time documents should be retained and each document has different retention times resulting in records not being properly maintained. | Root Cause Analysis indicated that TEC-1401 is an unclear, ineffective, and complicated procedure to follow. TEC-1401 is to be reviewed, in consultation with the TPA, in an effort to standardize the forms. Once published, the ship is to use the newly updated forms. All vessels to be advised of the updated TEC-1401/1402 forms and to confirm when in use. | Completed |
| | | | 2 | ECP Section V.B | Overdue purchase orders for critical spare parts are not being effectively followed up and updated delivery dates obtained from the vendor. Two overdue purchase orders (THER12212A and T714170947) identified issues and were observed in the AMOS system. On board delivery dates were reported to be 1 August 2017 and 8 August 2017. At the time of the audit, the storekeeper confirmed neither order had been received. The only procedure in place for the storekeeper to track overdue purchase orders was for the crew member to review AMOS and to send an email to the individual in shore side purchasing responsible for expediting and following up on the order. | Root Cause Analysis indicated the buyers were not following the required procedure. Ship to confirm orders have been received, scan of delivery note to be added as evidence. Remind buyers that to track raised PO's for ECP Critical items, the buyer should set the "ECP Order Forms" Alert, to ensure respective vessel's AMOS Dashboard. Status of orders to be checked on a daily basis. Onboard delivery dates to be verified with freight forwarder, changes should be recorded in the Supply Chain notes and the onboard delivery date field should be updated. | Completed |
| | | | 3 | ECP Section IX.M; and ECP Section VIII.B.2.f | Unplanned maintenance or repairs are not being effectively recorded in AMOS. The Oil to sea Interface log indicates a significant quantity of hydraulic oil is lost from Bow Thruster #1 every week, reportedly due to internal leakages. No documentation was available to show that the cause of the leak was investigated, identified, and repaired. A review of the AMOS maintenance tracking system indicated that no unplanned maintenance has been carried out on the machinery since the oil leaks were first entered into the log book. An email showing the bow thruster was scheduled for a minor overhaul during the upcoming dry dock in March 2018 as part of the regular maintenance schedule in AMOS. | Root Cause Analysis indicated procedure not followed. Work Order to be created for the overhaul/replacement of Bow Thruster #1 Pinion Shaft Seal at dry dock in March 2018 (Dry Dock specification procedures require work orders to be created for all jobs at dry dock so this work order will be in addition to the one that will be required/created for thruster "Minor Overhaul"). Ship is to instruct relevant Crew Members that the addition of oil, including cleaned/collected oil, be recorded as unplanned maintenance on the Oil to Sea Interface log. Fleet to be reminded to review ENV-1202 with regard to the addition of oil, which will be promulgated via the EO during the next EO Conference Call to the engineers. | Completed |
| | | | 4 | ECP Section VIII.B.2.g | Pulper Piping Not Properly Identified. Two (2) unsecured valves with quick disconnect valves located on the food waste discharge line leading directly overboard. One on each Food Waste Tank discharge line. Valves not provided in the Vessel Vulnerability Assessment (VVA). | Root Cause Analysis indicated procedure not followed and oversight. During the TPA audit itself, the valves were removed, flanges were added and welded, and locations were added to the Vessel's VA. Audit findings have been shared with the fleet. An Environmental Compliance Notice has been issued to provide guidance on reviewing and conducting vulnerability assessments. | Completed |
| | | | 5 | ECP Section VIII.B.2.m | Training records not properly maintained. Members signing for multiple courses with one signature. Training is being provided the day new crew members come on board. ECP required training segments are provided to technical and non-technical members simultaneously as well as the segments for all members. Only one sign in sheet is provided for the day of training and does not indicate which training(s) members attended. The training is entered into personnel records based on job title, not by actual course/segments attended. Therefore, no objective evidence available showing which course/segment(s) the members attended. Additionally, upon cross referencing the sign in sheets over a 3-month period to the personnel management system (MAPS) in the HR Director, it was noted the majority of the members cross-referenced have missing entries. Therefore, it cannot be verified that the crew members (technical and non-technical) have received the required training in accordance with company and ECP polices. However, it should also be noted that during the official interviews of the crewmembers as well as random questioning, knowledge of the ECP, environmental regulations, opening reporting and company polices was evident. | The Operating Line Training Manager ("OLTM") to work with the EOs so that they understand the requirement for separate logs to document separate training even if the trainings were conducted at the same session. A standard roster form for ECP training will be distributed to the fleet to ensure compliance with the policy. OLTM to periodically check with HA Group fleet personnel to ensure proper use of rosters. OLTM to work with MAPS data team to ensure that the correct data is able to be inputed into MAPS to facilitate the tracking and proper maintenance of training records. See corrective actions related to other training records related issues. | Completed |
| | | | 6 | ECP Section IX.M; and ECP Section VIII.B.2.i | The Oil to Sea Interface log is not being properly maintained and reviewed. The Oil to Sea Interface log book indicates that since March 2017, Bow Thruster #1 head tank and power pack have routinely lost oil. The log indicates that the loss was due to internal leakages, but no description of the leakage was provided. Each entry was signed by the officer responsible for the soundings and refilling of the equipment. The Chief Engineer reviewed and signed the log weekly as required by HESS procedures but was not aware of the source of the oil leak. | Root Cause Analysis indicated the log was not being filled correctly and the responsible person did not follow the required procedure. Retraining of all Technical Officers on the "Oil to Sea Interface Log" procedures and the importance of ascertaining the source of any leaks if any system requires topping up. Fleet to be reminded to review ENV-1202 with regard to the addition of oil, which will be promulgated via the EO during the next EO Conference Call to the engineers. | Completed |
| | | | 7 | ECP Section VIII.B.2.t; and HESS: TEC-1402 | Oil Bunkering Procedures records found to be missing and incomplete. Objective Evidence: MARPOL Annex VI Bunker Sample Record form, TEC-1402-A1: not being used or retained in records as prescribe in policy TEC-1402 - Oil Bunkering. Bunker Plan TEC-1402-A5 not being used or retained in records as prescribe in policy TEC-1402 - Oil Bunkering. The Bunker Plans are note being completed or posted as required during transfer operation. Bunker Checklist TEC-1402-A4 not properly filled out or completed as prescribe in policy number: TEC-1402 - Oil Bunkering. Times and Facility PIC items missing, signatures missing times and sometimes dates. | Root Cause Analysis indicated procedure not followed. Entries are to be corrected where personnel remain onboard. If this is not possible, then a late entry is to be made by the Chief Engineering Officer. Retraining of all personnel involved with the Fuel Oil Bunkering process in the Company's Policy and Procedures, which should include the review of all required documentation. Recent spot checks revealed that the vessel is already completing the Bunker Plan correctly. | Completed |
| | | | 8 | ECP Section VIII.B.2.t; and HESS: TEC-1402 | Sludge and Oily Water Disposal records found to be missing and incomplete. Sludge and Oily Water Disposal Plan TEC-1401-A5 not properly filled out or completed as prescribe in policy TEC -1402 Disposal of Sludge. Sludge and Oily Water Disposal Checklist TEC-1401-A1 not properly filled out or completed as prescribe in policy TEC-1402 Disposal of Sludge. Times and Facility PIC items missing, Signatures missing times and sometimes dates. | Root Cause Analysis indicated lack of care during documentation entries and lack of oversight by Senior Engineers/EO during document verification. Chief Engineer to instruct Engineering Officers on Watch ("EOOW") on the importance of the disposal plan that the proper recordation under TEC-1401-A5. Spot checks are to be completed when possible by the Chief Engineer or the Engineering Officer for a period of two months from the issuance of this report. | Completed |
| | | | 9 | ECP Section VIII.B.2.t; and HESS: TEC-1402 | Records Not Being Maintained in Accordance with Polices and Procedure. Bunker plan not being retained in records as prescribe in policy number: TEC-1402 - Oil Bunkering. | Root Cause Analysis indicated onboard record keeping not as per policy and insufficient oversight. As per the requirements of TEC-1402, paragraph 3.1, the Chief Engineer will ensure that correct and up-to-date detailed instructions are in use onboard and the instructions are known and understood by all relevant members of the Technical Department. The corrective actions here are linked to those employed in Non-Conformity 7. Due to the update of TEC-1402, the retention time will be indicated. TEC 1402 has now been updated stating records must be maintained and filed together by the Chief Engineer for at least five years, however, after three years, these records may be stored ashore and maintained by the company. | Completed |

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| | | | 10 | ECP Section IX.G.2 | Ship was not prepared to properly take samples as required by ECP. Sample points required by the ECP were not properly identified by the Chief Engineer. Sampling not able to be carried out in accordance with the ECP requirements and company sampling procedures. Recent interpretation regarding sampling of grey/black water collection tanks resulted in insufficient sample bottles on hand. Email sent to sampling coordinator incorrectly identified numerous sample points. In addition, due to the recent changes regarding sampling of collection tanks, an urgent shipment of additional bottles was ordered by shore side but failed to arrive prior to the ship's departure. Therefore, insufficient bottles were available to take the 150 samples required to be taken from all overboard discharges (including OWS) and from all tanks (double bottom holding tanks and grey/black water collecting tanks). | Root Cause Analysis indicated sampling guidance was not received from ABSG prior to the audit. The Chief Engineer is to review requirements of the ECP sampling protocol and ABSG Guidance with shore based technical management and is to confirm that the vessel specific sampling plan is in accordance with ECP requirements. Fleet-wide guidance to be transmitted to instruct other vessels on appropriate procedures and on ensuring that sufficient bottles are held and sampling valves fitted. New sample points were installed during the TPA audit to allow for OWS sampling. | Completed |
| | | Observation | 1 | ECP Section VIII.B.2.g | Means To Prevent Plastics Or Synthetics Discharged Overboard not properly in place. Food Waste stowed in plastic bags in cold storage until approved to be discharged overboard. Once approved for discharge, bags are opened over the chute and contents discharged. Final check of bags for plastic or prohibited items not properly carried out. Additionally, handler may accidentally drop entire bag down chute. | Root Cause Analysis indicated that an inadvertent release of the garbage cannot occur. Individual department heads are responsible for proper sorting of waste as outlined in ENV- 1301 and the vessel specific waste management plan. The requirement to segregate waste and not discharge plastic overboard is covered in the ECP training that all hands are required to attend. Garbage room personnel are instructed on the importance of keeping plastics out of the food waste stream as overseen by the Staff Chief Engineer who has responsibility for these personnel. Food waste that is discharged through the chute is sorted and checked by the garbage room personnel. The Environmental Officer is tasked with spot checking the segregation of plastics both at the source of generation (galleys / bars) and in the garbage room. This is verified in the EO monthly Self Assessment. The accidental discharge of a plastic bag during discharge operations is prevented by the addition of steel bars across the chute which were already in place. | Completed |
| | | | 2 | ECP Section VIII.B.2.t | Piping, Flanges Not Properly Identified. Piping not labeled or colored coded in accordance with company standards. | Root Cause Analysis indicated that identification not in place because ID requirements only apply to ships with keels laid after July 2007, and this ship's keel was laid prior to 2007. Markings must be in accordance with ISO 14726:2008 and in compliance with the following specifications: At least one marking in every space through which the pipe passes. While this policy does not affect ships with a keel laying date prior to 2007, it is considered a best practice and a guidance note reflecting this will be sent Fleet wide. | Completed |
| | | | 3 | ECP Section VIII.B.2.t | Bunker connection point outside the containment. Visual inspection found spool piece added to transfer valve extending the connection point so that it is outside the containment. | Bunker connection point to be modified such that it does not extend past the containment. | Completed |
| | | | 4 | ECP Section IX.G | Ship was not prepared to properly take samples from the OWS. The existing sample points were on the piping prior to the three-way valve and could not be used to verify the proper functioning of the OCM. New sample points had to be approved and installed. | Root Cause Analysis indicated unclear sampling point policy. New sample points were installed during the TPA to allow for OWS sampling. Vessel was not forewarned about the requirement for a sample valve on the white box line. There was a sample point on the three way valve which is as supplied by the OEM. Fleet wide guidance has been sent to instruct other vessels. Requirement for sampling point on the white box line to be communicated to HA Group fleet wide. | Completed |
| | | Non-Conformity | 1 | ECP Section IX.H.2 | A seal was missing where the sample line is connected to the oil content discharge monitor. The space was too narrow to access with tools. However, it was advised to the Chief Engineer of the necessity for the environmental seal at that point of pipe connection and demonstrated a way to fit a seal. The engineering crew managed to fit a seal within an hour. | Root Cause Analysis indicated missing seal not identified during ship's vulnerability assessment. Immediate action was taken. Seals were installed in correct location. Photos were taken and included in the Vulnerability Report and in the Critical Valves & Fittings Binder. Lloyd's in conjunction with CCL technical personnel will visit each Carnival Vessel to verify all applicable vulnerabilities were identified during the RINA vulnerability assessment. | In Progress |
| | | | 2 | ECP Section VII.B.2.h | During walk down of the grey and black water systems, it was found in the sewage room a two inch stud pipe with a stainless steel cap. This grey water stripping line is for grey water tanks one starboard and one port. It was verified that the stud pipe was on the suction side of the gray water stripping line inductor. This would allow the isolation of the stud pipe by applicable vulnerabilities were identified during the RINA vulnerability assessment. Now clarified on vessel second effectiveness visit checklist. stripping line inductor and discharging overboard without going through the oily water separator. | Immediate action was taken. No longer a vulnerable point for unauthorized disposal of oily waste. Vessel to control the connections properly and document accordingly. Lloyd's in conjunction with CCL technical personnel will visit each Carnival Vessel to verify all applicable vulnerabilities were identified during the RINA vulnerability assessment. Now clarified on vessel second effectiveness visit checklist. | Completed |
| | | | 3 | ECP Section VII.B.2.i | The amount of barbicide that was in the storage container in the marshaling area was not reflected in the logs. The logs indicated that all used barbicide was sent to a shore side vendor on 16 July 2017. The amount in the 15 gallon barbicide storage container should have been zero but there was approximately 3-4 gallons in the 15 gallon barbicide storage container. | Root Cause Analysis indicated a log to track the generation of Barbicide is not a HESS requirement. It is not Company's requirement to keep a log for the used Barbicide water. Therefore the Transfer Log was removed. Email sent fleet wide to ensure no 'self created logs' are used to track the generation and transfer of waste. Only logs required by HESS-MS are to be used. | Completed |
| Carnival Pride | 07.30.2017 | Observation | 1 | ECP Section VIII.B.2.v | During the audit, it was inquired about past violations and pending Investigations. Environmental Officer stated there are two incidents pending further investigation. On 13 July 2017 the vessel Carnival Pride was at Half Moon Cay. During cargo operations the tenders were off loading food waste from the island festivities in 55 gallon red waste cans onto the Carnival Pride. During this operation the red waste cans fell into the water. The Environmental Officer stated the red waste can were recovered and training was held the same day and once again a week later. During this trip, the auditor witnessed the tender/vessel cargo operations at Half Moon Cay. The tender offloading two red 55 gallon waste cans on one wooden pallet with two slings connected to tender crane. While lifting the red waste cans, the pallet broke causing the waste cans to shift and nearly requiring the events of 13 July 2017. Carnival Pride crew instructed the tender crew to lower the red waste cans back on tender deck to secure the cans before lifting them up to the deck of the Carnival Pride. It is recommended to complete the investigation that should address a better solution to secure the trash cans while lifting them up from the tender to the deck of the cruise ship. The second investigation was a VGP violation. This investigation is still open. | Root Cause Analysis indicated inadequate equipment to securely transfer from tender to ship. Communication has and will continue to improve between tender and shipboard personnel. The crew members involved in the operation have been instructed to be very careful with pallet lifting and not to accept anything onboard unless considered safe to do so. However, better techniques of waste handling from tender to ship could be used instead of wooden pallets. The issue should be addressed to the Ship's Manager in order to accelerate the purchase of new equipment, especially for this operation. Food waste bins are to be placed inside metal cages to securely transfer from tender to ship. | In Progress |
| | | | 2 | ECP Section VIII.B.2.j | Galley cooking oil does not have a log to track how much is being used or transferred to the marshaling area for disposal which does not allow verification of proper disposal. There are only rags that are stored in the engineering workshop that are not indicated in their garbage management plan. | Root Cause Analysis indicated a log to track the use and transfer of cooking oil is not a HESS requirement and a misunderstanding of the Garbage Management Plan. It is not a Company requirement to keep a log for the used cooking oil in order to track how much is being used or transferred. Therefore no action can be taken without a Company procedure. Drum of Oily Rags were relocated from Engine Workshop to location listed on GMP. Vessel will continue following HESS MS requirements and Garbage Management Plan. Note, this does not require a log to track the usage or transfer of cooking oil. GMP already implemented. CMS sent fleet wide for ships to verify only storage locations listed in GMP are utilized. | Completed |
| | | | 3 | ECP Section IX.M | While reviewing the records, it was observed that there is a minor oil loss from main engine #2 sealing system. The record indicates a loss of oil about 12-15 liters/month from #2 propeller sealing system. It was reported to OLCM by the vessel. The shore based professional divers have carried out under-water inspection for any oil leaks to the seaside. The record shows that there is no oil leaks to the sea. As per Chief Engineer, it is believed that the oil loss is internal and the investigation is in progress. | Root Cause Analysis indicated fishing net and other debris entanglements with the propeller during ship operation damage the seal. The seal has been in use for 3 years; subsequently, wear and tear have caused a slight increase in leakage. As per Aziped makers, ABB, oil consumption of up to 6 liters per day is normal. Divers have inspected regularly to check if there is oil leaking from the seal and confirmed that no oil leak has been observed. As per recommendation from ABB, the valves supplying oil to the Aft propeller sealing system are kept shut and opened for one minute every four hours when the Azipods are in operation. This has reduced the internal oil consumption. At Port the valves are kept shut at all times to prevent oil leakage externally. A excel spreadsheet is being maintained by the ship to check the oil consumption and also the water content in the oil. Both Port and Starboard Azipod propeller seals have been planned to be replaced with new seals during the dry dock for this vessel tentatively scheduled around June 2019 in order to keep oil consumption to a minimum. | In Progress |
| | | | 1 | ECP Section X.A.1; HESS: TEC-1401; TEC-1402; and ENV-1201 | HESS -MS and Environmental Management System Procedures found to be inconsistent, containing errors, and out dated forms.TEC-1401-Disposal of Sludge, Oily Water, Grey Water and Sewage Procedure Paragraph 4.2: states "in lieu of Appendix 1use the following link:" However, Appendix 1 is still listed in procedure with active links leading to obsolete forms, resulting in improper forms being use by crew. TEC-1401-Disposal of Sludge. Oily Water, Grey Water and Sewage Procedure Paragraph 4.2: provides a link to the Discharge Disposal Plan but does not provide instruction regarding when to fill out, posting or retention. TEC-1401-Disposal of Sludge. Oily Water, Grey Water and Sewage Procedure Paragraph 5 does not clearly state the length of time documents should be retained and each document has different retention times resulting in records not being properly maintained. The Disposal Plan is not listed. TEC-1402-Oil Bunkering: Paragraph 5 does not clearly state the length of time documents should be retained and each document has different retention times resulting in records not being properly maintained. Checklist for TEC-1401 and TEC-1402 do not specify the required use of the bunkering or discharge plans. ENV-1201-Oily Bilge Water Management: Section 3 on Bilge Water Tank Maintenance does not reflect the 6-month cleaning requirement in ECP Section IX.H.6 or the AMOS 6-monthly tank cleaning work orders. | Root Cause Analysis indicated documentation not updated to reflect the requirements of the ECP. TEC-1401 Forms to have retention period, usage and instructions on their use to be annotated on the Tier III checklists. Ships to be reminded how to access Tier III documentation in Global HESS. | Completed |

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| Grand Princess | 09.25.2017 | Non-Conformity | 2 | ECP Section VIII.B.2.y | Cross connection piping and pump between Bilge Tank and Sludge tank. During the general walk thought of the engineering spaces, a pump and piping was discovered connecting the bilge settling tank and sludge tank. The pump was located under the deck plates in the compressor room and appear to be part of the original piping design. | Root Cause Analysis indicated ineffective vulnerability assessment and drawing updates. Ship's TOD will work with the vessel to get the pump and associated pipework removed. Mod Prop will need to be raised to document the removal and system drawings updated on completion and submitted to Lloyd's for approval. A new Mod Prop, MPmapAP914708, has been raised and approved. The pump and the associated fittings have been removed. The drawing has been modified to reflect the modifications and will be submitted to Lloyd's for approval. | Completed |
| | | | 3 | ECP Section IX.D | Unidentified or unsecured vulnerability. Strainer in piping coming from laundry rooms to laundry tank found unsecured and not identified in the Vulnerability Assessment. | Root Cause Analysis indicated finding was due to interpretation of ECP Vulnerability Assessments. The requirements of ENV 1204 address vulnerability of valves and piping from the bilge system and do not specify how to control gray water piping. Shore side technical management to review this finding to determine if it presents vulnerability under paragraph 2.1.4 and needs to be added to the Critical Valves, Fittings, and Tank Hatches List and Lock and Seal Logs. | Completed |
| | | | 4 | ECP Section VIII.B.2.i | Oil Record Book (OBR) Not Being Maintained in Accordance with Policies and Procedures. Several photocopied pages of the OBR were found stapled to the existing pages. This was due to the previous Captain being unable to sign the pages prior to departing the vessel. As a temporary correction until the Captain returns to the vessel, the pages were copied and sent to him for signature. Although an effort was made to mitigate the omission of the signature, this is not in accordance with policies and procedures governing the OBR. | Root Cause Analysis indicated lack of attention, due diligence, and oversight of the EO. This temporary solution to get the Master's signature using photocopy is the best solution available until the Master returns on board for actual signature. Ship to provide clarification once relieving Captain has returned and all retrospective pages are inspected and signed. | Completed |
| | | | 5 | ECP Section IX.G; and Carnival Corp/SGS Sample Collection Operating Procedures | Sample Points Selected for Compliance with the ECP Sampling Program Were Not in Accordance with the ECP or Company Sampling Protocol. ECP Sampling Plan did not reflect that samples for grey water and laundry double bottom tanks were to be taken at the surface of the tank medium. The sample plan reflected 3 sampling levels as opposed to the medium surface. In addition, the tank sampling plan did not identify a sampling point for the black water overboard discharge as required by the ECP. | Root Cause Analysis indicated unclear sampling requirements and interpretation differences of the ECP. The vessel to review requirements of the Company's sampling protocol with shore based technical management and modify the vessel specific sampling plan to be in accordance with ECP. | Completed |
| | | Observation | 1 | ECP Section VIII.B.2.t; and HESS: TEC-1401 | Discharge plan for disposal of sludge, oily bilge water, and grey and sewage to reception facilities not maintained. Discharge Plan as per policy TEC 1401 -Disposal of Sludge, Oily Water, Grey Water and Sewage Procedure not being used or retained as the policy is not clear. This was an observation as a Non-Conformity 01 on page 7 of this report was issued related to policy TEC 1401. | Root Cause Analysis indicated documentation retention not updated to reflect the retention time required by ECP. Corrective Action Plan as per NC 1 - TEC-1401 Forms to have retention period, usage and instructions on their use to be annotated on the Tier III checklists. | Completed |
| Island Princess | 09.22.2017 | Non-Conformity | 1 | ECP Section X.A.1; HESS: TEC-1401; and HESS: TEC-1402 | Environmental Management System for Bunkering and Sludge Procedures found to be inconsistent, containing errors, and out dated forms. TEC-1401-Disposal of Sludge, Oily Water, Grey Water and Sewage Oil Bunkering Procedure Paragraph 4.2: states "in lieu of Appendix 1 use the following link." However, Appendix 1 is still listed in procedure with active links leading to obsolete forms, resulting in improper forms being use by crew. TEC-1401-Disposal of Sludge, Oily Water, Grey Water and Sewage Oil Bunkering Procedure Paragraph 4.2: provides a link to the Discharge Disposal Plan but does not provide instruction regarding when to fill out, posting or retention. TEC-1401-Disposal of Sludge, Oily Water, Grey Water and Sewage Oil Bunkering Procedure Paragraph 5: does not clearly state the length of time documents should be retained and each document has different retention times resulting in records not being properly maintained. The Disposal Plan is not listed. TEC-1402-Oil Bunkering: Paragraph 5 does not clearly state the time documents should be retained and each document has different retention times resulting in records not being properly maintained. | Root Cause Analysis indicated ineffective procedure, unclear and complicated procedure to follow. The procedure is in process of being updated. The appendix 1 in the tier 2 is a template only and not an obsolete form. The text that the finding refers to is the HA group tier 3 form which is named the Sludge and Oily Water Disposal Checklist to avoid any confusion with appendix 1. Action plan is to email the ships to ensure they are using the only available form: Sludge and Oily Water disposal Checklist as the other is only a template and not a form. The Company will add that to the form. Document retention is listed in COM-1201. The Company will remove the individual retention references. | Completed |
| | | | 2 | ECP Section VIII.B.2.h | One (1) flange located on the food waste water piping coming from the Food Waste Water Tank and in the vicinity of the overboard discharge found without the environmental seal in place. Flange not originally recorded in the Vessel Vulnerability Assessment (VVA). | Root Cause Analysis indicated a difference of interpretation of Vulnerability Assessment. Vessel to confirm rectified, and record these additional vulnerability items, and them to their assessment with the concurrence and approval of the shore side management. | Completed |
| | | | 3 | ECP Section VIII.B.2.h | Three (3) Grease traps were found without the environmental seals in place. The grease traps were not originally recorded in the Vessel Vulnerability Assessment (VVA). | Root Cause Analysis indicated a difference of interpretation of Vulnerability Assessment. Grease traps have been locked and added to the Vulnerability Assessment and lock log as per finding 2. | Completed |
| | | | 4 | ECP Section VIII.B.2.x; and HESS: ENV-1402 | HESS ENV-1402-A1: Ozone Depleting Substances (ODS) Equipment List - Form has not been filled out as required by HESS ENV-1402. | Root Cause Analysis indicated lack of care and attention during documentation. Some vessels have refrigerants that do not contain ODS. In those situations the maintenance and records are kept in AMOS rather than a separate log. The ventilation officer to verify what refrigerants are being used and ensure the proper record keeping is being maintained. | Completed |
| | | | 5 | ECP Section VIII.2.B.t | Auditor witnessed a 55 gallon drum being filled with diesel fuel in corridor outside the bunker station without any containment around the barrel. The 55 gallon drum with hose and nozzle is used for fueling lifeboat/tenders. No precautions or procedures were in place, however, if there was any overflow or spillage of the 55 gallon drum inside the corridor, it would not enter the water. It would spill into the passageway of the vessel creating a hazard within the vessel. HESS Procedures for refueling lifeboat/tenders lacks the details to follow when refueling the lifeboat/tenders. | Root Cause Analysis indicated there was no procedure to mitigate risk. This was not a failure of an existing procedure but rather a gap suggesting that a new procedure should be developed where this type of operation is currently not covered. Because this has the potential to be applicable fleet wide, input and approval is needed from Carnival Corp so it can be published in HESS-MS, as TEC-1402 - A5. | Completed |
| | | | 6 | ECP Section VIII.2.B.t | Discharge Plan as per policy TECH 1401 Disposal of Sludge, Oily Water, Grey Water not being used. Issued as observation due to Policy on use and retention is also not clear. | Root Cause Analysis indicated documentation retention not updated to reflect the retention time required by the ECP. TEC-1401 is currently under revision. | Completed |
| | | | 7 | ECP Section VIII.2.B.t | Oil Transfer Procedures and diagrams required to be posted in both bunker stations by TEC-1401. Oil Transfer Procedures presently posted are disorganized and out of date. | Root Cause Analysis indicated lack of oversight of bunker station documentation by Chief Engineer. Chief Engineer to have the out of date transfer procedures removed and updated procedures posted. A best practice guidance has been sent fleet wide to instruct. | Completed |
| | | Observation | 1 | ECP Section VIII.B.2.a | It was noted that the Potable Water Piping has excessive temporary repairs resulting in fresh water accumulating in the machine space bilges. Even though this is fresh water, it is impacting the bilge system by the increase of now what is considered oily bilge waste. The crew is taking all possible and appropriate actions to minimize the leaks and the piping is scheduled to be replaced in dry dock which will take place in about 45 days. Running machinery is free of excessive oil leaks. On September 6th, 2017 a casualty to the exhaust gas scrubber system occurred. Chief Engineer reports that 45 m3 of water entered the bilges. This water was transferred to the bilge water double bottom tank and disposed of ashore on September 13th, 2017 in Vancouver. The auditor sighted receipts for bilge water transferred ashore. The cause of the casualty was on overboard valve from a mixing tank that was inadvertently closed. See the exhaust scrubber section of this report for details. In addition, the Chief Engineer reported that recent repairs to both boilers required hydrostatic testing that resulted in an additional 32 m3 of water entering the bilge waste system. This water was transferred to the bilge water double tanks and disposed of ashore. | Root Cause Analysis indicated pinholes within potable water piping caused by corrosion. Piping due to be replaced as per CAP. Plans are in place for piping replacement during dry-dock, however these cannot always be replaced while the vessel is in operation. | Completed |
| | | | 2 | ECP Section VIII.B.2.c | On September 6th, 2017 an overboard valve from the systems static mixer tank was mistakenly closed with the raw water service pump still running. The scrubber was filled with water and back flowed into the No. 3 MDE. The No. 3 MDE was not running at the time of the casualty. Vessel is running on low Sulphur marine gas oil. | Root Cause Analysis indicated operator error resulting in damage to equipment. Full investigation conducted, and issued to Management on October 31, 2017. Physical labeling to be placed on OB valve and highlighting the function of valve. Instructions to be included that filters have isolating valves so there is no need to close overboard valve. Consideration to be given to update the IMAC diagram to reflect the actual arrangements onboard. | Completed |
| | | | 3 | ECP Section VIII.B.2.i | During bilge water transfers from the bilge water settling tank to the clean bilge water double bottom tank (DB P 2254) ORB entries under Code D 15.3 should reflect that the primary centrifugal OWS (Alfa Laval OWS) was used during the transfer. Thereby documenting the bilge water transferred to the clean water bilge tank was processed through the OWS and the contents of the water in the clean water bilge double bottom tank is below 15 PPM. This comment is addressing is a simple tank to tank transfer of water from the bilge settling to the clean water bilge tank. The ORB entry had not included a remark that 15 PPM equipment was used to conduct the transfer. | Root Cause Analysis indicated there is currently no requirement to document these transfers with specific wording through 15 ppm equipment. ENV-1201 A3 was amended to include requirement to document all transfers using 15ppm equipment. | Completed |

Status Report on Behalf of Princess Cruise Lines, Ltd. – TPA Final Audit Findings

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| Emerald Princess | 08.16.2017 | Non-Conformity | 1 | ECP Section VIII.B.2.f; and STCW Section A-VIII/1 | During the interview with the HR Director crew work hours discussed. It was noted that several Deck and engineering crew members were in violation of the work/rest hours. HR Director said she is aware of this issue and is working with their supervisors to correct this but their current voyage plan is what is creating these violations. Leaving Juneau, Alaska at 2200-2300 and arriving at Victoria, British Columbia at 0500-0600 does not allow for enough rest. During the audit there was issue with the crew about work hours and they stated they work a lot but feel they get enough rest even though the work so many hours. | Root Cause Analysis indicated incorrect time management of Crew for departure and arrivals. The HR Director is to work with the Staff Captain to determine the root cause for Hours of Rest violations. This will include the following: the review of current EP itinerary, review of current Deck Department work schedules, identifying whether schedule changes can alleviate these findings, recommending appropriate changes, and monitoring this issue closely for upcoming voyages to ensure compliance with Hours of Rest. Voyage Planning procedure guidelines to require a manning schedule be developed and made part of the voyage plan. The manning schedule indicates when the ship is expected to have extra people on the bridge (and ECR) to execute the voyage plan per established standards. The voyage plan addresses the time frames involved to meet the published itinerary. Everyone is responsible for managing their own hours with their supervisor's oversight, and having the expected manning schedule would assist in knowing the upcoming demands on their time so they can actually manage it. | Completed |
| | | | 2 | ECP Section VIII.B.2.h | In the machinery spaces there is several cone shaped drains that drain into the grey water system. They are easily accessible and vulnerable to having oil poured into them. | Root Cause Analysis indicated there is no requirement to control small drains controlled under Vulnerability Assessment methodology. The ship has placed caps on the drains. Signs are to be developed and posted near the drain indicating that oil is not to be poured down the drains. | Completed |
| | | | 3 | ECP Section VIII.B.2.i.i; and HESS: ENV-1201-A3 | In the Oil Record Book there are two issues: 1. One entry was lined out but not initialed. The typical process for correcting a mistake is to cross out with one line, then initial as to indicate who did the entry. The following line item was the correct entry, and was correct with now anomalies. The only thing that was incorrect, was the person making the entries did not fully finish as he left out his initials. The person who made the entry was no longer on the vessel. The corrected entry was made. It was agreed that the EO would make an extra effort to scan the entries in future. 2. One entry the code was not written in. This was another entry in the ORB by the same, previous author. The entry was correct, except that the letter code for the entry was somehow forgotten. Again, the EO was advised to be extra vigilant in scanning for errors in the ORB. | Root Cause Analysis indicated lack of attention to detail by the engineering staff and lack of oversight. If originator is to return to the vessel, they are to initial the entry. If they do not return, the Chief Engineer is to make an entry into the ORB. The EO is to ensure that whenever an amendment or correction is made to the ORB, the change is initialed and dated. During EO's daily check of Oil Record Book he/she must ensure all entries are done correctly as lined out in Guidelines for filling out Oil Record Book. He/she must ensure date, code and item number is correctly filled in. If entries are corrected they should be crossed out with one single line and initialed with date. With ECP more vigilance is required by EOs and all entries must be carefully checked before they sign the bottom of the page. Message to be sent fleet wide to ensure all ORB entry makers and verifiers read and understand ENV-1201-A3. | Completed |
| Seabourn Encore | 08.29.2017 | Non-Conformity | 1 | ECP Section IV.A.2.c; and HESS: ENV-1008 | The Environmental Officer was assigned other operational duties. Comment: Although the ECP states that the Environmental Officer will only monitor waste operations, the Environmental Officer was actually implementing the waste management plan on board. These duties included all aspects of Waste Operations / Bunkering and Waste Offloading. It was clearly evident by reviewing these operational responsibilities in HESS-MS ENV-1008 (Environmental Officer Roles and Responsibilities) and speaking with the Environmental Officer about his waste management duties that a heavy load was being placed on the Environmental Officer to ensure all aspects of his normal duties and those under the ECP were being met. Non-conformities are noted in the Garbage Management sections of this report. | Root Cause Analysis indicated removal of operational duties from the EO to proper shipboard personnel was not done in a timely manner. New procedure has been implemented to remove operational duties from the EO. ECN 13 to be issued reiterating EOs not to be assigned operational duties. | Completed |
| | | | 2 | ECP Section VIII.B.2.g; and HESS: ENV – 1301 | Segregated garbage delivered to the Garbage Room for disposal from throughout the vessel is not in accordance with the Garbage Management Plan. Garbage delivered to the Garbage Room for disposal from throughout the vessel is not in accordance with the Garbage Management Plan or posted garbage management placards in the garbage rooms. Observed garbage being delivered to the garbage room throughout the audit in unlabeled bags. Posted garbage placards state, "all bags found without labels or with mixed garbage to be returned to the originator". | Root Cause Analysis indicated procedure not followed. The Garbage Management Plan is available in ENV-1301-DI1. Specifically, Appendix 4 notes brand specific responsibilities where on Seabourn the Staff Chief Engineer will provide oversight for all solid waste operations. This includes all solid waste processing and disposal preparation, ensuring that all waste is properly sorted organized and packaged for offloading, and providing all oversight of garbage room personnel and waste management operations and equipment. Remove unapproved sign requiring unlabeled garbage to be returned to the originator. Department Supervisors from all ships in the Seabourn fleet are to be instructed by EO in waste management procedures. | Completed |
| | | | 3 | ECP Section VIII.B.2.j; and HESS: ENV – 1301 | There is no designated hazardous waste storage area listed in the Garbage Management Plan or in accordance with HESS-MS documents ENV-1301 - Garbage Management or MED-2101 - Infection Control Precautions. | Root Cause Analysis indicated lack of a dedicated area for storage of hazardous waste. Superintendent to work with the vessel to create a dedicated secure storage area for hazardous waste. Ships without a dedicated secure storage area for hazardous waste in the Seabourn fleet to have the same arrangement. | Completed |
| | | | 4 | ECP Section VIII.B.2.j; and HESS: ENV – 1301 | Two (2) signatures required for acknowledging receipt of medical bio-hazardous waste from the hospital were missing from the Hazardous Log Book in the Garbage Room. | Root Cause Analysis indicated procedure not followed. Missing signatures to be corrected if those personnel are still on board. otherwise a note will be added that these gaps have been acknowledged. EO to provide additional training to garbage room personnel on the proper record keeping for hazardous waste, including bio-waste. | Completed |
| | | | 5 | ECP Section VIII.B.2.j; and HESS: ENV – 1301 | Ten (10) entries in the Hazardous Waste Log (August 17, 2017 through August 24, 2017) for receiving medical bio-hazardous were missing required entries as to their final disposition. Specifically, were they incinerated on board or landed ashore for disposal? Additionally, the same ten entries were missing the required Environmental Officer signature verification. | Root Cause Analysis indicated procedure not followed and a lack of oversight. EO to provide better oversight of record keeping for biohazardous waste. The missing signatures will be filled in if the applicable EO is still on board. Otherwise the missing entries will be noted in the log as acknowledged. With the expectation that the absent EO will fill signatures on next contract. Issues with garbage management have been addressed in separate NC's issued on this audit. EOs to be reminded at next series of EO conference calls to provide better oversight of hazardous waste record keeping. | Completed |
| | | Observation | 1 | ECP Section IX.D | The posted operating instructions for the forward engine room emergency bilge suction had an incorrect valve number listed. The valve itself, located in the engine room, was labeled correctly (MR/166VD). The operating instructions posted above the valve, had the valve number listed incorrectly (MR/166VF). | Root Cause Analysis indicated lack of care and attention during labeling of valves in operating instructions. Chief Engineer to verify that the necessary valve has been amended, and operating instructions correctly lists the valve number in question. | Completed |
| | | | 2 | ECP Section VIII.B.2.j; and HESS: ENV-1301 | Used batteries for recycling were not being separated and stored in separate containers in accordance with the Garbage Manage Plan. | Root Cause Analysis indicated lack of oversight in separating and training of the Crew. Used batteries are to be separated in separate containers for disposal. EO to confirm that battery separation is included in mandatory familiarization training. | Completed |
| | | | 3 | ECP Section VIII.B.2.n | When asked about training for the engineers, the Chief Engineer, Kamen Dimitrov was unaware of any specific training for the Engineering Officers in the operation, maintenance and repair of oily water separators, oil content discharge monitoring, and other pollution prevention equipment. The Chief Engineer stated the engineers have completed the basic environmental training as required by the ECP but he has not seen any additional training requirements for the operation of the OWS. Reviewed training records and randomly selected crew members from the training records to confirm signatures of attendance with the required environmental training and found no discrepancies. | John Allen from Carnival Corporate is to provide guidance to HA Group in the training of the technical department as required for all brands. Root Cause Analysis: The HESS-MS currently specifies ECP training for shipboard personnel in TRGs- 2302 - 2305 and 2308 - 2310. The Seabourn Encore completes this training as required. Carnival Corporation provides technical training for engineers at CSMART but has not developed shipboard training for Engineering Officers on the operation, maintenance and repair of OWS and oil content discharge monitoring, or other pollution prevention equipment. | Completed |
| | | | 4 | ECP Section VIII.B.2.t | There was no documentation found in the HESS-MS addressing the pressure testing / inspection of the tender boat refueling hoses located in both bunker stations. Both the Chief Engineer and Company representative stated that this should be addressed in the HESS-MS. | Root Cause Analysis indicated that there is no policy in HESS-MS. Policy for pressure testing inspection of tender refueling hoses to be addressed to Corporate for potential inclusion in appropriate HESS-MS technical procedure. | In Progress |
| | | | 5 | ECP Section IX.G | During the tank sampling process it was discovered that there were two (2) different size sampling bottles inside the sampling kit sent to the vessel from SGS. The larger sample bottles were used first and were found to leak slightly at times around the cap. The smaller bottles were fine and did not leak. | Root Cause Analysis indicated lack of oversight by SGS. The sampling vendor SGS will be notified of the leaking bottles and will be asked to correct the issue with sampling kits for future audits. | Completed |
| | | | N/A | N/A | The course did not have written objectives for the students during the introduction of the course. | Root Cause Analysis indicated lack of oversight. List of objectives will be created and available in the first module of the course and as well in the introduction Learning Management System ("LMS"). | Completed |
| | | | N/A | N/A | The course did not have written objectives for the simulator exercise or a brief prior to entering the engine room simulator. | Root Cause Analysis indicated lack of oversight. List of objectives are to be delivered to participants before starting the exercise, in the ECR during the SCENARIO briefing. | Completed |
| | | | N/A | N/A | The group in the simulator (full class) was too large for the exercise and a pre-briefing of the exercise was not given to students. The student/teacher ratio for other simulator courses given at the facility are reduced to ~6/1 for better management. | Root Cause Analysis indicated a lack of course ownership led to CSMART internal procedures not being followed. Groups will be divided in alignment with the objectives developed to meet audit observation. | Completed |
| | | | N/A | N/A | One of the effective exercises given during the course involved the students labeling part of the OWS; a similar exercise should be developed for the White Box. | Root Cause Analysis is not required for this suggestion made by the auditor. However, additional time will be added to cover improvement on BCDB naming and functioning. | Completed |
| | | | N/A | N/A | Pre-requisite requirements for course were not met by a majority of students. Reasons were varied; "couldn't open files", "a lot of information to look at", "no internet access". Pre-requisites should be revisited and appropriate adjustments should be made. Students in the course had a wide difference of experience level for the subjects being covered. The audited course had a mix of Chief Engineers with up to 17 years of experience; new EOs with no experience of ship systems (except for a three week indoctrination on board a vessel), and EOs with up to 10 years of experience. Even with the dichotomy of student experience, the course was taught at a level that engaged all participants. More experienced students were encouraged to assist and mentor the less experienced, which made the classroom environment very relaxed and opened lines of communication between students. | Root Cause Analysis is not required for this suggestion made by the auditor. However, GLADIS will be updated to reflect the approach of completing a baseline test (for all EO's) the system will then compile a reading list for candidates to complete. | Completed |

Status Report on Behalf of Princess Cruise Lines, Ltd. – TPA Final Audit Findings
March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| CSMART - Environmental Officer Course | 09.25.2017 | Observation | N/A | N/A | No written procedures developed for course review and revision that meets CSMART's standards; Course feedback: Student critique only. No formal feedback loop from the fleet except EO end of contract critique by the ship's Captain, which may or may not make it back to SMART. Revision record; revision is ongoing due to infancy of course. Current changes are managed by the instructor, a small group of corporate reps and CSMART individuals. CSMART has a set procedure for course review and revisions that will be followed once the course matures. | Root Cause Analysis indicated lack of course ownership led to the course not following CSMART procedures. CSMART will take over responsibility of the course administration mid November 2017, thus aligning review and revision requirements. | Completed |
| | | | N/A | N/A | No written audit/evaluation developed for the EO training manager's ECP's ship visits; Mr. Massimiliano "Max" Bei is the lead instructor for the EO course and is its training manager. Mr. Bei was interviewed by the auditor, his qualifications were reviewed and it was determined that he met all ECP requirements. He is knowledgeable and comfortable with the EO course material and requirements. All CSMART instructors must attend an instructor's course and are evaluated each year by a third party auditor; At the beginning of the course The students were given an initial assessment of 30 multiple choice questions to evaluate their knowledge level. Students were then given a 20 multiple choice question test that used questions from the pre-requisite material students were expected to review prior to attending the course. Students were expected to achieve a score of 80% on this test. If the student did not achieve a score of 80%, they were given two more opportunities during the course to pass the test. Students that failed to achieve the score of 80% after the third opportunity failed the course. At the end of the course, a final exam is administered. The test includes 5 written exam questions and 70 multiple-choice questions. The essay portion of the test is completely OWS centric, where students have to describe static and centrifugal OWS systems including piping and component diagrams. For those failing the course (less than 80% on the final exam); they can't sail as an EO until they pass the course. It is up to the student's Cruise Line whether they are allowed to repeat the course (case by case). Cruise Lines will not usually let a person repeat the course more than two times. Failure rate for the course is between 4-5%, which is high compared to most of the other courses given at CSMART – one explanation is the experience of personnel attending the course compared to job experience of mariners attending continued learning courses (electricians attending a course regarding their specialty). | Root Cause Analysis is not required for this observation made by the auditor. However, the EO trainer will accompany Fleet Chief Engineers during their ship visits using the FCE program. | Completed |
| Queen Mary 2 | 10.27.2017 | Major Non-Conformity | 1 | ECP Section VIII.B.2.d | The aft Whitebox or otherwise known as the Bilge Control Discharge Box (BCDB) was not in operation. There were problems with the internal operation of the Oil Content Meter. Carnival Fleet Engineering, along with the unit's manufacturer, OEM, were working on a solution. | Root cause analysis indicated system malfunction. The vessel will provide confirmation of rectification with evidence of successful discharge. | Completed |
| | | Non-Conformity | 1 | N/A | New installation of OWS #1 not fully complete, or accepted by company and vessel. Sample line not yet painted bright, contrasting color. | Root Cause Analysis indicated lack of oversight in installation resulted in sample line not being painted. Sample line will be painted green and vessel will provide evidence upon final acceptance. | Completed |
| | | | 2 | ECP Section VIX.H6 | Bilge Source Tank Cleaning – ECP requirement is that "all bilge source tanks be cleaned at 6-month intervals." Current practice on this vessel is to "Skim and Inspect" every month. The intermediate bilge settling tanks cannot be emptied and cleaned in typical fashion. The intermediate tanks are located between the HFO service and settling tanks, so their temperature is usually at 85–95 Centigrade (185–203 Fahrenheit). | Root Cause Analysis indicated the intermediate bilge settling tanks cannot be emptied and cleaned in typical fashion. The intermediate tanks are located between the HFO service and settling tanks, so their temperature is usually at 85–95 Centigrade (185–203 Fahrenheit). A plan for cleaning tanks to be confirmed. AMOS to be checked to confirm that all ships have six monthly requirement for cleaning bilge source tanks. | In Progress |
| | | | 3 | ECP Section VIII.B.2.y | The Clean Bilge tank is not used as designated as listed on the ship's approved plans. Vessel stopped using it as a Clean Bilge tank in 2012. Currently used as another Dirty Bilge tank. This needs to be addressed and updated documentation in the current and approved piping plan as per the ECP. | Root Cause Analysis indicated out of use tank not identified as part of the ECP start up review. Identify QM2 requirement for Clean Bilge System. Review CUK approach to clean bilge tanks and if needed amend affected documentation (IOPPC, Sludge and Bilge Manuals, Ship Drawings, AMOS, Ship Maintenance Manuals). | In Progress |
| | | | 4 | ECP Section VIII.B.2.z | There were several incidents observed where the garbage personnel on watch were not properly receiving bio hazardous waste (red bags) and logging their receipt in the Hazardous Waste Log. | Root Cause Analysis indicated it was not possible to determine the facts of the cause but it is understood that red bags were being deposited when waste staff were not present therefore creating administration issues. WD Staff to be re-briefed concerning hazardous waste management ENV 1301 and receipting of Hazardous Waste to be reviewed. | Completed |
| | | | 5 | ECP Section IV.A.2.j.ii | There are currently no policies in the HESS-MS for documenting the EO's unannounced machinery space visits at least twice per week to observe the operation of the OWS & OCM (when in operation) for a period of one hour, including start and stop times. At least one of the two required weekly visits will be conducted outside normal day work hours. | Root Cause Analysis indicated EO was not aware that the September 2017 version of ENV 1008 A3 weekly report contains a workstep and provides a record for EO's unannounced visits to the machinery spaces. All EOs will be reminded to use the September 2017 version of ENV 1008 A3 weekly report. | Completed |
| | | | 6 | ECP Section IX.G | The vessel's ECP Oil Sampling Plan was incomplete, not all of the required tanks or sampling points were indicated on the plan. Vessel personnel stated that they were following the guidelines of the SGS sampling plan, which is inconsistent with the requirements of the ECP. | Root Cause Analysis indicated misinterpretation of the sampling plan and the ECP. To be checked and confirmed through Corporate. ECP IX.G does not require food waste tanks to be sampled. | In Progress |
| | | | 7 | ECP Section X.A.1 | There are currently no policies or procedures for Tender/Lifeboat bunkering found in the HESS-MS. | The Root Cause for the finding is not known. No procedure previously existed to manage the risk of bunkering lifeboats and tenders. ABG to lead policy development for the bunkering tenders/lifeboats. | Completed |
| | | Observation | 1 | ECP Section VIII.B.2.d | During OWS rest run, operators had difficulty getting #1 OWS (A new upgraded installation) on line and operating properly. The test run time was extended one hour for a total of two hours. | Root Cause Analysis indicated new OWS units were installed without a robust commissioning plan in place. Commence development of a robust process for acceptance of new OWS post installation to include commissioning, acceptance and timing of inclusion on IOPPC at culmination with Class. An OWS commissioning plan was developed and implemented. | Completed |
| | | | 2 | ECP VIII.B.2.q; and HESS OHS-1302 | The responsibility to provide proper ECP briefings for vendors and technicians coming onboard the ship is confusing. HESS OHS-1302 - Contractor or Third Party Personnel, states that it is a shore side responsibility. It is unknown if this is happening. Currently no one onboard the vessel that is officially designated to give these briefs. | Root Cause Analysis indicated the contractor manual was not updated in 2017 to make it clear to contractors that portable pumps are required to be controlled. Current CUK tier 3 process to be reviewed and assess whether shore staff engaging contractors have adequate guidance in place. | Completed |
| Majestic Princess | 10.30.2017 | Non-Conformity | 1 | ECP Section IX.F.1 | Found no ECS seals on blank flanges on LT coolers seawater outlet lines. | Root Cause Analysis indicated difference of interpretation of Vulnerability Assessment. Valves fitted with seals, added to ECS seal log and vulnerability assessment. | Completed |
| | | | 2 | ECP Section IX.F.1 | Found no ECS seals on blank flanges of Reverse Osmosis S.W overboard valve. | Root Cause Analysis indicated difference of interpretation of Vulnerability Assessment. Valves fitted with seals, added to ECS seal log and vulnerability assessment. | Completed |
| | | | 3 | ECP Section: IX.B.1 | Found no ECS seals on Boiler blowdown overboard valves. | Root Cause Analysis indicated difference of interpretation of Vulnerability Assessment. Valves fitted with seals, added to ECS seal log and vulnerability assessment. | Completed |
| | | | 1 | ECP Attachment 3, Employee Training Program - page 49 | Not all shore side Covered Personnel were found to have completed the ECP training within the six (6) month probationary period. Through comparison of the Covered Person List and the ECP training list, two (2) persons were found not to have completed some or all required training. One (1) employee on the Covered Person list had not completed all training, and one (1) employee at the VP level of a Covered Personnel department had not completed all required training. | Root Cause Analysis indicated human error in maintaining the Covered Personnel list and then transferring that list to the Shore Side training tracking spreadsheet and requesting the GLADIS training account. Two individuals identified were the Vice President of Crew Operations and Marine Manning Manager. Covered Personnel list was thoroughly reviewed and updated to include Vice President of Crew Operations as not only a Department Head/VP, but also as a Covered Personnel. On November 8, 2017, both Vice President of Crew Operations and Marine Manning Manager received GLADIS accounts and completed the required ECP Shore Side Covered Personnel training. Environmental Compliance team requests the new hire list from the HR Department on a weekly basis. A weekly reminder is set up in Outlook. Once a new position/individual is identified, they are immediately added to the Covered Personnel list and an account is created for them in GLADIS. If the position already exists and is on the Covered Personnel list, then the individual is added to the list. If the position is new, then the Job Description is requested from HR and reviewed by the Environmental Compliance team to determine if that position involves the operation and technical management of the Covered Vessels. If yes, then that individual and position is added to the list. New hires are required to complete the ECP training on their first day, before they assume their duties. On a monthly basis, Environmental Compliance team will request list of promotions, departures, and transitions from HR to review with existing Covered Personnel list and ensure that no positions or personnel were missed. Job Descriptions are requested as needed to determine if the position/individual should be added to the Covered Personnel list. Environmental Compliance team has set a monthly reminder in Outlook for this process. | Completed |

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| | | Non-Conformity | 2 | ECP Attachment 3, Employee Training Program - page 49 | Not all Ship-Board Personnel were found to have all required ECP training within seven (7) days of reporting onboard. On random sampling of one (1) vessel, and sampling of ECP training, one (1) crew member had not received training, and two (2) crew members had not completed the training after the seven (7) days of reporting onboard as required by the ECP. | Root Cause Analysis indicated no standard fleet wide instructions or procedure in place for providing TRG-2302 Environmental Awareness Induction training to Team Members that miss the Vessel Familiarization or sign on during intermediate ports. Environmental Officer ("EO") updated CPS records to reflect training. EO is now using a dedicated sign in sheet for the TRG-2302 training given to Team Members that sign on the ship during intermediary port days. Determine Best Practice for conducting and tracking TRG-2302 Environmental Awareness Induction training for Team Members that sign on in intermediary ports rather than home port. Operating Line Training Manager will provide standard and clear fleet wide instructions in an Operating Line Procedure made available in the HESS system. | Completed |
| | | | 3 | ECP Section I.B., Persons to Whom Applicable and ECP Section V.A.1., Shore side Covered Personnel, Operations, Maintenance and Repair Personnel | Not all Persons who have routine responsibilities with operational duties of Marine Environmental Protection Management were identified as a Shore side Covered Person within the Carnival Cruise Line Organization. It was found during a spot interview with an Environmental Analyst that her job description and job scope function aligned with the requirements consistent with being a Covered Person as required under the ECP. This Environmental Analyst was not on the Covered Person roster and did not complete all ECP required training. | Root Cause Analysis indicated misinterpretation of the definition of Covered Personnel due to no formal procedure or protocol in place for defining Covered Personnel. All employees in the CCL Environmental Operations team were placed on the Covered Personnel list and revised the ECP Shore Side Covered Personnel training (TRG-2307). Specifically, Environmental Analyst and Contractor were added to the CCL Covered Personnel list, registered for a GLADIS account, and completed all four modules of the TRG-2307 ECP shore side training by November 10, 2017. CLL will develop standard protocol for identifying Shore Side Covered Personnel. Once that is in place, Carnival Cruise Line will conduct a review of all Shore Side positions to determine if any positions have been added or positions that should be included were not on the original list. Furthermore, all positions within the CCL Marine Operations department will be reviewed to determine if any additional employees should be identified as Shore Side Covered Personnel and therefore be required to take the ECP Shore Side Training. | In Progress |
| | | | 4 | ECP Section V.B.2 and ECP Section V.B.3. | A requisition by the CARNIVAL BREEZE crew done on May 20, 2017, was found having a wrong code associate to the part (non ECP code). The original requisition was done for multiple items and included ECP and non ECP spare parts. On July 18, 2017, the purchase order was eventually processed for the ECP spare part only but its code was not corrected in the INFOSHIP system causing further delay. At the time of the audit, the spare part was expected for delivery on January 9th, 2017. | Root Cause Analysis indicated the system is not configured to alert of incorrect coding. Configure system to alert personnel that a wrong budget code has been selected for an ECP critical part. | In Progress |
| | | | 5 | ECP Section V.B.3 | The ship CARNIVAL PARADISE completed the replacement project for one (1) OWS and two (2) BCBDs (White Box) on Nov 2nd, 2017. The spare part list was not updated on Nov 8th. William Greenlaw, Manager PMS, was reached for explanation and stated the job/update was in progress. The update was completed on the following day, Nov 9th. | Root Cause Analysis indicated no dedicated process for new equipment spare parts identification/updating in system. Add the equipment spare parts to the system. During the project implementation, the dedicated PM is to advise the Infoship team to add the required parts to the system and also advise the vessel to order the parts in advance of installation completion. | In Progress |
| | | | 6 | ECP Section III.B.2 | A Corrective Actions was raised by the Internal RAAS Audit of Carnival Cruise Lines dated 09 June 2017. No evidence of this action being completed was provided which noted that all personnel identified as SMEs who may act as assigned investigators have received Incident Investigation Training. | Root Cause Analysis indicated a lack of oversight. The Company is developing a formal plan to send all SME's for incident investigation training. This will also include refresher courses for all SMEs who have already been trained. Once training has been developed and implemented, a formal tracking system will be used to ensure that all SMEs receive incident investigation training before being assigned to an investigation. | In Progress |
| CCL - Shore | 11.06.2017 | | 1 | ECP Attachment 3, Employee Training Program – Element 3 Bullet 1 | During the course of this audit it was observed on the first day that there were no Environmental Compliance Notices (ECN) (Example: ENC-02, "SPEAK UP") placed in any location in the CCL offices. The only location where this ECN and others are available is in the GLOBAL-HESS and only visible/reviewable if specifically opened by an individual. | Root Cause Analysis indicated a lack of retention of environmental training material, including video, two (2) computer based training modules with assessments, and instructor led training session. An email was sent to Covered Personnel from OLCM Domenico Rognoni on November 9, 2017. Additionally, on November 28, 2017, a signed letter from OLCM was sent to all Covered Personnel via email notifying them of their role under the ECP, the training program requirements, and the avenues for reporting environmental incidents as set forth in the additionally enclosed Speak Up poster. As of November 28, 2017, all newly hired Covered Personnel receive a copy of this letter. CCL will include clear objectives at the beginning of the Instructor Led Training session by inserting an additional slide in the TRG-2307 PowerPoint presentation that the trainees should leave the training and know how to report an environmental incident and the name of the OLCM. Furthermore, CCL will include content and an assessment with the name of the OLCM, examples of environmental incidents, and avenues for reporting environmental incidents into the annual Shore Side refresher ECP training for Covered Personnel. | In Progress |
| | | Observation | 2 | ECP Section III.A.17 | During the course of this audit it was observed on the first day that there were no Environmental Compliance Notices (ECN) (Example: ENC-02, "SPEAK UP") placed in any location in the CCL offices. The only location where this ECN and others are available is in the GLOBAL-HESS and only visible/reviewable if specifically opened by an individual. | Root Cause Analysis indicated ineffective training and following procedure. In conjunction and with support from Ron Phillips, David Klein and Alexander Gonzalez from Shore side Human Resources, the following will be rolled out: Update ECP "SPEAK UP" poster with new key messages; Emphasizing Domenico Rognoni as OLCM, make the ECP more predominate on poster, highlight what to report and where to report, include Carnival Cruise Line logo alongside Carnival Corporation logo. Create posters, banners, table top flyers, and communications with updated design. Banners will be displayed in the following areas of the Doral building:<br>• Lobby<br>• Cafeteria<br>• Conference Center<br>• Executive Offices<br>Table top flyers will be displayed in the following areas in the Doral Building:<br>• Meeting Rooms<br>• Break Rooms<br>Update image and information regarding the ECP on the CCL intranet to include how to report issues and naming Domenico Rognoni as OLCM. In addition, we are refining the Carnival Values and will be rolled out at all locations through 2018 to include the additional statement, "Show TRUST, CARE and RESPECT for each other, our ships and the environment." Implement marketing materials in our Miramar and Center Gate offices. Revise Carnival orientation to include more information about the ECP and how to report issues. Create instructor led sessions for leadership teams on the ECP and how best to report any issues. Include ECP information in weekly Carnival Brief emails. Create short informative video to be displayed on all TVs located in the Doral building. | In Progress |
| | | | 3 | ECP Section V.B.3 | The ship CARNIVAL CONQUEST is currently undergoing a project to replace one (1) OWS and two (2) BCBDs (White Box). Old equipment and fittings were removed during the Dry dock period occurred from Sep 30 to Oct 14, 2017. During the interviews, a message from the ship's Chief Engineer on Nov 6th, 2017, was noted requesting the new critical spare part list. At the time of the audit the ECP spare part list was not updated. | Root Cause Analysis indicated no dedicated process for new equipment spare parts identification/updating in system and removal of old equipment. Add the equipment spare parts to the system and remove the old/obsolete equipment. During the project implementation, the dedicated PM is to advise the Infoship team to add the required parts to the system, remove the old equipment/parts and also advise the vessel to order the parts in advance of installation completion. | In Progress |
| | | | 4 | ECP Section VIII, TPA Access | The Third Party Auditors (TPA) did not have full access to Covered Personnel which impeded the performance of its auditing function, even though the original audit scheduled for shoreside audits was done for June 23, 2017 with a detailed Carnival Cruise Line audit schedule sent on October 31, 2017. A scheduled Carnival Cruise Line Off-site event on Thursday 09 Nov. 2017 resulted in the unintended consequences of preventing the ABSG audit team from completing the audit as efficiently as possible. Key personnel who were attending the off-site meeting were not available during the normal daily audit scheduled. | Root Cause Analysis indicated miscommunication and misunderstanding with the auditors of the magnitude of the employee participation at the beginning of the audit when the activity was made aware to them. No external departmental related activity requiring high participation from employees of the department. As soon as the Company receives the scheduled dates for an ECP Audit they will immediately send out a communication stipulating the above, in order to mitigate this from reoccurring. | In Progress |
| | | | 5 | ECP Attachment 3, Employee Training Program - page 49). | No procedure exists to identify how new hires are to be designated as Shore side Covered Personnel. | Root Cause Analysis including the requirement to have a formal procedure to address this process was not identified explicitly in the ECP. However, CCL did have a process in place, but this process was not incorporated into a HESS procedure or formal protocol. New hire list is immediately added to the HR Department to the Environmental Compliance team on a weekly basis. Once a new position/individual is identified, they are immediately added to the Covered Personnel list and an account is created for them in GLADIS. If the position already exists and is on the Covered Personnel list, then the individual is added to the list. If the position is new, then the Job Description is reviewed from HR and reviewed by the Environmental Compliance team to determine if that position involves the operation and technical management of the Covered Vessels. If yes, then that individual and position is added to the list. New hires are required to complete the ECP training on their first day, before they assume their duties. We will incorporate the above process into a company operational directive (in HESS) for identifying and designating newly hired Covered Personnel. | In Progress |
| | | | 6 | ECP Attachment 3, Employee Training Program -page 49 | The Training Manager uses the application Crew Personnel System (CPS) for tracking successful completion of training of shipboard crewmembers. Verifying deficiency reports require a good deal of manual validation between the shores side support team and the EOs to insure accuracy. | Root Cause Analysis indicated a lack of automated process. Training tracking spreadsheet to be prepared for EOs to fill out and submit to Operating Line Training Manager (OLTM) on a weekly basis. OLTM will use deficiency reports in CPS to validate information provided by the EOs. Compliance reports for ECP TRG courses will be built into the CPS system based on mapping of positions to required trainings. Both shipboard and shore side personnel would be able to run compliance reports using this reporting function. | In Progress |

United States of America vs. Princess Cruise Lines, Ltd., 1:16-cr-20897-PAS
March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| Coral Princess | 11.11.2017 | Non-Conformity | 1 | ECP Section VIII.B.2.g | Garbage Plan and Management. The Garbage Plan as required by ENV-1301 Garbage Management, was printed and filled in, however, some of the appendices were missing, and Appendix 1 was out of date. | Root Cause Analysis indicated Appendix 1 was not updated immediately and Appendix 7 failed to migrate with the update to global HESS-MS. Ship to print out and confirm that the updated Appendices, including Appendix 1 from the HESS-MS are present within their Garbage Management Plan copy. | Completed |
| | | | 2 | ECP Section V.B | Critical Spares Parts Below Minimum Quantities. During the review of the ECP critical parts it was found that there are five (5) purchase orders with a total of eight (8) line items totaling 28 parts overdue. During the audit on 11 November 2017, 24 parts were received and checked in, leaving 3 parts outstanding. PO # - T715171032 line item 1 - Bilge pressure transmitter, on order since 25 May 2017; PO # - T715179115 line item 2 - Bilge level, on order since 23 July 2017; PO # - T715179115A line item 1 - Bilge level, on order since 03 July 2017. | Root Cause Analysis indicated orders pre-dated current system which did not provide a robust method of tracking post order being created. T715171032 received onboard 12/7/2017. T715179115 received onboard 12/4/2017. T715179115A received onboard 12/7/2017. A review of current stock levels for ECP critical spares has been carried out. Stock Max/Min and reorder levels will be amended. | Completed |
| | | | 3 | ECP Section VIII.B.2.t | Procedures and Equipment Related To Oil Transfers. During the review of the MARPOL samples it was found that from 01 December 2016 to 12 November 2017 there were 15 samples missing. | Root Cause Analysis indicated a lack of caring management of fuel oil samples, resulting in the incorrect disposal of the samples. The Chief Engineer has now taken personal responsibility for storing of the fuel oil samples along with the technical clerk. The current Chief Engineer confirms that since December 2016 there are no missing samples on Coral Princess. TEC-1402 is to be updated to include more instruction on storing and retaining fuel oil samples and is scheduled for release in early February 2018. Director HESS-MS to confirm when policy is live. | Completed |
| | | Observation | 1 | ECP Section VIII.B.2.c | Performance of Pollution Prevention Equipment. The sample line installed is manufactured from a soft plastic. Once the OCM is reaching less than 15 PPM, the sample line could be pinched closed resulting in the OCM continuously reading the same sample at less than 15 PPM. This may allow the three-way valve to remain open and potentially by-passing the OMC. Note: Servicing of the units was recently completed and there was no objective evidence that this method had been used. | Root Cause Analysis indicated there are no formal instructions on type of material to be provided on sample lines of OWS. Plastic piping replaced with hard piping and flow switch installed. Survey of all installations to be carried out throughout HA Group, and units with plastic piping to be replaced with hard piping and flow switches installed where required. | Completed |
| | | | 2 | ECP Section VIII.B.2.h | Vulnerabilities To Unauthorized Disposal Of Oily Waste. During the walk through of the engineering spaces it was discovered that the MBR membrane washing station was fitted with a pump and hose that could be re-configured to take suction from various locations and discharged through grey water system. Note: There was no objective evidence that this method had been used and the crew took immediate corrective action to the satisfaction of the auditor and the vulnerability assessment was updated. | Root Cause Analysis indicated the finding was not identified as vulnerability on VA report. The pump suction water lines of the MBR Membrane cleaning station was connected with a rubber hose. The cleaning station consists of two wash chambers where two MBR Membranes can be washed. The suction hose connected to the pump (Suction Side) located underneath the tank was used to empty these chambers once the job was completed. The auditor suggested to make a permanent suction line for the two chambers using fixed line. This was completed using copper piping to replace the rubber hose. Also additional Pad Locks were added to the pump delivery line and air line. All HA Group ships are being checked for flex hoses and where the wash water goes to better understand the various ship set-ups. Not all ships have these cleaning stations. Once information is collected, a determination will be made to direct the ships appropriately. As per OLCM, wash water returns should be routed to black water side. | Completed |
| Crown Princess | 11.18.2017 | Non-Conformity | 1 | ECP Section VIII.B.2.h | The container for holding bio-hazardous material (Red Bags) in the Garbage room was found outside the authorized area for storing hazardous materials. | Root Cause Analysis indicated a lack of understanding on proper red bag waste storage prior to incineration. Sign to be added in Garbage Room stating proper location of hazardous waste bag storage. Fleet wide instruction for permanent signage to be distributed, and action plan to be closed when all ships have confirmed compliance. | Completed |
| | | | 2 | ECP Section IX.B.1 | The ship has identified their vulnerabilities but has not sealed all of them. It is the practice of the ship that some vulnerability points need a portable pump and hoses to make them a vulnerability. According to the ship unauthorized usage of portable pumps is presented by controlling pump usage as per their companies OD ENV/02/16. Portable pump usage is also regulated by ENV-1203. Using this pump control method might be seen as a virtual lock but this does not meet the requirements of the ECP for tags, seals or locks. A reassessment of all vulnerable connections that are not tagged because of the use of the portable pump control directive needs to be done and seals, tags, locks or welded clips need to be installed to meet the ECP requirement. | Root Cause Analysis is misinterpretation of ECP requirements. The controls of portable pump usage are currently under review. | In Progress |
| | | | 3 | ECP Section IX.B.1 | A quick connect fitting was found attached to the overboard discharge (near pump) piping for each of the waste food tanks (2) in the incinerator room. Both fittings do not have EICS tags nor were they identified in the vessels vulnerability assessment. | Root Cause Analysis indicated the finding was not identified in vulnerability assessment. The connections in the VVA to be identified, updated EICS log and fit EICS tags. Liaise with ABG with the intention of conducting a review of vulnerability requirements. | In Progress |
| | | | 4 | ECP Section VIII.B.2.m | In reviewing the log book for "position-specific training on pollution prevention equipment" numerous dates of completion were missing for personnel on different pieces of equipment throughout the log. | Root Cause Analysis indicated incorrect log entries for training due to lack of care and attention. Ship is to ensure missing dates are amended where possible, and retraining if required. | Completed |
| | | | 5 | ECP Section VIII.B.2.y | The "Save All Drain System" (SADIS), which is permanently attached to the sludge piping, is not shown on the current Class approved drawings. | Root Cause Analysis indicated Save All Drain System initially not identified to be added to shape drawings. Update approved sludge drawings to include Save All Drain System as identified. Review and update where necessary approved sludge drawings to include Save All Drain System across the PCL Fleet. | In Progress |
| | | | 6 | ECP Section VIII.B.2.y | Three branch lines currently fitted with ball valves and cam lock fittings located on the sludge suction line and the sludge discharge line for sludge tank #2 do not appear on the Class Approved Sludge system drawings dated 19 June 2017. | Root Cause Analysis indicated lack of oversight during inclusion of system. Ship to arrange for Approved Sludge System drawings to be updated with, and approved by Class, with ball valves and cam lock fittings located on the sludge suction line and the sludge discharge line for sludge tank #2. All other vessels in PCL fleet will be reviewed to ensure drawings include these additions where applicable. | In Progress |
| | | Observation | 1 | ECP Section VIII.B.2.a | It was noted during the walk through of the engine spaces that there were numerous loose clamps/clips used to repair leaks on potable water lines. The ship is scheduled to go into the shipyard during March or April of 2018. | Root Cause Analysis indicated pinholes within potable water piping caused by corrosion. Plans are in place for piping replacement during dry-dock, however these cannot always be replaced whilst the vessel is in operation. | In Progress |
| | | | 2 | ECP Section VIII.B.2.d | During the initial startup of the RWO Static OWS the drain line for the OWS OCM was found to be blocked and overflowing. The system was secured and the blockage was cleared. On the second startup of the static OWS the white box OCM was found to be out of calibration. The system was secured and the cell was cleaned per the manufacturer's procedures. After this was done an operational test of the unit was performed satisfactorily. | Root Cause Analysis indicated procedure followed, however unforeseen blockage in drainage pipe discovered. The system was secured and the blockage cleared. On the second startup of the static OWS the white box OCM was found to be out of calibration. The system was secured and the cell was cleaned per manufacturer's procedures. After this was done an operational test of the unit was performed satisfactorily. | Completed |
| | | | 3 | ECP Section VIII.B.2.i | In reviewing the Oil Record Book it was noted that some entries could have used more detail to clarify the actual operation that was taking place at the time. For example, there are a few entries that say that there was a grey water overflow when it was actually a leaking or broken grey water pipe. | Root Cause Analysis indicated lack of care and attention to detail while making entries, and oversight of Senior Officers and EO during log book review. Chief Engineer to make T entry for describing identified entry. OLTM to work with ABG to release Oil Record Book training package. If Corporate wide release is not completed by mid-January, the training should be released in the interim to HA Group. | Completed |
| | | | 1 | ECP Section X.A.1 | Environmental Management System - Procedures related to oil transfers and bunkering are not clear and resulting in confusion onboard the vessel. The recently updated policy TEC-1402 DI1 - APPENDIX 1 - Development of Detailed Instructions for Oil Bunkering states: The Company's Detailed Instructions for oil bunkering must be prepared in consultation with the Chief Engineer based on the examples provided in the Appendix.<br>• MARPOL Annex VI Bunker Sample Record Form (Example)<br>• MARPOL Annex VI Bunker Delivery Note (BDN) Cross Check Sheet (Example)<br>• Fuel Oil Bunker Test Log (Example)<br>• Oil Bunkering Checklist (Example)<br>• Bunkering Plan (Example)<br>The vessel has interrupted this as the forms listed are for example only and not mandatory. Therefore, they have created their own version of some forms, or not using the form at all. Furthermore, the company has not, to date provided detailed instructions as stated in the policy. | Root Cause Analysis indicated checklists had been incorrectly self created whilst awaiting centrally published documentation. Vessel to utilize checklists provided in TEC-1402 completing all sections as currently stipulated in the procedure. Carnival Corp has revised and updated TEC 1402 with the intent to publish in HESS-MS by the beginning of January. Ships will have 30 days to implement new requirements. (TEC-1402 is scheduled for publishing early February 2018). | Completed |
| | | | 2 | ECP Section X.A.1, MEPC Res. 259(68), ENV 1102 | Environmental Management System - Procedures related to exhaust gas cleaning systems sampling are not clear. ENV 1102 paragraph 4.4 states that wash water sampling must be carried out once per year after the first year of operation. In addition, the procedure indicates that sampling must be carried out within 3 months of the annual survey. The MARPOL requirement only references sampling for the ship's IAPP renewal survey. | Root Cause Analysis indicated current published policy is poorly written. A suggestion to revise ENV 1102 paragraph 4.4 has been submitted to Carnival Corporation to remove the requirement to conduct the annual testing 3 months prior to annual survey since it is not required by regulation and places an unnecessary burden on the vessel to comply. | Completed - pending verification |

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 – TPA Final Audit Findings
March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| Rotterdam | 12.03.2017 | Non-Conformity | 3 | ECP Section VIII.B.2.t, ECP Section VIII.B.2.i, ECP Section IX.M | Maintenance of Crucial Records. The following discrepancies were noted between the daily watchkeeping logs for the oil to sea interface tank levels, the weekly Oil to Sea Interface log book required by HESS Policy ENV 1202 and the Bunker Checklists required under the Procedures Related to Oil Transfers: • Log entries for the Port CPP head tank between 20 Nov and 27 Nov 2017 in the Weekly Log, Form ENV 1202, were recorded out of sequence when transferred from the daily watchkeeper's log. • The Weekly Log, Form ENV-1202, noted that 48.8 liters of oil was added to the Port Propeller Shaft Seal Emergency Gravity Tank on 2 Nov 2017 to bring the system up to proper levels after dry dock. The daily watchkeeper's log does not indicate any oil was added on that date in question. • A third separate watchkeeping daily round sheet is maintained at the head tanks for each oil-to sea interface tank. This sheet is used to log readings during each watch for a 7-day period. • Bunker Checklist are being completed. However, the time the checklist is signed is not being recorded on BUNKERING CHECKLIST as indicated and required on form. The time of each signature is important to ensure that checklist was completed prior to operations commencing. | Root Cause Analysis indicated the ship created  its own checklists which are in the addition to ENV 1202.  Vessel to remove local OSI logs, and requirements of ENV-1202 to be reiterated onboard with regards to the weekly log entries, and addition/subtractions entries when necessary. Vessel to retrospectively amend entries if practicable on bunker forms. Fleet wide memo to be sent out reiterating ENV-1202 policy and procedures for OSI logs. TEC-1402 is awaiting issue with specific requirements for entries noted. | Completed |
| | | | 4 | ECP Section VIII.B.2.t | Procedures related to oil transfers and bunkering not being followed. Checklist, diagrams and transactions posted in Bunker Station are out of date and not properly posted. | Root Cause Analysis indicated lack of management of the spaces, and oversight of updated documents. Vessel to verify that all posted documentation in each bunker station is the most current version as available in the HESS-MS.  Best practice documentation regarding bunker station management to be distributed fleet wide. | Completed |
| | | | 5 | ECP Section IX.M | Documentation from equipment manufacturers regarding the use of non-EAL lubricants in the oil to sea interfaces for three (3) thrusters, the CPP system, and the two (2) stern tube seals not present on board.  When asked, crew indicated that Thrusters #1, 2, and 3, the CPP systems and the two propeller shaft seals were not utilizing EAL lubricants. No documentation from the equipment/seal manufacturers were evident to indicate that EAL use was not feasible for the existing seals. Documentation was received from the equipment manufacturers prior to completion of the audit. | Root Cause Analysis indicated lack of oversight of the policy requiring the documentation to be available. As noted in the finding, documentation was received from the equipment manufacturers prior to completion of the audit. Chief Engineer to attach any relevant documentation to this finding and close. To be added to the annual review of the VGP, and to ensure documentation on board from each of the applicable equipment manufacturers regarding the use of non-EAL lubricants in the oil to sea interfaces. | In Progress |
| | | | 6 | ECP Section VIII.B.2.h | Vulnerabilities to Unauthorized Disposal of Oily Waste.  During examination of the Boiler Washing (Soot) Tank and associated drain piping, it was observed that the drain piping was connected to Black Water Storage Tank 5 Starboard. This could allow for soot residues from the engine exhausts to be washed into the black water tank and discharged overboard through the black water system. The system is not currently in operation and the tank is currently out of service for maintenance. Additionally, during the audit, the valve in the Boiler Washing (Soot) Tank drain line prior to Black Water Tank 5 Starboard was removed and the pipe blinded and recorded in the vulnerability assessment. | Root Cause Analysis indicated the underlying problem from auditor's perspective is that this was routed to a black water tank with possible discharge from that system.  They said it "could contain" unburned petroleum resulting in a sheen. Soot washing is not regulated by MARPOL and can be discharged directly overboard.  Finalize miscellaneous waste stream file, and implement accordingly to fleet. | Completed |
| Regal Princess | 11.19.2017 | Major Non-Conformity | 1 | ECP Section V.B | Carnival Corporation & PLC Weekly Flash Report Dated September 27, 2017: Regal Princess reported that the UV sensor (critical spare part) on the ballast water treatment system was giving an incorrect signal. The ship did not have a spare sensor onboard and the BWTS remained out of service, meaning the ship was not able to de-ballast within U.S. waters. The issue did not impact ship operations. | Root Cause Analysis indicated the ship did have a spare UV sensor which it used prior to the audit to replace the broken one installed.  Unfortunately, the ship determined that the spare was also not properly working.  Hyde Marine was contacted and later advised us that it was likely due to the spare being a part of a bad batch of UV sensors which were sent out to the ships. Ship to confirm installation of 470uF capacitor in accordance with Technical Bulletin received from Hyde Marine. | In Progress |
| | | Non-Conformity | 1 | ECP Section IX.B.1 | Found two (2) logbook entries within the last 30 days of the Critical Valves and Tank Hatches Lock Log where either a log entry was made for the locking of a valve or tank without an entry that it was unlocked. An entry was made stating a valve or tank was unlocked without an entry indicating it being locked. 20OCT2017 0800 FGR892 was unlocked with no entry indicating it being locked. 24OCT2017 1145 BSS811 was locked with no entry indicating it was even unlocked. | Root Cause Analysis indicated procedure not followed during log entries combined with lack of oversight from EO and Senior Engineers during log reviews. Chief Engineer to re-iterate policy to Engineering Team. Environmental Officer to review log entries for a period of 2 months to ensure ongoing compliance. | Completed - pending verification |
| | | | 2 | ECP Section VIII.B.2.g | Receipts for offloading of garbage was not in cubic meter units making reconciliation with garbage record book difficult if not impossible. Spoke to the EO and Staff Captain in importance to be able to reconcile the amounts transferred to shore. | Root Cause Analysis indicated shore side vendors not always utilizing metric measurements due to worldwide itineraries. This is a well understood situation by shore side and shipboard staff, but we cannot control the operational procedures of outside vendors.  MARPOL and ENV 1301 define the process by which waste should be logged and accounted for, and the Garbage Management Plan meets those standards.  Nowhere in MARPOL or ENV 1301 does it state that the units of measure on the receipt must match the units of measure in the GRB, however, conversion document to be emailed to all HA Group ships with instruction to attach to the GRB for conversion where necessary. Conversion spreadsheet has been sent to the fleet. | Completed - pending verification |
| | | | 3 | ECP Section IX.F.1 | Found no ECS seals on blank flanges on LT coolers seawater outlet lines which were listed on the ship's vulnerability assessment. | Root Cause Analysis indicated the finding was not identified in vulnerability assessment. Identify blank flanges in the VVA, update ECS log, and fit ECS tags. Liaise with ABG with the intention of conducting a review of vulnerability requirements. | In Progress |
| | | | 4 | ECP Section IX.J | Found Numerous Errors from code and quantity entries and inappropriate corrections in the Oil Record Book. It has been self reported by the vessel's Environmental Officer on 10/02/2017. | Root Cause Analysis indicated lack of care during entries, insufficient oversight by Senior Officers. Environmental Officer self reported the missing entries in October, a month before the audit, and the discrepancies are being addressed on board. EO and Chief Engineer will review ENV-1201-A3 (Codes to be Used for Oil Record Book (ORB) Entries) and ECN 11-2017, providing guidance on ORB entries with the EOOWs who are making these entries. | Completed |
| | | Observation | 1 | ECP Section VIII.B.2.a | One minor leak of seawater was reported from the main engine stern tube. This problem was recorded in the ship's preventive maintenance schedule (AMOS) with notification to corporate office and class as well. | Root Cause Analysis indicated maintenance on stern tubes to continue as per PMS requirements with the expectation that minor short term faults will be identified. All Corporate Procedures were complied with and necessary maintenance recorded within PMS. Maintenance on stern tubes to continue as per PMS requirements with the expectation that minor short term faults will be identified. | Completed |
| Royal Princess | 12.10.2017 | Major Non-Conformity | 1 | ECP Section B.2.k | Carnival Corporation & PLC Weekly Flash Report Dated November 22, 2017: Royal Princess reported that while en route to Princess Cays, Bahamas, the ship passed within 12 nautical miles of Turks and Caicos and 8.2 cubic meters of grey water and treated sewage were discharged over a 12 minute period. The resulting discharge was in violation of local regulation and Company policy. The voyage plan had been reviewed and briefed and an environmental Schedule prepared for the cruise by the EO in conjunction with the First Officer. The Environmental Schedule indicated that all overboard discharges were to be closed from 1230LT on the day of the incident. The ship was ahead of schedule but the Bridge adapted to this and gave the ECR proper notification. The engineering officer misunderstood the directions from the Bridge and opened the overboard discharges inappropriately. | Root Cause Analysis indicated human error in misinterpreting the verbal statement from the Bridge at 11:41 hours. There was a breach of procedure in reopening the 4 mile waste stream at 11:43 hours without the Bridge being notified. A full investigation of incident was conducted by onboard Management. Vessel to confirm that all recommendations of the report have been actioned onboard. | Completed - pending verification |
| | | Non-Conformity | 1 | ECP Section: IV.A.2.j.ii | Global HESS-MS document ENV-1008-A3 Weekly Environmental Compliance Report. Specifically, Unannounced Machinery Space. The form needs to be updated to properly document machinery space visits that would ensure the requirements of the ECP are being met. | Root Cause Analysis indicated no current procedure exists to describe how or where these visits are recorded. Neither the current procedure, nor form ENV-1008-A3, specifies how machinery space visits will be recorded, so there can be no corrective action for the forms that were filled out previously. The EO is aware of this suggested best practice, and will record more detail of the date and time going forward.  HA Group is developing HESS-MS tasks to document work activities done by the Environmental Officer in alignment with the requirements specified in ENV-1008. Recording the unannounced visits will be one of the tasks that will soon have a specific task that can be reviewed for objective evidence that the visit was conducted. | Completed - pending verification |
| | | | 2 | ECP Attachment 3 | In reviewing the vessel's Hazardous Waste Log for the delivery of Bio-Hazardous Waste "Red Bags" to the Garbage Room the following issues were identified: A. On November 8, 2017, three (3) entries were found without the EO's signature. B. 8 December, 2017, one (1) entry was found without the EO's signature and the disposal method. C. 9 December, 2017, one (1) entry was missing the receiving person's signature, EO's signature, and the disposal method. D. 10 December, 2017, two (2) entries were missing the EO's signature and the disposal method. E. 11 December, 2017, one (1) "Red Bag" was found in the authorized container for "Red Bags" in the Garbage Room, but no entry was made into the Hazardous Waste Log. | Root Cause Analysis indicated lack of care while recording in the hazardous waste log. EO to review ENV-1301 and where possible, add corrective entries. Vessel is to have NAPA eLog system installed as part of a fleet rollout, which will electronically sign entries made in the log. EO to confirm and close this finding once it is commissioned. | Completed |
| | | | 3 | ECP Section IX.B.1 | A quick connect fitting was located on both Food Waste Tanks overboard discharge piping (on bottom of tank). Neither valve had an ECS nor had it been identified as a vulnerability. | Root Cause Analysis indicated a misinterpretation of the VA requirements. Add the quick connect fittings to VA and seal with correct ship seals. | Completed |
| | | | 4 | ECP Section IX.B.1 | The vessels four (4) grease traps have latched lid covers that can be easily removed. The latches have been identified as a vulnerability but there is no ECS attached. | Root Cause Analysis indicated a lack of oversight while conducting VA inspections. The 4 grease traps were sealed in accordance with the vulnerability assessment. | Completed |

14

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| | | | 5 | ECP Section VIII.B.2.j | The ship was missing two (2) MARPOL bunkering samples. One (1) from 29 April 2017 and One (1) from 15 July 2017. These two discrepancies were passed to shore side representatives by the Chief Engineer via an email in September, 2017. | Root Cause Analysis indicated lack of care and attention by person in charge for past bunkering operation. Due to the timeframe, it is not possible to retrace the previous samples. Chief Engineer to review with Engine Department the newly issued TEC-1402 and maintain a signed sheet of attendees to be attached to audit report. | Completed - pending verification |
| | | | 6 | ECP Section X.A.1.f | The requirements for testing the emergency shutdowns in the bunker stations for; Fuel oil, Lube oil, bilge and sludge pumps could not be found in the ships "AMOS". | Root Cause Analysis indicated the frequency of PMS documented testing of shutdowns was deemed inadequate. AMOS job code JOB0001 has the following job description: "Measure & record nominal running load of motor(s) (and heater if fitted) & test remote and local operation of control and any alarms, limit switch or emergency stop fitted." This job is also applicable to the fuel oil transfer pump motors, bilge pump motors, oil waste transfer pump motors, and sludge transfer pump motors. Periodic frequency of testing is 60 months. A further 3 monthly work order for the ESDs will be created and replicated fleet wide to all HA Group vessels. | Completed - pending verification |
| | | | 7 | ECP Section X.B.1 | The vulnerabilities on board were identified by third party survey. Vulnerabilities were marked with a bright Green Circle. Not all vulnerabilities had a tag or a seal. By securing all portable pumps, this does not address the gap in tag/seal/lock coverage required by the ECP. | Root Cause Analysis indicated that in order to mitigate the risk of vulnerabilities, items requiring the addition of a portable pump to create a vulnerability were addressed by securing and stacking portable pumps in locked cages. The controls of portable pump usage are currently under review. | In Progress |
| Carnival Maritime Office Hamburg | 10.23.2017 | Non-Conformity | 1 | ECP Attachment 3 Employee Training Program, Page 49 | Not all Shoreside Covered Personnel were found to have ECP training within the six (6) month probationary period. Through sampling of personnel who had joined the company since 1 Sept 2017, one (1) person was found not to have completed Module 3 and Module 4 training. | Root Cause Analysis indicated a single person was missing due to lack of proper communication between HR Departments and Training Departments and lack of a proper procedure. The employee will get the required training. A new procedure will be implemented to make sure that all new employees qualified as Covered Personnel will get the required training. | Completed |
| | | | 2 | ECP Section III.B.1.b RAAS Department | Several open Environmental (ENV Category) Incidents (Casualties) were reviewed in the INFOSHIP EVO database. A level 2 report, LU-ENV-HQ-00001, was found to have insufficient evidence and supporting documents. A follow-up review was not conducted according to Tier 3 Procedure HMP-1303-A1. | Root Cause Analysis indicated it was not clear that supportive evidence must always be attached to the action plan when closing the incidents. The required information will be entered in the incident management database. A refresh training will be provided to the Environmental Compliance Managers about the correct root cause analysis and follow up activities. | Completed |
| | | | 3 | ECP Section V.B.2 | The current INFOSHIP system allows crew members to create and modify ECP critical spare parts. However, the company developed a system to identify Critical Environmental Equipment and Critical Environmental Components through a review of the ECP critical parts database performed on a regular basis by the Maintenance Development team. The methodology of this system used to cross check parts validation was demonstrated to the audit team. The current system allows crew members to modify this list which may lead to incorrect parts being added to the database. It is also understood that shore-side personnel are working with the software provider to update the system and get full administrative control by January 2018 to avoid future unauthorized modification by crew members. | Root Cause Analysis indicated finding was due to the technical limit of the current version of PMS. PMS Department will inform the OLCM on a monthly basis if alterations to the ECP critical spare parts database were made. A change request has been issued to the Provider, requesting an "Office Reserved" function to be implemented. PMS Department will monitor the implementation and communicate once the feature is active. | In Progress |
| | | Observation | 1 | ECP Section V.B.3 and ECP Section VIII.D.4.b | Some ECP critical spares were found overdue in the INFOSHIP system. It is understood that the estimated delivery date for requisition is generally defined by the crew and reviewed by the superintendent. The ECP does not define a specific time and the company has not included delivery time requirements for ECP parts in their procedures. | Root Cause Analysis indicated that timing is not clearly defined in the ECP. The OLCM will get the current overview of the ECP critical spare part situation and identify criticalities. | Completed |
| | | | 2 | ECP Attachment 3 Employee Training Program, Page 49 | The Training Manager uses a system (MISTRAL, EXPERT and extracted spreadsheets) for tracking successful completion of training of crews which is used by Training Officers (Environmental Officers for ECP training on vessels). However, extracting meaningful compliance and deficiency information from reports is cumbersome and discrepancies are found between shore side and shipboard reports. | Root Cause Analysis indicated a lack of a better Learning Management System ('LMS') that will allow easier monitoring of the training on board and ashore. The OLTM will monitor the implementation of the new LMS. | In Progress |
| Aurora | 10.22.2017 | Non-Conformity | 1 | ECP Section IV.A.2.b | The Environmental Officer (EO) has not obtained his Technical Training Qualification Card within the 2 week time frame as required by HESS policy (ENV-1008). The EO's current handover was conducted on 17 September 2017. | Root Cause Analysis indicated there is currently no tracking mechanism for the tracking of PDR/TQC which allowed the EO to go overdue with respect to his TQC. It will be ensured EOs have completed TQC/PDR. Commence procedural review to account for monitoring of completion of PDR/TQC. | In Progress |
| | | | 2 | ECP Section IV.A.2.h | Although detailed notes were provided, the EO's last handover conducted on 17 September 2017 did not included the use of form DSO MOP 1.8 – Environmental Officer's Handover Form as required by ships policy. | Root Cause Analysis indicated CUK had an EO handover from which was withdrawn from use in September 2016 and not replaced following update to ENV 1008. EOs either keep there own handover notes or have continued to use the obsolete form. Handover documentation currently in use to be reviewed. Propose a corporate standard handover form for EOs to use. | In Progress |
| | | | 3 | ECP Section IX.B.1 | Environmental Control System (ECS) seal # 0002056 was installed incorrectly. The threaded plug at the end of the pipe coupling could be removed without disturbing the installed ECS seal. | Root Cause Analysis indicated a failure to identify correct control. Ship to confirm (with evidence) that the vulnerability is adequately controlled. Initiate a program of periodic checking of systems requiring ECS seals to ensure that vulnerabilities are identified and adequately controlled. | In Progress |
| | | | 4 | ECP Section IV.A.2.j.ii | There are currently no policies in the HESS-MS for documenting the EO's unannounced machinery space visits at least twice per week to observe the operation of the OWS & OCM (when in operation) for a period of one hour, including start and stop times. At least one of the two required weekly visits with be conducted outside normal day work hours. | Root Cause Analysis indicated an incorrect version of weekly report available on shipboard Global HESS server. All EOs will be reminded to use the September 2017 version of ENV 1008 A3 weekly report as this contains a workshop and provides a record for EOs unannounced visits to the machinery spaces. Global HESS admin to ensure that obsolete revision from April 2017 is removed from system. | In Progress |
| | | | 5 | ECP Section X.A.1 | There are currently no policies or procedures for Tender/Lifeboat bunkering found in the HESS-MS. | Root Cause Analysis indicate no procedure in place. CUK procedure removed following the publication of Corporate bunkering procedures. Richard Carr to work with ABG to ensure that Corporate policy is developed for the bunkering tenders/lifeboats. | In Progress |
| | | Observation | 1 | ECP Section IX.M | The corrective action for both leaks are to make the proper repairs and refill head tank but no root cause investigation to analyze the leaks in order to prevent further leaks from developing in the system. | A Root Cause analysis will be carried out on the cause of the leaks in order to prevent further leaks from the stabilizer system. Oil to sea interface head tanks were examined to the extent possible. All were found in good condition. A review of the logs indicated there was one incident on Port Stabilizer header where oil leaked internally to Bilge/Catchment. Another leak was logged for the STBD Stabilizer internally to Bilge/Catchment. The leaks were less than 25 liters in volume and the leakage was internal into the vessel. Both instances were investigated and corrective action taken; and logged. No discharges to sea were reported or evident. Weekly soundings are taken, monthly maintenance of oil quality is carried out by draining off small quantities and refilling where noted. Logs were found in order. Leaks will be repaired as soon as possible. | In Progress |
| | | | 2 | ECP Section IX.N | ENGINEERING SURVEY – Only nine (9) Engineering officers had completed the survey at this date. 14 officers have not yet completed the survey. A Full 100% completion was due within the first six months. The problem, as explained, was that the survey is administered by a third-party contractor to ensure anonymity of the Engineers. Unfortunately, this survey is "web-based" and is difficult to complete while onboard the vessel. There were reports of the program stalling and crashing midway through the questions. This was brought to the attention of the Senior Management Team and Shore representative. | The Observation is under query. It will be ensured that measures are in place to assist shipboard officers in completing the survey. Prior to the commencement of the survey, ensure that all Officers have the opportunity to complete the survey in a timely manner. | In Progress |
| | | | 1 | ECP Section VIII.B.1 | On January 6, 2018 while anchored near Grand Cayman Island and while the ECP Auditors were onboard, approximately 3 liters of oil was accidentally discharged into the sea via a tender from where the tender was then taken on a test run. During the test run, the internal seals of the new cooler failed allowing oil to leak into the cooling water and subsequently discharge over the side. The tender was stopped and returned to the vessel. | Root Cause Analysis indicated on the morning of January 6th, an issue with the cooler was identified, requiring a replacement of the cooler unit with a new OEM part retained onboard the vessel. The item was correctly fitted as per OEM guidelines, however due to the boat requiring to be waterborne for the test, could not be tested prior to launch. Upon start up of the engine, the leak was identified, and boat was removed from the water to prevent any further leakage. Due to the seal being internal, it was not possible for the vessel to foresee this incident. The tender was immediately returned to the blocks and hoisted back on board. The sheen rapidly dissipated due to high winds and no cleanup actions were possible. An inspection determined that approximately three liters of biodegradable oil was lost overboard. The internal seals in the new gearbox cooler had failed and the oil was discharged into the sea along with the cooling water of the engine. | In Progress |
| | | | 2 | ECP Section VIII.B.2.h | During the walk through of the engineering spaces, it was noted that the black water vacuum manifold piping, in way of treatment tank #3, was modified. The modification included a secondary containment box around the vent pipe to treatment tank #3. In the event of an overflow (burping) of the vent pipe, the containment box prevents the overflow into the bilges. This is acceptable, however, the vacuum piping was also modified by adding a branch line into the containment box to assist in removing any blackwater accumulating in the containment box and returning it back to the blackwater tank. Flexible hoses and hose clamps were used in the modification thus leaving the system vulnerable to unauthorized disposal of oily waste. | Root Cause Analysis indicated a misinterpretation of the ECP. The identified vulnerabilities will be controlled and included in the Vulnerability Assessment and ENV 1204 A1 list. Fleet Chief Engineer to confirm with all other HAL vessels that similar systems have not been installed onboard. | Completed - pending verification |

United States of America v. Princess Cruise Lines, Ltd., Case 1:16-cr-20897-PAS
March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| MS Amsterdam | 01.04.2018 | Major Non-Conformity | 3 | ECP Section VIII.B.1 | The ship's incinerator is out of operation due to requiring replacement parts to Equipment Issue befitted. Waste is being stored in the garbage room and the marshaling area as there is no available space in the cold room to store any waste. The ship only has nine cubic meters of cold storage space and no designed storage space outside of the garbage room. Solid waste offloads are being conducted but the garbage builds up rapidly when the incinerator is not functioning. The current estimated time to repair and re-commissioning of the incinerator is unknown. | Root Cause Analysis indicated thermal overloads are not designated as critical spare parts. The Company retained a reputable third party, DNV-GL, to facilitate the determination the designation of "critical spares." A cross brand working group worked together with DNV-GL over a matter of several months to complete the review. The thermal overload that failed on the Amsterdam was not included in the critical spares listed because (i) it was determined not to be included in the normal preventive, predictive or corrective maintenance to promote the reliability of the equipment; and (ii) the part does not have sufficiently high and predictable demand rate to be suitable for carriage as an onboard spare. Spare parts for Incinerator to be replenished and repairs to be made. Technical to review incinerator failures fleet wide to determine appropriate quantity of spare parts based on failure rates. | In Progress |
| | | | 4 | ECP Section VIII.B.1 | While alongside in Benoa, Indonesia, a shell door was opened to check the operation of the tender platform. A small amount (less than 0.5 milliliters) of biodegradable hydraulic oil dripped into the water in violation of MARPOL Annex I. A very small sheen was observed but dissipated quickly and was unrecoverable. It was assessed that during maintenance on the hydraulic hoses some oil spilled into the gutter of the recess and, due to the restrictive location and design of the arrangements, the oil was not seen and thus not cleaned up at the time. | Root Cause Analysis indicated that it is believed that during the maintenance job on the hydraulic hoses, some oil spilled into the gutter of the recess and due to the restrictive location and design of the arrangements, the oil was not seen and thus not cleaned up at the time of the maintenance. The ship is reviewing maintenance procedures for hydraulic hoses in the area to prevent recurrence. | In Progress |
| | | | 5 | ECP Section VIII.B.1 | On or about December 21, 2017 the Engineering department had dismantled the turbo charger to diesel generator #5. Several parts were placed in a plastic bag with fresh water to soak for further cleaning. Later those parts were removed from the bag and the contaminated water place in a 55-gallon drum for disposal ashore. On December 22nd, the Staff Chief Engineer discovered a crewmember (Wiper: Hernawan Adi Tama) emptying the water from the drum into a sink using a bucket. The Staff Chief stopped the crewmember at once. It was determined that 3 buckets of containment water had been disposed of down the sink drain leading to the grey water system. | Incident under investigation by RAAS, report to follow. Director HESS-MS to close this finding when the report is issued. The Investigation ongoing and Root Causes Analysis will follow. | In Progress |
| | | Observation | 1 | ECP Section X.A.1 | HESS Policy ENV-1204 is missing elements and clear instructions. ENV-1204 does not require a "master" list of current seals or locks in place. The policy only provides instructions and forms for when seals are changed, or locks are opened. Both the Chief and EO are maintaining a master list in spread sheet format which is not controlled or consistent fleet wide. No discrepancies were found in the management of the seals or locks. | Root Cause Analysis indicated ENV-1204 A1 contains instruction on recording and documenting the master list of critical valves, fittings, and tank hatches. While other means may be considered easier to document, they are not the approved versions as published in the HESS-MS. Vessel to confirm they are using form ENV-1204 A1 to record the information required by the policy. All vessels to be instructed by a Fleet wide Memo to use correct documentation from ENV-1204 in the HESS-MS. | Completed - pending verification |
| | | | 2 | ECP Section VIII.B.2.t | Proper Records Not Being Maintained In Accordance With Polices and Procedure as defined in TEC-1402. Vessel is using a locally generated Bunker Plan and not the prescribed Bunker Plan as required in HESS Policy: TEC-1402. | Root Cause Analysis indicated the currently posted bunker plan in TEC 1402 may not have been convenient for each vessel to use. Use the bunker plan posted in TEC 1402. Fleet Chief Engineer to submit a proposal for an improved bunker plan to ABG to include in TEC 1402. Include the proposed standard bunker plan in the TEC 1402. | Completed - pending verification |
| | | | 3 | ECP Section VIII.B.2.g | The garbage room was found cluttered and overloaded with storage of waste and recycling. This creates a poor work environment and could possibly lead to errors or even injuries. This situation is due to the lack of storage and loss of space due to the installation of the Exhaust Gas Cleaner System piping that now runs through the garbage room. The cold storage area is the smallest encountered to date. | Root Cause Analysis indicated additional garbage is having to be held onboard due to incinerator being removed. Additional restrictions caused by EGCS piping limits storage space. Additional restrictions caused by EGCS piping limits storage space. Vessel to improve storeroom management and increase garbage offloads where necessary. Superintendent to review future possibility of a storeroom expansion. | In Progress |
| Sun Princess | 11.05.2017 | Major Non-Conformity | 1 | ECP Section VIII.B.2.g | Deck cleaning chemicals, Deck Clean NP and Metal Brite HD, are being used onboard to clean decks, discharging directly overboard through deck scuppers while in port and underway. The discharge is being logged in the Garbage Record Book as "Operational Waste" as per Garbage Management Plan. The manufacturer, Wilhelmsen Chemicals, states the cleaning agents meet the criteria as not being harmful to the environment, however, in reviewing the Material Safety Data Sheets, it states the material is corrosive and must be disposed of as "Hazardous Waste," and the product should not to be discharged into drains or the environment; disposal should be in accordance with local, state or national legislation. No documentation was provided from Government Authorities stating these deck chemicals are safe for discharge into the environment while in port or underway. | Root Cause Analysis indicated there was not a strong enough control system on what constitutes a deck cleaner and where it can be used. Upon notification of this finding, the Company immediately took steps to ensure that all deck cleaning with Deck Clean NP and Metal Brite HD was discontinued while in port and at sea as the Company conducted its review of the finding. Specifically, within the first 24 hours the Company directed all Covered Vessels to discontinue all deck cleaning in port and to permit the use of only fresh water to clean decks while in international waters. Soon after, the Company notified all Interested Parties regarding its initial review, which included a review of Company policies and procedures and notifications to the fleet. It was ultimately determined that Metal Brite HD is not intended to be used in open deck washing in VGP waters and is not approved for such use by any Operating Line, and while historically it has not been utilized by the Company for such use, the Company made clear notification of this requirement to all Operating Lines via Must See Messages. However, Deck Clean NP is determined to comply with VGP requirements and thus can be used in U.S. waters for its intended uses, unless otherwise limited by local law. Ultimately, it was determined that all deckwashing while in port is to be done with fresh water only unless the applicable Brand has approved specific products for in port use. Deckwashing outside 12 nautical miles is to be done with chemicals that the manufacturer has confirmed meet MARPOL Annex V standards. All deckwashing chemicals are being re-evaluated before approval to reinstate use is given, and in all instances, ships must confirm with local port authorities that deck/side shell or hull cleaning is allowed within the given port in which such operations are to be conducted. The Corporation is currently drafting a procedure to memorialize all requirements stated in the Must See Message and instill a process for future approval of chemicals. In the meantime, HA-Group has issued an Operational Directive OD ENV/09/17 (updated list of approved chemicals) that lists all chemicals approved to be used in specified locations. Further, the Company requires that when a chemical is used, the person using the chemical should check with the bridge for permission and once permission is granted, a start time and end time is recorded into the NAPA E-log with the chemical name and quantity used. Additionally, all must always follow MARPOL and ENV/09/17. The Company is working to develop a process to verify that deck wash products meet MARPOL Annex V requirements and requires that employees also refer to the latest update of ENV/09/17 dated 25th January 2018. | In Progress |
| | | Non-Conformity | 1 | ECP Section X.A.1 | In Global HESS, for the Environmental Officer Responsibilities, ENV-1008, there are no applicable guidelines as state for ENV-1008-A5, Processed Bilge Water Overboard Discharge Variance Check, instead a form to complete is downloaded with no instructions. | Root Cause Analysis indicated lack of a complete procedure. A document revision form has been submitted December 14, 2017 to Carnival to amend the tasking in 1008 and in the variation worksheet. Carnival to update for II language to define expectations for this worksheet. | In Progress |
| | | Observation | 1 | ECP Section X.A.1 | The EO appeared frustrated at times during the audit but provided documentation as requested by the auditor. He seems to have a good working relationship with the engineering personnel and the Staff Engineer who was responsible for waste management. During the interview, the master seemed concerned that the EO was overloaded with responsibilities and that he should have an assistant. | Root Cause Analysis indicated EOs have had their workload adjusted to take into account the oversight requirements of the ECP, and several previous areas of responsibility have been removed. Senior Director Environmental, and Director ECP to arrange a one on one call with the EO to establish areas where assistance can be provided to allow the EO, to ensure their role is completed in a timely manner. | In Progress |
| | | | 2 | ECP Section VIII.B.2.s | For several months the monthly refrigerant consumption log did not properly reflect that the chiller units are no longer using R-22 refrigerant. Logs are properly being kept in good order. | Root Cause Analysis indicated lack of awareness by ventilation engineer that the switch of refrigerant gas needed to be recorded in the log. Refrigeration or Ventilation Officer (as applicable) is to make a corrective entry in the refrigerant log, noting the date of when the system was changed from R-22 to the current gas. The Refrigeration officer and/or Ventilation officer are to review the requirements of ENV-1402 Refrigerant Gas Procedures to refresh themselves on the corporate requirements. More attention to be paid when systems are upgraded, and frequent checks need to be done in order to keep all of the records up to standard. | In Progress |
| | | | 1 | ECP Section VIII.B.2.j | In the garbage handling room on deck 4, the auditor found 4 paper cups of used motor oil in a plastic trash can for paper and plastic waste. The paper cups filled with oil were from the result of weekly oil samples being taken from the engines on main generators. Auditor contacted the Environmental Officer to make him aware of the situation. He asked the auditor what he wanted him to do and the auditor told him to follow his company procedures and policies. The individual responsible is 3rd engineer Baxter Fraser and has been onboard for 1 month. The vessel conducted on onboard investigation and disciplined the 3rd engineer. The Chief Engineer wrote him up and documented it in his record. No documentation was attained regarding the write-up. | Root Cause Analysis indicated procedure for disposal of oil not followed by Engine Watchkeepers. Staff Engineer to instruct Garbage Room Staff and Engine Dept. on the Used Oil section of Appendix 1 of Garbage Management Plan, as well as sorting directions in ENV 1301. | In Progress |

United States of America v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| Sea Princess | 12.03.2017 | Major Non-Conformity | 2 | ECP Section VIII.B.2.j | On deck 7, starboard side (lifeboat deck), the crew was performing a fresh water wash down of the deck. The auditor noticed there was a sheen on top of the pooling water. Auditor questioned the 2nd BOSN, Daniel Velichkov Valchev, about the sheen. The 2nd BOSN stated that it was most likely from grease or oil from the life boats and continued to wash the deck, allowing the water to flow down into the deck drains. No sheen was noted in the water around the vessel. A sample was taken of the sheening water on the deck. The auditor went and got the Staff Captain, Giacomo Genovese, to discuss the fresh water wash. The Staff Captain stopped all deck cleaning operations and it was agreed the crew would use oil absorbent pads to clean it up and install them over the deck drains. Auditor left to complete walk around. Auditor returned approximately 30 minutes later and notice there were not any oil absorbent pads installed over the deck drains, and the sheen remained on the deck and within the pool of water. An AB, Patron Relox was using a shop vac to clean up the water and debris from the wash down. Auditor asked the AB what he did when his shop vac was full and he stated that he poured it down the deck drain. Auditor then questioned the AB about the sheen on top of the water and he said it was most likely from oil or grease from the life boats. Once the AB said he thought it was most likely oil or grease from the lifeboats he realized that what he was doing was wrong and started to attempt to clean up the oil with a normal rag. | Root Cause Analysis indicated deck crew were not aware of consequences of oily sheen discharged through scupper system. The deck crew to use sorbent materials to remove any oil sheen from collected water prior to allowing water to drain into the scuppers. If shop vac is utilized to collect oil contaminated water, it will be drained into the bilge system for proper OWS treatment. Deck cleaning crews to be reminded of the Environmental Compliance initiatives and consequences of oily water draining into the scuppers causing a reportable spill incident in violation of international requirements. | In Progress |
| | | | 3 | ECP Section VIII.B.2.a | It was witnessed that the Food Waste Chute had several unauthorized items in the food waste that is going down the chute and overboard, items such as plastic straws, corn on the cob holders, wooden stir sticks, plastic tea bag packages, and plastic knives. The unauthorized waste was not being segregated at the early stage of collecting the food waste. This was noted during the galley inspection as it was found that there is plastic straws, paper, wood stir sticks and rubber bands in the pulpers. | Root Cause Analysis indicated lack of care and attention while sorting food waste and galley waste before disposal. All Galley Staff to be retrained and instructed on proper sorting before disposal into the pulper system. Shore side Management to distribute Fleet wide instruction to all PCL/POA ships on correct sorting of garbage prior to final disposal into pulper system. Memorandum / bulletin to be distributed to counterparts at HAL / SBN for distribution within their respective vessels. | In Progress |
| | | Non-Conformity | 1 | ECP Section IX.H | The sample lines on the OWS's, both the RWO Static and Alfa Laval Centrifugal, sample lines fittings are sealed with "Total Marine Solutions" seals, not the proper ship designated ECP seals, and are not included in the vulnerability assessment. | Root Cause Analysis indicated lack of oversight with regards to the correct type of seals fitted. Chief Engineer to confirm seals have been changed, and that VA has been updated accordingly. Chief Engineer to ensure adequate number of seals are carried onboard and dispose of old TMS seals. | In Progress |
| | | | 2 | ECP Section VIII.B.2.h | The sample flanges on top of No. 1 and No. 2 permeate tanks were included in the vulnerability assessment, but were not sealed. | Root Cause Analysis indicated procedure not followed as seals were not identified as missing during the VA rounds. EO to confirm seals are in place and correctly marked on the VA. Captain to review VA checks for a period of two months to ensure accurate checks of VA seals are undertaken. | In Progress |
| | | | 3 | ECP Section VIII.B.2.h | A valve located on the No. 1 permeate tank fill line must be locked or sealed. It was not included in the vulnerability assessment and ECP Seal Log. | Root Cause Analysis indicated a misunderstanding of what is required to be identified as a vulnerability. Valve to be added to VA and lock or seal as appropriate. | In Progress |
| | | | 4 | ECP Section VIII.B.2.i | The review of the Oil Record Book discovered that one receipt for 10 m3 of sludge transferred ashore in Brisbane on December 3, 2017 was missing. The Staff Chief Engineer contacted the sludge receiving facility and a proper receipt reflecting the 10m3 of sludge was emailed to the ship. The auditor was provided hard copy of all three receipts for sludge ashore on December 3, 2017. | Root Cause Analysis indicated the existing procedure in TEC-1402 was confusing and difficult to comply with as written. The vessel is to contact the vendor and get a replacement receipt for the December 3, 2017 offload. The transfer procedures are being revised in TEC 1402 and will provide better guidelines and checklists to be used on board to prevent oversights from occurring. Once published, the Technical staff responsible for transfers will review the procedures to have a better understanding of the changes that were made and the new steps required. | In Progress |
| | | Observation | 1 | ECP Section VIII.B.2.s | In the Refrigeration Monthly Log provided through AMOS, the use of the refrigerants in a particular system is not correct. The list states all the systems as using R-22, when in fact, all the water chiller systems now use R134A or 407C. | Root Cause Analysis indicated a lack of oversight during replacement of system. Ventilation Officer to update AMOS to reflect the actual gas utilized in the system. As systems are changed or updated, the Ventilation Officer is to update the components and point out any discrepancies between the AMOS tasking and the actual equipment that is installed on board. | In Progress |
| Golden Princess | 11.30.2017 | Major Non-Conformity | 1 | ECP Section VIII.B.1 | On July 2, 2017 the starboard stabilizer was put out of service due to an oil leak into the sea. Investigations showed that the cause of the discharge was due to previous temporary repairs which had failed. | Root Cause Analysis indicated a failure of temporary repair (divers applied belzona underwater). The stabilizer housing box venting arrangement was removed and sea water was allowed to enter the vessel and then drained. The quantity of fluid removed was approximately 200 liters of sea water and approximately 5 liters of oil. At no time was an oil sheen observed around the vessel during the evolution. The stabilizer will be repaired or replaced during the next dry-dock in April 2018. | In Progress |
| | | | 2 | ECP Section VIII.B.1 | On September 6, 2017 it was noted that there was a large loss of lubricating oil from a stabilizer header tank. 80 liters of sea water was drained from the tank and it was concluded that the missing quantity of oil was lost at sea with the sea water ingress replacing it. The system was taken out of service and drained pending repair at the next dry-dock scheduled in April 2018. | Root Cause Analysis indicated a failure of temporary repair. The stabilizer will be repaired or replaced during the next dry-dock in April 2018. | In Progress |
| | | | 3 | ECP Section VIII.B.1 | On November 10, 2017, while alongside the pier in Lautoka, Fiji, it was observed that a white discoloration was floating in the water near the forward gangway. An oil-based paint and paint flakes had been spilled into the water. The deck department was painting the starboard side anchor. The job was immediately stopped and the Port Authority was notified by the local agent. | Root Cause for the finding was human error and a lack of situational awareness. The bucket shouldn't have been placed so close to edge of pier. The paint was not cleaned up as it quickly dissipated with the wind. The crew were counseled by the Captain personally and retrained in the use of drop clothes and other preventative measures to prevent recurrence. | Complete |
| | | Non-Conformity | 1 | ECP Section VIII.B.2.s | There are no entries in the refrigerant log for disposal of refrigerant ashore or for recovery of refrigerant. Global Hess-MS ENV-1402-A1 Section 4.5 states the following: "A detailed record of all recovered refrigerant must be kept if refrigerant is to be landed for reclamation. Details must include the date recovered, any possible contaminants, the unit refrigeration recovered from and the weight of refrigeration in every recovery cylinder". Global Hess-MS ENV-1402-A1 Section 5 Records requires the following: • Conditions and quantities of refrigerants and ODS onboard must be recorded for any system or equipment contained in the ODS Equipment List. • Ozone depleting Substances Records. • Records of recovered refrigerant. Records of fluorinated greenhouse gas system leak testing, as required by the Flag State. Servicing of the units was recently completed and there was no objective evidence that this method had been used. All units within the fleet with similar arrangements should be checked and flow switch installed as needed. | Root Cause Analysis indicated conflicting requirements of documentation standard. The Ventilation Officer reminded to maintain the log as per section 4.5 of ENV-1402. ENV-1402 procedure was reviewed and proposed revisions sent to Corporate for approval. | Completed |
| | | | 2 | ECP Section VIII.B.2.g | Oily Rags in the Print Shop have not been entered in the Hazardous Waste Log from May 2017 through September 2017. The rags have an oil residue from cleaning the printing. | Root Cause Analysis indicated a lack of knowledge by Print Staff with regards to correct disposal of cleaning rags. According to Section 5.3 of Appendix 1 of the Garbage Management Plan, Oily Rags are not considered a hazardous waste. Therefore, they should not have been logged in the hazardous waste log. We however assume that these rags have been used for cleaning of photographic equipment, and the Staff Engineer is to ensure correct entries are made. Environmental Officer to ensure adequate work and specific training by all Print Staff. PAP closed per Email attached to this finding. | Completed |
| | | | 3 | ECP Section VIII.B.2.j | It was found that the hazardous waste (Barbicide) was not logged into the garbage room as per procedures nor was a receipt showing it was properly disposed of to a shore-side facility. After interviewing the spa manager who signed on the vessel approximately on September 6, 2017, she stated that when she got onboard, the Barbicide collection container was almost empty. When she arrived, the container held approximately 2 cm (1.3 Liters) and now the container has 12 cm (7.8 Liters). The collection container increased 10 cm (6.5 Liters) in 12 weeks (.83 cm (.54 liters) per week average). The auditor reviewed all hazardous waste receipts from May 2017 to current. No shore-side disposal of Barbicide was documented. Using the average above of .83 cm (.54 liters) per week, there should have been approximately 32 cm (20.8 Liters) of Barbicide on hand. The discrepancy of almost 2.5 times the 12 cm (7.8 Liters) on board is unaccounted for. | Root Cause Analysis indicated a conflict in policy regarding concentrated Barbicide vs diluted Barbicide. Barbicide is not considered a hazardous waste according to RCRA, see Section IX of the attached MSDS. Furthermore, all barbicide used on the ship is to be diluted at a ratio of 16 to 1. Section 5.8 of Appendix 1 of the Garbage Management Plan addresses proper Barbicide handling instructions and is in accordance with RCRA. Review waste management process to determine appropriate management system for diluted barbicide. | Completed |
| | | Major Non-Conformity | 1 | ECP Section VIII.B.2.d | Upon auditor's arrival we were made aware of operating issues with Static OWS. The problem was found to be excess back-pressure on Static OWS output, lifting the three-way valve to recirculate process water. After trouble tracing by ship's engineers and corporate office approval, a temporary modification was done and the unit was run satisfactorily. OWS was run for one hour, with positive 2.6-m3-hr throughput @ 2ppm. The modification was not approved by Class or the Flag State prior to its operation. | Root Cause Analysis indicated a lack of maintenance and frequency of pipe cleaning/renewal. Discharge pipework between Static Oily Water Separator and BDCB to be renewed and blockages removed. | In Progress |

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897-2015

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - TPA Final Audit Findings

| Location Name | Audit Date | Severity Level | Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|---|
| Star Princess | 01.03.2018 | Non-Conformity | 1 | ECP Section IV.A.2.j.ii | HESS-MS Procedure ENV-1008-A3 Weekly Environmental Compliance Report. Specifically, Unannounced Machinery Space visit 1 & 2. Further information needs to be provided in the comments (exact dates and times EO witnessed start and stop of OWS) section to ensure the requirements of the ECP are met. | Root Cause Analysis indicate no existing requirement. There currently is no specific requirement to log this information so there is no way to correct the previous entries of this suggested best practice. The vessel is aware of the need to provide more detailed record keeping and will note the date and time of entries on the weekly environmental compliance report ENV-1008-A3. Jon Turvey is developing HESS tasks to document specific inspection items mandated by the ECP. The recording of the unannounced visits can be a specific task that EO completes following each inspection. | In Progress |
| | | | 2 | ECP Section X.A.1 | HESS-MS Procedure ENV- 1008 Environmental Officers Roles and Responsibilities, section 2.4.3 (At least twice weekly) is missing the requirement stated in the ECP for the EO to "observe the start and stop times" of the OWS and OCM. | Root Cause Analysis indicated there is no requirement to record the information as noted in the finding. ECP Dept. Director to clarify intent of the wording within ENV-1008, with reference to ECP Section IV.2.j . | In Progress |
| | | | 3 | ECP Section IX.B.1 | Vulnerabilities identified were found to be tagged, however, the ship/company has decided some vulnerabilities to unauthorized disposal of oily waste are only vulnerable if a portable pump and hoses are used. It is assumed by ship's staff that company policy of securing all portable pumps addresses any gaps in tag/seal/lock coverage. Since on the ship unauthorized usage of portable pumps is prevented by controlling pump usage, as per their company's OD ENV.02.16, is that enforcing this policy then controls these vulnerabilities. The ECP states to "seal, tag, or lock a vulnerability." It does not state the use of a virtual lock meets that intent.<br>*A quick connect valve was found on a Water Press Tank, (Incinerator Compartment) the valve did not have an ECS nor had it been identified as a vulnerability. The valve was connected to food waste overboard piping.<br>*An unsealed pipe end was found on #1 Food Waste Tank, the pipe end did not have an ECS nor had it been identified as a vulnerability. The pipe was connected to the food waste overboard piping. | Root Cause Analysis indicated procedure not followed and lack of oversight. Quick connection removed and opening welded closed. | In Progress |
| | | | 4 | ECP Section VIII.B.2.i | The Hazardous Waste Log (Red Bags) for the hospital was found three (3) entries that had been pre-signed by the Garbage / Incinerator room operator for receiving hazardous waste, although nothing had been filled in by the hospital staff in those blocks. | Root Cause Analysis indicated lack of awareness of the record keeping procedure. Garbage supervisor to cross out the empty entries that were written in the book and going forward will help fill out the log as new medical waste is delivered. Staff Engineer in coordination with the EO is to provide refresher training to the Technical dept. personnel who operate the incinerator to highlight the importance of proper record keeping. | In Progress |
| | | | 5 | ECP Section VIII.B.2.i | The Hazardous Waste Log for the Garbage room was found with numerous entries missing the Environmental Officer's verification signature for offload. Eleven (11) in June 2017, Nine (9) in November 2017 and Two (2) in December 2017. | Root Cause Analysis indicated that due to two recent new hires, these entries had been overlooked.  Review the hazardous waste log signing requirements and ensure the requirements of hazardous waste entries are reiterated during handovers. ECP Dept. Director to submit a request for a HESS-MS task to be created to include checking and inspection of logbook entries. | In Progress |
| | | | 6 | ECP Section VIII.B.2.i | The Hazardous Waste Log for Photo Waste "B" Silver Bearing Waste in the Garbage room was found with numerous entries missing the Environmental Officers signature. Seven (7) in June 2017 and Ten (10) in November 2017. | Root Cause Analysis indicated EO did not sign the photo waste log. Review the hazardous waste log signing requirements and ensure the requirements of hazardous waste entries are reiterated during handovers.  ECP Dept. Director to submit a request for a HESS-MS task to be created to include checking and inspection of logbook entries. | In Progress |
| | | | 7 | ECP Section VIII.B.2.i | Four (4) entries in the Garbage Record Book in October 2017 for Incinerator operations were missing their certification signatures. | Root Cause Analysis indicated the Garbage room personnel not following log keeping requirement. Garbage room personnel to sign their missing entries for incinerator operations as verified by the Technical department under which they report. Staff Engineer in coordination with the EO is to provide refresher training to the Technical dept. personnel who operate the incinerator to highlight the importance of proper record keeping. | In Progress |
| | | Observation | 1 | ECP Section VIII.B.2.n | The ship's "MAPS" which is used to track required crew ECP training completion percentages and provide the Environmental Officer with a list of crew in need of training is not always provided to the EO in an accurate and timely manner by shore-side personnel. | Root Cause Analysis indicated data error caused by form submitted utilizing a non-standard template, causing the data to become corrupted. Ship to ensure all training forms submitted for inclusion into MAPS are using the HESS-MS provided template, and do not adjust font styles, or layouts.  OLTM to remind all EOs during the next EO conference call the importance of using the correct forms, and not to adjust font styles, or layouts. | In Progress |

18

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd.  - Notices of Violation

| Notice Number | Date of Incident | Date of Notice | Operating Line / Group | Vessel | Summary of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| #01-2017 | 04.09.2017 | 05.25.2017 | Costa Group | Costa Deliziosa | The Costa Deliziosa was fined 5,000 euro for a violation related to a missing fuel sample that was observed on April 9, 2017, before the Company was sentenced by this Court.  Governing procedure TEC-1402, requires three samples to be taken: one is kept by the supplier, one is retained onboard the ship, and one is sent shoreside for lab analysis.  After an internal review in which relevant individuals were interviewed, it was determined that the Company did in-fact purchase environmentally compliant fuel and stored it onboard but the shipboard personnel were unable to locate the sample for the Italian Coast Guard due to confusion regarding the serial number.  Nevertheless, shortly after the incident was reported, the onboard sample was found. | The Brand led a review of this incident, the OLCM gathered information on the incident by email. Following the incident, preventative training was conducted to mitigate the risk that samples would actually be misplaced and to prevent related issues.  Further, the Staff Engineer hosted a meeting with all relevant personnel regarding management of fuel samples during bunkering and emphasized its importance.  The Company has also since issued an Environmental Compliance Notice ("ECN") to the fleet describing the incident and instructing each vessel's Chief Engineer to (1) inspect the vessel's fuel bunker samples for completeness, and (2) meet with the technical staff to review the Company's procedures for preparing for and responding to fuel sample inspections.  The ECN also instructed each vessel's Environmental Officer ('EO') to review the Company's applicable procedures.  A section on the relevant issue is provided as part of the EO CSMART training course and the new Compliance to Commitment course at CSMART for all deck and technical officers.  In addition, the Company has updated its Global HESS procedure TEC-1402, which addresses fuel bunker sampling. | Complete |
| #02-2017 | 05.22.2017 | 05.25.2017 | HA Group | Multiple PCL and HAL | An administrative proceeding relating to May 2017 settlement agreements between Holland America Line and Princess Cruise Lines and the State of Alaska related to Notices of Violation of air emissions standards during the period between 2010 and 2014. | The Company took these issues very seriously, investigated each incident, and collaborated with the Alaska Department of Environmental Conservation to resolve the violations and implement detailed corrective and preventative actions.  The Company self-reported many of these violations. Details regarding each issue, including its related remedial measures,  are too voluminous to provide here but have been provided to the Interested Parties in the Company's January 12, 2018 letter regarding "Follow-up Requests in Joint Status Report" and in related attachments. Further, the Company has contracted with Wartsila, the original manufacturer of the relevant vessels' engines, for the periodic testing and maintenance of its vessels' engines.  During the first quarter of 2018, Wartsila will provide additional engine emissions testing and maintenance on ships deployed to Alaska for the summer. | Complete |
| #03-2017 | Self Reported to NOAA on 05.19.2017 | 06.02.2017 | HA Group | Grand Princess & others | Four Princess Cruise Line ships and one Holland America Line ship unwittingly made illegal discharges inside the expanded boundaries of the Greater Farallones National Marine Sanctuary, in contravention of the National Oceanic and Atmospheric Administration's ("NOAA") marine sanctuary regulations. The underlying conduct occurred before the probationary period began in this case. | The Brand led an investigation into these incidents. The underlying conduct occurred before the probationary period began in this case and was due in part to ineffective voyage planning and inadequate review of the appropriate and up to date electronic charts. Once the potential sanctuary violations came to management's attention in or about December 2016, an internal review was conducted to determine the scope and root cause of the possible violations.  As part of this review, Holland America Group undertook to determine whether other vessels had committed similar violations to ensure it understood the scope of the issue and to avoid a misleading disclosure that may have otherwise underreported its severity. Ultimately, Company management self-reported to the NOAA on May 19, 2017 and has been cooperating with the agency.  Management sent messages to the fleet shortly thereafter, including an Environmental Compliance Notice and a Must See Message, re-emphasizing the importance of voyage planning and the fact that the sanctuary boundaries were expanded effective June 15, 2015.  Since that time, long-term corrective actions have also been undertaken at the Company, including: (1) implementing a voyage planning section within the training courses given to EOs (who are not trained as bridge officers); (2) requiring Fleet Chief Engineers and Fleet Captains to review the voyage planning process during ship visits; (3) launching a Top 5 risks initiative to drive down the number of future incidents; (4) requiring that EOs across all vessels in the Company, including the Covered Vessels, participate in the Voyage Planning Process and review and confirm the voyage plan; (5) Carnival Cruise Lines ("CCL") undertaking a time/motion study for EOs, the findings of which will be shared with other operating lines who likely will do the same; (6) instituting a supplemental six hour environmental training program (called "Compliance to Commitment") for all deck and technical officers when they attend their annual training at CSMART, the Company's global training center in Almere, Netherlands; (7) modified the CSMART courses relating to voyage planning and electronic navigation to increase the focus on scrutinizing environmental information (including incorporating a marine sanctuary area in a simulated exercise to assess attendees) and to ensure officer's proficiency; (8) requiring that all nautical officers complete training in Electronic Chart Display Information Systems ("ECDIS") in order to hold a Certificate of Competency; (9) updated relevant policies and procedures, including ENV-1001 to require that a separate environmental schedule be created for each voyage, not merely a baseline itinerary used by vessels routinely traveling the same route, and that those schedules be kept with the voyage plan support portfolio and be available on the bridge and in the engine control room; and (10)  commencing a Company-wide initiative to create a standard model environmental schedule to ensure that all EOs are working from a foundation of institutional knowledge built by the Company's industry-leading professionals. | Complete |

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - Notices of Violation

| Notice Number | Date of Incident | Date of Notice | Operating Line / Group | Vessel | Summary of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| #04-2017 | 06.08.2017 | 06.26.2017 | HA Group | Diamond Princess | On June 8, 2017, the Captain of the Diamond Princess launched a review regarding the Environmental Officer ("EO") onboard after concerns of poor performance and improper recordation of training tracking documentation had been raised. During the review, it was discovered that the EO had not properly initiated the viewing of an Environmental Compliance and Stewardship video, an ECP requirement, and improperly tracked task completion. On June 11, based on the findings from the Captain's review, the EO was dismissed and disembarked from the ship. | The Company led an investigation and the Company made every effort to identify and ultimately find a replacement EO in a timely fashion. In addition to the disciplinary action, the Company also took corrective and preventative actions as a result of this incident, including conducting a fleet-wide review of training and training record accuracy. No issues were found with any of the Covered Vessels during this review. Through this review, the Company also determined that one of the root causes of the issue was the tight timeline to implement ECP requirements and video program, which was exacerbated by the fact that the corporate-wide learning management system has yet to be implemented by all operating lines. The Company has been and will continue to work on implementing such a system. Further, in order to ensure that it's EOs are not overloaded in their job responsibilities, the Company has revised the role of the EO and more tightly defined the role as 100% focused on compliance, allowing EOs to focus on environmental and ECP compliance, including the new activities imposed on EOs by the ECP. The Company also employs an Environmental Training program that is designed to support the EOs in their role. Further, the Company has structured the EO position so that it is supported by both vessel (reporting to the Captain of each ship) and onshore management. The Company is also reviewing the EO career path and recruiting statement to ensure that it employs the most qualified EOs and encourage company officers to serve in this important position. Further, individual business lines communicated with their employees to emphasize the importance of the EO's role and truthful recordkeeping. The Company also issued a fleet-wide message to all EOs and Captains (among others) reminding them of their obligations to keep accurate training records, and the Company will continue to issue similar messages on a monthly basis until it is comfortable that total compliance has been achieved. Additionally, the Company is in the process of installing a corporate-wide learning management system, the Global Learning and Development Information System ("GLADIS"), to deliver computer-based training as well as to maintain and monitor training records. Overall, the Company has engaged in a corporate wide effort to review and verify records, conduct training, and underscore the importance of accuracy in record keeping. *See also* the Analysis Summary and Action Plan described in NOV 6. | Complete |
| #05-2017 | 07.05.2017 | 07.21.2017 | HA Group | Koningsdam and Noordam | On July 5, 2017, the Company became aware that it was operating without an EO onboard for more than 7 days on two Holland America Line ships, in violation of the ECP. | A review of the incident was conducted by the OLCM. The Company made best efforts to replace the EOs as quickly as possible, including the temporary reassignment of EO duties onboard until replacement EOs joined the vessels. Broadly, the Holland America Group has held frequent (approximately weekly) meetings with its human resources, operations, and other departments to identify in advance its hiring and scheduling needs and try to find and hire an excess of qualified replacement employees. The Company's Corporate Compliance Manage is leading a Company-wide discussion about how to further improve EO hiring and retention. | Complete |
| #06-2017 | 07.22.2017 | 07.26.2017 | Costa Group | Costa Luminosa | On July 22, 2017, the Operating Line Compliance Manager ("OLCM") for Costa Group (Costa Crociere and AIDA Cruises) was informed by his Environmental Compliance Manager ("ECM") that there may be an issue with recent training records from June 6, 2017 on the Costa Luminosa. The training in question was allegedly held by the EO onboard at the time. The training session records showed several pages of signatures confirming attendance. Since notification of this issue on July 22, 2017, multiple interviews were conducted by the Company with those onboard, who have confirmed that they never took part in the alleged training and that the signatures are not theirs. | RAAS conducted an investigation in response to the issue. The Environmental Compliance Manager was informed of the issue, he raised it to the Costa Group Operating Line Compliance Manager, the ship Captain, Staff Captain, HR Director, and a representative of the Unions. The Costa Group Operating Line Manager has since informed the necessary parties shore side and a review and disciplinary procedures were immediately put into action. Further, interviews of potential employees involved or witnesses were conducted to determine the extent of the problem and the root cause. The fact that this was the second falsification related issue has caused the Company to take additional action: (1) All Operating Lines were directed to conduct a review on all vessels to determine whether required environmental training has been completed as reported. To the extent the Company identified gaps in required training, every effort was made to remedy those gaps in a timely manner; (2) Incomplete training, if any, should have been completed no later than August 10, 2017. As of this writing, the Company believes that the training has been substantially completed except for so called "new joiners," who will be required to take the training upon boarding; (3) Inaccurate reporting of training completion rates will be reported to Chris Donald, the ECP Corporate Compliance Manager, and immediately investigated; (4) The Company communicated to the fleet the importance of the training, including accurate and truthful record keeping, and in particular the Master's responsibility to ensure training is completed; (5) The Company will be reviewing the Company's procedures for rolling out training to determine whether there may be opportunities to improve the process both at launch and in confirming completion; (6) The Company is also working to establish an improved recordkeeping infrastructure to receive data and record/report training activity on an ongoing basis. This would include crafting a standard roster for each environmental/ECP training course, ensuring that there are written procedures for uploading training roster data in the electronic systems of record appropriate for each fleet, providing reports/feedback to each fleet to verify system or record reflects training activity on board and identify discrepancies early, and working towards daily-auto-generated ECP training status reports. *See also* the Analysis Summary and Action Plan described in NOV 4. | In Progress |
| #07-2017 | 07.22.2017 | 08.14.2017 | CCL | Carnival Spirit | On July 22, 2017, the EO onboard Carnival Spirit reported to shore-side environmental operations that the ship's Technical team had not recorded the periodic maintenance of the Oil Content Monitors ("OCMs") in the Oil Record Book ("ORB") since the ECP requirement came into force on April 19, 2017. While the maintenance of the OCMs was not recorded in the ORB, the actual maintenance was being conducted and recorded in the Planned Maintenance System ("PMS"). After the Company's Carnival Cruise Line reminded its fleet that this information needed to be recorded both in the Planned Maintenance System (as required by internal maintenance procedures) and in the ORB (as required by the ECP), it learned that five other Carnival Cruise Line vessels had been following a similar practice. | A review of the incident was led by the Ship Manager. In response to this issue, the necessary entry was made in the ORB, the PMS was updated across the CCL fleet to remind personnel to record OCM maintenance in the ORB, and a communication was sent to the CCL fleet on August 1, 2017 reiterating the requirement to record OCM maintenance in the ORB and review current records to verify that all other ships have been implementing this practice. Following the above referenced communication, it was identified that five other ships (Carnival Breeze, Carnival Freedom, Carnival Glory, Carnival Pride, and Carnival Miracle) had also not implemented the OCM maintenance recordation requirement. As a result, an Environmental Compliance Notice was circulated throughout the entire Company fleet. All ships were also required to discuss the recordation requirement with pertinent technical officers onboard and the Chief Engineer was required to conduct a review of all ORB entries made since April 19, 2017 to ensure the OCM maintenance is being logged. | Complete |

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - Notices of Violation

| Notice Number | Date of Incident | Date of Notice | Operating Line / Group | Vessel | Summary of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| #08-2017 | Dates from 04.2017-08.2017 | 09.01.2017 | Costa Group | AIDAluna & Costa Deliziosa | The EOs on two ships within the Costa Group did not sign pages in the ORB, as required under the ECP, during certain periods. However, both the Captain and Chief Engineer continued to sign each page during the relevant periods as prescribed by MARPOL and Company policy and procedures. | RAAS visited the AIDAluna to review the incident. The Costa Group OLCM reviewed the Costa Deliziosa incident and acquired relevant information via email. Once relevant incident information was received, the Costa Group OLCM reached out via phone and email to each AIDA and Costa ECP-Covered Vessel individually and confirmed with its EO that he/she has been signing each completed page of the ORB. Management also organized the signing of the missing ORB pages as soon as practicable. The failure to sign the ORB pages appeared to be related to a misunderstanding about the requirement and EO handoff of responsibilities. The Company ultimately circulated an Environmental Compliance Notice to remind all EOs of the requirement to review and sign each completed page of the ORB. Costa Group has also emphasized during monthly calls among EOs the requirement that all EOs sign the ORB. | Complete |
| #09-2017 | 08.26.2017 | 09.14.2017 | HA Group | Seabourn Odyssey | On August 26, 2017, the EO onboard the Seabourn Odyssey had to disembark due to compassionate leave to tend to his wife. During his absence, the Senior First Officer was appointed to take over his role and an exception request was issued to shoreside and approved. The EO returned to the ship on September 5, 2017, three days longer than the seven calendar days allocated under the ECP. | A review of the incident was conducted by the OLCM. The Company employed its best efforts to find a replacement EO within the seven day allotment but was unable to. *See also* the Analysis Summary and Action Plan in NOV 5. | Complete |
| #10-2017 | 08.2017 | 10.01.2017 | Costa Group | AIDAluna | In August 2017, the Company learned that personnel onboard the AIDAluna had neglected to maintain the Environmental Control System Log (the "ECS Log") called for by the ECP. | In response to the incident, RAAS visited the ship. Following this discovery, the ship's Chief Engineer implemented and began maintaining an ECS Log. Also, the ship's Master instructed the Chief Engineer on the importance of ECP compliance and required that a working group be assembled, including an engineer appointed to focus exclusively on ECP compliance, and that the EO provide a daily report regarding the working group. | Complete |
| #11-2017 | 10.12.2017 | 10.23.2017 | HA Group | Prinsendam | On October 12, 2017, while the Prinsendam was alongside in Venice, Italy, Italian Coast Guard agents requested the ship to produce empty sample bottles of recent bunker operations. The ship was unable to locate a MARPOL sample, resulting in a 5,000 euro fine. The results of the sample sent ashore related to this issue were within the regulatory limits. | A review of the incident was conducted by the OLCM. Given the missing sample onboard, the Company is taking the following corrective and preventative action: (1) refer employees to the Environmental Compliance Notice issued on September 22, 2017 that emphasized the importance of TEC-1402; (2) the Chief Engineer onboard the ship will now maintain the keys and control of the Bunker Samples cabinet to ensure each Bunker Delivery Note matches the accompanying MARPOL sample onboard; and (3) a revised Oil Bunkering Checklist will be issued to the fleet to further clarify that the retained sample that is identified by the MARPOL seal number should be identified on the Bunker Delivery Note. *See also* the Analysis Summary and Action Plan in NOV 1. | In Progress |
| #12-2017 | 12.22.2017 | 12.22.2017 | HA Group | Amsterdam | While at anchor in Cabo San Lucas, a crewmember (wiper) was observed by the staff chief engineer using a bucket to empty the contents of a 55 gallon drum into a sink that typically drains into a drain tank and ultimately into a gray water tank for overboard discharge. The crew member was stopped from continuing, but approximately 3 buckets of this oily water was poured down the drain. The drum contained oil contaminated water that had been used to clean parts during an engine overhaul. It appears at this juncture that the wiper was acting on his own initiative believing his conduct was not inappropriate. The drain tank for this sink, 75SB, also serves the crew galley and zone 3 passenger accommodations. As such the tank was already at 95% capacity and automatically pumped down to tank 6SB. Tank 6SB and 75SB were isolated, and were not discharging at the time of the event. No discharge of this oily water occurred. | RAAS conducted an investigation into the incident on behalf of the Brand. In response to the incident, the crew stenciled a "hand washing only – no oil" sign on the engine workshop hand basin sink. Additional signs stating "This sink is for hand washing only – disposal of chemicals, oil, and waste water strictly prohibited" are posed on other hand basin sinks used by the engine department. The crew fabricated a metal basin for the cooling of hot metal parts from welding and cutting as well as restored the visual images of a CCTV in the engine workshop. The engine team completed a refresher training session on the Environmental Compliance Plan on January 10, 2018. Additionally, the company's environmental induction training program was revised to include instruction on not pouring prohibited liquids down sinks. | Complete |
| #13-2017 | 06.25.2017 | 07.02.2017 | HA Group | Sun Princess | On June 25, 2017, Chief Engineer ("C/E") Alfio Parisi was installing seals on the Alfa Laval Centrifugal Oily Water Separator ("COWS"), as required by Princess Cruise Lines' Environmental Compliance Plan ("ECP"), specifically the ECP's Environmental Control System provisions. While installing the seals, C/E Parisi noticed that there was a solenoid plug hanging free, not attached to anything, which he found peculiar. At the outset, C/E Parisi said he did not know whether a solenoid had been removed or whether the solenoid plug was left over from a prior installation/modification. C/E Parisi thus commenced an internal review and ultimately determined that the COWS' OMD By-Pass Solenoid Valve, SV226, a valve used during the flushing sequence of the oil content monitor ("OCM"), was missing. As a result, the engineers and electricians reviewed the Alfa Laval manuals to understand the intended function of this solenoid valve. After reviewing manuals, questioning the engineers, and emailing the prior First Engineer ("1EO"), Iulian Ionescu, and the prior C/E, Simone Solimini, C/E Parisi determined that 1EO Ionescu had removed the solenoid valve, apparently because it was not operating properly, and did not inform C/E Parisi, C/E Solimini, or Staff Engineer Daniele Boggiano. Later that day, C/E Parisi located a spare solenoid valve in the vessel's store room and returned the COWS to its original design on June 26. Subsequently, the COWS was confirmed to be operating properly. C/E Parisi informed the EO, Tom Christensen, of his findings on the morning of June 26 and asked the EO to draft an email informing the company of the incident, which C/E Parisi and the Master both reviewed. The EO sent the email to the company shortly thereafter. Thus, this incident was reported to shoreside by the EO (at the C/E's and Master's request) within about 24 hours of discovery. Because this incident involved an unauthorized modification to a piece of pollution prevention equipment when the ECP was in its early stages of implementation, Blank Rome LLP counsel, Jeanne Grasso, and Carnival Australia Technical Superintendent, Ken O'Callaghan, were dispatched to do a shipboard investigation. The investigation team found that no improper discharge occurred. | An investigation was conducted by the Brand, who requested outside counsel attend as well. HA Group is currently developing fleet wide corrective actions in response. In the interim, the Chief Engineer held a formal Watchkeepers Meeting and reiterated the importance of ECP, the prohibition on tampering of COW/OWS, the implications for not reporting failures, and the importance of maintaining accurate records, among other topics. | In Progress |
| #14-2018 | 02.12.2018 | 03.05.2018 | Costa Group | AIDAdiva | On February 12, 2018, during tests in preparation for a Passenger Ship Safety Certification renewal inspection onboard the AIDAdiva, it was noted that the engine automation system was not stored any data since February 3, 2018. Initial investigation determined that a synching error took place when the manufacturer (Siemens) replaced one of the engine automation system servers on February 3, 2018. This synching error prevented retention of the bilge alarm notification records. | The OLCM conducted a review and acquired information on the incident by email. On March 2, 2018, the manufacturer came back onboard, verified that the two engine automation system servers were working properly, and re-synced them to ensure data could be retained as necessary. The engine automation system is now working as designed. The manufacturer is working to recover the data lost during the period of the error, i.e., February 3 through February 11, 2018. | In Progress |

21

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - CAM Notifications to Interested Parties

| Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 06.26.2017 | 06.21.2017 | C-UK | Aurora | A fuel spill occurred due to a manifold failure on the bunker barge during bunker operations at port. Local authorities, agents, and the Gibraltar Oil Spill Response Team were informed and the crew was dispatched to contain the spill. Flag state inspection noted that spillage was caused by a failed cargo hose onboard the CT Longford, which was beyond the control of Aurora. | The Company reported this incident to the CAM. From the flag state inspection carried out by Gibraltar maritime we are satisfied that the spillage was down to a failed cargo hose onboard the CT Longford which was beyond the control of the Aurora. It was the quick action of the Aurora crew which prevented this incident becoming a major one and they are to be commended for their diligence and professionalism. | Complete |
| 06.26.2017 | 05.2017 | HA Group | Sea Princess | The CAM advised the Interested Parties of information reported to him by the Company indicating that the Staff Captain of the Sea Princess had directed a discharge of untreated ballast water while in port in Hawaii in early May 2017. Although the discharge was approved by the Honolulu Ballast and Biofouling Coordination Manager, the discharge took place without the use of the Ballast Water Treatment System, as required. | In response, in addition to notifying the CAM, the Company conducted and concluded an investigation, has notified the authorities (the U.S. Environmental Protection Agency), and has taken disciplinary action against the Staff Captain who was found to have circumvented the Company's requirements prohibiting his actions. The Staff Captain was further required to attend remedial training sessions at CSMART. The Company has also required that all officers involved receive additional training in ballast operations and that additional instructions be provided to officers that the Ballast Water Treatment System should be utilized at all times during ballasting and de-ballasting operations. | Complete |
| 07.07.2017 | 07.05.2017 | CCL | Carnival Elation | On July 7, 2017, the Company informed the CAM that the Carnival Elation had made a discharge of untreated sewage inside Bahamian Archipelagic waters. At the time of the incident, the vessel was twelve miles away from the nearest shore but was still inside the Bahamian Archipelagic waters. The vessel realized the situation shortly thereafter and stopped operations. After conducting an investigation, the Company determined that the voyage planning for this voyage was completed, the voyage plan was posted in the vessel and sent via email to relevant parties, and the issue occurred because the First Officer mistakenly believed that he was ordering the discharge of grey water. | The Company reported this incident to the CAM. The Company took immediate action, which included meetings with all deck and engine officers to discuss the issue and applicable rules, creating an action plan regarding the discharge of sewage and food waste, monitoring the future cruises to ensure that the action plan was being followed and addressed the issues, and updating the environmental schedule for the voyage to reflect updated procedures, which were made available on the vessels. At CSMART, the Company implemented a case study program regarding improper discharrges that deck and technical officers are to discuss during their monthly onboard team meetings. Discharges were recently the subject of Environmental Compliance Notice # 10, and the Company intends to circulate additional notifications adressing the issue. Discharge compliance was also highlighted in an ECP Newsletter, and future newsletters will feature the Company's Top-5 program designed to increase awareness and understanding of improper discharges. The Company has also taken steps to enhance its policies and procedures related to discharges, including ENV-1001 providing revised instructions on baselines and informative charts. *See also* the Corrective and Preventative Actions regarding voyage planning in NOV 3. | Complete |
| 07.21.2017 | 07.2017 | HA Group | Nieuw Amsterdam | Discharge of graywater into waters in Alaska and the Caribbean. The discharge occurred through a drain line that was inadvertently connected to an overboard scupper. The drain line was connected to the scupper during vessel construction. | The issue was identified in mid-July 2017 by the vessel's crew and repaired. The incident was reported to the CAM. | Complete |

United States v. Princess Cruise Lines, Ltd. , 1:16-cr-20897 (S.D. Fla.)
March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - CAM Notifications to Interested Parties

| Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 08.01.2017 | 06.07.2017 - 06.16.2017 | CCL | Carnival Elation | On August 1, 2017, the CAM notified the Interested Parties that there had been at least three additional discharges of food waste and treated black water (i.e. sewage) inside Bahamian waters. | The Company reported these incidents to the CAM. In all three incidents, the Company self-reported, conducted internal reviews and implemented detailed and immediate corrective actions such as repairing valves, changing valve procedures, and updating the voyage passage plan regarding the discharge of food waste and sewage in Bahamian waters. In addition, each operating line of the Company issued a communication to their fleet regarding archipelagic baselines, the Company engaged in an effort to identify all such baselines and needed itinerary changes, and the corporate Maritime Policy & Analysis team issued a fleet-wide Environmental Compliance Notice that communicated the lessons learned from these incidents. *See also* the Corrective and Preventative Actions regarding voyage planning in NOV 3 and in the CAM IP Notification from 7/07/17 regarding Carnival Elation. | Complete |
| 08.01.2017 | 07.02.2017 | HA Group | Grand Princess | Discharge of Jacuzzi water into Glacier Bay National Park. Discharge was due to a failed valve. The Company reported this event to the EPA Region 10 and ADEC. | Discharge was due to a failed valve. The Company reported this event to the EPA Region 10 and ADEC and further reported the incident to the CAM. | Complete |
| 08.01.2017 | 07.22.2017 | CCL | Carnival Spirit | The Oil Record Book on this ship had no entries for weekly maintenance (flushing and cleaning) from the date of sentencing in this case until July 22nd. | The fleet received a fleet wide CMS notice to ensure that all vessels are aware that maintenance operations are recorded without delay in the ORB. The incident was reported to the CAM. | Complete |
| 08.21.2017 | 08.05.2017 | CCL | Carnival Sunshine | A release of 20 liters of hydraulic oil went overboard due to a broken manometer on a lifeboat launching station. The ship was approximately 60 nautical miles outside the Bermuda Baseline. Upon noticing the spill, crew members blocked the drains with rags, the valve on the hydraulic oil line to the manometers was closed and the broken manometer was replaced. The incident was reported to the DPA and local authorities via the Port Agent, and a letter notifying the Flag Administration was prepared. | The Company reported this incident to the CAM. Upon noticing the spill, crew members blocked the drains with rags, the valve on the hydraulic oil line to the manometers was closed and the broken manometer was replaced. The incident was reported to the DPA and local authorities via the Port Agent, and a letter notifying the Flag Administration was prepared. | Complete |
| 09.16.2017 | 08.23.2017 | HA Group | Eurodam | During maintenance work on a tender platform while alongside in Sitka, Alaska, approximately one liter of hydraulic oil spilled into the sea when the platform was opened. The oil originated from a leaking hydraulic connection on the forward ram of the platform which could not be seen prior to opening the platform. The spilled oil could not be recovered or contained but the oil leaking from the hydraulic hose connection of the ram was contained and cleaned up. The leak was repaired and all other connections were checked. Due to violations of MARPOL Annex I, US Federal Regulations (33 CFR 151.10) and State of Alaska Regulations (18 AAC 75), notifications were made to the Alaska Department of Environmental Conservation and the National Response Center. The resident Ocean Ranger was also informed. The US Coast Guard met with the EO and completed an on-board investigation. A 'G' entry was made in the Oil Record Book. | The leak was repaired and all other connections were checked. The incident was reported to the CAM. | Complete |

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - CAM Notifications to Interested Parties

| Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 09.16.2017 | 08.24.2017 | HA Group | Rotterdam | While alongside in Liverpool, UK, a hydraulic fluid leak was observed dripping from a tender platform into the river. It is estimated that approximately five milliliters of biodegradable hydraulic fluid entered the water. An investigation found that the cause was a leaking valve connection. This was in violation of MARPOL Annex I and the Liverpool Port Authority were notified. The Shoreside Technical Department is investigating to confirm whether any similar issues exist in the rest of the fleet. A contingency plan to prevent reoccurrence of the incident is in development. | The Company reported this incident to the CAM. To prevent further incidents across the HAL fleet, the hydraulic hoses and fittings are checked and changed regularly. Additionally, the ships' platform hydraulic system are renewed or maintained during every dry dock. | Complete |
| 09.16.2017 | 08.28.2017 | CCL | Carnival Sensation | During an internal grey water transfer operation while alongside in the Port of Miami, deck personnel reported an overboard discharge from an air vent. A tank level sensor had malfunctioned allowing the tank to fill and resulted in the overflow through the vent. An estimated 1.5 cubic meters of grey water were discharged into the sea. The port agent was notified and was requested to notify the port authorities. The US Coast Guard Sector Miami Incident Response Center (USCG) was also contacted. Port authorities boarded the ship and requested an email with details of the incident. The USCG boarded the ship to discuss the incident, the sensor was replaced the same day and the USCG was notified that the system was back in service. The cause of the sensor malfunction was not determined. | The Company reported this incident to the CAM. After additional inspection, the crewmembers determined the root causes to be tank level sensor failure and the absence of a manual sounding pipe for manual level checks. The vessel proposed installing a manual sounding pipe in the tank BW#14 (from which the spill occurred). In the meantime, BW#15 (which is fitted with manual sounding pipe and automatic level sensors) will be used for holding grey water instead of BW#14. | Complete |
| 09.16.2017 | 08.28.2017 | HA Group | Zuiderdam | While underway in Icelandic waters, the ship discharged 80 cubic meters of untreated sewage outside 12 nautical miles above the maximum permitted discharge rate of 32 cubic meters per hour in violation of MARPOL Annex IV. The untreated sewage had been stored in a dual-use tank and the discharge pumps exceeded the maximum permitted flow rate. The rate of discharge can be monitored in the automation system to ensure it is within compliant parameters but the operator had not been trained prior to the incident. An investigation was conducted and a corrective action plan developed to prevent recurrence including improved instructions for conducting discharges of untreated sewage with associated training for ensuring the correct rate is set for the discharge. The ship has an approved exception to ENV 1101 per section 2.4.1 (Untreated Sewage Discharge Exceptions) to discharge untreated sewage outside of 12nm with an expiration date of 30 September 2017. Flag Administration was informed. | The Company reported this incident to the CAM. HA Group developed a corrective action plan to prevent recurrence which included improving instructions for conducting discharges of untreated sewage with associated training for ensuring the correct rate is set for the discharge. The ship has an approved exception to ENV 1101 per section 2.4.1 (Untreated Sewage Discharge Exceptions) to discharge untreated sewage outside of 12nm with an expiration date of 30 September 2017. | Complete |

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - CAM Notifications to Interested Parties

| Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 12.06.2017 | 09.06.2017 | HA Group | Crown Princess | During oily sludge discharge ashore in Akureyri, Iceland, the shoreside-provided hose began leaking. The discharge was immediately stopped and the environmental officer was informed. All spilled sludge was contained within the ship. After disconnecting the hose, the shore operator inverted the hose and some oily sludge residue spilled onto the dock and into the water. Oil absorbent pads were provided by the ship to the shore operator. It was estimated that approximately 1.5 liters of oily sludge spilled on the dock with approximately 0.3 liters entering the water. | The incident was reported to the CAM. A TASK in the HESS-MS is being developed that will require the Environmental Officer to check all transfer hoses (bunker, bilge water, or sludge) before the transfer of liquids begin. Additionally, the Environmental Officer will ask see a valid hose certificate. If the Environmental Officer finds the hose unsatisfactory or a certificate is not provided, the Environmental Officer must immediately contact the Chief Engineer and the Ship's Person-in-Charge (PIC). TEC-1401, Sludge and Oily Water Discharge to a Port Facility was updated at the end of 2017. The updated checklist requires the Ship PIC and the Facility PIC to agree on the hose draining procedure to be employed as well as to confirm there is no pressure in the hose, and that blank flanges or cam locks are fitting to seal the hose ends. | In Progress |
| 12.06.2017 | 09.16.2017 | HA Group | Volendam | While opening a tender platform when alongside in Skagway, AK, a few drops of hydraulic oil spilled in the water, resulting in a sheen approximately two meters long. Movement of the platform was immediately stopped. The small oil droplets dissipated quickly and no cleanup was possible. An inspection found a hydraulic coupling was loose. The coupling was tightened and the platform was tested with no further leaks found. The shoreside technical team followed up with the ship and the rest of the tender platforms were subsequently checked for similar defects. The Alaska Department of Environmental Conservation and National Response Corporation were notified and an entry was made in the ORB. | The incident was reported to the CAM. The shore side technical team followed up with the ship and the rest of the tender platforms were subsequently checked for similar defects. | Complete |
| 12.06.2017 | 10.16.2017 | HA Group | Zuiderdam | While the ship was underway and experiencing 65 knots winds, a plastic painting raft that was secured to the forward open deck fell into the sea, in violation of MARPOL Annex V. The heavy weather was anticipated and all checks were completed. The paint raft was not recovered. Flag was notified and an entry was made in the garbage record book. | The incident was reported to the CAM. An ECN was issued to remind ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 12.06.2017 | 10.19.2017 | HA Group | Diamond Princess | During a lifeboat exercise in Aomori, Japan, a crew member accidentally dropped a portable UHF radio from a tender into the sea in violation of MARPOL Annex V. The radio could not be recovered. An entry was made in the garbage record book and ship log book. | The incident was reported to the CAM. An ECN was issued to remind ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 12.06.2017 | 10.27.2017 | HA Group | Caribbean Princess | While docking in Port Limon, Costa Rica, a plastic safety helmet fell into the water from the aft mooring station in violation of MARPOL Annex V. The helmet sank immediately and was not recovered. The incident was reported to the Port Authority and an entry made in the garbage record book. | The incident was reported to the CAM. An ECN was issued to remind ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 12.06.2017 | 10.25.2017 | HA Group | Crown Princess | While alongside in Quebec, Canada, a metal rat guard placed on a forward mooring line fell into the water in violation of MARPOL Annex V due to the ship's tidal movement. The ship's crew were unable to recover the guard. The local agent and authorities were informed and an entry was made in the garbage record book. The bosun reminded his crew to make sure all rat guards are secured properly. All other rat guards were checked and re-secured. | The incident was reported to the CAM. The bosun reminded his crew to make sure all rat guards are secured properly. All other rat guards were checked and re-secured. | Complete |

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - CAM Notifications to Interested Parties

| Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 12.06.2017 | 10.21.2017 | HA Group | Regal Princess | While loading stores in New York, NY, a shoreside forklift driver caused some boxes of food to fall into the water in violation of MARPOL Annex V. Shoreside staff assisted in recovering the boxes, however five boxes with an approximate total volume of 1.5 cubic meters were lost. Local Authorities were informed and an entry was made in the garbage record book. The precautions taken were adequate as per discussions with Port Operations who liaised with the stevedore company to reinforce the need to maintain safe operations. | The incident was reported to the CAM. The precautions taken were adequate as per discussions with Port Operations who liaised with the stevedore company to reinforce the need to maintain safe operations. | Complete |
| 12.11.2017 | 12.03.2017 - 12.11.2017 | CMG | AIDAVita | The Environmental Officer on the AIDAvita discovered that the Engineering Officer on Watch inserted wire into the Bilge Control Discharge Box ("BCDB" or "White Box") in order to tamper with the flow switch. The company reported that it does not believe that there were any violative discharges as a result of this conduct. The incident in which the Engineering Officer on Watch was found to have -- and admitted -- tampered with the BCDB -- was the culmination of several days of improper conduct, reportedly starting as early as December 3 and 4, when he was believed to have consumed alcohol less than 4 hours before his watch, and threatened a co-worker, respectively. He was also subsequently found to have failed to complete the ORB, and left his watch on multiple occasions -- to all of which he admitted, though he refused to sign a statement. | The Company reported this incident to the CAM, who went onboard to conduct his own review. The Officer on Watch was suspended and disembarked from the ship. But was made available for CAM interviews. The operating lines are working on a campaign to remind crew members of the consequences with tampering with the BCDB through the Operation Oceans Alive campaign. Additionally we added to shipboard training and CSMART training. | In Progress |
| 12.19.2017 | 11.26.2017 | CCL | Carnival Victory | While discharging grey water after departing from Nassau, Bahamas, the EOOW noticed that the quantity of treated sewage in another tank was also falling. Approximately 15-20 cubic meters of treated sewage was discharged inside the Bahamas Archipelagic Baselines in violation of MARPOL Annex IV and Company requirements. The Port Authority of Nassau and the ship's Flag Administration were notified. An investigation identified a failed valve in the double bottom which the automation system indicated was closed but was actually partially open. When the ship started pumping grey water, the partially open black water valve allowed both grey and black water to be discharged. A comprehensive corrective plan was developed. All such isolation valves wil be included in the Planned Maintenance System (PMS) for visual checks to be done every 6 months. The location of the valve does not allow easy or effective manual verification for each operation. CMS notice was sent out to all vessels to check all relevant automatic isolation valves. The isolation valves are in process of being included in the PMS, expected to be completed by April 30, 2018. | The Company reported this incident to the CAM. A comprehensive corrective plan, expected to be operational by April 30, 2018, will include a 6-month visual check of the isolation valves in the Planned Maintenance System (PMS). *See also* the Corrective and Preventative Actions regarding voyage planning in NOV 3 and in the CAM IP Notification from 7/07/17 regarding Carnival Elation. | In Progress |

*United States v. Princess Cruise Lines, Ltd.* , 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - CAM Notifications to Interested Parties

| Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 12.19.2017 | 11.14.2017 | CCL | Carnival Liberty | During a routine inspection, the Environmental Technician (ET) noted cooking oil in the main galley pulper. The following day, the pulper system tank was inspected by the ET and EO and cooking oil residues were found.  An investigation concluded that approximately a quarter of a gallon of water contaminated with cooking oil had been collected following cleaning of the galley grills and poured into the pulper by a new crew member.  The oil-contaminated food waste had subsequently been discharged in violation of MARPOL Annex I and MARPOL Annex V. The ship's Flag Administration was notified.  The crew member had received training covering proper handling, segregation and disposal of all galley-related waste streams.  In addition the galley supervisor had reviewed these requirements with him.  All relevant crew members were given refresher training as a result. | The Company reported this incident to the CAM.  The crew member received training covering proper handling, segregation and disposal of all galley-related waste streams.  Additionally, the galley supervisor reviewed these requirements with him.  Relevant crew members were given refresher training. | Complete |
| 12.19.2017 | 11.09.2017 | C-UK | Ventura | A failure on the centrifugal oily water separator (COWS) BCDB monitor has required discharges to be suspended until a faulty control signal isolator is replaced. No discharges over 15ppm occurred. The COWS has been placed in a re-circulation mode and replacement isolator was transferred from another ship in the fleet. The failed component was replaced. The White Box was tested and is operating correctly. | The Company reported this incident to the CAM.   The repairs are complete and a spare is currently onboard has been added to the critical spares list. | Complete |
| 12.19.2017 | 11.05.2017 | CCL | Carnival Conquest | While alongside in Port Everglades, FL, the ship experienced a drive belt failure of an oily water separator (OWS). At the time of the failure, the affected OWS was the only operational separator as a second OWS was in the process of being commissioned. The second OWS was fully operational later the same day. The failed OWS remained out of service pending manufacturer assistance confirmed for 16 November. The failed belt was replaced and the OWS is back in service. | The Company reported this incident to the CAM. The crew replaced the failed belt and the OWS is now back in service. | Complete |
| 12.19.2017 | 10.25.2017 | HA Group | Volendam | A newly installed oily water separator (OWS) system controller developed an internal water leak. There were no further spare units on board as a similar OMD-21 unit was fitted to the BCDB two weeks previously. The ship was unable to process bilge water until it received a new spare three days later. The manufacturer repaired and calibrated another unit to provide an additional spare. The ship is scheduled to replace all similar OMD-21 units in drydock at the end of November 2017. The ship experienced three OCM failures in a short period of time, leaving the ship one spare short for the period October 25-28.  On October 28, a spare was transferred from the Amsterdam and installed.  TMS boarded the same day to repair one of the failed devices, leaving the ship with one spare.  A second spare was received onboard on November 3.  As a result of the above, there was a period of time between October 25-28 when the ship could not process to 15 ppm and thus overboard due to the failed OCMs. The ship was able to manage bilge water by storing onboard until the issue was resolved. | The incident was reported to the CAM. On October 28, the crew installed a spare transferred from the Amsterdam. TMS boarded the same day to repair one of the failed devices, leaving the ship with one spare.  The ship received a second spare on November 3.  As a result of the above, there was a period of time between October 25-28 when the ship could not process to 15 ppm and thus overboard due to the failed OCMs.  The ship stored bilge water onboard until resolution of the issue. | Complete |

*United States v. Princess Cruise Lines, Ltd.* , 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - CAM Notifications to Interested Parties

| Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 12.19.2017 | 09.25.2017 | CCL | Carnival Liberty | During a routine test of an oily water treatment system, an electrical component of the filter was found burned out due to water ingress from a nearby system. The filters are listed on the International Oil Pollution Prevention Certificate however they are part of an extra filtration unit on the pre-treatment delivery lines and the system remains fully functional with the additional filtration unit bypassed.  A new oily water separator and BCDB have been installed. | The incident was reported to the CAM. A new oily water separator and BCDB have been installed. | Complete |
| 12.19.2017 | 11.26.2017 | HA Group | Oosterdam | While alongside in Puerto Quetzal, Guatemala, an oily sheen was observed in the water underneath the gangway. An investigation identified that a small amount (less than 20 milligrams) of biodegradable hydraulic oil had dripped into the water, in violation of MARPOL Annex I, from the scupper located on the starboard side tender platform. The spill of oil was due to an internal leak which was stopped and isolated. The oil was unrecoverable and dissipated. The local port facilities authorities were notified by the ship's agent. The other tender platforms were checked and no leaks were noted. All fittings on the affected platform have been replaced and tightened to prevent recurrence. | The Company reported this incident to the CAM.  The crew checked the other tender platforms and found no leaks.  All fittings on the affected platform have been replaced and tightened to prevent recurrence. | Complete |
| 12.19.2017 | 11.23.2017 | HA Group | Volendam | While en route to Singapore, the ship lost 12 pieces of plywood deck covering which had been stored on the bow area in preparation for container loading the next morning at the upcoming drydock. During the evening, the ship experienced a passing squall with a wind speed of 40 knots causing the 24 square foot plywood panels to be blown overboard in violation of MARPOL Annex V. At the time of the incident the ship was approximately 39 nautical miles from the Malaysian coast. An entry was made in the garbage record book and the ship's Flag Administration was notified. Due to human error, the panels were laid down too soon without being properly secured.  The Marine Department will work with the Technical Department to ensure proper coordination occurs while preparing for a drydock and that materials like this are either secured on deck to prevent going overboard or are not laid out until needed. | The Company reported this incident to the CAM.  The Marine Department will work with the Technical Department to ensure proper coordination occurs while preparing for a dry dock and that materials like this are either secured on deck to prevent going overboard or are not laid out until needed. | In Progress |
| 12.19.2017 | 11.21.2017 | HA Group | Zuiderdam | During a routine abandon ship drill while alongside in Cartagena, Columbia, part of the training liferaft container shell fell into the water in violation of MARPOL Annex V. The shell had been secured as required but the metal fastener holding the line to the shell parted/failed during inflation, allowing the shell to fall into the water. The crew attempted to recover the shell but were unable to reach it before it sank.  The local agent was informed and an entry was made in the garbage record book. | The Company reported this incident to the CAM.  An ECN was issued to remind ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - CAM Notifications to Interested Parties

| Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 12.19.2017 | 11.19.2017 | C-UK | Ventura | During a lifeboat launching exercise while in Cartagena, Spain, oil was observed coming from the engine of the starboard rescue boat. An oil sheen was observed on the surface of the water in violation of MARPOL Annex I. The quantity of spilled oil was estimated to be less than 0.5 liters and the rescue boat was recovered to prevent further discharge. The ship's emergency oil spill response was activated and an oil boom was deployed to retain the sheen prior to a full clean up. The ship's agent was made aware and instructed to advise the appropriate local authorities. Poor combustion when starting engine together with some residual oil in the bilge well is believed to have contributed to the incident. The second rescue boat was inspected but found to not have similar issues.  To prevent recurrence, it will be ensured that the bilge is dry before launching the rescue boats and regular inspections of their engines will be continued. Oil booms will be available for immediate deployment when next testing the starboard rescue boat. | The Company reported this incident to the CAM.  To prevent recurrence, it will be ensured that the bilge is dry before launching the rescue boats and regular inspections of their engines will be continued. Oil booms will be available for immediate deployment when next testing the starboard rescue boat. | Complete |
| 12.19.2017 | 11.18.2017 | HA Group | Emerald Princess | While at anchor off Catalina Island, California, a crewmember accidentally lost a handheld VHF radio overboard in violation of MARPOL Annex V while stationed on the tender platform. The radio slipped out of the crewmember's hand while he was taking it off his belt. An entry was made in the garbage record book and the local agent was advised.  The radio was not fitted with a retaining strap. To prevent recurrence, the Marine Department is looking into alternative means to secure the radio while facilitating safe operations instead of just having the radio clipped to the belt and possibly losing the radio when taking it off to use it.  Possible alternatives include using a microphone on a lanyard along with a securing holster for the radio on the belt. | The Company reported this incident to the CAM.  The current radios do not have the capacity to have a lanyard.  An option is to replace radios as required with radios that have hands free capability.  In the meantime, an ECN was issued to remind ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 12.19.2017 | 11.15.2017 | HA Group | Maasdam | While the ship was at anchor in Penneshaw, Australia, a number of passengers had their headwear blown into the sea due to the strong winds. In addition, a crew member's plastic helmet without a fitted chinstrap was also blown into the water and not recovered in violation of MARPOL Annex V.  An entry was made in the garbage record book and the local agent was informed. | The Company reported this incident to the CAM.  An ECN was issued to remind ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 12.19.2017 | 11.14.2017 | CMG | Costa Luminosa | While alongside in Piraeus, Greece, a plastic sliding entrance door fell from a lifeboat into the sea in violation of MARPOL Annex V after the sliding guide stopper broke. The door could not be recovered and the Port Authority was notified.  The door was replaced prior to departure and the lifeboat is available for use. | The Company reported this incident to the CAM.  The crew replaced the door prior to departure and the lifeboat is available for use. An ECN was issued to remind ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - CAM Notifications to Interested Parties

| Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 12.19.2017 | 11.12.2017 | HA Group | Amsterdam | While alongside in Benoa, Indonesia, a shell door was opened to check the operation of the tender platform. A small amount (less than five milliliters) of biodegradable hydraulic oil dripped into the water in violation of MARPOL Annex I. A very small sheen was observed but dissipated quickly and was unrecoverable. It was assessed that during maintenance on the hydraulic hoses some oil spilled into the gutter of the recess and, due to the restrictive location and design of the arrangements, the oil was not seen and thus not cleaned up at the time. The other shell doors were not checked as the cylinder exchange was only performed on the affected door. The recesses and surrounding areas will be covered properly to ensure that if any oil is spilled during future maintenance actions, it will be captured and easily cleaned up, preventing any spills into the water. | The Company reported this incident to the CAM.  The recesses and surrounding areas will be covered properly to ensure that if any oil is spilled during future maintenance actions, it will be captured and easily cleaned up, preventing any spills into the water. | Complete |
| 12.19.2017 | 11.11.2017 | HA Group | Veendam | While alongside in Naples, Italy, during the recovery of a fuel transfer hose from the ship by the shoreside vendor, approximately 10 milliliters of oil dripped into the water in violation of MARPOL Annex I. The oil formed a small sheen but dissipated very quickly with the current and was unrecoverable. Prior to recovery, the hose had been vacuumed and emptied however no end cap was provided by the vendor. Local port authorities were advised by the ship's agent and an accidental discharge entry was made in the ship's Log Book and Oil Record Book. The EO will work with the Chief Engineer to ensure the fueling team do not accept hoses without end caps to prevent a spill from residual fuel in the hose either before or after the scheduled transfer. This practice was not followed and that has been corrected for future evolutions. | The Company reported this incident to the CAM.  The EO will work with the Chief Engineer to ensure the fueling team do not accept hoses without end caps to prevent a spill from residual fuel in the hose either before or after the scheduled transfer. This practice was not followed and that has been corrected for future evolutions. | In Progress |
| 12.19.2017 | 11.10.2017 | HA Group | Golden Princess | While alongside in Lautoka, Fiji, a white discoloration was observed in the water near the forward gangway. A few drops of oil-based paint and a few paint flakes had been spilled into the water in violation of MARPOL Annex I as deck ratings painted the starboard side anchor. The job was immediately stopped and the Port Authority was notified by the local agent. No further action was requested. The paint was not cleaned up as it quickly dissipated with the wind. The crew were counselled by the Captain personally and retrained in the use of drop cloths and other preventative measures to prevent recurrence. | The Company reported this incident to the CAM.  The crew were counselled by the Captain personally and retrained in the use of drop cloths and other preventative measures to prevent recurrence. | Complete |
| 12.19.2017 | 10.30.2017 | HA Group | Golden Princess | During tender operations while at anchor in Port Arthur, Australia, one of the ship's Security Department accidentally dropped his radio into the water in violation of MARPOL Annex V. The radio sank immediately and could not be recovered. The local agent was informed and an entry was made in the garbage record book. | The incident was reported to the CAM. An ECN was issued to remind ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - CAM Notifications to Interested Parties

| Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 1.15.2018 | 12.12.2017 | CCL | Carnival Ecstasy | Five cubic meters of pool water was discharged inside 12 nautical miles of the Bahamas Archipelagic Baseline in violation of brand specific requirements to limit all discharges outside 12 nautical miles from baselines. The pool was filled with sea water at the time. As per the Environmental schedule of the ship, the plan had been to discharge the water outside 12 nautical miles from the nearest land. The discharge was caused by a broken spindle on an automatic butterfly valve. There had been no indication of the spindle failure prior to the incident. The manual overboard valve was closed to prevent further release. As the incident did not violate any external regulations, authorities were not notified. The automatic butterfly valve has now been replaced. This incident was a violation of Company requirements only and was the result of an accident. The CAM understands that this incident was a violation of Company requirements only and was the result of an accident. | The Company reported this incident to the CAM. A broken spindle on an automatic butterfly valve caused the discharge. Further inspection of the ship's valves led the crew to conclude this to be an isolated incident. | Complete |
| 1.15.2018 | 12.11.2017 | CCL | Carnival Glory | While alongside in Nassau, Bahamas, deck personnel were noted using rags sprayed with "Metal Brite" chemical to clean the ship's hull in violation of Company requirements. The deck personnel incorrectly believed their actions were permitted as the chemical was sprayed onto the rags and not directly onto the hull. No deck washing was undertaken and it is not believed any chemical entered the water. The ship had received written approval for fresh water cleaning from the Nassau Port Authority. As the cleaning activity was in violation of the written approval, local authorities were notified of the incident via the Port Agent. The chemical used has internal applications and the results of a full review are awaited before making changes to the inventory of solvents and cleaners. A message was sent out to the fleet advising what chemicals can be used in Port and while at sea. The CAM understands that this incident was a violation of Company requirements only. | The Company reported this incident to the CAM. The chemical used has internal applications and the results of a full review are awaited before making changes to the inventory of solvents and cleaners. A message was sent out to the fleet advising what chemicals can be used in Port and while at sea. | Complete |
| 1.15.2018 | 11.30.2017 | C-UK | Queen Victoria | While the ship was alongside in Fort-de-France, Martinique, the ECR received an instruction to fill a ballast tank with 150 cubic meters of sea water. The EOOW ballasted the tank with approximately 300 cubic meters of water and then began de-ballasting to correct the error. The OOW observed the de-ballasting operation and instructed the EOOW to stop due to de-ballasting being prohibited by the port authority. Approximately 40 cubic meters of water was discharged in the port in violation of local requirements only. An investigation is in progress. | The Company reported this incident to the CAM. There is a recommendation to put signage above operating station panels to reiterate that no ballast/deballast operations are to take place without prior approval from OOW. | In Progress |

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - CAM Notifications to Interested Parties

| Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 1.15.2018 | 11.29.2017 | CCL | Carnival Vista | The ship used MARPOL approved chemicals to wash the open decks and balconies within 12 nautical miles of The Bahamas in violation of Company requirements. At the time of the event, the ship was sailing through the old Bahamas channel, outside four nautical miles from nearest land but inside 12 nautical miles. The incident occurred due to a misinterpretation of territorial waters. Approximately five liters of chemicals entered the water. Entries were made in the Garbage Record Book. The CAM understands this incident was a violation of Company requirements only. | The Company reported this incident to the CAM. The fleet received an approved list of chemicals in the form of an ECP must see message. The list gives clear advice on which chemicals can be used in territorial waters and which chemicals cannot be used in territorial waters. Additionally, the Environmental Officers discussed this incident during an EO conference call in December 2017. | Complete |
| 1.15.2018 | 11.27.2017 | HA Group | Prinsendam | The ship has a suspected external non-biodegradeable oil leak from a stern thruster in violation of MARPOL Annex I. An internal leak started several months ago and, until the end of October, the quantities of oil used to top up the thruster system matched the amounts removed from the bilge. The amount was estimated using general purpose cups to scoop the oil out of the bilge. Between November 2 and November 27, the system was refilled with 30 liters of oil while the volume removed from the bilge was approximately six liters. The external leak is estimated to be one liter a day. The leak was not initially considered reportable and was overlooked. Reporting requirements have been reinforced. The stern thruster could not be inspected while in the Amazon due to the river visibility/turbidity. An underwater inspection was performed on December 15. Local authorities were informed by the EO. The stern thruster will not be used unless required in an emergency and tugs will be obtained as needed | The Company reported this incident to the CAM. The crew made multiple temporary repairs until a permanent repair could be made on February 14, 2018. On that day, the crew removed the stern thruster end cover and applied a water and oil resistant flexible silicone gasket sealant. A contractor specializing in this type of repair assisted the ship. Additionally, the ship's engineers applied additional GRP matting and epoxy to the end cover and filled the system with oil again. Going forward, visual inspections are scheduled in every port to confirm the system is free from oil leakages. | Complete |
| 1.15.2018 | 11.27.2017 | CCL | Carnival Sensation | While underway, the OOW informed the ECR to close the black water overboard valves but failed to request the grey water overboard valves also be closed as per local restrictions. This was despite the local environmental restrictions being reviewed and discussed during the voyage overview meeting. The environmental schedule was available in the voyage plan portfolio, however the OOW did not consult the environmental schedule and the EOOW failed to cross check the instruction with the environmental schedule. The ship discharged 8.8 cubic meters of grey water within 12 nautical miles of Turks & Caicos in violation of local and Company requirements. An investigation was undertaken. The incident root causes were reviewed and the corrective actions to be taken with immediate effect were discussed. A conference call all EOs fleet wide took place to discuss lessons learned. Additionally, a new environmental schedule format detailing relevant information is being used fleet wide and shore side environmental managers will increase engagement with assigned ship's environmental schedule on a voyage basis. | The Company reported this incident to the CAM. A conference call all EOs fleet wide took place to discuss lessons learned. Additionally, a new environmental schedule format detailing relevant information is being used fleet wide and shore side environmental managers will increase engagement with assigned ship's environmental schedule on a voyage basis. | Complete |

United States v. Princess Cruise Lines, Ltd. , 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - CAM Notifications to Interested Parties

| Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 1.15.2018 | 11.27.2017 | HA Group | Grand Princess | The ship cannot monitor the exhaust smoke density on one diesel generator.  The cause was a part failure and a subsequent missing spare part. A new part was delivered to the ship and installed.  The monitor was properly maintained and the filters regularly replaced. | The Company reported this incident to the CAM.  The crew identified the root causes for the incident as a part failure and a missing spare part.  A new part was delivered to the ship and installed, which resolved the issue. | Complete |
| 1.15.2018 | 11.21.2017 | HA Group | Star Princess | While approaching Nawiliwili, Hawaii, a drain blockage resulted in the accidental spill of recreational water from a hot tub onto the deck and into the scuppers.  Approximately one cubic meter of water with a bromine content of 5.4ppm was discharged overboard inside three nautical miles of land in violation of EPA and VGP requirements.  The hot tub was taken out of service and the remaining water content was discharged when the ship was outside 12 nautical miles from land.  The blockage was found to have been caused by paint flakes from the tub lining breaking free and flowing into the drain and accumulating.  The incident was reported to the EPA and the Hawaii Department of Health.  A corrective action report was sent to the authorities and the event will also be included in the ship's annual VGP report. | The Company reported this incident to the CAM.  The crew took the hot tub out of service and discharged the remaining water content outside 12 nautical miles from land.  The blockage was found to have been caused by paint flakes from the tub lining breaking free and flowing into the drain and accumulating.  A corrective action report was sent to the authorities and the event will also be included in the ship's annual VGP report. | Complete |
| 1.15.2018 | 12.17.2017 | CCL | Carnival Vista | While the ship was alongside in the Port of Miami, a small volume (few drops) of oil-based paint spilled into the water in violation of MARPOL Annex I. The paint dissipated and could not be recovered. A bucket being used on a cherry picker platform had not been properly secured and was overturned. The canvas tarpaulin placed under the cherry picker platform was not sufficient to contain all the paint, allowing some to fall into the water. Port Authorities, the local U.S. Coast Guard and the National Response Corporation were notified. The Staff Captain and EO reviewed painting procedures and best management practices with concerned deck team members. While there are procedures for painting and side shell maintenance and all deck department ratings undergo on the job training covering all their tasks, the procedures were not followed by the crew. The current procedures also do not mandate that an officer verifies compliance. Lessons learned from this incident have been shared across the fleet, reinforcing the Staff Captain's duty to ensure that procedures and oversight are maintained during such maintenance. The associated procedures will be revised to ensure that the proper focus on training for these precautions is in place and to mandate that an officer designated by the Staff Captain must review the precautions/preparations before commencing work. | The Company reported this incident to the CAM.  The Staff Captain and EO reviewed painting procedures and best management practices with concerned deck team members. While there are procedures for painting and side shell maintenance and all deck department ratings undergo on the job training covering all their tasks, the procedures were not followed by the crew. The current procedures also do not mandate that an officer verifies compliance. Lessons learned from this incident have been shared across the fleet, reinforcing the Staff Captain's duty to ensure that procedures and oversight are maintained during such maintenance. The associated procedures will be revised to ensure that the proper focus on training for these precautions is in place and to mandate that an officer designated by the Staff Captain must review the precautions/preparations before commencing work. | In Progress |

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - CAM Notifications to Interested Parties

| Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 1.15.2018 | 12.15.2017 | CCL | Carnival Legend | While approximately 60 nautical miles from the Australian Coast, ship security was notified that several pieces of furniture had been thrown overboard from the open decks in violation of MARPOL Annex V. Three plastic tables, five metal tables and 13 cushions/pillows were found to be missing. All remaining items were secured and an extra guard was placed on watch. The ship's agent was advised to notify the Sydney Port authority. The ship's Flag Administration was also notified of the incident. An investigation was unable to identify the passenger that threw the furniture overboard. | The Company reported this incident to the CAM. All remaining items were secured and an extra guard was placed on watch. An ENC was issued to remind ship staff to intervene if they see something unsecured that could potentially fall overboard. | Complete |
| 1.15.2018 | 12.15.2017 | HA Group | Seabourn Encore | While the ship was at anchor in Kaikoura, New Zealand, a plastic bucket and sponge was accidentally dropped overboard from a suite by the steward. The Bridge was advised of the incident but it was not possible to recover the items. The Port Authorities were notified of the MARPOL Annex V violation by the port agent and it was confirmed that no further action was required. An entry was made in the Garbage Record Book. The Housekeeping Department held a meeting to prevent recurrence where all stewards were advised not to place buckets on the railings while they are washing the balconies. | The Company reported this incident to the CAM. The Housekeeping Department held a meeting to prevent recurrence where all stewards were advised not to place buckets on the railings while they are washing the balconies. An ECN was issued to remind ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 1.15.2018 | 12.14.2017 | HA Group | Sun Princess | During tendering operations while at anchor in Akaroa, New Zealand, the officer on watch spotted a black oily sheen in the water coming from the starboard engine of a tender. The tender was taken out of service and recovered on board. The Port Authorities were informed of the violation of MARPOL Annex I via the agent and it was confirmed that no further action was required as long as the tender remained out of service. An external contractor attended to inspect the starboard engine of the affected tender and found that worn piston rings had allowed lubrication oil to pass into the cylinder, causing increased smoke and soot in the combustion process. The ship's staff are overhauling the pistons and piston rings and the engine is scheduled to be tested on 29 December. The tender remains available as LSA and no further reporting to external authorities is required. | The Company reported this incident to the CAM. The crew successfully conducted an overhaul of the engine-piston and piston rings and tested the tender on December 29, 2017. The tender is now in service. | Complete |
| 1.15.2018 | 12.9.2017 | HA Group | Eurodam | While the ship was departing Key West, FL, a crewmember lost a plastic safety helmet into the water from the starboard forward mooring deck platform. The helmet, which was not fitted with a chin strap, was not recovered. The incident, which was a violation of MARPOL Annex V, was reported to the Port Agent and an entry was made in the Garbage Record Book. | The Company reported this incident to the CAM. HA Group is looking into obtaining straps for helmets. An ECN was issued to remind ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 1.15.2018 | 12.9.2017 | HA Group | Oosterdam | While the ship was at anchor in Lahaina, HI, a passenger accidentally lost his walking stick overboard. The stick fell between the tender and the tender platform when the passenger was disembarking from the tender to the ship. The violation of MARPOL Annex V was recorded in the Garbage Record Book and the local agent was advised. | The Company reported this incident to the CAM. The walking stick could not be recovered. Guests are reminded through verbal and written announcements to be careful not to drop anything overboard. An ECN was issued to remind ship staff to intervene if they see something unsecured that could potentially fall overboard. | Complete |

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - CAM Notifications to Interested Parties

| Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 1.15.2018 | 12.14.2017 | CCL | Carnival Triumph | During the loading of luggage while alongside in New Orleans, LA, four passenger bags fell into the Mississippi river. Two of the bags were recovered. An inquiry with the embarkation staff revealed that during the loading process, the uncontrolled actions of the stevedore forklift operator caused the bags to fall. The local Coast Guard, National Response Corporation and local port authority were informed of the violation of MARPOL Annex V. | The Company reported this incident to the CAM. Carnival will send a notice to the stevedore company to advise them to be more careful during loading operations. | In Progress |
| 1.15.2018 | 12.3.2017 | HA Group | Seabourn Odyssey | While the ship was underway, an intoxicated crew member threw four lifejackets and a lifebuoy over the side of the ship, before making an attempt to jump overboard. The crew member was brought to the on board medical center where he was held under medical and security supervision until the ship's arrival in Miami on 05 December. A report regarding the discarded lifebuoy and life jackets was made to the U.S. Coast Guard in Miami and the Bahamian Coast Guard as well as to the ship's Flag Administration. The items discarded overboard and not recovered constitute a MARPOL Annex V violation and a corresponding entry was made in the Garbage Record Book. | The Company reported this incident to the CAM and dismissed the crewmember. | Complete |
| 1.15.2018 | 11.27.2017 | CCL | Carnival Fantasy | During a lifeboat drill while in Costa Maya, Mexico, an oily sheen was noticed on the surface of the water. The oil was found to be coming from a lifeboat. The ship's crew initiated a response, lowering the rescue boat and cleaning up the sheen. The incident was a violation of MARPOL Annex I, an entry was made in the Oil Record Book and the ship's agent confirmed that the port authorities were notified. The incident has been investigated. The engine on lifeboat 17 was started and kept running for a while. There was no evidence of pollutant was found coming out from the exhaust gas manifold. The company believes a possible cause could be rain water entering and accumulated in the manifold, and then discharged into the sea at the time of the engine start. | The Company reported this incident to the CAM. The incident has been investigated. The crew tested the engine on lifeboat 17 by starting the engine and keeping it running for a while without reoccurring leaks or any sign of any discharge of pollutant from the exhaust gas manifold. The crew concluded rainwater had accumulated in the manifold and then discharged into the sea when the engine started. | Complete |
| 1.15.2018 | 11.27.2017 | CCL | Carnival Paradise | While alongside in Mahogany Bay, Isla Roatan, a utility barge was rented to facilitate painting of the ship's hull. During the painting operation some drops of paint spilled into the water. Tarpaulins were not being used and the wind conditions made it difficult to keep the barge in position. A Mahogany Bay Cruise Centre Supervisor identified the spill and informed the ship. The incident was in violation of MARPOL Annex I. A meeting was conducted with deck personnel to prevent recurrence. The ship did not follow established fleet protocols for painting operations. It was stressed to report any future paint spills. Port Authorities were notified and an entry was made in the Oil Record Book. A shore side investigation has been initiated. | The Company reported this incident to the CAM. A shore side investigation has been initiated. A meeting was held with deck personnel to prevent recurrence. The meeting stressed reporting any future paint spills. The ship did not follow established fleet protocols for painting operations. | Complete |

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - CAM Notifications to Interested Parties

| Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 1.15.2018 | 11.22.2017 | C-UK | Queen Victoria | Following completion of waste offload operations, palleted waste containers were being loaded onto a truck.  A 200 liter drum containing galley grease trap waste fell off a pallet and onto the pier where it split open.  Approximately five liters of grease spilled onto the pier with some waste entering the water.  Booms were deployed onto the pier by the vendor to prevent any further liquid running into the water.  Absorbent material was used to soak up the waste liquid from the water.  The drum had been secured to the pallet as per standard procedure with cling film and there were no issues with the pallet and previous pallets being offloaded as all the precautionary measures had been exercised.  The ship's agent was on the pier at the time and the vendors took full responsibility for causing the incdent.  The incident was a violation of MARPOL Annex V and the port agent was instructed to inform the relevant authorities. | The Company reported this incident to the CAM.  Booms were deployed onto the pier by the vendor to prevent any further liquid running into the water.  Absorbent material was used to soak up the waste liquid from the water.  The drum had been secured to the pallet as per standard procedure with cling film and there were no issues with the pallet and previous pallets being offloaded as all the precautionary measures had been exercised. | Complete |
| 1.15.2018 | 12.14.2017 | HA Group | Zuiderdam | Due to a suspected discrepancy, the EO conducted a review of disposal records for used cooking oil. It was found that between 20 September and 02 December, approximately 500 liters of cooking oil were unaccounted for when compared to the historic daily average of waste cooking oil produced. The issue was brought to the attention of shoreside management and an investigation was initiated. The Provisions Room grease trap was opened for inspection and found to have captured over 100 liters of cooking oil. A galley drain tank was inspected and a thick film of cooking oil was noted on the surface of the liquid in the tank. An investigation identified clerical errors in the log books that also contributed to the error in the estimated volume of oil disposed. | The Company reported this incident to the CAM.  The contaminated tanks were taken out of service for cleaning. Galley staff were retrained on the correct procedures for disposal of used cooking oil and informed of the importance of correct record keeping. The ship's Classification Society and Flag Administration were notified of the potential discharge of up to 500 liters of cooking oil in violation of MARPOL Annex V. An entry was made in the Garbage Record Book. The incident was caused by complacency and a lack of supervision resulting from failures at several levels. The new EO has implemented a tool to elevate visibility on oil disposal to encourage proper reporting. The implementation of this new tool will be a recommendation fleet wide. Additionally, extensive training has been conducted onboard. Details of the incident and the need to be attentive and follow correct procedures has been sent to the Hotel Teams on all ships in the fleet. | Complete |
| 1.15.2018 | 11.30.2017 | HA Group | Caribbean Princess | While alongside in Fort Lauderdale, FL, 77 cubic meters of ballast water were inadvertently discharged overboard in violation of the U.S. Coast Guard (USCG) regulations on ballast water management as it had been treated with a UV intensity below the 70% minimum threshold. The incident was reported to the USCG and the Environment Protection Agency. The manufacturer is assisting with the installation of audible alarms to ensure operators are aware if certain parameters are out of compliance. The respective crew members were retrained on the use of the ballast water treatment system. | The Company reported this incident to the CAM.  The manufacturer is assisting with the installation of audible alarms to ensure operators are aware if certain parameters are out of compliance. The respective crew members were retrained on the use of the ballast water treatment system. | Complete |

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - CAM Notifications to Interested Parties

| Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 1.15.2018 | 9.12.2017 | HA Group | Star Princess | Preliminary results of the sampling conducted on the membrane bio-reactors (MBR) indicate that the ship exceeded the daily Biochemical Oxygen Demand (BOD) limit of 60 mg/I and will exceed the monthly average limit of 30 mg/I. The ship was instructed to inspect, clean and replace diffusers in the MBRs if necessary. The next sampling is scheduled for mid-October and will evaluate if the actions have been successful. The ship is not restricted in its abilities to discharge in accordance with IMO and Company standards and there is no impact on operations. The preventive maintenance program was reviewed by the shoreside technical team and no changes are anticipated as an exceedance is a rare event, this exceedance was minor and the ship was well within limits for the previous three months. The Alaska Department of Environmental Conservation and US Coast Guard have been notified. | The incident was reported to the CAM. The shore side technical team reviewed the preventive maintenance program and no changes are anticipated as an exceedance is a rare event, this exceedance was minor and the ship was well within limits for the previous three months. | Complete |

*United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)*

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - Environmental Open Reports

| Notice Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| #01-2017 | 06.12.2017 | 06.07.2017 | Carnival Corporate | | An anonymous caller raised an issue regarding a Vice President within Carnival Cruise Line, Richard Miller. The anonymous caller states that he/she has been with the Company for over 17 years as a shipboard employee and that he/she is concerned with Mr. Miller's knowledge of MARPOL, environmental regulations, Corporate procedures, and environmental leadership and stewardship. It was stated that this was noticeable on Mr. Miller's ship visit during discussions with Deck Officers and Senior Management. The anonymous caller also stated that this is not only his/her concern, but it is also a concern to other shipboard team members and shore side. | CCL conducted an internal review led by outside counsel. Based on review by CCL management, CCL decided to provide comprehensive training to R. Miller and other members of relevant departments. R. Miller and other members of CCL were provided specific training by outside counsel on relevant environmental issues. C. Donald will schedule periodic meetings with R. Miller to discuss environmental issues and to provide guidance as needed. To address the concern about the management team's environmental experience, CCL brought Rich Pruitt onboard as a new Vice President, Environmental Operations.  R. Pruitt, who previously spent 13 years with Royal Caribbean Cruises Ltd., will focus on further strengthening and expanding the company's shipboard and shore side environmental programs and practices. | Complete |
| #02-2017, #03-2017 | 12.13.2017 | 10.10.2017, 10.14.2017, 10.15.2017 | CCL | Carnival Triumph | On October 10, 2017, an anonymous Hotline Report was filed by a Carnival Corporation shipboard employee alleging a strong smell of gas in a cabin aboard the Carnival Triumph.  Four days after the first Hotline report, on October 14, 2017, Carnival Corporation received a separate anonymous Hotline Report that referenced an observation of oil in the water while the Vessel was moored in New Orleans. Based on both Hotline reports and additional fumes reports made on October 15, 2017, the Vessel initiated a more comprehensive review of the issue. Because of a similar incident back in 2015 involving fuel contamination in a ballast tanks, the Chief Engineer recommended that the Staff Captain sound and inspect all the ballast tanks, which was done when the Vessel was in port in Progreso, Mexico, on October 17, 2017. During the initial inspection, they discovered that five ballast tanks that were contaminated with oil. The Vessel notified the shore side personnel of the contaminated tanks, indicating that the likely cause was a breach in the ballast water line that runs through DB 1 Fuel oil (Port) tank. Subsequently, all ballast tanks were inspected. | CCL conducted an internal review led by outside counsel. The condition of the ballast water system passing through fuel oil tank DB1 – Port shall be assessed on board vessels with similar arrangements as soon as practical. In no case shall the condition assessment be completed later than the end of April 2018. In the interim to avoid possible occurrence on other vessels, the same tank (fuel oil tank DB 1 – Port) on board vessels with similar arrangements shall be put out of service as soon as practical until their ballast water system can be surveyed to assess conditions. Dream Class vessels are also being assessed for the same purpose. The final technical corrective action plan inclusive of root cause analysis and schedule is to be identified based on the results of the assessment. Inform sister lines that have vessels with similar ballast water system arrangements to alert them of the potential problem. Reinforce principles of reporting, escalating, following up and ownership for shipboard personnel in possible pollution incidents cases, as well as others. Counsel the key Officers onboard Carnival Triumph with respect to their duties to thoroughly follow up complaints of hazardous and petroleum-based smells/fumes as well as other environmental concerns and to ensure the vessel's Senior Officers are duly notified without any delay. Provide refresher training to crew on the Compliance Hotline Reporting process and ability to continue the dialogue anonymously. And that retaliation is prohibited. Enforce the obligation of Senior Officers and shipboard Department Heads to timely close the loop with shipboard complainants. Establish a protocol for the Room Service Operator to escalate complaints to appropriate Senior Officers according to the nature of the complaint. Train all crewmembers on single point of contact for reporting complaints of hazardous or petroleum-based smells/fumes or similar safety issues, including emphasize the role of the HR Director. Reinforce purpose and scope of HESS meetings, e.g. HESS Steering Committee meeting to trigger interdepartmental discussion aimed to review crew and guest complaints related to environmental safety, health, and security concerns to ensure escalation of issues to Captain, Chief Engineer, and Hotel Director. Commend Oilers, anonymous Hotline reporter (Able Bodied Seaman), and Chef for proper reporting. | Complete |
| #3-CVL - 2018-2-108 | 02.09.2018 | 02.06.2018 | HA Group | Caribbean Princess | On February 6, 2018 in the morning, the hotline caller observed a leakage of gray water from the ship's drainage system that was being sent overboard into the ocean. The caller believes this gray water came from the bar upstairs. The caller also believes this polluting was done intentionally and wants the company to be aware of this incident. The Company is in the process of reviewing this matter onboard and has determined that an onboard review is sufficient. The Company also determined that the original report to them did not involve an improper overboard discharge. | An investigation into the incident was done by the Brand. Captains, Staff Captains, Chief Engineers, Staff Chief Engineers and Environmental officers received a Must See Message about Waste Stream Leaks.  The message included the following lessons learned: 1) Waste stream leaks should not be collected and rerouted to a different waste stream system; 2) Waste stream leaks should be promptly repaired to minimize environmental impact and pollution risk; 3) Temporary waste stream system repairs should be permanently repaired at the earliest opportunity; 4) Report leaks, equipment failures, and record repairs in accordance with company procedures (e.g. Plan Maintenance System); and 5) Please pay particular attention during watch keeping and other inspection rounds for signs of leaks; report and repair them.  The Message encouraged Chief Engineers to share and discuss the lessons learned with the technical and hotel maintenance teams. | In Progress |

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)

March 27, 2018 Status Report on Behalf of Princess Cruise Lines, Ltd. - Additional Notifications to Interested Parties

| Date of Incident | Date of Notice | Operating Line / Group | Vessel | Summary of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|
| 02.09.2017 | 11.29.2017 | HA Group | Emerald Princess | On November 29, 2017, Maritime New Zealand filed criminal charges against Princess Cruise Lines for two alleged violations of New Zealand's Maritime Transport Act 1994, sections 65(1)(a) and (2)(a) in connection with a fatal accident on board the *Emerald Princess* while that vessel was docked in Port Chalmers, New Zealand on or about February 9, 2017. In sum, a high-pressure nitrogen cylinder burst while being re-pressurized, which resulted in the death of an *Emerald Princess* crew member standing nearby. The Transport Accident Investigation Commission (TAIC) in New Zealand investigated the incident and issued an interim report on May 10, 2017, concluding that the burst nitrogen cylinder had suffered significant corrosion at the point of failure. A metallurgist's initial assessment also concluded that the failure had occurred as a result of overload caused by corrosion thinning. TAIC issued recommendations to the Navalimpianti Tecnimpianti Group (manufacturer of the cylinder), the International Association of Classification Societies, and to CLIA (Cruise Lines International Association) regarding inspection and storage requirements for these cylinders. No recommendations in the report were directed to Princess Cruise Lines. The maximum penalty for each of the two alleged violations cannot exceed NZ $100,000. | The Company is working with New Zealand counsel to understand the process going forward and will apprise you as we learn more. | In Progress |
| 05.2017 - 09.2017 | 01.12.2018 | HA Group | Multiple Vessels | The Holland America Group, has received six Notices of Violation (the "Notices") from the Alaska Department of Environmental Conservation ("ADEC") concerning water and air violations that took place during the Company's 2017 Alaskan sailing season operations. | For water violations, where exceedance occurred because of insufficient aeration of the membrane bioreactors, corrective actions including increasing the aeration in the buffer tank, adding Heuburn BIO ET, and revising the desludging frequency of the membrane bioreactor. Where insufficient dilution of effluent in a membrane bioreactor cause the incident, corrective actions included cleaning the membrane bioreactor tanks and revising the desludging frequency. Where the blocked diffusers on the membrane bioreactors caused the incident, the crew inspected and cleaned the diffusers. For alleged permeate discharges, the crewmembers had the permeate tanks cleaned and sanitized. Additionally, the crew continued to monitor internal and external sampling results. For air violations, the Company has contracted with Wärtsilä, the original manufacturer of the vessels' engines, for the periodic testing and maintenance of its vessels' engines. During the first quarter in 2018, in preparation for the Alaska sailing season, Wärtsilä will provide additional engine emissions testing and maintenance on ships deployed to Alaska for the summer. | In Progress |
| 08.28.2017 | 07.19.2017, 01.12.2018 | HA Group | Multiple Vessels | On August 28, 2017, the Company and EPA signed an Administrative Order on Consent ("AOC") pertaining to the State of Alaska, which allowed in-water sampling of pH below the VGP limit and provided interim effluent standards (again below the VGP limit) to allow time for the Company to come into full compliance with the VGP's pH requirement under Section 2.2.26.1. The reports and sampling data for the 2017 sailing season required by the AOC were provided to the EPA on October 31, 2017. In addition to being required by the AOC, the purpose of this sampling data is also designed to help inform the Exhaust Gas Cleaning Systems ("EGCS") related provisions in the next version of the VGP, a draft of which is expected to be published by the EPA in late February 2018. In addition to the AOC, a Penalty Order and Supplemental Environmental Project ("SEP") is in the process of being finalized, which the Company anticipates will occur in January 2018. The penalty agreed upon is $14,500 and the SEP is expected to cost approximately $75,000. The SEP is intended to provide data to the State of Alaska on ambient water quality. | The Company will also engage in certain sampling and monitoring procedures in Alaska during the 2018 sailing season. | In Progress |