UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16 -20897-CR-SEITZ

UNITED STATES OF AMERICA

v.

PRINCESS CRUISE LINES, LTD.,

      Defendant.
_____/

## ORDER SETTING STATUS CONFERENCES

THIS matter came before the Court on April 3, 2018 for a status conference. On April 10, 2018, the Court issued an Order on Status Conference (DE 62) directing the parties to file by April 20, 2018 a proposed revised schedule for the Court Appointed Monitor's ("CAM") quarterly and annual reports and the status conferences, such that the status conferences will be scheduled after the filing of the quarterly and annual reports.

Accordingly it is ORDERED that:

1. In 2018 and 2019, the CAM will file its quarterly and annual reports by the following dates:

    June 18, 2018 (Annual)

    September 18, 2018 (Quarterly)

    December 18, 2018 (Quarterly)

    March 18, 2019 (Quarterly)

    June 19, 2019 (Annual)

    September 18, 2019 (Quarterly)

    December 18, 2019 (Quarterly)

2. The status conference previously set for June 7, 2018 is CANCELLED.

3. The Court will hold status conferences, following submission of the above-listed reports, at 2:00 p.m. on the following dates:

   July 11, 2018

   October 3, 2018

   January 9, 2019

   April 3, 2019

   July 10, 2019

   October 2, 2019

   January 8, 2020

4. The parties shall coordinate their submission of a joint status report as provided in the Court's December 6, 2017, Order Setting Status Conferences (DE 54), and submit the report for the Court's consideration no later than five business days prior to the date of each scheduled hearing.

DONE AND ORDERED in Miami, Florida, this 26th day of April, 2018.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record
    Probation

2