Exhibit A

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Major Non-Conformities)

| Row Number | Location Name (Audit Date) | Major Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 1. | Regal Princess (11.19.2017) | 1 | ECP Section V.B | Carnival Corporation & PLC Weekly Flash Report Dated September 27, 2017: Regal Princess reported that the UV sensor (critical spare part) on the ballast water treatment system was giving an incorrect signal. The ship did not have a spare sensor onboard and the BWTS remained out of service, meaning the ship was not able to de-ballast within U.S. waters. The issue did not impact ship operations. | Root Cause Analysis indicated the ship did have a spare UV sensor which it used prior to the audit to replace the broken one installed.  Unfortunately, the ship determined that the spare was also not properly working.  Hyde Marine was contacted and later advised us that it was likely due to the spare being a part of a bad batch of UV sensors which were sent out to the ships. Ship to confirm installation of 470uF capacitor in accordance with Technical Bulletin received from Hyde Marine. | Complete |
| 2. | Royal Princess (12.10.2017) | 1 | ECP Section B.2.k | Carnival Corporation & PLC Weekly Flash Report Dated November 22, 2017: Royal Princess reported that while en route to Princess Cays, Bahamas, the ship passed within 12 nautical miles of Turks and Caicos and 8.2 cubic meters of grey water and treated sewage were discharged over a 12 minute period. The resulting discharge was in violation of local regulation and Company policy. The voyage plan had been reviewed and briefed and an environmental Schedule prepared for the cruise by the EO in conjunction with the First Officer. The Environmental Schedule indicated that all overboard discharges were to be closed from 1230LT on the day of the incident. The ship was ahead of schedule but the Bridge adapted to this and gave the ECR proper notification. The engineering officer misunderstood the directions from the Bridge and opened the overboard discharges inappropriately. | Root Cause Analysis indicated human error in misinterpreting the verbal statement from the Bridge at 11:41 hours. There was a breach of procedure in reopening the 4 mile waste stream at 11:43 hours without the Bridge being notified. A full investigation of incident was conducted by onboard Management. Vessel to confirm that all recommendations of the report have been actioned onboard. | Complete |
| 3. | MS Amsterdam (01.04.2018) | 1 | ECP Section VIII.B.1 | On January 6, 2018 while anchored near Grand Cayman Island and while the ECP Auditors were onboard, approximately 3 liters of oil was accidentally discharged into the sea via a tender boat when the tender was then taken on a test run. During the test run, the internal seals of the new cooler failed allowing oil to leak into the cooling water and subsequently discharge over the side. The tender was stopped and returned to the vessel. | Root Cause Analysis indicated on the morning of January 6th, an issue with the cooler was identified, requiring a replacement of the cooler unit with a new OEM part retained onboard the vessel. The item was correctly fitted as per OEM guidelines, however due to the boat requiring to be waterborne for the test, could not be tested prior to launch. Upon startup of the engine, the leak was identified, and boat was removed from the water to prevent any further leakage. Due to the seal being internal, it was not possible for the vessel to foresee this incident. The tender was immediately returned to the blocks and hoisted back on board. The sheen rapidly dissipated due to high winds and no cleanup actions were possible. An inspection determined that approximately three liters of biodegradable oil was lost overboard. The internal seals in the new gearbox cooler had failed and the oil was discharged into the sea along with the cooling water of the engine. | Complete - Pending Verification |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Major Non-Conformities)

| Row Number | Location Name (Audit Date) | Major Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 4. | MS Amsterdam(01.04.2018) | 2 | ECP Section VIII.B.2.h | During the walk through of the engineering spaces, it was noted that the black water vacuum manifold piping, in way of treatment tank #3, was modified. The modification included a secondary containment box around the vent pipe to treatment tank #3. In the event of an overflow (burping) of the vent pipe, the containment box prevents the overflow into the bilges. This is acceptable, however, the vacuum piping was also modified by adding a branch line into the containment box to assist in removing any blackwater accumulating in the containment box and returning it back to the blackwater tank. Flexible hoses and hose clamps were used in the modification thus leaving the system vulnerable to unauthorized disposal of oily waste. | Root Cause Analysis indicated a misinterpretation of the ECP.  The identified vulnerabilities will be controlled and included in the Vulnerability Assessment and ENV 1204 A1 list. Fleet Chief Engineer to confirm with all other HAL vessels that similar systems have not been installed onboard. | Complete |
| 5. | MS Amsterdam (01.04.2018) | 3 | ECP Section VIII.B.1 | The ship's incinerator is out of operation due to requiring replacement parts to Equipment Issue befitted. Waste is being stored in the garbage room and the marshaling area as there is no available space in the cold room to store any waste. The ship only has nine cubic meters of cold storage space and no designed storage space outside of the garbage room. Solid waste offloads are being conducted but the garbage builds up rapidly when the incinerator is not functioning. The current estimated time to repair and re-commissioning of the incinerator is unknown. | Root Cause Analysis indicated thermal overloads are not designated as critical spare parts.  The Company retained a reputable third party, DNV-GL, to facilitate the determination the designation of "critical spares."  A cross brand working group worked together with DNV-GL over a matter of several months to complete the review.  The thermal overload that failed on the Amsterdam was not included in the critical spares listed because (i) it was determined not to be included in the normal preventive, predictive or corrective maintenance to promote the reliability of the equipment; and (ii) the part does not have sufficiently high and predictable demand rate to be suitable for carriage as an onboard spare. Spare parts for Incinerator to be replenished and repairs to be made. Technical to review incinerator failures fleet wide to determine appropriate quantity of spare parts based on failure rates. | Complete - pending verification |
| 6. | MS Amsterdam (01.04.2018) | 4 | ECP Section VIII.B.1 | While alongside in Benoa, Indonesia, a shell door was opened to check the operation of the tender platform. A small amount (less than five milliliters) of biodegradable hydraulic oil dripped into the water in violation of MARPOL Annex I. A very small sheen was observed but dissipated quickly and was unrecoverable. It was assessed that during maintenance on the hydraulic hoses some oil spilled into the gutter of the recess and, due to the restrictive location and design of the arrangements, the oil was not seen and thus not cleaned up at the time. | Root Cause Analysis indicated that it is believed that during the maintenance job on the hydraulic hoses, some oil spilled into the gutter of the recess and due to the restrictive location and design of the arrangements, the oil was not seen and thus not cleaned up at the time of the maintenance. The ship is reviewing maintenance procedures for hydraulic hoses in the area to prevent recurrence. | Complete - pending verification |

2

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Major Non-Conformities)

| Row Number | Location Name (Audit Date) | Major Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 7. | MS Amsterdam (01.04.2018) | 5 | ECP Section VIII.B.1 | On or about December 21, 2017 the Engineering department had dismantled the turbo charger to diesel generator #5. Several parts were placed in a plastic bag with fresh water to soak for further cleaning. Later those parts were removed from the bag and the contaminated water place in a 55-gallon drum for disposal ashore. On December 22nd, the Staff Chief Engineer discovered a crewmember (Wiper: Hernawan Adi Tama) emptying the water from the drum into a sink using a bucket. The Staff Chief stopped the crewmember at once. It was determined that 3 buckets of containment water had been disposed of down the sink drain leading to the grey water system. | Incident under investigation by RAAS, report to follow. Director HESS-MS to close this finding when the report is issued. The Investigation ongoing and Root Causes Analysis will follow. | Complete - pending verification |

3

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Major Non-Conformities)

| Row Number | Location Name (Audit Date) | Major Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 8. | Sun Princess(11.05.2017) | 1 | ECP Section VIII.B.2.g | Deck cleaning chemicals, Deck Clean NP and Metal Brite HD, are being used onboard to clean decks, discharging directly overboard through deck scuppers while in port and underway. The discharge is being logged in the Garbage Record Book as "Operational Waste" as per Garbage Management Plan. The manufacturer, Wilhelmsen Chemicals, states the cleaning agents meet the criteria as not being harmful to the environment, however, in reviewing the Material Safety Data Sheets, it states the material is corrosive and must be disposed of as "Hazardous Waste," and the product should not to be discharged into drains or the environment; disposal should be in accordance with local, state or national legislation. No documentation was provided from Government Authorities stating these deck chemicals are safe for discharge into the environment while in port or underway. | Root Cause Analysis indicated there was not a strong enough control system on what constitutes a deck cleaner and where it can be used.  Upon notification of this finding, the Company immediately took steps to ensure that all deck cleaning with Deck Clean NP and Metal Brite HD was discontinued while in port and at sea as the Company conducted its review of the finding.  Specifically, within the first 24 hours the Company directed all Covered Vessels to discontinue all deck cleaning in port and to permit the use of only fresh water to clean decks while in international waters.  Soon after, the Company notified all Interested Parties regarding its initial review, which included a review of Company policies and procedures and notifications to the fleet.  It was ultimately determined that Metal Brite HD is not intended to be used in open deck washing in VGP waters and is not approved for such use by any Operating Line, and while historically it has not been utilized by the Company for such use, the Company made clear notification of this requirement to all Operating Lines via Must See Messages.  However, Deck Clean NP is determined to comply with VGP requirements and thus can be used in U.S. waters for its intended uses, unless otherwise limited by local law.  Ultimately, it was determined that all deck washing while in port is to be done with fresh water only unless the applicable Brand has approved specific products for in port use.  Deck washing outside 12 nautical miles is to be done with chemicals that the manufacturer has confirmed meet MARPOL Annex V standards. All deck washing chemicals are being re-evaluated before approval to reinstate use is given, and in all instances, ships must confirm with local port authorities that deck/side shell or hull cleaning is allowed within the given port in which such operations are to be conducted.  The Corporation is currently drafting a procedure to memorialize all requirements stated in the Must See Message and instill a process for future approval of chemicals.  In the meantime, HA-Group has issued an Operational Directive OD ENV/09/17 (updated list of approved chemicals) that lists all chemicals approved to be used in specified locations. Further, the Company requires that when a chemical is used, the person using the chemical should check with the bridge for permission and once permission is granted, a start time and end time is recorded into the NAPA E-log with the chemical name and quantity used.  Additionally, all must always follow MARPOL and ENV/09/17.  The Company is working to develop a process to verify that deck wash products meet MARPOL Annex V requirements and requires that employees also refer to the latest update of ENV/09/17 dated 25th January 2018. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Major Non-Conformities)

| Row Number | Location Name (Audit Date) | Major Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 9. | Sun Princess (11.05.2017) | 2 | N/A | On June 26, 2017 it was reported that the COWS was missing a solenoid valve from the bilge sample line. The investigation into the June 26, 2017 incident of the missing solenoid valve from the bilge water sample line on the COWS is not complete. The corrective action from Carnival Corporation was to send out Environmental Compliance Notice (08-2017) to all operating brands. When discuss with the Master and the Environmental Officer about the incident and what corrective actions were done, it was noted that they knew of the disciplinary actions that was taken against the First Engineer and knew of no other corrective action that had been implemented by Carnival Corporation. Auditors asked the corporate representative, Ed Ramaekers, if there were any corrective actions taken as a result of the investigation. He knew about the disciplinary actions and also pointed out the Environmental Compliance Notice (08-2017). | Director of HESS-MS to attach investigation report into the incident, which will include lessons learned, root cause analysis, and preventive action. | Complete - Pending Verification |
| 10. | Sea Princess (12.03.2017) | 1 | ECP Section VIII.B.2.j | In the garbage handling room on deck 4, the auditor found 4 paper cups of used motor oil in a plastic trash can for paper and plastic waste. The paper cups filled with oil were from the result of weekly oil samples being taken from the engines on main generators. Auditor contacted the Environmental Officer to make him aware of the situation. He asked the auditor what he wanted him to do and the auditor told him to follow his company procedures and policies. The individual responsible is 3rd engineer Baxter Fraser and has been onboard for 1 month. The vessel conducted on onboard investigation and disciplined the 3rd engineer. The Chief Engineer wrote him up and documented it in his record. No documentation was attained regarding the write-up. | Root Cause Analysis indicated procedure for disposal of oil not followed by Engine Watchkeepers. Staff Engineer to instruct Garbage Room Staff and Engine Dept. on the Used Oil section of Appendix 1 of Garbage Management Plan, as well as sorting directions in ENV 1301. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Major Non-Conformities)

| Row Number | Location Name (Audit Date) | Major Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 11. | Sea Princess (12.03.2017) | 2 | ECP Section VIII.B.2.j | On deck 7, starboard side (lifeboat deck), the crew was performing a fresh water wash down of the deck. The auditor noticed there was a sheen on top of the pooling water. Auditor questioned the 2nd BOSN, Daniel Velichkov Valchev, about the sheen. The 2nd BOSN stated that it was most likely from grease or oil from the life boats and continued to wash the deck, allowing the water to flow into the deck drains. No sheen was noted in the water around the vessel. A sample was taken of the sheening water on the deck. The auditor went and got the Staff Captain, Giacomo Genovese, to discuss the fresh water wash. The Staff Captain stopped all deck cleaning operations and it was agreed the crew would use oil absorbent pads to clean it up and install them over the deck drains. Auditor left to complete walk around. Auditor returned approximately 30 minutes later and notice there were not any oil absorbent pads installed over the deck drains, and the sheen remained on the deck and within the pool of water. An AB, Patron Relox was using a shop vac to clean up the water and debris from the wash down. Auditor asked the AB what he did when his shop vac was full and he stated that he poured it down the deck drain. Auditor then questioned the AB about the sheen on top of the water and he said it was most likely from oil or grease from the life boats. Once the AB said he thought it was most likely oil or grease from the lifeboats he realized that what he was doing was wrong and started to attempt to clean up the oil with a normal rag. | Root Cause Analysis indicated deck crew were not aware of consequences of oily sheen discharged through scupper system. The deck crew to use sorbent materials to remove any oil sheen from collected water prior to allowing water to drain into the scuppers.  If shop vac is utilized to collect oil contaminated water, it will be drained into the bilge system for proper OWS treatment. Deck cleaning crews to be reminded of the Environmental Compliance initiatives and consequences of oily water draining into the scuppers causing a reportable spill incident in violation of international requirements. | Complete |
| 12. | Sea Princess (12.03.2017) | 3 | ECP Section VIII.B.2.g | It was witnessed that the Food Waste Chute had several unauthorized items in the food waste that is going down the chute and overboard, items such as plastic straws, corn on the cob holders, wooden stir sticks, plastic tea bag packages, and plastic knives. The unauthorized waste was not being segregated at the early stage of collecting the food waste. This was noted during the galley inspection as it was found that there is plastic straws, paper, wood stir sticks and rubber bands in the pulpers. | Root Cause Analysis indicated lack of care and attention while sorting food waste and galley waste before disposal. All Galley Staff to be retrained and instructed on proper sorting before disposal into the pulper system. Shore side Management to distribute Fleet wide instruction to all PCL/POA ships on correct sorting of garbage prior to final disposal into pulper system. Memorandum / bulletin to be distributed to counterparts at HAL / SBN for distribution within their respective vessels. | Complete |
| 13. | Golden Princess (11.30.2017) | 1 | ECP Section VIII.B.1 | On July 2, 2017 the starboard stabilizer was put out of service due to an oil leak into the sea. Investigations showed that the cause of the discharge was due to previous temporary repairs which had failed. | Root Cause Analysis indicated a failure of temporary repair (divers applied belzona underwater). The stabilizer housing box venting arrangement was removed and sea water was allowed to enter the vessel and then drained. The quantity of fluid removed was approximately 200 liters of sea water and approximately 5 liters of oil. At no time was an oil sheen observed around the vessel during the evolution.  The stabilizer will be repaired or replaced during the next dry-dock in April 2018. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Major Non-Conformities)

| Row Number | Location Name (Audit Date) | Major Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 14. | Golden Princess (11.30.2017) | 2 | ECP Section VIII.B.1 | On September 6, 2017 it was noted that there was a large loss of lubricating oil from a stabilizer header tank. 80 liters of sea water was drained from the tank and it was concluded that the missing quantity of oil was lost at sea with the sea water ingress replacing it. The system was taken out of service and drained pending repair at the next dry-dock scheduled in April 2018. | Root Cause Analysis indicated a failure of temporary repair. The stabilizer will be repaired or replaced during the next dry-dock in April 2018. | Complete |
| 15. | Star Princess (01.03.2018) | 1 | ECP Section VIII.B.2.d | Upon auditor's arrival we were made aware of operating issues with Static OWS. The problem was found to be excess back-pressure on Static OWS output, lifting the three-way valve to recirculate process water. After trouble tracing by ship's engineers and corporate office approval, a temporary modification was done and the unit was run satisfactorily. OWS was run for one hour, with positive 2.6-m3/hr throughput @ 2ppm. The modification was not approved by Class or the Flag State prior to its operation. | Root Cause Analysis indicated a lack of maintenance and frequency of pipe cleaning/renewal. Discharge pipework between Static Oily Water Separator and BDCB to be renewed and blockages removed. | In Progress |
| 16. | Ruby Princess* (01.20.2018) | 1 | ECP Section VIII.B.2.g | Auditor witnessed 55-gallon containers held several unauthorized items destined to go down the waste chute and overboard. These items were plastic straws, plastic corn on the cob holders, wooden stir sticks, toothpicks, wooden steak identifiers, paper, paper clips and aluminum foil wrappers. The unauthorized waste was not being segregated at the early stage of segregating the food waste. | Root Cause Analysis indicated a lack of care and attention by Galley Staff during waste disposal. All Galley Staff to be retrained and instructed on proper sorting before disposal into the pulper system.  Record of this training to be scanned and attached to this report. | Complete |
| 17. | Carnival Freedom* (02.10.2018) | 1 | ECP Section VIII.B.2.c | The incinerator #1 was found not in service since Jan 03, 2018, due to a defective frequency converter. A requisition for a new part (non ECP spare part) was created on Jan 03, 2018 and delivered onboard on Jan 25th. However the manufacturer provided a new part which was not compatible with the system onboard. | Root Cause Analysis indicated an incorrect part was sent by the manufacturer to the vessel possibly due to a misunderstanding by the manufacturer. Chief Engineer requested original spare part item (frequency converter) which should arrive on April 15, 2018. Incinerator #2 is in working condition and the ship is able to process garbage on board satisfactorily. A new VFD and Profibus communication card (previously tested) should be available onboard the vessel at all time. | Complete |
| 18. | Carnival Freedom* (02.10.2018) | 2 | ECP Section VIII.B.2.g | On July 20, 2017, approximately 467 cubic meters of treated black water/sewage and 6.2 cubic meters of comminuted food waste was discharged inside Bahamian Archipelagic Baseline between June 13, 2017 and June 15, 2017. | Root Cause Analysis indicated human error and misinterpretation of the Bahama's baseline.  A fleetwide compliance notice, along with ECN-15, were issued. A fleetwide review was conducted of all baselines around the world and only those baselines which were approved as per UNCLOS were inserted into the ENV1001 matrix. This addressed not only the Bahamas but other coastal states with unique baseline concerns as well. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 1. | Carnival Inspiration (10.20.2017) | 5 | ECP Section IX.D.2 | Unidentified or unsecured vulnerability. Grey water injector for food waste water press tank did not have an ECS seal or other control measure in place to prevent access to the system which discharges directly overboard. | Root Cause Analysis indicated a lack of following procedure ENV 1204. The unsecured vulnerability in question was identified by RINA in May 2017 and verified by Lloyd's early October 2017. However, on this ship, the critical valve log (ENV 1204 A1) had not been updated to include the vulnerable connection in question. According to the procedure, the critical valve log ENV 1204 A1 shall be established and maintained by the Chief Engineer who will ensure the ENV 1204 A1 log is aligned with the ship's vulnerability assessment. A lock was immediately placed on the connection. This connection was added to ENV 1204 A1 list and lock log and key is controlled in the ECR by the EOO. (Completed during the audit).  A fleet wide CMS notice will be sent out requiring the chief engineers and EOs to confirm that the ENV 1204 A1 log has been updated to include all identified vulnerable connections and method of control (weld, lock or seal). The Chief engineers shall confirm compliance by 11/15/2017. A vulnerability assessment protocol with actions assigned to the chief engineers and identified office personnel in charge of vulnerability assessment and control. The protocol will highlight the role of the EO to verify compliance. Chief Engineers (LaRocca and Caudiero) will be called for an office visit for counseling on responsibility to adhere to ECP requirements and Vulnerability assessment and control. The Chief Engineers shall in upcoming Senior Officer Conference present lessons learned and corrective actions based on the audit finding in question. The Chief Engineers will be sent to Almere to attend EO course at first instance. | Complete |
| 2. | Carnival Inspiration (10.20.2017) | 6 | ECP Section VIII.B.2.i.iii | Engineering Crew was unable accurately determine double bottom tank levels. Tank capacity tables for the water ballast tanks used by engineering crew were out of date. They have never been updated after some of the double bottom ballast tanks were split when approved by class. Sounding tape used was damaged and not accurate until a new sounding tape was obtained. It was determined that three (3) automatic level sensors were found to be out of calibration. | Root Cause Analysis indicated a lack of oversight by ship staff. Updated copy of tank capacity table will be used by the engineering crew.  New sounding tape was obtained and is being used. The 3 automatic level sensors will be calibrated. Fleet wide notice will be sent out to ensure that all vessels in the fleet are using correct and up to date sounding tables and sounding tapes used are in proper condition. The notice will also reinforce the need to calibrate automatic level sensors and incorporate into PMS if not done yet. | Complete |
| 3. | Costa Luminosa (10.18.2017) | 3 | ECP Section VIII.B.2.i | Oil Record Book: missing EO signature and on one entry the code was not filled out properly. The dates were missing on the front information page of two of the Oil Record Books that were reviewed. | Root Cause Analysis indicated that the lack of signature on the completed page from the EO could not be further investigated as the EO has been on medical leave. Since this was the only signature missing out of many EO signatures needed, it may have been caused by heedlessness. The ORB entries have been corrected. The EO on board will sign giving evidence of the current date. Guidance will be amended in order to include the corrective action to be taken in the event of missing signature(s) in the ORB. The OLCM will monitor the situation and will confirm once the action has been completed. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 4. | Diamond Princess (08.25.2017) | 3 | ECP Section VIII.B.2.p | Environmental familiarization training for the vendors/contractors on board the vessel is not being carried out as required under the ECP.  Objective Evidence:  The ECP audit team did not receive any familiarization or briefing when we boarded.  In addition, there was a contractor team on board doing AC chiller work that did not receive any briefings or familiarization.  The senior management on the ship stated they did not give the contractors any familiarization training.  The ship's crew stated they had been told by the company offices via email they didn't have to do it.  The email was not available for review. | Root Cause Analysis indicated procedure not followed. Carnival Corp Director of Maritime Professional Development conducted a review of Vendor Training and Operating Lines. Heads of Department are to carry out all familiarization training for contractors and have offered said training to ECP Auditors. Safety Training requirements to be added to Monthly Safety Self Assessments/ISM Monitoring report, and all ships to confirm that required training is being carried out in accordance with OHS-1302 by all vendors and offered to ECP Auditors. | Complete |
| 5. | Shore - Carnival Cruise Line (08.18.2017) | 1 | ECP Section III.B.1.b | As per the ECP section III.B.1.b., the Risk Advisory and Assurance Service ("RAAS") department shall investigate covered vessel casualties and oil pollution incidents in accordance with Carnival's incident investigation policy. Reference is to the HESS-MS Procedure HMP-1303 – Event Investigation (Level 3 and 4), Section 3.3 which states that "with all level 3 investigations, the lead investigator must routinely update the VP RAAS (Maritime) and the appropriate legal department on the status of these investigations". At the time of the audit, multiple level 3 investigations relevant to pollution incidents have occurred from September 2016 to July 2017, 24 investigations were found to still remain open. Evidence was provided by the RAAS Director of Investigation showing where he has requested follow up from the Lead Investigators residing at the Line level on a regular basis. However no recent feedback or investigation updates had been provided to the RAAS Director of Investigations at the time of this audit. | Root Cause Analysis indicated ineffective Procedure (process open to interpretation). The Company will now require that a monthly update on the status of all Severity 3 investigations in progress at all brands be provided to the RAAS Director of Investigations in order to ensure that all issues are being reviewed and resolved in a timely manner.  The first update is to be provided by November 30, 2017. RAAS will update HMP 1303 to define: (1) Operating Line progress report frequency based on the investigation's complexity (Severity 1 to 4); (2) the VP of RAAS Maritime will be required to discuss Severity 4 investigations during the quarterly EVP meetings; and (3) VP of RAAS Maritime will provide a factual statement on the incident to the MPA within 15 days of commencing a Severity 4 investigation.  Overall, the Company acknowledges the difficulties observed by the TPA and is revising its HESS investigation procedure to ensure more timely investigation results. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 6. | Shore - Carnival Cruise Line (08.18.2017) | 2 | ECP Section III.B.1.b; HESS: HMP-1303 | As per the ECP section III.B.1.b., the Risk Advisory and Assurance Service ("RAAS") department shall investigate covered vessel casualties and oil pollution incidents in accordance with Carnival's incident investigation policy. Reference is to the HESS-MS Procedure HMP-1303 – Event Investigation (Level 3 and 4), Section 6, which states that during the course of an investigation MPA has to circulate information learned from the investigation to all Operating Lines. Incidents in violation of Marpol Annex IV and V regulations and company procedure ENV 1001 due to discharge overboard of comminuted food waste and treated black water inside 12 nautical miles of the Bahamas baseline were reported on the vessel Carnival Elation on voyages between June 4 and June 16, 2017. Reference is to the environmental incident report 005_2017-EL. Further investigation revealed the existence of similar orders issued to other Carnival Cruise Line vessels (Carnival Freedom, Carnival Liberty, Carnival Magic, Carnival Conquest, Carnival Splendor and Carnival Vista). At the time of the audit the investigation about these incidents was found open. The HESS-MS procedure ENV 1001 was found revised and containing additional information to the vessel to avoid future similar incidents. A copy of the internal Carnival Cruise Line internal communication sent to the Line fleet requiring Masters and Chief Engineers to confirm awareness and updates of the procedure was also provided. However the information learned from the ongoing investigation, including the notification of procedure change, has not been circulated to all the Operating Lines as required by the HESS-MS Procedure. | Root Cause Analysis indicated ineffective Procedure. MPA Issued ECN #10 (22nd August 2017) to specifically address the Bahamas Baseline incidents. The Safety and Environmental Awareness Bulletin was also used for communicating lessons learned. Working group established to identify non-shoreline claims. Preventive RAAS will update HMP 1303 to define: 1) Operating Line progress report frequency based on the investigation complexity (Severity 1 to 4); 2) require that the VP of RAAS Maritime discuss Severity 4 investigations during the quarterly EVP meetings; and 3) require that the VP of RAAS Maritime provide a factual statement on the incident to MPA within 15 days of commencing a Severity 4 investigation. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 7. | Shore - Carnival UK (09.15.2017) | 1 | ECP Section III.B.1.b.; HESS: HMP-1301 | ECP section III.B.1.b. requires casualties and oil pollution incidents to be investigated in accordance with CARNIVAL's incident investigation policy HMP-1301. All three (3) ECP related incidents below were reviewed in detail through examination of incident reports and interviews with report owners. Interviews were conducted with the responsible persons for each incident investigations, namely: 1) Mathew Andow for incident: 3 March 17, VENTURA, Oil Spill in Bilge 2) Rob Ross for incident: 22 April 17, QUEEN MARY 2, Unable to Process bilge water 3) Chris Crossley for incident: 1 May 17, ARCADIA, Missing ORB Pages. Lotus Notes is the electronic application in which Carnival UK documents and tracks incidences reports to closure. Both the Lotus Notes reports and the physical incident investigation files were reviewed. Inconsistencies were found related to properly documenting closed incidents with verifiable documentary evidence. Of the two incident reports documented within the Lotus Notes application, only one indicated evidence of immediate corrective action, neither documented clear root cause analysis or indicated clear preventive action to prevent reoccurrence. The nonconformity in this section goes to two parts: 1) A failure to consistently document ECP incidents following established practice, policy and procedure. 2) A failure to consistently document, track, implement, and verify corrective and preventative actions. | Root Cause Analysis in progress by Carnival UK.  Carry out a review of investigation resources and determine whether there are any gaps in this area. Develop a procedure to ensure that documentary evidence is received and saved which clearly shows that adequate corrective action has been taken with respect to accidents and near misses. Revise the current incident report form to ensure that sections showing immediate corrective action, root cause analysis, and preventative measures are clearly identified. Develop a procedure to ensure that incidents are consistently documented, tracked, and to ensure verification of corrective and preventative actions. Review resources to determine if CUK currently has the correct headcount to adequately manage the investigation process. | In Progress |
| 8. | Shore - Carnival UK (09.15.2017) | 2 | ECP Section III.B.1.b | Open environmental incidents that were identified during the Carnival Corporate Headquarters audit belonging to the Carnival UK area of responsibility were reviewed in detail. All of the incidents documented as open during the Carnival Corporate audit in August 2017 were found to be either closed at the Carnival UK level before the Carnival Corporate audit, or not documented within Carnival UK systems or applications. HESS HMP-1303 – Event Investigations (Level 3 and 4) requires that VP RAAS be routinely updated with all level 3 investigations. There is a breakdown in the reporting and tracking mechanism between Carnival UK and Carnival HQ to insure corrective actions on regional environmental incidences are accurately reported and tracked between the OCLM and CMM. | Root Cause Analysis indicated a lack of dedicated resources to actively track and monitor investigation status. Obtain an updated list of open investigations from Carnival Corporate and ensure this is aligned with what CUK considered as open or closed. Develop a procedure to ensure that CUK and ABG have consistent information on the tracking of open events. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 9. | Shore - Carnival UK (09.15.2017) | 3 | ECP Section III.C.1 and 2 | As per the ECP Section III C 1 and 2 the ECP specifically tasks the Maritime Policy and Analysis (MP&A) department to manage an environmental near miss program that ensures the reporting, documentation, and tracking of near-miss incidents having a grade of low to high risk of impact. It was discovered that very few environmental near misses reports are received by MP&A due to the procedure requiring only high level near misses to be reported to MP&A. Out of 103 vessels, it was found that only 6 reports were submitted from July 1 to Sept 4, 2017, (4 from CUK vessels) and no reports were received from the April to June time period across all operating lines. Upon investigation, it was found that there is no specific procedure relating to near miss reporting, and nowhere in the procedures (Corporate or HESS) is the term "Near Miss" defined. In the footnote to HMP 1302 and 1303 Appendix A1 the term "near hit" is used, but there is no specific procedure regarding near misses reporting in HMP 1302 or 1303. The term near miss is used in Annex 1 of CS 001 and indicates that reportable items to MP&A are any near miss that could have resulted in any of the aforementioned (in the table E1 – E5) reportable incidents. E1 to E5 consists of reportable items such as Violations of MARPOL, violations of Corporate Environmental Standards, situations that result in or could result in a spill or discharge of pollutants into the environment, and operating personnel misconduct. CS 001 also points to another procedure Carnival Corporation & plc Accounting Policy Section 3.2.6 "Reporting of Significant Events" which requires reporting of "Serious Pollution" and indicates reporting of "Hazardous Situations and Near Misses" may need to be shared across the Company. Due to the lack of specific procedures regarding near miss reporting, near miss reporting is to be done in the same fashion as incident investigation, and experiences the same circumstances of the non-conformities 01 and 02 issued during this audit for incident investigation. As per ECP Section II C 2, a summary of near miss incidents involving pollution prevention equipment is to be provided quarterly to shipboard Covered Personnel. The Health, Environmental, Safety and Security (HESS), Technical, Regulatory and Sustainability Report Second Quarter, FY2017 report, also referred to as the HESS Board of Directors (BOD) Report was sampled and found to have no environmental near misses listed. The M P&A near miss database was queried and also found that no environmental near miss reports were submitted across all operating lines for the same time period. | Review company policy to ensure that "near miss" is properly defined.  Review HMP 1302 and 1303 to ensure that near miss reporting procedures are specified. Re-Assigned to John Haeflinger (MPA): The CUK office audit was conducted while the replacement policy for CS001 was being finalized. COM-1101 "Reporting of HESS and Operational Events, Near Misses and Ship Inspections" was issued on November 1, 2017 and became effective on January 1, 2018. It reflects a rewrite of CS001 with a greater emphasis on near miss reporting and alignment with the business requirements defined in our agreement with a third party to build a single HESS event reporting system for the Corporation, which is now in progress. The objective of COM-1101 is as follows: "The reporting of HESS and Operational Events, Near Misses and certain external Ship Inspections is an important part of measuring and improving our Health, Environmental, Safety, Security (HESS) and Technical performance, ensuring the safety and security of our guests and crew, and protecting the environment. The identification and tracking of incident rate trends and root causes at Brand and Group levels, as well as the sharing of lessons learned, are key to identifying best practices, reducing risks and improving performance. This procedure applies to any Event (as defined by the criteria below) that occurs on board any ship or port facility owned and operated by Carnival Corporation and plc. It also applies to passenger and crew injuries and public health events that occur on board or ashore. This procedure does not apply to Events that occur in office buildings utilized by Carnival Corporation and plc. to conduct business, regardless of their location. Note that this procedure replaces Corporate Standard 001 in its entirety." COM-1101 makes near miss reporting requirements more explicit and encompassing than CS001 did. The procedure defines a "near miss" as follows: "For the purpose of this procedure, a "near miss" is defined as an event or situation that could have resulted in a HESS Event, but did not, either by chance, through timely intervention or because preventive measures were in place." The Appendix to the procedure defines the types of HESS events that are reportable to MP&A and provides the following guidance, with the near miss language emphasized with underlined text: "This Appendix 1 outlines event types to be reported in accordance with COM 1101. It is not intended to specify each and every incident or near miss that should be reported. Operating Lines should always report an event if there is any doubt as to whether the event meets the requirements of this Appendix. All associated near misses are also to be reported. Unless otherwise noted in this Appendix, all reportable events require immediate notification to MP&A. Immediate notification means as soon as possible after the incident is reported from the ship to the responsible shore side department." Since the issuance of the COM-1101 procedure, near miss reporting has increased significantly. In the first two months the procedure was in force (January 1 through February 28, 2018), 24 near miss reports were made to MP&A. MP&A produces a quarterly Safety & Environmental Awareness Bulletin to the fleet and shore personnel which highlights select safety and environmental incidents and near miss events, identifies their root causes and discusses lessons learned. It is intended to be a training tool for the fleet to reinforce requirements and help reduce the risk of similar events occurring. This bulletin had been issued for several years as a safety bulletin. Environmental incidents were included beginning Q2 2017. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 10. | Pacific Princess (10.07.2017) | 4 | ECP Section VIII.B.2.g; HESS: ENV-1301 | As per the Garbage Management Plan, the Marpol V placards have to be located in multiple ship areas. The placard showing the allowable discharge overboard were not present in the crew galley at deck #3 and in the Main Galley at deck #4. A placard not in agreement with the current Garbage Management Plan was found in the Main Galley at deck #4. | Root Cause Analysis indicated lack of awareness of the requirements of the location of the placards and unaware of newer versions of placards. Placards to be provided and fitted in Galleys noted.  Ensure all ships have the correct placards and have been made aware of the minimum requirements for where they should be displayed. | Complete |
| 11. | Pacific Princess (10.07.2017) | 5 | ECP Section VIII.B.2.i | During the review of the Oil Record Book, two pages were found not signed by the Captain. Two entries in the ORB were also found edited but with no signature made after the correction. A total of four (4) missing signatures were found. | Root Cause Analysis indicated insufficient attention to detail by persons responsible for completing the log books and insufficient oversight by EO. Ship to confirm and provide evidence of missing Captain's signatures and correcting signatures. Create a daily HESS-MS task directing the EO to review ORB and verify all required signatures are present or to collect missing signatures. | In Progress |
| 12. | Carnival Pride (07.30.2017) | 1 | ECP Section IX.H.2 | A seal was missing where the sample line is connected to the oil content discharge monitor. The space was too narrow to access with tools. However, it was advised to the Chief Engineer of the necessity for the environmental seal at that point of pipe connection and demonstrated a way to fit a seal. The engineering crew managed to fit a seal within an hour. | Root Cause Analysis indicated missing seal not identified during ship's vulnerability assessment. Immediate action was taken. Seals were installed in correct location. Photos were taken and included in the Vulnerability Report and in the Critical Valves & Fittings Binder. Lloyd's in conjunction with CCL technical personnel will visit each Carnival Vessel to verify all applicable vulnerabilities were identified during the RINA vulnerability assessment. | Complete |
| 13. | Queen Mary 2 (10.27.2017) | 2 | ECP Section VIX.H6 | Bilge Source Tank Cleaning – ECP requirement is that "all bilge source tanks be cleaned at 6-month intervals." Current practice on this vessel is to "Skim and Inspect" every month. The intermediate bilge settling tanks cannot be emptied and cleaned in typical fashion. The intermediate tanks are located between the HFO service and settling tanks, so their temperature is usually at 85~95-Centigrade (185~203-Fahrenheit). | Root Cause Analysis indicated the intermediate bilge settling tanks cannot be emptied and cleaned in typical fashion. The intermediate tanks are located between the HFO service and settling tanks, so their temperature is usually at 85~95-Centigrade (185~203-Fahrenheit). A plan for cleaning tanks to be confirmed. AMOS to be checked to confirm that all ships have six monthly requirement for cleaning bilge source tanks. | Complete |
| 14. | Queen Mary 2 (10.27.2017) | 3 | ECP Section VIII.B.2.y | The Clean Bilge tank is not used as designated as listed on the ship's approved plans. Vessel stopped using it as a Clean Bilge tank in 2012. Currently used as another Dirty Bilge tank. This needs to be addressed and updated in the current and approved piping plan as per the ECP. | Root Cause Analysis indicated out of use tank not identified as part of the ECP start up review. Identify QM2 requirement for Clean Bilge System. Review CUK approach to clean bilge tanks and if needed amend affected documentation (IOPPC, Sludge and Bilge Manuals, Ship Drawings, AMOS, Ship Maintenance Manuals. | Complete |
| 15. | Queen Mary 2 (10.27.2017) | 6 | ECP Section IX.G | The vessel's ECP Oil Sampling Plan was incomplete, not all of the required tanks or sampling points were indicated on the plan. Ships personnel stated that they were following the guidelines of the SGS sampling plan, which is inconsistent with the requirements of the ECP. | Root Cause Analysis indicated misinterpretation of the sampling plan and the ECP. To be checked and confirmed through Corporate. ECP  IX.G does not require food waste tanks to be sampled. | Complete |

13

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 16. | CCL - Shore (11.06.2017) | 3 | ECP Section I.B., Persons to Whom Applicable and ECP Section V.A.1., Shore side Covered Personnel, Operations, Maintenance and Repair Personnel | Not all Persons who have routine responsibilities with operational duties of Marine Environmental Protection Management were identified as a Shore side Covered Person within the Carnival Cruise Line Organization. It was found during a spot interview with an Environmental Analyst that her job description and job scope function aligned with the requirements consistent with being a Covered Person as required under the ECP. This Environmental Analyst was not on the Covered Person roster and did not complete all ECP required training. | Root Cause Analysis indicated misinterpretation of the definition of Covered Personnel due to no formal procedure or protocol in place for defining Covered Personnel. All employees in the CCL Environmental Operations team were placed on the Covered Personnel list and received the ECP Shore Side Covered Personnel training (TRG-2307). Specifically, Environmental Analyst and Contractor were added to the CCL Covered Personnel list, registered for a GLADIS account, and completed all four modules of the TRG-2307 ECP shore side training by November 10, 2017. CLL will develop standard protocol for identifying Shore Side Covered Personnel. Once that is in place, Carnival Cruise Line will conduct a review of all Shore Side positions to determine if any positions have been added or positions that should be included were not on the original list. Furthermore, all positions within the CCL Marine Operations department will be reviewed to determine if any additional employees should be identified as Shore Side Covered Personnel and therefore be required to take the ECP Shore Side Training. | In Progress |
| 17. | CCL - Shore (11.06.2017) | 4 | ECP Sections V.B.2, V.B.3 | A requisition by the CARNIVAL BREEZE crew done on May 20, 2017, was found having a wrong code associate to the part (non ECP code). The original requisition was done for multiple items and included ECP and non ECP spare parts. On July 18, 2017, the purchase order was eventually processed for the ECP spare part only but its code was not corrected in the INFOSHIP system causing further delay. At the time of the audit, the spare part was expected for delivery on January 9th, 2017. | Root Cause Analysis indicated the system is not configured to alert of incorrect coding. Configure system to alert personnel that a wrong budget code has been selected for an ECP critical part. | In Progress |
| 18. | CCL - Shore (11.06.2017) | 5 | ECP Section V.B.3 | The ship CARNIVAL PARADISE completed the replacement project for one (1) OWS and two (2) BCBDs (White Box) on Nov 2nd, 2017. The spare part list was not updated on Nov 8th. William Greenlaw, Manager PMS, was reached for explanation and stated the job/update was in progress. The update was completed on the following day, Nov 9th. | Root Cause Analysis indicated no dedicated process for new equipment spare parts identification/updating in system. Add the equipment spare parts to the system. During the project implementation, the dedicated PM is to advise the Infoship team to add the required parts to the system and also advise the vessel to order the parts in advance of installation completion. | Complete |
| 19. | CCL - Shore (11.06.2017) | 6 | ECP Section III.B.2 | A Corrective Actions was raised by the Internal RAAS Audit of Carnival Cruise Lines dated 09 June 2017. No evidence of this action being completed was provided which noted that all personnel identified as SMEs who may act as assigned investigators have received Incident Investigation Training. | Root Cause Analysis indicated a lack of oversight. The Company is developing a formal plan to send all SME's for incident investigation training. This will also include refresher courses for all SMEs who have already been trained. Once training has been developed and implemented, a formal tracking system will be used to ensure that all SMEs receive incident investigation training before being assigned to an investigation. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 20. | Crown Princess (11.18.2017) | 2 | ECP Section IX.B.1 | The ship has identified their vulnerabilities but has not sealed all of them. It is the practice of the ship that some vulnerability points need a portable pump and hoses to make them a vulnerability. According to the ship unauthorized usage of portable pumps is prevented by controlling pump usage as per their companies OD ENV/02/16. Portable pump usage is also regulated by ENV-1203. Using this pump control method might be seen as a virtual lock but this does not meet the requirements of the ECP for tags, seals or locks. A reassessment of all vulnerable connections that are not tagged because of the use of the portable pump control directive needs to be done and seals, tags, locks or welded clips need to be installed to meet the ECP requirement. | Root Causes Analysis a misinterpretation of ECP requirements. The controls of portable pump usage are currently under review. | In Progress |
| 21. | Crown Princess (11.18.2017) | 3 | ECP Section IX.B.1 | A quick connect fitting was found attached to the overboard discharge (near pump) piping for each of the waste food tanks (2) in the incinerator room. Both fittings do not have ECS tags nor were they identified in the vessels vulnerability assessment. | Root Cause Analysis indicated the finding was not identified in vulnerability assessment. The connections in the VVA to be identified, updated ECS log and fit ECS tags. Liaise with ABG with the intention of conducting a review of vulnerability requirements. | In Progress |
| 22. | Crown Princess (11.18.2017) | 5 | ECP Section VIII.B.2.y | The "Save All Drain System" (SADS), which is permanently attached to the sludge piping, is not shown on the current Class approved drawings. | Root Cause Analysis indicated Save All Drain Systems initially not identified to be added to sludge drawings. Update approved sludge drawings to include Save All Drain System as identified. Review and update where necessary approved sludge drawings to include Save All Drain System across the PCL Fleet. | Complete |
| 23. | Crown Princess (11.18.2017) | 6 | ECP Section VIII.B.2.y | Three branch lines currently fitted with ball valves and cam lock fittings located on the sludge suction line and the sludge discharge line for sludge tank #2 do not appear on the Class Approved Sludge system drawings dated 19 June 2017. | Root Cause Analysis indicated lack of oversight during inclusion of system. Ship to arrange for Approved Sludge System drawings to be updated with, and approved by Class, with ball valves and cam lock fittings located on the sludge suction line and the sludge discharge line for sludge tank #2.  All other vessels in PCL fleet will be reviewed to ensure drawings include these additions where applicable. | Complete |
| 24. | Rotterdam (12.03.2017) | 2 | ECP Section X.A.1, MEPC Res. 259(68), ENV 1102 | Environmental Management System - Procedures related to exhaust gas cleaning systems sampling are not clear.  ENV 1102 paragraph 4.4 states that wash water sampling must be carried out once per year after the first year of operation. In addition, the procedure indicates that sampling must be carried out within 3 months of the annual survey. The MARPOL requirement only references sampling for the ship's IAPP renewal survey. | Root Cause Analysis indicated current published policy is poorly written. A suggestion to revise ENV 1102 paragraph 4.4 has been submitted to Carnival Corporation to remove the requirement to conduct the annual testing 3 months prior to annual survey since it is not required by regulation and places an unnecessary burden on the vessel to comply. | Complete - pending verification |

15

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 25. | Rotterdam (12.03.2017) | 5 | ECP Section IX.M | Documentation from equipment manufacturers regarding the use of non-EAL lubricants in the oil to sea interfaces for three (3) thrusters, the CPP system, and the two (2) stern tube seals not present on board. When asked, crew indicated that Thrusters #1, 2, and 3, the CPP systems and the two propeller shaft seals were not utilizing EAL lubricants. No documentation from the equipment/seal manufacturers were evident to indicate that EAL use was not feasible for the existing seals. Documentation was received from the equipment manufacturers prior to completion of the audit. | Root Cause Analysis indicated lack of oversight of the policy requiring the documentation to be available. As noted in the finding, documentation was received from the equipment manufacturers prior to completion of the audit. Chief Engineer to attach any relevant documentation to this finding and close. To be added to the annual review of the VGP, and to ensure documentation on board from each of the applicable equipment manufacturers regarding the use of non-EAL lubricants in the oil to sea interfaces. | In Progress |
| 26. | Regal Princess (11.19.2017) | 1 | ECP Section IX.B.1 | Found two (2) logbook entries within the last 30 days of the Critical Valves and Tank Hatches Lock Log where either a log entry was made for the locking of a valve or tank without an entry that it was unlocked. An entry was made stating a valve or tank was unlocked without an entry indicating it being locked. 20OCT2017 0800 FGR892 was unlocked with no entry indicating it being locked. 24OCT2017 1145 BSS811 was locked with no entry indicating it was even unlocked. | Root Cause Analysis indicated procedure not followed during log entries combined with lack of oversight from EO and Senior Engineers during log reviews. Chief Engineer to re-iterate policy to Engineering Team. Environmental Officer to review log entries for a period of 2 months to ensure ongoing compliance. | Complete |
| 27. | Regal Princess (11.19.2017) | 2 | ECP Section VIII.B.2.g | Receipts for offloading of garbage was not in cubic meter units making reconciliation with garbage record book difficult if not impossible. Spoke to the EO and Staff Captain in importance to be able to reconcile the amounts transferred to shore. | Root Cause Analysis indicated shore side vendors not always utilizing metric measurements due to worldwide itineraries. This is a well understood situation by shore side and shipboard staff, but we cannot control the operational procedures of outside vendors. MARPOL and ENV 1301 define the process by which waste should be logged and accounted for, and the Garbage Management Plan meets those standards. Nowhere in MARPOL or ENV 1301 does it state that the units of measure on the receipt must match the units of measure in the GRB, however, conversion document to be emailed to all HA Group ships with instruction to attach to the GRB for conversion where necessary. Conversion spreadsheet has been sent to the fleet. | Complete |
| 28. | Regal Princess (11.19.2017) | 3 | ECP Section IX.F.1 | Found no ECS seals on blank flanges on LT coolers seawater outlet lines which were listed on the ship's vulnerability assessment. | Root Cause Analysis indicated the finding was not identified in vulnerability assessment. Identify blank flanges in the VVA, update ECS log, and fit ECS tags. Liaise with ABG with the intention of conducting a review of vulnerability requirements. | In Progress |

16

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 29. | Royal Princess (12.10.2017) | 1 | ECP Section IV.A.2.j.ii | Global HESS-MS document ENV-1008-A3 Weekly Environmental Compliance Report. Specifically, Unannounced Machinery Space. The form needs to be updated to properly document machinery space visits that would ensure the requirements of the ECP are being met. | Root Cause Analysis indicated no current procedure exists to describe how or where these visits are recorded. Neither the current procedure, nor form ENV-1008-A3, specifies how machinery space visits will be recorded, so there can be no corrective action for the forms that were filled out previously. The EO is aware of this suggested best practice, and will record more detail of the date and time going forward. HA Group is developing HESS-MS tasks to document work activities done by the Environmental Officer in alignment with the requirements specified in ENV-1008. Recording the unannounced visits will be one of the tasks that will soon have a specific task that will be reviewed for objective evidence that the visit was conducted. | Complete - pending verification |
| 30. | Royal Princess (12.10.2017) | 5 | ECP Section VIII.B.2.j | The ship was missing two (2) MARPOL bunkering samples. One (1) from 29 April 2017 and One (1) from 15 July 2017. These two discrepancies were passed to shore side representatives by the Chief Engineer via an email in September, 2017. | Root Cause Analysis indicated lack of care and attention by person in charge for past bunkering operation. Due to the timeframe, it is not possible to retrace the previous samples. Chief Engineer to review with Engine Department the newly issued TEC-1402 and maintain a signed sheet of attendees to be attached to audit report. | Complete |
| 31. | Royal Princess (12.10.2017) | 6 | ECP Section X.A.1.f | The requirements for testing the emergency shutdowns in the bunker stations for; Fuel oil, Lube oil, bilge and sludge pumps could not be found in the ships "AMOS". | Root Cause Analysis indicated the frequency of PMS documented testing of shutdowns was deemed inadequate. AMOS job code JOB0001 has the following job description: "Measure & record nominal running load of motor(s) (and heater if fitted) & test remote and local operation of control and any alarms, limit switch or emergency stop fitted." This job is also applicable to the fuel oil transfer pump motors, bilge pump motors, oil waste transfer pump motors, and sludge transfer pump motors. Periodic frequency of testing is 60 months. A further 3 monthly work order for the ESDs will be created and replicated fleet wide to all HA Group vessels. | Complete |
| 32. | Royal Princess (12.10.2017) | 7 | ECP Section X.B.1 | The vulnerabilities on board were identified by third party survey. Vulnerabilities were marked with a bright Green Circle. Not all vulnerabilities had a tag or a seal. By securing all portable pumps, this does not address the gap in tag/seal/lock coverage required by the ECP. | Root Cause Analysis indicated that in order to mitigate the risk of vulnerabilities, items requiring the addition of a portable pump to create a vulnerability were addressed by securing and tracking portable pumps in locked cages. The controls of portable pump usage are currently under review. | In Progress |

17

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 33. | Carnival Maritime Office Hamburg (10.23.2017) | 3 | ECP Section V.B.2 | The current INFOSHIP system allows crew members to create and modify ECP critical spare parts. However, the company developed a system to identify Critical Environmental Equipment and Critical Environmental Components through a review of the ECP critical parts database performed on a regular basis by the Maintenance Development team. The methodology of this system used to cross check parts validation was demonstrated to the audit team. The current system allows crew members to modify this list which may lead to incorrect parts being added to the database. It is also understood that shore-side personnel are working with the software provider to update the system and get full administrative control by January 2018 to avoid future unauthorized modification by crew members. | Root Cause Analysis indicated finding was due to the technical limit of the current version of PMS. PMS Department will inform the OLCM on a monthly basis if alterations to the ECP critical spare parts database were made. A change request has been issued to the Provider, requesting an "Office Reserved" function to be implemented. PMS Department will monitor the implementation and communicate once the feature is active. | In Progress |
| 34. | Aurora (10.22.2017) | 1 | ECP Section IV.A.2.b | The Environmental Officer (EO) has not obtained his Technical Training Qualification Card within the 2 week time frame as required by HESS policy (ENV-1008). The EO's current handover was conducted on 17 September 2017. | Root Cause Analysis indicated there is currently no tracking mechanism for the tracking of PDR/TQC which allowed the EO to go overdue with respect to his TQC. It will be ensured EO has completed TQC/PDR. Commence procedural review to account for monitoring of completion of PDR/TQC. | Complete |
| 35. | Aurora (10.22.2017) | 2 | ECP Section IV.A.2.h | Although detailed notes were provided, the EO's last handover conducted on 17 September 2017 did not included the use of form DSO MOP 1.8 – Environmental Officer's Handover Form as required by ships policy. | Root Cause Analysis indicated CUK had an EO handover form which was withdrawn from use in September 2016 and not replaced following update to ENV 1008. EOs either keep their own handover notes or have continued to use the obsolete form. Handover documentation currently in use to be reviewed. Propose a corporate standard handover form for EOs to use. | Complete |
| 36. | Aurora (10.22.2017) | 3 | ECP Section IX.B.1 | Environmental Control System (ECS) seal # 0002056 was installed incorrectly. The threaded plug at the end of the pipe coupling could be removed without disturbing the installed ECS seal. | Root Cause Analysis indicated a failure to identify correct control. Ship to confirm (with evidence) that the vulnerability is adequately controlled. Initiate a program of periodic checking of systems requiring ECS seals to ensure that vulnerabilities are identified and adequately controlled. | Complete |
| 37. | Aurora (10.22.2017) | 4 | ECP Section IV.A.2.j.ii | There are currently no policies in the HESS-MS for documenting the EO's unannounced machinery space visits at least twice per week to observe the operation of the OWS & OCM (when in operation) for a period of one hour, including start and stop times. At least one of the two required weekly visits will be conducted outside normal day work hours. | Root Cause Analysis indicated an incorrect version of weekly report available on shipboard Global HESS server. All EOs will be reminded to use the September 2017 version of ENV 1008 A3 weekly report as this contains a workstep and provides a record for EOs unannounced visits to the machinery spaces. Global HESS admin to ensure that obsolete revision from April 2017 is removed from system. | Complete |
| 38. | Aurora (10.22.2017) | 5 | ECP Section X.A.1 | There are currently no policies or procedures for Tender/Lifeboat bunkering found in the HESS-MS. | Root Cause Analysis indicate no procedure in place. CUK procedure removed following the publication of Corporate bunkering procedures. Richard Catt to work with ABG to ensure that Corporate policy is developed for the bunkering tenders/lifeboats. | Complete |
| 39. | Sun Princess (11.05.2017) | 1 | ECP Section X.A.1 | In Global HESS, for the Environmental Officer Responsibilities, ENV-1008, there are no applicable guidelines as state for ENV-1008-A5, Processed Bilge Water Overboard Discharge Variance Check, instead a form to complete is downloaded with no instructions. | Root Cause Analysis indicated lack of a complete procedure. A document revision form has been submitted December 14, 2017 to Carnival to amend the tasking in 1008 and in the variation worksheet. Carnival to update tier II language to define expectations for this worksheet. | In Progress |

18

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 40. | Sea Princess (12.03.2017) | 1 | ECP Section IX.H | The sample lines on the OWS's, both the RWO Static and Alfa Laval Centrifugal, sample lines fittings are sealed with "Total Marine Solutions" seals, not the proper ship designated ECP seals, and are not included in the vulnerability assessment. | Root Cause Analysis indicated lack of oversight with regards to the correct type of seals fitted. Chief Engineer to confirm seals have been changed, and that VA has been updated accordingly. Chief Engineer to ensure adequate number of seals are carried onboard and dispose of old TMS seals. | Complete |
| 41. | Sea Princess (12.03.2017) | 2 | ECP Section VIII.B.2.h | The sample flanges on top of No. 1 and No. 2 permeate tanks were included in the vulnerability assessment, but were not sealed. | Root Cause Analysis indicated procedure not followed as seals were not identified as missing during the VA rounds. EO to confirm seals are in place and correctly marked on the VA. Captain to review VA checks for a period of two months to ensure accurate checks of VA seals are undertaken. | Complete |
| 42. | Sea Princess (12.03.2017) | 3 | ECP Section VIII.B.2.h | A valve located on the No. 1 permeate tank fill line must be locked or sealed. It was not included in the vulnerability assessment and ECP Seal Log. | Root Cause Analysis indicated a misunderstanding of what is required to be identified as a vulnerability. Valve to be added to VA and lock or seal as appropriate. | Complete |
| 43. | Sea Princess (12.03.2017) | 4 | ECP Section VIII.B.2.i | The review of the Oil Record Book discovered that one receipt for 10 m3 of sludge transferred ashore in Brisbane on December 3, 2017 was missing. The Staff Chief Engineer contacted the sludge receiving facility and a proper receipt reflecting the 10m3 of sludge was emailed to the ship. The auditor was provided hard copy of all three receipts for sludge ashore on December 3, 2017. | Root Cause Analysis indicated the existing procedure in TEC-1402 was confusing and difficult to comply with as written. The vessel is to contact the vendor and get a replacement receipt for the December 3, 2017 offload. The transfer procedures are being revised in TEC 1402 and will provide better guidelines and checklists to be used on board to prevent oversights from occurring. Once published, the Technical staff responsible for transfers will review the procedures to have a better understanding of the changes that were made and the new steps required. | Complete |
| 44. | Star Princess (01.03.2018) | 1 | ECP Section IV.A.2.j.ii | HESS-MS Procedure ENV-1008-A3 Weekly Environmental Compliance Report. Specifically, Unannounced Machinery Space visit 1 & 2. Further information needs to be provided in the comments (exact dates and times EO witnessed start and stop of OWS) section to ensure the requirements of the ECP are met. | Root Cause Analysis indicate no existing requirement. There currently is no specific requirement to log this information so there is no way to correct the previous entries of this suggested best practice. The vessel is aware of the need to provide more detailed record keeping and will note the date and time of entries on the weekly environmental compliance report ENV-1008-A3. Jon Turvey is developing HESS tasks to document specific inspection items mandated by the ECP. The recording of the unannounced visits can be a specific task that EO completes following each inspection. | Complete - Pending Verification |
| 45. | Star Princess (01.03.2018) | 2 | ECP Section X.A.1 | HESS-MS Procedure ENV- 1008 Environmental Officers Roles and Responsibilities, section 2.4.3 (At least twice weekly) is missing the requirement stated in the ECP for the EO to "observe the start and stop times" of the OWS and OCM. | Root Cause Analysis indicated there is no requirement to record the information as noted in the finding. ECP Dept. Director to clarify intent of the wording within ENV-1008, with reference to ECP Section IV.2.j. | Complete - Pending Verification |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 46. | Star Princess (01.03.2018) | 3 | ECP Section IX.B.1 | Vulnerabilities identified were found to be tagged, however, the ship/company has decided some vulnerabilities to unauthorized disposal of oily waste are only vulnerable if a portable pump and hoses are used. It is assumed by ship's staff that company policy of securing all portable pumps addresses any gaps in tag/seal/lock coverage. Since on the ship unauthorized usage of portable pumps is prevented by controlling pump usage, as per their company's OD ENV/02/16, is that enforcing this policy then controls these vulnerabilities. The ECP states to "seal, tag, or lock a vulnerability." It does not state the use of a virtual lock meets that intent. *A quick connect valve was found on a Water Press Tank, (Incinerator Compartment) the valve did not have an ECS nor had it been identified as a vulnerability. The valve was connected to food waste overboard piping. *An unsealed pipe end was found on #1 Food Waste Tank, the pipe end did not have an ECS nor had it been identified as a vulnerability. The pipe was connected to the food waste overboard piping. | Root Cause Analysis indicated procedure not followed and lack of oversight. Quick connection removed and opening welded closed. | Complete |
| 47. | Star Princess (01.03.2018) | 4 | ECP Section VIII.B.2.i | The Hazardous Waste Log (Red Bags) for the hospital was found with three (3) entries that had been pre-signed by the Garbage / Incinerator room operator for receiving hazardous waste, although nothing had been filled in by the hospital staff in those blocks. | Root Cause Analysis indicated lack of awareness of the record keeping procedure. Garbage supervisor to cross out the empty entries that were written in the book and going forward will fully fill out the log as new medical waste is delivered. Staff Engineer in coordination with the EO is to provide refresher training to the Technical dept. personnel who operate the incinerator to highlight the importance of proper record keeping. | Complete - Pending Verification |
| 48. | Star Princess (01.03.2018) | 5 | ECP Section VIII.B.2.i | The Hazardous Waste Log for the Garbage room was found with numerous entries missing the Environmental Officer's verification signature for offload. Eleven (11) in June 2017, Nine (9) in November 2017 and Two (2) in December 2017. | Root Cause Analysis indicated that due to two recent new hires, these entries had been overlooked. Review the hazardous waste log signing requirements and ensure the requirements of hazardous waste entries are reiterated during handovers. ECP Dept. Director to submit a request for a HESS-MS task to be created to include checking and inspection of logbook entries. | Completed - Pending Verification |
| 49. | Star Princess (01.03.2018) | 6 | ECP Section VIII.B.2.i | The Hazardous Waste Log for Photo Waste "B" Silver Bearing Waste in the Garbage room was found with numerous entries missing the Environmental Officers signature. Seven (7) in June 2017 and Ten (10) in November 2017. | Root Cause Analysis indicated EO did not sign the photo waste log. Review the hazardous waste entries are reiterated during handovers.  ECP Dept. Director to submit a request for a HESS-MS task to be created to include checking and inspection of logbook entries. | Complete |
| 50. | Star Princess (01.03.2018) | 7 | ECP Section VIII.B.2.i | Four (4) entries in the Garbage Record Book in October 2017 for Incinerator operations were missing their certification signatures. | Root Cause Analysis indicated the Garbage room personnel not following log keeping requirement. Garbage room personnel to sign their missing entries for incinerator operations as verified by the Technical department under which they report. Staff Engineer in coordination with the EO is to provide refresher training to the Technical dept. Personnel who operate the incinerator to highlight the importance of proper record keeping. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 51. | Holland America Group Offices Seattle/Santa Clarita* (01.15.2018) | 1 | ECP Section III.B.1.b; Risk Advisory and Assurance Service Department | Investigations Process does not follow HMP 1303, Para 4 - Reports: RAAS group does not consistently return review of Investigations within five (5) working days of Holland America Group reporting. Examples of ECP related incidences among numerous other examples include: VE20170036 Report 8/28/17 Reply 9/5/17 9 days 7 working days KP20170009 Report 7/19/17 Reply 8/14/17 31 days 24 working days OS20170038 Report 9/5/17 Reply 9/25/17 20 days 12 working days | This finding refers to the RAAS team to return their review within 5 days. The review process has been streamlined within RAAS. RAAS needs to formally confirm that Richard Firth not only reviews but also signs off on the investigations reports on behalf of RAAS. | Complete - Pending Verification |
| 52. | Holland America Group Offices Seattle/Santa Clarita* (01.15.2018) | 2 | ECP Section III.B.1.b; Risk Advisory and Assurance Service Department | Incident Investigation Reports and Process do not always follow requirements within HMP 1303 Procedure and referenced documents: Example, in the HOTLINE event of CARIBBEAN PRINCESS on 30 Nov 2017, the Investigation Report and process failed to: 1) Follow the report template, 2) Include Recommendations, 3) Adequately analyze identified findings, 4) Raise an incident report as required in the Severity Matrix and COM-1101-A1, and 5) List corrective actions that were based on recommendations. | Root Cause Analysis indicated that the incident that occurred did not fall within the scope of COM1101 or HMP-1302-A1. Senior management elevated the investigation of this allegation on an ad-hoc basis and the investigation was conducted by RAAS. The head of Audit for HA Group will liaise with ABG and RAAS to evaluate investigation flow and report content as per HMP 1302 & 1303. The objective of action is to encourage greater collaboration between teams. Any report that is generated from an HA Group investigation will be reviewed by the Manager Maritime Investigations to ensure compliance with applicable HMP procedures. This process will be confirmed as implemented after 3 months of review. | Complete - Pending Verification |
| 53. | Holland America Group Offices Seattle/Santa Clarita* (01.15.2018) | 3 | ECP Section III.C.1; Maritime Policy & Analysis Department; ECP Attachment 2, Section Corrective and Preventive Action | The Near Miss Reporting Program fails to consistently document and track Corrective and Preventative Actions in accordance with guiding procedures, objectives and ISM Code: 1) There is no requirement within "AIR-04, Near Miss Incidents" to document or track Corrective and Preventive Actions; 2) The HA Group Near Miss Report and ACCESS Data base does not allow for specific documentation of Corrective and Preventive Actions; 3) GLOBAL HESS AUDIT TOOL does allow Near Miss Corrective or Preventive Actions to be recorded or tracked; 4) While the ECP requires the MP&A Department to manage the Environmental Near Miss Program, the procedure "COM-1101, Reporting of HESS and Operational Events, near Misses and Ship Inspections" delegates the management of Near Misses to Groups and Brands and does not specifically require Corrective and Preventive Actions; 5) "HMP-1105, Non-Conformities, deficiencies, Corrective and Preventive Actions " identifies the ISM Code, but fails to identify Near Miss occurrences as a means for identifying findings; 6) ISM Code Element 9 requires hazardous situations (which can be identified by near miss observations) to be investigated for corrective action to prevent reoccurrence. | Root Cause Analysis indicated the procedure was not clearly written to address Environmental near misses. Each near miss form has corrective and preventive action built into it. Only when there are further shoreside actions are those to the database in the Action Notes section. Additionally, for certain near misses that require investigations by the investigation team are not tracked in the near miss database. It would not be practical to require those teams to provide that detail because they keep it in their own systems. It is also not practical to ask those teams every time there is a near miss if they are doing extra investigations. This type of tracking will be more practical within SeaEvent. There's no reason AIR-04 can't be adjusted to specifically note corrective and preventive action requirements. The "Immediate Action" and "Recommendations" section on the form provides corrective and preventive actions for each near miss. This covers the majority of near misses and no further action is required. Global HESS is not designed to track near miss data. This will be resolved within SeaEvent due for release at the end of 2018 or beginning of 2019. Preventive Action is to review if COM 1101 or AIR 04 needs to be updated to reflect the concerns in the audit finding. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 54. | Holland America Group Offices Seattle/Santa Clarita* (01.15.2018) | 4 | ECP Attachment 3, Employee Training Program | Not all Ship-Board Personnel were found to have completed all ECP training as required. On random sampling, six (6) crew members on one (1) vessel had not completed the training before assuming their duties or within seven (7) days of reporting on board as required by the ECP. | Root Cause Analysis indicated shipboard and shoreside personnel work continuously to ensure that all crew are trained as required by ECP TRGs and that the training is properly recorded. Ships create paper rosters to record sessions and transfer that information into the electronic databases using a variety of methods depending on the fleet. Shoreside personnel send training completion summaries to each fleet on a daily basis Monday-Friday. Shipboard and shoreside personnel work collaboratively to ensure that all personnel are trained and that the training is recorded as required. | In Progress |
| 55. | Holland America Group Offices Seattle/Santa Clarita* (01.15.2018) | 5 | ECP Attachment 2, Document Control | Upon the implementation of GLOBAL-HESS in September 2017, each Operating Line (OL) lost the authority to assign primary owners to new and revised procedures. At that time, that responsibility was transferred to Carnival Corporate. However, it was found that the tagging process had been not in place for the period between September 2017 and January 2018. As a consequence, Company personnel did not receive updates in their "My Primary Document Updates" page within Global HESS. Primary owners were found not added into the most recent update of GLOBAL-HESS procedure "ENV 1502, Bio-fouling Management" (updated on Oct 27, 2017). Primary Owners were found added on January 11, 2018, for HA Group and on January 16 for all brands into the most recent update of GLOBAL-HESS procedure "ENV-1001, Worldwide Cruising Environmental Standards" (December 12, 2017). Evidence was provided showing that Carnival Corp, Maritime Compliance, is currently in the process of reviewing all HESS-MS procedures and retagging them with the correct positions. | Root Cause Analysis indicated a failure to manage the implementation of the Corporate wide SMS. All revisions and updates are available in the HESS as monthly updates. The individual tagging for each procedure started with the ENV procedures in mid-January 2018. The AG team is tagging all individual procedures by section.  The MED and the MAR procedures will be tagged next. It is expected that all procedures will be tagged within 2 months. | Complete - Pending Verification |
| 56. | Holland America Group Offices Seattle/Santa Clarita* (01.15.2018) | 6 | ECP Section V.B.3 | The ECP spare part requisition as per the PO T727171160 created on Aug 5th , 2017, for the ship REGAL PRINCESS, was approved on Dec 11th , 2017. Item was not originally identified as an ECP spare part following the DNV-GL and Company criticality assessment. Upon communication with the ship, the oversight was noted and the part was added to the ECP list in the AMOS system on Dec 06, 2017. The PO was issued and the part is currently shown in AMOS as having a "Supplier Ready Date" of 1/12/2018. Airfreight is already set for expedite delivery onboard.  At the time of the audit, the spare part stock number on board was found to be four (4), which is below the required minimum stock number (6). | Root Cause Analysis indicated the item had not been initially identified as ECP critical and it was not included in the initial order. This was corrected and parts have been ordered and minimum stock level achieved.  The item was subsequently added to a future order which resulted in a delay in its approval. A new approval process is now in place which flags ECP critical items. | Complete |

22

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 57. | Holland America Group Offices Seattle/Santa Clarita* (01.15.2018) | 7 | ECP Section V.B.3 | The PO 4751-00688 issued on Oct 14th, 2016, with regard to an ECP spare part for the ship KONINGSDAM, was found 462 days overdue. Order was approved on Feb 24th, 2017 but due to issues with the vendor and subsequent change of supplier in August 2017, the procurement department was able to order the parts on Oct 25th, 2017. As per the most recent information in the AMOS system, the expected delivery date onboard was January 24th, 2018. | Root Cause Analysis indicated the item was ordered alongside other items which were not ECP critical, and resulted in the ordering process being delayed. All items have been delivered and received onboard. PO 4751-00688 was located, and either the audit expedited to the vessel or a replacement PO raised. PO was received in full on 2/7/2018 with exception of line item # 1 filter element o-ring seal $2.72 which has since been delivered as well. | Complete - Pending Verification |
| 58. | Holland America Group Offices Seattle/Santa Clarita* (01.15.2018) | 8 | Non-compliance to Company procedures | On June 1, 2016, the Company entered into a contract with the Waste Service provider Stericycle for Waste Management Services to all HAG's ships. GLOBAL HESS procedure "ENV1004, Environmental Management of Waste Vendors" requires that an assessment program for waste vendors has to be done by using the "Due Diligence Audit for Waste Vendors" form. No evidence was provided that the due diligence audit was conducted before entering into the agreement with Stericycle. | Root Cause Analysis indicated Senior Director of Environmental Operations conducted meetings with Stericycle in the HA Group offices, along with Port Ops in March 2017. This was considered as defacto due diligence activity at the time because ENV-1004 did not provide clear guidelines what this type of inspection should consist of.  Stericycle conducted another visit November 28 to begin discussions regarding the option year (beginning 6/1/18) in our agreement along with possible extensions. Senior Director Environmental to attach proposal submitted for inclusion in ENV-1004 as per PAP. Carnival Corp is in the process of updating ENV 1004 Management of Waste Vendors and both the Environmental and Port Ops team submitted comments to improve the procedure.  The current procedure is not  prescriptive about the roles and expectations so this will be clarified going forward including the worksheet that will be used to document this diligence occurred. As this revision is under Carnival Corp significant time should be provided to allow time for review and publication. | In Progress |
| 59. | Ruby Princess* (01.20.2018) | 1 | ECP Section VIII.B.2.j | The Hazardous rag bin in the BOSUN Store is missing the Hazardous Waste label. | Root Cause Analysis indicated a lack of oversight. Hazardous waste label added to rag bin in Bosuns Store. | Complete |
| 60. | Ruby Princess* (01.20.2018) | 2 | ECP Section VIII.B.2.f | Found EO Qualification Card not completed as per company procedure. The master reviewed the EO's Professional Development Record (PDR) but was not completed within the 2 weeks of Environmental Officer handover. The current Environmental Officer boarded the ship on 28 October 2017 and the EO handover was completed on 04 November 2017. The EO PDR was completed on 03 December 2017 and reviewed by the Master. Completion time was not in compliance with the two-week requirement. | Root Cause Analysis indicated the qualification card was not completed within the time frame outlined in the procedure. No additional corrective action can be implemented since the PDR review was completed on December 3 with recognition that it occurred 2 weeks after the date outlined in ECP IV.A.2.B. ENV 1008 paragraph 2.4.1.5.1 and TRG-2310:  Professional Development Record (Technical Training Qualification Card). HESS-MS ENV1008-A3 (EO weekly environmental compliance report to the Captain and CE) modified to include a space to document the date when the EO PDR was completed. Space included at the top of the form so the Captain, CE and EO will see it every week and ensure it is completed.  This suggestion request was submitted on February 20, 2018 and approved by the Senior Director of Environmental Operations on March 12th. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 61. | Ruby Princess* (01.20.2018) | 3 | ECP Section VIII.B.2.w | The Ballast Water Management Plan has been signed and approved by the Class Society Lloyd's for the engineering review but has not been signed by the surveyor to verify that the plan represents what is on the vessel. | Root Cause Analysis indicated the certificate is valid but could not be produced during the audit. Although it may not have been produced during the audit, the vessel has a valid Ballast Water Management Statement of Compliance signed by Lloyd's surveyor J. Larrinaga conducted on board Ruby Princess 22 Sept 2016. The Environmental Officer to print a copy of the Statement of Compliance which was downloaded from the Lloyds web page. Attempt to locate the original signed version on board that was provided on September 22, 2016 for objective evidence on future audits. Ship will prepare for renewal at expiration of certificate October 22, 2018. | Complete |
| 62. | Arcadia* (01.21.2018) | 1 | ECP Section IX.H.2 | Newly commissioned (January 20, 2017) Static OWS sample line did not have a seal. | Root Cause Analysis indicated this event occurred because the Project/Commissioning Protocol did not contain the workstep to apply the appropriate controls to the new system. Seal to be fitted to sample line. Project/Commissioning Protocol updated to include placing appropriate seal/s on OWS. | Complete - Pending Verification |
| 63. | Arcadia* (01.21.2018) | 2 | ECP Section IX.H.2 | OWS Bilge overboard valve is padlocked but not tamper proof. Valve handle could be removed without unlocking padlock and replaced with different handle to open valve. | Root Cause Analysis indicated the risk of removing the valve handle was not identified during the initial workability assessment. The nut on top of valve handle has been welded shut. All handles on overboard valves checked and spot welded to prevent tampering. | Complete - Pending Verification |
| 64. | Arcadia* (01.21.2018) | 3 | ECP Section IX.D.2 | Signs above the Bilge-Main Cross Connection do not have 3" lettering as required by the ECP. The letters on the display sign of these valves were found to be about 2" only. | Root Cause Analysis indicated the requirements of the ECP were not strictly adhered to, most likely due to the overall sign being a reasonable size to fit the space in which it was fitted. Signage replaced with compliant dimensions. Fleet wide notification issued to remind fleet of the 3 inch rule. | Complete - Pending Verification |
| 65. | Arcadia* (01.21.2018) | 4 | ECP Section VIII.B.2.g | HAZMAT waste storage area in garbage room was found to be unlocked and unattended. Auditor opened HAZMAT storage space and informed EO that space was unsecured and un attended. Auditor waited with EO for garbage room supervisor to secure room. Found further evidence of lacking adherence to procedures; key hooks across from HAZMAT storage area labeled for hanging the key unattended. | Root Cause Analysis indicated the procedure not followed and key left in an unsecure place. Waste Operators reminded to ensure hazardous waste store is locked when not in use. Review the feasibility of installing key pads for entry into hazmat store, providing each waste operator with a key or providing a "key safe" outside the room. | In Progress |
| 66. | Arcadia* (01.21.2018) | 5 | ECP Section IX.I.1 | Separator backwash tank XA/429 was not included in the daily sounding log and no record of any transfers coming into this tank. | Root Cause Analysis indicated a lack of oversight and that the requirement was not identified. The Backwash Tank is listed on the IOPPC. The tank contents are to be logged daily and any transfers are to be recorded in the ORB. | Complete - Pending Verification |
| 67. | Arcadia* (01.21.2018) | 6 | ECP Section IX.B.1 | Found three (3) entries of the Critical Valves and Tank Hatches Lock Log not properly entered. A log entry was made for the locking of a valve or tank without an entry that it was unlocked or an entry was made stating a valve or tank was unlocked without an entry indicating is was locked. | Root Cause Analysis indicated the format of the log is not conducive to ease of use which has led to a lack of clarity. All Engineering Officers reminded of the requirement to correctly record the opening and closing of tanks and valves of controlled items. Ship to segregate log to allow a single sheet to be used for each locked item | Complete - Pending Verification |

24

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 68. | Arcadia* (01.21.2018) | 7 | ECP Section IX.C.6 | Black water overboard line – intermediate flange has no seals. | Root Cause Analysis indicated the Vulnerability Assessment failed to identify the flanges on the black water overboard line. Black water overboard intermediate flange to be controlled. Black water overboard line reviewed to ensure that all appropriate controls are in place and added to vulnerability study. | Complete - Pending Verification |
| 69. | Arcadia* (01.21.2018) | 8 | ECP Section IX.F.1 | Test valves on the black and grey water testing lines have seals but they are not tamper proof (black/grey water testing lines). | Root Cause Analysis indicated the Vulnerability Assessment failed to identify the sample cock/stub piece as a vulnerability. Pipe fitting has been welded shut. Appropriate controls ensured to be in place and added to vulnerability study. | Complete - Pending Verification |
| 70. | Arcadia* (01.21.2018) | 9 | ECP Section IX.B.1 | Boiler blowdown overboard valve is not sealed. | Root Cause Analysis indicated the Vulnerability Assessment failed to identify the boiler blowdown overboard valve as a vulnerability. Breakable seals applied to the boiler blowdown valve. Preventive action is to check that Boiler system is adequately controlled. | Complete - Pending Verification |
| 71. | Caribbean Princess* (02.06.2018) | 1 | ECP Section VIII.B.2.a | The number 3 stern thruster shaft seal is leaking lube oil that is gathering in the bilge aft of the thruster motor and requires frequent clean up. The repair is scheduled at the next dry-dock in 2018. | Root Cause Analysis indicated seal positioning allowed leakage of oil inside the vessel into the bilge. OEM contacted to assess leakage and re-position or replace seal. OEM to repair or replace seal if necessary. | In Progress |
| 72. | Caribbean Princess* (02.06.2018) | 2 | ECP Section VIII.B.2.i | There are several late entries in the Oil Record Book (ORB) entries that required correction. On one particular entry noted during the audit the wrong month was listed. The engineer entered "Sep" when it should have read "Feb." During internal bilge water transfer from bilge transfer tank to clean bilge tank the entry does not always state the use of the 15 PPM equipment to complete the transfer. | Root Cause Analysis indicated that despite management oversight there were still administrative errors in the record keeping that were noticed by the auditor. The corrections noted by the auditors were updated in the ORB with appropriate "I" entries for those that were missing, or corrections noted with the previous entry crossed out with single line and the correction signed and dated.  After corrections were made the EO, Chief Engineer, and Captain reviewed and signed the bottom of each corrected page. The technical crew responsible for entries in ORB are conducted a training session to review the requirements and examples in ENV-1201-A3. | Complete |
| 73. | Caribbean Princess* (02.06.2018) | 3 | ECP Section VIII.B.2.i | Hazardous waste log in missing page 8. The dates of the log are from 09 DEC 17 to 19 DEC 17. | Root Cause Analysis indicated that the missing page was not noticed until the auditor pointed it out. The EO liaised with Shoreside to generate records based on Offload Receipts, to be inserted as an addendum to the GRB. Technical Operations Director investigated the potential of fitting CCTV in the Garbage Room Fleet wide to enable coverage of the area. | Complete |
| 74. | Caribbean Princess* (02.06.2018) | 4 | ECP Section VIII.B.2.i | Hazardous waste log for Red Bags/Bio hazardous waste indicates there should be 2 bags in the hazardous waste locker but there are 5. | Root Cause Analysis indicated three red bags were either miscounted or not logged in the red bag/biohazard log. Staff Engineer reviewed proper log entries for a period of 1 month. Task Manager duty for Garbage Reconciliation in the HESS-MS implemented. | Complete - Pending Verification |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 75. | Caribbean Princess* (02.06.2018) | 5 | ECP Section VIII.B.2.i | Accommodations containers for sharps waste are last logged in the hazardous waste log on 4 Jan 18. The sharps waste are placed in the hazardous waste locker after every cruise. | Root Cause Analysis indicated sharps were dropped off at hazardous waste locker without being logged in hazardous waste log. EO was not coordinated with to get properly logged into hazardous waste locker. Executive Housekeeper assigned the role of overseeing sharps delivered to hazardous waste locker and signed into the hazardous waste log. Medical Department to liaise between PCL and HAL to determine whether Medical Sharps are delivered to the Medical Center or Housekeeping.  The outcome to be promulgated to Director, HESS-MS, to be implemented in Tier 111 policy. | Complete |
| 76. | Caribbean Princess* (02.06.2018) | 6 | ECP Section VIII.B.2.w | Ballast water management plan states that the HG 250 model ballast water treatment system has been chosen which is class type approved to treat 250m3/hr. The Princess Engineering Department has chosen to upgrade to the next model UV light which can treat 330 m3/hr on the system. The UV light was replaced and not the entire system. There is not a 330m3/hr system or UV light on Lloyd's type approval list. The data plate on the UV light for the ballast water treatment system states HG 250 UV light rated 250m3/hr. | Root Cause Analysis indicated the document was okay as confirmed by Hyde Marine. The system specifications match the type of system installed. Manufacturer contacted regarding the system, and provided the following reply: Yes, the UV chamber itself is rated for 331 m3/hr, however, an individual component rating does not drive the product line in terms of our Type Approval. The unit installed on the vessel is an HG250 unit that, per Princess request, utilizes a higher capacity and thus higher output UV chamber. The system as a collective is an HG250 unit rated for flows up to 250 m3/hr. The Manager Technical Compliance distributed this information regarding the BWTS to all ships concerned, with an instruction to maintain alongside the BWMP for future audits. | Complete |
| 77. | Carnival Freedom* (02.10.2018) | 1 | ECP Section VIII.B.2.g | The Garbage Management Plan, Section 3: Hazardous Waste, was found not reflecting the current operations followed on board. Hazardous waste (Disposal Cigarette lighters and toner cartridges) were found collected and stored non in accordance with the requirements of the most recent CCL Garbage Management Plan which was reviewed and updated on February 06, 2018, and signed by the vessel's Staff Captain. Cigarette lighters were found collected in a 5gl plastic pail and subsequently transferred in a larger drum for future shore disposal. Toner cartridges were collected both in small cardboards boxes and a large drum for future shore disposal. | Root Cause Analysis indicated lack of oversight by the team members working in the Garbage room. Correct containers/bins as per the Garbage management plan are now used for the collection of cigarette lighters and toner cartridges.  Metal cans are now placed in the right containers/bins meant for the said purpose.  Environmental Team members retrained on proper waste segregation and adherence to the Garbage management plan.  Environmental Officer to reinforce and cross check compliance during his/her routine visits. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 78. | Carnival Freedom* (02.10.2018) | 2 | ECP Section I.C.; MARPOL Annex 1 | During the audit, random MARPOL samples were pulled to check for verification. For one of the dates chosen, 17 Jun 2017, the MARPOL samples for fueling operations both MGO and IFO were not present. On the next day of the audit, all samples were pulled and verified on the MARPOL logbook. These two sets of samples from 17 Jun 2017, as well as the sets previously reported missing on 01 Sep 2017 as per the Company Flash Report, were the only ones found to be missing. | Root Cause Analysis indicated a lack of personnel training. On the day of the fuel bunkering in question, the Safety Engineer PIC signed off and his replacement signed on July 26, 2017. Hotel Engineer was covering the position of PIC and he was not fully aware of Bunkering procedure TEC 1402. All the positions are now manned and safety engineer is assigned as PIC during bunker operations. All the Crew personnel involved to Bunker operations have been trained, specifically in regards to retention of records and MARPOL annex VI samples retention requirements. An incident report was issued for the sample that went missing. All the crew personnel involved in bunker operations are trained to avoid errors. Manning to ensure that all positions are properly manned. EN # 000018 will be reinforced. A throughout search was conducted and it was confirmed that all other Marpol fuel samples were on board for the last 12 months bunkering dates. | Complete |
| 79. | Carnival Freedom* (02.10.2018) | 3 | ECP Section VIII.B.2.i | The incident report #IR000519 issued to report on missing EO's signatures on the ORB on Oct 6th, 2017, was found not accurate. The report referred to the ORB's pages 122 to 125 with EO missing signature due to the impromptu disembarkation of the EO for medical reasons and stated that entries were on board and indicated that the entries were reviewed for accuracy. However page 126 of the ORB was also found without signature and no evidence was provided that the entries for that day (06 Oct 2017) were reviewed for accuracy. | Root Cause Analysis indicated the incident report is still open as the EO who committed the error is still on Medical leave. He is supposed to be counseled when he arrives back on board for his next contract. The EO who issued the IR made an error in the date and clearly missed out entering Page # 126 as one of the pages not signed. EO Larisa Mirica who issued the IR 000519 confirmed (after this finding was issued) that Page # 126 was checked for accuracy. When closing the Incident report Ship Manager will add in the notes section that page # 126 was missed out due to an error committed by the EO. This note will then be printed out and stapled to the ORB in question. This finding was discussed with all the EO's and it will be reinforced to all to pay more attention while issuing such incident reports. Additionally, ships environmental managers will verify such incident reports for accuracy. | Complete |
| 80. | Carnival Freedom* (02.10.2018) | 4 | ECP Section VIII.B.2.i.; HESS: ENV-1201 | The Company issued a compliance notice (ECN #11-2017) for guidelines to correct the initial date on the opening page of ORB, whenever the ORB was provided onboard by the vessel's Flag Authority with an initial date already inserted. Multiple ORBs on board were found with the initial date not corrected. Other ORBs were found with the original date struck through and corrected with the actual records' initial date. However the correction did not have the crew member's signature as required by MARPOL and the company's compliance notice. | Root Cause Analysis indicated the current team on board was not aware of the CMS notice. All Panama ORB's used from date of finding now have the correct date and signatures as per EN # 00016. This finding was also discussed during the monthly conference calls so that the fleet is reminded about the notice. This CMS notice EN # 00016 was replicated into an Operational directive and the same will reside in the HESS MS. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 81. | Carnival Freedom* (02.10.2018) | 5 | ECP Section VIII.B.2.j | During two separate inspections in the Garbage Room occurred in the same day, Tuesday Feb 13, 2018 (day 4 of the audit), metal cans were found collected in 32 gallons bins dedicated to other waste materials. Metal cans were found collected in a bin intended for paper and plastic waste in the afternoon (approx. 4pm), while the garbage room was operated by the day shift crew. Later in the day (approx. 10pm), in conjunction of inspection of the Garbage and Incinerator rooms during the Incinerator #2 operations, metal cans were found collected in the bin intended for glass waste. The night shift crew were found working in the Garbage room at that time. In both cases, the crew was advised and the metal cans immediately relocated in the correct waste bin. | Root Cause Analysis indicated lack of oversight by the team members working in the Garbage room. Correct containers/bins as per the Garbage management plan are now used for the collection of cigarette lighters and toner cartridges.  Metal cans are now placed in the right containers/bins meant for the said purpose. Environmental Team members retrained on proper waste segregation and adherence to the Garbage management plan.  Environmental Officer to reinforce and cross check compliance during his/her routine visits. | Complete |
| 82. | Carnival Freedom* (02.10.2018) | 6 | ECP Section VIII.B.2.j | The entry in the Garbage Record Book for January 6th, 2018, was found not correct. Eleven (11) drums of oily rugs were disposed ashore in Galveston on that day but not reported as such in the Garbage Record Book and in the Waste Offload Tracking form reviewed onboard. | Root Cause Analysis indicated lack of oversight by the Officer who completed the GRB and tracking form entries, and oversight by the EO who checked the entries. The entry in the GRB and waste offload tracking form was corrected to reflect the correct number of oily rags drums offloaded on January 6, 2018. Environmental officer to pay more attention and diligently check the GRB during his/her routine checks. Lessons learnt from this finding will be discussed during next monthly conference call. | Complete |
| 83. | Carnival Freedom* (02.10.2018) | 7 | ECP Section IV.A.2.j.ii; HESS: ENV-1008 | During the review of the ER access logbook, entries for EO visits were found for unannounced visit in Engine Room. However for multiple weeks in Dec 2017 and Jan 2018 there is no evidence that the EO observed the operation of the OWS and OCM for a period of one (1) hour including the start and stop as per the ECP requirement. Also, no evidence was provided that the EO reviewed Engine Control Room display data relevant to waste management as required by the ECP. | Root Cause Analysis indicated Environmental Officers have not been trained on how to appropriately conduct these unannounced visits to the engine room and how to document these visits. The EO was re-trained on how to conduct unannounced visits and this finding will be discussed during next monthly conference calls to raise awareness on how to conduct unannounced visits. | Complete |
| 84. | Carnival Freedom* (02.10.2018) | 8 | ECP Section VIII.B.2.x | The Ballast Record Book entries on Oct 21, 2017, for the Fore Peak and DB 2S ballast tanks were found not consistent with the ballast discharge data communicated to the flag authority upon arrival at the Galveston port. | Root Cause Analysis indicated lack of oversight by the deck officers completing the Ballast water record book. Staff Captain ensured that necessary corrective actions were taken and correct the Ballast water record book entry or the NBIC report as necessary. The Staff Captain and EO to pay more attention while checks of such records of ballast water operations. | Complete |

28

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 85. | Prinsendam* (03.12.2018) | 1 | ECP Section VIII.B.2.h | Although identified by the vessel as a vulnerability, the easily removable hatch cover for Grey Water Station #6 (collection tank) was missing its identification markings (it was stated that it had been painted over). Also, there was no ECS attached to the hatch cover. Vessel decided to use a "virtual" locking system for this particular vulnerability, i.e. controlling portable pumps. | Root Cause Analysis indicated that during routine maintenance the ship's crew inadvertently painted over the markings. Vessel repainted vulnerability identification markings and provided a photograph when finding closed off. Environmental Officer confirmed during next seal check that all vulnerability locations are identified clearly and are not obscured by paint or any other medium. Technical and Deck Crews informed at next Team Meetings of the importance of identification markings and not obscuring them with paint or similar. | Complete |
| 86. | Prinsendam* (03.12.2018) | 2 | ECP Section VIII.B.2.j.xii | The Garbage Management Plan in HESS-MS does not reflect the operations followed on board with regard to the Medical Sharps. Company's procedure as per the "Garbage Management Plan, Appendix 1 - Waste Book" requires Medical Sharps to be collected in special sharps containers and brought to the garbage room for disposal. However it was found that the special sharp containers are put in paper boxes by the Medical staff and subsequently transferred and stored in the Hazardous Storage locker located on deck 4 until disposal to a vendor facility ashore. The Hazardous locker is locked under the responsibility of the Environmental Officer who keeps the locker key at all times. Logs and paperwork were reviewed and found filled out correctly in accordance with the current operations followed on board. | Root Cause Analysis indicated the Prinsendam has a Hazardous Waste Locker which is located outside of the Garbage Room, unlike most vessels, which is the root of this finding. The amendment of the GMP will rectify the issue. Garbage Management Plan updated to provide specific guidance on delivery of sharps containers to the Hazardous Waste Locker. | Complete |
| 87. | Prinsendam* (03.12.2018) | 3 | ECP Section IV.A.2.j.ii. | During the interview with the Environmental Officer, the reports "ENV-1008- A3 – Weekly Environmental Compliance Report" prepared by the vessel's EO and submitted to the Master and Chief Engineer via email were sampled and reviewed. It was noted that in the reports there is no evidence that the EO: 1) Observed the operation of the OWS and OCM for a period of one (1) hour including the start and stop; and 2) Reviewed Engine Control Room data relevant to waste management and ER alarm printout as per the ECP requirements. | Root Cause Analysis indicated there is no specified location currently documented on where or how these inspections will be logged or procedure in place to review the ER alarm printouts relevant to waste management. The EO to log the date and time of the completion of these inspection items in the comment section of their weekly assessment 1008-A3 until another more formal process is developed. Carnival Corp is rewriting the 1008-A3 form to provide a location for recording the weekly test of the OWS. Additionally, this duty has been requested to be added to the HEE-MS Task Manager by the Director ECP. The recording of the ECR data has not been discussed yet so will be brought to the attention of the OLCM to determine a solution. | Complete - Pending Verification |
| 88. | Prinsendam* (03.12.2018) | 4 | ECP Section VIII.B.2.h | The Company / vessel has decided some vulnerabilities to unauthorized disposal of oily waste are only vulnerable if a portable pump and hoses are used. As per the Company's Operational OD ENV/02/16, since on the ship unauthorized usage of portable pumps is prevented by controlling pump usage, the feeling is that enforcing this policy then controls these vulnerabilities. The ECP states to "seal, tag, or lock a vulnerability," but it does not say it is OK to use a virtual lock instead. | Root Cause Analysis indicated that due to interpretation differences between HA Group and ABSG with regards to identifying vulnerabilities, this item requires clarification of the ECP. OLCM to liaise with CCM and ABSG during meeting in mid-April 2018. | In Progress |

29

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | Non-Conformity Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 89. | Prinsendam* (03.12.2018) | 5 | ECP Section VIII.B.2.s | HESS –MS procedure "ENV-1402 – Refrigerant Gases, Section 4.4 – Actions on discovery of leaks" needs to be amended. This section currently states that the reporting of leakages must be performed according to the procedure "CS 001 – Reporting of Incidents." This procedure was not found not active and superseded by the HESS-MS procedure "COM-1101 – Reporting of Hess and Operational events, near misses and ship Inspections." | Root Cause Analysis indicated as Global HESS-MS policies are being developed and released there is occasionally overlap of procedures. COM-1101 when implemented will rectify this issue. COM-1101 published in the HESS-MS to be used in lieu of CS-001. | Complete |
| 90. | Prinsendam* (03.12.2018) | 6 | ECP Section IX.M.1 | During the review of the bunkering procedure and inspection of the transfer equipment on board, while in the starboard bunker station the result of a leak was noted from the cap of the starboard stabilizer header tank which led to some accumulation of hydraulic oil on deck. The engine room personnel stated that the area is checked on a daily basis but the presence of eight (8) lube oil drums embarked during the last port of call in Fort Lauderdale, FL, on March 12, and temporary stored in the bunker station made the inspection inefficient. The hydraulic oil was removed and the deck immediately cleaned up. | Root Cause Analysis indicated an inability to conduct good housekeeping due to drums being stored in line of sight. Vessel cleaned up area concerned and provided photographic proof to be attached to this corrective action. | Complete |
| 91. | Prinsendam* (03.12.2018) | 7 | ECP Section IV.B.2.d | During the review of the bunkering procedure and inspection of the transfer equipment on board, while in the starboard bunker station a small corrosion leak was also noted in the FO vent pipe with no accumulation noted on deck. No work order open was reported to repair the leak at the time of the audit. | Root Cause Analysis indicated that while the vessel conducts regular inspections of the vessel, it is difficult to identify all areas of corrosion. Vessel to confirmed repair of the leaking pipe, and provided photos of repair. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | Observation Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 1. | Carnival Inspiration (10.20.2017) | 1 | ECP Section VIII.B.2.i | Record Keeping not at par levels. Documentation, checklists, and other records were found to be of a lesser quality. For example, during the testing of the OWS there was no evidence of a startup checklist being used to ensure that piping for these pieces of equipment were properly lined up, permission to discharge received, and equipment started in the proper sequence. Additionally, although it was finally determined that all OCM's were properly calibrated, the certificates and inspection documentation was in disarray. One OCM fitted to one of the White boxes had been recently replaced and not properly documented resulting in confusion and several hours before the Chief Engineer could present the proper certificates and documentation. | Root Cause Analysis indicated a documentation oversight. Startup checklist will be created for the OWS and posted by the equipment. All documentation and certification related to the OCM were rearranged and placed in dedicated binders. Once startup checklist has been created, this will be posted by the equipment as utilized as needed. EO will conduct more frequent checks of the documentation to ensure that all certificates are updated. | In Progress |
| 2. | Carnival Inspiration (10.20.2017) | 2 | ECP Section IX.B.1 | The vessel is maintaining the seal log with an individual page for each environmental seal location. As there are currently in excess of 300 seals in use, this log is cumbersome to use and should be reviewed in order to identify locations where other means to manage vulnerabilities may be more suitable than the use of a seal. In addition, there is no means to visually identify, from a distance, where a seal is being utilized. With 300 seals and many in locations that are not readily visible, this makes it difficult for the EO to conduct the weekly checks required under the ECP and company procedures. | Root Cause Analysis indicated a documentation oversight. A vulnerability assessment streamlining project has been initiated to reduce the number of seals by replacing seals with welds or locks. Once the number of seals have been reduced this will make it easier to identify from a distance where a seal is being used. Once seals have been reduced, the number of pages in the log will be reduced making it easier for the EO to conduct his/her weekly checks. | Complete |
| 3. | Costa Luminosa (10.18.2017) | 1 | ECP Section VIII.B.2.t | A visual inspection of bunkers stations, associated piping and oil spill equipment was carried out. A small leak was noted in way of a weld joint of the deaerator fitted in the bunker line of the port bunker station. 1st Engineer and Staff Engineer were advised for immediate action and repair. | Root Cause Analysis indicated the leakage had not been noticed previously and probably occurred shortly before discovery. The leakage was fixed. | Complete |
| 4. | Diamond Princess (08.25.2017) | 4 | ECP Section VIII.B.2.r; HESS: ENV-1204-A1 | Although procedures appear to be followed and the Chief keeps seals locked in desk, A review of the seal log (ENV-1204-A1 – revision 5 dated 21 Apr 2017) revealed a signature in not required in the log when the Chief Engineer or EO issues a new seal, or the Chief Engineer has confirmed that a broken seal or one that has been removed has been satisfactorily replaced. Although the seals are in a lock box in the Chief's Office, recommend a signature space be included for the EO/Chief Engineer to indicate they have reviewed the log and confirmed the replacement seal was installed. | Root Cause Analysis indicated a lack of oversight of inclusion of replacement signatures for seals during the policy implementation. The procedure is currently under review. This suggestion is to be raised at the Environmental Working Group. | Complete |

31

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | Observation Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 5. | Shore - Carnival Cruise Line (08.18.2017) | 1 | ECP Section III.B.1.; HESS: HMP-1302-A1 | With reference to the document HESS-MAHMP-1302-A1 Internal Investigations Matrix, investigations of severity level 4 are led by independent RAAS investigators, while severity level 3 investigations are generally Operating Line led investigations with RAAS providing independent assurance. Although the sampled investigations were found to be carried out in compliance with the internal policies and procedures, relying on investigators as employees of the company's Operating Line seems to be a determinant cause of delay in the completion of multiple investigations. No time line for investigation completion has been defined in the internal procedure but the status-quo could potentially lead to conflict of interest and affect the"independency"requirement. RAAS (Risk Advisory and Assurance) is an independent department which report directly to Carnival Corporation's Board of Directors. The following RAAS department personnel has been interviewed: Chief Audit Officer, Vice President, Investigations Director and ABG Hess Audit and QA Director. Awareness and high level of commitment toward the ECP was evident for each interviewee. The procedures and policies followed with regard to audits and investigations were explained and sampled to verify the compliance with the ECP requirements. RAAS is constantly in contact with the MP&A department to review procedures and policies as results of audit finding and investigation results. Audit and QA department. In 2013 the RAAS auditing branch's structure has been completely revised. Since then, teams of independent auditors reporting to RAAS were established and are currently present at each Operating Line. Audits and follow-up visits are carried out on each vessel to ensure compliance to international regulations and internal process and procedures. Each Operating Line has an ISO 14001 certified EMS (Environmental Management System) which is audited as required by the international regulations. The January 2017 quarterly review report was provided and HESS audit results presented including trend analysis for each operating line and across the fleets with regard to Environmental findings. Investigation department: The company's internal procedures and policies for investigations on vessel casualties, oil pollution incidents and open report reports were presented and reviewed. Investigations on Environmental, as well as Health Safety and Security, incidents are carried out in accordance with the internal procedure HMP 1303 – Event Investigation and the relevant Internal Investigation Matrix which defines 4 severity levels. | Root Cause Analysis indicted no formal procedure with regards timelines for reporting. RAAS will update HMP 1303 to define O/L progress report frequency based on the investigation complexity (severity 1 through 4). Updated frequency will be provide and defined by three steps: 1. Evidence Gathering; 2. Analysis; and 3. Reporting.  VP RAAS will provide updates of all severity 3 and 4 investigations during quarterly EVP meeting. | In Progress |
| 6. | Shore - Carnival UK (09.15.2017) | 1 | ECP Section V.B.3 | A random sample review of stock inventories of identified Critical Spares inventory was conducted, and found that not all vessels are fully stocked to the ECP Critical Environmental Spares requirements. Specifically, an "ECP STOCKS BELOW MIN" report was run on the QUEEN VICTORIA, and five (5) out of One Hundred Eighty Seven (187) ECP critical spares were found to be listed as "OUT" of stock. | Root Cause Analysis demonstrates that ECP spare stock continues to be challenging due to stock consumption.  A more frequent spares part reporting process to be implemented to ensure key stakeholders have visibility into spare parts.  Ensure that ECP critical spares are delivered to all vessels soonest. | Complete |
| 7. | Shore - Carnival UK (09.15.2017) | 2 | ECP Attachment 3, Employee Training Program - page 49. | A review of training records indicated that 23 of 148 covered shore side personnel had not completed all modules of required ECP training. While progress to ECP mandated training was displayed, this observation highlights that the deadline for required training for all covered personnel is approaching the first six (6) months of the probationary period on 18 October 2017 and all required personnel had yet been trained. | Root Cause Analysis was not applicable because the observation is related to non-realized risk.  An updated statement on the status of ECP training with be made. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | Observation Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 8. | Pacific Princess (10.07.2017) | 2 | ECP Section VIII.B.2.j.iv | An apron and multiple ink cartridges were found disposed in the expired batteries box located at the entrance of the crew mess. Items were promptly removed and disposed in the appropriate container bins as per the Garbage management Plan. | Root Cause Analysis indicated lack of care and attention by Crew. Signage to be installed stating "batteries only" or similar wording. Ship to provide photograph of sign installed. All vessels to be instructed to include in Head of Dept. toolbox discussions. EOs were all asked via email to include in Head of Dept. toolbox discussions. | Complete |
| 9. | Carnival Pride (07.30.2017) | 1 | ECP Section VIII.B.2.v | During the audit, it was inquired about past violations and pending Investigations. Environmental Officer stated there are two incidents pending further investigation. On 13 July 2017 the vessel Carnival Pride was at Half Moon Cay. During cargo operations the tenders were off loading food waste from the island festivities in 55 gallon red waste cans onto the Carnival Pride. During this operation the red waste cans fell into the water. The Environmental Officer stated the red waste can were recovered and training was held the same day and once again a week later. During this trip, the auditor witnessed the tender/vessel cargo operations at Half Moon Cay. The tender offloading two red 55 gallon waste cans on one wooden pallet with two slings connected to tender crane. While lifting the red waste cans, the pallet broke causing the waste cans to shift and nearly repeating the events of 13 July 2017. Carnival Pride crew instructed the tender crew to lower the red cans back on tender deck to secure the cans before lifting them up to the deck of the Carnival Pride. It is recommended to complete the investigation that should address a better solution to secure the trash cans while lifting them up from the tender to the deck of the cruise ship. The second investigation was a VGP violation. This investigation is still open. | Root Cause Analysis indicated inadequate equipment to securely transfer from tender to ship. Communication has and will continue to improve between tender and shipboard personnel. The crew members involved in the operation have been instructed to be very careful with pallet lifting and not to accept anything onboard unless considered safe to do so. However, better techniques of waste handling from tender to ship could be used instead of wooden pallets. The issue should be addressed to the Ship's Manager in order to accelerate the purchase of new equipment, especially for this operation. Food waste bins are to be placed inside metal cages to securely transfer from tender to ship. | Complete |
| 10. | Carnival Pride (07.30.2017) | 3 | ECP Section IX.M | While reviewing the records, it was observed that there is a minor oil loss from main engine #2 sealing system. The record indicates a loss of oil about 12-15 liters/month from #2 propeller sealing system. It was reported to OLCM by the vessel. The shore based professional divers have carried out under-water inspection for any oil leaks to the seaside. The record shows that there is no oil leaks to the sea. As per Chief Engineer, it is believed that the oil loss is internal and the investigation is in progress. | Root Cause Analysis indicated fishing net and other debris entanglements with the propeller during ship operation damage the seal. The seal has been in use for 3 years; subsequently, wear and tear have caused a slight increase in leakage. As per Azipod makers, ABB, oil consumption of up to 6 liters per day is normal. Divers have been engaged repeatedly to check if there is oil leaking from the seal and confirmed that no oil leak has been observed. As per recommendation from ABB, the valves supplying oil to the Aft propeller sealing system are kept shut and opened for one minute every four hours when the Azipods are in operation. This has reduced the internal oil consumption. At Port the valves are kept shut at all times to prevent oil leakage externally. A excel spreadsheet is being maintained by the ship to check the oil consumption and also the water content in the oil. Both Port and Starboard Azipod propeller seals have been planned to be replaced with new seals during the dry dock for this vessel tentatively scheduled around June 2019 in order to keep oil consumption to a minimum. | In Progress |
| 11. | Seabourn Encore (08.29.2017) | 4 | ECP Section VIII.B.2.t | There was no documentation found in the HESS- MS addressing the pressure testing / inspection of the tender boat refueling hoses located in both bunker stations. Both the Chief Engineer and Company representative stated that this should be addressed in the HESS- MS. | Root Cause Analysis indicated that there is no policy in HESS-MS. Policy for pressure testing inspection of tender refueling hoses to be addressed to Corporate for potential inclusion in appropriate HESS-MS technical procedure. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | Observation Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 12. | CCL - Shore (11.06.2017) | 1 | ECP Attachment 3, Employee Training Program – Element 3 Bullet 1 | During the course of spot interviews, when asked, none of the interviewees were familiar with the name of the OLCM nor did they understand that the OLCM could be their first reporting contact in the event of witnessing an environmental incident. This indicates a gap in the Carnival Cruise Line training delivery, comprehension and retention of the ECP online and instructor led training. | Root Cause Analysis indicated a lack of retention of environmental training material, including video, two (2) computer based training modules with assessments, and instructor led training session.  An email was sent to Covered Personnel from OLCM Domenico Rognoni on November 9, 2017. Additionally, on November 28, 2017, a signed letter from OLCM was sent to all Covered Personnel via email notifying them of their role under the ECP, the training program requirements, and the avenues for reporting environmental incidents as set forth in the additionally enclosed Speak Up poster. As of November 28, 2017, all newly hired Covered Personnel receive a copy of this letter. CCL will include clear objectives at the beginning of the Instructor Led Training session by inserting an additional slide in the TRG-2307 PowerPoint presentation that the trainees should leave the training and know how to report an environmental incident and the name of the OLCM. Furthermore, CCL will include content and an assessment with the name of the OLCM, examples of environmental incidents, and avenues for reporting environmental incidents into the annual Shore Side refresher ECP training for Covered Personnel. | Complete |

34

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | Observation Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 13. | CCL - Shore (11.06.2017) | 2 | ECP Section III.A.17 | During the course of this audit it was observed on the first day that there were no Environmental Compliance Notices (ECN) (Example: ENC-02, "SPEAK UP") placed in any location in the CCL offices. The only location where this ECN and others are available is in the GLOBAL-HESS and only visible/reviewable if specifically opened by an individual. | Root Cause Analysis indicated ineffective training and following procedure. In conjunction and with support from Ron Phillips, David Klein and Alexander Gonzalez from Shore side Human Resources, the following will be rolled out:Update ECP "SPEAK UP" poster with new key messages; Emphasizing Domenico Rognoni as OLCM, make the ECP more predominate on poster, highlight what to report and where to report, include Carnival Cruise Line logo alongside Carnival Corporation logo. Create posters, banners, table top flyers, and communications with updated design. Banners will be displayed in the following areas of the Doral building:<br>• Lobby<br>• Cafeteria<br>• Conference Center<br>• Executive Offices<br>Table top flyers will be displayed in the following areas in the Doral Building:<br>• Meeting Rooms<br>• Break Rooms<br>Update image and information regarding the ECP on the CCL intranet to include how to report issues and naming Domenico Rognoni as OLCM.In addition, we are refining the Carnival Values and will be revised at all locations through 2018 to include the additional statement,  "Show TRUST, CARE and RESPECT for each other, our ships and the environment."<br>Implement marketing materials in our Miramar and Center Gate offices. Revise Carnival orientation to include more information about the ECP and how to report issues. Create instructor led sessions for leadership teams on the ECP and how best to report any issues. Include ECP information in weekly Carnival Brief emails. Create short informative video to be displayed on all TVs located in the Doral building. | Complete |
| 14. | CCL - Shore (11.06.2017) | 3 | ECP Section V.B.3 | The ship CARNIVAL CONQUEST is currently undergoing a project to replace one (1) OWS and two (2) BCBDs (White Box). Old equipment and fittings were removed during the Dry dock period occurred from Sep 30 to Oct 14, 2017. During the interviews, a message from the ship's Chief Engineer on Nov 6th, 2017, was noted requesting the new critical spare part list. At the time of the audit the ECP spare part list was not updated. | Root Cause Analysis indicated no dedicated process for new equipment spare parts identification/updating in system and removal of old equipment. Add the equipment spare parts to the system and remove the old/obsolete equipment. During the project implementation, the dedicated PM is to advise the Infoship team to add the required parts to the system, remove the old equipment/parts and also advise the vessel to order the parts in advance of installation completion. | Complete |
| 15. | CCL - Shore (11.06.2017) | 4 | ECP Section VII.I, TPA Access | The Third Party Auditors (TPA) did not have full access to Covered Personnel which impeded the performance of its auditing function, even though the original audit scheduled for shoreside audits was emailed on June 23, 2017 with a detailed Carnival Cruise Line audit schedule sent on October 31, 2017. A scheduled Carnival Cruise Line Off-site event on Thursday 09 Nov. 2017 resulted in the unintended consequences of preventing the ABSG audit team from completing the audit as efficiently as possible. Key personnel who were attending the offsite meeting were not available during the normal daily audit scheduled. | Root Cause Analysis indicated miscommunication and misunderstanding with the auditors of the magnitude of the employee participation at the beginning of the audit when the activity was made aware to them. No external departmental related activity requiring high participation from employees of the department. As soon as the Company receives the scheduled dates for an ECP Audit they will immediately send out a communication stipulating the above, in order to mitigate this from reoccurring. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | Observation Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 16. | CCL - Shore (11.06.2017) | 5 | ECP Attachment 3, Employee Training Program - page 49. | No procedure exists to identify how new hires are to be designated as Shore side Covered Personnel. | Root Cause Analysis including the requirement to have a formal procedure to address this process was not identified explicitly in the ECP. However, CCL did have a process in place, but this process was not incorporated into a HESS procedure or formal protocol.  New hire list is sent from the HR Department to the Environmental Compliance team on a weekly basis. Once a new position/individual is identified, they are immediately added to the Covered Personnel list and an account is created for them in GLADIS.  If the position already exists and is on the Covered Personnel list, then the individual is added to the list. If the position is new, then the Job Description is requested from HR and reviewed by the Environmental Compliance team to determine if that position involves the operation and technical management of the Covered Vessels.  If yes, then that individual and position is added to the list.  New hires are required to complete the ECP training on their first day, before they assume their duties. We will incorporate the above process into a company operational directive (in HESS) for identifying and designating newly hired Covered Personnel. | Complete |
| 17. | CCL - Shore (11.06.2017) | 6 | ECP Attachment 3, Employee Training Program - page 49 | The Training Manager uses the application Crew Personnel System (CPS) for tracking successful completion of training of shipboard crewmembers. Verifying deficiency reports require a good deal of manual validation between the shores side support team and the EOs to insure accuracy. | Root Cause Analysis indicated a lack of automated process. Training tracking spreadsheet to be prepared for EOs to fill out and submit to Operating Line Training Manager (OLTM) on a weekly basis. OLTM will use deficiency reports in CPS to validate information provided by the EOs.  Compliance reports for ECP TRG courses will be built into the CPS system based on mapping of positions to required trainings. Both shipboard and shore side personnel would be able to run compliance reports using this reporting function. | In progress |
| 18. | Crown Princess (11.18.2017) | 1 | ECP Section VIII.B.2.a | It was noted during the walk through of the engine spaces that there were numerous hose clamps/clips used to repair leaks on potable water lines. The ship is scheduled to go into the shipyard during March or April of 2018. | Root Cause Analysis indicated pinholes within potable water piping caused by corrosion. Plans are in place for piping replacement during dry-dock, however these cannot always be replaced whilst the vessel is in operation. | Complete - Pending Verification |
| 19. | Carnival Maritime Office Hamburg (10.23.2017) | 2 | ECP Attachment 3, Employee Training Program - page 49 | The Training Manager uses a system (MISTRAL, EXPERT and extracted spreadsheets) for tracking successful completion of training of crews which is used by Training Officers (Environmental Officers for ECP training on vessels). However, extracting meaningful compliance and deficiency information from reports is cumbersome and discrepancies are found between shore side and shipboard reports. | Root Cause Analysis indicated a lack of a better Learning Management System ("LMS") that will allow easier monitoring of the training on board and ashore. The OLTM will monitor the implementation of the new LMS. | In Progress |
| 20. | Aurora (10.22.2017) | 1 | ECP Section IX.M | The corrective action for both leaks are to make the proper repairs and refill head tank but no root cause investigation to analyze the leaks in order to prevent further leaks from developing in the system. | A Root Cause analysis will be carried out on the cause of the leaks in order to prevent further leaks from the stabilizer system. Oil to sea interface head tanks were examined to the extent possible. All were found in good condition. A review of the logs indicated there was one incident on Port Stabilizer header where oil leaked internally to Bilge/Catchment. Another leak was logged for the STBD Stabilizer internally to Bilge/Catchment. The leaks were less than 25 liters in volume and the leakage was internal into the vessel. Both instances were investigated and corrective action taken; and logged. No discharges to sea were reported or evident.  Weekly soundings are taken, monthly maintenance of oil quality is carried out by draining off small quantities and refilling where noted. Logs were found in order. Leaks will be repaired as soon as possible. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | Observation Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 21. | Aurora (10.22.2017) | 2 | ECP Section IX.N | ENGINEERING SURVEY – Only nine (9) Engineering officers had completed the survey at this date. 14 officers have not yet completed the survey. A Full 100% completion was due within the first six months. The problem, as explained, was that the survey is administered by a third-party contractor to ensure anonymity of the Engineers. Unfortunately, this survey is "web-based" and is difficult to complete while onboard the vessel. There were reports of the program stalling and crashing midway through the questions. This was brought to the attention of the Senior Management Team and Shore representative. | The Observation is under query. It will be ensured that measures are in place to assist shipboard officers in completing the survey.  Prior to the commencement of the survey, ensure that all Officers have the opportunity to complete the survey in a timely manner. | Complete |
| 22. | MS Amsterdam (01.04.2018) | 1 | ECP Section X.A.1 | HESS Policy ENV-1204 is missing elements and clear instructions. ENV-1204 does not require a "master" list of current seals or locks in place. The policy only provides instructions and forms for when seals are changed, or locks are opened. Both the Chief and EO are maintaining a master list in spread sheet format which is not controlled or consistent fleet wide. No discrepancies were found in the management of the seals or locks. | Root Cause Analysis indicated ENV-1204 A1 contains instruction on recording and documenting the master list of critical valves, fittings, and tank hatches. While other means may be considered easier to document, they are not the approved versions as published in the HESS-MS. Vessel to confirm they are using form ENV-1204 A1 to record the information required by the policy. All vessels to be instructed by a Fleet wide Memo to use correct documentation from ENV-1204 in the HESS-MS. | Complete |
| 23. | MS Amsterdam (01.04.2018) | 2 | ECP Section VIII.B.2.t | Proper Records Not Being Maintained In Accordance With Polices and Procedure as defined in TEC-1402. Vessel is using a locally generated Bunker Plan and not the prescribed Bunker Plan as required in HESS Policy: TEC-1402. | Root Cause Analysis indicated the currently posted bunker plan in TEC 1402 may not have been convenient for each vessel to use. Use the bunker plan posted in TEC 1402. Fleet Chief Engineer to submit a proposal for an improved bunker plan to ABG to include in TEC 1402. Include the proposed standard bunker plan in the TEC 1402. | Complete |
| 24. | MS Amsterdam (01.04.2018) | 3 | ECP Section VIII.B.2.g | The garbage room was found cluttered and overloaded with storage of waste and recycling. This creates a poor work environment and could possibly lead to errors or even injuries. This situation is due to the lack of storage and loss of space due to the installation of the Exhaust Gas Cleaner System piping that now runs through the garbage room. The cold storage area is the smallest encountered to date. | Root Cause Analysis indicated additional garbage is having to be held onboard due to incinerator being removed. Additional restrictions caused by EGCS piping limits storage space. Additional restrictions caused by EGCS piping limits storage space. Vessel to improve storeroom management and increase garbage offloads where necessary. Superintendent to review future possibility of a storeroom expansion. | In Progress |
| 25. | Sun Princess (11.05.2017) | 1 | ECP Section X.A.1 | The EO appeared frustrated at times during the audit but provided documentation as requested by the auditor. He seems to have a good working relationship with the engineering personnel and the Staff Engineer who was responsible for waste management. During the interview, the master seemed concerned that the EO was overloaded with responsibilities and that he should have an assistant. | Root Cause Analysis indicated EOs have had their workload adjusted to take into account the oversight requirements of the ECP, and several previous areas of responsibility have been removed. Senior Director Environmental, and Director ECP to arrange a one on one call with the EO to establish areas where assistance can be provided to allow the EO, to ensure their role is completed in a timely manner. | In Progress |
| 26. | Sun Princess (11.05.2017) | 2 | ECP Section VIII.B.2.s | For several months the monthly refrigerant consumption log did not properly reflect that the chiller units are no longer using R-22 refrigerant. Logs are properly being kept in good order. | Root Cause Analysis indicated lack of awareness by ventilation engineer that the switch of refrigerant gas needed to be recorded in the log. Refrigeration or Ventilation Officer (as applicable) is to make a corrective entry in the refrigerant log, noting the date of when the system was changed from R-22 to the current gas. The Refrigeration officer and/or Ventilation officer are to review the requirements of ENV-1402 Refrigerant Gas Procedures to refresh themselves on the corporate requirements. More attention to be paid when systems are upgraded, and frequent checks need to be done in order to keep all of the records up to standard. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | Observation Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 27. | Sea Princess (12.03.2017) | 1 | ECP Section VIII.B.2.s | In the Refrigeration Monthly Log provided through AMOS, the use of the refrigerants in a particular system is not correct. The list states all the systems as using R-22, when in fact, all the water chiller systems now use R134A or 407C. | Root Cause Analysis indicated a lack of oversight during replacement of system. Ventilation Officer to update AMOS to reflect the actual gas utilized in the system. As systems are changed or updated, the Ventilation Officer is to update the components and point out any discrepancies between the AMOS tasking and the actual equipment that is installed on board. | Complete |
| 28. | Star Princess (01.03.2018) | 1 | ECP Section VIII.B.2.n | The ship's "MAPS" which is used to track required crew ECP training completion percentages and provide the Environmental Officer with a list of crew in need of training is not always provided to the EO in an accurate and timely manner by shore-side personnel. | Root Cause Analysis indicated data error caused by form submitted utilizing a non-standard template, causing the data to become corrupted. Ship to ensure all training forms submitted for inclusion into MAPS are using the HESS-MS provided template, and do not adjust font styles, or layouts. OLTM to remind all EOs during the next EO conference call the importance of using the correct forms, and not to adjust font styles, or layouts. | Complete |
| 29. | Holland America Group Offices Seattle/Santa Clarita* (01.15.2018) | 1 | ECP Section III.C.1, Maritime Policy & Analysis Department; Carnival and Holland America GroupPolicies and Procedures | Near Miss data is tracked on a Holland America Group developed ACCESS data base, and within the database is a 5 x 5 Risk Assessment Matrix. This Risk Assessment Matrix is different from the Risk Assessment Matrix referred to in "OHS-1407, Risk Assessment" procedure attachment "OHS-1407-A2, Risk Matrix, Categories and Levels (CCLCUK- HAG)" which is a 3 x 3 Risk Matrix. As a note: there are a no less than 4 separate risk assessment matrix used or referred to within Carnival Corporation procedures and processes for various Groups and purposes. | The two risk assessment matrix's have been reviewed and ensured they are the same. It should also be noted that the 3x3 matrix was chosen for OHS risk assessments as these directly involve officers and crew and are less complex to complete.  The uncontrolled AIR04 document that was in use and deleted and the controlled online version is now used. | Complete |
| 30. | Holland America Group Offices Seattle/Santa Clarita* (01.15.2018) | 2 | ECP Attachment 3, Employee Training Program | Training for Shoreside Covered Personnel is not always conducted per the "TRG-2307, Environment Shoreside Covered Personnel". TRG-2307 section Notes requires that training modules should be done in order (1 through 4), and CBT training must be done before ILT training. Not all Covered Personnel who are new hires complete training in the required order. | ECP Shoreside Personnel trained in the order required by TRG 2307. | Complete |
| 31. | Holland America Group Offices Seattle/Santa Clarita* (01.15.2018) | 3 | ECP Attachment 3, Employee Training Program | ECP training for Covered personnel is not always found to be effective. During spot check interviews not all Covered personnel were aware of the ongoing ECP audit, could identify the purpose of Covered Personnel under the ECP, the OLCM, or key elements of ECP or ECP training. | It was ensured that refresher training is assigned to ECP shoreside personnel as required by ABG. ECP communications enhanced with shoreside personnel by maintaining the ECP page on Homeport (Seattle) and on Portholes (Santa Clarita). | Complete |
| 32. | Holland America Group Offices Seattle/Santa Clarita* (01.15.2018) | 4 | ECP Attachment 3, Employee Training Program | Training tracker developed by Holland America Group training group is an effective tool, yet some anomalies are found in data management that create numerous aged false deficiencies within the report (excluding time lag for recent completed training) | Ships ensured all training forms submitted for inclusion into MAPS are using the HESS-MS provided template, and do not adjust font styles, or layouts. OLTM to remind all EO's during EO conference call the importance of using the correct forms, and not to adjust font styles, or layouts. | Complete |
| 33. | Holland America Group Offices Seattle/Santa Clarita* (01.15.2018) | 5 | ECP Section XII; Non-compliance to Company procedures MRD-1003 | Although the Mod Props procedure (HAG-MRD-1003-DI1) seems sufficient for permanent modifications, it is not readily applicable to temporary modifications. The procedure does not specify which actions are to be taken with regard to the Classification Society in case of a temporary repairs. Reference is to the Non-conformity raised onboard the ship STAR PRINCESS on Jan 08 during the TPA vessel audit. The temporary modification was made to the OWS. | The Company is working at a new, rewritten Web based program, as the current program runs in LOTUS environment. The new program will be completed in June 2018. The Company will incorporate the temporary modifications. This program will be used by all 4 brands. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | Observation Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 34. | Ruby Princess* (01.20.2018) | 1 | ECP Section VIII.B.2.d | After several attempts to run the Static OWS on January 21st , the Chief Engineer elected to secure any further testing until he cleaned the sample line three-way solenoid valve and renew all the sample line tubing. On the following day, January 22nd, the Static OWS was started and ran a full hour without incident, completing the test. | Chief Engineer shut the unit off and cleaned the three way sample line solenoid valve along with also renewing all the sample line tubing. | Complete |
| 35. | Arcadia* (01.21.2018) | 1 | ECP Section VIII.B.2.d | It took multiple attempts for the crew to successfully conduct the 1 hour test on each operating OWS. These units tripped numerous times due to high PPM alarms. The ship's crew had to work on each unit to reset the trips. On PureBilge Alfa-Lavel unit, many attempts made by the engineers to clean the OCM cell were unsuccessful. The problem was resolved by replacing the entire OCM unit with a new one. | Root Cause Analysis indicated the factory setting on CPU cards was 5ppm. OCM replaced. CPU cards replaced to enable 15ppm operation instead of 5ppm factory setting. | Complete |
| 36. | Arcadia* (01.21.2018) | 2 | ECP Section V.B | The manufacturer of many of the valve repair kits on the critical parts list is no longer producing the kits. Since the ship cannot order the repair kits the ship has ordered entire valve systems. The backorder for valves is now in excess of 90 days. The company is aware of the backlog. | Root Cause Analysis indicated not all equipment is supported throughout entire life and vendors do not supply an obsolescence plan. It will be ensured that the ship is provided with either the correct spare parts or new valves are supplied to the ship and that the critical spares list is updated to reflect either new valves or correct spare parts. | In Progress |
| 37. | Arcadia* (01.21.2018) | 3 | ECP Section V.B | The critical list has not been updated since the refit yard period in November, 2017. New equipment installed during that time include OWS upgrades and an additional static unit. The Storekeeper has used the manufacturer's spare parts list as the critical spares for the new equipment and part orders have been submitted but not received. The company is aware of that the critical spare part list needs updating. | Root Cause Analysis indicated an updated critical spares list review had been conducted prior to the audit following refit; however, the report had not been received at the time of the audit. Critical spares list to be updated and project scoping protocols to be amended to consider potential impacts on critical spares list. | In Progress |
| 38. | Caribbean Princess* (02.06.2018) | 1 | ECP Section VIII.B.2.d | During the test of the RWO Static OWS, the quantity of water processed from the clean bilge tank was only 1.8 m3/hr. This was due to the fact that during operation, a certain amount of the RWO OWS effluent must be recirculated back to the clean water bilge tank through a manual recirculation line. The RWO Static OWS operates as designed, and meets the requirements of MARPOL and ECP, but it will not operate at the rated capacity of 5 m3/hr. | Root Cause Analysis indicated back pressure was too high on discharge side of OWS. BCDB supplier arranged to check proper flow is established. Discharge pipework from OWS is also being checked for blockages. Bilge system upgrades will be undertaken to change material and size of discharge pipework. | In Progress |
| 39. | Carnival Freedom* (02.10.2018) | 1 | ECP Section VIII.B.2.d | At the beginning of the operational test for the oil water separators, the OWS #2 was started but for the first 20 minutes while the unit was processing no flow was noted through the White Box #2. The system, including piping and valves, was checked and it was found that a recirculating valve was left open at the completion of the previous run of the OWS, leading to recirculation into the Clean bilge tank. The recirculation valve was identified, closed and immediately the expected flow was noted at the White Box #2. Upon correction, the test was carried out and completed without any further issue. | Root Cause Analysis indicated a lack of training. The Engineer was not familiar with the system layout. The correct sequence of valves was opened after the issue was realized. All engineers were retrained by the Chief Engineer on how to operate the system. Proper operating guidelines were placed in the vicinity of the equipment. | Completed |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | Observation Number | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|---|
| 40. | Carnival Freedom* (02.10.2018) | 2 | ECP Section VIII.B.2.i | As per the Company Policy, The Ballast Water Record Book are to be kept on board for at least two (2) years after the last entry has been made. However it was reported and verified and that no Ballast Water Record Book is available for dates before January 2017. | Root Cause Analysis indicated improper record keeping. An incident report was raised to report the missing documents and a fleetwide compliance notice was sent out to address this issue of record keeping. | Completed |
| 41. | Carnival Freedom* (02.10.2018) | 3 | ECP Section VII.B.2.m | While conducting spot interviews, all ship's personnel demonstrated a sufficient knowledge of the ECP requirements. It was evident that all attended the required trainings and the regular meetings within their departments. However while walking thru open decks #3 and #4 on the morning of Feb 13th while arriving in Ocho Rios, Jamaica, few general waste items were noted by the auditors, such as an empty beer bottle, wrapped paper, a coffee cup's plastic lid, few cigarette butts, a razor blade). At the same time some crew members, a four (4)-people cleaning team and multiple crew members heading to the forward crew smoking station were noted as passing by but they didn't noticed nor picked up waste items which could have fall overboard due to the high wind condition experienced on that morning. | Root Cause Analysis indicated a lack of training and guidance to team members. Environmental Operations is working on creating a fleet wide program/campaign to increase team member awareness of owning the issue and disposing off such items when observed.  Also Corporate is in process of modifying current training's in place to address such issues. | Complete |
| 42. | Carnival Freedom* (02.10.2018) | 4 | ECP Section III.D.2 | From spot interviews and some impromptu conversations with low ranking personnel carried on board during the course of the audit, it was noted that not all crew members were aware that the "Hotline" gives to the user the option to make an anonymous report. | Root Cause Analysis indicated a lack of awareness. Additional "hotline" posters were placed all over the vessel and the EO will conduct random checks on team members and their awareness of the hotline.  If any deficiencies are found, team members will be retrained. | Completed |
| 43. | Carnival Freedom* (02.10.2018) | 5 | ECP Section IX.I.2.; HESS: ENV-1203-A1 | As per the form "ENV-1203-A1 Portable pump list" kept and updated by the vessel's Staff Captain, the portable pump #1 is intended to be used for Ballast Water only. However during the visual inspection of the deck portable pumps #1, #2 and #3 located in the Bosun Store, the pump #1 was found with a paint-mark "fresh water". Review of the portable pump log revealed that the pump #1 has been used for ballast services only. At the completion of the inspection, the Staff Captain immediately instructed the 1st Bosun to remove the paint-mark "fresh water" from the pump. | Root Cause Analysis indicated a lack of oversight by Staff Captain and EO. The Portable pump was correctly labelled/marked as "Ballast water." Staff Captain to verify all pumps in his control for accuracy of labeling and record keeping. | Complete |

40

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - Notices of Violation

| Row Number | Notice Number | Date of Incident | Date of Notice | Operating Line / Group | Vessel | Summary of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|---|
| 1. | #06-2017 | 07.22.2017 | 07.26.2017 | Costa Group | Costa Luminosa | On July 22, 2017, the Operating Line Compliance Manager ("OLCM") for Costa Group (Costa Crociere and AIDA Cruises) was informed by his Environmental Compliance Manager ("ECM") that there may be an issue with recent training records from June 6, 2017 on the Costa Luminosa. The training in question was allegedly held by the EO onboard at the time. The training session records showed several pages of signatures confirming attendance. Since notification of this issue on July 22, 2017, multiple interviews were conducted by the Company with those onboard, who have confirmed that they never took part in the alleged training and that the signatures are not theirs. | RAAS conducted an investigation in response to the issue. The Environmental Compliance Manager was informed of the issue, he raised it to the Costa Group Operating Line Compliance Manager, the ship Captain, Staff Captain, HR Director, and a representative of the Unions. The Costa Group Operating Line Manager has since called the necessary parties shore side and a review and disciplinary procedures were immediately put into action. Further, interviews of potential employees involved or witnesses were conducted to determine the extent of the problem and the root cause. The fact that this was the second falsification related issue has caused the Company to take additional action: (1) All Operating Lines were directed to conduct a review on all vessels to determine whether required environmental training has been completed as reported. To the extent the Company identified gaps in required training, every effort was made to remedy those gaps in a timely manner; (2) Incomplete training, if any, should have been completed no later than August 10, 2017. As of this writing, the Company believes that the training has been substantially completed except for so called "new joiners," who will be required to take the training upon boarding; (3) Inaccurate reporting of training completion rates will be reported to Chris Donald, the ECP Corporate Compliance Manager, and immediately investigated; (4) The Company communicated to the fleet the importance of the training, including accurate and truthful record keeping, and in particular the Master's responsibility to ensure training is completed; (5) The Company will be reviewing the Company's procedures for rolling out training to determine whether there may be opportunities to improve the process both at launch and in confirming completion; (6) The Company is also working to establish an improved recordkeeping infrastructure to receive data and record/report training activity on an ongoing basis. This would include crafting a standard roster for each environmental/ECP training course, ensuring that there are written procedures for uploading training roster data in the electronic systems of record appropriate for each fleet, providing reports/feedback to each fleet to verify system or record reflects training activity on board and identify discrepancies early, and working towards daily-auto-generated ECP training status reports. | In Progress |
| 2. | #11-2017 | 10.12.2017 | 10.23.2017 | HA Group | Prinsendam | On October 12, 2017, while the Prinsendam was alongside in Venice, Italy, Italian Coast Guard agents requested the ship to produce sample bottles of recent bunker operations. The ship was unable to locate a MARPOL sample, resulting in a 5,000 euro fine. The results of the sample sent ashore related to this issue were within the regulatory limits. | A review of the incident was conducted by the OLCM. Given the missing sample onboard, the Company is taking the following corrective and preventative action: (1) refer employees to the Environmental Compliance Notice #12 that emphasized the importance of TEC-1402; (2) the Chief Engineer onboard the Prinsendam now maintains the keys and control of the Bunker Samples cabinet to ensure each Bunker Delivery Note matches the accompanying MARPOL sample onboard; and (3) a revised Oil Bunkering Checklist was issued in March 2018 and it requires that the BDN be reviewed for completion and that the seal numbers on the sample bottles are correctly recorded. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - Notices of Violation

| Row Number | Notice Number | Date of Incident | Date of Notice | Operating Line / Group | Vessel | Summary of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|---|
| 3. | #13-2017* | 06.25.2017 | 07.02.2017 | HA Group | Sun Princess | On June 25, 2017,  Chief Engineer ("C/E") Alfio Parisi was installing seals on the Alfa Laval Centrifugal Oily Water Separator ("COWS"), as required by Princess Cruise Lines' Environmental Compliance Plan ("ECP"), specifically the ECP's Environmental Control System provisions. While installing the seals, C/E Parisi noticed that there was a solenoid plug hanging free, not attached to anything, which he found peculiar. At the outset, C/E Parisi said he did not know whether a solenoid had been removed or whether the solenoid plug was left over from a prior installation/modification. C/E Parisi thus commenced an internal review and ultimately determined that the COWS' OMD By-Pass Solenoid Valve, SV226, a valve used during the flushing sequence of the oil content monitor ("OCM"), was missing. As a result, the engineers and electricians reviewed the Alfa Laval manuals to understand the intended function of this solenoid valve. After reviewing manuals, questioning the engineers, and emailing the prior First Engineer ("1EO"), Iulian Ionescu, and the prior C/E, Simone Solimini, C/E Parisi determined that 1EO Ionescu had removed the solenoid valve, apparently because it was not operating properly, and did not inform C/E Parisi, C/E Solimini, or Staff Engineer Daniele Boggiano. Later that day, C/E Parisi located a spare solenoid valve in the vessel's store room and returned the COWS to its original design on June 26. Subsequently, the COWS was confirmed to be operating properly. C/E Parisi informed the EO, Tom Christensen, of his findings on the morning of June 26 and asked the EO to draft an email informing the company of the incident, which C/E Parisi and the Master both reviewed. The EO sent the email to the company shortly thereafter. Thus, this incident was reported to shoreside by the EO (at the C/E's and Master's request) within about 24 hours of discovery. Because this incident involved an unauthorized modification to a piece of pollution prevention equipment when the ECP was in its early stages of implementation, Blank Rome LLP counsel, Jeanne Grasso, and Carnival Australia Technical Superintendent, Ken O'Callaghan, were dispatched to do a shipboard investigation.  The investigation team found that no improper discharge occurred. | An investigation was conducted by the Brand, who requested outside counsel attend as well. HA Group is currently developing fleet wide corrective actions in response.  In cooperation with MQA (marine quality assurance ) the investigation report was reviewed with all Fleet Chief Engineers and a non-privileged version of the report was sent to CSMART for incorporation into EO and C2C (commitment to compliance) training.   In the interim, the Chief Engineer held a formal Watchkeepers Meeting and reiterated the importance of ECP, the prohibition on tampering of COW/OWS, the implications for not reporting failures, and the importance of maintaining accurate records, among other topics. | Complete |
| 4. | #14-2018* | 02.12.2018 | 03.05.2018 | Costa Group | AIDAdiva | On February 12, 2018, during tests in preparation for a Passenger Ship Safety Certification renewal inspection onboard the AIDAdiva, it was noted that the engine automation system had not stored any data since February 3, 2018. Initial investigation determined that a synching error took place when the manufacturer (Siemens) replaced one of the engine automation system servers on February 3, 2018. This synching error prevented retention of the bilge alarm notification records. | The OLCM conducted a review and acquired information on the incident by email. On March 2, 2018, the manufacturer, Siemens came back onboard, verified that the two engine automation system servers were working properly, and re-synced them to ensure data could be retained as necessary. The engine automation system is now working as designed. The manufacturer is working to recover the data lost during the period of the error, i.e., February 3 through February 11, 2018. The Siemens' technician has to return to the ship to determine whether it is possible to recover the lost data.  The ship is currently in the process of scheduling a ship visit | In Progress |

42

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - Notices of Violation

| Row Number | Notice Number | Date of Incident | Date of Notice | Operating Line / Group | Vessel | Summary of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|---|
| 5. | #15-2018* | 03.09.2018 -03.14.2018 | 03.22.2018 | C-UK | Adonia | On February 20, 2018, the Environmental Officer (EO) onboard the Adonia was admitted to the onboard hospital with appendicitis. He was subsequently disembarked for surgery on February 21, 2018. His EO duties were split between the Chief Engineer and Deputy Captain until a replacement EO was sent to the ship within 7 days. Due to operational needs elsewhere in the fleet, the replacement EO left the ship on the March 9, 2018 and was replaced by an experienced EO who missed his scheduled CSMART EO course in 2017 due to a long term medical leave of absence. Per Section IV.A.4.b of the ECP, the EO should have participated in 5 contiguous days of in person training (i.e., CSMART EO course). Due to EO availability and scheduling constraints, the decision was made to provide the ship with experienced, albeit not ECP-qualified, EO coverage for the period of March 9-14, 2018 rather than sail with no EO onboard. During this time period the ship was traveling from Barbados to Freeport to transfer the ship to Azamara Club Cruises. | This incident has been closed with no further information. | Complete |
| 6. | #16-2018* | 03.09.2018 -03.14.2018 | 03.26.2018 | CCL | Carnival Conquest | During an ECS used seals inventory check performed by the Environmental Superintendent and EO), 336 used seals were determined to be missing. It is suspected that most of the missing seals were from the period May-Sept 2017 due to a misinterpretation of the April 2017 version of the associated procedure which was misinterpreted by the former Environmental Director (ED). The ED provided guidance to the ship's EO where he failed to correctly recognize and advise that all seals must be accounted for from locations where two or more seals are fitted. The accepted practice was to keep and record only one seal number from each location. All other used seal tabs were disposed of. This practice was followed from May 2017 until requirements were clarified on 18 Sep 2017. The ship's next EO reported the removal of serial numbers on 17 Aug 2017 to the Environmental Manager as a noncompliance but the same ED failed to address the report or allow for proper follow up. The former ED is no longer employed by the company. The ship completed a dry dock in October 2017 during which it is likely a number of seals were also misplaced by workers. A new ECS seal inventory was conducted to identify all seals currently fitted. | To facilitate easier recording, the ship has subsequently reduced the number of required ECS seals to approximately 70 by adding welds and locks where practicable. All remaining seals have been replaced and correctly documented and the ECP requirements have been clarified with all relevant crew members. An internal review is underway to identify any further corrective and preventive actions needed and all ships are being questioned to determine if they also received incorrect advice. | In Progress |
| 7. | #17-2018* | 2016 | 03.26.2018 | HA Group | Island Princess | On March 21, 2018, Princess Cruise Lines, Ltd. and the State of Alaska entered into a Settlement Agreement to resolve concerns about insufficient sampling that were pending from the 2016 operating season. The agreement was to have been signed last year, but the signature ready version was not provided to Princess until earlier this year. | To resolve the alleged violations, Princess agreed to pay $12,565.00 in civil penalties. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - Notices of Violation

| Row Number | Notice Number | Date of Incident | Date of Notice | Operating Line / Group | Vessel | Summary of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|---|
| 8. | #18-2018* | 03.2018 | 04.03.2018 | All Brands | Multiple Vessels | A prohibition on de-ballasting in Port Everglades is included as a term of a port tariff (Tariff No. 12, Item No. 1015). The Company was previously unaware of the tariff provision, and as a consequence a number of Covered Vessels have de-ballasted in Port Everglades in contravention of the tariff provision. As part of our review of this issue, we learned that other customers of the port were similarly unaware of the tariff provision. A meeting was held on April 2, 2018 with the Port Everglades Deputy Port Director to discuss the discharge prohibition, as it is inconsistent with federal ballast water regulatory requirements. Also in attendance at the meeting were representatives from Royal Caribbean Cruises, Ltd., Crowley Maritime, and Kirby Offshore, who were similarly situated. | The industry, led by Carnival Corp, has engaged with the Port Everglades staff and leadership.  The Company informed the Port of the events that have occurred related to ballast water management legislation both globally and nationally since the tariff was enacted.  The Company recently requested an exemption from the absolute prohibition for the Caribbean Princess and Carnival Conquest. | In Progress |
| 9. | #19-2018* | 03.31.2018 - 04.10.2018 | 04.23.2018 | CCL | Carnival Triumph | On or about March 31, 2018 the ship discovered 110 cubic meters of liquid in an emergency ballast tank. The ship initially concluded that the contents of the tank likely consisted of fresh water or sea water that could have entered from an adjacent potable water tank or a ballast water line, respectively.  The liquid was transferred to a gray water tank and subsequently discharged through the normal gray water discharge procedures.  On or about April 10, once the emergency ballast tank was emptied, an inspection revealed two holes each of which was approximately two inches in diameter in a bilge well. These holes likely resulted in the flow of bilge water from the bilge well into the emergency ballast tank. Accordingly, it would appear that the liquid in the emergency ballast tank was inappropriately discharged as gray water when in fact at least some portion of the liquid probably flowed from a bilge well and thus the entire volume should have been processed as bilge water in accordance with MARPOL Annex I. The issue was reported to Lloyd's Register, the vessel's classification society, and the USCG Sector New Orleans on April 13. Class attended on April 14 to observe/approve temporary repairs to the bilge well. A condition of class was issued requiring permanent repairs to be carried out before August 2018. The USCG conducted a port State control inspection on April 19 and did not identify any deficiencies. | The Company notified Class, Flag, and the U.S. Coast Guard. Crewmembers made an appropriate entry in the ORB. An internal review confirmed that all grey water discharges occurred in international waters. A Fleet Captain and Fleet Chief Engineer attended the vessel and found that opportunities exist for developing the 'Speaking up' culture onboard, and addressing blame culture concernment. The crewmembers secured the emergency ballast tank and will have the tank cleaned before putting it back into service. | In Progress |
| 10. | #20-2018* | 05.08.2018 | 05.11.2018 | HA Group | Pacific Princess | On April 30, 2018, the Environmental Officer (EO) onboard the Pacific Princess medically disembarked the ship in Oranjestad, Aruba due to illness. At the time of the disembarkation, the ship was on the third day of a seventeen day cruise. The ship's next port of calls were Santa Marta, Colombia on May 2, 2018, San Juan del Sur, Nicaragua on May 6, 2018, and Huatulco, Mexico on May 8, 2018. | Per Section IV.A.1 of the ECP, a qualified replacement EO will replace the EO within seven calendar days. Due to security concerns and the likely possibility that the Pacific Princess would not call at the tender port of San Juan del Sur on May 6, 2018, the Company decided to have the replacement EO join in Huatulco, Mexico. The EO successfully joined the ship on May 8, 2018. In the interim, the Staff Engineer assumed the responsibilities of the EO. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - Notices of Violation

| Row Number | Notice Number | Date of Incident | Date of Notice | Operating Line / Group | Vessel | Summary of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|---|
| 11. | #21-2018* | January to March 2018 | 05.12.2018 | C-UK | Queen Victoria, Oriana, Ventura | While the Operating Line Compliance Manager for CUK was completing the December 2017 – February 2018 quarterly compliance report to the Corporate Compliance Manager, it was discovered that the monthly test of the Oily Water Separators (OWS) had not been completed on the following Covered Vessels per Section IX.H.4 of the ECP: 1) Queen Victoria - No test in December 2017; 2) Oriana - No test in January or February 2018 and no test of one of the centrifugal OWSs in March 2018; and 3) Ventura - No test in March 2018. Queen Victoria did not have enough bilge water onboard in December 2017 to perform the monthly test, as certain ports in its itinerary require all waste/bilge water to be landed (e.g. northern Spain, etc.). Two of the three ships listed above were in dry docks during the periods of non-compliance. Oriana was in dry dock from January 6 – January 30, 2018 and Ventura was in dry dock from March 12 – March 26, 2018. While being in dry dock did not specifically cause the tests not to be conducted, the disruption to the ships' normal maintenance schedules combined with a lack of operational planning contributed to the non-conformities. Ships traditionally leave dry dock with a very small volume of bilge water, if any, as bilge tanks are emptied and cleaned during the dry dock period. With respect to the one centrifugal OWS (COW 1) on Oriana that was not tested in March 2018, this unit has an intermittent issue with the performance of its Oil Content Monitor (OCM). The OCM has experienced changes in back pressure outside of the parameters set by its maker, Alfa Laval, and aeration in the sampling line. Therefore, at times it reads higher than it actually is. A technical solution has been identified and will be carried out with the assistance of shoreside contractors in June 2018. COW 1 is still being used, but only for assisting in cleaning the oily bilge deep tank. The ship's other centrifugal OWS (COW2) is fully operational. | In response to this issue, the CUK fleet has been reminded of the importance of carrying out this monthly test and asked to contact the ship manager if for any reason operational difficulties are experienced in carrying out the test. This may include introducing water into the bilge in cases where the ship does not have an adequate amount of bilge water onboard. To facilitate a broader overview, an automatic report is now being generated from the planned maintenance system on day 10, 20, and 25 of each month so that the fleet status is widely known and any necessary support can be provided, if required. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 1. | 11.06.2017 | 09.06.2017 | HA Group | Golden Princess | The ship experienced a large loss of lubricating oil from the starboard stabilizer header tank.  Approximately eighty liters of sea water was drained from the tank and it was concluded that the missing quantity of oil was lost at sea with the sea water ingress replacing it.  The stabilizer has been housed, taken out of service, and oil drained pending repair at the next dry-dock scheduled in April 2018.  The cause of the leak is under investigation.  Flag Administration was notified and an entry was made in the Oil Record Book | A Fincantieri technician repaired the stabilizer during the April dry-dock. The stabilizer is back in service is no further issues. | Complete |
| 2. | 12.06.2017 | 09.06.2017 | HA Group | Crown Princess | During oily sludge discharge ashore in Akureyri, Iceland, the shoreside-provided hose began leaking. The discharge was immediately stopped and the environmental officer was informed. All spilled sludge was contained within the ship. After disconnecting the hose, the shore operator inverted the hose and some oily sludge residue spilled onto the dock and into the water. Oil absorbent pads were provided by the ship to the shore operator. It was estimated that approximately 1.5 liters of oily sludge spilled on the dock with approximately 0.3 liters entering the water. | The incident was reported to the CAM. In November 2017 TEC-1401-A1, the Sludge and Oily Water Discharge to a Port Facility Checklist was updated and requires the SHIP and FACILITY PICs to inspect the transfer hose and review the hose certificate, if available.  If the hose certificate is not available, the Chief Engineer should advise the Port Master, and take appropriate steps to minimize the risk of a leak. Additionally, the updated checklist requires the Ship PIC and the Facility PIC to agree on the hose draining procedure to be employed as well as to confirm there is no pressure in the hose, and that the hose has been properly sealed with either blank flanges or cam lock fittings. | Complete |
| 3. | 12.11.2017 | 12.03.2017 - 12.11.2017 | CMG | AIDAvita | The Environmental Officer on the AIDAvita discovered that the Engineering Officer on Watch inserted wire into the Bilge Control Discharge Box ("BCDB" or "White Box") in order to tamper with the flow switch. The company reported that it does not believe that there were any violative discharges as a result of this conduct. The incident in which the Engineering Officer on Watch was found to have -- and admitted -- tampered with the BCDB -- was the culmination of several days of improper conduct, reportedly starting as early as December 3 and 4, when he was believed to have consumed alcohol less than 4 hours before his watch, and threatened a co-worker, respectively.  He was also subsequently found to have failed to complete the ORB, and left his watch on multiple occasions -- to all of which he admitted, though he refused to sign a statement. | The Company reported this incident to the CAM, who traveled to the ship and had the opportunity to conduct interviews of several individuals. The Officer on Watch was suspended and disembarked from the ship, but was made available for CAM interviews. The operating lines are working on a campaign to remind crew members of the consequences with tampering with the BCDB as well as promoting environmental conservation through the Operation Oceans Alive campaign. Additionally we added to shipboard training and CSMART training. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 4. | 12.19.2017 | 11.26.2017 | CCL | Carnival Victory | While discharging grey water after departing from Nassau, Bahamas, the EOOW noticed that the quantity of treated sewage in another tank was also falling.  Approximately 15-20 cubic meters of treated sewage was discharged inside the Bahamas Archipelagic Baselines in violation of MARPOL Annex IV and Company requirements. The Port Authority of Nassau and the ship's Flag Administration were notified.  An investigation identified a failed valve in the double bottom which the automation system indicated was closed but was actually partially open.  When the ship started pumping grey water, the partially open black water valve allowed both grey and black water to be discharged. A comprehensive corrective plan was developed. All such isolation valves will be included in the Planned Maintenance System (PMS) for visual checks to be done every 6 months. The location of the valve does not allow easy or effective manual verification for each operation. CMS notice was sent out to all vessels to check all relevant automatic isolation valves. The isolation valves are in process of being included in the PMS, expected to be completed by April 30, 2018. | The Company reported this incident to the CAM.  A comprehensive corrective plan, expected to be operational by April 30, 2018, will include a 6-month visual check of the isolation valves in the Planned Maintenance System (PMS). See also the Corrective and Preventative Actions regarding voyage planning in NOV 3 and in the CAM IP Notification from 7/07/17 regarding Carnival Elation. The crewmembers monitor the tank volumes during discharge operations.  A comprehensive corrective plan, expected to be operational by May 31, 2018, will include a 6-month visual check of the isolation valves in the Planned Maintenance System (PMS). | In Progress |
| 5. | 12.19.2017 | 11.23.2017 | HA Group | Volendam | While en route to Singapore, the ship lost 12 pieces of plywood deck covering which had been stored on the bow area in preparation for container loading the next morning at the upcoming drydock. During the evening, the ship experienced a passing squall with a wind speed of 40 knots causing the 24 square foot plywood panels to be blown overboard in violation of MARPOL Annex V. At the time of the incident the ship was approximately 39 nautical miles from the Malaysian coast. An entry was made in the garbage record book and the ship's Flag Administration was notified. Due to human error, the panels were laid down too soon without being properly secured.  The Marine Department will work with the Technical Department to ensure proper coordination occurs while preparing for a drydock and that materials like this are either secured on deck to prevent going overboard or are not laid out until needed. | The Company reported this incident to the CAM.  In the future the shipboard Marine and Technical Departments will work together to ensure proper coordination occurs while preparing for a dry dock and that materials like this are either secured on deck to prevent going overboard or are not laid out until needed. | Complete |
| 6. | 12.19.2017 | 11.11.2017 | HA Group | Veendam | While alongside in Naples, Italy, during the recovery of a fuel transfer hose from the ship by the shoreside vendor, approximately 10 milliliters of oil dripped into the water in violation of MARPOL Annex I. The oil formed a small sheen but dissipated very quickly with the current and was unrecoverable. Prior to recovery, the hose had been vacuumed and emptied however no end cap was provided by the vendor. Local port authorities were advised by the ship's agent and an accidental discharge entry was made in the ship's Log Book and Oil Record Book. The EO will work with the Chief Engineer to ensure the fueling team do not accept hoses without end caps to prevent a spill from residual fuel in the hose either before or after the scheduled transfer. This practice was not followed and that has been corrected for future evolutions. | The Company reported this incident to the CAM.  TEC-1402-A2, Fuel Bunkering Checklist, was updated in March 2018.  The checklist now requires all hoses used during bunkering operations to be depressurized, drained, and the hose ends to have blank flanges or cam lock fittings attached.  The securing of hose ends is the best way to prevent these kinds of small spills. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 7. | 01.15.2018 | 11.30.2017 | C-UK | Queen Victoria | While the ship was alongside in Fort-de-France, Martinique, the ECR received an instruction to fill a ballast tank with 150 cubic meters of sea water. The EOOW ballasted the tank with approximately 300 cubic meters of water and then began de-ballasting to correct the error. The OOW observed the de-ballasting operation and instructed the EOOW to stop due to de-ballasting being prohibited by the port authority. Approximately 40 cubic meters of water was discharged in the port in violation of local requirements only. An investigation is in progress. | The Company reported this incident to the CAM. Crewmembers posted signage above the operating station panel in the ECR to reiterate that no ballasting operations are to take place without prior approval from the OOW. | Complete |
| 8. | 01.15.2018 | 12.17.2017 | CCL | Carnival Vista | While the ship was alongside in the Port of Miami, a small volume (few drops) of oil-based paint spilled into the water in violation of MARPOL Annex I. The paint dissipated and could not be recovered. A bucket being used on a cherry picker platform had not been properly secured and was overturned. The canvas tarpaulin placed under the cherry picker platform was not sufficient to contain all the paint, allowing some to fall into the water. Port Authorities, the local U.S. Coast Guard and the National Response Corporation were notified. The Staff Captain and EO reviewed painting procedures and best management practices with concerned deck team members. While there are procedures for painting and side shell maintenance and all deck department ratings undergo on the job training covering all their tasks, the procedures were not followed by the crew. The current procedures also do not mandate that an officer verifies compliance. Lessons learned from this incident have been shared across the fleet, reinforcing the Staff Captain's duty to ensure that procedures and oversight are maintained during such maintenance. The associated procedures will be revised to ensure that the proper focus on training for these precautions is in place and to mandate that an officer designated by the Staff Captain must review the precautions/preparations before commencing work. | The Company reported this incident to the CAM. The Staff Captain and EO reviewed painting procedures and best management practices with concerned deck team members. While there are procedures for painting and side shell maintenance and all deck department ratings undergo on the job training covering all their tasks, the procedures were not followed by the crew. The current procedures also do not mandate that an officer verifies compliance. Lessons learned from this incident have been shared across the fleet, reinforcing the Staff Captain's duty to ensure that procedures and oversight are maintained during such maintenance. The associated procedures have been revised to ensure that the proper focus on training for these precautions is in place and to mandate that an officer designated by the Staff Captain must review the precautions/preparations before commencing work. | Complete |
| 9. | 01.15.2018 | 12.14.2017 | CCL | Carnival Triumph | During the loading of luggage while alongside in New Orleans, LA, four passenger bags fell into the Mississippi river. Two of the bags were recovered. An inquiry with the embarkation staff revealed that during the loading process, the uncontrolled actions of the stevedore forklift operator caused the bags to fall. The local Coast Guard, National Response Corporation and local port authority were informed of the violation of MARPOL Annex V. | The Company reported this incident to the CAM. Carnival sent a notice to the stevedore company to advise them to be more careful during loading operations. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 10. | 03.15.2018* | 01.24.2018 | CCL | Carnival Triumph | While maneuvering on the Mississippi river, the ship listed to two degrees, causing pool water to overflow.  Approximately nine cubic meters of water spilled overboard via the open deck scupper drains. At the time of the incident, the pools were filled to sea mode level and the residual chlorine level of the pool water was 3.2ppm.  The incident was reported to the U.S. Coast Guard and the National Response Coordination Center. The crew verbally reported the incident to Petty Officer Ashworth of the local U.S. Coast Guard office and Petty Officer Merritt of the National Response Coordination Center. | On March 2, 2018, Masters, Chief Engineers and Hotel Directors received a fleet notice to take the following actions and then confirm compliance: 1) Prior to arrival within a country's restricted waters (for RWF discharge), Masters in consultation with Chief Engineers and Hotel Directors shall make a determination that if the anticipated weather or maneuvering conditions (speed, turn rate, winds, traffic, etc.) introduce a reasonable likelihood that the ship will list to the degree that water could overflow from recreational water facilities, the levels shall be lowered; 2) While moored or at anchor, if the ship has a way to lower the levels without an overboard discharge then you may increase the levels back to beach, however the levels must be lowered back to skimmer prior to getting underway. The level must remain lowered until exiting areas where RWF water discharge is restricted; and 3) The times for lowering and increasing the water levels must be included in the Environmental schedule (comments section) and discussed in the voyage overview. The crew verbally reported the incident to Petty Officer Ashworth of the local U.S. Coast Guard office and Petty Officer Merritt of the National Response Coordination Center. | Complete |
| 11. | 03.15.2018* | 01.21.2018 | CCL | Carnival Imagination | While alongside in Long Beach, CA, an oily water separator (OWS) was placed out of order due to an internal leak of cooling water inside the oil content monitor cell cooler. There was no spare cooler on board as the OWS is new and under a one year warranty. The OWS remains out of service pending replacement of the failed copper cooler with a stainless steel version. Bilge water is being offloaded to a reception facility in Ensenada, Mexico. The repairs are complete and the OWS is in service. | The crewmembers completed the repairs on February 1, 2018, and put the OWS back in service. | Complete |
| 12. | 03.15.2018* | 01.21.2018 | CCL | Carnival Triumph | The ship had no functional oily water separator (OWS) while a new OWS was installed. The second OWS was dismantled prior to fully commissioning the new unit. A contingency plan was developed to manage the bilge on board and offload to a shoreside reception facility in New Orleans, LA. An entry was made in the ORB. The U.S. Coast Guard, ship's Classification Society and ship's Flag Administration were informed. The new OWS was commissioned on 25 January and is now fully available. | The new OWS was commissioned on January 25, 2018, and is now fully available. | Complete |

49

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 13. | 03.15.2018* | 01.20.2018 | CUK | Arcadia | The oil content monitor (OCM) on a new centrifugal oily water separator (OWS) was providing a reading error, even after flushing with fresh water. The OWS was taken out of service. An investigation found that the sample cooler had failed. The OCM measuring cell was replaced for a spare calibrated cell and is now reading properly. The is no spare cooler on board. The manufacturer is supplying a replacement cooler to the ship under guarantee. The OWS is in operation with the cooler cooling valves closed and sealed. A cooler package from Alfa Laval is expected to be delivered on March 21, 2018 in Port Kelang. Three calibrated cell spares are currently onboard. | A cooler package from Alfa Laval is expected to be delivered on March 21, 2018, in Port Kelang. Three calibrated cell spares are currently onboard. | In Progress |
| 14. | 03.15.2018* | 01.13.2018 | CCL | Carnival Elation | While the ship was at the port of Jacksonville, FL, the pool supervisor noted the water in the main pool to be lower than normal. A discharge had occurred because the automatic valve for the pool was leaking and the manual overboard valve was not closed in port. Approximately 20 cubic meters of pool water with a residual chlorine level of 3.67 ppm had been unintentionally discharged. The violation of VGP and Company requirements was reported to the U.S. Coast Guard, National Response Coordination Center and the port authority. The automatic overboard valve was removed and replaced. It was found that the manual overboard discharge valve was left open only during this instance when the incident occurred. The final overboard manual valve is normally closed when the pool is in recirculation mode. There is no formal procedure controlling operation of the manual overboard valve but normal practice when the pool is switched to recirculation mode is for the pool supervisor to call the ECR and Bridge advising of the same. The EOOW then closes the manual overboard valve of the pools. In this instance, the pool supervisor did not call the ECR to advise that the pool was in recirculation mode and the EOOW did not close the manual overboard valve. The EOOW should have checked the environmental schedule to ensure that the pools were switched to recirculation mode and that the final manual overboard valve was closed. This could have helped avoid the incident. | The EOOW should have checked the environmental schedule to ensure that the pools were switched to recirculation mode and that the final manual overboard valve was closed. This could have helped avoid the incident. Chief Engineer standing order has been updated with the following: "When the ship is inbound any Environmental Discharge Restrictions, as per the Environmental Discharge Plan, the operator must get verbal confirmation in ECR from his co-operator that the operation is complete and all the overboard valves are closed including the pool overboard discharged valves." Additionally, all engineer officers attended a meeting to reiterate and emphasize the importance of ECP and all environmental regulations. This incident has been closed with no further information. | Complete |
| 15. | 03.15.2018* | 01.12.2018 | HA Group | Koningsdam | While the ship was underway, the BCDB displayed a continuous error message and would not measure any sample water. During the failure, the ship was not discharging any processed bilge water overboard. It was found that a measuring cell of the unit was malfunctioning. The cell was replaced, tested and confirmed to be accurate. An entry was made in the ORB. | The cell was replaced, tested and confirmed to be accurate. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 16. | 03.15.2018* | 01.11.2018 | CCL | Carnival Miracle | While en route to Long Beach, CA, a low level lubricating oil alarm activated on the seal tank of a podded propulsion motor (PEM) propeller [sic]. Approximately 15 liters of biodegradable oil was used to refill the tank. Following arrival at the next port, the Chief Engineer inspected the PEM and did not find any oil inside the pod. The manufacturer advised that the oil is likely to be leaking to sea due to a faulty seal. The water around the ship was inspected and no sheen was observed. The violation of MARPOL Annex I has been reported to the National Response Coordination Center and the U.S. Coast Guard. The Port Authority was advised via the local port agent and an entry was made in the ORB. The header tank valve to the seal is being maintained closed while the ship is in port. It is being opened for short periods while underway to ensure the seal is lubricated. Staff are continuing to monitor the system for water ingress and around the ship for signs of sheen. There has been no recurrence. Divers will inspect the seal for signs of defects, leaks or foreign objects (fishing line or other debris) with the operation determined by diver availability and water quality. Absent a repeat loss or evidence of leak, the replacement of the seal will occur during the next dry dock in 2020. | The header tank valve to the seal is being maintained closed while the ship is in port. It is being opened for short periods while underway to ensure the seal is lubricated. Staff are continuing to monitor the system for water ingress and around the ship for signs of sheen. There has been no recurrence. Divers inspected the seal for signs of defects, leaks or foreign objects (fishing line or other debris) with the operation determined by diver availability and water quality. Absent a repeat loss or evidence of leak, the replacement of the seal will occur during the next dry dock in 2020. Divers did not find any leaks. | Complete |
| 17. | 03.15.2018* | 01.10.2018 | CUK | Ventura | At the start of a treated bilge water discharge operation through the BCDB, the OCM was noted to be reading a high PPM value with cloudy water coming from cell despite the sample valves being closed. No water was discharged overboard. The watchkeeper attempted to clean the OCM cell but identified a continuous leak of water from the cell. After isolating the sample cooler, the flow of water stopped. The sample cooler was removed and a new cooler was installed. The treated bilge discharge operation was then completed without further incident. An entry was made in the ORB. The cause of the internal failure of the sample cooler is not yet confirmed but is believed to be from a build-up of deposits within the cooler which then expands and deforms the plates. To prevent recurrence, a planned maintenance amendment to replace the coolers every 12-18 months is being considered. | To prevent recurrence, a planned maintenance amendment to replace the coolers every 12-18 months is being considered. | In Progress |
| 18. | 03.15.2018* | 01.08.2018 | CUK | Queen Mary 2 | The aft BCDB was opened to investigate a communication error shown on the system monitor screen. The problem was found to be the OCM cell, which had failed. The cell was replaced and the system put back in service. There was no non-compliant discharge of bilge water as the BCDB returned flow to the bilge settling tank due to alarm condition. There was a brief reduction in treated oily bilge discharge capacity while the affected BCDB was out of service. The forward BCDB remained operational. The faulty cell has been returned to the manufacturer for repair. An entry was made in the ORB. | The cell was replaced and the system put back in service. There was no non-compliant discharge of bilge water as the BCDB returned flow to the bilge settling tank due to alarm condition. There was a brief reduction in treated oily bilge discharge capacity while the affected BCDB was out of service. The forward BCDB remained operational. The faulty cell has been returned to the manufacturer for repair. This incident has been closed with no further information. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 19. | 03.15.2018* | 01.07.2018 | CCL | Carnival Pride | During ballast water discharge operations while alongside in Baltimore, MD, approximately three cubic meters of sea water contaminated with grey water were discharged overboard in violation of local regulations. The National Response Coordination Center and U.S. Coast Guard were notified of the violation of VGP and Company requirements. An investigation found there had been no plan to discharge the two tanks that were eventually discharged in port. This was undertaken as a side shell door was not aligning with the pier because of an extremely low tide. The ship had not flushed this section of the ballast water line at sea before entering the port. The EOOW has been re-trained by the Chief Engineer and a notice will be issued to instruct ships to flush all ballast water lines related to black/grey discharge lines before entering restricted areas. | The EOOW has been retrained by the Chief Engineer and a notice sent to the ships gave instructions to flush all ballast water lines related to black/grey discharge lines before entering restricted areas. | Complete |
| 20. | 03.15.2018* | 01.06.2018 | HA Group | Sapphire Princess | While alongside in Penang, Malaysia, with two diesel generators (DG) on line, the ship experienced a blackout which resulted in the water content of all eight passenger jacuzzis being automatically dumped overboard as per the ship's design. Approximately 12 cubic meters of fresh water was discharged overboard. The discharge was not a MARPOL violation but did violate Corporate requirements. The blackout lasted for approximately four minutes. To facilitate an upgrade of the power management system, the DGs were in remote mode. When the DG cooling water pumps shut down unexpectedly, having the DGs in remote mode resulted in the blackout. The local agent has been informed and an entry made in the ship's log. The configuration of the jacuzzi dumping valves has now been changed from a 'fail open' to a 'fail closed' arrangement. Also recorded as a Full Blackout. The CAM understands that this incident was a violation of Company requirements only. | The configuration of the jacuzzi dumping valves has now been changed from a 'fail open' to a 'fail closed' arrangement. | Complete |
| 21. | 03.15.2018* | 01.01.2018 | CCL | Carnival Pride | Approximately 225 cubic meters of grey water were discharged over a six day period between four and 12 nautical miles of land in violation of brand-specific requirements. The incident was caused by a misunderstanding of the corresponding Environmental Notice by deck officers. A meeting was conducted by the Captain on the Bridge with the entire deck team to review all environmental restrictions. Conference calls with the entire fleet are also being conducted to review this incident and reinforce the brand-specific requirements. The CAM understands that this incident was a violation of Company requirements only. | A meeting was conducted by the Captain on the Bridge with the entire deck team to review all environmental restrictions. Conference calls with the entire fleet are reviewed this incident and reinforced the brand-specific requirements. This incident was closed with no further information. | Complete |

52

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 22. | 03.15.2018* | 12.28.2017 | HA Group | Star Princess | While the ship was underway, the EO was informed that the static oily water separator (OWS) was not functioning properly and was out of service for maintenance. Back pressure from partially blocked pipework prevented operation of the three way valve. A modification proposal was approved to allow sections of pipe to be replaced and a temporary flow regulation valve installed between the BCDB and the clean bilge tank. This modification limited the back pressure as per the manufacturer's recommendation. The static OWS was put back in operation. The ship's vessel's centrifugal OWS was used to process the bilge during the period the static OWS was not in operation. Critical spare parts were on board but they were not required/needed during the incident. An entry was made in the ORB. | The static OWS was put back in operation. The ship's vessel's centrifugal OWS was used to process the bilge during the period the static OWS was not in operation. Critical spare parts were on board but they were not required/needed during the incident. | Complete |
| 23. | 03.15.2018* | 12.27.2017 | CCL | Carnival Triumph | During maneuvering in the entrance to the Mississippi River, the ship listed to approximately 3.5 degrees and caused five cubic meters of recreational water to overflow from a pool onto the open decks and drain overboard via the open deck scupper drains. At the time of the incident, the pool water had a residual chlorine level of 2.6ppm and the spill was therefore a violation of Vessel General Permit requirements. The incident will be reported to the local Coast Guard office and the National Response Coordination Center. No further action was requested although it is being evaluated if it is possible to lower the pool water levels and still meet passenger and public health needs. The local Coast Guard office (Petty Officer Ash Worth) and the National Response Coordination Center (civilian watch stander Kevin Williams, NRC #120-0712) received verbal reports of the incident. | On March 2, 2018, Masters, Chief Engineers and Hotel Directors received a fleet notice to take the following actions and then confirm compliance: 1) Prior to arrival within a country's restricted waters (for RWF discharge), Masters in consultation with Chief Engineers and Hotel Directors shall make a determination that if the anticipated weather or maneuvering conditions (speed, turn rate, winds, traffic, etc.) introduce a reasonable likelihood that the ship will list to the degree that water could overflow from recreational water facilities, the levels shall be lowered; 2) While moored or at anchor, if the ship has a way to lower the levels without an overboard discharge then you may increase the levels back to beach, however the levels must be lowered back to skimmer prior to getting underway. The level must remain lowered until exiting areas where RWF water discharge is restricted; and 3) The times for lowering and increasing the water levels must be included in the Environmental schedule (comments section) and discussed in the voyage overview. No further action was requested although it is being evaluated if it is possible to lower the pool water levels and still meet passenger and public health needs. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 24. | 03.15.2018* | 12. 27. 2017 | CCL | Carnival Victory | Both of the ship's oily water separators (OWS) were taken out of service on the same day. The OCM on one OWS was showing an error message and the glass of the cell was cracked. The second OWS had no flow through the flow switch causing the system to alarm. A manufacturer's technician attended the ship on 28 December to complete repairs. It was not identified how the glass on the first OCM became broken. The outlet line from the second OCM cell was blocked thus not allowing the bilge water sample to circulate thorough the OCM sample line. Both OWS systems were returned to service with all bilge being offloaded shoreside on 28 December. The ship has a requisition in place for spares pending delivery. There were no spares on board at the time. Shoreside management is following up to expedite delivery of spare OCMs. The OWS systems are currently in service and spares are now available onboard. | The OWS systems are currently in service and spares are now available onboard. | Complete |
| 25. | 03.15.2018* | 12.26.2017 | CCL | Carnival Dream | Approximately three cubic meters of recreational water from the water park tank was discharged inside 12 nautical miles from nearest land in violation of brand-specific requirements to limit all discharges outside 12 nautical miles from baseline or nearest land . The discharge is believed to have been caused by a failure of the software that automatically controls the discharge valve. The manual overboard valve was closed to prevent further release. No external authorities were notified as the incident only violated internal requirements. The CAM understands that this incident was a violation of Company requirements only. | The manual overboard valve was closed to prevent further release. | Complete |
| 26. | 03.15.2018* | 12.23.2017 | CUK | Queen Elizabeth | During the annual centrifugal oily water separator (OWS) operational test, the alarm activated when the oil content exceeded 15 ppm, however the OWS oil content monitor (OCM) indicated zero ppm throughout test. No processed bilge has been discharged overboard via the centrifugal OWS since July 2017. It has been used routinely for recirculating the bilge retention tanks prior to discharge overboard using the static OWS. The OWS systems are tested monthly with no deficiencies were reported on the centrifugal OWS after the previous test on 08 November 2017. All critical spares were onboard. The OCM on the centrifugal OWS was replaced and tested and the OWS was returned to service on 26 December. | The OCM on the centrifugal OWS was replaced and tested and the OWS was returned to service on 26 December. | Complete |
| 27. | 03.15.2018* | 12.19.2017 | HA Group | Rotterdam | A newly commissioned oily water separator (OWS), installed during drydock in October 2017, had an issue with a faulty valve. Once the valve was replaced, the OWS was put back in operation. The OWS has the capacity to address the bilge water processing needs. The spares for both new OWS systems are on order and the order is being expedited with the manufacturer. Currently, parts are expected in several batches, between mid-January 2018 to March 2018. The manufacturer was aware of the issue with the valve but was not required as a Company Project Engineer attended the ship and was able to resolve the issue | The spares for both new OWS systems were ordered and the order was being expedited with the manufacturer.  A check of AMOS found all OWS spares have been delivered, except for two orders, which will arrive on June 16, 2018.  The manufacturer was aware of the issue with the valve but was not required as a Company Project Engineer attended the ship and was able to resolve the issue. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 28. | 03.15.2018* | 12.18.2017 | CUK | Queen Mary 2 | While underway and 630 nautical miles from land, approximately four cubic meters of untreated sewage were discharged overboard in violation of Company waste water management requirements. The discharge was identified following a review of the Sewage and Greywater Log by the EO. The black water EVAC tank had backed up due to a loss of air supply to the sewage screen press. The failed screen press and the membrane bioreactor (MBR) system were bypassed in order to fix the issue. With no tank available to divert flow to/from the EVAC tank in case of malfunction, the overboard discharge occurred. The MBR system is not on the planned maintenance system as it is waiting processing by the AMOS team. The EOOW actioned the bypass without raising an Exception Request (ER) in order to investigate/repair the issue. There was no alarm in the ECR. Further clarification on untreated sewage discharge requirements and the need to raise ERs for this type of situation is being conducted with all EOOWs. In response to the incident, the SEOOWS received further guidance of company policy requirements and MARPOL regulations. The CAM understands that this incident was a violation of Company requirements only. | In response to the incident, the SEOOWS received further guidance of company policy requirements and MARPOL regulations. | Complete |
| 29. | 03.15.2018* | 01.25.2018 | CCL | Carnival Breeze | While the ship was alongside in Mahogany Bay, Isla Roatan, a passenger accidentally dropped her purse into the sea from the pier. Port authority divers tried to retrieve the purse but it was not found. The MARPOL Annex V violation was reported to the port authority. | CCL updated the passenger cruise ticket contract to include language regarding guest liability for any environmental fines or damage caused by the guest's illegal dumping or pollution of any kind. The updated contract went into effect on May 10, 2018. The crew received additional training. | Complete |
| 30. | 03.15.2018* | 01.25.2018 | CCL | Carnival Fascination | While the ship was alongside in St. Croix, U.S. Virgin Islands, a bucket fell into the sea while a crew member was taking a sea water sample for to test for water density. The bucket sank immediately and was not recovered. The MARPOL Annex V violation was reported to the port authorities via the port agent.  The crew now use a double knot to secure the bucket. | The crew received additional training.  The crew now use a double knot to secure the bucket. | Complete |
| 31. | 03.15.2018* | 01.24.2018 | HA Group | Zuiderdam | While the ship was alongside in Puerto Limon, Costa Rica, a four foot long wooden dowel from a lifeboat canvas fell into the water during lifeboat maintenance. The dowel was not recovered as it had already drifted out of sight by the time it was noticed to be missing. To prevent recurrence, the Safety Officer checked the condition of the canvases that retain the dowels on other lifeboats. The port authority was notified of the MARPOL Annex V violation via the local agent and an entry was made in the Garbage Record Book. To prevent recurrence, the condition of the canvases will be checked during the monthly lifeboat inspections. | To prevent recurrence, the condition of the canvases will be checked during the monthly lifeboat inspections. | Complete |

55

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 32. | 03.15.2018* | 01.23.2018 | CCL | Carnival Elation | While the ship was underway, two male passengers threw a restaurant chair overboard. The passengers were advised of the consequences of their actions. One passenger admitted throwing the chair overboard for no apparent reason and apologized for his actions. During their interview, it was noted that both passengers were under the influence of alcohol. Both passengers agreed to refrain from repeating their actions and written statements were obtained. The MARPOL Annex V violation occurred while the ship was outside 12 nautical miles from the nearest land. | CCL updated the passenger cruise ticket contract to include language regarding guest liability for any environmental fines or damage caused by the guest's illegal dumping or pollution of any kind. The updated contract went into effect on May 10, 2018. | Complete |
| 33. | 03.15.2018* | 01.22.2018 | Costa Group | AIDAvita | While the ship was alongside in Praia da Vitoria, Azores, the duty Fire Patrol accidentally dropped his portable UHF radio overboard in violation of MARPOL Annex V. It was not possible to recover the radio. Local authorities were notified. Preventive actions included instructing the involved crew member in taking greater care. Environmental training on board for awareness and prevention is ongoing. Additionally, ongoing environmental training on board for awareness and prevention uses TRG 2308 and the Environmental Induction Process including TRG-ENV-2302-2303-2304-2305. An ECN will shortly be issued that discusses these kinds of incidents and preventative actions. | Ongoing environmental training on board for awareness and prevention uses TRG 2308 and the Environmental Induction Process including TRG-ENV-2302-2303-2304-2305. Additionally, ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 34. | 03.15.2018* | 01.22.2018 | CCL | Carnival Spirit | While the ship was alongside in Suva, Fiji, a crew member dropped her identification card as she was crossing the gangway to board the ship. The card sank between the ship and the pier and was not recovered. The MARPOL Annex V violation was reported to the port authority via the local agent. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 35. | 03.15.2018* | 01.20.2018 | HA Group | Zuiderdam | While the ship was alongside in Oranjestad, Aruba, a passenger's hat fell into the sea due to a gust of wind. The hat sank before it could be recovered. The violation of MARPOL Annex V was reported to port authorities via the local agent. | The Welcome Book, available in every cabin, advises guests to secure loose items. | Complete |
| 36. | 03.15.2018* | 01.18.2018 | CCL | Carnival Miracle | While the ship was alongside in Puerto Quetzal, Guatemala, a crew member reported that he had accidentally dropped his identification card into the sea. The crew member was advised to clip the card to his clothing to prevent recurrence. The MARPOL Annex V violation was reported to the port authority via the local agent. | The crew member was advised to clip the card to his clothing to prevent recurrence. Additionally, ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 37. | 03.15.2018* | 01.17.2018 | CCL | Carnival Miracle | While the ship was en route to Puerto Quetzal, Guatemala, the bottom part of a cabana was blown overboard due to high winds. It was confirmed that, after receiving a bad weather notification, all the cabanas had been secured with rope to each other and to a ship's side rail. It is believed that the lower portion of a cabana detached from the top portion and was blown overboard in violation of MARPOL Annex V. At the time of the incident, the ship was in international waters. The ship's Flag Administration were notified but an entry was not required in the Garbage Record Book. | Crewmembers improved securing methods by using additional nets. This incident has been closed with no further information. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 38. | 03.15.2018* | 01.16.2018 | Costa Group | AIDAvita | While the ship was underway in waters off the Canary Islands, Portugal, two sunbeds were observed being lifted and blown overboard due to the strong wind. No injuries were reported. The sunbeds had been secured in the evening but were blown off the ship in violation of MARPOL Annex V as the open decks were being set-up in the morning by the crew. Preventive action was carried out in the form of an instruction to the involved crew to undertake all necessary precautions to avoid recurrence during challenging environmental conditions. Authorities were not notified and no entry was made in the Garbage Record Book. | Preventive action was carried out in the form of an instruction to the involved crew to undertake all necessary precautions to avoid recurrence during challenging environmental conditions. | Complete |
| 39. | 03.15.2018* | 01.14.2018 | HA Group | Pacific Princess | While the ship was at anchor in San Juan Del Sur, Nicaragua, a passenger's cotton hat was blown into the sea. The hat sank immediately and recovery was not possible. The violation of MARPOL Annex V was reported to port authorities via the local agent. An entry was made in the Garbage Record Book. | The Welcome Book, available in every cabin, advises guests to secure loose items. | Complete |
| 40. | 03.15.2018* | 01.13.2018 | HA Group | Emerald Princess | While en route to Amalia Glacier, Chile, in heavy weather, a glass panel on an open deck shattered, resulting in pieces of glass falling onto the guest balconies on the decks below and into the water. No injuries resulted from the panel breaking. The glass panel was replaced on arrival into Puerto Montt, Chile on 15 January. At the time of the incident the ship was approximately five nautical miles from the nearest land. The local agent was informed of the MARPOL Annex V violation and an entry was made in the Garbage Record Book. | The glass panel was replaced on arrival into Puerto Montt, Chile on January 15, 2018. | Complete |
| 41. | 03.15.2018* | 01.12.2018 | HA Group | Oosterdam | During the rigging of the portside tender platform while at anchor in Cabo San Lucas, Mexico, two metal stanchions accidentally fell into the water and sank. The local ship's agent has been advised of the MARPOL Annex V violation and an entry has been made in the Garbage Record Book. | The local ship's agent has been advised of the MARPOL Annex V violation and an entry has been made in the Garbage Record Book. | Complete |
| 42. | 03.15.2018* | 01.11.2018 | CCL | Carnival Conquest | While the ship was underway in international waters, a crew member's lanyard and identification card were blown overboard. The crew member reported the matter to her supervisor. The crew member is a new hire and she was guided to be more careful while in open deck areas. The MARPOL Annex V violation was not reported to any authorities. | The crew member is a new hire and she was guided to be more careful while in open deck areas. Additionally, ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 43. | 03.15.2018* | 01.09.2018 | HA Group | Seabourn Odyssey | While alongside in Basseterre, Guadeloupe, a sack containing 0.5 cubic meters of crushed glass was dropped into the water during garbage offload operations. The forklift operator caught the edge of the sack on the ship's shell door and it slipped from the forks. The port agent and local authorities were informed of the MARPOL Annex V violation and an entry was made in the Garbage Record Book. It was found that a cargo net used for regular stores and luggage had been used and there had been a failure to recognize that the weight of the glass bags being offloaded was more than the net would be able to handle. The ship will be putting less glass in the bags until cargo nets that are capable of handling the weight of full bags are received. The ship ordered sturdier nets. Until cargo nets capable of handling the weight are delivered, the ship will be putting less glass in the bags as well as using double nets. | The ship is now using cargo nets that are capable of handling the weight of full bags. | Complete |
| 44. | 03.15.2018* | 01.07.2018 | HA Group | Koningsdam | During the arrival mooring operation in Castries, St Lucia, the forward section of an extendable boat hook fell over the side. The forward mooring party was using the boat hook to handle a heaving line. The heaving line became entangled on a mooring line, which pulled out the extendable section of the boat hook, causing it to fall in the water in violation of MARPOL Annex V. The hook sunk immediately and it was not possible to recover it. The ship's agent and local authorities were informed and an entry was made in the Garbage Record Book. | The hook sunk immediately and it was not possible to recover it. The ship's agent and local authorities were informed and an entry was made in the Garbage Record Book. | Complete |
| 45. | 03.15.2018* | 01.06.2018 | Costa Group | AIDAluna | While underway, a passenger reported that he had seen a chair falling into the sea. An investigation found a chair from one of the forward passenger suite balconies was missing. It is believed that strong wind forces in this area caused the chair to be blown overboard in violation of MARPOL Annex V. Preventative actions are being undertaken, including lashing the furniture on these cabin balconies when poor environmental conditions are expected. | Preventative actions are being undertaken, including lashing the furniture on these cabin balconies when poor environmental conditions are expected. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 46. | 03.15.2018* | 01.06.2018 | HA Group | Amsterdam | Following repairs to a tender gearbox cooler while the ship was in George Town, Grand Cayman, the repaired tender was being tested. Approximately two minutes after the test run was started, an oil sheen was sighted from the Bridge. The tender was immediately returned to the blocks and hoisted back on board. The sheen rapidly dissipated due to high winds and no cleanup actions were possible. An inspection determined that approximately three liters of biodegradable oil was lost overboard. The internal seals in the new gearbox cooler had failed and the oil was discharged into the sea along with the cooling water of the engine. Local authorities and the port agent were informed of the MARPOL Annex I violation and entries were made in the Oil Record Book and the Deck Log. | *See* MNC 1 for the TPA Final Audit Findings for the AMSTERDAM: Root Cause Analysis indicated on the morning of January 6th, an issue with the cooler was identified, requiring a replacement of the cooler unit with a new OEM part retained onboard the vessel. The item was correctly fitted as per OEM guidelines, however due to the boat requiring to be waterborne for the test, could not be tested prior to launch. Upon startup of the engine, the leak was identified, and boat was removed from the water to prevent any further leakage. Due to the seal being internal, it was not possible for the vessel to foresee this incident. The tender was immediately returned to the blocks and hoisted back on board. The sheen rapidly dissipated due to high winds and no cleanup actions were possible. An inspection determined that approximately three liters of biodegradable oil was lost overboard. The internal seals in the new gearbox cooler had failed and the oil was discharged into the sea along with the cooling water of the engine. This incident has been closed with no further information. | Complete |
| 47. | 03.15.2018* | 01.04.2018 | CCL | Carnival Sunshine | Following a lifeboat drill while alongside in Port of Roatan, Honduras, a lifeboat davit hydraulic pipe was noted leaking. A few drops spilled into the water in violation of MARPOL Annex I, creating a visible sheen which was dissipated by the current. Operation of the affected davit was immediately stopped and the failed hydraulic hose was replaced. Shoreside Environmental Operations and the local Port Authority were notified by the EO but no further action was requested. An entry was made in the ORB. | Operation of the affected davit was immediately stopped and the failed hydraulic hose was replaced. | Complete |
| 48. | 03.15.2018* | 01.04.2018 | HA Group | Rotterdam | During the ship's arrival into Mahogany Bay, Honduras, a crewmember dropped his plastic safety helmet into the water from the starboard forward mooring deck platform in violation of MARPOL Annex V. The helmet, which was not fitted with a chin strap, was lost as a result of a strong wind gust. The incident was reported to the Port Agent and an entry was made in the Garbage Record Book. As current helmets become unserviceable [sic], they will be replaced with models fitted with integrated chin straps. | As current helmets become unserviceable, they will be replaced with models fitted with integrated chin straps. Additionally, ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 49. | 03.15.2018* | 01.04.2018 | HA Group | Zuiderdam | While underway towards Puerto Limon, Costa Rica, a signal light fell from the radar mast onto the deck below and shattered. The incident was caused by a failure of the light's securing mechanism combined with strong winds encountered overnight. An estimated one kg of plastic was lost overboard in violation of MARPOL Annex V. An entry was made in the Garbage Record Book. No authorities were informed as the incident occurred outside 12 nautical miles. | An entry was made in the Garbage Record Book. No authorities were informed as the incident occurred outside 12 nautical miles. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 50. | 03.15.2018* | 01.03.2018 | HA Group | Eurodam | During the ship's arrival into Grand Turk, Turks and Caicos Islands, a crewmember accidentally dropped his identification card into the water from the forward mooring deck. The card could not be recovered. The port agent was informed of the MARPOL Annex V violation and an entry was made in the Garbage Record Book. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 51. | 03.15.2018* | 12.30.2017 | HA Group | Star Princess | While underway in international waters, a small aluminum and wood table was thrown overboard by a passenger and not recovered. The MARPOL Annex V violation was recorded in the deck log book and in the garbage logbook. An investigation identified that the table was thrown by a 10 year old boy with learning difficulties. The child's parents provided a verbal undertaking that their son would remain under their supervision at all times. | An investigation identified that the table was thrown by a 10 year old boy with learning difficulties. The child's parents provided a verbal undertaking that their son would remain under their supervision at all times. | Complete |
| 52. | 03.15.2018* | 12.28.2017 | CCL | Carnival Legend | While the ship was underway approximately 19 nautical miles from the Australian coast, two passengers threw a balcony chair and coffee table overboard. The Australian Maritime National Co-ordination Centre and the ship's Flag Administration have been informed of the violation of MARPOL Annex V. Alcohol privileges were revoked for both passengers and access to their balcony was restricted. The passengers were disembarked at the next port of call. Full cooperation is being provided to the Australian authorities in any subsequent legal actions. The event was determined to not meet the requirements to include a corresponding entry in the Garbage Record Book. | Alcohol privileges were revoked for both passengers and access to their balcony was restricted. The passengers were disembarked at the next port of call. Full cooperation is being provided to the Australian authorities in any subsequent legal actions. | Complete |
| 53. | 03.15.2018* | 12.27.2017 | HA Group | Diamond Princess | While the ship was alongside in Picton, New Zealand, the sight glass of a tender winch broke, causing a hydraulic oil spill. Approximately 50 liters was spilled on deck, 50 liters remained in the tank, and an estimated five liters was spilled into the harbor in violation of MARPOL Annex I. The spill on deck was cleaned using rags and absorbent pads. No visible sheen was sighted on the water so no attempt at cleanup was made. The sight glass was replaced and the winch is back in operation. Authorities were notified via the local agent and an entry was made in the Oil Record Book. The incident is under investigation although it is suspected that deterioration of the aluminum housing of the sight glass caused the glass to fail when pressurized. Once the sight glass was broken, the spill occurred very quickly. | The investigation did not reveal what caused the winch's sight glass to fail. Crewmembers replaced the sight glass and added a protective shield to all the sight glasses to prevent the sight glass from accidentally being bump into. The shield should also prevent oil from spraying if a leak were to occur. The ship proactively examined the other winch sight glasses and found them to be in good condition. | Complete |
| 54. | 03.15.2018* | 12.27.2017 | HA Group | Seabourn Odyssey | While alongside in Bridgetown, Barbados, a metal garbage bin cover was blown into the water by strong winds experienced in the port. At the time of the incident, the bin was located on the pier approximately two meters from the gangway. The EO notified the local port agent and port authorities of the MARPOL Annex V violation and an entry was made in the Garbage Record Book. | The EO notified the local port agent and port authorities of the MARPOL Annex V violation and an entry was made in the Garbage Record Book. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 55. | 03.15.2018* | 12.26.2017 | HA Group | Eurodam | While the ship was alongside in Grand Turk, Turks and Caicos Islands, a passenger's hat was blown into the water as she disembarked. The hat could not be recovered. The local agent was notified of the MARPOL Annex V violation and an entry was made in the garbage record book. | The Welcome Book, available in every cabin, advises guests to secure loose items. | Complete |
| 56. | 03.15.2018* | 12.25.2017 | HA Group | Emerald Princess | While the ship was at anchor in Punta Arenas, Chile, a waterproof canvas lifeboat-hook cover fell into the water and could not be retrieved. The cover had not been properly secured and was blown overboard by strong winds. An entry was made in the Garbage Record Book and the local agent was informed of the violation of MARPOL Annex V. All similar covers were checked for secure fitment and the need to properly secure covers and other items on deck was reiterated to the deck hands. | All similar covers were checked for secure fitment and the need to properly secure covers and other items on deck was reiterated to the deck hands. | Complete |
| 57. | 03.15.2018* | 12.24.2017 | HA Group | Emerald Princess | While maneuvering at Amalia Glacier, Chile, a passenger accidentally dropped an umbrella into the water from the promenade deck. The umbrella sank and could not be recovered. An entry was made in the Garbage Record Book. The port authority was notified of the MARPOL Annex V violation via the ship's agent. | The Welcome Book, available in every cabin, advises guests to secure loose items. | Complete |
| 58. | 03.15.2018* | 12.23.2017 | HA Group | Pacific Princess | During a crew drill while alongside in Fort Lauderdale, FL, a black strap from a liferaft shell fell overboard. The strap broke free from the shell when its connector failed during the inflation of the liferaft. An entry was made in the Garbage Record Book and the Deck Log Book. Port Authorities were informed of the MARPOL Annex V violation via the port agent and it was confirmed that no further action was required. Other liferafts on the ship do not have similar connectors as the affected liferaft was a training device and the connector is to facilitate collection, deflation and return of the device to the manufacturer. | Other life rafts on the ship do not have similar connectors as the affected life raft was a training device and the connector is to facilitate collection, deflation and return of the device to the manufacturer. | Complete |
| 59. | 03.15.2018* | 12.22.2017 | HA Group | Amsterdam | During tender operations while at anchor in Cabo San Lucas, Mexico, a hydraulic hose coupling came loose on a tender platform. A few drops of biodegradable hydraulic oil spilled into the water in violation of MARPOL Annex I and were not recovered. The coupling was tightened and the dripping stopped. Port Authorities were informed and an entry was made in the ORB. An oil absorbent pad was placed under the coupling as an additional safeguard. All other tender platforms were checked and no leaks were found. | An oil absorbent pad was placed under the coupling as an additional safeguard. All other tender platforms were checked and no leaks were found. | Complete |
| 60. | 03.15.2018* | 12.20.2017 | HA Group | Eurodam | During the ship's arrival into Falmouth, Jamaica, a crewmember dropped his plastic safety helmet into the water from the port forward mooring deck platform, and it was not able to be recovered resulting in a violation of MARPOL Annex V. The helmet was not fitted with a chin strap and was lost as a result of a strong wind gust. The incident was reported to the Port Agent and an entry was made in the garbage record book. As current helmets become unserviceable [sic], they will be replaced with models fitted with integrated chin straps. | As current helmets become unserviceable, they will be replaced with models fitted with integrated chin straps. ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 61. | 03.15.2018* | 02.22.2018 | CUK | Ventura | A centrifugal oily water separator (OWS) tripped due to low pressure and bowl leakage alarms, resulting in an inability to process bilge water. Bilge offload had already been arranged while in New Orleans, LA, due to the ship's scheduled duration inside 12 nautical miles. The OWS was stripped down and a piston gasket was found damaged. The gasket was replaced and the OWS was tested and put back in service. | The OWS was stripped down and a piston gasket was found damaged. The gasket was replaced and the OWS was tested and put back in service. | Complete |
| 62. | 03.15.2018* | 02.19.2018 | HA Group | Noordam | While the ship was en route to Gisborne, New Zealand, the ram of the ship's only incinerator seized due to apparent deformation, rendering the incinerator inoperable. The ram was repaired on board and returned to service three days later. Critical spares were on board the ship. The incinerator was repaired and put back in service. Initial investigations found metal fatigue as the cause. Further investigations are ongoing. | The ram was repaired onboard and returned to service three days later. Critical spares were onboard the ship. The incinerator was repaired and put back in service. | Complete |
| 63. | 03.15.2018* | 02.12.2018 | Costa Group | Costa Atlantica | While the ship was en route to Ishigaki, Japan, an incinerator was unable to start. An investigation determined that during a recent drydock, a complete renewal of the fire detection system was performed and a new release of software had been implemented. A false alarm signal in the fire detection system was found to be blocking the incinerator start sequence. The issue will be solved with the installation of an updated version of the software. A technicians service on board is scheduled on 03 March. | A service technician resolved a cable connection problem during the service conducted during the March 1-5, 2018 period. | Complete |
| 64. | 03.15.2018* | 02.07.2018 | HA Group | Westerdam | While the ship was en route to Cartagena, Colombia, maintenance was being conducted on a blocked oily-sludge tank vent line. The engineer in charge washed sections of sludge-coated pipeline in the garbage room bin washing station, which drains into the grey water tank servicing the passenger galleys. This grey water tank was being discharged at the time, resulting in sludge residue being discharged overboard in violation of MARPOL Annex I. As soon as the situation was recognized, the discharge pumps were stopped, the grey water tank pumps were isolated and the galley drains were rerouted to a different grey water tank. One kilogram of sludge residue was collected from the contaminated tank, with an estimated 0.5 kg being lost overboard. The incident occurred outside 12 nautical miles from the nearest land. The contents of the contaminated tank will be discharged ashore and the empty tank will be decontaminated and cleaned. The ship's engineers have been counselled on the matter and a thorough review of the facts and circumstance surrounding the incident will be conducted. Lessons learned, corrective and preventative actions will be detailed and implemented at the earliest opportunity. A corresponding entry has been made in the ORB. | The crewmembers had the contents of the contaminated tank discharged ashore and the empty tank decontaminated and cleaned. The ship's engineers have been counselled on the matter and thoroughly reviewed the facts and circumstance surrounding the incident. Lessons learned, corrective and preventative actions were detailed and implemented on February 10, 2018. A corresponding entry has been made in the ORB. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 65. | 03.15.2018* | 02.06.2018 | CCL | Carnival Triumph | While departing Progreso, Mexico, the change of course combined with a 32 knot wind caused the ship to list approximately one degree to port. Approximately eight cubic meters of water with a 1.2 ppm chlorine level overflowed from the main pool and discharged overboard through the scupper drains in violation of company requirements. At the time of the incident, the pool was filled to beach/harbor level. The port authority was notified via the local agent. A procedural revision under review which will lower the level of all pools where overflow and/or discharge inside areas subject to discharge restrictions is foreseen. The CAM understands that this incident is a violation of Company requirements only. | The fleet received a notice on March 2, 2018, instructing all CCL vessels to lower the levels of all pools when overflow and/or discharge while inside areas subject to discharge restrictions is foreseeable. | Complete |
| 66. | 03.15.2018* | 02.04.2018 | CCL | Carnival Pride | While underway within three nautical miles of the U.S. coast, approximately 27 cubic meters of pool water with a 3.6 ppm chlorine level was discharged due to the malfunction of a pool control system. The control system was displaying an error message and the manual overboard valve for the pool was open, allowing the discharge to occur in violation of VGP requirements. The chart recorder was checked to confirm the location of the discharge. The National Response Coordination Center and local U.S. Coast Guard were advised. The pool computer was reset and is not showing any error. By default, the automatic valve will fail-safe open and the pool will dump. The incident was partially due to the ongoing need to have an open overboard valve for emergency response to a stability problem. As a preventative action, the possibility of diverting recreational water facility discharge to the grey or ballast water systems while the ship is inside environmentally restricted areas is being reviewed. | CCL approved the plans to divert the recreational water facility discharge to the grey water system.  The changes are expected to be implemented on all Sprit Class vessels before the end of August 2018. | In Progress |
| 67. | 03.15.2018* | 02.03.2018 | CCL | Carnival Splendor | During hull maintenance while alongside Long Beach, CA, approximately 200 milliliters (seven fluid ounces) of paint spilled from a bucket that was tied to a floating platform. The paint quickly dissipated in the strong current and could not be recovered. The MARPOL Annex I violation was reported to the U.S. Coast Guard, National Response Coordination Center and the Port Authority. An investigation found the Safety Officer was supervising the maintenance but bunkering had delayed the operation and the crew had been attempting to complete the job ahead of the ship's scheduled departure time. Water movement due to passing craft caused the painting platform to move, resulting in the spill. A combination of human error and ineffective oversight caused the incident together with ineffective preparation as the painting team failed to have absorbent [sic] materials readily available. The crew members involved were advised to exercise caution when completing similar operations and the lessons learned will be incorporated into a revision of painting procedures. | A combination of human error and ineffective oversight caused the incident together with ineffective preparation as the painting team failed to have absorbent materials readily available. The crew members involved were advised to exercise caution when completing similar operations and the lessons learned will be incorporated into a revision of painting procedures. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 68. | 03.15.2018* | 02.02.2018 | HA Group | Noordam | While the ship was en route to Melbourne, Australia, the primary burner fuel pump of the ship's incinerator seized, severely damaging the pump shaft and rendering the incinerator inoperable. Spare parts were on board and the incinerator was put back in service the following day. | Spare parts were onboard and the incinerator was put back in service the following day. | Complete |
| 69. | 03.15.2018* | 01.27.2018 | CCL | Carnival Splendor | While the ship was alongside in Long Beach, CA, ballast water was discharged in violation of California 'Marine Invasive Species Program' regulations. The required ballast water reporting forms were also not sent on time to the National Ballast Information Clearinghouse and the California State Lands Commission due to an administrative oversight. The ship had relocated from Florida and the improper discharge occurred during the ship's first call in Long Beach. The improper discharge was identified by the new Staff Captain when reviewing the ballast water records. An initial investigation has found there was inadequate voyage planning for the relocation cruise. Ballast water requirements had not been discussed during the voyage overview meeting. Relevant procedures were not followed and the Ballast Water Management Plan had not been updated to reflect the relocation voyage or subsequent voyages. Handovers of the Captain, Staff Captain and Voyage Officer had been conducted just before or during the relocation voyage. The ship had taken on sea water ballast for stability purposes and this had been discharged in port to allow bunkering of potable water and fuel. The CAM understands that this incident is a violation of California regulations only. | Ballast water management plan was updated to reflect the California ballast water requirements. The ships no longer discharge ballast water in the port of Long Beach, California. This incident was discussed during monthly conference calls and a "Must See Notice" was sent out corporate wide. The RAAS investigation concluded that the direct cause of the incident was that voyage planning and overview was not conducted as per procedural requirements. As a preventative action, a Lessons learned note will be sent out to the fleet, to raise ships awareness regarding this issue. This will also include importance of voyage planning and correct process to develop and communicate a complete voyage plan and environmental schedule. Additionally, CCL will develop a more robust ballast water management training program to ensure that all officers and engineers are well educated in regards to ballast water requirements and ENV 1501. CCL will also develop a short presentation on how a comprehensive voyage overview should be conducted to meet the requirements of ENV 1001 and MAR 1301. Staff Captain Giuseppe Strano will be given a positive performance for being diligent and raising this issue as soon as he became aware of the situation. | In Progress |
| 70. | 03.15.2018* | 01.27.2018 | HA Group | Oosterdam | During painting operations while alongside in Nawiliwili, Hawaii, a bucket containing oil-based paint was kicked over and 50 milliliters [sic] (less than two fluid ounces) of paint fell into the water. A paint catcher, used as a precaution, was insufficient to contain all the paint due to the manner in which it was spilled. Absorbent pads were deployed and all visible paint was recovered. The incident was a violation of MARPOL Annex I and Environmental Protection Agency (EPA) VGP requirements. The EPA, National Response Coordination Center and U.S. Coast Guard were notified. An entry was made in the ORB and a report was sent to the EPA. To prevent recurrence, an expandable paint catcher will be used and, where practicable, paint containers will be fixed to cherry picker platforms. The United States Coast Guard fined Holland America Line $500 for the discharge, which Holland America Line paid. | The United States Coast Guard fined Holland America Line $500 for the discharge, which Holland America Line paid. To prevent recurrence, an expandable paint catcher will be used and, where practicable, paint containers will be fixed to cherry picker platforms. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 71. | 03.15.2018* | 01.22.2018 | HA Group | Royal Princess | The sample water cooler of the centrifugal oily water separator (OWS) was found to be leaking. During the initial repairs, debris entered into the sample line which resulted in the sample line three-way valve becoming inoperable. A new three-way valve was installed. The three-way valve on the feed side of the system was overhauled at the same time. Repairs were completed the following day, and the system was tested successfully. Bilge water was not discharged overboard at any time while the OWS was out of service. An entry was made in the ORB. | A new three-way valve was installed. The three-way valve on the feed side of the system was overhauled at the same time. Repairs were completed the following day and the system was tested successfully. Bilge water was not discharged overboard at any time while the OWS was out of service. An entry was made in the ORB. | Complete |
| 72. | 03.15.2018* | 02.22.2018 | Costa Group | AIDAluna | While the ship was en route to Catalina Island, Dominican Republic, a sun lounger, a chair and a footrest were reported missing from passenger balconies. The items could not be found on board and it was concluded that they had been blown overboard by strong winds. All other items in the weather-affected areas were secured or removed. At the time of the incident, the ship was outside 12 nautical miles and no authorities were informed of the MARPOL Annex V violation. As a preventative action, the involved personnel were instructed to secure balcony items in a more timely manner. | As a preventative action, the involved personnel were instructed to secure balcony items in a more timely manner. | Complete |
| 73. | 03.15.2018* | 02.22.2018 | CCL | Carnival Conquest | During connection of a fresh water hose to a shore connection while the ship was alongside in San Juan, Puerto Rico, a small wooden ship platform/bench was accidentally knocked off the pier and into the water. The bench could not be recovered as it moved under the ship and was not visible. The violation of MARPOL Annex V was reported to the port authority via the local agent. All other wooden benches were properly secured to avoid recurrence. | All other wooden benches were properly secured to avoid recurrence. | Complete |
| 74. | 03.15.2018* | 02.22.2018 | HA Group | Island Princess | During the ship's arrival into Puerto Madryn, Argentina, a gust of wind blew a crew member's plastic safety helmet overboard and into the water from the forward mooring station. The helmet sank immediately and was not recovered. The helmet was fitted with a chin strap which was not being used. The crew member was in the habit of not using the chin strap and should have used it given the conditions. The crew member was counseled on his oversight/lack of understanding. The violation of MARPOL Annex V was reported to the local agent and an entry was made in the Garbage Record Book. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 75. | 03.15.2018* | 02.21.2018 | HA Group | Veendam | While the ship was alongside in Fort Lauderdale, FL, a crew member dropped his VHF radio into the water. The radio sank and could not be recovered. The crew member had a lanyard but the radio fell into the water when the lanyard slipped off the crew member's hand. The violation of MARPOL Annex V was reported to authorities via the local agent and an entry was made in the Garbage Record Book. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |

65

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 76. | 03.15.2018* | 02.20.2018 | CCL | Carnival Breeze | While the ship was alongside in Key West, FL, a passenger reported that he had dropped his identification card and driver's license into the sea. Ship security were unable to recover the items due to the strong current. The violation of MARPOL Annex V was reported to local authorities. | During the embarkation safety briefing, the Cruise Director reminds guests to secure their belongings while on the outside decks and gangway. | Complete |
| 77. | 03.15.2018* | 02.20.2018 | CCL | Carnival Triumph | While the ship was en route to Yucatan, Mexico, a passenger threw three china plates, napkins and cutlery overboard. The passenger was advised about environmental regulations. No further action was taken against the passenger. Relevant authorities were notified of the MARPOL Annex V violation via the Cozumel agent. | CCL updated the passenger cruise ticket contract to include language regarding guest liability for any environmental fines or damage caused by the guest's illegal dumping or pollution of any kind. The updated contract went into effect on May 10, 2018. | Complete |
| 78. | 03.15.2018* | 02.19.2018 | HA Group | Noordam | Passengers in two separate cabins were observed throwing used cigarette ends overboard while smoking on their balconies. The passengers were informed of company and international regulations as well as the safety risks involved with throwing lit materials overboard. Additional announcements were made by the Captain asking passengers to refrain from throwing anything overboard and to reinforce the "no smoking on cabin balconies" policy. The MARPOL Annex V violations were recorded in the Garbage Record Book. | The passengers were informed of company and international regulations as well as the safety risks involved with throwing lit materials overboard. Additional announcements were made by the Captain asking passengers to refrain from throwing anything overboard and to reinforce the "no smoking on cabin balconies" policy. | Complete |
| 79. | 03.15.2018* | 02.19.2018 | HA Group | Sea Princess | During routine painting maintenance while alongside in Tauranga, New Zealand, a crew member spilled a few drops of oil-based paint into the water. Upon noticing the paint drops in the water, the maintenance was immediately suspended. The paint could not be recovered. A tarpaulin was in place to prevent paint entering the water but was not correctly positioned underneath the area being maintained. The incident occurred due to inadequate supervision and preparation. The local agent was advised of the MARPOL Annex I violation and an entry was made in the Garbage Record Book. An investigation into the preparation and supervision of the maintenance operation is ongoing. | The team underwent training on how to conduct similar jobs.  The ship ordered magnets to hold the tarpaulin.  Every 15 days the Safety Officer will conduct a meeting with all deck crew to discuss fleet environmental incidents to improve crew culture. | Complete |
| 80. | 03.15.2018* | 02.19.2018 | HA Group | Zuiderdam | During a Man Overboard exercise while the ship was at anchor in Half Moon Cay, Bahamas, a support bracket fitted to a rescue boat detached and fell overboard while the boat was being lowered. The Sib stainless steel and rubber bracket sank immediately and could not be recovered. The Safety Officer briefed his teams to be more vigilant when deploying the rescue boats. Retaining straps are being manufactured and fitted to the brackets to prevent recurrence. This incident is a violation of MARPOL Annex V and an entry was made in the Garbage Record Book. The authorities were notified. | The Safety Officer briefed his teams to be more vigilant when deploying the rescue boats. Retaining straps are being manufactured and fitted to the brackets to prevent recurrence. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 81. | 03.15.2018* | 02.18.2018 | HA Group | Zaandam | Shortly after arrival into Buenos Aires, Argentina, a crew member dropped his VHF radio from the aft mooring deck into the water. The radio sank and could not be recovered. The radio was not fitted with a lanyard. The violation of MARPOL Annex V was reported to authorities via the local agent and an entry was made in the Garbage Record Book. To prevent recurrence, all ships have been sent a reminder to use lanyards and cases when there is a risk of dropping radios overboard. | To prevent recurrence, all ships have been sent a reminder to use lanyards and cases when there is a risk of dropping radios overboard. Additionally, ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 82. | 03.15.2018* | 02.18.2018 | HA Group | Zaandam | While the ship was alongside in Buenos Aires, Argentina, a deck officer dropped his VHF radio into the water while a lifeboat was being lowered for maintenance. The radio sank and could not be recovered. The radio was not fitted with a lanyard. The violation of MARPOL Annex V was reported to authorities via the local agent and an entry was made in the Garbage Record Book. To prevent recurrence, all ships have been sent a reminder to use lanyards and cases when there is a risk of dropping radios overboard. | To prevent recurrence, all ships have been sent a reminder to use lanyards and cases when there is a risk of dropping radios overboard. Additionally, ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 83. | 03.15.2018* | 02.17.2018 | HA Group | Caribbean Princess | While the ship was anchored in Princess Cays, Bahamas, an identification card was dropped overboard by a passenger. The card, which was not on a lanyard, was not recovered. The MARPOL Annex V violation was reported to the port authority via the local agent. An entry was made in the Garbage Record Book. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 84. | 03.15.2018* | 02.16.2018 | CCL | Carnival Conquest | While the ship was alongside in Freeport, Bahamas, a crew member dropped his identification card and cabin key as he conducted a maintenance operation. The items, which had not been secured to his overalls, were not recovered. The MARPOL Annex V violation was reported to the port authority via the local agent. The Staff Captain organized a meeting with all Deck Department personnel who were instructed to secure all similar objects inside the pockets of their clothing. | The Staff Captain organized a meeting with all Deck Department personnel who were instructed to secure all similar objects inside the pockets of their clothing. | Complete |
| 85. | 03.15.2018* | 02.16.2018 | CUK | Queen Victoria | While the ship was positioned off the Amalia Glacier, Chile, a crew member who was taking photographs with his cell phone, accidentally dropped it over the side. The crew member was reminded of his environmental responsibilities. The authorities were not notified of the MARPOL Annex V violation. | The crew member was reminded of his environmental responsibilities. Additionally, ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 86. | 03.15.2018* | 02.15.2018 | CCL | Carnival Breeze | While the ship was in Isla of Roatan, Honduras, a crew member accidentally dropped a UHF radio into the sea while deck personnel were pulling a water hose onto the pier. The radio could not be recovered. The crew member was advised to be more careful in the future. All concerned parties were notified of the MARPOL Annex V violation. A suitable directive will be incorporated into the [sic] current project to eliminate items going overboard. A fleet-wide email reminding crew of their obligations to prevent these incidents and to protect company property will be circulated. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 87. | 03.15.2018* | 02.15.2018 | CCL | Carnival Ecstasy | While the ship was underway from Nassau to Charleston, a passenger threw a plastic cup overboard. A sale of alcohol restriction was placed on the passenger's account. As the ship was outside territorial waters, no authorities were notified. The EO was notified of the MARPOL Annex V violation. | CCL updated the passenger cruise ticket contract to include language regarding guest liability for any environmental fines or damage caused by the guest's illegal dumping or pollution of any kind. The updated contract went into effect on May 10, 2018. | Complete |
| 88. | 03.15.2018* | 02.15.2018 | CUK | Queen Victoria | Whilst the ship was at anchor in Punta Arenas, Chile, a deck officer dropped his VHF radio overboard. The radio sank and was not recovered. The radio was not fitted with a lanyard. The local authorities were notified of the MARPOL Annex V violation via the port agent. The deck officer was reminded of his environmental responsibilities and instructed to take greater care when working near the water. | The deck officer was reminded of his environmental responsibilities and instructed to take greater care when working near the water. Additionally, ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 89. | 03.15.2018* | 02.14.2018 | HA Group | Amsterdam | While the ship was en route to Kangaroo Island, Australia, a 57 knot wind blew a metal and plastic deckchair overboard. At the time of the incident, the ship was outside 12 nautical miles from land. The violation of MARPOL Annex V was reported to the local agent. The ship is investigating improved securing arrangements to prevent recurrence. | During the follow-up with the crew, the Environmental Officer discovered the chair had not gone over the side, but had fallen down a staircase to the deck below. A count of the furniture confirmed all chairs are onboard. | Complete |
| 90. | 03.15.2018* | 02.14.2018 | CCL | Carnival Magic | While the ship was alongside in San Juan, Mexico, a sun umbrella was blown overboard by a strong wind and could not be recovered. There is a procedure in place for securing deck furniture in heavy weather forecasts, however the strong weather was not expected therefore the umbrella was not secured. The port authority was notified of the MARPOL Annex V violation. | During strong wind conditions, crewmembers will conduct open decks inspection every hour. | Complete |
| 91. | 03.15.2018* | 02.14.2018 | CCL | Carnival Spirit | While the ship was alongside in Hobart, Australia, a total of 28 sun lounger cushions were blown overboard due to strong winds. The cushions could not be retrieved. It was not anticipated that large furniture would be blown overboard. The remaining furniture was removed to prevent further incident. The port authority were informed of the MARPOL Annex V violation via the local agent. | During strong wind conditions, crewmembers will conduct open decks inspection every hour. | Complete |
| 92. | 03.15.2018* | 02.13.2018 | CCL | Carnival Conquest | While the ship was alongside in Amber Cove, Dominican Republic, a crew member dropped his identification card and cabin key into the water. The cards could not be retrieved. The violation of MARPOL Annex V was reported to the port authority via the local agent. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 93. | 03.15.2018* | 02.13.2018 | CCL | Carnival Glory | While the ship was approximately 10 nautical miles from the coast of Belize, a passenger threw his partner's cell phone overboard. The passenger was counseled by Security Officers. The MARPOL Annex V violation was reported to the port authority via the local agent. | CCL updated the passenger cruise ticket contract to include language regarding guest liability for any environmental fines or damage caused by the guest's illegal dumping or pollution of any kind. The updated contract will go into effect on May 10, 2018. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 94. | 03.15.2018* | 02.12.2018 | CCL | Carnival Triumph | During provision loading operations while the ship was alongside in New Orleans, LA, some oil was noted in the water. It was found that a stevedore had punctured a cooking oil container on the berth and proceeded with the loading. Approximately three liters of cooking oil was spilled into the Mississippi river and could not be recovered due to the current. The violation of Annex V was reported to the National Response Coordination Center and the U.S. Coast Guard. The port authority was notified via the local agent. The stevedore supervisor was requested to ensure his staff take additional care to prevent recurrence. The CAM understands that the shoreside vendor may have been the source of this release. | The stevedore supervisor was requested to ensure his staff take additional care to prevent recurrence. | Complete |
| 95. | 03.15.2018* | 02.12.2018 | HA Group | Maasdam | While the ship was en route to Honolulu, Hawaii, a passenger dropped his cell phone overboard. The passenger reported the incident and was consequently interviewed by the Security Officer. At the time of the incident, the ship was outside 12 nautical miles from land. The MARPOL Annex V violation was entered in the Garbage Record Book. | At the time of the incident, the ship was outside 12 nautical miles from land. The MARPOL Annex V violation was entered in the Garbage Record Book. | Complete |
| 96. | 03.15.2018* | 02.11.2018 | HA Group | Zuiderdam | During the closure of a forward tender platform while the ship was alongside in Willemstad, Curacao, a hydraulic coupling failed and approximately two fluid ounces of biodegradable oil spilled into the water. The sheen dissipated quickly and no cleanup was possible. The damaged coupling was replaced and all other couplings were checked. The violation of MARPOL Annex I was reported to the port authority via the local agent and an entry was made in the ORB. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 97. | 03.15.2018* | 02.10.2018 | CCL | Carnival Triumph | While the ship was en route to New Orleans, LA, two minor passengers threw a golf ball and two golf clubs overboard. Both were identified by Security and were advised of environmental law and company policies in the presence of their parents. At the time of incident, the ship was 15 nautical miles from the Mexican coast and therefore the MARPOL Annex V violation was not reported to authorities. | CCL updated the passenger cruise ticket contract to include language regarding guest liability for any environmental fines or damage caused by the guest's illegal dumping or pollution of any kind. The updated contract went into effect on May 10, 2018. | Complete |
| 98. | 03.15.2018* | 02.09.2018 | CCL | Carnival Conquest | While a crew member was conducting maintenance in the forward mooring station, a gust of wind blew his identification card and cabin key into the water. The items were not retrieved [sic]. The ship was outside 12 nautical miles from the nearest land and therefore the violation of MARPOL Annex V was not reported to any authorities. | The crewmember received retraining on how to secure belongings.  Also, at a meeting with the deck maintenance team, the Staff Captain advised that all objects in pockets must be properly secured.  Additionally, ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 99. | 03.15.2018* | 02.09.2018 | CCL | Carnival Liberty | While the ship was alongside in Nassau, Bahamas, a crew member working on a catwalk dropped a window wiper blade into the water. The item was not recovered. The port authority was notified of the MARPOL Annex V violation via the local agent. The crew member was briefed to secure all loose items before starting work over the side of the ship. | On the afternoon of the incident, the engine officers reviewed and discussed the incident.  Additionally, ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 100. | 03.15.2018* | 02.09.2018 | CCL | Carnival Sensation | During a man overboard drill pre-inspection while alongside in Key West, FL, the training officer dropped a UHF radio into the water. The radio could not be recovered. All other radios were properly secured. The violation of MARPOL Annex V was reported to the port authority via the local agent. | Team members received retraining on securing radios while working. Additionally, ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 101. | 03.15.2018* | 02.09.2018 | HA Group | Emerald Princess | During tender operations while the ship was at anchor in Punta Arenas, Chile, a wooden flagpole and flag were detached from a tender by the wind and fell into the water. The incident was not initially noticed by the tender's crew. Once identified, recovery of the flag and pole was not possible. Securing was not sufficient in the weather conditions and flags were removed from all other tenders for the remainder of the tender operations. The securing issue is being addressed and will be standardized across the fleet. The local agent was advised of the MARPOL Annex V violation and an entry was made in the Garbage Record Book. | Securing was not sufficient in the weather conditions and flags were removed from all other tenders for the remainder of the tender operations. All HA Group ships received instructions on securing tender flagpoles by fitting or welding two small eyelets, one on the flagpole and one on the deck. When in use this tether will prevent the pole from being lost overboard should it come free from its bracket. | Complete |
| 102. | 03.15.2018* | 02.07.2018 | HA Group | Amsterdam | While the ship was en route towards Fiord land National Park, New Zealand, gale-force winds and heavy seas were encountered. The next morning, it was noted that the waterproof canvas cover was missing from the Long Range Acoustic Device (LRAD) plinth. The cover could not be found on the ship and was presumed to have been lost overboard in violation of MARPOL Annex V. The incident occurred inside 12 nautical miles of land in a New Zealand no-discharge area. Authorities were notified via the local agent and an entry was made in the Garbage Record Book. To prevent recurrence, additional lashings will be fitted to the replacement LRAD cover. | To prevent recurrence, additional lashings will be fitted to the replacement LRAD cover. | |
| 103. | 03.15.2018* | 02.07.2018 | CCL | Carnival Breeze | While the ship was approaching Freeport, Bahamas, a crew member dropped his identification card into the water due to negligence. The crew member was advised to be more careful in future. The violation of MARPOL Annex V was reported to the port authority via the local agent. | Deck personnel underwent additional onboard training.  Also, ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 104. | 03.15.2018* | 02.07.2018 | HA Group | Golden Princess | While the ship was departing Tauranga, New Zealand, a passenger reported seeing unattended 'Wet Paint' signs being blown overboard. The paper signs had been secured with adhesive tape. Five signs were lost overboard due to the wind in violation of MARPOL Annex V. The ship was inside four nautical miles of land at the time of the incident and the port authority was notified via the local agent. The Bosun was briefed regarding the incident and the ship will start using laminated signs secured with rope to prevent recurrence. | The Bosun was briefed regarding the incident and the ship will start using laminated signs secured with rope to prevent recurrence. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 105. | 03.15.2018* | 02.05.2018 | HA Group | Caribbean Princess | During liferaft party preparation training while the ship was en route to Port Everglades, FL, a manual hydraulic system isolation valve failed, causing a leak of biodegradable hydraulic fluid. Approximately 0.2 liters overflowed from the containment below the hydraulics system and spilled into the sea. The containment below the life raft station is a tray designed to collect and contain minor leaks. The hydraulic system was running when the valve failure occurred and the leak volume exceeded the capacity of the tray. The quick response of the crewmembers on scene limited the amount of hydraulic fluid spilled into the sea. At the time of the incident, the ship was outside 12 nautical miles from the nearest land. The failed valve was replaced and the area was cleaned. The MARPOL Annex I violation was recorded in the ORB. | At the time of the incident, the ship was outside 12 nautical miles from the nearest land. The failed valve was replaced and the area was cleaned. The MARPOL Annex I violation was recorded in the ORB. | Complete |
| 106. | 03.15.2018* | 02.04.2018 | HA Group | Crown Princess | While the ship was en route towards St. John's, Antigua, crew were setting up a party in a stairwell when a passenger opened a door and eight unsecured balloons were blown out the open door and overboard. The balloons were made of mylar (polyester resin with a plastic film covering). The ship was outside of 12 nautical miles at the time of incident and authorities were not notified. The violation of MARPOL Annex V was recorded in the Garbage Record Book. | The crewmembers closed the door to prevent more balloons from escaping. The crewmembers received additional training to avoid reoccurrence. | Complete |
| 107. | 03.15.2018* | 02.04.2018 | HA Group | Seabourn Odyssey | While the ship was at anchor in Saline Bay, Saint Vincent and the Grenadines, a trainee cabin steward dropped a plastic window wiper as she was cleaning glass on a balcony. The MARPOL Annex V violation was recorded in the Garbage Record Book and the local agent informed the port authorities. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 108. | 03.15.2018* | 02.03.2018 | HA Group | Carnival Glory | While the ship was alongside in Miami, FL, a deck hand dropped a cleaning brush into the water. The brush sank and was not recovered. The Port Authority was notified of the violation of MARPOL Annex V via the port agent. All deck hands were advised to be more cautious in future. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 109. | 03.15.2018* | 02.02.2018 | HA Group | Prinsendam | While the ship was en route towards Punta Arenas, Chile, the plastic top cover of the stern light was lost overboard due to 50 knot winds. The ship was outside 12 nautical miles from land. The violation of MARPOL Annex V was recorded in the Garbage Record Book. The cover has been replaced with a spare. | The ship was outside 12 nautical miles from land. The violation of MARPOL Annex V was recorded in the Garbage Record Book. The cover has been replaced with a spare. | Complete |
| 110. | 03.15.2018* | 02.01.2018 | HA Group | Maasdam | While preparing for tender operations in Waitangi, Bay of Islands, a 40 kg steel and rubber pontoon fender was dislodged by the swell and fell into the water. It was not possible to recover the fender. The violation of MARPOL Annex V was recorded in the Garbage Record Book and the local Harbormaster was informed. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 111. | 03.15.2018* | 01.31.2018 | HA Group | Eurodam | While the ship was departing George Town, Grand Cayman, a crew member accidentally dropped a metal rod used for tightening turnbuckles on the deck. The rod was lost overboard from the forward mooring deck via the hause [sic] pipe. The rod sank and was not recovered. The violation of MARPOL Annex V was noted in the Garbage Record Book and the local agent was informed. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 112. | 03.15.2018* | 01.29.2018 | CCL | Carnival Fantasy | During a drill while the ship was alongside in Progreso, Mexico, a ship telephone fell from a crew member's pocket into the water and was not recovered. The Port Authority was notified of the Marpol [sic] Annex V violation. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 113. | 03.15.2018* | 01.29.2018 | HA Group | Eurodam | During departure from Half Moon Cay, Bahamas, a plastic hard hat was lost overboard due to a strong gust of wind. The hard hat, which was not fitted with a chin strap, sank and was not recovered. The violation of MARPOL Annex V was reported to the island Manager. An entry was made in the Garbage Record Book. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 114. | 03.15.2018* | 01.27.2018 | CCL | Carnival Miracle | While alongside in Tampa, FL, divers identified an oil leak coming from a bolt hole in a rope guard cover plate. The leak was approximately 1-2 drops every 3-4 seconds. No oil sheen was noted. It was not possible to quantify the leak as there was no corresponding drop in the oil level from any of the seal tanks for the port podded propulsion motor. The divers installed a plug in the bolt hole and the ship performed a revolution test. Divers subsequently confirmed no further oil was leaking. The violation of MARPOL Annex I was reported to the National Response Coordination Center and the U.S. Coast Guard. An entry was made in the ORB. The cause of the loss of the original plug is not known. The rope guard will be removed on 10 February to check if there is any damage to the seal. The corresponding valve is being maintained closed with the exception of short periods to lubricate the seal. This will continue until the cause of the leak is identified and a permanent fix determined and completed. | The crew removed the rope guard and discovered rope entangled inside the net picker compartment.  The crew removed the entangled rope, replaced the rope guard, and tightened the bolts. | Complete |
| 115. | 03.15.2018* | 01.27.2018 | HA Group | Sun Princess | During tender operations while the ship was at anchor in Bay of Islands, New Zealand, a tender's plexiglass window pane became loose and fell in the water due to the tender's movement against the pontoon platform. The window pane sank immediately and could not be recovered. The remaining windows of the affected tender were checked for condition and an inspection of all tender windows has been added to the routine maintenance checklist. The local agent and port authorities were notified of the MARPOL Annex V violation. An entry was made in the Garbage Record Book. | The remaining windows of the affected tender were checked for condition and an inspection of all tender windows has been added to the routine maintenance checklist. | Complete |
| 116. | 03.15.2018* | 01.25.2018 | HA Group | Emerald Princess | During tender operations while the ship was at anchor in Stanley, Falkland Islands, a handheld UHF radio was accidentally dropped into the water from the starboard pontoon. The radio sank and could not be recovered. The local agent was informed of the MARPOL Annex V violation and an entry was made into the Garbage Record Book. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 117. | 05.10.2018* | 03.25.2018 | HA Group | Sea Princess | While the ship was en route to Hobart, Australia and outside 12 nautical miles from the nearest baseline, a full loss of propulsion occurred. At the time of the incident, the ship was discharging grey water, permeate and bilge water in accordance with company policy. The ship's technical team were unable to secure all overboard valves before the ship's speed fell below six knots, resulting in an unintended discharge of grey water, permeate and bilge water in violation of company policies. All overboard discharges were confirmed closed two minutes after the ship's speed dropped below six knots. Noncompliant discharge volumes were estimated at 800 liters of grey water and 400 liters of permeate. The BCDB counter recorded 120 liters of <15ppm processed bilge water was discharged. The incident did not result in any MARPOL violations. Also recorded as Full loss of propulsion. The CAM understands that this incident was a violation of Company policies only. | All overboard discharges were confirmed closed two minutes after the ship's speed dropped below six knots. Noncompliant discharge volumes were estimated at 800 liters of grey water and 400 liters of permeate. The BCDB counter recorded 120 liters of <15ppm processed bilge water was discharged. This incident has been closed with no further information. | Complete |
| 118. | 05.10.2018* | 03.22.2018 | C-UK | Oriana | Following departure from Southampton, UK, the Bridge issued an 'Exit of 12nm' notification email allowing food, bilge and sewage discharges to commence. At 22:16LT the Bridge issued a 75 minute 'Notice to Enter 12nm' notification. At 23:00LT the Bridge issued a 'Vessel Closed for 12nm' notification. All discharges were closed. At approximately 00:00LT a garbage operator requested permission from the ECR to begin discharging food waste. The EOOW on watch incorrectly referred to the 'Exit of 12nm' email and gave permission to begin discharging food waste. Approximately four cubic meters of comminuted food waste was discharged within 12 nautical miles of the French coast and within the North Sea MARPOL Annex V Special Area. The error was identified by the EOOW, the discharge was stopped immediately and the MARPOL Annex V violation was entered in the Garbage Record Book. A review found that the EOOW reviewed ECR emails but failed to review the most recent email notification from the Bridge. He was alone in the ECR so there was no thinking aloud. After identifying the error, the EOOW personally reported to the Chief Engineer to explain his mistake. The root cause of this incident was a flawed process where there was not good process to control what and when discharges occurred. | As an opportunity for improvement, the Incinerator Environmental Schedule prepared by the 2OOW and signed off by 1OOW was revised to accurately reflect all 12nm and 4nm restrictions within the voyage, not just give a broad outline. This will ensure the garbage operators themselves are clear on when food discharge is likely to be permitted, even before consulting the ECR. The 2EOOW submitted a written statement to the Chief Engineer taking full responsibility for his actions. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 119. | 05.10.2018* | 03.20.2018 | CCL | Carnival Imagination | While the ship was alongside in Ensenada, Mexico, the Bridge was notified that there was water being discharged close to the gangway. The Bridge called the ECR and the discharge was stopped. Approximately 100 liters of treated black water had been discharged overboard. It was found that the high level alarm for a black water tank had been acknowledged during the ECR departure briefing but no action had been taken to divert the effluent to another tank. This error alone could not have caused the overflow and it is suspected that a tank level transmitter also malfunctioned. The short time interval between the alarm and the actual overflow was much less than it should have been, given the pump capacities, leading the ship to investigate the functionality of the level sensor/transmitter. The port authority was notified of the MARPOL Annex IV violation via the ship's local agent. The port authority granted permission for the ship to depart on schedule. The high level sensor transmitter was replaced and adjusted to provide earlier notification of a high tank level. | During a meeting on March 21, 2018, the Chief Engineer, Master, Staff Chief Engineer, Environmental Officer instructed all engineers on the importance of acknowledging alarms and immediate follow-up actions required to prevent similar incidents from occurring.  Additionally, CCL updated the CE standing orders regarding the assignment of an Engineering Officer  to acknowledge  and take immediate action with regards to all alarms  received during any meetings/briefings/debriefings. | Complete |
| 120. | 05.10.2018* | 03.18.2018 | HA Group | Koningsdam | During hull maintenance while the ship was alongside in Fort Lauderdale, FL, a crew member dropped a few drops of oil-based paint from his paint roller into the water. Upon discovering the paint drops in the water, the maintenance was immediately suspended and oil absorbent pads were dispatched. All paint was successfully recovered from the water. An internal review revealed that the incident occurred due to poor deployment of the paint catcher system and applying too much paint to the paint rollers. The incident was reported to the Environmental Protection Agency (EPA) who acknowledged receipt of the notification with no further inquiries raised. The Incident was recorded in the Vessel General Permit (VGP) logbook and will be included as a non-compliant event in the ship's annual VGP report. A Corrective Action Assessment will be sent to EPA as required by the VGP. The National Response Coordination Center was informed and an entry was made in the Oil Record Book. | The Deck crew received initial guidance on February 22, 2018.  The crew discussed this incident again on March 19th and on March 25th during the environmental compliance meeting.  The subject was also discussed and the guidance reiterated at the ship's executive meeting on the March 30, 2018. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 121. | 05.10.2018* | 03.06.2018 | C-UK | Queen Mary 2 | While investigating a faulty pool buffer tank level indication sensor in preparation for maintenance while the ship was in the Bay Of Islands, New Zealand, loose connections were noted on an alarm and control transducer terminal connection box. Tightening these connections triggered the automation system to discharge approximately 500 liters of pool water via the buffer tank overflow in violation of company requirements. The discharge was immediately identified as the overflow was close to the pontoon where tendering operations were underway. The 'stop and close' function for the affected pool was activated, stopping the discharge and the pool was closed and netted. Pool circulation was reinstated and the pool was re-opened once the ship had departed and was beyond four nautical miles. Local authorities were advised via the port agent. An initial investigation has highlighted a need to add warning labels to the pool terminal blocks. These have been produced and fitted. The CAM understands that this incident was a violation of Company policies only. | The crewmembers produced and fitted the warning labels on March 14, 2018. | Complete |
| 122. | 05.10.2018* | 03.05.2018 | CCL | Carnival Elation | One of the ship's incinerators has been out of service due since Jan 2017 due to a damaged silo screw. Incinerator waste is being processed via the ship's second incinerator or landed ashore as needed. There is currently no schedule for repair as the option to permanently decommission the incinerator is being evaluated. | Incinerator waste is being processed via the ship's second incinerator or landed ashore as needed. There is currently no schedule for repair as the option to permanently decommission the incinerator is being evaluated. | In Progress |
| 123. | 05.10.2018* | 03.03.2018 | HA Group | Nieuw Amsterdam | While the ship was en route towards Key West, FL, the ship unintentionally discharged fully-exchanged ballast water in violation of Federal regulations. It was determined that the intended discharge was from a permeate tank. Closed loop communications between the Bridge and ECR were correctly conducted to discuss the intended discharge but through human error and inattention to detail, the Senior Watch Engineer opened the incorrect valve. The OOW observed that a ballast tank was being discharged in error and informed the ECR. The process was in operation for 22 minutes, during which 96 cubic meters of ballast water were discharged. The U.S. Coast Guard was informed and an amended Ballast Water Management Report was sent to the National Ballast Information Clearinghouse. It was confirmed with the Environmental Protection Agency (EPA) that the discharge was not a violation of Vessel General Permit requirements since the discharge occurred at seven nautical miles from land. The root cause of the error(s) is currently under review and is expected to be confirmed within a week. | To increase awareness regarding ballast water restrictions, HA Group distributed a report detailing the incident to the fleet. HA Group also initiated a project to overhaul the current overboard valve monitoring system. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 124. | 05.10.2018* | 02.25.2018 | CCL | Carnival Triumph | While the ship was approaching New Orleans, LA, and inside three nautical miles from land, the ship listed by approximately one degree, causing four cubic meters of water to overflow from the main pool and spill overboard through the scuppers. At the time of the violation of company requirements, the pool had been in 'Beach Mode' with a chlorine content of 3.47 ppm. The U.S. Coast Guard and National Response Coordination Center were notified. To prevent recurrence, the Captain and EO met with Hotel and Technical departments and it was agreed to maintain the pool in 'Trunk Mode' at all times. New guidelines have now been published for all CCL ships. Required piping changes are still a work in progress. The guidelines were delayed while public health/USPH investigations were completed. | Piping changes are expected to be completed by early June 2018. | In Progress |
| 125. | 05.10.2018* | 11.18.2017 | CCL | Carnival Paradise | While alongside in Cozumel, Mexico, approximately 500 liters of grey water were unintentionally discharged from a multi-use grey/ballast tank air vent. An investigation found that both the sounding method and the sensor reading were inaccurate. The sensor was last calibrated in 2012 and the sounding pipe had been last used two days earlier. The overboard discharge was in violation of local regulations and Company policy. Reports were made to the local authorities. The manual sounding pipe was found blocked and it is suspected the level sensors were out of calibration. The tank has been placed out of service until further calibration checks are done. The sounding pipe was unblocked. Further investigation in progress to determine if any other procedural issues exist and appropriate crew followup. The CAM understands that this incident was a violation of local regulations and Company policy only. | The tank has been placed out of service until further calibration checks are done. The sounding pipe was unblocked. Further investigation in progress to determine if any other procedural issues exist and appropriate crew follow-up. | In Progress |
| 126. | 05.10.2018* | 11.08.2017 | CCL | Carnival Fascination | While alongside in St. Croix, U.S. Virgin Islands, and pumping grey/black water to the local sewer, the shore-supplied hose failed causing approximately 500 liters of mixed grey water and treated black water to spill onto the dock and into the sea in violation of MARPOL Annex IV. The hose failure was caused by the detachment of a new hose connection which had been run over by a garbage truck just prior to the incident. The discharge was stopped, hoses were repositioned to minimize further vehicle risk and the damaged hose was replaced. The spill was cleaned by ship personnel and the incident was reported to the port authorities and the U.S, Coast Guard. No further action was requested. | The discharge was stopped, hoses were repositioned to minimize further vehicle risk and the damaged hose was replaced. The spill was cleaned by ship personnel and the incident was reported to the port authorities and the U.S, Coast Guard. No further action was requested. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 127. | 05.10.2018* | 11.13.2017 | HA Group | Royal Princess | While en route to Princess Cays, Bahamas, the ship passed within 12 nautical miles of Turks and Caicos. As a result of the engine room watchstander not reviewing the Environmental Schedule, as well as a miscommunication between the Bridge and engine room watchstanders, 8.2 cubic meters of grey water and treated sewage were discharged over a 12 minute period. The mistake was recognized by the oncoming engineering watchstander. The resulting discharge was in violation of local regulation and Company policy. The voyage plan had been reviewed and briefed and an Environmental Schedule prepared for the cruise by the EO in conjunction with the First Officer. The Environmental Schedule indicated that all overboard discharges were to be closed from 1230LT on the day of the incident. The ship was ahead of schedule but the Bridge adapted to this and gave the ECR proper notification. The engineering officer misunderstood the directions from the Bridge and opened the overboard discharges inappropriately. The engineering officer in question completed the Environmental Assessment at Almere and completed the required onboard environmental training before the incident. He had not sailed in the area before and did not understand the restrictions around the Turks Caicos Islands. The CAM understands that this incident was a violation of local regulations and Company policy only. | Deck & Technical Watch Keepers received the following reminders: 1) Refer to both HESS ENV 1001 Appendix 1 and the Environmental Schedule before opening or restarting any overboard discharges; 2) Follow all procedures when opening and securing any overboard discharge; and 3) A closed loop must be used for all verbal communications related to starting or stopping overboard discharges. Additionally, the Company modified all Voyage Plans in the vicinity of the Turks and Caicos Islands to include the statement "Turks & Caicos 12 mile limit. Close all overboard discharges." | Complete |
| 128. | 05.10.2018* | 10.24.2017 | CCL | Carnival Inspiration | During routine checks while anchored in Catalina, CA, the starboard stern tube header tank was found to have lost approximately 20 liters of nonbiodegradable oil. No evidence of an internal leak could be found and it was initially assumed that this volume was lost overboard due to a blocked drain line. Two dive inspections were unable to confirm an external leak but a manufacturer service found a valve set in the wrong position and cleared the blocked air drain lines. A corresponding ORB entry has been made and the National Response Corporation and U.S. Coastguard have been notified. | A corresponding ORB entry has been made and the National Response Corporation and U.S. Coastguard have been notified. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 129. | 05.10.2018* | 10.21.2017 | CCL | Carnival Conquest | While underway, the ship unintentionally discharged 50 cubic meters of treated sewage and five cubic meters of comminuted food waste within 12 nautical miles of the Bahamas Archipelagic Baseline in violation of MARPOL Annex IV, MARPOL Annex V and Company requirements. The non-compliant discharge was identified by the incoming OOW during watch handover. The discharges were immediately stopped and the Captain and the EO were informed. The initial investigation found watch officer confusion with the electronic chart lines and associated annotation. In addition, the Captain's standing orders were not followed, a four hour ahead discussion was not conducted after taking over the watch and the Environmental Schedule was not followed. Flag Administration and Bahamian authorities were notified. An initial review indicates appropriate controls were followed in preparing for the transit, however the watch officer failed to follow directions and was confused regarding various boundary lines in a narrow passage area while reviewing the chart to authorize discharge. Several specific training steps are being reviewed with the officers involved as well as fleet-wide training steps associated with lessons learned from this event. In addition, the updated corporate baseline matrix in the forthcoming revision to ENV-1001 will address not only Bahamas, but other coastal states with unique baseline concerns as well. | A working group was created to review and analyze archipelagic and straight baseline claims to determine whether the claims were constructed in accordance with the United Nations Convention on the Law of the Sea. Baselines that complied with UNCLOS standards were recognized and included in ENV-1001, Paragraph 2.3. To date, 72 baselines have been included in ENV-1001-F2 based on the research conducted by the working group. | In Progress |
| 130. | 05.10.2018* | 03.25.2018 | HA Group | Koningsdam | While the ship was alongside in Oranjestad, Aruba, the Assistant Bosun dropped his UHF portable radio into the sea. The crew member was signaling to the shoreside linesman that all lines were fastened, when he lost his grip on the radio and it fell into the sea in violation of MARPOL Annex V. An entry was made in the Garbage Record Book and the local authority was informed. The lost radio did not have a wrist strap. Purchase orders were in place for lanyards and remote speakers/microphones and the ship was receipt. Instructions have been given to all ships to order these items to prevent future losses of radios. Ships have also been instructed to provide additional guidance to all personnel operating radios in outdoor operations. | The remote speakers/microphones are now onboard. | Complete |
| 131. | 05.10.2018* | 03.25.2018 | HA Group | Prinsendam | During a full crew drill while the ship was alongside in Mindelo, Cape Verde Islands, a fabric hat was blown into the sea by a gust of wind. The incident occurred while the crew member was walking on an open deck to perform his stairway guide duties. It was not possible to recover the hat. The ship's local agent was advised of the MARPOL Annex V violation and an entry was made in the Garbage Record Book. | It was not possible to recover the hat. The ship's local agent was advised of the MARPOL Annex V violation and an entry was made in the Garbage Record Book. This incident has been closed with no further information. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 132. | 05.10.2018* | 03.24.2018 | HA Group | Caribbean Princess | While the ship was alongside in Fort De France, Martinique, a crew member accidentally dropped his plastic identification card into the water as he was walking along the pier. The card sank and could not be recovered. The port authority was notified of the MARPOL Annex V violation via the local agent. An entry was made in the Garbage Record Book. The crew member was reminded to be more cautious when handling belongings alongside the ship. Additional environmental training is planned with the crew member and the supervisor on the topic of prompt incident reporting. | On March 25, 2018, the crewmember underwent training regarding the prevention of plastic and/or other objects from entering the sea. | Complete |
| 133. | 05.10.2018* | 03.23.2018 | CCL | Carnival Inspiration | While the ship was alongside in Long Beach, CA, a crew member reported that she had dropped her plastic cabin key into the water as she was ascending some stairs on the pier. The key could not be recovered. The port authority was notified of the MARPOL Annex V violation via the local agent. | On April 18, 2018, CCL updated the team member orientation slides to reinforce the team members' responsibility to prevent items from going overboard. In response to the CAM request for clarification propounded on May 10, 2018, the incident was not recorded in the Garbage Record Book. | Complete |
| 134. | 05.10.2018* | 03.23.2018 | HA Group | Grand Princess | During garbage offload operations while the ship was alongside in San Francisco, CA, a pallet of dry mixed garbage was spilled while it was being moved with a pallet truck on the pier. A cardboard box containing mixed linens, shoes, plastic bags and cardboard boxes fell into the water. Some of the items were recovered but some remained in the water in violation of MARPOL Annex V. The port authority was notified via the local agent and an entry was made in the Garbage Record Book. The garbage pallet had not been secured with plastic wrap prior to offload. The oversight on the ship and the stevedore was not sufficient and shoreside management have engaged with the stevedoring company and the ship in order to avoid recurrence. | On March 29, 2018, the stevedoring team in San Francisco advised that they will inspect the pallets and garbage loads. The vessel will also confirm the load is stable when preparing the palletized garbage for landing ashore, this might include additional review for securing of the garbage box to the actual pallet, if deemed necessary. Moreover, when possible, the vessel will palletize garbage on wooden pallets, which are more effective at ensuring the load is stable when moving. | Complete |
| 135. | 05.10.2018* | 03.23.2018 | C-UK | Queen Victoria | During provisions loading while the ship was alongside in Southampton, UK, stevedores struck a pallet of beer against a mooring bollard next to the loading platform. The contents spilled onto the stores platform and into the stores net, with two cases of beer entering the water. The beer was not recovered. The port authority was notified of the violation of MARPOL Annex V and an entry was made in the Garbage Record Book. The shoreside storing manager rebriefed the forklift drivers and the stevedores to be more observant. Although ship and shore supervision was present, they failed to take note of the locality of the bollard, in part due to the quantity of stores being loaded. Had this been done, the fork lift operators would have been aware and the incident would have been avoided. For future operations, the ship supervisor will review the site and advise of any potential challenges/issues. | New safety nets and mesh with smaller holes are now being used. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 136. | 05.10.2018* | 03.21.2018 | HA Group | Noordam | While the Noordam was en route to Lautoka, Fiji, a crew member accidentally dropped a metal screwdriver overboard. The crew member stated that the screwdriver fell out of his breast pocket while he was leaning on the side railing. The violation of MARPOL Annex V was entered into the Garbage Record Book. At the time of the incident, the ship was approximately 161 nautical miles from the nearest land. The crew member has been reminded to secure all loose items while on the open decks. | The crew member has been reminded to secure all loose items while on the open decks. | Complete |
| 137. | 05.10.2018* | 03.20.2018 | CCL | Carnival Fantasy | While the ship was underway and outside 12 nautical miles from land, a passenger was noted throwing a non-plastic drinking glass overboard into the sea in violation of MARPOL Annex V. A security officer approached the passenger and advised him of environmental policy. The passenger apologized and admitted to throwing the empty glass overboard. | To avoid recurrence, the passenger's alcohol privileges were revoked.  In response to the CAM request for clarification propounded on May 10, 2018, the incident was not recorded in the Garbage Record Book. | Complete |
| 138. | 05.10.2018* | 03.19.2018 | CCL | Carnival Legend | While the ship was alongside in Melbourne, Australia, the assistant housekeeping manager reported part of a window cleaning blade had fallen into the sea. The handle of the blade had been secured with a rope but the lower part had become detached due to wear and tear. The MARPOL Annex V violation was reported to the port authority via the local agent. | Supervisors received additional instructions to inspect the cleaning gear before use and verbally remind the team to be careful during each shift change.  In response to the CAM request for clarification propounded on May 10, 2018, the incident was not recorded in the Garbage Record Book. | Complete |
| 139. | 05.10.2018* | 03.19.2018 | CCL | Carnival Liberty | While the ship was alongside in Nassau, Bahamas, the assistant housekeeping manager reported part of a window cleaning blade had fallen into the sea. The handle of the blade had been secured with a safety strap but the lower part had become detached due to a loose screw fitting. The MARPOL Annex V violation was reported to the port authority via the local agent. A briefing was held with all cabin stewards reinforcing the importance of securing items before washing over the side of the ship and on balconies. | During a subsequent briefing, Housekeeping staff reviewed ECN#16. Additionally, all Floor Supervisors now perform a check of all equipment. In response to the CAM request for clarification propounded on May 10, 2018, the incident was not recorded in the Garbage Record Book. | Complete |
| 140. | 05.10.2018* | 03.18.2018 | CCL | Carnival Triumph | While the ship was en route to Cozumel, Mexico, 52 nautical miles from land, a security officer noted one life ring was missing from an open deck. The plastic life ring could not be found. CCTV footage was reviewed but a suspect could not be identified as the subject life ring was distantly located and behind a stack of chairs placed in the same area. It is assumed to have been thrown overboard by an unidentified passenger. The local agent advised the Port Authority of the MARPOL Annex V violation and an entry was made in the Garbage Record Book. The life ring has been replaced with a spare. | As preventive action, the Cruise Director informs all guests on the first day of the cruise during a safety briefing over the PA system that the discharge of garbage or other items into sea is prohibited and violation of these requirements may result in penalties. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 141. | 05.10.2018* | 03.16.2018 | HA Group | Maasdam | During a crew safety drill while the ship was alongside in Puntarenas, Costa Rica, a life raft hard shell cracked at it's retaining lanyard fixing point and one half of the plastic shell broke free and dropped into the water. A tender was immediately lowered into the water but it was not possible to recover the shell. The local agent advised the Port Authority of the MARPOL Annex V violation and an entry was made in the Garbage Record Book. To prevent recurrence, shells will be checked and repaired as needed to reinforce the connection point between the shell and the retaining lanyard. | The local agent advised the Port Authority of the MARPOL Annex V violation and an entry was made in the Garbage Record Book. To prevent recurrence, shells will be checked and repaired as needed to reinforce the connection point between the shell and the retaining lanyard. | Complete |
| 142. | 05.10.2018* | 03.15.2018 | HA Group | Noordam | As the ship was departing Sydney, Australia, a deck officer on the mooring deck noted a polythene catering glove falling into the water. The glove was blown overboard by a gust of wind and could not be recovered. The MARPOL Annex V violation was caused by carelessness of an unidentified crewmember. Crewmembers are regularly reminded to prevent items from falling overboard. An entry was made in the GRB and the local authority was informed. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. Additionally, crewmembers undergo environmental training (TRG 2302 and 2308) specific to their workplace to remind them to take preventative measures where there is a risk an object can go overboard. | Complete |
| 143. | 05.10.2018* | 03.14.2018 | CCL | Carnival Spirit | While the ship was at anchor in Isle of Pines, New Caledonia, a passenger's hat was blown into the water as he stepped onto the pier from a tender. The hat could not be retrieved. The Port Authority was informed of the MARPOL Annex V violation via the local agent and it was confirmed that no further actions were required. | As preventive action, the Cruise Director informs all guests on the first day of the cruise during a safety briefing over the PA system that the discharge of garbage or other items into sea is prohibited and violation of these requirements may result in penalties. | Complete |
| 144. | 05.10.2018* | 03.13.2018 | Costa Group | AIDAluna | While the ship was en route to Cozumel, Mexico, a small plastic ball fell into sea in violation of MARPOL Annex V during a game in the youth facility. No authorities were informed. Preventative actions are not feasible as the construction of the ship cannot be changed and ball games in the youth facility will not be suspended. There is netting in this area but the ball was lost through an access opening. | Crewmembers made a Garbage Record Book entry to document the lost ball. | Complete |
| 145. | 05.10.2018* | 03.13.2018 | C-UK | Aurora | While the ship was alongside in Åndalsnes, Norway, a piece of paper was blown overboard. The port agent was informed of the MARPOL Annex V violation and an entry was made in the Garbage Record Book. | The crewmember involved received additional instructions and guidance to be more careful with paper items when out on deck. | Complete |
| 146. | 05.10.2018* | 03.13.2018 | CCL | Carnival Ecstasy | A security officer noted a passenger throwing a plastic drinking cup overboard in violation of MARPOL Annex V during a party on the open deck. The passenger was briefed on regulations related to environmental laws. The passenger acknowledged his actions and apologized for them. The passenger's alcohol privileges were subsequently revoked. | As preventive action, the Cruise Director informs all guests on the first day of the cruise during a safety briefing over the PA system that the discharge of garbage or other items into sea is prohibited and violation of these requirements may result in penalties. | Complete |

81

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 147. | 05.10.2018* | 03.13.2018 | CCL | Carnival Fantasy | While the ship was docked in Cozumel, Mexico, the EO was advised that a lifeboat was missing an access hatch. It was confirmed that the hatch had been in place following departure from Progreso, Mexico, the day prior. It is believed that the orange fiberglass hatch detached from the lifeboat during the transit due to strong winds and was lost in violation of MARPOL Annex V. It is possible that the hatch closing handle may have been left open during recent lifeboat checks and operations. All relevant crew were advised to confirm correct closing of all hatch handles upon completion of lifeboat operations/maintenance and to report any malfunction or damage in a timely manner. All other lifeboats were inspected and 19 issues with similar handles were identified for subsequent replacement or repair. The issue has been forwarded to the shoreside LSA asset team for review. | The findings from the LSA asset team are expected by June 10, 2018. Replacement and repair of the other lifeboats is expected to be complete by June 30, 2018. | In Progress |
| 148. | 05.10.2018* | 03.13.2018 | HA Group | Royal Princess | While the ship was outside 12 nautical miles from land and en route to St. George's, Grenada, a food tray and plate were thrown from an upper balcony onto an open deck. The incident was reported to a security officer who questioned the occupant of the passenger cabin from which the items were believed to have been thrown. The passenger denied any involvement. A review of CCTV footage subsequently showed an unidentified object also going overboard at the same time that the tray and plate were found. The Port Agent was informed of the MARPOL Annex V violation and an entry was made in the Garbage Record Book. | During the Passengers Safety Drill, passengers are reminded that throwing anything overboard is strictly forbidden. Additionally, the Stateroom portfolio contains environmental information as well as signs around the ship directing passengers to throw trash in the waste bins onboard. | Complete |
| 149. | 05.10.2018* | 03.12.2018 | CCL | Carnival Breeze | While the ship was underway and outside 12 nautical miles from land, a crew member reported that she had dropped her identification cards into the sea. The cards had been clipped to her trouser pocket but had become detached while on the open deck and subsequently been blown overboard in violation of MARPOL Annex V. The crew member was advised to be more careful in the future. | Additionally, CCL is in process of revising the employee handbook to include language making it mandatory for team members to wear a neck lanyard for holding crew ID and other cards. | In Progress |
| 150. | 05.10.2018* | 03.12.2018 | HA Group | Ruby Princess | While the ship was alongside in San Francisco, CA, a passenger was observed throwing his cigarette overboard. The violation of MARPOL Annex V was entered into the Garbage Record Book and the Port Authority was informed. A meeting was held with the passenger to reinforce company policy. | The guests receive advice and reminders that they are strictly prohibited to throw anything overboard, and that any such action is against the Company Policy. These instructions are provided upon embarkation day at the start of each voyage, and the same information is conveyed on the passenger safety channel. The guidance is also contained in the daily Princess Patter (daily newsletter specific to each ship). | Complete |

82

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 151. | 05.10.2018* | 03.11.2018 | C-UK | Queen Mary 2 | A wooden pallet loaded with 12 steel kegs of beer collapsed while it was being offloaded from a stores platform in Brisbane, Australia. One keg fell clear of the platform, entered the water and could not be recovered. The EO witnessed the event and coordinated the clean-up including recovery of the kegs which were caught in the cargo net. The port authority was notified of the MARPOL Annex V violation via the local agent. No entry was made in the Garbage Record Book. The stores team conducting the offload were interviewed and it was established that the pallet was damaged and the kegs had been stacked and secured to the pallet with plastic shrink-wrap. The pallet should have been checked for any defects before adding the kegs. This did not occur and the damage to the pallet was not noted by supervisors during the operation. Following the incident, the Food and Beverage Manager held a safety briefing with the entire Inventory team. The incident was reviewed and discussed including a review of CCTV footage before and during the incident. The CAM understands that the shoreside vendor may have been the source of this release. | Following the incident, the Food and Beverage Manager held a safety briefing with the entire Inventory team. The incident was reviewed and discussed including a review of CCTV footage before and during the incident. | Complete |
| 152. | 05.10.2018* | 03.10.2018 | CCL | Carnival Elation | During provision loading while the ship was alongside in Jacksonville, FL, a pallet broke as the shoreside stevedore was placing it on the loading platform. A plastic container containing 30lbs of egg yolks fell overboard and could not be recovered. The port authority was notified of the MARPOL Annex V violation via the local agent. The incident was found to have been caused by the stevedore provider due to human error and carelessness. The stevedore was advised to take greater care to avoid recurrence and a copy of the stevedore's report was requested. While this incident was caused by the stevedore provider, the incident was reported for awareness and full transparency. Ships are being reminded to work closely with port operations teams in all loading ports to ensure correct processes and safety issues are addressed. The CAM understands that the shoreside vendor may have been the source of this release. | The stevedore was advised to take greater care to avoid recurrence and a copy of the stevedore's report was requested. While this incident was caused by the stevedore provider, the incident was reported for awareness and full transparency. Ships are being reminded to work closely with port operations teams in all loading ports to ensure correct processes and safety issues are addressed. | Complete |
| 153. | 05.10.2018* | 03.09.2018 | Costa Group | Costa Atlantica | While the ship was en route to Naha, Japan, the strong wind detached a stainless steel panel which had been mounted under the starboard bridge wing. The panel had been installed during recent dry-dock works and secured with rivets. The panel fell into the sea and could not be recovered. No authorities were informed of the MARPOL Annex V violation. A new panel will be installed at the first available opportunity and will be secured using a more robust method. | Following the incident, the Food and Beverage Manager held a safety briefing with the entire Inventory team. The incident was reviewed and discussed including a review of CCTV footage before and during the incident. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 154. | 05.10.2018* | 03.09.2018 | C-UK | Queen Victoria | During routine propeller polishing dive maintenance in Port Everglades, FL, divers noted an oil leak from the starboard podded propeller. The leak was confirmed as coming from the propeller seal and not the slewing arrangement. The leak was described as one droplet every 20 seconds with an occasional flurry of additional oil droplets being dispersed. No visible sheen was seen on the water surface. The Harbour Master and the U.S. Coast Guard (USCG) were advised of the MARPOL Annex I violation. The Harbour Master confirmed he was satisfied for the ship to depart as scheduled. The oil within the propeller bearing and seal system is certified as an environmentally acceptable lubricant by the Environment Protection Agency. The USCG attended the ship and were advised that the manufacturer's guidance is that an oil consumption of 0.6 liters per day is within normal operational parameters. A Classification Society surveyor issued a Condition of Class (CoC) for the seal requiring it to be monitored for further deterioration. A log has been created to monitor both podded propellers. The CoC is valid until 18 Apr and the ship's superintendent is liaising with the manufacturer to obtain a time frame for repair. | The stevedore was advised to take greater care to avoid recurrence and a copy of the stevedore's report was requested. While this incident was caused by the stevedore provider, the incident was reported for awareness and full transparency. Ships are being reminded to work closely with port operations teams in all loading ports to ensure correct processes and safety issues are addressed. | Complete |
| 155. | 05.10.2018* | 03.08.2018 | HA Group | Seabourn Odyssey | While the ship was alongside in St. George's, Grenada, an aluminum rat guard attached to a mooring line was dropped into the water. The rat guard had become stuck between a mooring rope and the side of the ship. A crew member attempted to free the guard but was unable to maintain his grip. The port agent and local authority were notified of the MARPOL Anne V violation and it was confirmed that no further action was required. As a corrective action, the means of attaching the rat guards will be assessed and improved. | Crewmembers fitted extra screws and reinforced the welding on May 27, 2018 in the port of Naha Okinawa. | Complete |
| 156. | 05.10.2018* | 03.07.2018 | C-UK | Arcadia | Shortly after departure from Manila, Philippines, passengers reported seeing items being thrown from a cabin balcony by a male passenger. The items were described as possibly being fruit and paper. The passenger witnesses and cabin stewards were interviewed and CCTV footage will be reviewed. An internal investigation into the potential MARPOL Annex V violation is ongoing. | Based on vague and conflicting information from guests in surrounding cabins, the Environmental Officer could not confirm whether any objects went overboard or from which balcony the guest alleged threw the objects. CCTV did not provide any assistance in identifying the objects or balcony. Consequently, the Captain made a PA announcement in Hong Kong to reinforce company policy that nothing should be thrown overboard. | Complete |
| 157. | 05.10.2018* | 03.07.2018 | CCL | Carnival Freedom | While connecting water hoses in Ocho Rios, Jamaica, a crew member dropped his ship telephone into the water. The telephone, which was not fitted with a lanyard, was not recovered. The port authority was notified of the MARPOL Annex V violation via the local agent and no further action was requested. | Ship phones have now been fitted with lanyards. Additionally, teams discussed ECN #16 on March 14, 18, and 20, 2018. | Complete |

84

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 158. | 05.10.2018* | 03.06.2018 | HA Group | Diamond Princess | While the ship was at anchor in Port Arthur, Australia, a crew member dropped his identification card into the sea. The crew member was sitting on a tender upper deck and, as he tried to retrieve his card from his pocket, it slipped from his hands and was blown overboard. The local agent was notified of the MARPOL Annex V violation and an entry was made in the Garbage Record Book. | Crewmembers' ID cards are now punched and fitted with straps and clips to prevent future incidents. | Complete |
| 159. | 05.10.2018* | 03.06.2018 | HA Group | Emerald Princess | While the ship was at anchor in Stanley, Falkland Islands, one of the "Keep 50 meters Clear" plastic tarpaulin banners was blown into the water where it sank immediately. The security team had previously removed the banner, folded it and placed it on a storage box near the rails. The wind lifted the banner off the storage box and into the water. The security team has been instructed to properly secure objects during similar operations. The Port Agent was informed of the MARPOL Annex V violation and an entry was made in the Garbage Record Book. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. Additionally, the security team received training conducted by the Environmental Officer on the best practices to prevent recurrence. | Complete |
| 160. | 05.10.2018* | 03.06.2018 | HA Group | Maasdam | While dismantling a tender platform, following completion of tender operations in Fuerte Amador, Panama, the locking pin of a fender was removed and accidentally dropped into the water. The steel pin sank immediately and could not be recovered. The Port Authority was informed of the MARPOL Annex V violation via the ship's local agent. An entry was made in the Garbage Record Book. Future tender briefs will include instructions to prevent accidental loss of equipment and all locking pins will be secured to prevent recurrence. | The crewmembers secured the locking pins to fenders.  Additionally, ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 161. | 05.10.2018* | 03.05.2018 | HA Group | Seabourn Encore | While the ship was alongside in Darwin, Australia, a cabin steward reported that she had dropped her window cleaning blade overboard. The blade had come loose from it's handle while being used. The blade had sunk immediately and could not be recovered. The port agent and port authority were advised of the violation of MARPOL Annex V and an entry was made in the Garbage Record Book. Training was provided to the cabin stewards on 06 Mar to ensure they know how to correctly assemble their equipment and to reinforce the need to pay close attention to their actions while washing exterior surfaces. | Training was provided to the cabin stewards on 06 Mar to ensure they know how to correctly assemble their equipment and to reinforce the need to pay close attention to their actions while washing exterior surfaces. | Complete |
| 162. | 05.10.2018* | 03.04.2018 | CCL | Carnival Dream | With the ship alongside in New Orleans, LA, a crew member reported that his plastic name tag had fallen into the sea while he was working on the ship's catwalk and was not recovered. The name tag had been worn correctly, but had become detached due to contact with the crew member's protective safety harness. The crew member was advised to place his name tag in a secure pocket when performing future operations. The port authority was notified of the MARPOL Annex V violation. | The onboard teams discussed ECN #16 on March 10, 17 and 26, 2018.  The crewmembers received preventative measures and tips on how to prevent items from falling into the water (using chin straps for helmets, lanyards for IDs. Etc.).  Additionally, placards with preventative measures are posted on all main bulletin boards on the ship as well as other frequently used crew areas. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 163. | 05.10.2018* | 03.04.2018 | HA Group | Queen Elizabeth | While the ship was transiting the Great Barrier Reef Marine Park, oil was noted on the promenade deck adjacent to a lifeboat. Approximately half a liter of hydraulic oil was noted to have leaked from a stainless steel cabinet containing a pressure gauge and charging point. A small amount of oil had reached a nearby scupper. The oil was quickly removed from the scupper grating and deck. When the cabinet was opened, it was determined that the leak was from the gauge fitting. The gauge valve was isolated and absorbent sheeting was placed under the fitting and recharging point. The grating on the affected scupper was lifted and approximately 20 milliliters of oil were found inside indicating that a MARPOL Annex I violation had occurred. The scupper was cleaned using oil absorbent sheeting. The defective gauge and all corresponding seals were replaced. The system will be monitored. Investigations are ongoing. | The defective gauge and all corresponding seals were replaced. The investigation revealed that the gauge's internal mechanism failed allowing the gauge to fill with oil internally.  All other lifeboat system gauges were checked with no defects found. | Complete |
| 164. | 05.10.2018* | 03.03.2018 | C-UK | Aurora | During a game on an open deck, a quoit made of rope and plastic was lost overboard.  The ship was underway and so the quoit could not be recovered.  The incident occurred outside 12 nautical miles and so no authorities were advised of the MARPOL Annex V violation.  An entry was not made in the Garbage Record Book.  It will be ensured that all passengers and crew who play Quoits are aware of the potential for quoits to be lost overboard. | The Entertainment Team received instructions to remind guests and crew to be careful not to throw the quoits higher than the rails. | Complete |
| 165. | 05.10.2018* | 03.01.2018 | CCL | Carnival Fascination | While the ship was alongside in Castries, St. Lucia, a crew member dropped her plastic identification card which was subsequently blown overboard. It was not possible to recover the card. The MARPOL Annex V violation was reported to the port authority via the local agent. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 166. | 05.10.2018* | 02.28.2018 | CCL | Carnival Glory | While cleaning the anchor during preparations for departure from Belize, a crew member dropped a small plastic brush into the water. The brush was not recovered. The brush did not have a lanyard. The MARPOL Annex V violation was reported to the port authority via the local agent. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 167. | 05.10.2018* | 02.28.2018 | HA Group | Oosterdam | During a Man Overboard drill while the ship was alongside in Mazatlan, Mexico, a crew member on the boat deck accidentally lost his UHF radio overboard. The radio had been attached to the crew member's clothing with a velcro strap, which opened under the weight of the radio when the crew member looked over the rails. The radio sank immediately and could not be recovered. As a corrective action, all radios will be secured with lanyards to prevent recurrence. The loss is a violation of MARPOL Annex V. The port agent was informed and an entry was made in the Garbage Record Book. | As a corrective action, all radios will be secured with lanyards to prevent recurrence. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 168. | 05.10.2018* | 02.27.2018 | C-UK | Aurora | During gangway recovery operations in St. John's, Antigua, a UHF radio was dropped into the water. The radio sank immediately and was not recovered. The MARPOL Annex V violation was reported to the port authority and an entry was made in the Garbage Record Book. Crew were made aware of the importance of reporting similar incidents and reminded of the importance of securing radios during operations. CUK plans to implement a policy to ensure all radios are securely attached to crew members working near the water but has not done so as of today. | To remind crew to ensure all radios are secured, ECN Number 16 is displayed at prominent places, including the mooring stations, shell doors, Bridge, ECR, and tender pontoons.  Also, crewmembers are reminded to "not throw, drop, or allow items to blow overboard" in the February 2018 CMO ECP newsletter. | Complete |
| 169. | 05.10.2018* | 02.27.2018 | CCL | Carnival Miracle | During painting operations while the ship was alongside in Mahogany Bay, Roatan, a Security Officer reported paint chips in the water. A tarp was in place to contain any spilled liquid paint. Knowledge of the correct painting procedures was confirmed and initial preparations followed company policy, but the tarp size was inadequate and could not prevent the dry paint falling into the water. Local authorities were notified. A meeting was conducted with all involved personnel and the Environmental Supervisor was advised to be more careful with future operations. The crew are fabricating a wider trap for future painting operations. The crew members conducting and supervising the operation failed to monitor the paint chip issue while conducting the operation and did not stop the operation to mitigate the issue. All crew were verbally counseled by the Staff Captain and retrained to to prevent recurrence. | All crew were verbally counseled by the Staff Captain and retrained to prevent recurrence. | Complete |
| 170. | 05.10.2018* | 02.27.2018 | HA Group | Coral Princess | During tender operations while the ship was at anchor in San Juan Del Sur, Nicaragua, it was necessary to make unplanned repairs to a tender's starboard engine. While the rocker arm cover was open, the engine was accidentally started and some oil was sprayed into the engine bay with a small non-quantifiable amount going overboard in violation of MARPOL Annex I. The oil created a sheen on the water which quickly dissipated. An entry was made in the ORB and the ship's agent was informed over the phone. The incident was reviewed with the tender crew and the correct procedures were reiterated. The safety violation caused by human error and not following the proper procedures was discussed. The incident will be highlighted during future tender briefings to avoid recurrence. | Crewmembers discussed the incident during subsequent tender briefings. | Complete |
| 171. | 05.10.2018* | 02.26.2018 | CCL | Carnival Legend | While the ship was en route to Dunedin, New Zealand, a passenger dropped a ball overboard from a cabin balcony. Security advised the passenger not to repeat the activity leading to the MARPOL Annex V violation. The ship was outside 12 nautical miles of land so no authorities were notified. | CCL updated the passenger cruise ticket contract to include language regarding guest liability for any environmental fines or damage caused by the guest's illegal dumping or pollution of any kind. The updated contract went into effect on May 10, 2018. | Complete |
| 172. | 05.10.2018* | 02.26.2018 | HA Group | Noordam | While the ship was entering the channel towards the port of Melbourne, Australia, a crew member dropped his identification card into the water. The accident occurred while the crew member was working on the mooring deck with winds gusting up to 39 knots. The loss is a violation of MARPOL Annex V. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 173. | 05.10.2018* | 02.26.2018 | C-UK | Oriana | During a routine review of CCTV footage, the security team noted the canvas shroud for the starboard bridge wing console had become detached and subsequently been blown overboard. The ship was in international waters at the time of the incident and so the MARPOL Annex V violation was not reported to authorities. An entry was made in the Garbage Record Book. All such covers will be subject to regular inspection to ensure they are adequately secured. | All such covers will be subject to regular inspection to ensure they are adequately secured. | Complete |
| 174. | 05.10.2018* | 02.25.2018 | HA Group | Island Princess | During maintenance of the lifeboat davits while the ship was at anchor in Punta Arenas, Chile, the Senior First Officer was descending the maintenance ladder when his UHF radio accidentally fell into the water and sank. The loss is a violation of MARPOL Annex V. The port agent was informed and an entry was made in the Garbage Record Book. All brand ships were instructed on 21 Feb to use lanyards or obtain proper holders for their radios to prevent loss. Purchasing systems have been updated to support this instruction. A subsequent directive requiring a positive response from the ships was issued 06 Mar. | All brand ships were instructed on 21 Feb to use lanyards or obtain proper holders for their radios to prevent loss. Purchasing systems have been updated to support this instruction. A subsequent directive requiring a positive response from the ships was issued 06 Mar. | Complete |
| 175. | 05.10.2018* | 02.25.2018 | HA Group | Veendam | During a weekly lifeboat drill while the ship was alongside in Cozumel, Mexico, a boat hook was used to move a fall block towards the lifeboat. The boat hook slipped out of the hands of a crew member and fell into the water. The hook was made of aluminum and rubber and could not be recovered. The loss is a violation of MARPOL Annex V. The port agent was informed and an entry was made in the Garbage Record Book. | ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete |
| 176. | 05.10.2018* | 02.24.2018 | C-UK | Oriana | During the ship's arrival into Zeebrugge, Belgium, a deck officer's plastic safety helmet was blown into the water. The helmet could not be recovered due to the weather conditions and the fact that the ship was under pilotage. The port authority was notified of the MARPOL Annex V violation via the port agent and an entry was made in the Garbage Record Book. The deck team was reminded to ensure safety helmets are worn as securely as possible. Helmet chin straps have been ordered. | The ship received the order of helmet chin straps on March 9, 2018. The crewmembers working on open decks and in lifeboats/tenders will receive additional instruction on using the new chin straps. | Complete |
| 177. | 05.10.2018* | 02.18.2018 | HA Group | Zaandam | While the ship was alongside in Buenos Aires, Argentina, a lifeboat was lowered to the water to facilitate an annual service of the lifeboat release mechanism. A deck officer, who was assisting the service contractors, slipped and lost a handheld VHF radio overboard. The radio sank immediately and could not be recovered. The local port agent was informed of the violation of MARPOL Annex V and an entry was made in the Garbage Record Book. The lost radio was not fitted with a lanyard due to poor judgement and human error. All brand ships were instructed on 21 Feb to use lanyards or obtain proper holders for their radios to prevent loss. Purchasing systems have been updated to support this instruction. A subsequent directive requiring a positive response from the ships was issued 08 Mar with all required follow up completed on 10 Mar. | All brand ships were instructed on February 21, 2018 to use lanyards or obtain proper holders for their radios to prevent loss. Purchasing systems have been updated to support this instruction. A subsequent directive requiring a positive response from the ships was issued March 8, 2018 with all required follow up completed on March 20, 2018. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - Environmental Open Reports

| Row Number | Notice Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|---|
| 1. | #4-2018 | 02.09.2018 | 02.06.2018 | HA Group | Caribbean Princess | On February 6, 2018 in the morning, the hotline caller observed a leakage of gray water from the ship's drainage system that was being sent overboard into the ocean. The caller believes this gray water came from the bar upstairs. The caller also believes this polluting was done intentionally and wants the company to be aware of this incident. The Company is in the process of reviewing this matter onboard and has determined that an onboard review is sufficient. The Company also determined that the original report to them did not involve an improper overboard discharge. | An investigation into the incident was done by the Brand. Captains, Staff Captains, Chief Engineers, Staff Chief Engineers and Environmental officers received a Must See Message about Waste Stream Leaks.  The message included the following lessons learned: 1) Waste stream leaks should not be collected and rerouted to a different waste stream system; 2) Waste stream leaks should be promptly repaired to minimize environmental impact and pollution risk; 3) Temporary waste stream system repairs should be permanently repaired at the earliest opportunity; 4) Report leaks, equipment failures, and record repairs in accordance with company procedures (e.g. Plan Maintenance System); and 5) Please pay particular attention during watch keeping and other inspection rounds for signs of leaks; report and repair them.  The Message encouraged Chief Engineers to share and discuss the lessons learned with the technical and hotel maintenance teams. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet. Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - Environmental Open Reports

| Row Number | Notice Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|---|
| 2. | #5-2018* | 03.29.2018 | 03.2018 | HA Group | Caribbean Princess | On March 29, 2018, a hotline caller observed about a week prior to the call, "employees dumping 'oil water with seawater' off of the ship." | The Coast Guard boarded at 0915 (three boarding officers and two investigators) and indicated that they were onboard as a result of the hotline report and would carry out an extended MARPOL exam. Between 0950 and 1340 an examination of environmental records, test running of the two Oily Water Separators (OWS) and a general walk around the machinery spaces was carried out by the boarding officers. All requests for information were fulfilled and on completion of the OWS running tests, the ship was issued an inspection notice with no deficiencies noted. The Coast Guard team departed the ship around 1430.<br><br>At 1600 two Coast Guard investigators and one Coast Guard inspector re-boarded the ship and indicated to the Captain that they were instructed to interview the engine ratings. One on one interviews of 21 engine ratings took place until around 1715, followed by an interview of the Environmental Officer for approximately 10 minutes. It is understood that from approximately 1740 through 1810 the Coast Guard investigators debriefed in private and contacted their office prior to informing the Captain that the interviews and investigation was completed and that the report of inspection issued earlier in the day remained valid without any additions. The Captain advised that the lead Coastguard investigator and his colleagues thanked the ship for their full cooperation.  They also commented on the crews' very high level of knowledge in regards to environmental rules and structure.<br><br>On 4/23/18 the Chief Maritime Officer's ECP Newsletter included an article indicating that "an anonymous report was received regarding an alleged dumping of oily water with seawater. An investigation is ongoing, which so far has been unable to substantiate the allegation. If the anonymous caller has any additional information regarding this allegation, please help us by submitting further information via the hotline system".<br><br>After two requests for additional information through the hot line system and through a notice in the Chief Maritime Officer's ECP Newsletter no further information was received that would allow further investigation and this case was closed. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - Environmental Open Reports

| Row Number | Notice Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|---|
| 3. | #6-2018* | 05.20.2018 | 05.2018 | HA Group | Seabourn Odyssey | On May 18, 2018, a web hotline complainant reported that the fuel used exceeded 1.5% sulfur HFO emission in the EEZ of Spain and France. | No evidence of non-compliant fuel use was found by the investigator. The fuel oil loaded on April 28th in Tenerife was found to contain 1.67% Sulfur, after it was independently tested by Veritas Petroleum Services, and did not match the BDN which stated 1.5% Sulfur. The Chief Engineer reported this discrepancy to the Captain and Environmental Officer (EO). The EO asked for guidance from the Environmental Operations shore-side. A plan was developed to lower the high Sulfur fuel oil. The plan required the blending in the settling and service tanks the onboard low Sulfur fuel oil (0.94%) with the high sulfur fuel oil (1.67%). By using the fuel blend calculation tool for these two fuel oils, appropriate amounts were transferred, so that the sulfur content would not be above 1.5%. The high Sulfur fuel oil loaded into tanks HFO 1P and 1 S was subsequently blended, so that the Sulfur content used was not above 1.5%. During the blending process an error was made in the recording of the blended Sulfur content in the FO Changeover Record book. The book incorrectly recorded the blended fuel oil as 0.94%, when the entry should have recorded 1.5%. The Chief Engineer had the entry corrected. It appears not everybody in the Engine Team was fully aware of the blending plan and how it was executed. Most likely the person who filed the hotline report was under the assumption that the fuel would be mixed in one of the storage tanks. This together with the incorrect recorded Sulfur content of 0.94% in the FO Changeover Record book may have triggered this person to call the hotline. The non-compliant fuel oil was reported to Carnival's fuel procurement team for follow-up with the vendor. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)

July 05, 2018 Quarterly Issue Tracker - Additional Notifications to Interested Parties

| Row Number | Date of Incident | Date of Notice | Operating Line / Group | Vessel | Summary of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 1. | 02.09.2017 | 11.29.2017 | HA Group | Emerald Princess | On November 29, 2017, Maritime New Zealand filed criminal charges against Princess Cruise Lines for two alleged violations of New Zealand's Maritime Transport Act 1994, sections 65(1)(a) and (2)(a) in connection with a fatal accident on board the *Emerald Princess* while that vessel was docked in Port Chalmers, New Zealand on or about February 9, 2017.  In sum, a high-pressure nitrogen cylinder burst while being re-pressurized, which resulted in the death of an *Emerald Princess* crew member standing nearby. The Transport Accident Investigation Commission (TAIC) in New Zealand investigated the incident and issued an interim report on May 10, 2017, concluding that the burst nitrogen cylinder had suffered significant corrosion at the point of failure.  A metallurgist's initial assessment also concluded that the failure had occurred as a result of overload caused by corrosion thinning.  TAIC issued recommendations to the Navalimpianti Tecnimpianti Group (manufacturer of the cylinder), the International Association of Classification Societies, and to CLIA (Cruise Lines International Association) regarding inspection and storage requirements for these cylinders.  No recommendations in the report were directed to Princess Cruise Lines. The maximum penalty for each of the two alleged violations cannot exceed NZ $100,000. | The Company is working with New Zealand counsel to understand the process going forward and will apprise you as we learn more. | In Progress |
| 2. | 05.2017 - 09.2017 | 01.12.2018 | HA Group | Multiple Vessels | The Holland America Group, has received six Notices of Violation (the "Notices") from the Alaska Department of Environmental Conservation ("ADEC") concerning water and air violations that took place during the Company's 2017 Alaskan sailing season operations. | For water violations, where exceedance occurred because of insufficient aeration of the membrane bioreactors, corrective actions including increasing the aeration in the buffer tank, adding Heeburn BIO ET, and revising the desludging frequency of the membrane bioreactor.  Where insufficient dilution of effluent in a membrane bioreactor cause the incident, corrective actions included cleaning the membrane bioreactor tanks and revising the desludging frequency.  Where the blocked diffusers on the membrane bioreactors caused the incident, the crew inspected and cleaned the diffusers.  For alleged permeate discharges, the crewmembers had the permeate tanks cleaned and sanitized. Additionally, the crew continued to monitor internal and external sampling results.  For air violations, the Company has contracted with Wärtsilä, the original manufacturer of the vessels' engines, for the periodic testing and maintenance of its vessels' engines. During the first quarter in 2018, in preparation for the Alaska sailing season, Wärtsilä provided additional engine emissions testing and maintenance on ships deployed to Alaska for the summer. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet. Items without an asterisk previously appeared and were either in progress or pending verification.

United States v. Princess Cruise Lines, Ltd., 1:16-cr-20897 (S.D. Fla.)
July 05, 2018 Quarterly Issue Tracker - Additional Notifications to Interested Parties

| Row Number | Date of Incident | Date of Notice | Operating Line / Group | Vessel | Summary of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 3. | 08.28.2017 | 07.19.2017, 01.12.2018 | HA Group | Multiple Vessels | On August 28, 2017, the Company and EPA signed an Administrative Order on Consent ("AOC") pertaining to the State of Alaska, which allowed in-water sampling of pH below the VGP limit and provided interim effluent standards (again below the VGP limit) to allow time for the Company to come into full compliance with the VGP's pH requirement under Section 2.2.26.1. The reports and sampling data for the 2017 sailing season required by the AOC were provided to the EPA on October 31, 2017.  In addition to being required by the AOC, the purpose of this sampling data is also designed to help inform the Exhaust Gas Cleaning Systems ("EGCS") related provisions in the next version of the VGP, a draft of which is expected to be published by the EPA in late February 2018.  In addition to the AOC, a Penalty Order and Supplemental Environmental Project ("SEP") is in the process of being finalized, which the Company anticipates will occur in January 2018.  The penalty agreed upon is $14,500 and the SEP is expected to cost approximately $75,000.  The SEP is intended to provide data to the State of Alaska on ambient water quality. | The Company arranged for sampling and monitoring procedures in Alaska during the 2018 sailing season. Per the AOC signed on 28 August 2017 with the US EPA, the Company will do the following data campaigns this 2018 summer season in Alaska.<br><br>1. Ambient seawater data campaign.   This collects data 24/7 from the following four sensors at the seawater inlet on Rack 1, as long as the EGCS seawater pump is running, even without DG or EGCS operating.  This is an expansion on the similar campaign with just pH from last summer.<br>a. pH<br>b. temperature<br>c. Turbidity<br>d. Conductivity (salinity is derived)<br>The data is collected and formatted in the Cloud, then distributed to a 3rd party contractor in Alaska who provides weekly reports to the ADEC.<br><br>2. In Port EGCS Washwater pH Measurement Campaign.   This is a second summer of this campaign as well, as last summer measurements were taken from 11 ships in 3 Alaskan ports (Juneau, Ketchikan, Skagway), and observed by Lloyd's Register.   This year our team will be in Alaska for 2 weeks in May, 2 weeks in June, attempting to measure 15 ships in the same three Alaska ports. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and were either in progress or pending verification.