UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20897-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

## ORDER ON STATUS CONFERENCE

THIS matter came before the Court, on July 11, 2018, for a quarterly status hearing coinciding with the conclusion of the first year of the period of probation. Upon consideration of the entire record, including the submissions of the parties and the annual reports of the Court Appointed Monitor and Third Party Auditor, it is

ORDERED that:

1. On or before **August 1, 2018**, the Defendant will consult with the interested parties and propose a plan as to whether and how unannounced audits and ship visits by the Third Party Auditor and Court Appointed Monitor can be facilitated.

2. In response to Defendant's violations of the Environmental Compliance Plan (ECP), including the continued use of undisclosed pre-audit teams, the Special Conditions of Probation and the Environmental Compliance Plan (ECP) are hereby amended with the consent of the parties to include:

    a. all future audits and ship visits by the Third Party Auditor and Court Appointed Monitor shall be unannounced;

      b.    for the second year of probation, ten (10) additional vessel audits and/or visits by the Third Party Auditor and/or Court Appointed Monitor; and

      c.    for the second year of probation, five (5) additional shore audits and/or visits by the Third Party Auditor and/or Court Appointed Monitor.

The parties are further directed to confer and inform the Court on or before **August 1, 2018**, regarding a plan as to how these additional audits and visits will be conducted and by whom. After the submission of the second year annual reports, the Court will reevaluate the need for the increased ship and shore visits.

3.    On or before September 5, 2018, the Defendant will provide a plan as to how Carnival and its brands will address the challenge of corporate structure set forth in the First Annual Report of the Court Appointed Monitor, including prioritizing and standardizing environmental compliance across the company and establishing a Corporate Compliance Manager with both responsibility and authority over environmental policy and the Environmental Compliance Plan.

4.    On or before September 5, 2018, the Defendant will complete production of records responsive to the government's pending document requests regarding the ship visit programs.

5.    The date for the submission of the next Quarterly Report by the Court Appointed Monitor shall be moved from September 18, 2018, to September 21, 2018.

6.    By **September 21, 2018**, the Defendant shall provide a proposed timeline for establishing and implementing the recommendations made by third party consultants DNV-GL for improving and standardizing Defendant's internal investigation processes across all brands.

7.   Before the next Quarterly Status Conference, the appropriate representatives from Defendant shall meet and confer with the Court Appointed Monitor to discuss how the companies' long-term strategic plans are formulated and, specifically, to discuss how environmental compliance has been made part of those plans and how protection of the environment is being incorporated as a priority into the companies' strategic plans and culture in a long-term, sustainable manner.

DONE AND ORDERED in Miami, Florida, this 12th day of July, 2018.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record