**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 16-20897-CR-SEITZ**

UNITED STATES OF AMERICA

     **v.**

PRINCESS CRUISE LINES, LTD.,

     **Defendant.**

                                 /

### ORDER ON AMENDED NOTICE REGARDING PARTIES' PROPOSED PLAN

THIS MATTER is before the Court on Defendant's, Princess Cruise Lines, Ltd. ("Princess"), Amended Notice Regarding Court Order [DE 80] and the Court having reviewed the Notice. Pursuant to the Court's Order On Status Conference, signed on July 12, 2018 [DE 75], Defendant, Princess, the wholly owned subsidiary of Carnival Corporation & plc (together with Princess, the "Company"), conferred with the Court Appointed Monitor (the "CAM"), the Third Party Auditor (the "TPA"), and, on July 31, August 1, and August 2, 2018, with the United States of America (the "Government") and proposed a plan as to whether and how unannounced audits and ship visits by the CAM and TPA can be facilitated. The CAM and TPA also developed a plan, without objection from the other parties, as to how the additional ten (10) vessel audits and/or visits by the CAM and/or TPA during the second year of probation and the additional five (5) shore audits and/or visits during the second year of probation will be conducted and by whom. Having reviewed the Notice, it is

ORDERED that:

1.    For all future audits and ship visits by the CAM and TPA, the CAM and TPA will, on an interim basis, notify the Company of their respective ship visits or audits on "short notice," generally no more than a week before the CAM or TPA is prepared to begin their

respective ship visits or audits, to complete all necessary booking obligations.   Christopher Donald, the Company's Corporate Compliance Manager, will serve as the primary point of contact to facilitate the CAM's or TPA's ship visits or audits.   The Company shall also designate a person(s) to assist Mr. Donald in facilitating the ship visits or audits, and such designee(s) will be a person(s) within the Company who is not associated with the implementation of the Environmental Compliance Plan and who will keep all booking information in strict confidence.

2.        In the interim, the Government, CAM, and TPA will assess the effectiveness and feasibility of the procedure for conducting unannounced or "short notice" audits or visits and will confer with the Company to resolve any issues or future objections.   The parties will notify this Court of any necessary changes to this procedure or of any objections that cannot be resolved.

3.        Regarding the ten (10) additional vessel audits and/or visits to be conducted by the CAM and/or TPA during the second year of probation, five (5) additional vessel visits will be conducted by the CAM, and five (5) vessel audits will be conducted by the TPA.   The CAM may accompany the TPA on the vessel audits that it performs, and some vessel visits may be conducted jointly by the CAM and the TPA.

4.        Regarding the additional five (5) shore audits and/or visits to be conducted during the second year of probation by the CAM and/or TPA, all five (5) shore visits will be conducted by the CAM.   The TPA may participate in some or all of the five (5) shore visits.

5.        The Defendant's Amended Notice Regarding Court Order is accepted as filed on August 1, 2018.

DONE AND ORDERED in Miami, Florida, this ____ day of August, 2018.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record

2