# EXHIBIT A

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Major Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| 1. | MS Amsterdam (01.04.2018) | ECP Section VIII.B.1 | On January 6, 2018, while anchored near Grand Cayman Island and while the ECP Auditors were onboard, approximately 3 liters of oil accidentally discharged into the sea via a tender boat when the tender was taken on a test run. During the test run, the internal seals of the new cooler failed to allow oil to leak into the cooling water and subsequently discharge over the side. The tender was stopped and returned to the vessel. | Root Cause Analysis indicated on the morning of January 6, 2018 an issue with the cooler was identified, requiring a replacement of the cooler unit with a new OEM part retained onboard the vessel. The item was correctly fitted as per OEM guidelines, however, due to the boat requiring to be waterborne for the test, could not be tested prior to launch. Upon startup of the engine, the leak was identified, and the boat was removed from the water to prevent any further leakage. Due to the seal being internal, it was not possible for the vessel to foresee this incident. The tender was immediately returned to the blocks and hoisted back on board. The sheen rapidly dissipated due to high winds and no cleanup actions were possible. An inspection determined that approximately three liters of biodegradable oil were lost overboard. The internal seals in the new gearbox cooler had failed and the oil was discharged into the sea along with the cooling water of the engine. | Complete |
| 2. | MS Amsterdam (01.04.2018) | ECP Section VIII.B.1 | The ship's incinerator is out of operation due to requiring replacement parts to Equipment Issue befitted. Waste is being stored in the garbage room and the marshaling area as there is no available space in the cold room to store any waste. The ship only has nine cubic meters of cold storage space and no designed storage space outside of the garbage room. Solid waste offloads are being conducted but the garbage builds up rapidly when the incinerator is not functioning. The current estimated time to repair and re-commissioning of the incinerator is unknown. | Root Cause Analysis indicated thermal overloads are not designated as critical spare parts.  The Company retained a reputable third party, DNV-GL, to facilitate the determination the designation of "critical spares."  A cross-brand working group worked together with DNV-GL over a matter of several months to complete the review.  The thermal overload that failed on the Amsterdam was not included in the critical spares listed because (i) it was determined not to be included in the normal preventive, predictive or corrective maintenance to promote the reliability of the equipment; and (ii) the part does not have sufficiently high and predictable demand rate to be suitable for carriage as an onboard spare. Spare parts for Incinerator to be replenished and repairs to be made. Technical to review incinerator failures fleet wide to determine appropriate quantity of spare parts based on failure rates. | Complete |
| 3. | MS Amsterdam (01.04.2018) | ECP Section VIII.B.1 | While alongside in Benoa, Indonesia, a shell door was opened to check the operation of the tender platform. A small amount (less than five milliliters) of biodegradable hydraulic oil dripped into the water in violation of MARPOL Annex I. A very small sheen was observed but dissipated quickly and was unrecoverable. It was assessed that during maintenance on the hydraulic hoses some oil spilled into the gutter of the recess and, due to the restrictive location and design of the arrangements, the oil was not seen and thus not cleaned up at the time. | Root Cause Analysis indicated that during the maintenance job on the hydraulic hoses oil spilled into the gutter of the recess. Due to the restrictive location and design of the arrangements the oil was not seen and thus not cleaned up at the time of the maintenance. The ship reviewed maintenance procedures for hydraulic hoses in the area to prevent recurrence. | Complete |
| 4. | MS Amsterdam (01.04.2018) | ECP Section VIII.B.1 | On or about December 21, 2017, the Engineering department had dismantled the turbocharger to diesel generator #5. Several parts were placed in a plastic bag with fresh water to soak for further cleaning. Later those parts were removed from the bag and the contaminated water place in a 55-gallon drum for disposal ashore. On December 22nd, the Staff Chief Engineer discovered a crewmember (Wiper: Hernawan Adi Tama) emptying the water from the drum into a sink using a bucket. The Staff Chief stopped the crewmember at | The incident is under investigation by RAAS. The report is forthcoming. The Director of HESS-MS will close this finding when the report is issued. The Investigation ongoing and Root Causes Analysis will follow. | Complete - Pending Verification |

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Major Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | once. It was determined that 3 buckets of containment water had been disposed of down the sink drain leading to the grey water system. | | |
| 5. | Sun Princess (11.05.2017) | ECP Section VIII.B.2.g | Deck cleaning chemicals, Deck Clean NP and Metal Brite HD, are being used onboard to clean decks, discharging directly overboard through deck scuppers while in port and underway. The discharge is being logged in the Garbage Record Book as "Operational Waste" as per the Garbage Management Plan. The manufacturer, Wilhelmsen Chemicals, states the cleaning agents meet the criteria as not being harmful to the environment, however, in reviewing the Material Safety Data Sheets, it states the material is corrosive and must be disposed of as "Hazardous Waste," and the product should not be discharged into drains or the environment; disposal should be in accordance with local, state or national legislation. No documentation was provided from Government Authorities stating these deck chemicals are safe for discharge into the environment while in port or underway. | Root Cause Analysis indicated that there was not a strong enough control system on what constitutes a deck cleaner and where it can be used. Upon notification of this finding, the Company immediately took steps to ensure that all deck cleaning with Deck Clean NP and Metal Brite HD was discontinued while in port and at sea as the Company conducted its review of the finding. Specifically, within the first 24 hours, the Company directed all Covered Vessels to discontinue all deck cleaning in port and to permit the use of only fresh water to clean decks while in international waters. Soon after, the Company notified all Interested Parties regarding its initial review, which included a review of Company policies and procedures and notifications to the fleet. It was ultimately determined that Metal Brite HD is not intended to be used in open deck washing in VGP waters and is not approved for such use by any Operating Line, and while historically it has not been utilized by the Company for such use, the Company made clear notification of this requirement to all Operating Lines via Must See Messages. However, Deck Clean NP is determined to comply with VGP requirements and thus can be used in U.S. waters for its intended uses, unless otherwise limited by local law. Ultimately, it was determined that all deck washing while in port is to be done with fresh water only unless the applicable Brand has approved specific products for in port use. Deck washing outside 12 nautical miles is to be done with chemicals that the manufacturer has confirmed meet MARPOL Annex V standards. All deck washing chemicals are being re-evaluated before approval to reinstate use is given, and in all instances, ships must confirm with local port authorities that deck/side shell or hull cleaning is allowed within the given port in which such operations are to be conducted. The Corporation is currently drafting a procedure to memorialize all requirements stated in the Must See Message and instill a process for future approval of chemicals. In the meantime, HA-Group has issued an Operational Directive OD ENV/09/17 (updated list of approved chemicals) that lists all chemicals approved to be used in specified locations. Further, the Company requires that when a chemical is used, the person using the chemical should check with the bridge for permission and once permission is granted, a start time and end time is recorded into the NAPA E-log with the chemical name and quantity used. Additionally, all must always follow MARPOL and ENV/09/17. The Company is working to develop a process to verify that deck wash products meet MARPOL Annex V requirements and requires that employees also refer to the latest update of ENV/09/17 dated 25th January 2018. | Complete - Pending Verification |
| 6. | Sun Princess (11.05.2017) | N/A | On June 26, 2017, it was reported that the COWS was missing a solenoid valve from the bilge sample line. The investigation into the June 26, 2017 incident of the missing solenoid valve from the bilge water sample line on the COWS is not complete. The corrective action from Carnival Corporation was to send out Environmental Compliance Notice (08-2017) to all | Director of HESS-MS to attach investigation report into the incident, which will include lessons learned, root cause analysis, and preventive action. | Complete - Pending Verification |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Major Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | operating brands. When discussing with the Master and the Environmental Officer about the incident and what corrective actions were done, it was noted that they knew of the disciplinary actions that were taken against the First Engineer and knew of no other corrective action that had been implemented by Carnival Corporation. Auditors asked the corporate representative, Ed Ramaekers, if there were any corrective actions taken as a result of the investigation. He knew about the disciplinary actions and also pointed out the Environmental Compliance Notice (08-2017). | | |
| 7. | Star Princess (01.03.2018) | ECP Section VIII.B.2.d | Upon auditor's arrival, we were made aware of operating issues with Static OWS. The problem was found to be excess back-pressure on Static OWS output, lifting the three-way valve to recirculate process water. After trouble tracing by ship's engineers and corporate office approval, a temporary modification was done and the unit was run satisfactorily. OWS was run for one hour, with positive 2.6-m3/hr throughput @ 2ppm. The modification was not approved by Class or the Flag State prior to its operation. | Root Cause Analysis indicated a lack of maintenance and frequency of pipe cleaning/renewal. Discharge pipework between Static Oily Water Separator and BDCB to be renewed and blockages removed. | In Progress |
| 8. | Carnival Splendor* (04.28.2018) | N/A | The ship reported that on 2/3/18, during hull maintenance when berthed in the Port of Long Beach, CA, approximately seven (7) ounces of paint spilled from a bucket that was tied to a floating platform. The paint dissipated and could not be recovered. The release was reported to the USCG NRC and the Port Authority. An initial investigation found that a combination of human error, ineffective oversight, and ineffective preparation were factors contributing to the incident. | Root Cause Analysis indicated procedures were not followed. Incident was reported to all concerned external agencies. Painting procedures were rewritten to ensure clarity and redistributed to the fleet. Staff Captain oversight to be reinforced during painting to ensure that all precautions are taken accordingly. | Complete |
| 9. | Carnival Splendor* (04.28.2018) | N/A | The ship reported that on 1/27/18 when berthed in the Port of Long Beach, CA, ballast water was discharged in violation of California's "Marine Invasive Species Program" regulations and the required ballast water reporting forms were not sent on time to the National Ballast Information Clearinghouse or the California State Lands Commission. An initial investigation found there was inadequate voyage planning for the relocation cruise. | Root Cause Analysis indicated multiple breakdowns in procedures. Such major relocations must be planned in advance with support from shoreside teams, specifically to check if technical modifications are needed to meet any environmental requirements. Lessons learned note to be sent out to the fleet to raise ships awareness regarding this issue. This note will also include the importance of voyage planning and the correct process to develop and communicate a complete voyage plan and environmental schedule. CCL to develop a more robust ballast water management training program to ensure that all officers and engineers are well educated in regards to ballast water requirements and ENV 1501. CCL to develop a short presentation on how a comprehensive voyage overview should be conducted to meet the requirements of ENV 1001 and MAR 1301. Handovers of key personnel must be avoided during such relocations. If that is not possible, sufficient handover time must be allocated to ensure that important info is passed on. The Company will consider counseling EO and Staff Captain directly responsible for multiple breakdowns in procedures and failure to verify compliance. | In Progress |
| 10. | Carnival Splendor* (04.28.2018) | N/A | The ship reported that while docked in Isla Roatan, Honduras on 9/7/17, an oil leak was reported to be coming from a lifeboat. A high-pressure hydraulic pipe was found to have failed, spilling oil down the ship's hull. Approximately 0.5 liters of oil was estimated to have been spilled with a small proportion of this volume entering the water. No oil sheen was observed. The Port Authority was notified via the Port Agent. The pipe was | Root Cause Analysis indicated corrosion of pipe due to weather. Lifeboat davits hydraulic pumps were promptly stopped and the leakage immediately stopped. Hydraulic Oil pressure pipe joint was welded, hydraulic pumps restarted and no leakage noted. Pipe and system were put back in service. More frequent supervision will serve as a preventive measure. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Major Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | welded and successfully tested. The davit system and lifeboat were put back in service. A 'G' entry was made in the oil record book. | | |
| 11. | Carnival Splendor* (04.28.2018) | N/A | The ship reported that on several occasions that Non ODS refrigerant gas leaked from the system: On 7/3/17, 267 kg of refrigerant gas leaked from an air conditioning system due to a faulty flange. The flange was repaired and the system was put back in service. On 7/5/17, 260 kg of refrigerant gas leaked from various provision systems due to general age related deterioration. The systems were refilled and were put back in service. | Root Cause Analysis indicated wear and tear of the seal. Vacuum leak test performed, the system was refilled with Non-ODS Freon R 134A and put back in service. More frequent monitoring will serve as a preventive measure. | Complete |
| 12. | Carnival Splendor* (04.28.2018) | N/A | The ship reported that on 7/15/17, treated black water was discharged within 12NM of the Bahamian Coast due to accidentally opening the overboard discharge valve. The ship reported that the valve was closed within 10 minutes. | Root Cause Analysis indicated a human error. Awareness refresher orientation was conducted with the Engineer who reiterated the applicable regulation with which all concerned Bridge and Engine Officers must be in compliance. Proper awareness of applicable regulations serves as a preventive measure. | Complete |
| 13. | Carnival Triumph* (05.03.2018) | N/A | The ship reported that on 21 Jan 18, it had no functional oily water separator (OWS) while a new OWS was installed. The second OWS was dismantled prior to fully commissioning the new unit. A contingency plan was developed to manage the bilge on board and offload to a shoreside reception facility in New Orleans, LA. An entry was made in the ORB. The U.S. Coast Guard, ship's Classification Society and ship's Flag Administration were informed. The new OWS was commissioned working on 25 January. | Root Cause Analysis indicated improper planning. A contingency plan was put in place and all bilge water was offloaded to shore. In the future, proper planning for such projects will be done in advance. | Complete |
| 14. | Carnival Triumph* (05.03.2018) | N/A | The ship reported that on 10 Apr 18, approximately 110 cubic meters of water, some of which was bilge water from a stabilizer room bilge well, leaked into an emergency ballast tank due to corroded plates between tanks. Water from this ballast tank had been discharged overboard before discovering that part of the source of the leak was from a bilge well. | Root Cause Analysis indicated the hole developed in the Emergency Ballast DB# 6 C Tank steel plate due to corrosion which contributed to bilge water accumulation in the tank. Review the ballast tank inspection routines currently being performed with a goal to: a) Include effective work instructions and specify expectations within the PMS system to ensure an effective inspection; and b) Stagger the Classification Society and shipboard ballast tank testing/inspection program, to ensure they are evenly spread out over the five year inspection/testing cycle. Update Captain's Standing Orders fleet-wide to ensure that weekly tank soundings are completed correctly. This should include: a) Having the Sounding Assistant double-check and confirm water tank soundings; b) The use of water paste when sounding water tanks; c) The importance of ensuring the Stability Officer and the Staff Captain/Captain is fully aware of any abnormal readings that are found; and d) The importance of informing the EO and containing the contents of the tank until the source of the water can be confirmed. ABG to consider updating the purpose and/or scope of EMR-1402 to ensure ship's officers and crew understand that these procedures should be followed whenever the ship's stability capabilities have been impaired, which could include when a double-bottom tank is unexpectedly compromised. CCL to issue a memorandum to ensure that all CCL shipboard staff are fully aware of the inherent dangers when a ballast tank is compromised. This memorandum should highlight the company requirements with regards to reporting, the importance of working as a team and the sharing of information across departments. EMR-1402 should be referenced for guidance. Watchkeeping Engineers should be formally reminded of their | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Major Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | | duties with regards to understanding what works are being performed within the technical spaces while they are on watch. This should include understanding: a) Why non-technical personnel are inside the technical spaces and the works that are being performed: b) What Permits to Work are open in the technical spaces and their expected completion time; and c) The importance of ensuring that this information is included on the handover sheet and an effective handover is completed. By 30 September 2018, Maritime Policy and Analysis will amend ENV 1008 and ENV 1203 to ensure that EOs check the Portable Pump Logs whenever they visit the Engine Room and question why portable pumps have been signed.  Issue a fleet-wide memorandum, to CCL ships, reiterating the contents of MAR-1501 – Intact Stability Management – and the significance of ensuring that the ship always sails within the required stability conditions. This memo should highlight the importance of: a) Accurately conducting the weekly tank soundings; b) Promptly verifying the accuracy of tank level sensors; c) Immediately reporting any unexpected tank levels; d) Ensuring that the correct levels are entered into the tanks prior to departure; e) Verifying any erroneous visual draft readings: and f) Conducting an effective review of the stability calculations prior to acknowledging and signing the stability condition printouts.<br><br>It is also recommended that the following officers attend CSMART for additional training/assessment prior to their next appointments on board: a) Engine watchkeeping officers, Staff Chief Engineer and Chief Engineer – Engine Resource Management; b) Captain and Staff Captain – Stability; and c) Captain, Staff Captain, Chief Engineer and Staff Chief Engineer – Environmental Officer Training, and Deck and Engine Professional Training and Continuous Development. | |
| 15. | Caribbean Princess* (02.06.2018) | ECP Section VIII.B.2.w | On November 30, 2017, approximately 77 cubic meters of ballast water was discharged overboard through the ballast water treatment system while in alongside in Fort Lauderdale, Florida. It was discovered the water was treated with a UV intensity below the 70% minimum threshold. | Root Cause Analysis indicated the Company reported this incident to the CAM.  The manufacturer is assisting with the installation of audible alarms to ensure operators are aware if certain parameters are out of compliance. The respective crew members were retrained on the use of the ballast water treatment system.  Confirm that the audible alarms have been fitted to the Ballast Water Treatment system to ensure that ballast water cannot be discharged with an intensity below the 70% threshold.  Confirm that this change has been implemented fleet wide and that Chief Engineers on these ships have conducted refresher/familiarization of the procedures for managing ballast water discharges. | In Progress |
| 16. | Caribbean Princess* (02.06.2018) | ECP Section VIII.B.2.d | On July 21, 2017, while anchored in South Queensferry, Scotland, a tender was lowered in the water for testing following routine maintenance. When the engine started, a discoloration was noted in the water and the engine immediately stopped. The cause was noted to be a mechanical failure of the diesel cooler. | Root Cause Analysis indicated the cause was a mechanical failure of the diesel cooler.  The engine immediately stopped, boat recovered.  Diesel Cooler replaced with a spare.  Diesel Coolers on remaining tenders were checked and no defects were found.  It will be confirmed that an AMOS Job exists to inspect the Diesel cooler for the boat and that it has not been postponed/canceled.  The Company will conduct a review of the age of the | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Major Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | | spare Diesel Cooler and associated parts fleetwide to determine if they are past their shelf life date or should be replaced due to their age. | |
| 17. | Caribbean Princess* (02.06.2018) | ECP Section VIII.B.2.d | On July 9, 2017, during tender operations in South Queensferry, Scotland, the tender main engine had a defective fuel pump resulting an oily sheen on the water. The engine was immediately stopped. | Root Cause Analysis indicated the engine stopped, boat recovered. Steyr Engine Technician attended and corrected engine timing.  It will be confirmed that an AMOS job exists to inspect the Diesel Cooler for the boat and that it has not been postponed/canceled. The Company will conduct a review of the age of the spare Fuel Pump (if held) and associated parts fleetwide to determine if they are past their shelf life date or should be replaced due to their age. | In Progress |
| 18. | Emerald Princess* (05.23.2018) | ECP Section VIII.B.2.g | The ship reported that on December 25, 2017, a waterproof canvas lifeboat-hook cover fell into the water and could not be retrieved. The cover had not been properly secured and was blown overboard by strong winds. | Root Cause Analysis indicated inattention to detail by the deck crew.  An entry was made in the Garbage Record Book, and the local agent was informed of the violation of MARPOL Annex V.  All similar covers were checked for secure fitment.  The need to properly secure E17 covers and other items on deck was reiterated to deckhands. | Complete - Pending Verification |
| 19. | Emerald Princess* (05.23.2018) | ECP Section VIII.B.2.g | The ship reported that on January 25, 2018, during tender operations, a handheld UHF radio was accidentally dropped into the water from the starboard pontoon. | Root Cause Analysis indicated inattention to detail by the crew while on deck by not utilizing lanyards.  Vessel requires lanyards for all hand-held portable radios, instruct the crew to use lanyards while on deck.  ECN Number 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. | Complete - Pending Verification |
| 20. | Emerald Princess* (05.23.2018) | ECP Section VIII.B.2.g | The ship reported that on February 9, 2018, a wooden flagpole and flag were detached from a tender by the wind, fell into the water, and could not be recovered. | Root Cause Analysis indicated inattention to changing weather patterns and insufficient planning by the crew.  Securing was not sufficient in the weather conditions and flags were removed from all other tenders for the remainder of the tender operations.  The securing issue is being addressed and will be standardized across the fleet.  The local agent was advised of the MARPOL Annex V violation, and an entry was made in the Garbage Record Book.  All HA Group ships received instructions on securing tender flagpoles by fitting or welding two small eyelets, one on the flagpole and one on the deck. When in use, this tether will prevent the pole from being lost overboard should it come free of its bracket. | Complete - Pending Verification |
| 21. | Emerald Princess* (05.23.2018) | ECP Section VIII.B.2.g | The ship reported that on March 6, 2018, one of the "Keep 50 meters Clear" plastic tarpaulin banners was blown into the water where it sank immediately. The banner was removed, then folded and placed on a storage box near the rails. The wind lifted the banner of the storage box and into the water. The banner was not properly secured. | Root Cause Analysis indicated inattention to changing weather patterns and insufficient planning by the crew.  The security team has been instructed to properly secure objects during similar operations.  The Port Agent was informed of the MARPOL Annex V violation, and an entry was made in the Garbage Record Book.  ECN 16 reminds ship staff of the importance of due care and attention regarding items which may be loose and fall into the sea. Additionally, the security team received training conducted by the Environmental Officer on the best practices to prevent recurrence. | Complete - Pending Verification |
| 22. | Costa Atlantica* (06.15.2018) | ECP Section VIII.B.2.c | The food pulper system has been out of service for several months as reported in Flash Report dated 22 November 2017. The vessel is not outfitted with equipment or procedures to properly dispose of food waste at sea in the event it cannot be landed ashore. | Root Cause Analysis indicated poor performance of an external contractor. Despite the fact that the replacement of the system was planned in advance and the funds secured. The maker failed to identify all aspects of the job and this prevented the job to be completed during the dry dock as planned.  The maker of the food processing system is expected onboard in August to perform all the necessary work to have the system back in operation.  The Company will inform all interested parties about the issues encountered in order not to have other incurring the same. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| 1. | Shore - ABG (08.18.2017) | ECP Section III.B.1.b | As per the ECP section III.B.1.b., the Risk Advisory and Assurance Service ("RAAS") department shall investigate covered vessel casualties and oil pollution incidents in accordance with Carnival's incident investigation policy. Reference is to the HESS-MS Procedure HMP-1303 – Event Investigation (Level 3 and 4), Section 3.3 which states that "with all level 3 investigations, the lead investigator must routinely update the VP RAAS (Maritime) and the appropriate legal department on the status of these investigations". At the time of the audit, multiple level 3 investigations relevant to pollution incidents have occurred from September 2016 to July 2017, 24 investigations were found to still remain open. Evidence was provided by the RAAS Director of Investigation showing where he has requested follow up from the Lead Investigators residing at the Line level on a regular basis. However, no recent feedback or investigation updates had been provided to the RAAS Director of Investigations at the time of this audit. | Root Cause Analysis indicated ineffective Procedure (the process is open to interpretation). The Company will now require that a monthly update on the status of all Severity 3 investigations in progress at all brands be provided to the RAAS Director of Investigations in order to ensure that all issues are being reviewed and resolved in a timely manner.  The first update is to be provided by November 30, 2017. RAAS will update HMP 1303 to define: (1) Operating Line progress report frequency based on the investigation's complexity (Severity 1 to 4); (2) the VP of RAAS Maritime will be required to discuss Severity 4 investigations during the quarterly EVP meetings; and (3) VP of RAAS Maritime will provide a factual statement on the incident to the MPA within 15 days of commencing a Severity 4 investigation.  Overall, the Company acknowledges the difficulties observed by the TPA and is revising its HESS investigation procedure to ensure more timely investigation results. | In Progress |
| 2. | Shore - ABG (08.18.2017) | ECP Section III.B.1.b; HESS: HMP-1303 | As per the ECP section III.B.1.b., the Risk Advisory and Assurance Service ("RAAS") department shall investigate covered vessel casualties and oil pollution incidents in accordance with Carnival's incident investigation policy. Reference is to the HESS-MS Procedure HMP-1303 – Event Investigation (Level 3 and 4), Section 6, which states that during the course of an investigation MPA has to circulate information learned from the investigation to all Operating Lines. Incidents in violation of Marpol Annex IV and V regulations and company procedure ENV 1001 due to discharge overboard of comminuted food waste and treated black water inside 12 nautical miles of the Bahamas baseline were reported on the vessel Carnival Elation on voyages between June 4 and June 16, 2017. Reference is to the environmental incident report 005_2017-EL. Further investigation revealed the existence of similar reports issued to other Carnival Cruise Line vessels (Carnival Freedom, Carnival Liberty, Carnival Magic, Carnival Conquest, Carnival Splendor and Carnival Vista). At the time of the audit, the investigation of these incidents was found open. The HESS-MS procedure ENV 1001 was found revised and containing additional information to the vessel to avoid future similar incidents. A copy of the internal Carnival Cruise Line internal communication sent to the Line fleet requiring Masters and Chief Engineers to confirm awareness and updates of the procedure was also provided. However the information learned from the ongoing investigation, including the notification of procedure change, has not been circulated to all the Operating Lines as required by the HESS-MS Procedure. | Root Cause Analysis indicated ineffective Procedure. MPA Issued ECN #10 (22nd August 2017) to specifically address the Bahamas Baseline incidents. The Safety and Environmental Awareness Bulletin were also used for communicating lessons learned. Working group established to identify non-shoreline claims.  Preventive RAAS will update HMP 1303 to define: 1) Operating Line progress report frequency based on the investigation complexity (Severity 1 to 4); 2) require that the VP of RAAS Maritime discuss Severity 4 investigations during the quarterly EVP meetings; and 3) require that the VP of RAAS Maritime provide a factual statement on the incident to MPA within 15 days of commencing a Severity 4 investigation. | In Progress |
| 3. | Shore - Carnival UK (09.15.2017) | ECP Section III.B.1.b.; HESS: HMP-1301 | ECP section III.B.1.b. requires casualties and oil pollution incidents to be investigated in accordance with CARNIVAL's incident investigation policy HMP-1301. All three (3) ECP related incidents below were reviewed in detail through examination of incident reports and interviews with report | Root Cause Analysis in progress by Carnival UK.  A review will be carried out of investigation resources to determine whether there are any gaps in this area. A procedure will be developed to ensure that documentary evidence is received and saved which clearly shows that adequate corrective action has | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

7

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | owners. Interviews were conducted with the responsible persons for each incident investigations, namely: 1) Mathew Andow for incident: 3 March 17, VENTURA, Oil Spill in Bilge 2) Rob Ross for incident: 22 April 17, QUEEN MARY 2, Unable to Process bilge water 3) Chris Crossley for incident: 1 May 17, ARCADIA, Missing ORB Pages. Lotus Notes is the electronic application in which Carnival UK documents and tracks incidences reports to closure. Both the Lotus Notes reports and the physical incident investigation files were reviewed. Inconsistencies were found related to properly documenting closed incidents with verifiable documentary evidence. Of the two incident reports documented within the Lotus Notes application, only one indicated evidence of immediate corrective action, neither documented clear root cause analysis or indicated a clear preventive action to prevent reoccurrence. The nonconformity in this section goes to two parts: 1) A failure to consistently document ECP incidents following established practice, policy, and procedure. 2) A failure to consistently document, track, implement, and verify corrective and preventative actions. | been taken with respect to accidents and near misses. The current incident report form to be revised to ensure that sections showing immediate corrective action, root cause analysis, and preventative measures are clearly identified. A procedure to be developed to ensure that incidents are consistently documented, tracked, and to ensure verification of corrective and preventative actions. A review to be done of resources to determine if CUK currently has the correct headcount to adequately manage the investigation process. | |
| 4. | Shore - Carnival UK (09.15.2017) | ECP Section III.C.1 and 2 | As per the ECP Section III C 1 and 2, the ECP specifically tasks the Maritime Policy and Analysis (MP&A) department to manage an environmental near miss program that ensures the reporting, documentation, and tracking of near-miss incidents having a grade of low to high risk of impact. It was discovered that very few environmental near misses reports are received by MP&A due to the procedure requiring only high level near misses to be reported to MP&A. Out of 103 vessels, it was found that only 6 reports were submitted from July 1 to Sept 4, 2017, (4 from CUK vessels) and no reports were received from the April to June time period across all operating lines. Upon investigation, it was found that there is no specific procedure relating to near miss reporting, and nowhere in the procedures (Corporate or HESS) is the term "Near Miss" defined. In the footnote to HMP 1302 and 1303 Appendix A1, the term "near hit" is used, but there is no specific procedure regarding near misses reporting in HMP 1302 or 1303. The term near miss is used in Annex 1 of CS 001 and indicates that reportable items to MP&A are any near miss that could have resulted in any of the aforementioned (in the table E1 – E5) reportable incidents. E1 to E5 consists of reportable items such as Violations of MARPOL, violations of Corporate Environmental Standards, situations that result in or could result in a spill or discharge of pollutants into the environment, and operating personnel misconduct. CS 001 also points to another procedure Carnival Corporation & plc Accounting Policy Section 3.2.6 "Reporting of Significant Events" which requires reporting of "Serious Pollution" and indicates reporting of "Hazardous Situations and Near Misses" may need to be shared across the Company. Due to the lack of specific procedures regarding near miss reporting, near-miss reporting is to be done in the same fashion as incident investigation and experiences the same circumstances of the non-conformities 01 and 02 issued during this audit for incident | Review company policy to ensure that "near miss" is properly defined. Review HMP 1302 and 1303 to ensure that near-miss reporting procedures are specified. Re-Assigned to John Haeflinger (MPA): The CUK office audit was conducted while the replacement policy for CS001 was being finalized. COM-1101 "Reporting of HESS and Operational Events, Near Misses and Ship Inspections" was issued on November 1, 2017, and became effective on January 1, 2018. It reflects a rewrite of CS001 with a greater emphasis on near miss reporting and alignment with the business requirements defined in our agreement with a third party to build a single HESS event reporting system for the Corporation, which is now in progress. The objective of COM-1101 is as follows: "The reporting of HESS and Operational Events, Near Misses, and certain external Ship Inspections is an important part of measuring and improving our Health, Environmental, Safety, Security (HESS) and Technical performance, ensuring the safety and security of our guests and crew, and protecting the environment. The identification and tracking of incident rate trends and root causes at Brand and Group levels, as well as the sharing of lessons learned, are key to identifying best practices, reducing risks and improving performance. This procedure applies to any Event (as defined by the criteria below) that occurs on board any ship or port facility owned and operated by Carnival Corporation and plc. It also applies to passenger and crew injuries and public health events that occur on board or ashore. This procedure does not apply to Events that occur in our office buildings utilized by Carnival Corporation and plc. to conduct business, regardless of their location. Note that this procedure replaces Corporate Standard 001 in its entirety." COM-1101 makes near miss reporting requirements more explicit and encompassing than CS001 did. The procedure defines a "near miss" as follows: "For the purpose of this procedure, a "near miss" is defined as an event or situation that could have | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

8

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | investigation. As per ECP Section II C 2, a summary of near-miss incidents involving pollution prevention equipment is to be provided quarterly to shipboard Covered Personnel. The Health, Environmental, Safety and Security (HESS), Technical, Regulatory and Sustainability Report Second Quarter, FY2017 report, also referred to as the HESS Board of Directors (BOD) Report was sampled and found to have no environmental near misses listed. The M P&A near-miss database was queried and also found that no environmental near miss reports were submitted across all operating lines for the same time period. | resulted in a HESS Event, but did not, either by chance, through timely intervention or because preventive measures were in place." The Appendix to the procedure defines the types of HESS events that are reportable to MP&A and provides the following guidance, with the near miss language emphasized with an underlined text: "This Appendix 1 outlines event types to be reported in accordance with COM 1101. It is not intended to specify each and every incident or event that should be reported. Operating Lines should always report an event if there is any doubt as to whether the event meets the requirements of this Appendix. All associated near misses are also to be reported. Unless otherwise noted in this Appendix, all reportable events require immediate notification to MP&A. Immediate notification means as soon as possible after the incident is reported from the ship to the responsible shore side department." Since the issuance of the COM-1101 procedure, near miss reporting has increased significantly. In the first two months the procedure was in force (January 1 through February 28, 2018), 24 near miss reports were made to MP&A. MP&A produces a quarterly Safety & Environmental Awareness Bulletin to the fleet and shore personnel which highlights select safety and environmental incidents and near-miss events, identifies their root causes and discusses lessons learned. It is intended to be a training tool for the fleet to reinforce requirements and help reduce the risk of similar events occurring. This bulletin had been issued for several years as a safety bulletin. Environmental incidents were included beginning Q2 2017. | |
| 5. | Pacific Princess (10.07.2017) | ECP Section VIII.B.2.i | During the review of the Oil Record Book, two pages were found not signed by the Captain. Two entries in the ORB were also found edited but with no signature made after the correction. A total of four (4) missing signatures were found. | Root Cause Analysis indicated insufficient attention to detail by persons responsible for completing the log books and insufficient oversight by EO. Ship to confirm and provide evidence of missing Captain's signatures and correcting signatures. Create a daily HESS-MS task directing the EO to review ORB and verify all required signatures are present or to collect missing signatures. | Complete |
| 6. | Shore-CCL (11.06.2017) | ECP Section I.B., Persons to Whom Applicable and ECP Section V.A.1., Shore side Covered Personnel, Operations, Maintenance and Repair Personnel | Not all Persons who have routine responsibilities with operational duties of Marine Environmental Protection Management were identified as a Shoreside Covered Person within the Carnival Cruise Line Organization. It was found during a spot interview with an Environmental Analyst that her job description and job scope function aligned with the requirements consistent with being a Covered Person as required under the ECP. This Environmental Analyst was not on the Covered Person roster and did not complete all ECP required training. | Root Cause Analysis indicated misinterpretation of the definition of Covered Personnel due to no formal procedure or protocol in place for defining Covered Personnel. All employees in the CCL Environmental Operations team were placed on the Covered Personnel list and received the ECP Shore Side Covered Personnel training (TRG-2307). Specifically, Environmental Analyst and Contractor were added to the CCL Covered Personnel list, registered for a GLADIS account, and completed all four modules of the TRG-2307 ECP shore side training by November 10, 2017. CLL will develop a standard protocol for identifying Shore Side Covered Personnel. Once that is in place, Carnival Cruise Line will conduct a review of all Shore Side positions to determine if any positions have been added or positions that should be included were not on the original list. Furthermore, all positions within the CCL Marine Operations department will be reviewed to determine if any additional employees should be identified as Shore Side Covered Personnel and therefore be required to take the ECP Shore Side Training. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

9

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| 7. | Shore-CCL (11.06.2017) | ECP Sections V.B.2, V.B.3 | A requisition by the CARNIVAL BREEZE crew done on May 20, 2017, was found having a wrong code associated to the part (non-ECP code). The original requisition was done for multiple items and included ECP and non-ECP spare parts. On July 18, 2017, the purchase order was eventually processed for the ECP spare part only but its code was not corrected in the INFOSHIP system causing further delay. At the time of the audit, the spare part was expected for delivery on January 9th, 2017. | Root Cause Analysis indicated the system is not configured to alert for incorrect coding. Configure the system to alert personnel that a wrong budget code has been selected for an ECP critical part. | In Progress |
| 8. | Shore-CCL (11.06.2017) | ECP Section III.B.2 | A Corrective Actions was raised by the Internal RAAS Audit of Carnival Cruise Lines dated 09 June 2017. No evidence of this action being completed were provided which noted that all personnel identified as SMEs who may act as assigned investigators have received Incident Investigation Training. | Root Cause Analysis indicated a lack of oversight. The Company is developing a formal plan to send all SME's for incident investigation training. This will also include refresher courses for all SMEs who have already been trained. Once training has been developed and implemented, a formal tracking system will be used to ensure that all SMEs receive incident investigation training before being assigned to an investigation. | In Progress |
| 9. | Crown Princess (11.18.2017) | ECP Section IX.B.1 | The ship has identified their vulnerabilities but has not sealed all of them. It is the practice of the ship that some vulnerability points need a portable pump and hoses to make them a vulnerability. According to the ship unauthorized usage of portable pumps is prevented by controlling pump usage as per their companies OD ENV/02/16. Portable pump usage is also regulated by ENV-1203. Using this pump control method might be seen as a virtual lock but this does not meet the requirements of the ECP for tags, seals or locks. A reassessment of all vulnerable connections that are not tagged because of the use of the portable pump control directive needs to be done and seals, tags, locks or welded clips need to be installed to meet the ECP requirement. | Root Causes Analysis indicated a misinterpretation of ECP requirements. The controls of portable pump usage are currently under review. | In Progress |
| 10. | Crown Princess (11.18.2017) | ECP Section IX.B.1 | A quick connect fitting was found attached to the overboard discharge (near the pump) piping for each of the waste food tanks (2) in the incinerator room. Both fittings do not have ECS tags nor were they identified in the vessels vulnerability assessment. | Root Cause Analysis indicated the finding was not identified in the vulnerability assessment. The connections in the VVA to be identified, updated ECS log and fit ECS tags. Liaise with ABG with the intention of conducting a review of vulnerability requirements. | Complete |
| 11. | Rotterdam (12.03.2017) | ECP Section X.A.1, MEPC Res. 259(68), ENV 1102 | Environmental Management System - Procedures related to exhaust gas cleaning systems sampling are not clear. ENV 1102 paragraph 4.4 states that wash water sampling must be carried out once per year after the first year of operation. In addition, the procedure indicates that sampling must be carried out within 3 months of the annual survey. The MARPOL requirement only references sampling for the ship's IAPP renewal survey. | Root Cause Analysis indicated current published policy is poorly written. A suggestion to revise ENV 1102 paragraph 4.4 has been submitted to Carnival Corporation to remove the requirement to conduct the annual testing 3 months prior to annual survey since it is not required by regulation and places an unnecessary burden on the vessel to comply. | Complete |
| 12. | Rotterdam (12.03.2017) | ECP Section IX.M | Documentation from equipment manufacturers regarding the use of non-EAL lubricants in the oil to sea interfaces for three (3) thrusters, the CPP system, and the two (2) stern tube seals were not present on board. When asked, crew indicated that Thrusters #1, 2 and 3, the CPP systems and the two propeller shaft seals were not utilizing EAL lubricants. No documentation from the equipment/seal manufacturers were evident to indicate that EAL use was not feasible for the existing seals. Documentation was received from the equipment manufacturers prior to completion of the audit. | Root Cause Analysis indicated lack of oversight of the policy requiring the documentation to be available. As noted in the finding, documentation was received from the equipment manufacturers prior to completion of the audit. Chief Engineer to attach any relevant documentation to this finding and close. To be added to the annual review of the VGP, and to ensure documentation on board from each of the applicable equipment manufacturers regarding the use of non-EAL lubricants in the oil to sea interfaces. | Complete - Pending Verification |
| 13. | Regal Princess (11.19.2017) | ECP Section IX.F.1 | Found no ECS seals on blank flanges on LT coolers seawater outlet lines which were listed on the ship's vulnerability assessment. | Root Cause Analysis indicated the finding was not identified in the vulnerability assessment. Identify blank flanges in the VVA, update ECS | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

10

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | | log, and fit ECS tags. Liaise with ABG with the intention of conducting a review of vulnerability requirements. | |
| 14. | Royal Princess (12.10.2017) | ECP Section IV.A.2.j.ii | Global HESS-MS document ENV-1008-A3 Weekly Environmental Compliance Report. Specifically, Unannounced Machinery Space. The form needs to be updated to properly document machinery space visits that would ensure the requirements of the ECP are being met. | Root Cause Analysis indicated no current procedure exists to describe how or where these visits are recorded. Neither the current procedure, nor form ENV-1008-A3, specifies how machinery space visits will be recorded, so there can be no corrective action for the forms that were filled out previously.  The EO is aware of this suggested best practice and will record more detail of the date and time going forward.  HA Group is developing HESS-MS tasks to document environmental work activities done by the Environmental Officer in alignment with the requirements specified in ENV-1008. Recording the unannounced visits will be one of the tasks that will soon have a specific task that can be reviewed for objective evidence that the visit was conducted. | Complete |
| 15. | Royal Princess (12.10.2017) | ECP Section X.B.1 | The vulnerabilities on board were identified by the third-party survey. Vulnerabilities were marked with a bright Green Circle. Not all vulnerabilities had a tag or a seal. By securing all portable pumps, this does not address the gap in tag/seal/lock coverage required by the ECP. | Root Cause Analysis indicated that in order to mitigate the risk of vulnerabilities, items requiring the addition of a portable pump to create a vulnerability were addressed by securing and tracking portable pumps in locked cages.  The controls of portable pump usage are currently under review. | In Progress |
| 16. | Carnival Maritime Office Hamburg (10.23.2017) | ECP Section V.B.2 | The current INFOSHIP system allows crew members to create and modify ECP critical spare parts.  However, the company developed a system to identify Critical Environmental Equipment and Critical Environmental Components through a review of the ECP critical parts database performed on a regular basis by the Maintenance Development team.  The methodology of this system used to cross-check parts validation was demonstrated to the audit team.  The current system allows crew members to modify this list which may lead to incorrect parts being added to the database.  It is also understood that shore-side personnel is working with the software provider to update the system and get full administrative control by January 2018 to avoid future unauthorized modification by crew members. | Root Cause Analysis indicated finding was due to the technical limitations of the current version of PMS.  PMS Department will inform the OLCM on a monthly basis if alterations to the ECP critical spare parts database were made.  A change request has been issued to the Provider, requesting an "Office Reserved" function to be implemented.  PMS Department will monitor the implementation and communicate once the feature is active. | In Progress |
| 17. | Sun Princess (11.05.2017) | ECP Section X.A.1 | In Global HESS, for the Environmental Officer Responsibilities, ENV-1008, there are no applicable guidelines as stated for ENV-1008-A5, Processed Bilge Water Overboard Discharge Variance Check, instead a form to complete is downloaded with no instructions. | Root Cause Analysis indicated lack of a complete procedure.  A document revision form has been submitted December 14, 2017, to Carnival to amend the tasking in 1008 and in the variation worksheet.  Carnival to update tier II language to define expectations for this worksheet. | Complete |
| 18. | Star Princess (01.03.2018) | ECP Section IV.A.2.j.ii | HESS-MS Procedure ENV-1008-A3 Weekly Environmental Compliance Report.  Specifically, Unannounced Machinery Space visits 1 & 2.  Further information needs to be provided in the comments (exact dates and times EO witnessed the start and stop of OWS) section to ensure the requirements of the ECP are met. | Root Cause Analysis indicated no existing requirement.  There currently is no specific requirement to log this information so there is no way to correct the previous entries of this suggested best practice.  The vessel is aware of the need to provide more detailed record keeping and will note the date and time of entries on the weekly environmental compliance report ENV-1008-A3. Jon Turvey is developing HESS tasks to document specific inspection items mandated by the ECP.  The recording of the unannounced visits can be a specific task that EO completes following each inspection. | Complete - Pending Verification |
| 19. | Star Princess (01.03.2018) | ECP Section X.A.1 | HESS-MS Procedure ENV-1008 Environmental Officers Roles and Responsibilities, section 2.4.3, (At least twice weekly) is missing the requirement stated in the ECP for the EO to "observe the start and stop times" of the OWS and OCM. | Root Cause Analysis indicated there is no requirement to record the information as noted in the finding.  ECP Dept. Director to clarify the intent of the wording within ENV-1008, with reference to ECP Section IV.2.j. | Complete - Pending Verification |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.

Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| 20. | Star Princess (01.03.2018) | ECP Section VIII.B.2.i | The Hazardous Waste Log (Red Bags) for the hospital was found with three (3) entries that had been pre-signed by the Garbage/Incinerator room operator for receiving hazardous waste, although nothing had been filled in by the hospital staff in those blocks. | Root Cause Analysis indicated lack of awareness of the record-keeping procedure. Garbage supervisor to cross out the empty entries that were written in the book and log go forward will only fill out the log as new medical waste is delivered. Staff Engineer in coordination with the EO is to provide refresher training to the Technical Dept. personnel who operate the incinerator to highlight the importance of proper record keeping. | Complete |
| 21. | Star Princess (01.03.2018) | ECP Section VIII.B.2.i | The Hazardous Waste Log for the Garbage room was found with numerous entries missing the Environmental Officer's verification signature for offload. Eleven (11) in June 2017, Nine (9) in November 2017, and Two (2) in December 2017. | Root Cause Analysis indicated that due to two recent new hires, these entries had been overlooked. Review the hazardous waste log signing requirements and ensure the requirements of hazardous waste entries are reiterated during handovers. ECP Dept. Director to submit a request for a HESS-MS task to be created to include checking and inspection of logbook entries. | Complete - Pending Verification |
| 22. | Holland America Group Offices Seattle/Santa Clarita (01.15.2018) | ECP Section III.B.1.b; Risk Advisory and Assurance Service Department | Investigations Process does not follow HMP 1303, Para 4 - Reports: RAAS group does not consistently return a review of Investigations within five (5) working days of Holland America Group reporting. Examples of ECP related incidences among numerous other examples include:<br><br>VE20170036 Report 8/28/17 Reply 9/5/17 9 days 7 working days<br>KP20170009 Report 7/19/17 Reply 8/14/17 31 days 24 working days<br>OS20170038 Report 9/5/17 Reply 9/25/17 20 days 12 working days | This finding refers to the RAAS team to return their review within 5 days. The review process has been streamlined within RAAS. RAAS needs to formally confirm that Richard Firth not only reviews but also signs off on the investigations reports on behalf of RAAS. | Complete |
| 23. | Holland America Group Offices Seattle/Santa Clarita (01.15.2018) | ECP Section III.B.1.b; Risk Advisory and Assurance Service Department | Incident Investigation Reports and Process do not always follow requirements within HMP 1303 Procedure and referenced documents: Example, in the HOTLINE event of CARIBBEAN PRINCESS on 30 Nov 2017, the Investigation Report and process failed to: 1) Follow the report template, 2) Include Recommendations, 3) Adequately analyze identified findings, 4) Raise an incident report as required in the Severity Matrix and COM-1101-A1, and 5) List corrective actions that were based on recommendations. | Root Cause Analysis indicated that the incident that occurred did not fall within the scope of COM1101 or HMP-1302-A1. Senior management elevated the investigation of this allegation on an ad-hoc basis and the investigation was conducted by RAAS. The head of Audit for HA Group will liaise with ABG and RAAS to evaluate investigation flow and report content as per HMP 1302 & 1303. The objective of the action is to encourage greater collaboration between teams. Any report that is generated from an HA Group investigation will be reviewed by the Manager Maritime Investigations to ensure compliance with applicable HMP procedures. This process will be confirmed and implemented after 3 months of review. | Complete |
| 24. | Holland America Group Offices Seattle/Santa Clarita (01.15.2018) | ECP Section III.C.1; Maritime Policy & Analysis Department; ECP Attachment 2, Section Corrective and Preventive Action | The Near Miss Reporting Program fails to consistently document and track Corrective and Preventative Actions in accordance with guiding procedures, objectives and ISM Code: 1) There is no requirement within "AIR-04, Near Miss Incidents" to document or track Corrective and Preventive Actions; 2) The HA Group Near Miss Report and ACCESS Data base does not allow for specific documentation of Corrective and Preventive Actions; 3) GLOBAL HESS AUDIT TOOL does allow Near Miss Corrective or Preventive Actions to be recorded or tracked; 4) While the ECP requires the MP&A Department to manage the Environmental Near Miss Program, the procedure "COM-1101, Reporting of HESS and Operational Events, near Misses and Ship Inspections" delegates the management of Near Misses to Groups and Brands and does not specifically require Corrective and Preventive Actions; 5) "HMP-1105, Non-Conformities, deficiencies, Corrective and Preventive Actions " identifies the ISM Code, but fails to identify Near Miss occurrences as a means for identifying findings; 6) ISM Code Element 9 requires hazardous situations (which can be identified by near miss | Root Cause Analysis indicated the procedure was not clearly written to address Environmental near misses. Each near miss form has corrective and preventive action built into it. Only when there are further shoreside actions are those to the database in the Action Notes section. Additionally, for certain near misses that require investigations by the investigation team are not tracked in the near-miss database. It would not be practical to require those teams to provide that detail because they keep it in their own systems. It is also not practical to ask those teams every time there is a near miss if they are doing extra investigations. This type of tracking will be more practical within SeaEvent. There's no reason AIR-04 can't be adjusted to specifically note corrective and preventive action requirements. The "Immediate Action" and "Recommendations" section on the form provides corrective and preventive actions for each near miss. This covers the majority of near misses and no further action is required. Global HESS is not designed to track near-miss data. This will be resolved within SeaEvent due for release at the end of 2018 or the beginning of 2019. Preventive Action is | Complete - Pending Verification |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

12

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | observations) to be investigated for corrective action to prevent reoccurrence. | to review if COM 1101 or AIR 04 needs to be updated to reflect the concerns in the audit finding. | |
| 25. | Holland America Group Offices Seattle/Santa Clarita (01.15.2018) | ECP Attachment 3, Employee Training Program | Not all Ship-Board Personnel were found to have completed all ECP training as required. On random sampling, six (6) crew members on one (1) vessel had not completed the training before assuming their duties or within seven (7) days of reporting on board as required by the ECP. | Root Cause Analysis indicated shipboard and shoreside personnel work continuously to ensure that all crew is trained as required by ECP TRGs and that the training is properly recorded. Ships create paper rosters to record sessions and transfer that information into the electronic databases using a variety of methods depending on the fleet. Shoreside personnel sends training completion summaries to each fleet on a daily basis Monday-Friday. Shipboard and shoreside personnel work collaboratively to ensure that all personnel is trained and that the training is recorded as required. | Complete - Pending Verification |
| 26. | Holland America Group Offices Seattle/Santa Clarita (01.15.2018) | ECP Attachment 2, Document Control | Upon the implementation of GLOBAL-HESS in September 2017, each Operating Line (OL) lost the authority to assign primary owners to new and revised procedures. At that time, that responsibility was transferred to Carnival Corporate. However, it was found that the tagging process had been not in place for the period between September 2017 and January 2018. As a consequence, Company personnel did not receive updates in their "My Primary Document Updates" page within Global HESS. Primary owners were found not added into the most recent update of GLOBAL-HESS procedure "ENV 1502, Bio-fouling Management" (updated on Oct 27, 2017). Primary Owners were found added on January 11, 2018, for HA Group and on January 16 for all brands into the most recent update of GLOBAL-HESS procedure "ENV-1001, Worldwide Cruising Environmental Standards" (December 12, 2017). Evidence was provided showing that Carnival Corp, Maritime Compliance, is currently in the process of reviewing all HESS-MS procedures and retagging them with the correct positions. | Root Cause Analysis indicated a failure to manage the implementation of the Corporate-wide SMS. All revisions and updates are available in the HESS as monthly updates. The individual tagging for each procedure started with the ENV procedures in mid-January 2018. The AG team is tagging all individual procedures by section. The MED and the MAR procedures will be tagged next. It is expected that all procedures will be tagged within 2 months. | Complete |
| 27. | Holland America Group Offices Seattle/Santa Clarita (01.15.2018) | ECP Section V.B.3 | The PO 4751-00688 issued on Oct 14th, 2016, with regard to an ECP spare part for the ship KONINGSDAM, was found 462 days overdue. The order was approved on Feb 24th, 2017 but due to issues with the vendor and subsequent change of supplier in August 2017, the procurement department was able to order the parts on Oct 25th, 2017. As per the most recent information in the AMOS system, the expected delivery date onboard was January 24th, 2018. | Root Cause Analysis indicated the item was ordered alongside other items which were not ECP critical and resulted in the ordering process being delayed. All items have been delivered and received onboard. PO 4751-00688 was located, and either the audit expedited to the vessel or a replacement PO raised. PO was received in full on 2/7/2018 with exception of line item # 1 filter element o-ring seal $2.72 which has since been delivered as well. | Complete |
| 28. | Holland America Group Offices Seattle/Santa Clarita (01.15.2018) | Non-compliance to Company procedures | On June 1, 2016, the Company entered into a contract with the Waste Service provider Stericycle for Waste Management Services to all HAG's ships. GLOBAL HESS procedure "ENV1004, Environmental Management of Waste Vendors" requires that an assessment program for waste vendors has to be done by using the "Due Diligence Audit for Waste Vendors" form. No evidence was provided that the due diligence audit was conducted before entering into the agreement with Stericycle. | Root Cause Analysis indicated Senior Director of Environmental Operations conducted meetings with Stericycle in the HA Group offices, along with Port Ops in March 2017. This was considered as de facto due diligence activity at the time because ENV-1004 did not provide clear guidelines for what this type of inspection should consist of. Stericycle conducted another visit November 28 to begin discussions regarding the option year (beginning 6/1/18) in our agreement along with possible extensions. Senior Director Environmental to attach proposal submitted for inclusion in ENV-1004 as per PAP. Carnival Corp is in the process of updating ENV 1004 Management of Waste Vendors and both the Environmental and Port Ops team submitted comments to improve the procedure. The current procedure is not prescriptive about the roles and expectations so this will be clarified | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | | going forward including the worksheet that will be used to document this diligence occurred. As this revision is under Carnival Corp significant time should be provided to allow time for review and publication. | |
| 29. | Arcadia (01.21.2018) | ECP Section IX.H.2 | Newly commissioned (January 20, 2017) Static OWS sample line did not have a seal. | Root Cause Analysis indicated this event occurred because the Project/Commissioning Protocol did not contain the work step to apply the appropriate controls to the new system. Seal to be fitted to sample line. Project/Commissioning Protocol updated to include placing appropriate seal/s on OWS. | Complete |
| 30. | Arcadia (01.21.2018) | ECP Section IX.H.2 | OWS Bilge overboard valve is padlocked but not tamper proof. Valve handle could be removed without unlocking padlock and replaced with a different handle to open the valve. | Root Cause Analysis indicated the risk of removing the valve handle was not identified during the initial vulnerability assessment. The nut on top of valve handle has been welded shut. All handles on overboard valves checked and spot welded to prevent tampering. | Complete |
| 31. | Arcadia (01.21.2018) | ECP Section IX.D.2 | Signs above the Bilge-Main Cross Connection do not have 3" lettering as required by the ECP. The letters on the display sign of these valves were found to be about 2" only. | Root Cause Analysis indicated the requirements of the ECP were not strictly adhered to, most likely due to the overall sign being a reasonable size to fit the space in which it was fitted. Signage replaced with compliant dimensions. Fleet-wide notification issued to remind fleet of the 3-inch rule. | Complete |
| 32. | Arcadia (01.21.2018) | ECP Section VIII.B.2.g | HAZMAT waste storage area in the garbage room was found to be unlocked and unattended. Auditor opened HAZMAT storage space and informed EO that space was unsecured and unattended. Auditor waited with EO for garbage room supervisor to secure room. Found further evidence of lacking adherence to procedures; key hooks across from HAZMAT storage area labeled for hanging the key unattended. | Root Cause Analysis indicated a lack of oversight and the requirement was not identified. The Backwash Tank is listed on the IOPPC. The tank contents are to be logged daily, and any transfers are to be recorded in the ORB. | Complete |
| 33. | Arcadia (01.21.2018) | ECP Section IX.I.1 | Separator backwash tank XA/429 was not included in the daily sounding log and no record of any transfers coming into this tank. | Root Cause Analysis indicated a lack of oversight and the requirement was not identified. The Backwash Tank is listed on the IOPPC. The tank contents are to be logged daily, and any transfers are to be recorded in the ORB. | Complete |
| 34. | Arcadia (01.21.2018) | ECP Section IX.B.1 | Found three (3) entries of the Critical Valves and Tank Hatches Lock Log not properly entered. A log entry was made for the locking of a valve or tank without an entry that is was unlocked or an entry was made stating a valve or tank was unlocked without an entry indicating it was locked. | Root Cause Analysis indicated the procedure was not conducive to ease of use which has led to a lack of clarity. All Engineering Officers reminded of the requirement to correctly record the opening and closing of tanks and valves of controlled items. Ship to segregate log to allow a single sheet to be used for each locked item. | Complete |
| 35. | Arcadia (01.21.2018) | ECP Section IX.C.6 | Black water overboard line – intermediate flange has no seals. | Root Cause Analysis indicated the Vulnerability Assessment failed to identify the flanges on the black water overboard line. Black water overboard intermediate flange to be controlled. Black water overboard line reviewed to ensure that all appropriate controls are in place and added to the vulnerability study. | Complete |
| 36. | Arcadia (01.21.2018) | ECP Section IX.F.1 | Test valves on the black and grey water testing lines have seals, but they are not tamper proof (black/grey water testing lines). | Root Cause Analysis indicated the Vulnerability Assessment failed to identify the sample cock/stub piece as a vulnerability. Pipe fitting has been welded shut. Appropriate controls ensured to be in place and added to vulnerability study. | Complete |
| 37. | Arcadia (01.21.2018) | ECP Section IX.B.1 | Boiler blowdown overboard valve is not sealed. | Root Cause Analysis indicated the Vulnerability Assessment failed to identify the boiler blowdown overboard valve as a vulnerability. Breakable seals applied to the boiler blowdown valve. Preventive action is to check that Boiler system is adequately controlled. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

14

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| 38. | Caribbean Princess (02.06.2018) | ECP Section VIII.B.2.a | The number 3 stern thruster shaft seal is leaking lube oil that is gathering in the bilge aft of the thruster motor and requires frequent cleanup. The repair is scheduled at the next dry-dock in 2018. | Root Cause Analysis indicated seal positioning allowed leakage of oil inside the vessel into the bilge. OEM contacted to assess leakage and re-position or replace the seal. OEM to repair or replace seal if necessary. | Complete |
| 39. | Caribbean Princess (02.06.2018) | ECP Section VIII.B.2.i | Hazardous waste log for Red Bags/Biohazardous waste indicates there should be 2 bags in the hazardous waste locker but there are 5. | Root Cause Analysis indicated three red bags were either miscounted or not logged in the red bag/biohazard log. Staff Engineer reviewed proper log entries for a period of 1 month. Task Manager duty for Garbage Reconciliation in the HESS-MS implemented. | Complete |
| 40. | Prinsendam (03.12.2018) | ECP Section IV.A.2.j.ii. | During the interview with the Environmental Officer, the reports "ENV-1008-A3–Weekly Environmental Compliance Report" prepared by the vessel's EO and submitted to the Master and Chief Engineer via email were sampled and reviewed. It was noted that in the reports there is no evidence that the EO: 1) Observed the operation of the OWS and OCM for a period of one (1) hour including the start and stop; and 2) Reviewed Engine Control Room data relevant to waste management and ER alarm printout as per the ECP requirements. | Root Cause Analysis indicated there is no specified location currently documented on where or how these inspections will be logged or procedure in place to review the ER alarm printouts relevant to waste management. The EO to log the date and time of the completion of these inspection items in the comment section of their weekly assessment 1008-A3 until another more formal process is developed. Carnival Corp is rewriting the 1008-A3 form to provide a location for recording the weekly test of the OWS. Additionally, this duty has been requested to be added to the HESS-MS Task Manager by the Director ECP. The recording of the ECR data has not been discussed yet so will be brought to the attention of the OLCM to determine a solution. | Complete |
| 41. | Prinsendam (03.12.2018) | ECP Section VIII.B.2.h | The Company/vessel has decided some vulnerabilities to unauthorized disposal of oily waste are only vulnerable if a portable pump and hoses are used. As per the Company's Operational Directive OD ENV/02/16, since on the ship unauthorized usage of portable pumps is prevented by controlling pump usage, the feeling is that enforcing this policy then controls these vulnerabilities. The ECP states to "seal, tag, or lock a vulnerability," but it does not say it is OK to use a virtual lock instead. | Root Cause Analysis indicated that due to interpretation differences between HA Group and ABSG with regards to identifying vulnerabilities, this item requires clarification of the ECP. OLCM to liaise with CCM and ABSG during the meeting in mid-April 2018. | Complete |
| 42. | Carnival Splendor* (04.28.2018) | ECP Section IX.H.2 | There is no seal on the OCM sample line that monitors the condensate collection tank discharge. | Root Cause Analysis indicated oversight by RINA and Lloyds teams who conducted the Vulnerability assessments. The seal was placed on the sample line and all the other OCM sample lines on board the ship will be checked for similar vulnerabilities, and corrected if needed. | Complete |
| 43. | Carnival Splendor* (04.28.2018) | ECP Section IX.H.1 | The OCM sample line for the condensate collection tank is not completely painted a bright color. | Root Cause Analysis indicated oversight by the RINA and Lloyds teams who conducted the Vulnerability assessments. The OCM samples line was painted a bright color and all OCM samples lines on the ship will be checked to determine if similar issues exist. | Complete |
| 44. | Carnival Splendor* (04.28.2018) | ECP Section IX.D.3 | A bilge crossover valve was not sealed. The valve appears to be not readily reachable and may contribute to this non-conformity. The bilge crossover valve was not logged by the EO in the ECS log as to the current position or history of the valve. | Root Cause Analysis indicated oversight by the RINA and Lloyds teams who conducted the vulnerability assessment. The crossover valve was sealed and all other crossover valves will be checked on the ship and ensured that they have been sealed or controlled. | Complete |
| 45. | Carnival Splendor* (04.28.2018) | ECP Section IX.D.3 | Auxiliary boiler blowdown overboard valves: There were no seals placed on overboard valves and flanges. | Root Cause Analysis indicated ineffective procedure. The ECP does not clearly identify the boiler blowdown valve. Cross brand working group meet at the end of August 2018 to discuss streamlining and standardizing interpretation of the vulnerability controls. CAM team will also be attending the meeting. Controlling of Boiler blowdown valves will be discussed during that meeting. The boiler blowdown valves will be controlled depending upon decisions taken at the working group. Fleet wide actions will be taken accordingly. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| 46. | Carnival Triumph* (05.03.2018) | ECP Section VIII.B.2.t | Procedures and Equipment Related to Oil Transfers. The Oil Bunkering Procedures records were found to be missing and incomplete. Specifically, the Bunker Plans were not completed properly. The signatures of the Stability Officer and the Chief Engineer were missing from many bunker plans. Additionally, bunker plans were not always being retained with the bunkering checklists, delivery notes, and other documentation as required. Bunker Checklist TEC-1402-A2 is not properly filled out or completed as prescribed in policy number TEC-1402 Fuel Bunkering. The Chief Engineer's signature prior to and after completing bunkering operations is missing from many of the bunker checklists that were examined. | Root Cause Analysis indicated procedures were not followed due to oversight. All officers and engineers will be retrained on how to complete the checklists related to the procedure. A fleet-wide CMS notice was sent out highlighting the importance of completing all checklists related to the procedure. | Complete |
| 47. | Carnival Triumph* (05.03.2018) | ECP Section X.A.1 | Outdated HESS procedures were observed posted in various locations, including outdated TEC 1402 Fuel Bunkering procedures in the bunker stations and in the Engine Control Room for use by the watchstander. | Root Cause Analysis indicated lack of oversight by ship staff. All outdated procedures that were posted in the locations were removed. EO will conduct more frequent checks to ensure that outdated procedures are not posted in relevant locations. | Complete |
| 48. | Carnival Triumph* (05.03.2018) | ECP Section VIII.B.2.i & MARPOLAnnexVIRegulation18.8.1 | During a random audit of the MARPOL fuel samples, numerous seal numbers recorded in the Tracking and Control Record did not match the seals on the samples stored onboard the ship. | Root Cause Analysis indicated lack of oversight by ship staff. The samples were rechecked and the log was updated accordingly. EO will conduct more frequent checks to ensure that the samples are stored as per protocol and the log is completed in its entirety. | Complete |
| 49. | Emerald Princess* (05.23.2018) | ECP Section IV.A.2.j.ii | In reviewing HESS-MS Procedure ENV-1008-A3-Weekly Environmental Compliance Report and in speaking with the Environmental Officer, it was found that although the EO had conducted the required weekly unannounced machinery OWS visits, he did not fully meet the requirement of the ECP to observe the OWS operation for (1) hour to include the start and stop times. | Root Cause Analysis indicated a lack of understanding of the procedure. EO to spend a full hour observing OWS including start and stop as required by ECP and record it in the Weekly Environmental Report (ENV-1008-A1) sent to the Captain and Chief Engineer. The requirements for this task have been clarified in ENV-1008 paragraph 2.4.3, published in early July. This will include space on the weekly report ENV-1008-A1 to document that this inspection occurred. | Complete - Pending Verification |
| 50. | Emerald Princess* (05.23.2018) | ECP Section VIII.B.2.g | The Hazardous Waste Log was found with numerous missing or incomplete entries, including the receiving and disposal of medical red bags, date of offloading, port of offloading, and EO's signature for verification. Additionally, a superseded form was not being used since 12 Feb 2018 revision found in Global HESS. Note: A similar finding from a July 2017 RAAS audit conducted onboard the vessel was found regarding inaccuracies in Hazardous Waste Log entries were reported to be corrected and closed by the Company/Ship. Should these errors continue to occur, the company may need to address this issue more thoroughly before it becomes a more systemic issue. | Root Cause Analysis indicated an ineffective implementation of the procedure. EOs did not communicate the status of HWL during hand-over leaving incomplete entries. Issue discussed thoroughly in EO Conference Call on June 14, 2018. An example Hazardous Waste Log sheet (including red bag waste) will be created and distribute to the fleet. Creating a Hazardous Waste Log guide similar to Appendix 2 of GMP will serve as a preventive action. The log will list all wastes that need to be tracked in Hazardous Waste Log and how to handle each specifically. It will also clearly state that every red bag generated in the medical department must be logged regardless if it is incinerated or disposed of ashore. | Complete - Pending Verification |
| 51. | Emerald Princess* (05.23.2018) | ECP Section VIII.B.2.g | The Photo Waste Log was found with numerous incomplete entries, including the date of offload, quantity offloaded, and verification signatures. Additionally, a superseded form was not being used since 30 Nov 2017 revision found in Global HESS. | Root Cause Analysis indicated the ineffective implementation of the procedure. EOs did not communicate the status of Photo Waste Log during hand-over leaving incomplete entries. Notification will be sent to all EOs and SC/Es to ensure current log is being used as well as ensuring all entries are filled out properly. EO and SC/E will ensure the log is updated and send the log to the office to confirm completion. EO and SC/E assigned. In HOT 1301, a disclaimer added that the log must be filled out in its entirety at both phases of data entry: 1) delivery of material to garbage room and 2) off-loaded to waste vendor. These two events can have large time gaps between them. | Complete - Pending Verification |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| 52. | Emerald Princess* (05.23.2018) | ECP Section IX.B | The ship marked vulnerabilities that it deemed locked/under control due to the fact that they control the usage of portable pumps under the companies OD ENV/02/16 policy and they feel these points only become a vulnerability if a portable pump is used.  This is not consistent under the ECP requirement. | Root Cause Analysis indicated a difference of interpretation of the ECP requirements for vulnerabilities.  The current methodology of controlling points recognized in the VA by portable pumps is being discussed with the CAM/TPA, and an action plan will be in place once resolved. | In Progress |
| 53. | Golden Princess* (05.30.2018) | ECP Section VIII.B.2.w | The ballast water treatment system on board is type HG 250. The Ballast Water Management Plan states the treatment system on board is Hyde Marine, Guardian Type HG 250, however, the Lloyds Ballast Water Management Certificate state a Hyde Marine Guardian Type HG 300. | Root Cause Analysis indicated the Ballast Water Management Certificate/Document/Statement of Compliance Issued with the Wrong Type of Ballast Water Treatment System (BWTS) " HG300".  The Ballast Water Management Plan (BWMP) correctly states that the Ballast Water Treatment System on the Golden is (HG250) but the follow up survey to issue Statement of Compliance made an error with the Wrong Type of System " HG300".  The ships were contacted and asked to have Local LR Surveyor to Re-issue the Statement of Compliance after inspection.  All PCL fleet that requires re-issue at next Local SR Surveyor to be made compliant after inspection. | Complete - Pending Verification |
| 54. | Golden Princess* (05.30.2018) | ECP Section VIII.B.2.i | Oil Record Book (ORB) entries – Oily Water Separators monthly test required by the ECP was not recorded as required by Global HESS procedure ENV-1201-A3 Codes to be used for Oil Record Book Entries, Revision date: March 2018. | Root Cause Analysis indicated this audit finding is based on an assumption that the March updates to ENV-1201-A3 are retroactive, which they are not.  The March update provided a new format to be used when making the oil record book entries for monthly operational test of the OWSs and OCMs.  The new format requires an "I" entry to be made along with the corresponding D15.X entry.  The Auditor looked at the ship's oil record book entries from November to March and found no "I" entries were being made and subsequently wrote his finding.  Since the March updates to ENV-1201-A3 did not exist in November, it was impossible to know the "I" entries were required.  Additionally, it is not possible to go back and change the entries from November because the entries were correctly written based on the guidance that existed for that time period.  In March 2018, when the updated ENV-1201-A3 was issued the ship correctly began following the new oil record book guidance.  After the guidance was issued, the ship started making the D15.X entries along with the corresponding "I" entries and continues to do so today. | Complete |
| 55. | Golden Princess* (05.30.2018) | ECP Section VIII.B.2.j | The Red Hazardous Bag Log reflected all red hazardous bags were incinerated the night before. The Hazardous Waste Locker was inspected and two (2) red hazardous bags were found. Should these errors in record keeping of hazardous material continue to occur, the company may need to address this issue more thoroughly before it becomes a more systemic issue. | Root Cause Analysis indicated ineffective implementation of procedure.  The issues was discuss thoroughly in EO Conference Call on June 14, 2018.  An example hazardous waste log sheet (including red bag waste) chill be created and distribute to fleet, A hazardous waste log Guide similar to Appendix 2 of GMP will be created, which will list all wastes that need to be tracked in the hazardous waste log and how to handle the specifically.  It will clearly state that every red bag generated in medical department must be logged in hazardous waste log as well – regardless if it is incinerated or disposed ashore. | Complete - Pending Verification |
| 56. | Golden Princess* (05.30.2018) | ECP Section IX.B.1 | LT coolers sea water discharge overboard lines - Found no ECS seals on connecting pipes and test valves. | Root Cause Analysis indicated the ship is not required to have seals on the LT coolers as per the existing Vulnerability Methodology. The discharge piping from the LT coolers is protected by controlling the ship's portable pumps that would be needed to discharge through the LT coolers' discharge piping.  There is no corrective action required, as the vulnerability presented | Complete - Pending Verification |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

17

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | | by the LT coolers' discharge piping is protected by controlling the portable pumps in accordance with ENV 1203. | |
| 57. | MS Noordam* (06.20.2018) | ECP Section Attachment 3 Training Program | No HESS-MS procedure/log or record could be produced that tracks the additional position-specific training required for the operation, maintenance and repair of oily water separators, oil content discharge monitoring equipment, incinerators and other pollution prevention equipment required by the ECP. | Root Cause Analysis indicated shipboard personnel were unaware of the change in the Holland America Line fleet from the historic use of Environmental Equipment Qualifications (EEQs) to the use of "Standards for Watchkeepers", as defined in HA Group specific instructions in TEC-1001 DI1, as the method to ensure that technical personnel are trained on the operation, maintenance, and repair of pollution prevention equipment as required by the ECP. Remind the Chief Engineer and Environmental Officer on NODM about this change in approach to vessel familiarization and training. Remind the Chief Engineers and Environmental Officers across the HAL fleet about this change in the approach to vessel familiarization and training. | Complete |
| 58. | MS Noordam* (06.20.2018) | ECP Section IX.B.1 | There are two (2) flanges in the food waste overboard discharge pipe that have no ECS attached, nor have they been marked as a vulnerability. | Root Cause Analysis indicated oversight at vulnerability study. Ship to update the vulnerability study and relevant control measures and crew to be trained on ENV-1204. | In Progress |
| 59. | MS Noordam* (06.20.2018) | ECP Section VIII.B.2.s | The fixed refrigerant leak detector for the provisional reefer space is not working. Shore technician was called, but after initial repair and failure shortly after, it was determined that the detector was obsolete and a newer style needed to be purchased. In the interim, while awaiting action on shore-side procurement, vessel reefer techs are making two rounds/day with a portable leak detector. | Root Cause Analysis indicated equipment not suitable for application. New state-of-the-art system has been purchased and will be installed by manufacturer upon delivery. In the interim, frequent rounds (twice a day) are being performed using a portable detector. | In Progress |
| 60. | MS Noordam* (06.20.2018) | ECP Section IX.G.1 | The vessel does not have a Sample Plan, or installed Sample Points for waste water sampling as required by the ECP and Carnival ECN #17. | Root Cause Analysis indicated oversight by management to have Sample Plan/Sample Points in place. Technical Operations to identify all applicable sample valve locations and standardize locations per class of vessels. | Complete - Pending Verification |
| 61. | Royal Princess* (06.21.2018) | ECP Section IX.B | Found two discrepancies in padlock log where entries were made for unlocking a padlock without a corresponding entry indicating that the padlock was locked: On 2/25/2018 VA150 was unlocked at 0210; there was no entry for that VA point being locked. On 3/3/2018 VA92 was unlocked at 1100; there was no entry for the VA point being locked. | Root Cause Analysis indicated the procedure was not followed and ENV1204-A1 was not completed correctly. Chief Engineer is to review the procedure, train, and log with relevant engine officers. Chief Engineer, EOOW, & EO are to verify entries are complete and correct for Locking/Unlocking. ENV-1204-A1 to be implemented accordingly onboard. | Complete - Pending Verification |
| 62. | Island Princess* (07.14.2018) | ECP Section VIII.B.2.b | Excessive hydraulic oil leakage of the stabilizers for both units were noted during the walk through of the machinery spaces. The Chief Engineer stated that both stabilizers were leaking, causing oil to gather on top of the stabilizer housings. (Internal leak only and not in the bilges, only on top of housing.) Leaks have been present since leaving the ship yard in December of 2017 and the crew cannot affect repairs while vessel is in operation. CE estimates the combined leakage from both units is approximately 55 gallons of oil weekly. Presently, the oil gathered on top of the stabilizer housing is pumped into 55-gallon drums for disposal ashore or reused in the stabilizers units. No advisement of repairs from corporate was noted. | Root Cause Analysis indicated Equipment failure. Theupper crux bearing lip seal was found to be leaking internally to the Ship. The OEM of the stabilizers were contacted to provide a service intervention to check if it possible to repair the stabilizer oil leak while the Ship is in service. The OEM stated replacement of lip seal inside upper bearing is possible while the ship is in service if the lip seal outside upper bearing doesn't leak to avoid any risk of water ingress. It is possible that the leak comes from excessive clearance of the upper bearing; beyond a certain clearance the seals could leak. If the leak is coming from excessive clearance it will be necessary to change the bushings upper and lower bearing during the next dry dock. Service will be scheduled as soon as delivery date for parts can be confirmed. Seal will be checked by the OEM and replaced. If the seal | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | | replacement does not fix the leak then the liner will need to be replaced at the next dry docking. | |
| 63. | Island Princess* (07.14.2018) | ECP Section IX.B.1 | Recent installation of Backwashing System, for the Black Water MBR, has not been listed in the Vulnerability Assessment. Vulnerabilities have not been identified and no controls are in place. | Root Cause Analysis indicated procedure not followed (ENV-1101 2.4.4). Vulnerabilities identified and added to Vulnerability Assessment. Chief Engineers to be reminded of their responsibilities under ENV-1101, 2.4.4 to maintain the Ship's Vulnerability Assessment and ensure the results are up to date and when new equipment is introduced or upgraded. | Complete - Pending Verification |
| 64. | Island Princess* (07.14.2018) | ECP Section VIII.B.2.t | Sludge and Oily Water Discharge checklist not completed properly with times when signed. Check marks being used in lieu of initials as required by form. | Root Cause Analysis indicated procedure not followed as per TEC-1401 - SLUDGE AND OILY WATER DISCHARGE TO A PORT FACILITY and TEC-1401-A1 Sludge and Oily Water Discharge to a Port Facility Checklist. All the Watch keepers have been instructed for the proper use/fill of the checklists and HESS updates have been reviewed and discussed. Upon completion of the check list all related documents for the discharge is filed in one labeled separate polly pocket which makes overall easy to find/store in case is needed. On each checklist folder/Sludge and Oily Water, Sewage and Grey Water Disposal, Lubrication oil bunkering/ in the beginning are attached the latest HESS TEC Technical Procedures updates. Laminated checklist up to date with instructions on top and all fields that must be completed highlighted is also attached on each checklist folder in front. | Complete - Pending Verification |
| 65. | Island Princess* (07.14.2018) | ECP Section VIII.B.2.t | Bunker Fuel Samples not being properly maintained or in accordance with Hess Instructions. | Root Cause Analysis indicated lack of supervision and improper attention to managing the fuel oil samples. The Chief Engineer and the Environmental Officer should have provided better supervision and the Engineer responsible for managing the fuel oil samples did not ensure samples were timely placed into the fuel cabinets after bunkering and fuel samples over 12 months old were discarded. The Chief Engineer required the following:<br><br>• Fuel cabinets were emptied and inventoried with all samples over 12 months old discarded; this was done in June 2018.<br>• Samples were organized by month on the shelves to provide easier checks. Each shelf was labeled with the month of the year.<br>• The Chief Engineer discussed with the Engineering Officer the responsibilities of managing the fuel samples, and what can happen if they are poorly managed.<br>• Posters were attached to the fuel cabinets to remind Engineers to properly stow the samples by month. The Chief Engineer and Environmental Officer are to provide supplementary supervision over the management of the fuel samples. This includes asking questions after bunkers have been taken and spot checking the fuel cabinets. | Complete - Pending Verification |
| 66. | AIDAvita* (07.11.2018) | ECP Section VIII.B.2.i.i | The monthly testing of the OWS and OCM is improperly recorded in the Oil Record Book. Reference is to the Company procedure ENV-1201 – Oily Bilge Water Management, specifically to the ENV-1201- A3 – Codes to be used for Oil Record Book (ORB) entries. | Root Cause Analysis indicated the new recording requirement of the monthly OWS/OCM test introduced by revision #11 of ENV-1201-A4 "ORB Guideline" was not promptly transferred to the Engine Department. Engineer was trained on the new requirement for recording and update of the procedure/guideline, and following monthly test recoded according to guideline ENV-1201-A4 / revision #11. The recording requirement of OCM/OWS test will be refreshed fleetwide. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| 67. | AIDAvita* (07.11.2018) | ECP Section IX.C.3 | A Stub pipe was found on the Black Water #3 vacuum collecting tank vacuum header. | Root Cause Analysis indicated stub pipe was not considered unauthorized because part of the initial vulnerability assessment, properly controlled and regularly monitored. During the Audit on 07-JUL-2018 the stub pipe was immediately removed and replaced by a welded blind flange. A formal RAAS investigation is being conducted, that will define proper actions in agreement with all internal stakeholders. | In Progress |
| 68. | AIDAvita* (07.11.2018) | ECP Section V.B.3 | A critical spare part (Stator, item #8143-9364-180) for the bilge pump has been on ordered since 26 January 2018. The part has not been received and the vessel ordered one more stator on 28 June 2018. The second stator has not been approved by shore side personnel. | Root Cause Analysis indicated the critical spare part requested by the ship on January 26, 2018 was quickly approved and processed by shoreside personnel. The purchase order was issued on February 2, 2018 with priority "Urgent" (less than one week after the ship requisition order). It was acknowledged by the supplier on February 5, 2018. It arrived at the warehouse on June 28, 2018 and on board on July 23, 2018 the spare part arrived. Chief Engineer will acknowledge the receipt of the item. With the help of Purchasing Department and other players, the OLCM will draft a letter for the key suppliers of critical spare parts to inform about the issues connected with this critical process and ask their help in quickly managing the delivery of critical spare parts. | In Progress |
| 69. | AIDAvita* (07.11.2018) | ECP Section IV.A.2.j.ii | The review of the EO Weekly Environmental Compliance Reports (ENV-1008-A3), no evidence was presented that fulfilled the requirements of the ECP with regards to Unannounced Machinery Space visits. Specifically, it was not possible to identify the exact dates and times the EO witnessed start and stop of OWS/OCM and reviewed of Engine Control Room display data relevant to waste management. | Root Cause Analysis indicated lack of a proper way to record the date and time of this specific visit when the EO witnesses start and stop of OCM/OWS and reviews ECR display data. These activities also occur during different visits. The Environmental Officer will start using the new report ENV1008 A1 "weekly report", that has a specific section dedicated to this activity, and send the reports ashore to the email address "environmental records" for the next two months. | In Progress |
| 70. | Costa Atlantica* (06.15.2018) | ECP Section VIII.H.5 | The annual 1-hour operational test of the Oily Water Separators in the presence of a shore-side representative, the Chief Engineer, the Environmental Officer, and other engine room personnel responsible for the operation of the OWS has not been carried out. | Root Cause Analysis indicated a different interpretation of the ECP requirement made vessel believe that the deadline to perform the annual test was July 2018 and not the end of 2017 or April 18, 2018. The test was performed on July 13th. Deadline for next annual operational test in PMS will be changed to April 1, 2019 and an IC will be sent informing the ship about the different interpretation. | In Progress |
| 71. | Costa Atlantica* (06.15.2018) | ECP Section VIII.B.2.h | The boiler blow-down valves and the priming valve for the ballast water treatment pumps were found unsecured and not identified in the Vulnerability Assessment. | Root Cause Analysis indicated both points were not considered vulnerable points and therefore not controlled according to the common interpretation of ECP requirements. A consistent approach to ECP ECS requirement will be discussed during a working group led by Carnival Corporation and attended by all brands. Following the results of the working group, the vulnerable points will be controlled accordingly. | In Progress |
| 72. | Costa Atlantica* (06.15.2018) | ECP Section VIII.B.2.t and HESS TEC-1401 | The vessel is utilizing an outdated version of the checklist for bunkering sludge and oily bilge water. In addition, the crew have routinely not been recording the start and stop times for the operation on the checklist. | Root Cause Analysis indicated lack of awareness that a new version of the procedure with a new checklist (different format, same content) was published. The correct version of the checklist was put in use by the end of the audit (June 16). A reminder will be sent fleetwide to raise awareness on the checklist to be used. | In Progress |
| 73. | Carnival Maritime Office Hamburg* (06.29.2018) | ECP, Attachment 2 - Document Control | Shipboard Covered Personnel hired after the implementation of the training program must complete ECP training within seven (7) days of commencing their duties on a new contract. It was found that the monthly training records indicated that ECP training had not been completed within the 7-day time | Root Cause Analysis indicated the current learning management system does not allow a quick overview and therefore a quick identification of training gaps. Install a new learning management system fully interfaced with the | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | period as required by the ECP. A two-month sample (May and June 2018) was reviewed and identified the following:<br><br>• Costa Atlantica - 36 personnel in May 2018 and 31 personnel in June 2018 did not complete the training within 7 days.<br>• Costa Deliziosa - 11 personnel in June 2018 did not complete the training within 7 days.<br>• Costa Luminosa - 24 personnel in May 2018 and 39 personnel in June 2018 did not complete the training within 7 days.<br><br>It should be noted that records sampled indicated all vessels had completed the initial induction training on the first day. | HR management system that allows queries and reports.  Provide an interim solution pending the installation of the new LMS. | |
| 74. | Carnival Maritime Office Hamburg* (06.29.2018) | ECP, Attachment 3 - Training Program | During the audit several procedures were accessed utilizing the Global-HESS system. Attachments to procedures in the Global-HESS system consisted of Word and Excel documents that were found to be fully editable once downloaded from Global-HESS. Of the procedures sampled, any Word document or Excel file attached to procedures were found fully editable on any person's desktop computer thus allowing users to make un-authorized changes and use of altered documents which could lead to potential non-conformity. Un-authorized changes made to the original attachments housed in Global- HESS are not able to be uploaded back into the Global-HESS. Examples: ENV-1001 F1 and F2; TRG 2308 A1 A2 and A3; TRG 2309 A1, A2, and A3. This same non-conformity was found aboard the Emerald Princess and appears to be systemic throughout the fleets and corporation. | Root Cause Analysis and Corrective & Preventive Action Plan are currently under review. | In Progress |
| 75. | Shore - ABG* (05.04.2018) | ECP Section III.A.6 and 7 and VIII.F.1 | A review of the assigned Corrective and Preventive action plans addressing TPA ECP findings from the year 1 audits was conducted and a significant number of Corrective and Preventive actions (where applicable) do not specifically identify a corrective action nor a Preventive Action. There was no documented Root Cause Analysis available. | Root Cause Analysis indicated no formal procedure in place to centralize root cause requirements for all audits conducted and there is lack of training for those assigned actions. De-centralized management of audit findings is ineffective in allowing adequate oversight to ensure consistency.  The Company will assess and develop a basic root cause analysis training prior to full implementation of the agreed upon tool (Preventive Action). Based on the assessment an outside vendor will conduct training for all OLCM's and Environmental SME's to agree upon interim RCA tool and proceduralize in G-HESS procedure.  A root cause analysis (RCA) framework is being built into the "SeaEvent" HESS event reporting system which will be deployed fleet-wide.  The full application will be tested shoreside beginning in mid-July 2018 and rollout is likely to take place after ship pilot tests through 2019.  The RCA framework has a four-level design, but discussions are ongoing to determine and agree a practical application of the framework that can be easily trained and understood by ship's officers. The design was agreed within the cross-brand OH&S and SeaEvent project team but RAAS was not consulted, so they will consult with Peter Fisken's team to see if they can agree with the framework and have consistency in RCA across incidents, investigations and audits.  For the purposes of determining root cause by shipboard staff, the key points are as follows: It is anticipated that the user will only complete the analysis down to the yellow Direct Cause | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

21

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Non-Conformities)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | | level and the detailed Intermediate and Root Causes are expected to be completed only after review by the shoreside HESS owner/SME.  For Personal Injury incidents, it is anticipated that at shipboard level, the user will complete at least to Intermediate/Indirect level as these incidents are, generally, simpler to analyze. | |
| 76. | Shore - ABG* (05.04.2018) | ECP Section VIII.F.3 | The finding "Observation-03" raised during the first year TPA audit completed on August 18, 2017, was reviewed and found in the closed status. However the preventive action completion date which was set on 31 Dec 2017 was found not met. The preventive action for the Observation 03 was found closed on Feb 28, 2018. | Root Cause Analysis indicated finding could not be closed by the person to which is was assigned.  Assignment of action plans to ABG personnel was not considered at the time of the HESS-MS audit tracking development.  There is no formal procedure documenting the audit workflow save for the logic in the platform itself.  The Company should implement the ability for ABG persons to be assigned audit findings and subsequent action plans and create a specific HESS procedure for Third Party Environment Audits. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

22

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| 1. | Carnival Inspiration (10.20.2017) | ECP Section VIII.B.2.i | Record Keeping not at par levels. Documentation, checklists, and other records were found to be of a lesser quality. For example, during the testing of the OWS, there was no evidence of a startup checklist being used to ensure that piping for these pieces of equipment was properly lined up, permission to discharge received, and equipment started in the proper sequence. Additionally, although it was finally determined that all OCM's were properly calibrated, the certificates and inspection documentation was in disarray. One OCM fitted to one of the White boxes had been recently replaced and not properly documented resulting in confusion and several hours before the Chief Engineer could present the proper certificates and documentation. | Root Cause Analysis indicated a documentation oversight. A startup checklist will be created for the OWS and posted near the equipment. All documentation and certification related to the OCM were rearranged and placed in dedicated binders. Once the startup checklist has been created, this will be posted by the equipment and utilized as needed. EO will conduct more frequent checks of the documentation to ensure that all certificates are updated. | Complete |
| 2. | Shore - ABG (08.18.2017) | ECP Section III.B.1.; HESS: HMP-1302-A1 | With reference to the document HESS-MAHMP-1302-A1 Internal Investigations Matrix, investigations of severity level 4 are led by independent RAAS investigators, while severity level 3 investigations are generally Operating Line led investigations with RAAS providing independent assurance. Although the sampled investigations were found to be carried out in compliance with the internal policies and procedures, relying on investigators as employees of the company's Operating Line seems to be a determinant cause of delay in the completion of multiple investigations. No timeline for investigation completion has been defined in the internal procedure but the status-quo could potentially lead to a conflict of interest and affect the "independence" requirement. RAAS (Risk Advisory and Assurance) is an independent department which reports directly to Carnival Corporation's Board of Directors. The following RAAS department personnel have been interviewed: Chief Audit Officer, Vice President, Investigations Director, and ABG Hess Audit and QA Director. Awareness and high level of commitment toward the ECP were evident for each interviewee. The procedures and policies followed with regard to audits and investigations were explained and sampled to verify the compliance with the ECP requirements. RAAS is constantly in contact with the MP&A department to review procedures and policies as results of audit finding and investigation results. Audit and QA department: In 2013 the RAAS auditing branch's structure has been completely revised. Since then, teams of independent auditors reporting to RAAS were established and are currently present at each Operating Line. Audits and follow-up visits are carried out on each vessel to ensure compliance with international regulations and internal processes and procedures. Each Operating Line has an ISO 14001 certified EMS (Environmental Management System) which is audited as required by the international regulations. The January 2017 quarterly review report was provided and HESS audit results presented including trend analysis for each operating line and across the fleets with regard to Environmental findings. Investigation department: The company's | Root Cause Analysis indicted no formal procedure with regard to timelines for reporting. RAAS will update HMP 1303 to define O/L progress report frequency based on the investigation complexity (severity 1 through 4). Updated frequency will be provided and defined by three steps: 1. Evidence Gathering; 2. Analysis; and 3. Reporting. VP of RAAS will provide updates of all severity 3 and 4 investigations during quarterly EVP meeting. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | internal procedures and policies for investigations on vessel casualties, oil pollution incidents, and open report reports were presented and reviewed. Investigations on Environmental, as well as Health Safety and Security, incidents are carried out in accordance with the internal procedure HMP 1303 – Event Investigation and the relevant Internal Investigation Matrix which defines 4 severity levels. | | |
| 3. | Shore - Carnival UK (09.15.2017) | ECP Attachment 3, Employee Training Program - page 49. | A review of training records indicated that 23 of 148 covered shore side personnel had not completed all modules of required ECP training. While progress to ECP mandated training was displayed, this observation highlights that the deadline for required training for all covered personnel is approaching the first six (6) months of the probationary period on 18 October 2017 and all required personnel had yet been trained. | Root Cause Analysis was not applicable because the observation is related to non-realized risk.  An updated statement on the status of ECP training with be made. | Complete |
| 4. | Carnival Pride (07.30.2017) | ECP Section IX.M | While reviewing the records, it was observed that there is a minor oil loss from the main engine #2 sealing system.  The record indicates a loss of oil about 12-15 liters/month from #2 propeller sealing system.  It was reported to the OLCM by the vessel.  The shore-based professional divers have carried out under-water inspection for any oil leaks to the seaside.  The record shows that there are no oil leaks to the sea.  As per Chief Engineer, it is believed that the oil loss is internal, and the investigation is in progress. | Root Cause Analysis indicated fishing net and other debris entanglements with the propeller during ship operation damage the seal.  The seal has been in use for 3 years; subsequently, wear and tear have caused a slight increase in leakage.  As per Azipod makers, ABB, oil consumption of up to 6 liters per day is normal.  Divers have been engaged repeatedly to check if there is oil leaking from the seal and confirmed that no oil leak has been observed. As per recommendation from ABB, the valves supplying oil to the Aft propeller sealing system are kept shut and opened for one minute every four hours when the Azipods are in operation.  This has reduced the internal oil consumption.  At Port, the valves are kept shut at all times to prevent oil leakage externally.  An excel spreadsheet is being maintained by the ship to check the oil consumption and also the water content in the oil. Both Port and Starboard Azipod propeller seals have been planned to be replaced with new seals during the dry dock for this vessel tentatively scheduled around June 2019 in order to keep oil consumption to a minimum. | In Progress |
| 5. | CCL - Shore (11.06.2017) | ECP Attachment 3, Employee Training Program - page 49. | No procedure exists to identify how new hires are to be designated as Shore side Covered Personnel. | Root Cause Analysis indicated the requirement to have a formal procedure to address this process was not identified explicitly in the ECP.  However, CCL did have a process in place, but this process was not incorporated into a HESS procedure or formal protocol.  New hire list is sent from the HR Department to the Environmental Compliance team on a weekly basis.  Once a new position/individual is identified, they are immediately added to the Covered Personnel list, and an account is created for them in GLADIS.  If the position already exists and is considered covered, then the individual is added to the covered personnel list. If the position is new, then the Job Description is requested from HR and reviewed by the Environmental Compliance team to determine if that position involves the operation and technical management of the Covered Vessels.  If yes, then that individual and position are added to the list.  New hires are required to complete the ECP training on their first day before they assume their duties.  We will incorporate the above process into a company operational directive (in HESS) for identifying and designating newly hired Covered Personnel. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| 6. | CCL - Shore (11.06.2017) | ECP Attachment 3, Employee Training Program - page 49 | The Training Manager uses the application Crew Personnel System (CPS) for tracking the successful completion of training of shipboard crewmembers. Verifying deficiency reports require a good deal of manual validation between the shoreside support team and the EOs to ensure accuracy. | Root Cause Analysis indicated a lack of an automated process. Training tracking spreadsheet to be prepared for EOs to fill out and submit to Operating Line Training Manager (OLTM) on a weekly basis. OLTM will use deficiency reports in CPS to validate information provided by the EOs. Compliance reports for ECP TRG courses will be built into the CPS system based on mapping of positions to required training. Both shipboard and shoreside personnel would be able to run compliance reports using this reporting function. | Complete |
| 7. | Crown Princess (11.18.2017) | ECP Section VIII.B.2.a | It was noted during the walkthrough of the engine spaces that there were numerous hose clamps/clips used to repair leaks on potable water lines. The ship is scheduled to go into the shipyard during March or April of 2018. | Root Cause Analysis indicated pinholes within potable water piping caused by corrosion. Plans are in place for piping replacement during dry-dock; however, these cannot always be replaced while the vessel is in operation. | Complete |
| 8. | Carnival Maritime Office Hamburg (10.23.2017) | ECP Attachment 3, Employee Training Program - page 49 | The Training Manager uses a system (MISTRAL, EXPERT, and extracted spreadsheets) for tracking successful completion of crew training which is used by Training Officers (Environmental Officers for ECP training on vessels). However, extracting meaningful compliance and deficiency information from reports is cumbersome, and discrepancies are found between shoreside and shipboard reports. | Root Cause Analysis indicated a lack of a better Learning Management System ("LMS") to allow easier monitoring of the training on the board and ashore. The OLTM will monitor the implementation of the new LMS. | In Progress |
| 9. | Aurora (10.22.2017) | ECP Section IX.M | The corrective action for both leaks are to make the proper repairs and refill head tank but no root cause investigation to analyze the leaks in order to prevent further leaks from developing in the system. | A Root Cause analysis will be carried out on the cause of the leaks in order to prevent further leaks from the stabilizer system. Oil to sea interface head tanks were examined to the extent possible. All were found in good condition. A review of the logs indicated there was one incident on Port Stabilizer header where oil leaked internally to Bilge/Catchment. Another leak was logged for the STBD Stabilizer internally to Bilge/Catchment. The leaks were less than 25 liters in volume, and the leakage was internal into the vessel. Both instances were investigated and corrective actions were taken and logged. No discharges to sea were reported or evident. Weekly soundings are taken, monthly maintenance of oil quality is carried out by draining off small quantities, and refilling where noted. Logs were found in order. Leaks will be repaired as soon as possible. | Complete |
| 10. | MS Amsterdam (01.04.2018) | ECP Section VIII.B.2.g | The garbage room was found cluttered and overloaded with storage of waste and recycling. This creates a poor work environment and could possibly lead to errors or even injuries. This situation is due to the lack of storage and loss of space due to the installation of the Exhaust Gas Cleaner System piping that now runs through the garbage room. The cold storage area is the smallest encountered to date. | Root Cause Analysis indicated additional garbage is having to be held onboard due to incinerator being removed. Additional restrictions caused by EGCS piping limits storage space. Vessel to improve storeroom management and increase garbage offloads where necessary. Superintendent to review the future possibility of a storeroom expansion. | Complete - Pending Verification |
| 11. | Sun Princess (11.05.2017) | ECP Section X.A.1 | The EO appeared frustrated at times during the audit but provided documentation at requested by the auditor. He seems to have a good working relationship with the engineering personnel and the Staff Engineer who was responsible for waste management. During the interview, the master seemed concerned that the EO was overloaded with responsibilities and that he should have an assistant. | Root Cause Analysis indicated EOs have had their workload adjusted to take into account the oversight requirements of the ECP, and several previous areas of responsibility have been removed. Senior Director Environmental and Director ECP to arrange a one on one call with the EO to establish areas where assistance can be provided to allow the EO to ensure their role is completed in a timely manner. | Complete |
| 12. | Holland America Group Offices Seattle/Santa Clarita (01.15.2018) | ECP Section XII; Non-compliance to Company procedures MRD-1003 | Although the Mod Props procedure (HAG-MRD-1003-DI1) seems sufficient for permanent modifications, it is not readily applicable to temporary modifications. The procedure does not specify which actions are to be taken with regard to the Classification Society in case of a temporary repairs. | Root Cause Analysis indicated the current ModProps program which PCL uses was not designed for temporary modifications. The Modification requests were made by ship to office on an emaiL and were approved. There is no policy that this temporary modification needs to be stored for long time | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | Reference is to the Non-conformity raised onboard the ship STAR PRINCESS on Jan 08 during the TPA vessel audit. The temporary modification was made to the OWS. | usage. The Company is working on a new, rewritten Web-based program as the current program runs in LOTUS environment. The new program will be completed in June, 2018. The Company will incorporate the temporary modifications too. This program will be used by all 4 brands. | |
| 13. | Arcadia (01.21.2018) | ECP Section V.B | The manufacture of many of the valve repair kits on the critical parts list are no longer producing the kits. Since the ship cannot order the repair kits the ship has ordered entire valve systems. The backorder for valves is now in excess of 90 days. The company is aware of the backlog. | Root Cause Analysis indicated not all equipment is supported throughout entire life and vendors do not supply an obsolescence plan. It will be ensured that the ship is provided with either the correct spare parts or new valves are supplied to the ship, and the critical spares list is updated to reflect either new valves or correct spare parts. | Complete |
| 14. | Arcadia (01.21.2018) | ECP Section V.B | The critical list has not been updated since the refit yard period in November 2017. New equipment installed during that time include OWS upgrades and an additional static unit. The Storekeeper has used the manufacturer's spare parts list as the critical spares for the new equipment, and part orders have been submitted but not received. The company is aware that the critical spare part list needs updating. | Root Cause Analysis indicated an updated critical spares list review had been conducted prior to the audit following refit. However, the report had not been received at the time of the audit. Critical spares list to be updated and project scoping protocols to be amended to consider potential impacts on critical spares list. | Complete |
| 15. | Caribbean Princess (02.06.2018) | ECP Section VIII.B.2.d | During the test of the RWO Static OWS, the quantity of water processed from the clean bilge tank was only 1.8 m3/hr. This was due to the fact that during operation, a certain amount of the RWO OWS effluent must be recirculated back to the clean water bilge tank through a manual recirculation line. The RWO Static OWS operates as designed and meets the requirements of MARPOL and ECP, but it will not operate at the rated capacity of 5 m3/hr. | Root Cause Analysis indicated back pressure was too high on the discharge side of OWS. BCDB supplier arranged to check proper flow is established. Discharge pipework from OWS is also being checked for blockages. Bilge system upgrades will be undertaken to change material and size of discharge pipework. | In Progress |
| 16. | Carnival Splendor* (04.28.2018) | ECP Section III.A.14 | The ship used one training period to cover multiple topics, including ECP training. ECP message was buried within the training and not given more importance. Safety training, in contrast, is given in its own training session. | CCL ECP OLTM to conduct an analysis on how such training sessions are executed onboard CCL ships. Once the analysis is conducted, conclusions and recommendations will be rolled on to make the training sessions more effective. OLTM to monitor the effectiveness of the sessions. | In Progress |
| 17. | Carnival Splendor* (04.28.2018) | ECP Section III.A.14 | Crew training film (animated) shown during indoctrination, passenger information video, and placarding on open decks indicated that nothing should be thrown overboard except when allowed by law. This may be confusing to those that aren't familiar with MARPOL Regulations or local restrictions and should be kept simple. | Shoreside Environmental operations team will look into the crew training video and placards to evaluate if the correct message is being passed on to the desired audience. If needed, modifications will be done to the video and placard to ensure that a clear and precise message is passed on. Once the video and placarding are evaluated, modifications will be completed accordingly. | In Progress |
| 18. | Carnival Splendor* (04.28.2018) | ECP VIII.B.2.d | Oily Water Separator (OWS), Westfalia #B, failed to complete the test on the first attempt. After replacing the OCM on the system, OWS Westfalia #B successfully completed the required test. | Root Cause Analysis indicated OCM failure. OCM was replaced, and the test on Westfalia # B was completed successfully. During the semiannual verification by TMS, all the OCM's will be tested and verified for functionality. | Complete |
| 19. | Carnival Triumph* (05.03.2018) | ECP Section IX.B.1. | The organization of the Critical Valve and Seal log appears to be difficult to maintain. The list of critical valves is maintained in one binder; a separate binder is used to maintain the seal log with each location being kept on an individual page and no easy way for the crew to locate the specific valve without paging through the entire log. Finally, the Environmental Officer is maintaining a separate spreadsheet for use in conducting the weekly verification. Having multiple lists and logs may invite errors. | Root Cause Analysis indicated there is no effective log in place in the HESS procedure. CCL Environmental operations and compliance teams are working on streamlining the record keeping, and are looking at the possibility of implementing an electronic log system which will make it easier for the EO's to check. Once corrective actions are in place, they will be implemented fleet wide. | Complete - Pending Verification |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| 20. | Carnival Triumph* (05.03.2018) | N/A | During the audit of the procedures and documents for the ozone-depleting substances, it was noted that the ship has two AC Chiller units (out of four total) that utilize R-22 Freon as a refrigerant (ozone depleting substance). The Refrigeration Engineer was unfamiliar with the MARPOL requirements regarding the required log book for ODS. The Refrigeration Engineer maintained a spreadsheet that was used to track all spare bottles on board the vessel (this is acceptable for meeting the requirement to track the quantity onboard the vessel). This was audited and onboard quantities found to be accurate. The ODS logbook was located, (it is part of the Bahamas logbook that tracks MARPOL fuel samples) and the last entry was found to have been made in 2015. The crew claimed that since two of the AC Chiller units were overhauled and upgraded to R-• 134a refrigerants in 2013, the two R-22 units were not frequently run, and therefore, had not suffered any leaks requiring the use of R-22 to recharge the systems over the last three (3) years or repairs/maintenance to the equipment. Incident reports were checked back to November 2017 with no reports of leaks. | A training plan will be put in place to educate all refrigeration engineers on the Marpol requirements for ODS substances. Once the training plan is in place, they will be implemented fleet wide. | In Progress |
| 21. | Emerald Princess* (05.23.2018) | ECP Section X.A.1 | It was found that within the HESS-MS, text within documents, i.e., procedures, instructions, and forms could be deleted or amended without Company knowledge or approval by a crewmember accessing the system onboard the ship. This capability brings document integrity/control into question. | Root Cause Analysis indicated that the possibility of changing documents onboard the ship is a programming error. The Global HESS system coding needs to be amended to prevent unauthorized users (including ships) to make any changes to the Global HESS procedures and documents. | Complete - Pending Verification |
| 22. | Emerald Princess* (05.23.2018) | ECP Section X.A.1.i | It appears that a number of attachments to Global HESS-MS procedures when printed out do not have the procedure number or other identifying markings that reference that it is tied to a specific procedure. For example, "Workplace Specific Environmental Instructions" Guideline for –Technical Department (TRG- 2308-A3) has no identifying markings on the instruction. Also, the current Photo Waste Log for silver bearing waste has no markings matching with the procedure (ENV-1301). | Root Cause Analysis indicated each document in Global HESS needs to have a reference on the document to match it to the policy it corresponds with. TRG-2308-A3 and Photo Waste log revised to include the corresponding procedures. | Complete - Pending Verification |
| 23. | Golden Princess* (05.30.2018) | ECP Section IX.B.1 | OWS bilge overboard valve was locked but not tamper-proof. | Root Cause Analysis indicated the original locking was not fully controlled. The new locking system is now installed and secured. | Complete |
| 24. | Golden Princess* (05.30.2018) | ECP Section VIII.B.2.m | During an interview, a deck officer stated workloads are increasing at a rate that the officer is going to have to prioritize task as fatigued sets in. The two largest task is standing 8 hours of watch and voyage planning. Voyage planning has become a lot more work extensive due to more regulations and environmental restrictions. | Root Cause Analysis indicated issues with ECP procedural implementation. Voyage planning requirements have not appreciably changed since the Global HESS was implemented several years ago. However, it is recognized that there is a substantial amount of manual work involved in the creation of the voyage schedules within the Voyage Support Portfolio required per MAR-1301 (e.g., watertight door schedules, bridge manning schedules, environmental schedules, etc.). While there are no standardized requirements for the aforementioned schedules, the Company has been working toward the establishment of standard formats and automation of those schedules via software solutions for more than one year. The (required by regulation) network isolation of our Electronic Chart Display Information Systems onboard will always necessitate some manual transfer of route plans to and from planning systems, but there are opportunities to streamline these processes. A cross-brand team of marine and environmental operations experts have agreed to seek fleet-wide proposals from two primary potential | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | | vendors who have shown the potential to be able to develop such a software solution to meet these needs. Proposals and associated presentations will be made by the vendors in late September 2018, after which the team will determine the viability, development time and process improvement potential of each solution and then take a decision. None of the vendors under evaluation have a solution that meets the full set of Company requirements in this area, so a decision not to contract is a potential outcome of the process, but hopefully a low probability one. Any decision will involve the Operating Line EVPs and we expect such a decision to be taken by the end of the fiscal year 2018. | |
| 25. | MS Noordam* (06.20.2018) | ECP Section IX.B.1 | The cover lid of the collection drain tank for the OCM was found with an ECS sealed and a fixed plexiglass viewing window. We note that the drain tank recycles to the suction side of the OWS and does not go overboard. The ECS policy for these tanks should be reviewed. | Root Cause Analysis indicated the modification done onboard was unnecessary per the existing flow switches. Ship to remove plexiglass modification as flow switches exist in system and crew to review ECN#14. | In Progress |
| 26. | Royal Princess* (06.21.2018) | N/A | The Environmental Officer maintains an Excel Spread-Sheet that is updated daily with the amounts of bilge water production and sludge production and disposal of bilge water through the OWS and sludge ashore or through the incinerator. This spread-sheet also tracks trends and anomalies in the quantities of bilge water and sludge production. This practice should be given consideration for use fleet wide. | Root Cause Analysis indicates this is a suggestion by auditors for review of practice found onboard. We are appreciative of the complement from the auditors. We are soliciting a copy of the spreadsheet from the EO, and will consider implementation fleet-wide if deemed appropriate and not deemed overly prescriptive. All ships have some variation in their bilge systems, and so a single spreadsheet is rarely universally applicable. We are appreciative of the complement from the auditor. We will solicit a copy of the spreadsheet from the EO and consider implementation fleet-wide. As there is variation in bilge systems, rarely would a single spreadsheet be universally applicable. | Complete - Pending Verification |
| 27. | Royal Princess* (06.21.2018) | N/A | Broken seals were segregated by month of replacement making auditing of broken seals easy. Chief Engineer indicated it is a better way keep track of seal. | Root Cause Analysis indicates this is a suggestion by auditors for review of practice found onboard. There is no corrective action required as this is an observation of a best practice. There is no need for preventative actions as this observation notes a best practice, not a defect. The ship is appreciative of the auditors' complements to the practices on board RP and will communicate this practice during the next EO conference call. The ship believes it would be overly prescriptive to make this practice a requirement, and will only offer it as a suggestion to EO's during the call. | Complete - Pending Verification |
| 28. | Royal Princess* (06.21.2018) | N/A | On 20 June 2018 at 1130 during ROYAL PRINCESS's port call in Cobh, Ireland, the Environmental Officer was called to the pier where ROYAL PRINCESS was berthed because the was foam and soot in the water alongside the vessel. The vessel was receiving electrical power via No. 3 DG running on HFO. At 1238 the technical Department switched electrical power to No. 1 DG running on LSMGO. The Environmental officer issued an incident report. There seems that the source of the foam and soot was from the water discharge from the No. 3 DG EGCS. Because of the minor nature of the incident a formal marine pollution response was not initiated by local authorities. The incident was reported to the Princess Cruise Line Office per policy. | Root Cause Analysis indicates the surface effect was caused by agitation of seawater at EGCS discharge. The ship was running the EGCS system with wash-water filtration system in operation and the EGCS compliance computer showed all parameters within limits. Corrective Action was taken at the time of the finding as the Royal Princess switched to LSMGO. If there is a concern or doubt, the ship will switch over to a stand-by engine operating on Low Sulphur Marine Gas Oil in this location. | Complete - Pending Verification |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| 29. | Island Princess* (07.14.2018) | ECP Section VIII.B.2.g | Holland America Group Garbage Management Plan was not readily available when asked by the auditor. It was not until the daily meeting that a complete and properly organized Garbage Plan was presented. | Root Cause Analysis indicated lack of oversight to ensure the shipboard copy of the GMP was complete with ship specific details and all appendixes. Per the TPA's Draft Report, this finding was corrected prior to the completion of the audit. A complete and properly organized Garbage Plan was provided at the daily meeting. Shoreside to review guidance within GMP and ENV 1301 on properly storing hard copies of GMP on all ships. | In Progress |
| 30. | Island Princess* (07.14.2018) | ECP Section VIII.B.2.b | Several sections of the potable water piping have been replaced. However, numerous soft patches and leaks still observed and in need of proper and permanent repairs. | Root Cause Analysis indicated equipment failure. Ageing pipework on potable water pump delivery to main risers has begun to fail with pinholes appearing in various locations. Those leaks have been temporarily repaired pending proper replacement/upgrade when materials arrive. The ship's Technical department has been advised that there are monies available to replace deteriorating potable water pipework, and upgrade to George Fisher pipe. The ship's staff will place orders, and replace as much of it as they can. If certain sections cannot be replaced in service due to operational restrictions, then it will be planned for the next dry dock, which is December 2019. Leaking pipework will be replaced/upgraded with George Fisher pipe and/or stainless steel pipe as required once materials have been received, and as soon as operationally possible. | In Progress |
| 31. | AIDAvita* (07.11.2018) | ECP Attachment 3, Employee Training - Element 3, Bullet 1 | During the course of spot interviews, some of the interviewees were not familiar with the name of the Environmental Officer nor were they aware of the open reporting system (hotline). In two cases, crew members boarded the vessel on June 05, 2018, and seemed having difficulties to understand and communicate in English. In one case, a crew member who had been onboard for 9 months was only able to mention the name of the previous EO who disembarked on June 01, 2018. | Root Cause Analysis indicated lack of knowledge, awareness, and limited language abilities of the mentioned crew members. During the HESS rounds, the Environmental Officer will assess this specific knowledge and include the result in the weekly reports. | In Progress |
| 32. | AIDAvita* (07.11.2018) | ECP Section VIII.B.2.q | The Environmental Handout provided to vendors, technicians and other non-crewmembers boarding the ship was found with general requirements regarding pollution prevention and environmental protection. No reference was found in regards to the ECP requirements or additional precaution to be taken in order to not affect the vessel's ability to comply with the ECP, specifically presence of environmental seals. | Root Cause Analysis indicated lack of oversight, the document Environmental Handout could have been deleted already since the information is present in the Contractor Booklet. The document Environmental Handout will be deleted from GlobalHESS once the Contractor Booklet is part of the Contract. In order to strengthen the importance and impact of the Contractor Booklet, this will be officially made part of the Contract for contractors operating onboard with a formal process of acknowledgement. | In Progress |
| 33. | Carnival Maritime Office Hamburg* (06.29.2018) | ECP Section VIII.B.2.m | During interviews, concerns were expressed about a "Fear Factor" that exists amongst junior shipboard engineering personnel. This "Fear Factor" is related to how the ECP is written and culturally interpreted as it relates to possible termination if the ECP is violated. Violation of the ECP could lead to termination is discussed in two locations of the ECP. This specific ECP language is often used by the EO's in their ECP training presentations, for example; the last slide of the HA Group Covered Personnel Environmental Training PowerPoint Presentation titled "Consequences of Employee obstruction of ECP" states: "Carnival will: Take action, up to and including dismissal, against any individual who obstructs or hinders the development or implementation of this ECP, or presents false information or makes false statements during any inspection, monitoring, auditing, or inspection | Root Cause Analysis indicated the mentioned text covers an ECP requirement. Any corrective action plan would require a modification of the language used in the ECP. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - TPA Final Audit Findings (Observations)

| Row Number | Location Name (Audit Date) | ECP Section | Final Audit Finding | Corrective & Preventive Action Plan | Status of Corrective & Preventive Action Plan |
|---|---|---|---|---|---|
| | | | function required by this ECP, or to any U.S. authority performing an inspection or Port State Control activity". | | |
| 34. | Shore - ABG* (05.04.2018) | ECP Section III.A.9 | While reviewing the annual budget certification process and specifically, the monthly ECP budget spending plan, an anomaly in the CCM budget for Professional Services was identified. A shortfall of was identified due to separate accounting departments informing the spend plan and the CCM Professional Services budget stream was not included in the monthly reports for December, January, February and March of 2018. This issue has been discussed with the accounting departments involved and is being corrected and reports are being amended. | Root Cause Analysis indicated all ABG professional fees are budgeted in account 641025. However, actual costs for professional fees could be coded to accounts 641025 and 640505. When the monthly ECP reporting was being developed, only the accounts where actual costs were previously being recorded were included in the report. As majority of actual ABG professional fees were coded to 640505, only this account was initially included into the monthly reporting. However, through review of the monthly ECP cost reports it was identified that account 641025, where the budget is included, was inadvertently excluded from the reports and needs to be added for accurate representation of budgeted costs. The structure of the monthly reports was modified in May 2018 to include account 641025. All previous reports were re-issued to reflect inclusion of this account. The Company will continue close monitoring of the monthly reporting for indicators of inadvertent exclusion of any other accounts. The structure of the monthly reports was modified in May 2018 to include account 641025. All previous reports were re-issued to reflect inclusion of this account. We will continue close monitoring of the monthly reporting for indicators of inadvertent exclusion of any other accounts. | Complete |
| 35. | Shore - ABG* (05.04.2018) | ECP Section VIII.F.1. and VIII.F.3 | Three findings from the Carnival Corporation ECP Audit conducted in August of 2017 (Non-Conformity-01, Non-Conformity-02, and Observation-01), all associated with the RAAS investigation process did not have corrective or preventative action in place at the time of the May 2018 audit. | Root Cause Analysis indicated this finding will be managed through the ABG audit of August 2017 - applicable to the open findings assigned to Robert Watson at RAAS. DNV-GL have completed a Review of the Investigation process through the company. Long term Preventive Action will be recorded through the relevant findings in the August 2017 ABG office audit. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

30

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - Notices of Violation

| Row Number | Notice Number | Date of Incident | Date of Notice | Operating Line / Group | Vessel | Summary of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|---|
| 1. | #06-2017 | 07.22.2017 | 07.26.2017 | Costa Group | Costa Luminosa | On July 22, 2017, the Operating Line Compliance Manager ("OLCM") for Costa Group (Costa Crociere and AIDA Cruises) was informed by his Environmental Compliance Manager ("ECM") that there may be an issue with recent training records from June 6, 2017 on the Costa Luminosa. The training in question was allegedly held by the EO onboard at the time. The training session records showed several pages of signatures confirming attendance. Since notification of this issue on July 22, 2017, multiple interviews were conducted by the Company with those onboard, who have confirmed that they never took part in the alleged training and that the signatures are not theirs. | RAAS conducted an investigation in response to the issue. The Environmental Compliance Manager was informed of the issue, he raised it to the Costa Group Operating Line Compliance Manager, the ship Captain, Staff Captain, HR Director, and a representative of the Unions. The Costa Group Operating Line Manager has since informed the necessary parties shore side and a review and disciplinary procedures were immediately put into action. Further, interviews of potential employees involved or witnesses were conducted to determine the extent of the problem and the root cause. The fact that this was the second falsification related issue has caused the Company to take additional action: (1) All Operating Lines were directed to conduct a review on all vessels to determine whether required environmental training has been completed as reported. To the extent the Company identified gaps in required training, every effort was made to remedy those gaps in a timely manner; (2) Incomplete training, if any, should have been completed no later than August 10, 2017. As of this writing, the Company believes that the training has been substantially completed except for so called "new joiners," who will be required to take the training upon boarding; (3) Inaccurate reporting of training completion rates will be reported to Chris Donald, the ECP Corporate Compliance Manager, and immediately investigated; (4) The Company communicated to the fleet the importance of the training, including accurate and truthful record keeping, and in particular the Master's responsibility to ensure training is completed; (5) The Company will be reviewing the Company's procedures for rolling out training to determine whether there may be opportunities to improve the process both at launch and in confirming completion; (6) The Company is also working to establish an improved recordkeeping infrastructure to receive data and record/report training activity on an ongoing basis. This would include crafting a standard roster for each environmental/ECP training course, ensuring that there are written procedures for uploading training | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - Notices of Violation

| Row Number | Notice Number | Date of Incident | Date of Notice | Operating Line / Group | Vessel | Summary of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | roster data in the electronic systems of record appropriate for each fleet, providing reports/feedback to each fleet to verify system or record reflects training activity on board and identify discrepancies early, and working towards daily-auto-generated ECP training status reports. *UPDATE: The RAAS report is in the final stages of approval and will be distributed by RAAS once the report is approved.* | |
| 2. | #14-2018 | 02.12.2018 | 03.05.2018 | Costa Group | AIDAdiva | On February 12, 2018, during tests in preparation for a Passenger Ship Safety Certification renewal inspection onboard the AIDAdiva, it was noted that the engine automation system had not stored any data since February 3, 2018. Initial investigation determined that a synching error took place when the manufacturer (Siemens) replaced one of the engine automation system servers on February 3, 2018. This synching error prevented retention of the bilge alarm notification records. | The OLCM conducted a review and acquired information on the incident by email. On March 2, 2018, the manufacturer, Siemens came back onboard, verified that the two engine automation system servers were working properly, and re-synced them to ensure data could be retained as necessary. The engine automation system is now working as designed. The manufacturer is working to recover the data lost during the period of the error, i.e., February 3 through February 11, 2018. The Siemens' technician has to return to the ship to determine whether it is possible to recover the lost data.  The ship is currently in the process of scheduling a ship visit.  *UPDATE: Siemens' technician Uwe Frescher resolved the data issue and recovered all trend data and the alarms log file dating back one year.  This data has been archived.* | Complete |
| 3. | #16-2018 | 03.09.2018 - 03.14.2018 | 03.26.2018 | CCL | Carnival Conquest | During an ECS used seals inventory check performed by the Environmental Superintendent and EO, 336 used seals were determined to be missing. It is suspected that most of the missing seals were from the period May-Sept 2017 due to a misinterpretation of the April 2017 version of the associated procedure which was misinterpreted by the former Environmental Director (ED). The ED provided guidance to the ship's EO where he failed to correctly recognize and advise that all seals must be accounted for from locations where two or more seals are fitted. The accepted practice was to keep and record only one seal number from each location. All other used seal tabs were disposed of. This practice was followed from May 2017 until requirements were clarified on 18 Sep 2017. The ship's next EO reported the removal of serial numbers on 17 Aug 2017 to the Environmental Manager as a noncompliance but the same ED failed to address the report or allow for proper follow up. The former ED is no longer employed by the | To facilitate easier recording, the ship has subsequently reduced the number of required ECS seals to approximately 70 by adding welds and locks where practicable. All remaining seals have been replaced and correctly documented and the ECP requirements have been clarified with all relevant crew members. An internal review is underway to identify any further corrective and preventive actions needed and all ships are being questioned to determine if they also received incorrect advice. *UPDATE: The review confirmed that the rest of the ships in the fleet are following the correct procedures.* | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

32

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - Notices of Violation

| Row Number | Notice Number | Date of Incident | Date of Notice | Operating Line / Group | Vessel | Summary of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|---|
| | | | | | | company. The ship completed a dry dock in October 2017 during which it is likely a number of seals were also misplaced by workers. A new ECS seal inventory was conducted to identify all seals currently fitted. | | |
| 4. | #18-2018 | 03.2018 | 04.03.2018 | All Brands | Multiple Vessels | A prohibition on de-ballasting in Port Everglades is included as a term of a port tariff (Tariff No. 12, Item No. 1015). The Company was previously unaware of the tariff provision, and as a consequence a number of Covered Vessels have de-ballasted in Port Everglades in contravention of the tariff provision. As part of our review of this issue, we learned that other customers of the port were similarly unaware of the tariff provision. A meeting was held on April 2, 2018 with the Port Everglades Deputy Port Director to discuss the discharge prohibition, as it is inconsistent with federal ballast water regulatory requirements. Also in attendance at the meeting were representatives from Royal Caribbean Cruises, Ltd., Crowley Maritime, and Kirby Offshore, who were similarly situated. | The Company recently requested an exemption from the absolute de-ballasting prohibition for the Caribbean Princess and Carnival Conquest. The Port Everglades responded that the Port will not grant exemptions and is not inclined to change the Tariff. Therefore, the ships will no longer de-ballast in Port Everglades. | Complete |
| 5. | #19-2018 | 03.31.2018 - 04.10.2018 | 04.23.2018 | CCL | Carnival Triumph | On or about March 31, 2018 the ship discovered 110 cubic meters of liquid in an emergency ballast tank. The ship initially concluded that the contents of the tank likely consisted of fresh water or sea water that could have entered from an adjacent potable water tank or a ballast water line, respectively.  The liquid was transferred to a gray water tank and subsequently discharged through the normal gray water discharge procedures.  On or about April 10, once the emergency ballast tank was emptied, an inspection revealed two holes each of which was approximately two inches in diameter in a bilge well. These holes likely resulted in the flow of bilge water from the bilge well into the emergency ballast tank. Accordingly, it would appear that the liquid in the emergency ballast tank was inappropriately discharged as gray water when in fact at least some portion of the liquid probably flowed from a bilge well and thus the entire volume should have been processed as bilge water in accordance with MARPOL Annex I. The issue was reported to Lloyd's Register, the vessel's classification society, and the USCG Sector New Orleans on April 13. Class attended on April 14 to observe/approve temporary repairs to the bilge well. A condition of | The Company notified Class, Flag, and the U.S. Coast Guard. Crewmembers made an appropriate entry in the ORB. An internal review confirmed that all grey water discharges occurred in international waters. A Fleet Captain and Fleet Chief Engineer attended the vessel and found that opportunities exist for developing the 'Speaking up' culture onboard, and addressing blame culture concernment. The crewmembers secured the emergency ballast tank and will have the tank cleaned before putting it back into service. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - Notices of Violation

| Row Number | Notice Number | Date of Incident | Date of Notice | Operating Line / Group | Vessel | Summary of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|---|
| | | | | | | class was issued requiring permanent repairs to be carried out before August 2018. The USCG conducted a port State control inspection on April 19 and did not identify any deficiencies. | | |
| 6. | #22-2018* | 06.15.2018 | 06.22.2018 | Costa Group | AIDAvita | While the ship was alongside in St. John's, Canada, maintenance was commenced on a chiller, requiring sea water to be drained from the condenser. The condenser was connected to a vacuum collecting unit using a hose and the ECS seal was broken to connect the hose to the vacuum system. This action was not properly reported to the Chief Engineer (CE) and was not authorized by him. The CE passed by the chiller room during his rounds and immediately stopped the operation. CCTV footage confirmed that the vacuum unit was only used to transfer sea water into the black water system. The drained sea water was checked and no contamination was found. No water from the vacuum unit was discharged. A new seal was installed and the Seal Log was updated accordingly. To mitigate the risk of recurrence, all engine crew will be retrained on the requirements of ECP and the Environmental Control System. Control measures for portable hoses will also be implemented. A RAAS investigator will join the ship on 21-22 June to conduct interviews and provide a full investigation including root cause identification and recommendations to prevent recurrence. | RAAS conducted a review of the incident to determine the underlying root cause and lessons learned. The RAAS report is in the final stages of approval and will be distributed by RAAS once the report is approved. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 1. | 12.19.2017 | 11.26.2017 | CCL | Carnival Victory | While discharging grey water after departing from Nassau, Bahamas, the EOOW noticed that the quantity of treated sewage in another tank was also falling.  Approximately 15-20 cubic meters of treated sewage was discharged inside the Bahamas Archipelagic Baselines in violation of MARPOL Annex IV and Company requirements. The Port Authority of Nassau and the ship's Flag Administration were notified.  An investigation identified a failed valve in the double bottom which the automation system indicated was closed but was actually partially open.  When the ship started pumping grey water, the partially open black water valve allowed both grey and black water to be discharged. A comprehensive corrective plan was developed. All such isolation valves will be included in the Planned Maintenance System (PMS) for visual checks to be done every 6 months. The location of the valve does not allow easy or effective manual verification for each operation.  CMS notice was sent out to all vessels to check all relevant automatic isolation valves. The isolation valves are in process of being included in the PMS, expected to be completed by April 30, 2018. | The Company reported this incident to the CAM.  A comprehensive corrective plan, expected to be operational by April 30, 2018, will include a 6-month visual check of the isolation valves in the Planned Maintenance System (PMS). See also the Corrective and Preventative Actions regarding voyage planning in NOV 3 and in the CAM IP Notification from 7/07/17 regarding the Carnival Elation. The crewmembers monitor the tank volumes during discharge operations.  A comprehensive corrective plan, expected to be operational by May 31, 2018, will include a 6-month visual check of the isolation valves in the Planned Maintenance System (PMS). *UPDATE: The work item is now included in the PMS.* | Complete |
| 2. | 03.15.2018 | 01.20.2018 | CUK | Arcadia | The oil content monitor (OCM) on a new centrifugal oily water separator (OWS) was providing a reading error, even after flushing with fresh water. The OWS was taken out of service. An investigation found that the sample cooler had failed. The OCM measuring cell was replaced for a spare calibrated cell and is now reading properly. This is no spare cooler on board. The manufacturer is supplying a replacement cooler to the ship under guarantee. The OWS is in operation with the cooler cooling valves closed and sealed. A cooler package from Alfa Laval is expected to be delivered on March 21, 2018 in Port Kelang. Three calibrated cell spares are currently onboard. | The ship received the replacement spare cooler package from Alfa Laval on March 21, 2018, in Port Kelang. Three calibrated cell spares are currently onboard. | Complete |
| 3. | 03.15.2018 | 01.10.2018 | CUK | Ventura | At the start of a treated bilge water discharge operation through the BCDB, the OCM was noted to be reading a high PPM value with cloudy water coming from cell despite the sample valves being closed. No water was discharged overboard. The watchkeeper attempted to clean the OCM cell but identified a continuous leak of water from the cell. After isolating the sample cooler, the flow of water stopped. The sample cooler was removed and a | The planned maintenance amendment to replace the coolers every 18 months is now in AMOS. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

35

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | new cooler was installed. The treated bilge discharge operation was then completed without further incident. An entry was made in the ORB. The cause of the internal failure of the sample cooler is not yet confirmed but is believed to be from a build-up of deposits within the cooler which then expands and deforms the plates. To prevent recurrence, a planned maintenance amendment to replace the coolers every 12-18 months is being considered. | | |
| 4. | 03.15.2018 | 12.19.2017 | HA Group | Rotterdam | A newly commissioned oily water separator (OWS), installed during drydock in October 2017, had an issue with a faulty valve. Once the valve was replaced, the OWS was put back in operation. The OWS has the capacity to address the bilge water processing needs. The spares for both new OWS systems are on order and the order is being expedited with the manufacturer. Currently, parts are expected in several batches, between mid-January 2018 to March 2018. The manufacturer was aware of the issue with the valve but was not required as a Company Project Engineer attended the ship and was able to resolve the issue | The manufacturer was aware of the issue with the valve but was not required as a Company Project Engineer attended the ship and was able to resolve the issue. The crewmembers received additional training to ensure operational of the equipment as designed. The ship ordered and received onboard all spares for the new OWS systems. | Complete |
| 5. | 03.15.2018 | 02.04.2018 | CCL | Carnival Pride | While underway within three nautical miles of the U.S. coast, approximately 27 cubic meters of pool water with a 3.6 ppm chlorine level was discharged due to the malfunction of a pool control system. The control system was displaying an error message and the manual overboard valve for the pool was open, allowing the discharge to occur in violation of VGP requirements. The chart recorder was checked to confirm the location of the discharge. The National Response Coordination Center and local U.S. Coast Guard were advised. The pool computer was reset and is not showing any error. By default, the automatic valve will fail-safe open and the pool will dump. The incident was partially due to the ongoing need to have an open overboard valve for emergency response to a stability problem. As a preventative action, the possibility of diverting recreational water facility discharge to the grey or ballast water systems while the ship is inside environmentally restricted areas is being reviewed. | CCL approved the plans to divert the recreational water facility discharge to the grey water system. The changes are expected to be implemented on all Sprit Class vessels before the end of August 2018. UPDATE: The Pride will undergo modifications during drydock in March 2019. Modifications for the other Spirit Class ships are under evaluation. | In Progress |
| 6. | 03.15.2018 | 01.27.2018 | CCL | Carnival Splendor | While the ship was alongside in Long Beach, CA, ballast water was discharged in violation of California 'Marine Invasive Species Program' regulations. The required ballast water reporting forms were also not sent on time to the National Ballast Information Clearinghouse and the California State Lands Commission due to an | Ballast water management plan was updated to reflect the California ballast water requirements. The ships no longer discharge ballast water in the port of Long Beach, California. This incident was discussed during monthly conference calls and a "Must See Notice" was sent out corporate wide. The RAAS investigation concluded that | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | administrative oversight. The ship had relocated from Florida and the improper discharge occurred during the ship's first call in Long Beach. The improper discharge was identified by the new Staff Captain when reviewing the ballast water records. An initial investigation had found there was inadequate voyage planning for the relocation cruise. Ballast water requirements had not been discussed during the voyage overview meeting. Relevant procedures were not followed and the Ballast Water Management Plan had not been updated to reflect the relocation voyage or subsequent voyages. Handovers of the Captain, Staff Captain and Voyage Officer had been conducted just before or during the relocation voyage. The ship had taken on sea water ballast for stability purposes and this had been discharged in port to allow bunkering of potable water and fuel. The CAM understands that this incident is a violation of California regulations only. | the direct cause of the incident was that voyage planning and overview was not conducted as per procedural requirements. As a preventative action, a Lessons learned note will be sent out to the fleet, to raise ships awareness regarding this issue. This will also include importance of voyage planning and correct process to develop and communicate a complete voyage plan and environmental schedule. Additionally, CCL will develop a more robust ballast water management training program to ensure that all officers and engineers are well educated in regards to ballast water requirements and ENV 1501. CCL will also develop a short presentation on how a comprehensive voyage overview should be conducted to meet the requirements of ENV 1001 and MAR 1301. Staff Captain Giuseppe Strano will be given a positive performance for being diligent and raising this issue as soon as he became aware of the situation. *UPDATE: The Lessons Learned note went out to the fleet and Staff Captain Strain received a positive performance. The training program and presentation are under review.* | |
| 7. | 03.15.2018 | 02.07.2018 | HA Group | Amsterdam | While the ship was en route towards Fiord land National Park, New Zealand, gale-force winds and heavy seas were encountered. The next morning, it was noted that the waterproof canvas cover was missing from the Long Range Acoustic Device (LRAD) plinth. The cover could not be found on the ship and was presumed to have been lost overboard in violation of MARPOL Annex V. The incident occurred inside 12 nautical miles of land in a New Zealand no-discharge area. Authorities were notified via the local agent and an entry was made in the Garbage Record Book. To prevent recurrence, additional lashings will be fitted to the replacement LRAD cover. | The additional lashings have been fitted to the replacement LRAD cover. | Complete |
| 8. | 05.10.2018 | 03.05.2018 | CCL | Carnival Elation | One of the ship's incinerators has been out of service due since Jan 2017 due to a damaged silo screw. Incinerator waste is being processed via the ship's second incinerator or landed ashore as needed. There is currently no schedule for repair as the option to permanently decommission the incinerator is being evaluated. | Incinerator waste is being processed via the ship's second incinerator or landed ashore as needed. There is currently no schedule for repair as the option to permanently decommission the incinerator is being evaluated. *UPDATE: The incinerator has been decommissioned.* | Complete |
| 9. | 05.10.2018 | 02.25.2018 | CCL | Carnival Triumph | While the ship was approaching New Orleans, LA, and inside three nautical miles from land, the ship listed by approximately one degree, causing four cubic meters of water to overflow from the main pool and spill overboard through the scuppers. At the time of the violation of company requirements, the pool had been in 'Beach Mode' with a chlorine content of 3.47 ppm. The U.S. Coast Guard and National Response Coordination Center | The proposed fleetwide repiping modifications are under evaluation. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

37

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | were notified. To prevent recurrence, the Captain and EO met with Hotel and Technical departments and it was agreed to maintain the pool in 'Trunk Mode' at all times. New guidelines have now been published for all CCL ships. Required piping changes are still a work in progress. The guidelines were delayed while public health/USPH investigations were completed. | | |
| 10. | 05.10.2018 | 11.18.2017 | CCL | Carnival Paradise | While alongside in Cozumel, Mexico, approximately 500 liters of grey water were unintentionally discharged from a multi-use grey/ballast tank air vent. An investigation found that both the sounding method and the sensor reading were inaccurate. The sensor was last calibrated in 2012 and the sounding pipe had been last used two days earlier. The overboard discharge was in violation of local regulations and Company policy. Reports were made to the local authorities. The manual sounding pipe was found blocked and it is suspected the level sensors were out of calibration. The tank has been placed out of service until further calibration checks are done. The sounding pipe was unblocked. Further investigation in progress to determine if any other procedural issues exist and appropriate crew followup. The CAM understands that this incident was a violation of local regulations and Company policy only. | The tank has been placed out of service until further calibration checks are done. The sounding pipe was unblocked. Further investigation in progress to determine if any other procedural issues exist and appropriate crew follow-up. *UPDATE: The sounding pipes for the manual sounding and electronic sounding were replaced to prevent future overflows.* | In Progress |
| 11. | 05.10.2018 | 10.21.2017 | CCL | Carnival Conquest | While underway, the ship unintentionally discharged 50 cubic meters of treated sewage and five cubic meters of comminuted food waste within 12 nautical miles of the Bahamas Archipelagic Baseline in violation of MARPOL Annex IV, MARPOL Annex V and Company requirements. The non-compliant discharge was identified by the incoming OOW during watch handover. The discharges were immediately stopped and the Captain and the EO were informed. The initial investigation found watch officer confusion with the electronic chart lines and associated annotation. In addition, the Captain's standing orders were not followed, a four hour ahead discussion was not conducted after taking over the watch and the Environmental Schedule was not followed. Flag Administration and Bahamian authorities were notified. An initial review indicates appropriate controls were followed in preparing for the transit, however the watch officer failed to follow directions and was confused regarding various boundary lines in a narrow passage area while reviewing the chart to authorize discharge. Several specific training steps are being reviewed with the officers involved as well as fleet-wide training steps associated | A working group was created to review and analyze archipelagic and straight baseline claims to determine whether the claims were constructed in accordance with the United Nations Convention on the Law of the Sea. Baselines that complied with UNCLOS standards were recognized and included in ENV-1001, Paragraph 2.3.  To date, 72 baselines have been included in ENV-1001-F2 based on the research conducted by the working group. UPDATE: ENV-1001-F2 has been updated. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

38

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | with lessons learned from this event. In addition, the updated corporate baseline matrix in the forthcoming revision to ENV-1001 will address not only Bahamas, but other coastal states with unique baseline concerns as well. | | |
| 12. | 05.10.2018 | 03.13.2018 | CCL | Carnival Fantasy | While the ship was docked in Cozumel, Mexico, the EO was advised that a lifeboat was missing an access hatch. It was confirmed that the hatch had been in place following departure from Progreso, Mexico, the day prior. It is believed that the orange fiberglass hatch detached from the lifeboat during the transit due to strong winds and was lost in violation of MARPOL Annex V. It is possible that the hatch closing handle may have been left open during recent lifeboat checks and operations. All relevant crew were advised to confirm correct closing of all hatch handles upon completion of lifeboat operations/maintenance and to report any malfunction or damage in a timely manner. All other lifeboats were inspected and 19 issues with similar handles were identified for subsequent replacement or repair. The issue has been forwarded to the shoreside LSA asset team for review. | The findings from the LSA asset team are expected by June 10, 2018. Replacement and repair of the other lifeboats is expected to be complete by June 30, 2018. *UPDATE: To date, the ship has not received the three hatches the crewmembers ordered. In the meantime, the Deck Officers are looking for any malfunctions or deficiencies during the monthly checks of the lifeboats.* | In Progress |
| 13. | 05.10.2018 | 03.12.2018 | CCL | Carnival Breeze | While the ship was underway and outside 12 nautical miles from land, a crew member reported that she had dropped her identification cards into the sea. The cards had been clipped to her trouser pocket but had become detached while on the open deck and subsequently been blown overboard in violation of MARPOL Annex V. The crew member was advised to be more careful in the future. | The Company revised the employee handbook to include language making it mandatory for team members to wear a neck lanyard for holding crew ID and other cards. | Complete |
| 14. | 06.15.2018* | 03.29.2018 | CCL | Carnival Splendor | Upon receiving an unexpected bilge alarm, it was discovered that a BCBD overboard valve located in the Evaporator Room starboard had a hole of approximately 3mm in diameter. The hole allowed sea water to enter the Evaporator Room. The leak was temporarily stopped by using a cement box. There was approximately 500 liters of sea water intake. The water was transferred into the bilge tank dirty side. The BCBD has been placed out of service as at the time of the incident there was no spare valve available. A new certified valve has since been ordered and is now onboard. The ship's bilge water management plan until repairs are completed is using discharge water through BCDB "B" which is fully operational. Corrosion or defective material are suspected causes for this incident. | Divers completed the repair in Puerto Vallarta by installing a new Lloyd's Register certified valve on April 4, 2018. BCDB "A" overboard valve is now in service without further complications. | Complete |
| 15. | 06.15.2018* | 03.02.2018 | CUK | Queen Mary 2 | Low output flow was noted when discharging overboard via the aft centrifugal Oily Water Separator (OWS). The OWS was shut down and the suction strainer was cleaned. The flow rate did not improve and the OWS was stopped | The OWS was shut down and the suction strainer was cleaned. The flow rate did not improve and the OWS was stopped again for the feed pump to be overhauled. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | again for the feed pump to be overhauled. The OWS is back in service with no further issues. | | |
| 16. | 06.15.2018* | 03.31.2018 | CCL | Carnival Valor | A food waste system shredder was taken out of service due to technical problems. On inspecting the plant, hard food leftovers including bones, broken china and silverware were found in the line. The hard items had damaged both metal shredder shafts. All food waste was landed ashore prior to the shredder being repaired and returned to service on 08 April. Food waste bins and pulpers are frequently monitored and meetings were held with waiters and galley stewards to improve waste separation. Programmatic changes are also under review by shoreside management on preventative and disciplinary actions regarding violations of the food waste segregation policy. | After the food shredder breakdown the ship has not experience another failure. Consequently, additional preventative and disciplinary actions are no longer necessary. | Complete |
| 17. | 06.15.2018* | 04.07.2018 | CCL | Carnival Glory | During maintenance while the ship was alongside in Miami, FL, approximately 5ml of oil based paint was spilled into the water. A rigid tarp was used below the painting area in order to prevent paint spill but strong winds blew some paint drops beyond the tarp and into the water. As a result, a small paint sheen was created in the water. Miami Police noticed the paint sheen and asked the team members conducting the operation to inform the EO. Miami Police also met the Ship agent. Port Security cleaned the paint sheen at the suggestion of the Miami Police. The EO and Staff Captain were not initially informed about the incident by the painting team, due to miscommunication with the Police officers. The ship's local agent subsequently called the EO regarding the incident. The EO and Staff Captain inspected the area but it had already been cleaned by Port Security. The National Response Coordination Center, the U.S Coast Guard and the Port Authority were all notified of the MARPOL Annex I violation. An investigation found the correct tarp for painting was not used as per company procedures and a rigid tarp had been used. The Bosun was on the pier supervising the operation, however there were several tasks to be monitored at the same time. At the time of the incident, the Bosun was supervising another task. Revised procedures are being published this week and supplemented with informational posters. | The Company revised and published the proper procedures with supplemental informational posters. Additionally, crewmembers underwent training on April 7, 2018. | Complete |
| 18. | 06.15.2018* | 04.09.2018 | CUK | Queen Mary 2 | While at anchor in Phuket, Thailand, a grey water tank overflowed directly overboard for approximately five minutes, resulting in five cubic meters of grey water being discharged overboard in violation of company requirements. The discharge was stopped by switching the | The Company is considering multiple preventative measures including modifying the pre-departure checklist to include a check of the capacity and filling rate of the grey and black water filling tanks, adjusting the tank settings to allow for additional warnings prior to overflow, | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | grey water filling to an alternate tank. The local port agent was informed of the discharge. The root cause of the incident was that the high level alarm was not addressed appropriately in the ECR, which was in red manning. During the interval between the alarm sounding at 1849 and the incident occurring at 1900 there were an additional 13 new alarms, including six general alarms on a diesel generator, which drew the focus of the watch keeping team. While the ECR was at red manning, the Assistant Operator was located in the engine room. Details of the incident will be shared with the fleet and teams reminded of the purpose of the Assistant Operator within ERM at red manning. The Operations Director must review the location of the Assistant Operator at red manning and, if necessary, bring him into the ECR to assist with alarm management. The CAM understands that this is incident was a violation of Company requirements only. | and separating critical watch keeping functions. Decisions as to actions to take are expected to be completed by September 2018. | |
| 19. | 06.15.2018* | 05.14.2018 | CUK | Arcadia | During the monthly testing of the centrifugal Oily Water Separator (OWS), it was identified that Separation Mode was unable to be selected due to a constant sludge tank high level alarm. As a result, the OWS was not able to process bilge water. The ship is still able to process bilge water via a second centrifugal OWS and the static OWS. The constant alarm signal appears to be a control computer issue. The manufacturer has been contacted for remote support to resolve the issue. A technical service has been scheduled for 14 June. | A Westfalia technician attended the vessel on July 14, 2018 and corrected the issue. The equipment is now operational. | Complete |
| 20. | 06.15.2018* | 04.27.2018 | CUK | Queen Mary 2 | The aft BCDB was taken out of service due to the failure of a flow switch. The forward BCDB remained available. The flow switch was replaced and the BCDB was tested and returned to service. The aft BCDB was out of service for two days. An entry was made in the Oil Record Book. | The forward BCDB remained available. The flow switch was replaced and the BCDB was tested and returned to service. | Complete |
| 21. | 06.15.2018* | 05.11.2018 | CCL | Carnival Fantasy | Due to ongoing structural repairs, the Marine Sanitation Device (MSD) was taken out of service to allow structural parts to be replaced. The equipment will remain out of service until repairs are completed by 30 June. The maintenance does not affect the ship's black water treatment capacity. | Crewmembers repaired the equipment and returned the MSD to service on July 10, 2018. | Complete |
| 22. | 06.15.2018* | 05.07.2018 | CCL | Carnival Glory | The EOOW reported a large quantity of water leaking from the sewage plant system. The system was immediately taken out of service. Approximately 40 cubic meters of water was transferred from the bilges to a bilge water tank and subsequently offloaded to a shoreside reception facility. An initial investigation found a crack in the sewage plant had caused the leak. The system remains out of service. | The system is still out of service. Crewmembers are manually emptying the tank. Once this is complete, the tank will be ventilated and evaluated to determine a proper maintenance plan. As a preventative measure, the other tanks will be cleaned and inspected. There are five other fully operational MSDs, thus normal operation is not negatively impacted. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 23. | 06.15.2018* | 05.05.2018 | CCL | Carnival Ecstasy | The garbage compactor was taken out of service due to an electric motor failure. The motor was dismantled and confirmed to be burned out. The ship manager was notified and a new compactor will be ordered. A schedule for replacement has not been confirmed. There is some operational impact as garbage volume without compacting has roughly doubled and more space is required in the ship's marshalling area before landing ashore. | The crewmembers installed the new compactor and put it in service on July 13, 2018. | Complete |
| 24. | 06.15.2018* | 04.28.2018 | CCL | Carnival Liberty | During a routine inspection of a food waste shredder, a reduction gear was observed to be not working correctly. The shredder was taken out of service for repair. A second shredder remained in service. An investigation found the faulty shredder had a failed gearbox due to suspected overload of shredder knives. The shredder remains out of service and a replacement gearbox is on order. | Upon delivery of the new gearbox, the crewmembers made the necessary repairs and returned the shredder to service on July 22, 2018. | Complete |
| 25. | 06.15.2018* | 04.23.2018 | HA Group | Westerdam | While ship was en route to Vancouver, Canada, the ship experienced a communication failure of the Advanced Waste Water Processing System (AWWPS). The AWWPS system was taken out of service and the ship was unable to process black water into permeate. A shoreside approved exemption request was granted to allow the ship to discharge untreated black water outside 12 nautical miles. The system remains out of service. A service technician joined the ship on 29 April and remains onboard, working with the ship's crew to bring the AWWPS back in service. | A service technician attended the ship and upgraded the AWWPS communications.  The new Ethernet, fiber optics, programmable logic controller, and updated software have greatly improved the performance and overall reliability of the control systems which are now fully operational.  Additionally, the vendor Defra staff recently provided training to the ship's crew regarding the maintenance and operation of the system. | Complete |
| 26. | 06.15.2018* | 05.16.2018 | HA Group | Emerald Princess | While the ship was alongside in Juneau, AK and discharging treated grey water, Admiralty Environmental conducted an unannounced sampling event. The following day, the ship received notification to stop discharging as the fecal coliform result of 46 FC/100ml exceeded the daily limit of 40 FC/100ml. The ship was not discharging at the time of the notification. The vessel will be re-sampled on 23 May and will not discharge overboard in Alaskan waters until further notice. The onboard technical team is in the process of rectifying the issue with the prototype system which is still being brought fully online for operations in Alaskan waters. The ship needs to meet the sampling parameters for discharge and that pends additional testing on 23 May with results due no earlier than 30 May. The Alaska Department of Environmental Conservation (ADEC) and U.S. Coast Guard were notified. | The sampling report dated May 23, 2018, showed an elevated fecal count.  Consequently, the ship continued to work on cleaning and checking the membranes.  The June 6th sample results revealed fecal levels (17FC/100ml) below the daily limit of 40FC/100ml.  The ship resumed discharging on June 7, 2018. The Company received a Notice of Violation from the Alaska Department of Environmental Conservation (ADEC) regarding the incident. | Complete |
| 27. | 06.15.2018* | 05.14.2018 | CCL | Carnival Liberty | During the annual lifeboat hooks test while the ship was alongside in Nassau, Bahamas, a two meter long piece of lifeboat fender was noted missing from a lifeboat. The | The replacement spares arrived at the ship on June 3, 2108.  As a preventative measure, bumpers will be inspected on a weekly basis. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.

Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | incident was caused by poor fitting and installation of fenders during the ship's previous dry dock. A total of 14 lifeboats are affected. Shoreside management were contacted to expedite the delivery of replacement spares of similar deteriorating parts of other lifeboats first identified in June 2017. A schedule for replacement has not been confirmed. Port Authorities were not notified of the MARPOL Annex V violation as it could not be determined if the incident occurred inside territorial waters. An entry was not made in the Garbage Record Book. | | |
| 28. | 06.15.2018* | 05.10.2018 | Costa Group | AIDAdiva | While the ship was alongside in Tallinn, Estonia, the EO noted sewage flowing from a shoreside pipe connection. At the time of the incident, the ship was connected to the shore at the aft bunker station but not at this midships position. The EO instructed the ship to stop all discharge pumps and informed port facility personnel. It was identified that shoreside personnel had failed to close a shoreside valve, causing the sewage to leak from the open connection. It was estimated that approximately 200 liters had been discharged into the sea. The Port Authority was notified but no entry was made in the waste water discharge book. No ship side preventive action was possible as the incident was not caused by any ship personnel. The EO confirmed that the communication with the Port Reception facility had occurred as required and that the checklist was completed and signed by both parties. The CAM understand that the shoreside vendor was the cause of this release. | The EO instructed the ship to stop all discharge pumps and informed port facility personnel. It was identified that shoreside personnel had failed to close a shoreside valve, causing the sewage to leak from the open connection. No ship side preventive action was possible as the incident was not caused by any ship personnel. The EO confirmed that the communication with the Port Reception facility had occurred as required and that the checklist was completed and signed by both parties. | Complete |
| 29. | 06.15.2018* | 05.10.2018 | HA Group | Regal Princess | While the ship was alongside in Copenhagen, Denmark, a crew member was conducting general maintenance on the starboard anchor when a flake of rust, coated with wet oil-based paint, became dislodged and fell into the water creating an oily sheen on the surface. Upon discovering the rust/paint drops in the water, the maintenance was immediately suspended. A clean up was carried out using a canvas sheet. Due to the overhanging nature of the bow area, a paint protection technique was not practicable. The Port Authority was informed of the MARPOL Annex I violation via the local agent and an entry was made in the Garbage Record Book. An ORB entry was not made but will be made. Confirmation of the ORB entry is pending. | Upon discovering the rust/paint drops in the water, the maintenance was immediately suspended. A clean up was carried out using a canvas sheet. Due to the overhanging nature of the bow area, a paint protection technique was not practicable. | Complete |
| 30. | 06.15.2018* | 05.09.2018 | HA Group | Noordam | While the ship was alongside in Juneau, AK, discharging untreated grey water to shore through a shore connection, a discrepancy was noted between the ship's sounding of discharged quantity and the shore facility receipt. The | The investigation did not conclude any non-conformances with company procedures. No recommendations were raised through the investigation given it is unknown how the debris came to be lodged into the valve. Both port and | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | shore facility meters indicated less grey water was received than expected. Initially, it was believed that the discrepancy may have been due to incorrect meters in the shore side facility. As a precaution, the EO conducted rounds on the open decks for any sign of overboard discharges but no visible evidence was identified. It was confirmed that all system valves were indicating the correct position. On 12 May, during a diver's inspection to replace rope guards, the divers were requested to inspect the starboard overboard valve. A metal strip was found trapped inside the valve butterfly and the object appears to have caused the valve to remain in a partially open position despite the valve indicator showing it was closed. The ship side opening was plugged by the divers and the valve was exchanged for a new one. As a result of the valve issue, approximately 40 cubic meters of untreated grey water may have been discharged while alongside in Juneau. The issue did not occur during normal internal grey water transfers as the manual valve was closed and no grey water was discharged inappropriately in other areas. The Alaska Department of Environmental Conservation (ADEC) and U.S. Coast Guard were notified. A non-compliance notification form will be sent once the internal review establishes more information. An extension in the submission of the noncompliance notification to the end of May was requested from ADEC in order to review the event, establish a root cause if possible, and develop any lessons that can be learned. | starboard overboard valves have been replaced in their entirety. | |
| 31. | 06.15.2018* | 05.07.2018 | HA Group | Nieuw Amsterdam | While the ship was arriving into Juneau, AK, treated permeate was being discharged as the ship's speed reduced from 6.2 knots to 2.6 knots. The ship's Authorization to Discharge in line with the Alaska General Permit allows the ship to discharge treated permeate with a mixing zone above six knots. The ship was discharging for nine minutes before the non-compliance was identified, resulting in approximately two cubic meters of treated sewage being discharged while the ship speed was below six knots. A review of the incident revealed that the Environmental Schedule discharge matrix, did not take into account the speed restriction. The Ocean Ranger was informed immediately and the Alaska Department of Environmental Conservation and U.S. Coast Guard were notified via shoreside management. The discharge matrix was amended and all watchkeeping officers were advised. The ship's authorization restrictions were discussed during the voyage planning brief the | The Company will engage with ABG to update ENV-1001-F1 to include that crews should reference their ADEC issued Alaskan Wastewater Discharge Permits for any ship specific special conditions associated with discharge. Consideration is currently being given to standardizing environmental schedules at the HA Group level and that these be developed and approved shore side. Both of these recommendations are expected to be completed by the end of September 2018. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

44

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | following day. Although the specific authorizations were discussed during the monthly EO call in April, a separate call with all group ships that operate in Alaska was held on 11 May, focusing on discussing the incident and explanation of the different authorizations. An investigation into the root cause and review of the VDR is ongoing. Initial outputs show that the Bridge OOW was familiar with the discharge authorization of the ship and informed the ECR to stop discharges when the speed reduction occurred. The investigations team is expected to have their findings completed within two weeks. | | |
| 32. | 06.15.2018* | 05.06.2018 | HA Group | Maasdam | While the ship was en route to Fort Lauderdale, FL and in green manning, the ship discharged permeate until the ship entered the four nautical mile limit of the Bahamas baseline. At this point, the permeate was directed to a dual-use ballast/permeate storage tank. De-ballasting of a dedicated ballast tank was requested by the Bridge and commenced by the ECR until the EOOW realized that by simultaneously de-ballasting and continuing to store permeate, the stored permeate was also being discharged. The treatment plant was immediately stopped and the valve for the ballast/permeate tank was closed. It is estimated that a total of 34 cubic meters of permeate were discharged inside the Bahamian baseline. The ballast water discharged was properly managed and did not constitute a violation of ballast management regulations. Entries were made in the Sewage and Grey Water Log Book. Authorities were notified of the violation of MARPOL Annex IV. The voyage overview brief and the written stability directions were specific to discharging ballast and permeate outside of four nautical miles. A VDR review is still being conducted but conversations indicate that, when it became apparent that deballasting was not going to be completed outside four nautical miles, the Bridge and ECR discussed the options and decided that deballasting was permitted within four nautical miles due to previous deep water exchange. Unfortunately, the system configuration was inappropriate for that option while the plant was operating. The root cause and lessons learned are still being assessed pending completion of the investigation. To prevent recurrence, all watch standing Officers will re-familiarize themselves with the ballast and wastewater treatment systems of the ship and any applicable local, company, and MARPOL regulations related to these types of discharges. | The root cause of the incident was that the Deck and Engineering Officers on watch during the incident did not understand that ballast could not be discharged overboard at the same time Permeate was being directed to tank 1C. As a result, additional training on the arrangements of the ballast system and the AWWPS was provided to Deck and Engineering Officers on June 25, 2018. To better assist the ships, the Technical Department on September 5, 2018, updated the display schematic for the AWWPS and ballast systems to show all system connections. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 33. | 06.15.2018* | 05.04.2018 | HA Group | Caribbean Princess | While the ship was alongside in St Thomas, U.S. Virgin Islands, the EO inspected the galley grease trap system. Approximately 10 liters of plastic wrapping film, gloves, pieces of plastic bags and plastic spoons were removed. Food scraps, wooden toothpicks and coffee grounds were also found. There was no oil film floating on the top surface of the overflow section of the grease trap. Although the grease trap grates stopped the majority of plastic and food waste, it is likely that some waste passed through and was discharged in violation of MARPOL Annex V. To avoid recurrence, additional training needs to be provided to improve crew environmental compliance culture and raise crew awareness of the correct ways of handling galley cleaning activities. | On a monthly basis, crewmembers undergo "Seize the Grease and Plastics" training. | Complete |
| 34. | 06.15.2018* | 05.04.2018 | CCL | Carnival Miracle | Prior to the ship's arrival into Grand Cayman and during the ship's subsequent transit from Grand Cayman to Tampa, FL, a total of 184.5 liters of non-biodegradable lubricating oil leaked from the port podded propulsion motor (PEM). The leak was initially identified when a low level alarm activated on the PEM gravity tank. No oil was lost while the ship was alongside in Grand Cayman. The leak was reported to the U.S. Coast Guard (USCG) and the National Response Coordination Center. On 06 May, while the ship was docked in Tampa, divers inspected the PEM and noted a small amount of oil coming from beneath the PEM rope guard. The PEM manufacturer was consulted and it was recommended that the valve from the gravity tank remain closed. The USCG approved a plan to lubricate the PEM seal every six hours while underway and outside 12 nautical miles from land. The valve is kept closed when inside 12 nautical miles from land. A record of this action is being maintained and the ship's itinerary has been modified to accommodate this requirement. The ship's Classification Society has issued a Condition of Class and the USCG has provided a port state control report of inspection to the ship. The seal will be replaced 27-29 May. The ORB has been updated to account for the violation of MARPOL Annex I. | Service technicians successfully replaced the seals on May 29, 2018. A Lloyds surveyor and the United States Coast Guard inspected and approved the repairs. The port Azipod is fully operational. | Complete |
| 35. | 06.15.2018* | 04.26.2018 | HA Group | Crown Princess | During a routine inspection of the grease trap serving all main galleys, approximately one kilogram of mixed debris (plastic, rags, caps, and straws) was found. The items are believed to have entered the grease trap tank via scuppers and drains in the galley areas. There was no discharge of plastics, however an unquantifiable amount of animal fats and galley grease may have been discharged with the grey water in violation of MARPOL Annex V. A review found | The technical department crewmembers replaced all missing drain strainers. Also, recently embarked galley team crewmembers underwent scuppers training before assuming duties. Additionally, the Environmental Officer explains how the system works during TRG2302 training sessions. Further, galley personnel are recalled on random basis to have environmental training during the course of their contract. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | that some drains were not designed with any filter in front of the scupper pipe. Further, some scupper drain plates and belts were routinely removed to facilitate water drainage during the cleaning of the galley. The screen to the grey water tank was cleaned confirmed to be in good condition. All staff and supervisors from the food and beverage department have been retrained to follow the correct procedures at all times. The technical department is assisting with a check and repair of all the drains in the galleys. | | |
| 36. | 06.15.2018* | 04.25.2018 | CCL | Carnival Dream | During maintenance work, a grey water tank serving the aft galleys was opened and oil was found inside. It is believed that the oil originated from food waste fats, oils and greases and not as result of disposing cooking oil into the drains. The tank had been discharged earlier the same day but the amount of oil found indicated that there had been no significant pollution. The tank was isolated for cleaning. Approximately 14 fluid ounces of oil and sediment from the tank were removed and samples were sent to a shoreside facility for analysis on 29 April. Results which will confirm the nature of any MARPOL violation are pending. The remaining grey water contaminated with oil and sediments was collected in metal drums and offloaded ashore. | The samples sent for analysis were lost in transit. CCL Environmental operations staff tried their best to locate but without any success.  As a preventive measure all galley team members were retrained on proper disposal of cooking oil. | Complete |
| 37. | 06.15.2018* | 04.23.2018 | HA Group | Royal Princess | A routine inspection of a grease trap servicing the main galley found approximately 60 grams of debris including white vinyl gloves and a plastic disposable apron. These items are believed to have entered the grease trap tank via scuppers and drains found in the galley areas. In addition, approximately three liters of oil/grease were also found. The grease trap discharge drain screen, designed to prevent foreign objects entering the grey water tank, was found in good condition. Three other grease traps were inspected. Similar volumes of oil/grease, but no solid materials, were found. There was no discharge of plastics, however an unquantifiable amount of animal fats and galley grease may have been discharged with the grey water in violation of MARPOL Annex V. The EO, Maître d'hôtel and Executive Chef re-trained the galley cleaners. To prevent recurrence, the ship will arrange for more regular and thorough checks of all galley drains, scuppers and grease traps. | On the recommendation of the Environmental Officer, the grease traps will be opened for visual inspection every two to four weeks. | Complete |
| 38. | 06.15.2018* | 05.01.2018 | Costa Group | AIDAluna | While the ship was alongside in Eidfjord, Norway, the EO identified that a chemical not included in the Approved Chemicals List for External Deck Cleaning had been used for the washing of passenger balcony outer surfaces. Local | Updated instructions were provided to all Deck Officers with additional ad-hoc instruction to all other deck crew involved with external cleaning operations. The preventative training sessions focused on the content of | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

47

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | authorities were notified and an entry was made in the Garbage Record Book. An outdated Approved Chemicals List for External Deck Cleaning was found inside the Garbage Record Book and subsequently removed. Updated instructions were provided to all Deck Officers with additional ad-hoc instruction to all other deck crew involved with external cleaning operations. The preventative training sessions focused on the content of the ECP "MUST SEE MESSAGE" related to open deck cleaning, indicating which chemicals are to be used for open deck cleaning and, in case of any doubts, to contact the EO. The ship was still referring to an outdated approved-chemical list due to a failure in on board document control. The content of the ECP "MUST SEE MESSAGE" has been reinforced across the company fleet via an internal communication requesting all outdated Approved Chemical Lists be removed if still present. The CAM understands that this incident was a violation of Company policy. The CAM also understands that this incident may have been a violation of MARPOL and/or local requirements. As noted above, the CAM has requested copies of the notifications to authorities and other relevant information. | the ECP "MUST SEE MESSAGE" related to open deck cleaning, indicating which chemicals are to be used for open deck cleaning and, in case of any doubts to contact the EO. The ship was still referring to an outdated approved-chemical list due to a failure in on board document control. The content of the ECP "MUST SEE MESSAGE" has been reinforced across the company fleet via an internal communication requesting all outdated Approved Chemical Lists be removed if still present. | |
| 39. | 06.15.2018* | 04.26.2018 | CCL | Carnival Miracle | While the ship was anchored in Belize, a discharge of water from the ship's side was reported. The quantity discharged was estimated to be approximately 200 liters. The water was determined to be an overflow from a diesel generator cooling water header tank. The remaining cooling water was transferred to a dirty bilge tank to reduce the level. It was subsequently identified that the header tank filling valve had been left partially open by a crew member, causing it to overflow overboard through a vent. Approximately 22 crew members work in the area of the valve and it was not possible to identify the person responsible for leaving the valve open. A meeting was held and all relevant crew were directed to be more vigilant while on watch. The cooling water header tank high level alarm has been lowered to provide an earlier notification. The Port Authority was notified via the local agent. No further action was required. A sample of the water was collected and sent for analysis. The CAM understands that this incident was a violation of local requirements only. | During a meeting in the ECR, the engineers and oiler on watch received instructions to be more vigilant. Additionally, the M11 Tk high level alarm was lowered to 6 m3 (the M11 total capacity is 15.4m3). | Complete |
| 40. | 07.06.2018* | 05.31.2018 | HA Group | Veendam | While the ship was en route to Quebec, Canada, a Diesel Generator (DG) EGCS system shut down due to a high temperature alarm on the dilution pump Variable | The vessel was able to reset the high temperature alarm and found all equipment operable; no future repairs are | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

48

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | Frequency Drive (VFD). The EOOW commenced a fuel change over from HFO to MGO. The DG was running on non-compliant fuel for approximately 1 hour and 13 minutes in violation of Company policy and ECA regulations. Transport Canada was informed. New VFDs are scheduled to be fitted in the next dry dock (April 2019) as this cannot be safely undertaken in service. | required.  The EGCS is fully operational.  Transport Canada is satisfied that the EGCS is back in operation. | |
| 41. | 07.06.2018* | 04.25.2018 | CCL | Carnival Dream | During maintenance work, a grey water tank was opened and oil was found inside. The oil is believed to have originated from food and is not likely to be as a result of spilling cooking oil into the drains. The amount of oil found indicates that there has been no significant pollution although a violation of MARPOL Annex V is likely. The tank was immediately isolated and cleaned. Approximately one cubic meter of grey water and sediment was collected and subsequently offloaded to a shoreside reception facility. Samples of the sediments and oil were taken and sent to a shoreside facility for analysis but have subsequently gone missing.  Results are pending successful recovery of the lost samples by the vendor. An entry was made in the Garbage Record Book but authorities were not notified.  Training has been conducted with the Galley Team emphasizing the Garbage Management Plan. | The vendor did not recover the samples.  The samples are considered lost. | Complete |
| 42. | 07.06.2018* | 06.01.2018 | CCL | Carnival Sunshine | During a review, the EO noted that the digital recorder for a BCDB is not recording the overboard discharge quantity progressively. The issue is due to an error on the digital recorder counter. A manufacturer's service has been scheduled for 12 June. An entry in the ORB has been recorded. | On June 12, 2018, the service technician replaced the flow meter with a spare that the ship had onboard.  The system is working without further issue. | Complete |
| 43. | 07.06.2018* | 05.24.2018 | HA Group | Zaandam | While the ship was en route to Juneau, AK, routine checks identified damage to the ram seals of the incinerator, rendering it out of service until the spare parts are received. A requisition order has been created and the parts are expected to arrive on board on 01 July. The ship has adequate storage space for dry waste which will be landed ashore every 14 days until the incinerator is fixed. Dry waste landing dates can be increased if necessary. The cause of the damage is still under review. | The crewmembers successfully repaired and tested the incinerator's ram seal on June 6 and June 7, 2018 respectively.  The incinerator is back in normal operation. | Complete |
| 44. | 07.06.2018* | 06.02.2018 | HA Group | Seabourn Encore | While the ship was alongside in Civitavecchia, Italy, the incinerator malfunctioned and became unusable. An initial review revealed a failure of the flue gas fan where the variable frequency drive is showing a short circuit. As the speed of the fan cannot be regulated, the burners do not fire correctly. The manufacturer has been informed to provide further support. Required spare parts were | The crewmembers fitted the new motor upon delivery. After further analysis, the crewmembers changed the phase connections and the motor ran well on 25% power in lieu of 100% power.  It is thought the old motor was not wired correctly from the shipyard. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | scheduled to arrive on 07 June. Storage has been arranged for excess dry waste which can be offloaded as necessary. | | |
| 45. | 07.06.2018* | 06.07.2018 | CCL | Carnival Liberty | While the ship was in Port Canaveral, FL, foam was noted in the water alongside the ship. The EOOW confirmed that all overboard valves were closed and the Housekeeping Manager confirmed no cleaning activity was taking place. An inspection on board identified foam on a lido deck scupper drain, close to a waiter station. The Food Operations Manager confirmed that a dilute 'Apex Power' detergent solution had been drained into the sea by food operation personnel. A meeting and training was conducted with the involved crewmember and the Food Operations Manager was advised to include this topic in orientation training to prevent future recurrence. The incident was reported to the U.S. Coast Guard and the local port agent. No follow-up actions were requested. The violations of company procedure, CLIA policy and VGP requirements were entered in the Garbage Record Book. The incident will be discussed during future Fleet Monthly Environmental Compliance discussions. Preventive training will be included in Galley Crew familiarization and a training package will be developed by to communicate the requirements for wastewater handling and disposal. The package will be developed by 15 June and implemented by 22 June. | The Fleet Monthly Environmental Compliance conference call attendees discussed the incident on June 27, 2018. Fleetwide training was implemented on June 25, 2018. | Complete |
| 46. | 07.06.2018* | 06.03.2018 | CCL | Carnival Dream | While the ship was alongside in New Orleans, LA, the Bridge requested to start discharging ballast water. The EOOW opened an incorrect valve by mistake and approximately 50 cubic meters of treated sewage was discharged over a period of one hour and 12 minutes in violation of company requirements. The EOOW informed the Bridge that the tank was empty and the Bridge realized the situation. No oily sheen was observed. The Port Authority, U.S. Coast Guard (USCG) and National Response Coordination Center were informed. The USCG requested confirmation that the discharge was not raw sewage and copies of the ship's Vessel General Permit and National Pollutant Discharge Elimination System permit. The Port Authority did not respond. The Captain completed a review of the closed-loop communications. ERM and BRM communication procedures were not always followed while on watch. Languages other than English were used. As preventative actions, training with all Bridge and ECR watchkeepers was conducted, the valve interlocking schedule is being revised, valve movements will be additionally monitored by the Bridge | Service technicians completed the valve interlocking revision on June 19, 2018. All officers and engineers on watch at the time of the incident completed additional training at CSMART before December 31, 2018. Additionally, the Technical Operations Director will evaluate whether to realign the automation page layout or limit the display to only show the ballast water tanks or grey/black water tanks when applicable operations are initiated. Limiting the display is expected to eliminate confusion regarding similar tank names. Ultimately, shoreside management decided to rename the tanks and limit the valve interlock controls to the Chief Engineer and Master with password access. Consequently, retraining and other modifications are no longer necessary. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

50

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | watchkeeper once the EOOW confirms the opening/closing of valves and the Engine Cadet has been assigned as an administrator to filter communications to the EOOW during home port days. Additionally, the option of sending all involved officers for ERM/BRM training at CSMART is being considered. As per the current plan, only Panama Flag ships are scheduled to have interlocked valves installed and ballast and grey/black water piping segregated. The Flag Administration requires the segregation process to be completed by August 2018. The option of re-labelling the tank names to clearly identify their use is being evaluated. | | |
| 47. | 07.06.2018* | 05.31.2018 | HA Group | Seabourn Sojourn | On 05 June, the ship received the preliminary results for the underway sampling event actioned on 31 May. The result indicated an elevated Biochemical Oxygen Demand (BOD) of 70 mg/liter, which exceeds the permitted daily maximum for Alaska Stationary of 60mg/liter and will possibly exceed the monthly average of 30 mg/liter as well. Permission to discharge permeate in Alaskan waters was given by shoreside management and the OLCM. The Alaska Department of Environmental Conservation and the U.S. Coast Guard have been notified. A non-compliance notification was submitted to the State of Alaska. The operation of the units is being closely supervised and the manufacturer is assisting with troubleshooting the issue. Before sampling, grease traps, grey water collecting tanks and the mixing tank were cleaned and the de-sludging volume was increased on the two days prior. The ship has taken multiple samples on their own and none of these indicate any issues with the plant. The system manufacturer can find no abnormal issues with the operating parameters provided. The ship's frequency of desludging was increased for a short period of time to lower the BOD counts. The ship was formally re-sampled 9 June and we are awaiting the results of this sample event. | The Company received a Notice of Violation from the Alaska Department of Environmental Conservation (ADEC) regarding the incident. The preliminary results for the June 9th sampling showed the BOD at 4.4mg/l, a reading significantly below the daily maximum (60mg/l) and monthly average (30mg/l). | Complete |
| 48. | 07.06.2018* | 06.06.2018 | CCL | Carnival Miracle | While the ship was approaching Belize and maneuvering in the channel, it listed by approximately 1.5°, causing 45 liters of water to overflow from a forward pool and drain into the sea. The violation of company requirements was reported to the Port Authority. No further action was requested. The current layout of the pool does not permit lowering the pool level. Near term preventative action was to remove the overflows by having the ships conduct a risk assessment based on forecasted weather, traffic, transit conditions prior to arrival. If the assessment reveals | The ship is currently scheduled to undergo permanent repairs during the next dry dock in January 2020. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | a likelihood that an overflow may occur, the potentially impacted facilities must be lowered, and if necessary closed. Long term, the ship is reviewing options to add permanent internal drainage, refilling lines, skim gutters or return lines at the calculated lower level. | | |
| 49. | 07.06.2018* | 06.05.2018 | HA Group | Golden Princess | While the ship was alongside in Juneau, AK and discharging treated grey water through its Advanced Waste Water Treatment System (AWWTS), Admiralty Environmental conducted an unannounced sampling event. The following day, the ship received notification to stop discharging as the fecal coliform result of 130 FC/100ml exceeded the daily limit of 40 FC/100ml. The ship was not discharging at the time of the notification. The ship will be re-sampled on 12 June and will not discharge overboard in Alaskan waters until further notice. The Alaska Department of Environmental Conservation and the U.S. Coast Guard were notified and a non-compliance notification was submitted to the State of Alaska. The technical team is in the process of rectifying the issue with the AWWTS. A membrane suspected to be the source of the non-compliance has been replaced. We are investigating the cause of the membrane failure, and pending the outcome we can recommend adjustments to inspection frequency of the membranes. | On June 19, 2018, the sample result for BOD was 270mg/l while the fecal coliform level was less than 2 FC/100ml. On July 10, 2018, Hamworthy technician, Dr. Wei Chen, reviewed the AWWTS system and found that when a certain cleaning chemical was used to clean the crew and public toilet vacuum lines of scale the ship experienced higher BOD results. Consequently, the ship stopped using the cleaning chemical on June 20, 2018. Additional sampling taken on June 27, 2018, revealed fecal coliform and BOD levels to be within acceptable limits. To prevent future exceedances, the ship is tracking when membranes are replaced so crewmembers can timely schedule cleaning and replacement. | Complete |
| 50. | 07.06.2018* | 06.03.2018 | CCL | Carnival Triumph | An Oily Water Separator (OWS) was started for the monthly operational test. The OWS was in recirculation mode back to the dirty oily bilge tank. The solenoid valve which opens the sample flow to the Oil Content Meter (OCM) and flow switch, remained stuck and the OCM was reading a high ppm value. The OWS was stopped due to low sample water flow caused by the faulty solenoid valve. The OWS was repaired and put back in service on 08 June. The delay was due to troubleshooting suction and delivery lines to the OCM and system components. An entry was made in the Oil Record Book. | The OWS was repaired and put back in service on June 8, 2018. | Complete |
| 51. | 07.06.2018* | 06.09.2018 | CCL | Carnival Victory | During the inspection of a BCDB, it was noticed that the flow switch was indicating flow even though the system was not in use. It was determined that the sample cooler was leaking, allowing cooling water into the sample line. All valves on the cooler were closed and the BCDB was taken out of service. The ship's second BCDB remained in service and there was no operational impact. An entry was made in the Oil Record Book. Spare parts were received on board on 11 June and repairs are scheduled to be completed by 13 June. The cooler is not part of the ECP | The crewmembers repaired the BCDB on June 12, 2018 and put it back into service. The cooler was added to the critical items list. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

52

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | critical item list, but it will be evaluated if this needs to be added. | | |
| 52. | 07.06.2018* | 06.02.2018 | Costa Group | AIDAluna | While the ship was en route to Tromsø, Norway, during a routine periodical inspection it was noted that one bearing of the centrifugal Oily Water Separator (OWS) was seized. The involved OWS was set out of order. The necessary spare parts were ordered and received on board on 07 June. Prior to repair, all bilge water was offloaded to shoreside reception facilities. The bearing found seized is not included in the list of critical spare parts. No unplanned discharge to sea was caused by the malfunction. An entry was made in the Oil Record Book. Preventive actions include ordering and keeping sufficient spares on board. The OWS remains out of order. Additional spares are scheduled to be received by 25 June. The ship's second OWS is available and there is no operational impact. | Preventive actions include ordering and keeping sufficient spares on board. | Complete |
| 53. | 07.06.2018* | 03.17.2018 | CUK | Ventura | During maintenance on the ship's only incinerator in dry dock, it was identified that steelwork in the incinerator chambers is in poor condition and requires replacement. Repairs are scheduled to be completed and the incinerator returned to service by the 09 Apr. Prior to repair, there will be an increase of landed garbage and an additional garbage compactor is being sourced to reduce the volumes held. | Crewmembers installed a new garbage compactor on May 9, 2018. Crewmembers repaired and put the incinerator back into operation on May 14, 2018. | Complete |
| 54. | 07.06.2018* | 07.03.2017 | CCL | Carnival Splendor | 267 kg of refrigerant gas leaked from an air conditioning system due to a faulty flange. The flange was repaired and the system was put back in service. | The flange was repaired and the system was put back in service. | Complete |
| 55. | 07.06.2018* | 07.15.2017 | CCL | Carnival Splendor | Treated black water was discharged within 12NM of the Bahamian coast due to accidentally opening the overboard discharge valve. The valve was closed within 10 minutes. | To address the Bahamas and other coastal states with unique baseline concerns, baselines that were approved as per UNCLOS were inserted into the ENV1001 matrix. | Complete |
| 56. | 07.06.2018* | 09.07.2017 | CCL | Carnival Splendor | While docked in Isla Roatan, Honduras, an oil leak was reported to be coming from a lifeboat. A high pressure hydraulic pipe was found to have failed, spilling oil down the ship's hull. Operation of the affected davit system was halted which immediately stopped the leak. Approximately 0.5 liters of oil was estimated to have been spilled with a small proportion of this volume entering the water. No oil sheen was observed. The Port Authority was notified via the Port Agent and permission was granted to repair the failed pipe prior to departure. The pipe was welded and successfully tested. The davit system and lifeboat were put back in service. A 'G' entry was made in the oil records book. | The pipe was welded and successfully tested. The davit system and lifeboat were put back in service. | Complete |
| 57. | 07.06.2018* | 09.26.2017 | Costa Group | Costa Atlantica | It was identified that several pieces of equipment belonging to the pulper system were not working. The | The Company is obtaining information regarding the status of the food pulper. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

53

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | pulper system cannot be restored while the ship is in service. Food waste is currently being processed manually and offloaded. There is no operational impact although there is a financial impact. An upgrade to the pulper system will be started during the January 2018 drydock and will be complete in March 2018. This incident was reported late due to it initially not being recognized as a reportable issue. The ship identified the omission due to seeing a similar event in an internal Weekly Incident Report. Additional reminders will be issued as part of the adoption of COM-1101. | | |
| 58. | 07.06.2018* | 02.09.2018 | CCL | Carnival Inspiration | The incinerator on the Carnival Inspiration was reported as being out of service on February 9, 2018 when an electrical motor failed in an associated piece of equipment, the garbage shredder. The garbage shredder is part of the incinerator system, and the incinerator does not function when the shredder is inoperative. The ship issued a requisition for a replacement motor, which is not designated as an ECP critical spare, on February 10, 2018. However, the purchase order was not issued for the replacement motor until March 15, 2018—approximately 33 days later. The ship did not receive the replacement motor until June 4, 2018. During the period between approval of the purchase order and receipt of the replacement motor, ship personnel did follow up on the status of the requested part. In addition, ship personnel ordered an additional motor to serve as a spare. After receiving the replacement motor on June 4, 2018 the ship's crew installed the motor and placed the incinerator back in service on June 7, 2018. The CAM understands that the incinerator was inoperative from February 9, 2018 to June 7, 2018. | In addition, ship personnel ordered an additional motor to serve as a spare. After receiving the replacement motor on June 4, 2018 the ship's crew installed the motor and placed the incinerator back in service on June 7, 2018. | Complete |
| 59. | 07.18.2018* | 06.22.2018 | Costa Group | Costa Deliziosa | During bilge discharge operations while the ship was en route to Dubrovnik, Croatia, it was noted that the Oily Water Separator (OWS) Oil Content Meter (OCM) was continuously indicating a minimum value of 19ppm and keeping the bilge system in recirculation mode. The operation was stopped and completed via the ship's second OWS. The following day, the suspect OCM was tested and confirmed to be faulty. The affected OWS was taken out of service pending replacement of the OCM. No undesired discharge to sea was caused by the malfunction. The failure was recorded in the Oil Record Book. An investigation of the root cause is in progress with tests scheduled to be completed by 27 June. The OWS remains | Due to a missing invoice, the shipment of the replacement filter has been delayed. The warehouse is confirming the status of the delivery. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

54

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | out of service. Spare parts are not held on board at present. A replacement filter set will be delivered 22 July. | | |
| 60. | 07.18.2018* | 06.18.2018 | Costa Group | AIDAmar | While the ship was alongside in Tallinn, Estonia, the sludge collecting tank of the centrifugal Oily Water Separator (OWS) was found with heavy corrosion. The suction pipe was affected and broken by this corrosion. The involved OWS was set out of order. Pending repair of the OWS, all bilge water will be offloaded to shoreside reception facilities. The static OWS is functional. The required spare parts are not included in the list of the ECP critical spares. No discharge to sea was caused by the malfunction. The failure of the OWS was recorded on the Oil Record Book. On the ship's present itinerary, sludge/oily water disposal is included in the port fees and these facilities are being utilized when available. A new OWS tank has been ordered and will be delivered in August. The tank will not be included in the critical spare part list because it is a high cost structural component which is challenging to store. Planned maintenance job cards for the OWS will be updated to manage the risk and avoid downtime through early detection and timely corrective action. | The ship received the sludge tank on August 25, 2018 in Warnemünde. Crewmembers repaired the old tank was repaired in collaboration with Riding Team and at the moment an urgent replacement is not necessary. The update of the planned maintenance job cards is pending. | In Progress |
| 61. | 07.18.2018* | 06.17.2018 | CCL | Carnival Fantasy | The display of an Oily Water Separator (OWS) was showing an error message. The EOOW flushed and cleaned the cell however the display was still showing the error. The cell was replaced and the OWS was tested in recirculation mode and found in good condition. The cell has been sent to the vendor for calibration and analysis, ship is waiting for results. The OWS was put back in service after being offline for 40 hours. During the incident, the ship's second OWS remained in service. An Oil Record Book entry was made. | The cell was replaced and the OWS was tested in recirculation mode and found in good condition. The OWS was put back in service after being offline for 40 hours. | Complete |
| 62. | 07.18.2018* | 06.21.2018 | CCL | Carnival Liberty | While the ship was alongside in Canaveral, FL, a fresh water pipe above the deep fat fryer in an open deck restaurant burst and overfilled the fryer. As a result, approximately 15 liters of cooking oil mixed with water spilled overboard via an external scupper drain. The scupper drain was covered to prevent further spill. The MARPOL Annex V violation was reported to the U.S. Coast Guard (USCG), the National Response Coordination Center and the Port Authority. The USCG boarded the ship and found the ship's corrective action plans to be satisfactory. No fines were issued. The failed fresh water pipe was temporarily repaired and subsequently replaced. An entry was made in the Garbage Record Book. | The failed fresh water pipe was temporarily repaired and subsequently replaced. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 63. | 07.18.2018* | 06.19.2018 | HA Group | Star Princess | While the ship was alongside in Skagway, AK, the ship received the results of the treated sewage overboard discharge sample taken by Admiralty Environmental in Skagway on 13 June, as required by the sampling program dictated by the state of Alaska and USCG. The results showed a high Biochemical Oxygen Demand (BOD) value of 210mg/L, where the limit stipulated on the ship's Alaskan Discharge Permit is 60mg/L. The ship had already stopped discharging prior to entering Skagway and the ship had ceased all overboard discharges of treated sewage until another waste stream sample was taken and analyzed. Admiralty Environmental attended the ship on 20 June to collect another sample. Results of this testing showed the BOD within limits and the ship has since resumed discharges. There was no operational impact to the ship. The Alaska Department for Environmental Conservation and the U.S. Coast Guard were informed. | The ship had already stopped discharging prior to entering Skagway and the ship had ceased all overboard discharges of treated sewage until another waste stream sample was taken and analyzed. Admiralty Environmental attended the ship on June 20, 2018 to collect another sample. Results of this testing showed the BOD within limits and the ship has since resumed discharges. | Complete |
| 64. | 07.18.2018* | 06.18.2018 | HA Group | Ruby Princess | On 18 June, the ship suspended all Marine Bio-Reactor (MBR) discharges because a permeate sample collected on 12 June in Skagway, AK, measured 190 mg/l, exceeding the maximum allowed Biochemical Oxygen Demand (BOD) of 60 mg/l daily max. This result is a violation of the Alaska water discharge permit and company policy and procedure. Sampling was carried out as per the protocols and testing frequency of the State of Alaska and USCG for this type of discharge, and the samples were taken while actively discharging, which is a requirement of the testing regime. Sampling is required to be performed by an outside agency. It takes five to six days for the test samples to be analyzed. The ship sanitized the system twice and retook samples on 19 June to check if the results have improved. Preliminary results show no issues with the plant at this time. Results of the tests should be available no later than the morning of June 27. An MBR technician boarded the ship on 21 June to assist the ship with troubleshooting. No apparent issues were found by the technician. There is no impact to the ship operations. The Alaska Department for Environmental Conservation and the U.S. Coast Guard were informed. | The ship took quick action in suspending waste water discharges after receiving the results of the June 12, 2018 sampling. The cleaning and sanitizing of the system was directed at improving flow and aeration of the bioreactors. Samples taken on June 21, 22, and 23, were far below the daily maximum allowed (<2,mg/l, 6.7mg/l and <2mg/l). The ship restarted discharging permeate on June 27, 2018. | Complete |
| 65. | 07.18.2018* | 06.17.2018 | CCL | Carnival Breeze | During provision loading while the ship was alongside in Galveston, TX, a cooking oil container was punctured by the ship's forklift operator due to negligence. Approximately 15 liters of oil spilled into the sea in violation of MARPOL Annex V. The resulting sheen dissipated quickly. The area was thoroughly cleaned, dried and made operational. The MARPOL Annex V violation | The area was thoroughly cleaned, dried, and made operational.  As a preventive action, refresher training was conducted with the concerned forklift operators and the operation will receive increased monitoring by a supervisor level team member. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

56

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | was reported to the Port Authority via the local agent and a Garbage Record Book entry was completed. As a preventive action, refresher training was conducted with the concerned forklift operators and the operation will receive increased monitoring by a supervisor level team member. A Notice of Violation will be issued to the Director of Compliance. | | |
| 66. | 07.18.2018* | 06.14.2018 | HA Group | Noordam | As the ship was departing from Juneau, AK, the emergency drain valve of the forward hydro pool was found open, causing a discharge of approximately one cubic meter of recreational water overboard. The EOOW immediately closed the valve. Automation system records showed the valve had been open for 41 seconds. Review by the automation manufacturer's technician showed that it is not possible to determine from which workstation in the Engine Room the open command was given, nor who had done it. Considering these facts it was not possible to determine the root cause. To prevent recurrence, it was researched whether the remote units within the technical spaces could be made read only. This is possible, however at this time, Senior Technical Management decided to not remove control from these stations due to the serious potential consequences and lack of control on other systems during emergencies. Senior Technical Management is looking to the possibility to create access control levels for the engine room workstations as well as other options to prevent a similar incident from occurring. The Environmental Protection Agency (EPA) was notified of the incident. A Corrective Action Assessment has been submitted and accepted by the EPA. | Senior Technical Management has decided not to make any changes at this time given the fact that if access is removed, the senior watch keeper in the engine room will not be able to control equipment in the event of an emergency. | Complete |
| 67. | 07.18.2018* | 06.11.2018 | CUK | Queen Elizabeth | While the ship was alongside in Southampton, UK, hull cleaning was being conducted by a company appointed contractor using a remotely operated cleaning machine. Red paint residue was noted on the water surface between the ship and the fenders. The operation was suspended and stopped by the contractor. Investigations are ongoing into the possibility that the hull paint was inadequate for the ship causing a red paint residue in the wash water. Supervision during the hull cleaning was adequate and the task was immediately stopped when the residues were noticed. The Port Authority was notified of the MARPOL Annex V violation via the local agent. The ship has had no further communication from the Port Authority. A GRB entry was not made as the wash water were discharged from a shore collecting facility. | A review of the painting materials concluded that the water discoloration comes from a natural process in the self-polishing paint. In certain conditions a build-up can occur and come off as "foam" or leach layer. Water sample results show the water condition has returned to normal levels. The vendor ECOsubsea will use a filter to prevent any leach layers from occurring in the future. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 68. | 07.18.2018* | 06.16.2018 | CCL | Carnival Triumph | While the ship was en route to Cozumel, Mexico and inside 12 nautical miles of the Mexican coast, approximately 15 cubic meters of pool water was lost overboard in violation of Mexican requirements. Due to the ship's movement in rough weather, the aft pool, which was at the lower skimmer level, was overflowing to the side drains leading to the compensation tank but the water did not return back to the pool as the recirculation pump pneumatic delivery valve had malfunctioned. The pool compensation tank became full and water overflowed via the overboard line.  The faulty valve was repaired and the system put back in service the same day.  The Port Authority was notified of the incident via the local agent and an entry was made in the NAPA e-log.  A notice was issued to the company fleet. | The faulty valve was repaired and the system put back in service the same day.  A notice was issued to the company fleet. | Complete |
| 69. | 07.18.2018* | 06.13.2018 | HA Group | Grand Princess | While the ship was en route to San Francisco, CA, three EGCS units were started while the ship was still sailing inside Olympic Coast National Marine Sanctuary waters. At the beginning of the EOOW watch, the EOOW consulted with the Bridge in order to receive an overview of what environmental activities would be occurring during his four hour watch. The Bridge informed him that at approximately 21:15, the ship would be outside the Marine Park. The EOOW needed information to ensure the EGCS Engineer was contacted in time to turn on the EGCS system for the respective Diesel Generators (DG). The EGCS Engineer was notified and, once the EGCS engineer arrived in ECR, he went straight away in turning on the EGCS system without confirming with the EOOW that the ship was indeed outside the Marine Sanctuary. One EGCS unit was started at 20:57 and two further units were started at 21:00 in violation of company requirements and National Marine Sanctuary Program Regulations. The EOOW noticed that the EGCS units had been started and instructed the EGCS Engineer to turn them off. All three units were shut down at 21:06. During the incident, the ship had three DGs running on MGO. The ship exited the Marine Park boundary at 21:23 and started up EGCS units within compliance shortly after. The U.S. Coast Guard (USCG) and National Oceanic and Atmospheric Administration (NOAA) were informed. The USCG advised that no further actions were required. A response has not been received from NOAA. The root cause of the incident was a lack of concentration, proper understanding of the environmental aspects and proper coordination. A meeting was conducted correct the matter | A meeting was held by the Chief Engineer together with the First Engineer, EGCS Engineer, the respective EOOW and the Captain.  They discussed the event in order to understand the root cause was lack of coordination and communications.  From that meeting, it was understood by the EGCS Engineer to start the EGCS 15 min before switching over to IFO (entering North America ECA). The EGCS engineer has been instructed to report to the EOOW prior to starting any machinery. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | and prevent recurrences through improved communications and coordination as well as ensuring the EGCS engineer reports to the EOOW prior to starting any machinery. The ship is practicing closed loop communications. Training has been held to discuss all National Park boundaries that the ship will be crossing during the current Alaska Season and the required environmental actions to be taken have been explained. The lessons learned from this incident will be shared with the other company ships and training will be held to ensure proper coordination, knowledge of environmental aspects and attention to detail. This will sent out to the ships no later than 22 June with expected completion 29 June. | | |
| 70. | 07.18.2018* | 06.12.2018 | CCL | Carnival Liberty | While the ship was anchored in Princess Cay, water was noted to be discharging overboard from a scupper drain. It was determined that the main pool shower drains, which for this class of ship are inside the pool containment, were connected with the scupper drain. To facilitate the tender operations which were in progress, the ship was listed and this had caused an un-quantified volume of pool shower drain water to be discharged overboard. Pertinent authorities were informed about the incident. As a corrective action, shoreside management advised the ship to lower the water level of the pool to skimmer level while still maintaining recirculation in accordance with the USPH standard. As preventive actions, a plan for higher containment around the shower area and redirection of the drains to the grey water system should be developed within a week. The need to address this issue across the class fleet is being evaluated. | As a corrective action, shoreside management advised the ship to lower the water level of the pool to skimmer level while still maintaining recirculation in accordance with the USPH standard. As preventive actions, a plan for higher containment around the shower area and redirection of the drains to the grey water system should be developed within a week. The need to address this issue across the class fleet is being evaluated.  The containment area around the shower is currently under construction.  The fleetwide repiping project is under evaluation. | In Progress |
| 71. | 07.18.2018* | 05.15.2018 | CCL | Carnival Pride | On 12 June, the ship reported that a non-approved chemical (Teak One Step) had been used for occasional deck washing since 15 May. Record book entries confirmed the chemical had been used. The issue had not been noted or discussed during the EO's last handover period from 30 May to 06 June. The chemical was used outside 12 nautical mile from land on all occasions. The Staff Captain reported that the EO had stated that Teak One Step could still be used while waiting for a replacement product to be received and until consumed. This statement is yet to be verified. It has been confirmed that the ship is now compliant with the list of approved chemicals. Refresher training has been completed with watchkeeping officers and deck maintenance personnel. The housekeeping team have also been retrained. The ship | The Company created a list of approved chemicals to be used.  All non-approved chemicals have been offloaded. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | is in the process of conducting an inventory to offload Teak One Step and other expired/unused chemicals. During this week's Monthly Environmental Conference Calls, the fleetwide notice (issued 08 May) listing approved chemicals will be reiterated. All ships will be requested to offload all chemicals onboard that are not included in the approved list. | | |
| 72. | 08.09.2018* | 06.26.2018 | HA Group | Star Princess | A vibration issue was discovered in the motor of the centrifugal Oily Water Separator (OWS). The initial review revealed that the vibration issues were caused by a bent shaft. A replacement electric motor was ordered and delivery is expected on board by the end of July. No spares were on board as this part is not on the critical spares list. The delivery lead time for the part is four weeks, therefore the operating line is investigating if a suitable part is available on another ship. Bilge water treatment and discharge is still possible via the static OWS. | The crewmembers received and installed the replacement electric motor.  The Centrifugal Oily Water Separator is back in service. | Complete |
| 73. | 08.09.2018* | 06.25.2018 | CUK | Queen Mary 2 | While the ship was underway, the aft centrifugal Oily Water Separator (OWS) was taken out of operation due to a drive belt failure. The drive belt was replaced with an available spare and was put back in operation on 27 June. Operations were not impacted and the forward OWS remained operational throughout. An entry was made in the Oil Record Book. All scheduled maintenance for the COWS was carried out in accordance with periodic work orders and was recorded. | The drive belt was replaced with an available spare and was put back in operation on 27 June. Operations were not impacted and the forward OWS remained operational throughout. All scheduled maintenance for the COWS was carried out in accordance with periodic work orders and was recorded. | Complete |
| 74. | 08.09.2018* | 06.24.2018 | CCL | Carnival Liberty | The monthly test of an Oily Water Separator (OWS) revealed that there was low system pressure. The ship has placed the OWS out of service and is working to solve the issue. The low pressure is suspected to be caused by a dirty Oil Content Monitor (OCM) and three-way valve. Both will be inspected and cleaned. An entry was recorded in the Oil Record Book and on the PMS system. There was no operational impact as the second OWS was fully operational. The ship has requested a technician to come onboard in order to resolve the issue. | The OWS was completely repaired and returned to service on July 22, 2018. | Complete |
| 75. | 08.09.2018* | 07.05.2018 | HA Group | Golden Princess | During the ship's stay in Juneau, Alaska, the opacity meters failed when the power was switched between substations. The ship has not been able to repair these units prior to the scheduled call in Glacier Bay. It is a violation of the operating line 'Glacier Bay Permit' to have opacity meters installed but not in use while in the park. Stack cameras were in use and fully functional. The opacity meters were recently installed during drydock and are upgraded from the previous model. The ship is | On July 14, 2018, the Service Technician fixed the issues, and all opacity meters are operating normally. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | working remotely with the manufacturer to resolve the fault and has requested the attendance of a technician to the ship if necessary. The Alaska Department of Environmental Conservation and Glacier Bay officials were informed, and an entry was made in the NAPA eLog. | | |
| 76. | 08.09.2018* | 07.03.2018 | Costa Group | Costa Luminosa | One of the food waste systems onboard was put out of service as forks and knives were being put into the system causing damage and blockage to the pump. The ship's other food waste system was also out of service therefore the ship could not comminute and discharge food waste at sea until both food waste system pumps were repaired on 06 Jul. As a preventive measure, extra training will be provided on the correct use of the pulper system for all crew members operating the system. Following the training, this will be reviewed for effectiveness. | Given the system is operating properly and there have been no further sorting issues. Current training procedures are effective. | Complete |
| 77. | 08.09.2018* | 06.24.2018 | CCL | Carnival Magic | While the ship was underway, a crewmember started to clean the EGCS system. One EGCS was cleaned with no issue but after a few seconds of cleaning the second EGCS, the process was stopped because a high water level alarm was triggered in the tower. Initially, it was suspected that the sensor was not working properly and was giving a wrong indication. Further investigation revealed that the alarm was functioning properly. After the investigation no obstruction was found in the mixer that triggered the high water level alarm in the tower. The EGCS is out of service and a service technician has been requested. An entry in the PMS is pending. | The crewmembers removed, cleaned and tested the sensor again. Additionally, they reduced the percentage load of the main pump tested it again with positive results. The EGCS is back in service without further issues. The crewmembers concluded that the quantity of water in the tower during the cleaning mode was too much. Consequently, the water lever has been reduced to seventy percent. | Complete |
| 78. | 08.09.2018* | 07.01.2018 | CUK | Queen Mary 2 | While the ship was alongside at Brooklyn Cruise Terminal, NY, the Technical Stores Manager reported that water was overflowing into the harbor from one of the ship's side vents. It was determined that the overflow of less than one cubic meter of chlorinated fresh water had come from one of the passenger pools. The overflow occurred because there was a blackout on the ship which stopped the pool water circulating pump, causing drainage of water from the deck into the buffer tank, which subsequently overflowed through the tank vent line. The incident was a violation of company regulations and a VGP violation and has been reported as such to the regional EPA office who have currently not replied to the report. It was also reported to the port authority via the agent on the day and required no corrective actions. An investigation was conducted and determined that the incident was a result of the pool circulation system design which lacks any non return or failsafe/closed valves. In the event of power failures, gravity causes water from the | The crewmembers identified alternative self-closing valves that could address the design deficiency in the pool water system. Valmarine technicians attended the ships and confirmed that the valves can be installed as proposed on the existing channels. Ship services engineer is reviewing available valves to determine the best appropriate type for the proposed installation. The work order is expected to be submitted by mid-September 2018. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | other deck level pools to drain back to the pool buffer tanks and overflow out via the tank vent lines. The ship has made local alterations to the software controlling the system to prevent similar overflows when the pool circulation pumps trip out in service, however these changes do not solve the problem in full power loss conditions because valve closure is power actuated. The port agent was informed and was tasked to notify the port authority as required. The ship has been advised that a thorough review of the ECS is scheduled at the end of August. The onboard team are still investigating both short term mitigation and long term preventive solutions. The manufacturer will be on board in Aug 2018 to investigate what is required to change the system. Also recorded as a Full Blackout. | | |
| 79. | 08.09.2018* | 06.27.2018 | HA Group | Emerald Princess | While the ship was alongside in Juneau, AK and discharging treated grey water through the AWPS, an unannounced sampling event was conducted by Admiralty Environmental. This identified a pH level of 2.93, which was outside of the range of pH 6.0-9.0 as per local regulations. The pH levels were brought back within normal range within 20 minutes. The cause of the temporary low reading is still under review. At the time of the sampling, the on board sensors were all showing pH levels within normal range. The Alaska Department of Environmental Conservation and the U.S Coast Guard were notified, no action was requested by either entity. A non-compliance notification was submitted to the State of Alaska. The incident will be recorded as a non-compliant event in the monthly discharge monitoring report. | Follow up internal samples taken after the event showed pH levels within acceptable limits. Further review could not determine the cause of the temporary fluctuation. | Complete |
| 80. | 08.09.2018* | 07.03.2018 | CUK | Queen Mary 2 | While the ship was alongside in St John New Brunswick, Canada, the ship suffered a blackout during which the EO noticed water pouring from a tank vent. The overflow was determined to be approximately two cubic meters of chlorinated pool water from passenger pools which was stopped by restoring main power. The valves and pump for pool recirculation had failed as a consequence of the blackout, which allowed the circulation pool water to drain down into the pool buffer tank and overflow through the open vent lines. The discharge of water was in violation of Company regulations. The port agent was instructed to notify the port authority on behalf of the ship. Without a system design alteration spills of this type will occur following every blackout. The CAM understands this incident was a violation of Company requirements only. | The crewmembers identified alternative self-closing valves that could address the design deficiency in the pool water system.  Valmarine technicians attended the ships and confirmed that the valves can be installed as proposed on the existing channels. Ship services engineer is reviewing available valves to determine the best appropriate type for the proposed installation.  The work order is expected to be submitted by mid-September 2, 2018. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 81. | 08.09.2018* | 07.03.2018 | HA Group | Royal Princess | When alongside in Dublin, Ireland, the Officer of the Watch noticed that an update was made to ENV-1001-A1 Worldwide Environmental Standards during the night and, according to the update, the discharge of EGCS washwater was not allowed within a specific area of Dublin Bay. The ship's crew had insufficient time to read and apply the changes prior to the ship's arrival in the restricted area. Washwater from the EGCS was discharged via filtration for 188 minutes in a non permitted area. As a corrective measure, the EGCS was stopped and MGO was started on another diesel generator. The port agent and port authorities were informed and the violation of local regulations was entered in the EGCS Record Book. As a preventative action, the operating line engaged with the MP&A department and requested them to communicate the upcoming 'Environmental matrix' changes before they are published so the company is aware and ships can be notified as soon as possible to prevent improper discharges. The CAM understands this incident was a violation of local requirements only. | To prevent confusion and highlight changes to ENV 1101, Carnival Corporation sends out an email to all operating lines explaining when the updated environmental matrix will be posted and provides details on what has changed. The Operating Lines then forward this email to the Environmental Officers and relevant officers on all their ships. As a result, the ship's officers will know what environmental discharges have changed before they are required to be implemented. | Complete |
| 82. | 08.09.2018* | 06.26.2018 | CCL | Carnival Paradise | While the ship was alongside in Cozumel, Mexico, ten liters of water from the water park overflowed onto the deck and drained directly overboard via the scupper drains. The spill was caused because the ship was listing 0.5 degrees to the port side to keep a safe angle for the gangway and the water park drains became overwhelmed. Furthermore, the housekeeping team did not apply effective cleaning methods and were removing water with squeegees toward the overboard drain. To prevent further spillage, the ship's list was corrected and the water park was closed and cleared of excess water. The chlorine and pH content of the water was examined and found to be normal. The technical department inspected all drains which were all found to be in order. No issues were found with the movement of water into the drains when assessed during normal operation at sea. An entry was made in the Deck Log Book and authorities were notified. Pool attendants were advised to shut down the water park in the event of similar events. Housekeeping crewmembers that are responsible for the deck and pools have been directed to use wet vacuums or absorbents to recover pool water. Modifications to both onboard drain/return lines as well as operational procedures have been completed. Planning is underway on other operating line ships with modifications being done in service, but others will need to be completed in drydock. In the interim, the ships have been issued a | Environmental Managers together with the Hotel Superintendent, visited at least one ship from each class he visits took place on July 21 and 22, 2018 to evaluate the need and benefit of Recreational Water Facility system modifications. Proposed modifications will be considered fleet wide as applicable. The proposed fleetwide repiping modifications are under evaluation. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

63

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | reminder to apply the requirements from an earlier ECN (related to risk assessments) to all potential risks from listing, including from intentional listing while alongside or anchored. The ship-specific actions taken to avoid this issue are being confirmed. The CAM understands this incident was a violation of Mexican requirements only. | | |
| 83. | 08.09.2018* | 07.18.2018 | CCL | Carnival Triumph | The scrubber system on the Carnival Triumph has been out of service since July 18, 2018 when the Scrubber System Compliance Computer became inoperative. The ship issued a requisition for a new compliance computer, which is not designated as an ECP critical spare, on July 19, 2018. Shoreside management approved the requisition on July 25, 2018. The ship is operating on low sulfur marine gas oil while inside the North American Emission Control Area while awaiting the arrival and installation of a new compliance computer. | The ship is operating on low sulfur marine gas oil while inside the North American Emission Control Area while awaiting the arrival and installation of a new compliance computer. | In Progress |
| 84. | 08.22.2018* | 07.16.2018 | CCL | Carnival Elation | The starboard BCDB is not displaying the discharged quantity of bilge water. A technician will come onboard to service the BCDB. The BCDB has been placed out of service. The second BCDB is operational. Pending cabin availability, a technician is planning on boarding the ship on 28 July. | The TMS technician corrected the fault, verified all operational settings, and returned the BCDB to service. | Complete |
| 85. | 08.22.2018* | 07.04.2018 | CCL | Carnival Sensation | The Oily Water Separator (OWS) was dismantled according to the instruction manual in order to fix a continuous alarm signal. Once reassembled, issues were still present, so it was dismantled again and two parts (the discharge pipe and pairing disc) were found to be defective. These two parts, which are not considered critical spares, were either defective upon arrival, or something went wrong during reassembly. The OWS was placed out of service and the defective parts were put under reorder and are expected to be onboard 21 July. An entry was made in the Oil Record Book. The ship's second OWS remains operational. | The ship received the necessary parts and the crewmembers put the OWS back into service. | Complete |
| 86. | 08.22.2018* | 07.13.2018 | CCL | Carnival Fantasy | A leak was observed on the bottom side of the aeration compartment of one of the onboard Marine Sanitation Devices (MSD). The Chief Engineer immediately instructed that the MSD be taken out of service pending cleaning and repair. The leak was caused by corrosion of the bottom part of the aeration compartment. This did not have an operational impact on the ship because the ship's other two MSDs are operational. Additionally, some of the leaked effluent went into the bilge and was processed as such, but had no negative impact on the bilge operations. The MSD remains out of operation and is currently in the process of being cleaned. Ddue [sic] to the difficulty of | The MSD tank was prepared for hot work (cropping and renewal), by removing (cleaning) all the paint and residuals from the steel after the black water sediment removal. The work will be complete by the end of October. After the steel renovation the MSD will be re-coated. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | cleaning the tank, it is projected for this to be completed within the next six/eight weeks. [sic] Also recorded as a Leak and Overflow into the Bilge. | | |
| 87. | 08.22.2018* | 07.13.2018 | CCL | Carnival Glory | A failure of the chain conveyor of the incinerator was reported. The broken chain was likely due to age. The incinerator has been placed out of service and a repair has been organized. Repair is currently in progress and is projected to be completed by 21 July. | After successful repairs, the incinerator was put back into service on July 20, 2018. | Complete |
| 88. | 08.22.2018* | 07.09.2018 | HA Group | Seabourn Encore | The ship's can crusher installed in the garbage room is inoperable because a support plate is bent and the welds holding the support plate in place are cracked. An internal review revealed this equipment failure was caused by flawed design. No aluminum or steel cans can be compacted. A Guarantee Failure Report has been submitted to the shipyard to rectify the issue. Awaiting corrective action from shipyard side pending resolution. This item is on the high priority list. Extra offloads can be expected but the cost will be billed back to the shipyard. | The ship made repairs to the support plate and returned the can compactor to full service on July 13, 2018. The company is still working with the shipyard to resolve GFR M306-1231 to provide a new can compactor or a better designed support plate for the hydraulic cylinder. A new compactor will be constructed onboard the ship. The construction is expected to be completed before the end of October. | In Progress |
| 89. | 08.22.2018* | 07.01.2018 | HA Group | Koningsdam | While the ship was en route to Amsterdam, Netherlands, an EGCS system tripped due to an all sensors failure. The corresponding Diesel Generator (DG) was stopped. An internal review revealed that an electrical failure of the sensors was caused by water ingress into the sensor box. The manufacturer has been engaged for remote service and spare parts delivery. The affected DG will be run on MGO until the issue is resolved. Service and repairs pend as the required parts are not arriving until September. The shoreside technical team is working with supply chain to improve the lead time. Log entries were made in the EGCS log. | The spare parts arrived onboard the ship in early August. The crewmembers are currently in the process of installing the sensors. The expected completion date for the installation is September 16, 2018. | In Progress |
| 90. | 08.22.2018* | 06.29.2018 | HA Group | Zuiderdam | While the ship was alongside in Tallinn, Estonia, the incinerator malfunctioned and could no longer be used. An initial review of the failure revealed that the distribution ram was in bad condition and could not be repaired by onboard personnel. The ram was damaged by excessive contact with the guidance rail, causing the rail to crack, the ram to bend and causing damage to most of the rollers. Repairs are scheduled and outside service has also been arranged. This is the ship's only incinerator so dry waste will need to be landed ashore. Due to lead time of material, the ram has not been repaired. Estimated time of arrival onboard is 31 July with expected completion of repairs by 14 August. | The IMS welder is currently onboard and waiting for additional materials to be delivered to the ship to complete the repair. The delivery of materials expected to be delivered to the ship on September 13, 2018. The ship's technical team expects the system will be operational about a week after the parts arrive. The team made a of a majority of the repairs with the materials that the ship has received to date. | In Progress |
| 91. | 08.22.2018* | 07.16.2018 | CCL | Carnival Horizon | While the ship was departing from San Juan, but still inside VGP waters, it was reported that the main pool, overflowed and the water reached the port side scupper | Deck and Engine Officers received instructions to promptly report any expected list exceeding limits while in port or while sailing in environmental restricted waters. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | drains, which lead directly overboard. Approximately 100 liters of pool water with a chlorine content of 1.4ppm discharged into the sea in violation of the EPA VGP. A risk assessment was conducted one day prior to arrival in San Juan, however no adverse weather or difficult manoeuvring [sic] conditions were anticipated to introduce a reasonable likelihood that the ship will list to the degree that water could overflow from the pools at beach level. At the time the pool was in recirculation mode. The overflow occurred because the ship listed 1.8 degrees to port side due to strong unexpected winds of 30 knots concurrent with a sharp starboard turn. As the rate of the turn was not considered excessive, the pilot's order was not questioned. The ship's speed is not considered to be a contributing factor. As a corrective measure, crew members proceeded to sweep the water into the drains located around the pool connected to the grey water system. The USCG was informed, and they were directed to call the NRC. No further pool overflow is anticipated based on a review of anticipated upcoming weather and manoeuvring [sic] conditions, and there is a decreased likelihood that the ship will list to a degree that would cause overflow. As future preventive action, despite of any weather condition, Ship's Command decided to lower all the pools to the skimmer level, prior to entering any restricted area. Napa log entry was made. The ship conducted their risk assessment but did not believe that they would experience such a severe list and thus kept the Recreational Water Facilities (RWF) at the beach level. The ship will begin lowering the RWFs that can be lowered when operating within restricted waters regardless of what the risk assessment says. An operating line RWF survey program is ongoing. The survey is intended to address all structural vulnerabilities which should aid in removing the exposures for the behavioural ones. These modifications will include, but may not be limited to: re-routing associated drains to grey water, installing permanent lines to refill RWFs with fresh water for topping off, increasing the return line capacity, installing additional containment structures etc. The operating line aim to have all ship classes surveyed by the end of the month, with a corrective action plan soon to follow. | Limits are included in the Environmental schedules and discussed during the voyage overviews. | |
| 92. | 08.22.2018* | 07.14.2018 | HA Group | Island Princess | During an external sample event, it was discovered that the total chlorine parameter was above the 0.1mg/L, limit stipulated on the ship's Alaskan Discharge Permit (0.12 | The field test results confirm the chlorine was within limits.  The test results from August 11-12, 2018 showed | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

66

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | mg/L). The external sample was not overridden and the incident was reported to the Alaska Department of Environmental Conservation and the USCG as a noncompliance notification was submitted. To troubleshoot the system and determine if a technical intervention was warranted, a series of internal tests were conducted and all results showed less than 0.1mg/L total chlorine. It was agreed with the Environmental Department shoreside that because the parameters are within acceptable limits, that the ship could continue normal operations and discharges . The ship's technical personnel monitored the total chlorine parameter of the marine bio-reactor over the next 48 hours and all samples were all within limits (between 0.02 and 0.07 mg/L). The next scheduled sampling will be on 11-12 August. | the Chlorine level was less than 0.1mg/L, which means it was not detectable. | |
| 93. | 08.22.2018* | 07.13.2018 | HA Group | Volendam | While the ship was alongside in Juneau, AK, a permeate sampling was performed, which revealed an elevated chlorine limit of 0.12mg/l, in excess of the required <0.1mg/l. The ship immediately performed a further three sample tests, which all were below the required limit. These samples were done to see if there is an issue with the AWWTS or it was just a fluctuation which can sometimes happen with parameters such as pH or Chlorine. The ship continues discharges into Alaska waters based on those compliant results; the cause of the outlier sample is unknown. This violation of the Alaska Wastewater Permit and the federal requirement for maximum chlorine content was reported to the Alaska Department of Environmental Conservation and the U.S. Coast Guard. This incident was also included in the ship's July Discharge Monitoring Report. | The ship immediately performed a further three sample tests, which all were below the required limit. These samples were done to see if there is an issue with the AWWTS or it was just a fluctuation which can sometimes happen with parameters such as pH or Chlorine. The ship continues discharges into Alaska waters based on those compliant results; the cause of the outlier sample is unknown. | Complete |
| 94. | 08.22.2018* | 07.08.2018 | HA Group | Oosterdam | While the ship was en route to Kotor, Montenegro, approximately 98 cubic meters of untreated sewage were discharged into Albanian territorial water because the incorrect valve was opened by the EOOW. This MARPOL Annex IV violation was caused because the EOOW was under a heavy workload and time pressure and accidentally opened the untreated sewage valve instead of the grey water suction valve. The sewage and grey water valves are positioned next to each other on the operator computer screen. The port agent was informed. A level three investigation by a Fleet Chief Engineer is currently underway and is expected to be completed within the next two weeks. The investigation will look at human factors as well as procedural execution, supervision and systems layout. | The Fleet Chief Engineer did not conduct an investigation. The shoreside investigations team reviewed the incident and generated a report that is currently under review by the Chief Engineer. The finalized report and action items are expected to be completed before the end of September. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 95. | 08.22.2018* | 07.07.2018 | CCL | Carnival Horizon | While the ship was alongside in the port of San Juan, Puerto Rico, housekeeping personnel used approximately 100 milliliters (three fluid ounces) of a non-Company-approved chemical to wash the drain channel on an open deck pool area. The chemical is approved for other purposes onboard but, in this case, was improperly used for deck washing. No authorization was provided by the OOW to commence this washing and it was not a planned cleaning operation. The water mixed with the unapproved chemical drained directly overboard. The crewmembers who used the unapproved chemical admitted to being aware that the chemical was not allowed for open deck cleaning and that no washing should commence without authorization from the Bridge. Training was conducted on 08 July and 15 July. Disciplinary action was not taken. This MARPOL Annex V violation was reported to port authorities via the ship's agent and was recorded in the Garbage Record Book. The U.S. Coast Guard was also informed and they subsequently issued a Notice of Federal Interest. A National Response Coordination Center (NRCC) report was filed, as requested by the NRCC Prevention Duty Officer. As a preventative measure, a meeting with Housekeeping and Hotel Management took place to review proper chemical open deck procedures. Chemicals have been segregated [sic] and secured to avoid future potential mistakes. Additionally, the OLCM has sent a fleet wide email notification on 07 July sharing lessons learned, while the Environmental Managers have contacted Staff Captains across the fleet to follow up on the OLCM's email. | Training was conducted on July 8 and 15, 2018. Disciplinary action was not taken. This MARPOL Annex V violation was reported to port authorities via the ship's agent and was recorded in the Garbage Record Book. The U.S. Coast Guard was also informed and they subsequently issued a Notice of Federal Interest. A National Response Coordination Center (NRCC) report was filed, as requested by the NRCC Prevention Duty Officer. As a preventative measure, a meeting with Housekeeping and Hotel Management took place to review proper chemical open deck procedures. Chemicals have been segregated and secured to avoid future potential mistakes. Additionally, the OLCM has sent a fleet wide email notification on July 7, 2018 sharing lessons learned, while the Environmental Managers have contacted Staff Captains across the fleet to follow up on the OLCM's email. | Complete |
| 96. | 08.22.2018* | 07.19.2018 | CCL | Carnival Triumph | While the ship was underway from Cozumel to Progresso, and the ship was inside 12 nautical miles of Mexican water, whirlpools overflowed (whirlpools level cannot be lowered) due to ship listing three degree to starboard side. The ship list occurred when the ship took evasive maneuvers to avoid a small fishing vessel that had not followed customary marine practices. There were multiple small fishing boats along the intended track/channel being tracked on radar and visually. Several were a few degrees off both the port and starboard bow. One boat began a maneuver to attempt to cross ahead of the ship. The ship reduced speed, however the boat turned again. Approximately one cubic meters from two whirlpool from deck nine and one whirlpool from deck ten went overboard. The EO along with Housekeeping Manager inspected the pool area and found no pool water had | Deck and Engine Officers received instructions to promptly report any expected list exceeding limits while in port or while sailing in environmental restricted waters. Limits are included in the Environmental schedules and discussed during the voyage overviews. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

68

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | overflown as prior risk assessment had been conducted and the pools were set to 'skimmer level'. This incident is in violation of company procedures. The incident was reported to the port authority via the ship's agent and was recorded in the Napa eLog. The port agent and authority were also advised on the cause for the overflow. The ship had conducted the required risk assessment, but given the extreme heeling event (damages suffered in the galleys, retail, etc), the water remained in the main pool which had been lowered to the 'skimmer level' but overflowed from two whirlpools which cannot be lowered and still maintain USPH standards. An operating line recreational water facility survey program is ongoing. The survey is intended to address all structural vulnerabilities which should aid in removing the exposures for the behavioural ones. These modifications will include, but may not be limited to: rerouting associated drains to grey water, installing permanent lines to refill RWFs with fresh water for topping off, increasing the return line capacity, installing additional containment structures etc. The operating line aim to have all ship classes surveyed by the end of the month, with a corrective action plan soon to follow. The operating line do not consider this incident as a nautical near miss. The CAM understands that this incident was a violation of Company requirements and local requirements. | | |
| 97. | 08.22.2018* | 07.13.2018 | CCL | Carnival Fascination | While the ship was arriving in St Kitts, the ship was heeled over to the sea-side in order to position the gangway properly. This listing caused approximately two liters of recreational water to go overboard when water from the slides overflowed into the open deck drains. Other factors contributing to the overflow included the presence of water toys and the inability for the suction of the pool drain to remove most of the water that accumulated on one side of the pool. Once the pool water overflow occurred, the pool operation was immediately closed and the excess water was removed from the deck with towels and a vacuum. It was determined that water toys should not be running while the ship is listed to prevent recurrence of an overflow. This incident was reported to the port authorities via the ship's agent. The Chief Engineer is having all pool valves, filters and pumps inspected and tested. Due to the recent incidents, it has been agreed that, while in port, whether listed or not, the water toys will be stopped in order to eliminate the risk of overflow. In addition, the Housekeeping Manager has | Once the pool water overflow occurred, the pool operation was immediately closed and the excess water was removed from the deck with towels and a vacuum. It was determined that water toys should not be running while the ship is listed to prevent recurrence of an overflow. This incident was reported to the port authorities via the ship's agent. The Chief Engineer is having all pool valves, filters and pumps inspected and tested. Due to the recent incidents, it has been agreed that, while in port, whether listed or not, the water toys will be stopped in order to eliminate the risk of overflow. In addition, the Housekeeping Manager has informed his team to be alert to the possibility of overflow and to alert immediately. An Environmental Notice was sent out to the fleet on 02 March in regards to conducting risk assessments for lowering of Recreational Water Facilities (RWF). An email was also sent out to the fleet reiterating the importance of lowering of RWF, checking of return line drains for debris and to plan listing/heeling actions for gangway/tendering operations. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - CAM Notifications to Interested Parties

| Row Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| | | | | | informed his team to be alert to the possibility of overflow and to alert immediately. An Environmental Notice was sent out to the fleet on 02 March in regards to conducting risk assessments for lowering of Recreational Water Facilities (RWF). An email was also sent out to the fleet reiterating the importance of lowering of RWF, checking of return line drains for debris and to plan listing/heeling actions for gangway/tendering operations. The CAM understands that this incident was a violation of Company requirements only. | | |
| 98. | 08.22.2018* | 07.05.2018 | HA Group | Nieuw Amsterdam | While the ship was underway towards Vancouver, Canada, the Bridge requested that the ECR commence grey water discharge once the ship was outside four nautical miles. When the grey water pump started, it also took the suction from an exhaust gas boiler washwater tank. This was not recognized until there was a low-level alarm on the washwater tank. The pump was then stopped immediately but approximately two cubic meters of washwater was discharged during this event in violation of ENV-1001 (EGB wash water is required to be discharged 12 NM and > 6 kts). The discharge occurred because the manual suction valve was improperly closed following discharge the previous day. The lining of the valve has hardened, making sealing difficult, and needs to be refurbished. A new valve has been ordered. As a preventive measure, the engine room staff received detailed instruction in the operation of the system and additional monitoring will be conducted by senior watchkeepers on the valve change over and discharge processes. Additionally, the ship replaced the manual handle with a wheel driven gearbox. This system has open and close indicators which will ensure the crew knows if the valve is open or shut as well as assist in the ease of closing it. This will also be implemented on the ship's sister vessel. The CAM understands that this incident was a violation of Company requirements only. | The Chief Engineer held a discussion on July 6, 2018, with all the Engineers and Fireman Greasers about this valve being hard to close and in general when closing a valve to verify that it is indeed closed. The ship replaced the valve handle with a wheel driven gearbox on July 12, 2018. The gearbox provides greater mechanical advantage for closing the valve and it also has clear indicators showing when the valve is open and closed. The new valve is expected to be delivered on December 1, 2018. The sister ship, Eurodam, had this manual suction valve for the boiler washwater tank also fitted with a wheel driven gearbox. | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - Environmental Open Reports

| Row Number | Notice Number | Date of Notification | Date of Incident | Operating Line / Group | Vessel | Description of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|---|
| 1. | #6-2018 | 05.20.2018 | 05.2018 | HA Group | Seabourn Odyssey | On May 18, 2018, a web hotline complainant reported that the fuel used exceeded 1.5% sulfur HFO emission in the EEZ of Spain and France. | No evidence of non-compliant fuel use was found by the investigator. The fuel oil loaded on April 28th in Tenerife was found to contain 1.67% Sulfur, after it was independently tested by Veritas Petroleum Services, and did not match the BDN which stated 1.5% Sulfur.  The Chief Engineer reported this discrepancy to the Captain and Environmental Officer (EO). The EO asked for guidance from the Environmental Operations shore-side. A plan was developed to lower the high Sulfur fuel oil.  The plan required the blending in the settling and service tanks the onboard low Sulfur fuel oil (0.94%) with the high sulfur fuel oil (1.67%).  By using the fuel blend calculation tool for these two fuel oils, appropriate amounts were transferred, so that the sulfur content would not be above 1.5%.  The high Sulfur fuel oil loaded into tanks HFO 1P and 1 S was subsequently blended, so that the Sulfur content used was not above 1.5%.  During the blending process an error was made in the recording of the blended Sulfur content in the FO Changeover Record book.  The book incorrectly recorded the blended fuel oil as 0.94%, when the entry should have recorded 1.5%. The Chief Engineer had the entry corrected.  It appears not everybody in the Engine Team was fully aware of the blending plan and how it was executed. Most likely the person who filed the hotline report was under the assumption that the fuel would be mixed in one of the storage tanks.  This together with the incorrect recorded Sulfur content of 0.94% in the FO Changeover Record book may have triggered this person to call the hotline. The non-compliant fuel oil was reported to Carnival's fuel procurement team for follow-up with the vendor. | Complete |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

71

*United States v. Princess Cruise Lines, Ltd.*, 1:16-cr-20897 (S.D. Fla.)
September 12, 2018 Quarterly Issue Tracker - Additional Notifications to Interested Parties

| Row Number | Date of Incident | Date of Notice | Operating Line / Group | Vessel | Summary of Incident | Analysis Summary and Action Plan | Status of Action Plan |
|---|---|---|---|---|---|---|---|
| 1. | 02.09.2017* | 11.29.2017 | HA Group | Emerald Princess | On November 29, 2017, Maritime New Zealand filed criminal charges against Princess Cruise Lines for two alleged violations of New Zealand's Maritime Transport Act 1994, sections 65(1)(a) and (2)(a) in connection with a fatal accident on board the *Emerald Princess* while that vessel was docked in Port Chalmers, New Zealand on or about February 9, 2017.  In sum, a high-pressure nitrogen cylinder burst while being re-pressurized, which resulted in the death of an *Emerald Princess* crew member standing nearby. The Transport Accident Investigation Commission (TAIC) in New Zealand investigated the incident and issued an interim report on May 10, 2017, concluding that the burst nitrogen cylinder had suffered significant corrosion at the point of failure.  A metallurgist's initial assessment also concluded that the failure had occurred as a result of overload caused by corrosion thinning.  TAIC issued recommendations to the Navalimpianti Tecnimpianti Group (manufacturer of the cylinder), the International Association of Classification Societies, and to CLIA (Cruise Lines International Association) regarding inspection and storage requirements for these cylinders.  No recommendations in the report were directed to Princess Cruise Lines. The maximum penalty for each of the two alleged violations cannot exceed NZ $100,000. | On June 28, 2018, Princess Cruises entered a plea of guilty for "caus[ing] or permit[ting] a maritime product, namely a pressurized nitrogen cylinder forming part of a lifeboat davit stored energy system, to be maintained or serviced in a manner that caused unnecessary danger or risk to other people." | In Progress |

Please note: An asterisk next to an item indicates that it did not appear on the previous quarterly tracking spreadsheet.
Items without an asterisk previously appeared and are either in progress or pending verification.

72