UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-20897-CR-SEITZ

UNITED STATES OF AMERICA

    v.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

### DEFENDANT'S AGREED MOTION TO SCHEDULE HEARING

Defendant, Princess Cruise Lines, Ltd. ("Princess"), the wholly owned subsidiary of Carnival Corporation & plc ("Carnival"), respectfully submits this Agreed Motion to Schedule Hearing in order to set a hearing on the petition to revoke Princess's probation [DE 93] (the "Petition"), which was filed on March 8, 2019 by the Office of Probation.

On March 18, 2019 an initial appearance on the Petition was attended by the parties before the Honorable Edwin Torres, United States District Magistrate Judge, who referred the matter to the Court for the scheduling of further proceedings. Princess, the Interested Parties, the CAM, and the TPA are currently scheduled to appear at a regular periodic status conference before this court on April 10, 2019. A hearing schedule on the Petition has not yet been scheduled by the Court.

Although the parties intend to attend the regularly scheduled status conference, Princess, with the consent of the Government, respectfully requests that any hearing on the Petition be deferred until a later date. Since the Petition was filed, Princess has conferred with the Government, the Office of Probation, and the CAM regarding the allegations and the relief sought in the Petition. Deferring a hearing on the Petition would enable Princess, the Interested Parties, the CAM, and the TPA to continue to confer to attempt to achieve consensus on a recommendation to the Court for

1

the resolution of the Petition's specifications without the need to conduct a contested, and potentially contracted hearing.

Some of the potential changes that the parties are discussing are described in Princess's quarterly status report filed with the Court on April 2, 2019. In particular, Princess's status report discusses Carnival's plan potentially to address the Petition's allegation that Carnival's Corporate Compliance Manager lacks sufficient authority to implement Carnival's Environmental Compliance Plan by engaging a compliance consultant in short order to determine the most effective way to address the concerns of the CAM by, for example, possibly creating a new position of Chief Compliance Officer who could provide greater centralized oversight of Carnival's compliance functions, including environmental compliance. In addition, these discussions have addressed the allegedly contumacious conduct concerning the ship visit programs that are the subject to the first specification of the Petition, and the appropriate remediation of the underlying conduct.

Should a hearing on the Petition be necessary, Princess respectfully requests that the hearing be scheduled during the week beginning on Monday May 6, 2019. Princess expects, based on its discussions with the Government, that all parties collectively would need three or four days to present evidence at the hearing. In the event that a hearing is necessary but that the parties are able to narrow the scope of the issues to be contested during the hearing, Princess will promptly inform the Court of any change to the expected duration of the hearing.

## **RULE 88.9 CERTIFICATION**

Counsel for Princess has conferred with the Government, who authorized Princess to represent that it concurs in the requested relief. The Government has informed counsel for Princess that it has separately conferred with the Office of Probation, the Court Appointed Monitor, and the

Third Party Auditor, that each of those parties concurs in the requested relief, and that they would also be available to appear for a hearing during the week beginning on Monday May 6, 2019.

WHEREFORE, Defendant Princess, respectfully requests that this Honorable Court grant this Agreed Motion to Schedule Hearing and for all other relief the Court deems just and proper.

Dated: April 3, 2019
       Miami, Florida

          Respectfully submitted,

          FOREMAN FRIEDMAN, P.A.

          By: */s/ Catherine J. MacIvor*
              Catherine J. MacIvor (FBN 932711)
              Paul T. Bagley (FBN 94211)
              cmacivor@fflegal.com
              One Biscayne Tower, Suite 2300
              2 South Biscayne Boulevard
              Miami, FL  33131
              Tel: 305-358-6555/Fax: 305-374-9077

              and

              David N. Kelley (pro hac vice)
              Benjamin E. Rosenberg (pro hac vice)
              Conrad A. Johnson IV (pro hac vice)
              DECHERT LLP
              1095 Avenue of the Americas
              New York, New York 10036
              (212) 698-3500

          *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Catherine J. MacIvor, hereby certify that on April 3, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record either via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                              By: *Catherine J. MacIvor*
                                                       Catherine J. MacIvor

**SERVICE LIST**
Case No.: 16-20897-CR-SEITZ

| | |
|---|---|
| Benjamin G. Greenberg<br>bgreenberg@usdoj.gov<br>United States Attorney<br>99 NE 4th Street<br>Miami, Florida 33132<br>Tel: (305) 961-9413 | Catherine J. MacIvor<br>cmacivor@fflegal.com<br>FOREMAN FRIEDMAN, PA<br>One Biscayne Tower, Suite 2300<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel: (305) 358-6555<br>*Counsel for Defendant* |
| Thomas A. Watts-Fitzgerald<br>thomas.watts-fitzgerald@usdoj.gov<br>Assistant United States Attorney<br>99 NE 4th Street<br>Miami, Florida 33132<br>Tel: (305) 961-9413 | Paul T. Bagley<br>pbagley@fflegal.com<br>FOREMAN FRIEDMAN, PA<br>One Biscayne Tower, Suite 2300<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Tel: (305) 358-6555<br>*Counsel for Defendant* |
| Jeffrey W. Wood<br>jeffrey.wood@usdoj.gov<br>Acting Assistant Attorney General<br>Environmental & Natural Resources Division<br>U.S. Department of Justice<br>P.O. Box 7415<br>Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 514-2701 | David N. Kelley<br>David.Kelley@dechert.com<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, New York 10036-6797<br>Tel: (212) 698-3500<br>*Counsel for Defendant* |
| Richard A. Udell<br>Richard.udell@usdoj.gov<br>Senior Litigation Counsel<br>Environmental Crimes Section<br>U.S. Department of Justice<br>601 D Street, NW<br>Washington, DC 20004<br>Tel: (202) 305-0361 | Benjamin E. Rosenberg<br>Benjamin.Rosenberg@dechert.com<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, New York 10036-6797<br>Tel: (212) 698-3500<br>*Counsel for Defendant*<br><br>Conrad A. Johnson IV<br>Conrad.Johnson@dechert.com<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, New York 10036-6797<br>Tel: (212) 698-3500<br>*Counsel for Defendant* |