UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20897-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

## ORDER ON STATUS CONFERENCE

THIS matter came before the Court, on April 10, 2019, for a quarterly status hearing. Pursuant to the discussions at the hearing, it is

ORDERED that:

1. The Court will file in the record, the Court Appointed Monitor's First Annual Report and all Annual Reports thereafter. The Court will also consider whether to file in the record the Quarterly Reports of the Court Appointed Monitor.

2. By **April 22, 2019,** the parties shall file agreed potential dates for conducting the Revocation Hearing. The dates provided shall be acceptable to all parties, the Court Appointed Monitor, and the Third Party Auditor. The dates provided shall also be such that the Revocation Hearing will be completed by June 24, 2019.

DONE AND ORDERED in Miami, Florida, this 10th day of April, 2019.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record