UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20897-CR-SEITZ

UNITED STATES OF AMERICA,

v.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

## ORDER GRANTING MOTION TO INTERVENE AND REQUEST FILING OF QUARTERLY REPORTS

THIS matter came before the Court on the Miami Herald Media Company's Motion to Intervene and to Request Filing of Quarterly Reports for Period [DE 107] and the Miami Herald Media Company's Addendum to Motion to Intervene [DE 111]. The initial motion seeks to have the Quarterly Reports of the Court Appointed Monitor (CAM) filed in the Court record. Princess Cruise Lines, LLC does not object to the filing of the CAM's Quarterly Reports [DE 112]. In the Addendum, the Miami Herald Media Company seeks to have docket entry 110, which is currently restricted, made public. Docket entry 110 is the Superceding Petition to Revoke Defendant's Probation. Court policy requires that all such petitions be restricted to Court personnel. Counsel will receive the petitions at Defendant's Initial Appearance. The contents of the petition will be discussed at the Initial Appearance, which is open to the public. Accordingly, it is

    IT IS ORDERED that:

    1. The Miami Herald Media Company's Motion to Intervene and to Request Filing of Quarterly Reports for Period [DE 107] is GRANTED. The Court will file in the Court record the CAM's prior Quarterly Reports and all future Quarterly Reports.

2. The Miami Herald Media Company's Addendum to Motion to Intervene [DE 111] is DENIED. Docket entry 110 shall remain restricted.

DONE AND ORDERED in Miami, Florida, this 1st day of May, 2019.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record