CONFIDENTIAL                                                December 18, 2018

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.:  16-20897-CR-SEITZ

**UNITED STATES OF AMERICA**

                    **v.**

**PRINCESS CRUISE LINES, LTD.,**

                    **Defendant.**

_____/

### QUARTERLY REPORT OF THE COURT APPOINTED MONITOR (DECEMBER 2018)

**I.   Introduction** .................................................................................................1

   A. Overview of CAM Quarterly Report ............................................... 1

   B. Areas of Focus............................................................................ 1

**II.  CAM Methodology and Activities** ....................................................2

   A. CAM Team Activities during the Second Quarter of ECP Year Two............................ 2

   B. TPA Audit Activities.................................................................... 4

   C. RAAS Audit Activities................................................................. 5

**III. Updates on Company Capabilities to Meet ECP Objectives and ECP Year Two Areas of Focus** .................................................5

   A. Environmental Incidents ............................................................ 5

      1.   Significant Incidents ............................................................ 6

      2.   Company Efforts to Prevent or Reduce Environmental Incidents.......................... 12

      3.   Tracking and Trending of Incident Reports.......................... 13

   B. Implementation of ECP Requirements........................................ 13

      1.   Updated Environmental Management System ...................... 13

      2.   Fleet Engineering Survey Corrective Actions ...................... 15

   C. Initiatives beyond ECP Requirements......................................... 16

   D. Personnel .............................................................................. 18

      1.   Environmental Officers......................................................... 19

      2.   Ratings ............................................................................. 21

E. Corporate Structure and CCM Authority ........................................................................ 23
    1.   Centralization ........................................................................................................ 23
    2.   CCM Authority ..................................................................................................... 26
F. Compliance Culture Assessment ..................................................................................... 28
G. Investigations ................................................................................................................. 30
H. Training ......................................................................................................................... 31
    1.   Updates on Company Initiatives ........................................................................... 31
    2.   CSMART ............................................................................................................. 33
    3.   Operating Line Training Managers ....................................................................... 36
I. Strategic Planning and Resources for Operations and Compliance ................................. 36
J. Company Vessel Visit Programs ..................................................................................... 38

CONFIDENTIAL                                          December 18, 2018

## I.    INTRODUCTION

Pursuant to the Court's Order of April 26, 2018, Dkt. No. 66, the Court Appointed

Monitor ("CAM") submits this second quarterly report for ECP Year Two ("CAM December

2018 Quarterly Report" or "Report").[1]

### A.    Overview of CAM Quarterly Report

The Court ordered that the CAM submit Quarterly Reports to provide updates on the

monitorship and to address issues identified by the Court and the CAM.  *See* CAM September

2018 Quarterly Report at 1.  This Report focuses on events and developments occurring during

the period from August 19, 2018 through November 18, 2018.  However, certain notable

developments occurring after November 18, 2018 are included in the discussions below, as

appropriate.

Part II of this Report provides an overview of the CAM Team's activities during the

second quarter of ECP Year Two, as well as an overview of the CAM's oversight of the Third

Party Auditor ("TPA") and of the Company's audit function conducted by its Risk Advisory and

Assurance Services ("RAAS") department.  Part III of this Report provides updates on the

Company's capabilities to meet ECP objectives, the Company's efforts with respect to ECP

compliance, and other areas of focus.

### B.    Areas of Focus

The CAM has continued to gather information with respect to the areas of focus

identified in the CAM First Annual Report and the prior Quarterly Report.  *See* CAM First

---

[1] Any terms not defined in this Report take the definitions provided in the ECP, the Joint
Glossary of Terms, Dkt. No. 58-1, the First Annual Report of the Court Appointed Monitor
(2017-2018) ("CAM First Annual Report"), or the Quarterly Report of the Court Appointed
Monitor (September 2018) ("CAM September 2018 Quarterly Report").

Annual Report at 68-74; September 2018 Quarterly Report at 2-6.  This Report focuses on

providing updates for those areas of interest in which significant developments occurred during

the covered time period.  This Report does not provide the more detailed assessments or findings

regarding the Company's performance in the areas of focus that the CAM expects to provide in

the Annual Report for ECP Year Two.  *See id.* at 1-2.

## II.    CAM METHODOLOGY AND ACTIVITIES

### A.    CAM Team Activities during the Second Quarter of ECP Year Two

Pursuant to the Court's Order of July 13, 2018, Dkt. No. 75, and the Court's observation

at the July 11, 2018 Status Conference that certain Company vessel visit programs had "tainted"

TPA audits from ECP Year One, *see* Status Conf. Tr. at 11 (July 11, 2018),[2] the CAM Team and

the TPA continue to conduct additional vessel and shoreside facility visits and audits.[3]  The

additional shoreside facility visits are consistent with the Court's direction to examine the

Company's strategic planning process, including "how environmental compliance has been made

part of those [strategic] plans and how protection of the environment is being incorporated as a

priority into the companies' strategic plans and culture in a long-term, sustainable manner."  Dkt.

No. 75 at 3; *see also* CAM September 2018 Quarterly Report at 6-8 and Attachment 1

(describing the CAM Team's ECP Year Two methodology).

In compliance with the Court's direction, the CAM Team conducted the following visits

during the period covered by this Report (August 19, 2018 through November 18, 2018):

---

[2] As discussed below in Part III.J, the CAM Team is finalizing its analysis of the documents
produced by the Company related to these vessel visit programs, as requested by the U.S.
Department of Justice ("DOJ") and required by the Court's Order of July 13, 2018.

[3] The CAM Team and the TPA are also continuing to conduct the vessel and shoreside facility
visits and audits anticipated by the CAM Second Annual Work Plan and the ECP.

CONFIDENTIAL                                                    December 18, 2018

- Five vessel visits,[4] including:

  o One CAM Team-only visit;[5]

  o Two TPA ride-along visits;[6]

  o One RAAS ride-along visit;[7] and

  o One visit, jointly with the TPA, in response to an incident notice.[8]

- Four shoreside facility visits, including:

  o Three CAM Team-led visits focused on issues related to strategic planning and budgets, as discussed below in Part III.I. These visits were conducted with AlixPartners, the CAM's forensic accounting consultant, and a TPA representative;[9] and

  o One visit during which the CAM Team monitored a TPA audit.[10]

Outside of vessel and shoreside facility visits, the CAM Team has continued to work with the Company on the environmental compliance culture survey, attend various Company meetings, conferences, and events, and conduct additional formal and informal interviews and communications with Company personnel, as discussed below. The CAM Team is in regular

---

[4] In addition to these visits, the CAM Team piloted the environmental compliance culture survey instrument and translations on three vessels. *See infra*, Part III.F.

[5] This visit was on the Holland America Line *Westerdam*, from November 7-10, 2018.

[6] These visits were on the Holland America Line *Zuiderdam*, from September 23-28, 2018, and the Carnival Cruise Line *Carnival Horizon*, from November 3-7, 2018.

[7] This visit was on the Princess Cruises *Sapphire Princess*, from October 21-25, 2018.

[8] This visit was on the Holland America Line *Westerdam* on October 5, 2018, in response to allegations of recordkeeping falsification reported to the CAM by the Company. *See infra*, Part III.A.1.i.

[9] These visits were to: Carnival Corp.'s headquarters in Miami, Florida, on September 24, 2018; Carnival UK's shoreside offices in Southampton, UK, from October 29-November 1, 2018; and Carnival Cruise Line's shoreside offices in Miami, Florida, from November 12-16, 2018.

[10] This visit was to Carnival UK's shoreside offices in Southampton, UK, from August 28-31, 2018.

communication with the Company, the TPA, and the Interested Parties, and continues to perform ongoing review of documents produced by the Company in relation to the work streams identified in the CAM Second Annual Work Plan and in response to information requests by DOJ.

On October 14, 2018, the CAM met with the HESS Committee of Carnival Corp.'s Board of Directors in Los Angeles, California.  The Committee noted that environmental compliance is discussed at each of its Board meetings and in other HESS Committee communications throughout each year.  The Committee expressed confidence in the efforts of the Company's Chief Maritime Officer and Corporate Compliance Manager ("CCM").  The Committee stated that it found the CAM's First Annual Report fair and useful.  The Committee also stated that it would plan to meet with the CAM again in the future.

### B.    TPA Audit Activities

During the second quarter of ECP Year Two, the TPA conducted twelve[11] vessel audits (including two on which the CAM Team "rode-along"),[12] two shoreside office audits (including one during which the CAM Team was in attendance), and one shoreside audit of CSMART training courses.[13]  The CAM continues to communicate regularly with the TPA, review TPA audit reports, and evaluate the adequacy and independence of the TPA.

---

[11] This includes one vessel audit that began on November 18, 2018 and ended on November 22, 2018.

[12] In addition, as noted above, the TPA visited the Holland America Line *Westerdam* with the CAM on October 5, 2018, in response to allegations of recordkeeping falsification reported to the CAM by the Company.  *See infra*, Part III.A.1.i.

[13] *See infra*, Part III.H.2.ii.

In addition, on October 11, 2018, the CAM Team hosted a meeting at its Washington, DC offices with twelve members of the TPA team.  Among other items, the parties discussed lessons learned, as well as goals and areas of focus for ECP Year Two.

The CAM's oversight of the TPA during the first two quarters of ECP Year Two has affirmed the CAM's assessment that the TPA acts with independence and performs adequate ECP-required audits.

### C.   RAAS Audit Activities

During the second quarter of ECP Year Two, RAAS conducted twenty[14] vessel audits on Covered Vessels (including one on which the CAM Team "rode-along").  The CAM Team's observations of RAAS during its ride-along visit were consistent with those in the CAM First Annual Report.  *See* CAM First Annual Report at 63-67.

### III.   UPDATES ON COMPANY CAPABILITIES TO MEET ECP OBJECTIVES AND ECP YEAR TWO AREAS OF FOCUS

### A.   Environmental Incidents

As in ECP Year One and the first quarter of ECP Year Two, the Company continues to have environmental violations and ECP compliance challenges, even while significant efforts aimed at compliance are underway.  These include repeated instances of prohibited discharges and recordkeeping problems—including an incident involving what appears to have been an intentional falsification of internal Company records, discussed below in Part III.A.1.i.

As noted above, employees on ships and on shore are undertaking a wide range of efforts with the goal of preventing or reducing environmental incidents, described below in Part III.A.2. The CAM Team has also noted an uptick in the Company's self-reporting of incidents during the

---

[14] This includes one vessel audit that began on November 18, 2018 and ended on November 24, 2018.

CONFIDENTIAL                                                    December 18, 2018

second quarter of ECP Year Two.  Some Company executives have expressed frustration to the

CAM at the increased numbers of incident reports and a desire to drive down the numbers of

reports.  Some of these same individuals also recognized that increased reporting can also be

viewed as a positive development, as it may *not* mean that there is an uptick in violations, but

rather an increase in the willingness of employees to report incidents.[15]  What remains to be seen

is how this reporting will be utilized and communicated within the Company.

    1.   Significant Incidents

        i.   *Alleged Record Falsification on the Holland America Line* Westerdam

On October 2, 2018, the CCM notified the CAM that a Second Engineer onboard the

Holland America Line *Westerdam* was suspected of creating false entries in the Company's

Planned Maintenance System.  Specifically, the suspicion was that this individual had made

entries in the system that certain maintenance tasks had been performed, when they had not.  The

CAM notes that the CCM promptly provided this information to the CAM even before all facts

were known, followed by an open flow of information from the CCM as well as the Captain and

crew of the *Westerdam* itself.  Indeed, it was the diligence of the Chief Engineer of the

*Westerdam* that led to the identification of these issues.  The Chief Engineer noted anomalies in

maintenance records, which indicated that certain maintenance tasks marked as completed in the

Planned Maintenance System had not actually been completed.  The Chief Engineer promptly

reported his concerns to the Captain, who in turn elevated the issue to Holland America Group's

shoreside office.  *See* Employee Interview Notes.  The suspect entries concerned three

---

[15] For example, as noted in prior CAM reports, part of the problem on the *Caribbean Princess*, and other ships, that led to the criminal violations in this case was a lack of internal reporting, and a failure to speak up that went on for years.  *See* CAM First Annual Report at 9; CAM September 2018 Quarterly Report at 11 and n.8.

December 18, 2018

maintenance tasks, all of which relate to oily bilge water management: (1) cleaning a screen filter inside the White Box;[16] (2) inspecting and cleaning a bilge holding tank; and (3) testing bilge well level alarms.  *See* Email from C. Donald, *Investigation – Westerdam* (Oct. 2, 2018); Employee Interview Notes.

The Company launched a RAAS investigation into the incident, with support from the Ship Superintendent.[17]  On October 3, 2018, the Company provided the CAM with a preliminary summary of the initial RAAS findings.  *See* Email from C. Donald, *FW: Westerdam summary so far* (Oct. 4, 2018).  The CAM is awaiting the final RAAS investigation report.[18]

On October 5, 2018, after consulting with the CCM, a member of the CAM Team and two members of the TPA team ("the Team") traveled to Kodiak, Alaska and met with officers

---

[16] The White Box (also known as the Bilge Control Discharge Box or BCDB) is a locked metal cage located between the Oily Water Separator and the overboard discharge valve.  The White Box contains an Oil Content Monitor and serves as the final check on the oil content of bilge water before such water can be lawfully discharged overboard.

[17] As discussed in prior CAM reports, the Company is in the process of revising its approach to internal investigations.  *See* CAM First Annual Report at 23, 33-40; CAM September 2018 Quarterly Report at 23-25.  This approach appears to be on hold as the Company conducts a search for someone to lead the new investigation group.  *See infra*, Part III.G.  One point to consider—which is not intended to reflect on those individuals involved in the *Westerdam* incident investigation, but rather is intended as a general consideration in approaching internal investigations—is whether an individual with oversight responsibility for compliance on a ship (such as the Ship Superintendent with responsibility for the *Westerdam*) should be a part of the investigative team, as was the case here.

[18] On October 5, 2018, the Company also provided the CAM with related documentation and information, including: handover notes for the Chief Engineer, Staff Chief Engineer, and Second Engineer; statements from the Captain, Chief Engineer, and Second Engineer; procedures/instructions for tasks associated with the entries at issue (*e.g.*, cleaning the White Box filter, inspecting bilge water tanks, and testing bilge well level alarms); the Certificate of Competency for the Second Engineer; training records for the Second Engineer; a Work and Rest Timesheet for the Second Engineer; and a spreadsheet of Planned Maintenance System entries. *See* Letter from C. Donald, *Court Appointed Monitor and Third Party Auditor Communication* (Oct. 5, 2018); PCL_ECP00073904 - PCL_ECP00074213; Email from R. Firth, *Statement 2nd Engineer Officer* [Name Omitted] (Oct. 5, 2018).

CONFIDENTIAL                                                    December 18, 2018

and crew on the *Westerdam*, as well as the RAAS investigation team.  While onboard, the Team

reviewed relevant documents, including the Oil Record Book.  As noted above, the ship's crew

and officers were cooperative, and worked diligently to provide the Team with access to relevant

personnel, resources, and records.

The factors that may have played a role in the events on the *Westerdam* are similar to

workplace issues and challenges that the CAM and the TPA have identified on ships across all of

the operating lines.  These include:

- Workload and time pressure, such that employees find it difficult to complete all required work in the time allotted, and where handovers may not be sufficient;

- Insufficient shoreside support, arising from the addition of new duties and responsibilities from the shoreside offices without adequate consideration of the impact of these duties and responsibilities on existing workloads;

- Insufficient manning/staffing, which relates to the workload issue noted above;[19]

- Inadequate training or qualifications of junior engineers, which can impose burdens on more senior engineers who may believe that they cannot readily rely upon the junior engineers; and

- Lack of a "speak up" culture, such that someone would risk making incorrect entries rather than feel comfortable enough to reveal a problem and seek assistance.

*See* Employee Interview Notes.

---

[19] As noted in prior CAM reports, finding and retaining qualified personnel, especially deck officers and engineers, appears to be an industry-wide challenge.  At a recent cruise industry conference held in the Philippines and attended by Company personnel, attendees expressed concern about "the availability of skilled deck officers and engineers, most of who [*sic*] until now were sourced in Europe" because "it is becoming increasingly challenging to recruit younger generations of Europeans as seafarers as there are good job opportunities ashore that fit in with their lifestyle expectations."  Jonathan Boonzaier, *Cruise industry concerned about skills shortage*, TRADEWINDSNEWS.COM (Nov. 5, 2018), https://www.tradewindsnews.com/passengerships/1624041/cruise-industry-concerned-about-skills-shortage.

CONFIDENTIAL                                                        December 18, 2018

ii.    *Improper Discharges on Multiple Holland America Group Ships*

On September 17, 2018, the CCM notified the CAM that Holland America Group had

"noted an increase in improper discharge incidents" affecting multiple ships operating in various

locations around the world, including Alaskan waters[20] and other protected U.S. waters such as

marine parks and marine sanctuaries.  *See* Email from C. Donald, *FW: Action Required –*

*Improper Discharges* (Sept. 17, 2018).  According to the Company, the "incidents cross

Nautical, Technical, Safety and Environment departments, cross brands, cross waste streams, and

cross itineraries and operating areas . . . And they appear to involve a number of factors

including attention to detail, verification of location, environmental schedule understanding,

effective communications, and other errors."  *See id.*[21]  For example, one incident involved the

discharge of approximately 100 cubic meters of grey water mixed with fresh water inside of

Glacier Bay National Park in Alaska,[22] while another involved the discharge of exhaust gas

---

[20] On November 9, 2018, DOJ requested that the Company provide "a complete list of all violations and unpermitted discharges occurring in Alaska since sentencing," including "violations which are being negotiated as well as those that are concluded."  Email from R. Udell, *Re: Carnival's Notice and Summary of Proceedings* (Nov. 9, 2018).  This request applied to all operating lines, not just Holland America Group.  *See id.*  On December 10, 2018, the Company provided a response to DOJ, consisting of a chart of "Alaska Notices of Violation Received Since April 19, 2017 Sentencing," PCL_DOJ_00005764-68, and a letter with additional information about the incidents.  *See* Letter from D. Kelley, *Re: U.S. v. Princess Cruises/State of Alaska Notices of Violation* (Dec. 10, 2018).  The CAM Team is reviewing this response.

[21] The CAM had previously been made aware of the individual incidents listed in the email via Company Flash Reports.  The CAM reported six of those incidents—those occurring on Covered Vessels and qualifying as Major Non-Conformities under the ECP—to the Interested Parties as required by ECP § VI.F.6.

[22] On November 14, 2018, the Company produced a RAAS investigation report for this incident. *See* RAAS, Investigation Memo No. 66/2018, PCL_ECP00085758.  The CAM Team is reviewing this report.

cleaning system ("EGCS") washwater into the Stellwagen Bank National Marine Sanctuary in Massachusetts.  Email from C. Donald, *FW: Action Required – Improper Discharges* (Sept. 17, 2018).

The CCM also notified the CAM that Holland America Group is taking various actions in response to these incidents.  Shoreside compliance personnel are setting up a series of conference calls and ship visits to discuss ways to reduce improper discharges.  *See id.*  In addition, Holland America Group is working with a third-party consultant "to develop a review program into the human factor aspects associated with the challenge of non-compliant waste stream discharges." *See* Email from C. Donald, *MTO Proposal – Human Factors Study* (Sept. 22, 2018).  Again, it is not known whether and to what degree these reports of improper discharges represent an increase in incidents or an increase in reporting and transparency.  The CAM will continue to monitor Holland America Group's efforts to understand the causes and to reduce the occurrence of improper discharges.

### iii.  *Voyage Planning Incidents on Multiple Vessels*

Covered Vessels continue to make numerous prohibited discharges and emissions that appear to be related to problems in the development and implementation of voyage plans.[23]  *See* CAM First Annual Report at 41; CAM September 2018 Quarterly Report at 14.  During ECP Year Two to date, the CAM Team has identified over forty reports of incidents attributable to voyage planning on Covered Vessels.  For example, one incident involved a vessel using its

---

[23] A voyage plan identifies, among other things, the locations in the ocean where certain discharges or emissions are allowed or prohibited based on a ship's location and the applicable restrictions (such as the special requirements that apply in U.S. marine sanctuary waters and in Emission Control Areas).  The ship's route must take into account "the marine environmental protection measures that apply, and avoid[], as far as possible, actions and activities which could cause damage to the environment."  Joint Glossary of Terms at 10.

CONFIDENTIAL                                          December 18, 2018

incinerator for approximately 3.5 hours inside Swedish Territorial Waters—where the use of incinerators is prohibited—because this restriction "had not been correctly copied across into the appropriate decision support tools [*e.g.*, the Excel-based spreadsheet, known as the "Worldwide Cruising Environmental Standards" or the "Matrix," maintained by the Company that sets forth international, national, and local/port environmental standards, organized by geographic region. *See* ENV-1001-F1]."  Carnival Corporation & plc HESS Weekly Flash Report (Sept. 12, 2018). Another incident involved the prohibited use of an EGCS in Glacier Bay, Alaska because a standby engine was configured to run on heavy fuel oil (which has a high sulfur content and requires an EGCS to avoid air emissions violations), instead of marine gas oil (which has a lower sulfur content and does not require an EGCS).  *Id.*  In response, the Company said the shoreside technical team "will re-iterate the requirement that the standby engine is configured for [marine gas oil] or that the standby sequence start up is disabled to prevent recurrence."  *Id.*  Such incidents may reflect broader, more systemic issues about the voyage planning process.  These issues include the adequacy of the shoreside support and training the Company provides crew members involved in monitoring and complying with environmental regulations, and addressing workflow from competing demands, as noted above.

The Company reports that it is currently evaluating potential software solutions that could help address voyage planning challenges and "simplify and automate a significant portion of the planning process and reduce the risk of errors."  October 2018 USPO Supervision Report, Attachment 3, at 1.  The CAM will continue to monitor the Company's efforts to improve its voyage planning.

December 18, 2018

2.    <u>Company Efforts to Prevent or Reduce Environmental Incidents</u>

In addition to the efforts described above in Part III.A.1, the Company is engaged in

various initiatives to prevent or reduce environmental incidents.  These include:

- Continuing to install new Oily Water Separator and White Box equipment on ships that is "better at removing oil from bilge water and is more tamper resistant by design." *Id.* at 3.  The Company has set a corporate requirement to complete all upgrades and installations by January 31, 2019.  *Id.*

- Installing CCTVs to record all oily bilge system equipment in the engine rooms of ships.  *Id.*  The Company reports that this process is complete.

- Making efforts to reduce the volume of bilge water that accumulates in the lowest portion of the ships inside the hull.  The Company reports that "[v]arious technical solutions are being adopted" and that it has "placed a particular focus on the need to promptly report and repair leaks to the bilge."  *Id.*  The Company has also published a new procedure (DER-2004) to "provide additional instruction regarding bilge water minimization" and is developing a newbuild procedure to help address this issue.  *Id.*

- Developing and implementing a new compliance tracking tool within Global HESS to allow the CCM and Operating Line Compliance Managers ("OLCMs") to "quickly and easily see the status of all environmental compliance actions and other notices issued after September 21, 2018."  *Id.* at 4.  The Company reports that this tool is in use.

- Along with other maritime companies, announcing the foundation of the Clean Shipping Alliance 2020 ("Alliance") on September 27, 2018.  *Id.* at 5.  According to the Company, the mission of the Alliance is to "educate and promote the use and effectiveness of open-loop and closed-loop Exhaust Gas Cleaning Systems in order to achieve shared environmental and sustainability initiatives, as well as to support the scheduled implementation and effective enforcement of the International Maritime Organization's requirement for a global cap of 0.5% sulfur content in marine fuels starting January 1, 2020."  *Id.* at 5.  The Alliance includes at least twenty-five maritime companies, collectively representing over two thousand ships.  *Id.*; *see also* MI News Network, *Clean Shipping Alliance 2020 Answers 10 Key Questions About Scrubbers*, MARINEINSIGHT.COM (Oct. 19, 2018), https://www.marineinsight.com/shipping-news/clean-shipping-alliance-2020-answers-10-key-questions-about-scrubbers/.

The CAM will continue to monitor these efforts and provide updates as appropriate.

CONFIDENTIAL                                                      December 18, 2018

### 3.   Tracking and Trending of Incident Reports

The CAM Team continues to track the type and frequency of environmental incidents reported through formal and informal reporting mechanisms, including TPA audit findings, Company Notices of Violation, Company Environmental Open Reports (*i.e.*, Hotline reports), and Company Flash Reports.  As part of this tracking, the CAM Team trends both total reported incidents and categories of recurrent incidents that the CAM Team has identified, such as training issues, non-compliant discharges, and bilge leaks/overflows.  *See* CAM September 2018 Quarterly Report at 10-14 and Appendix A.

As noted in prior CAM reports, however, the data—even when trended—do not paint a full picture of the effectiveness of the Company's compliance efforts.  Higher numbers of incident reports may reflect a greater willingness to report rather than an actual increase in the number of incidents, and such a willingness to report is significant, even when the issues reported appear to be of a relatively minor nature.  With the goal of providing the Court with the most useful and salient data, the CAM will address this issue further in the next Annual Report.

### B.   Implementation of ECP Requirements

During (or just prior to) the time period covered by this Report, the Company submitted responses aimed at fulfilling two significant ECP requirements: (1) updating its Environmental Management System ("EMS"); and (2) developing corrective actions in response to its Fleet Engineering Survey.

### 1.   Updated Environmental Management System

As discussed in the prior CAM Quarterly Report, the ECP requires the Company to submit, along with its response to the TPA Annual Report, an updated EMS to "ensure the EMS

13

incorporates all the elements articulated in Attachment 2" of the ECP.[24]  ECP § X.A.2; *see also*

CAM September 2018 Quarterly Report at 15-16.  Pursuant to this requirement, on August 16,

2018, the Company submitted a letter to the Interested Parties, the TPA, and the CAM

summarizing "how Carnival's EMS addresses the ECP-required elements."  *See* Letter from C.

Donald, *Carnival Environmental Management System* (Aug. 16, 2018), PCL_DOJ_00005675 at

1 ("EMS Letter").  As explained in the letter, "Carnival's EMS consists of an approved set of

policies and procedures, a majority of which are housed within its Global HESS management

system, that support implementation of its Corporate *Health, Environment, Safety, Security, and*

*Sustainability Policy.*"  *Id.*  The EMS Letter includes an appendix listing the Carnival Corp.

EMS-related policies, procedures, and other supporting documentation.  *See id.*  These

documents were included with the letter as attachments.  *See* PCL_DOJ_00001231-

PCL_DOJ_00005585.

    The CAM Team has reviewed the Company's EMS Letter, along with the associated

policies, procedures, and supporting documents that are most directly tied to ECP compliance.

Based on this review, the Company's EMS appears to be both comprehensive and adequate to

meet the requirements of the ECP.  However, there are possible areas of improvement related to

how the Company keeps the EMS current.  As is to be expected with any HESS management

system, the Company's EMS must evolve so as to achieve continuous improvement.  For this

process to work, an effective communication feedback loop is required between ships and

---

[24] Attachment 2 sets forth requirements for the Company's EMS, including requirements relating
to: environmental policy; environmental requirements and voluntary undertakings; objectives
and targets; structure, responsibility, and resources; operational control; corrective and
preventive action and emergency procedures; training, awareness, and competence;
organizational decision-making and planning; document control; and continuous evaluation and
improvement.  *See* ECP, Attachment 2.

shoreside so that necessary updates to the EMS can be identified and incorporated.  This will require (as to internal sources of information) the consistent and strategic use of information and tools such as incident reports, near miss reports, audit reports and findings, investigation reports and findings, root cause analyses, and corrective and preventive action plans—along with tracking and trending of all of the above.  As discussed in the CAM's prior reports, the Company faces barriers and opportunities for improvement in these areas.  *See, e.g.*, CAM First Annual Report at 26-27 (discussing inconsistent approaches to incident and near miss reporting), 33-40 (discussing ineffective internal investigations); CAM September 2018 Quarterly Report at 23 (discussing the Company's proposed policy revisions and proposed plan to improve internal investigations).  The CAM will continue to monitor the Company's efforts in these areas, including future updates to EMS policies and procedures.

> 2.   Fleet Engineering Survey Corrective Actions

The ECP requires the Company to "issue a survey to all shipboard engineering officers and all Environmental Officers on its vessels for information on how to improve MARPOL compliance, to include what new equipment, maintenance, parts, and procedures would be beneficial" that includes an "assessment requesting the frank opinions of the vessels' engineers as to their ability to adequately maintain the vessels' systems, equipment, and components." ECP § IX.N.1.  The ECP further requires the OLCMs to "evaluate the responses and, together with the CCM, establish a plan to evaluate, test, and implement viable ideas for improvement." ECP § IX.N.2.  The Company must provide a summary of the reported information and corrective actions to the Interested Parties, the TPA, and the CAM.  ECP § IX.N.3.

Pursuant to these requirements, the Company retained DuPont Sustainable Solutions ("DuPont") to conduct a Fleet Engineering Survey.  On March 22, 2018, the Company provided

the Interested Parties, the CAM, and the TPA with a presentation prepared by DuPont summarizing the survey results. *See* Letter from C. Donald, *Environmental Compliance Plan – Fleet Engineering Survey Results* (Mar. 22, 2018); PCL_ECP00042039 – PCL_ECP00042095. On November 1, 2018, the Company provided the Interested Parties, the CAM, and the TPA with a summary spreadsheet of the corrective actions developed in response to the Fleet Engineering Survey results. *See* Letter from C. Donald, *Environmental Compliance Plan – Fleet Engineering Survey Actions* (Nov. 1, 2018); PCL_ECP00083509 – PCL_ECP00083538.

The CAM Team has reviewed the Company's Fleet Engineering Survey corrective actions. The CAM recognizes the challenges of identifying and sharing best practices in the context of the Company's complex corporate structure and lack of centralization and will seek to learn more about the various approaches by the different operating lines to address the issues identified in the survey.

### C.     Initiatives beyond ECP Requirements

The Company continues to develop and implement a number of initiatives that go beyond the enumerated ECP requirements. *See* CAM First Annual Report at 4, 19-21; CAM September 2018 Quarterly Report at 16-17. These initiatives include:

- Developing a plan to sustain and grow the Operation Oceans Alive program in 2019. The Company describes the program, which launched in January 2018, as "a call to action for all personnel" that "is designed to change attitudes and behaviors toward the environment." October 2018 USPO Supervision Report, Attachment 3, at 3. As part of this program, the Company rolled out a second video with the Carnival Corp. CEO to shipboard and shoreside personnel that "encourages all personnel to join the Operation Oceans Alive mission to stand together to keep our oceans clean." *Id.*

- Launching a case study initiative as part of the Operation Oceans Alive program. The Company describes the case study program as "a way of sharing lessons learned from incidents as part of [its] commitment to establish a strong learning culture." *Id.* at 2. Each month, the CCM team has been aiming to produce a short (*e.g.*, one-page) document that provides a summary of a notable environmental incident that occurred on a Company vessel, along with a bulleted list of lessons learned. *See* Employee

Interview Notes.  For example, a recent case study involved an incident in which an Oily Water Separator was operated without its Chemical Injection System (which aids the separation of oil and solids from bilge water) and related chemicals in place, and the responsible engineer did not report the defect.  Lessons learned included to "[p]ay close attention to oil filtering equipment during watchkeeping rounds and inspections to make sure that equipment is being operated and maintained correctly" and to "[r]eport equipment defects in accordance with Company procedures."  *See* Case Study #01-2018.  To date, four case studies have been issued, with a fifth one in development.  The CCM reports that his team is in the process of hiring a new manager whose key responsibilities would include managing the case study program and issuing at least two case studies a month.  *See* Employee Interview Notes.

- Launching an online chat forum for Environmental Officers called the "The Environmental Hub" for environmental compliance and stewardship related discussions.  The Hub is described as a platform for Environmental Officers to ask questions, give advice, share best practices, post photographs, and otherwise communicate.  It is also an avenue for the CCM to engage with Environmental Officers.  The forum went live on November 8, 2018.  *See* October 2018 USPO Supervision Report, Attachment 3, at 2.  Since then, the level of activity is reportedly high, and the CCM recently used the Hub to host a competition for new slogans for shipboard signs in support of  environmental compliance  (*e.g.*, "Be fantastic— Remove the plastic" for the food pulper station).  *See* Employee Interview Notes.  In the future, the CCM plans to use the forum to solicit feedback from Environmental Officers on proposed new or updated policies and procedures before those policies or procedures become final.  *See id.*

- Continuing to implement the  "Stand in Compliance" program that includes installing warning signage and other markings on and around oil filtering and monitoring equipment to "make the equipment stand out to emphasize its importance and remind personnel follow procedures when operating it."  October 2018 USPO Supervision Report, Attachment 3, at 3-4.  The Company reports that fleetwide installation is complete.  *Id.* at 4.

[*See photographs on following page.*]

CONFIDENTIAL                                        December 18, 2018

 

**"Stand in Compliance" Signage on the *Carnival Vista*: White Box (left) and Oily Water Separator (right).**

### D.    Personnel

As part of its ongoing examination of personnel issues, during the second quarter of ECP Year Two, the CAM Team attended an Environmental Officer conference and visited three manning agencies[25] that the Company uses to recruit and train ratings.[26] *See* CAM First Annual Report at 72-73; CAM September 2018 Quarterly Report at 17-18.

---

[25] Manning agencies are "companies that act as an employment agency for seafarers. Seafarers use them to find employment at sea and shipping companies use them to source crew." http://sea-jobs.net/encyclopediaen/163.

[26] Ratings are members of a ship's crew other than the Captain or an officer. International Convention on Standards of Training, Certification and Watchkeeping for Seafarers, 1978, as amended ("STCW Convention"), Annex, Ch. 1, Reg. I/1.13. Engine room ratings include wipers, motormen, plumbers, and fitters.

CONFIDENTIAL                                              December 18, 2018

1.    <u>Environmental Officers</u>

*i.    Environmental Commitment Conference*

As discussed in the prior Quarterly Report, the CAM Team attended the Company's first "Environmental Commitment Conference" in Almere, The Netherlands from September 11-13, 2018, which "brought together Environmental Officers from across the fleet with shoreside environmental compliance, environmental operations, technical, and training personnel."  August 2018 USPO Supervision Report, Attachment 3, at 4; CAM September 2018 Quarterly Report at 17-18.  The CAM commends the CCM and his team for their significant efforts and impressive accomplishment in organizing and running this valuable and informative event, and commends the Company for providing the resources to make it happen.[27]  The Environmental Officer and shoreside attendees were energized and engaged, and actively shared concerns and ideas for improvement related to training, work load, job position and status, career path, shoreside support, shipboard support, corporate culture, "tone from the top," and ways to improve existing policies and procedures.  *See* CAM September 2018 Quarterly Report at 17-18.  The CCM committed to following up on a number of these issues.  *See id.*; Conference Notes.

Some of the specific concerns identified at the conference were:

- Unsustainability and inconsistency of the Environmental Control System seal/lock program.  *See* ECP § IX.B.  Among other concerns, the Environmental Officers noted that ships take different approaches to implementing the current vulnerability assessment guidance (with some ships having fewer than ten seals, and some having over two thousand).  As a result, Environmental Officers reported taking anywhere from two hours to two days to complete weekly seal checks.

- Lack of clarity associated with the ECP provision requiring Environmental Officers to "[c]onduct unannounced machinery space visits at least twice per week to observe the operation of the [Oily Water Separator] and [Oil Content Meter] (when in operation) for a period of one hour, including start and stop times."  ECP §

---

[27] The Company reports that it plans to hosts additional "Environmental Commitment Conferences" in May and November 2019.  *See* Employee Interview Notes.

IV.A.2.j.ii.[28]  The Environmental Officers noted uncertainty as to how some of this language should be interpreted (*e.g.*, is it required that the equipment be in continuous operation for the entire one-hour period?  Is the Environmental Officer required to order engineers to start and/or stop the equipment during the visit if it does not happen to already be running?).

- High volume and pace of new/updated policies and procedures.  The Environmental Officers expressed that shoreside offices tend to issue new/updated policies and procedures to the ships without clear directions and without first consulting to see if the ships' crews have the resources, time, and experience to implement them.  Some Environmental Officers proposed that shoreside offices vet proposed new/updated environmental policies or procedures with a working group of Environmental Officers to solicit their feedback ahead of time.

- Lack of clear communication between shoreside offices and ships.  Among other concerns, Environmental Officers noted unresponsiveness from shoreside personnel in the operating lines to certain inquiries and requests, and, as discussed above, a failure of shoreside to consult with the ships prior to implementing new/updated policies and procedures.

- Challenges in delivering and tracking ECP-required training.  Environmental Officers expressed concerns about the ECP-required training they are responsible for delivering, including concerns related to content (*e.g.*, training not sufficiently tailored or relevant to all crew members), short time-frames for delivery, large class sizes, and the heavy administrative burden associated with tracking which employees have received training.

- Inadequate training for the Environmental Officer position.  Some Environmental Officers felt that the current training for new hire Environmental Officers is inadequate.  Specific concerns included that the training at the Company's CSMART training center is too rushed; the current three-week period for onboard training is too short; and there is insufficient mentoring of new Environmental Officers onboard.

- Lack of job status.  Some Environmental Officers felt that the Company has not sufficiently promoted or explained their role to others on the ships, and that this makes it more challenging—especially for those who are younger or new hires—to be effective leaders onboard.  Some also said they feel isolated and like they are seen as a spy or policeman on the ships, rather than as part of a team.

- Lack of a career path for Environmental Officers.

---

[28] The provision further requires that at least one of the two required weekly visits be conducted "outside of normal day work hours."  *Id.*

CONFIDENTIAL                                            December 18, 2018

*See* Conference Notes.

Since the "Environmental Commitment Conference," the CCM has taken actions to

follow-up on some of these items, including:

- Working to develop proposed revisions to the ECP provision requiring Environmental Officers to make unannounced visits to machinery spaces to observe the operation of the Oily Water Separator and Oil Content Meter. ECP § IV.A.2.j.ii. These revisions would be designed to clarify what Environmental Officers must do to fulfill this requirement and reduce the current uncertainty, stress, and time associated with this task. The revisions would also be designed to make compliance more easily audited by the TPA. *See* Conference Notes; Employee Interview Notes.

- Launching "The Environmental Hub" chat forum, discussed above in Part III.C.

- Ongoing efforts to improve and enhance training, discussed below in Part III.H.1.

    ii.    *Psychometric Evaluation Program*

The Company reports that it has begun implementing a psychometric evaluation program

for new hire Environmental Officers. Traits being assessed include logical reasoning,

mechanical aptitude, conscientiousness, emotional stability, situational awareness, and safety

orientation. *See* October 2018 USPO Supervision Report, Attachment 3, at 4; Employee

Interview Notes.

    2.    Ratings

As discussed in the CAM First Annual Report, during ECP Year Two the CAM Team is

examining the recruitment and training of ratings. *See* CAM First Annual Report at 73.

Recruitment and training of ratings for the Company is often conducted by third-party manning

agencies. The Company uses agencies in the Philippines, Indonesia, and India.

From November 11-14, 2018, the CAM Team, accompanied by a Company

representative from the CCM team, visited three manning agencies in Manila, Philippines:

Magsaysay Maritime Corporation,[29] Bahia Shipping Services, and United Philippine Lines. Together, these manning agencies provide a mixture of deck, engine, security, and hotel crew for the Company's AIDA, Costa, Carnival Cruise Line, Holland America Line, and Princess Cruises brands. Each manning agency also provides crew for other maritime customers, such as shipping companies. The Company assisted the CAM Team in arranging these visits, and agreed to have a member of the CCM's team accompany the CAM Team during the visits.[30]

The CAM Team visited each agency separately. During these visits, the CAM Team met with executive leadership from each agency, as well as manning agency personnel working directly on manning for the Company. The meetings focused on recruitment and training of ratings and other employees for the Company's brands, as well as the training facilities and resources.[31]

While each agency was different, in general, the process begins with the Company providing the agencies with minimum hiring qualifications (such as whether the seafarer has completed certain training programs, has passed certain medical examinations, and has met certain visa requirements). The agencies then use these qualifications to identify potential

---

[29] Magsaysay Maritime Corporation encompasses several different entities involved in manning for the Company. The CAM Team visit included the MOL Magsaysay Maritime Academy (a new facility that trains deck and engine officers, including a small number of officers for the Company); the Magsaysay Institute of Shipping (which provides technical training primarily for engine ratings and security officers); the Magsaysay Center for Hospitality and Culinary Arts (which provides training for hotel and culinary crew members); and the Magsaysay manning office.

[30] The CAM expresses special thanks to Robert (Jerry) Montgomery of Carnival Corp. for his efforts in facilitating these visits and supporting communication with each of the manning agencies.

[31] Not all of the manning agencies provide direct training services. Some agencies provide training verification services only—*i.e.*, verifying that a candidate has received certain required trainings and certifications.

candidates.  After candidates are screened and selected as crew for one of the Company's brands, the manning agency either provides, or arranges for, the crew member's general and/or Company-specific training that is necessary prior to joining the ship.

The CAM Team and the CCM plan to continue their joint effort to learn more about the recruitment and training of ratings, including during vessel and shoreside facility visits—and visits to additional manning agencies.  Areas of inquiry include:

- **Global HESS/ECP Awareness Training.**  The Company's brands take different approaches to requiring that manning agencies provide Company-specific training on the ECP or Global HESS.  One brand does require the manning agency to provide a Global HESS orientation prior to joining the ship, but others do not.

- **Communication and Coordination.**  As in other areas, the Company appears to take a decentralized approach to manning, with the levels of involvement with, and oversight of, the manning agencies varied by brand.  That said, there is at least one instance of cross-brand coordination: the security officer training course at Magsaysay appears to meet the training and manning requirements of all brands.  *See* Interview Notes.

### E.     Corporate Structure and CCM Authority

In September 2018, the Company submitted responses to the Court's Order of July 13, 2018 requiring the Company to provide "a plan as to how Carnival and its brands will address the challenge of corporate structure set forth in the [CAM First Annual Report], including prioritizing and standardizing environmental compliance across the company and establishing a Corporate Compliance Manager with both responsibility and authority over environmental policy and the Environmental Compliance Plan."  Dkt. No. 75 at 2.

1.     Centralization

i.     *Response to the Court's Order of July 13, 2018*

As discussed in the prior Quarterly Report, on September 17, 2018, the Company submitted a letter to the Interested Parties, the TPA, and the CAM in response to the first part of

the Court's Order of July 13, 2018—*i.e.*, to provide "a plan as to how Carnival and its brands will address the challenge of corporate structure set forth in the [CAM First Annual Report], including prioritizing and standardizing environmental compliance across the company." *Id.*; *see* Letter from Vice Admiral (Ret.) B. Burke, USN, *Company Response to the Order issued on July 12, 2018* (Sept. 17, 2018), PCL_DOJ_00005737 ("Company Response Letter"); CAM September 2018 Quarterly Report at 19.

The CAM Team has reviewed the Company Response Letter. The letter provides an overview of (1) the Company's existing corporate structure, including "some of the efforts already taken to foster uniformity and centralization of some operations that align with the [ECP]," Company Response Letter at 1; and (2) recent and upcoming Company initiatives to address concerns raised in the CAM First Annual Report.[32] *See id.* The letter provides the Court with greater detail about these efforts than what has usually been provided in the Company's Probation Reports. While the letter does not provide a concrete set of detailed action items in response to the Court's order, developing such an approach in a decentralized organization is a formidable task. Providing the Court more information and visibility into these efforts is part of the strategic planning and budgeting review that the CAM Team is exploring in its visits to Company shoreside offices. *See infra*, Part III.I.

      ii.    *Efforts to Standardize or Centralize Environmental Compliance*

As noted above, the Company has undertaken various efforts to standardize or centralize environmental compliance functions, including:

- **Developing a Corporate-Wide Incident and Near Miss Reporting System.** The Company continues its efforts to develop a corporate-wide incident and near miss reporting system called SeaEvent, with pilot testing to take place from October 2018

---

[32] The CAM is not making assessments regarding the sufficiency of these various efforts in this Report, but may do so in a future report.

CONFIDENTIAL                                    December 18, 2018

– May 2019, and a staggered roll-out to be complete by the end of 2019.  October 2018 USPO Supervision Report, Attachment 3, at 4.  If successfully implemented, SeaEvent could improve the consistency of the Company's incident reporting, which could enable better fleetwide information-sharing and tracking/trending of incident data.

- **Obtaining a Single Corporate-Wide ISO-14001 Certification.**  As noted in the prior Quarterly Report, the Company obtained a single corporate-wide ISO 14001:2015 certification on September 14, 2018.[33]  CAM September 2018 Quarterly Report at 20.  Traditionally, each of the Company's brands individually held their own separate ISO-14001 certification.  However, "with the implementation of ISO 14001:2015, the decision to transition to a single corporate ISO 14001:2015 certification was made."  October 2018 USPO Supervision Report, Attachment 3, at 4.  According to the Company, this transition was "a big step towards demonstrating the Company's proactive commitment to improving [its] environmental performance and [its] commitment to protecting the environment.  Furthermore, the transition is aligned with the strategic move towards a single EMS within Global HESS, further drives cross-brand standardization and best practices, and reduces administrative burdens."  *Id.*

- **Implementing a Single Oily Water Separator and Oil Content Meter Service and Maintenance Contract.**  The Company continues to negotiate a single Oily Water Separator and Oil Content Meter service and maintenance contract for the entire corporate fleet.  The objective of this project is "to harmonize all brand individual contracts into one corporate contract."  *Id.* at 5.  The scope of the contract includes "preventative maintenance service, operation check of the flow switch, training of systems operators during visits, and culture of compliance dedicated shipboard training."  *Id.*  If a single contract is obtained, it could help standardize and improve the efficiency of the maintenance, operation, and repair of the equipment, as well as the sharing of best practices across ships and brands.

---

[33] Developed and published by the International Organization for Standardization ("ISO"), ISO-14001 is an international standard that "sets out the criteria for an environmental management system and can be certified to.  It maps out a framework that a company or organization can follow to set up an effective environmental management system."  ISO, ISO 14000 family – Environmental Management, ISO.ORG, https://www.iso.org/iso-14001-environmentalmanagement.html.  To receive an ISO-14001 certification, a company's environmental management system must be audited by an authorized organization (such as a Classification Society).  If obtained, an ISO-14001 certification indicates that a company's environmental policies and procedures meet the criteria set out in the standard.  However, a certification only confirms that the policies and procedures are in place and that the company is capable of implementing them; it does not confirm that a company is actually complying with these policies and procedures at all times.

December 18, 2018

- **Considering a Single Planned Maintenance System.**  The Company reports that it is "considering moving" to a single Planned Maintenance System to be used across the fleet, and that "[d]iscussions are ongoing."  *Id.* at 4.  Currently, at least two different systems are used.  *See* Employee Interview Notes.  Moving to a single system could help drive cross-brand standardization and sharing of best practices for Planned Maintenance System-related activities, including the tracking and ordering of critical spare parts.

    2.   <u>CCM Authority</u>

The Company has acknowledged the need to address its agreed upon obligation to provide the CCM with both the responsibility *and the authority* "to ensure full implementation of [the] ECP."  ECP § III.A.2; *see also* CAM First Annual Report at 4, 27-30.  To address the Court's concern about this obligation, on September 5, 2018, the Company provided the CAM, the TPA, and the Interested Parties with a procedure that purports to set out the "authority, roles, responsibilities, and interrelationships" of the CCM.  *See* CAM September 2018 Quarterly Report at 19; Email from D. Kelley, *CCM Procedure* (Sept. 5, 2018); HMP-1005, *Corporate Compliance Manager Responsibilities and Authority* (Sept. 4, 2018) ("CCM Procedure").

In part, the Court's inquiry reflects a concern that the CCM position is an artifact of probation, and that the CCM is not positioned to serve in a continuing role with the authority to support sustainable compliance.  In this regard, the focus of the CCM Procedure provided by the Company is often on the ECP, rather than on environmental compliance more broadly.[34]  While the Company has made statements to the Court suggesting a longer term commitment to portions

---

[34] For instance, many statements about the scope of the CCM's authority are tethered to the ECP, including the following: "[t]he CCM and Chief Maritime Officer are empowered by the Board of Directors of [Carnival Corp.] with the overall direction and control of the *implementation and administration of the 2016 [ECP]*;" "[t]he CCM has the authority *to implement and administer the ECP*;" "[t]he CCM . . . also ha[s] the authority to access all records, documents, facilities and vessels, including all spaces within vessels necessary to perform the CCM's *ECP oversight function*."  CCM Procedure at § 2.1 (emphasis added).

of the ECP, *see, e.g.*, Status Conf. Tr. at 45:2-45:19 (July 11, 2018), a fair reading of the CCM Procedure could lead to the conclusion that the CCM position is a temporary one that will not extend beyond the five-year period of the ECP.

Rather than making clear the authority of the CCM, the procedure limits the CCM's authority in a number of ways.  For example:

- The CCM position is a "Vice President" rather than a "Senior Vice President" or "Executive Vice President" level position.  The Chief Maritime Officer has several Senior Vice Presidents reporting to him, which suggests that the CCM (and the role of compliance) has a lower relative stature than some of the Chief Maritime Officer's other direct reports (and their corresponding functions).  *See id.* at § 2.3.

- The CCM position largely resides outside of the Company's other compliance functions.  For instance, the CCM functions separately from the Carnival Corp. Vice President of Ethics and Compliance, who reports to the General Counsel.  This reflects the broader lack of a unified compliance department/function at the Carnival Corp. level.[35]  *See id.* at § 3.5.3.

- The CCM's oversight and implementation authority is diluted among multiple other parties, including the Chief Maritime Officer, *see id.* at § 2.1, the Carnival Corp. Vice President of Ethics and Compliance, *see id.* at § 3.5.3, and "all other Operating Line departments that have any responsibility concerning environmental compliance including, but not limited to, Maritime Policy and Analysis (MPA), [Maritime Quality Assurance (MQA)], CSMART, Risk Advisory and Assurance Services (RAAS), Corporate Ship Building, Marine Technology, and Operating Line Marine, Technical, Environmental, Supply, and Human Resources teams."  *See id.* at § 2.4.

- The OLCMs report to other personnel and corporate groups in addition to the CCM.  *See id.*

- Many of the CCM's specific responsibilities and authorities are vague.  For example, the procedure states that the CCM "communicates and collaborates" with operating line departments "that have any responsibility concerning environmental compliance," but does not clarify what authority, if any, the CCM has over them.  *See id.*  It also states that the CCM is the "controlling authority" for environmental

---

[35] Certain operating lines or brands have a Chief Ethics Officer or a Chief Sustainability Officer. However, there is no equivalent position above the Vice President level at the Carnival Corp./All Brands Group level.

December 18, 2018

training curricula, but does not explain what this means or how this is to be reconciled with the work of CSMART and others.  *See id.* at § 3.1.[36]

In sum, the CCM Procedure does not establish the CCM as a position with "both responsibility and authority over environmental policy and the [ECP]."  Dkt. No. 75 at 2.  Similarly, the CCM Procedure does not provide for a sustainable CCM role that is fully integrated into the Company's compliance efforts and structure, with actual authority over critical components of compliance.  The CAM will continue to engage with the Company on this issue.

### F.    Compliance Culture Assessment

Consistent with discussions held by the CAM, the Government, and the Company, the CAM retained maritime culture expert PROPEL SAYFR AS[37] ("Propel") to develop and implement a culture survey that assesses both the strengths and the opportunities for improvement in the Company's environmental compliance culture.  *See* Second Annual Work Plan at 10-11; CAM September 2018 Quarterly Report at 22-23.  Since its retention in the spring of 2018, Propel has developed a compliance culture survey instrument that is designed to measure the Company's environmental compliance culture.  This culture assessment focuses on the corporate culture attributes that relate to the interrelated obligations of safety, health, and environmental compliance.  Propel engaged with the Company to incorporate the Company's specialized knowledge and perspectives.

---

[36] Nor does it explain why the CCM "is a stakeholder in, but does not control the curriculum for" the EGCS or Energy Efficiency courses at CSMART.  *See id.*

[37] At the time of the retention, Propel's culture survey team was part of "PROPEL AS."  Since that time, Propel has undergone a corporate re-structuring, and the culture survey team is now part of "Propel SAYFR AS."

CONFIDENTIAL                                                    December 18, 2018

A draft of the survey instrument was introduced in September 2018.  Piloting of this draft instrument was accomplished through focus groups with Company personnel, including with the OLCMs and the CCM's working group, and through multiple ship visits and shoreside discussions across various brands.  The purpose of this piloting was to seek to ensure that: (1) survey questions, terms, and phrases are readily understood by the Company's employees; (2) the survey length is appropriate; (3) survey language translations are accurate; (4) the survey implementation plan is compatible with the Company's information technology platforms; and (5) the purpose of the survey is widely understood.  Feedback from this piloting was incorporated into the survey instrument, which was finalized in November 2018.

The survey will be administered to shipboard employees and covered shoreside personnel—a total of over 80,000 people.[38]  For respondents onboard ships, the survey can be accessed free of charge on Company and personal devices.  Additionally, Propel retained experts to translate the survey from English to the following languages:  Bahasa, German, Italian, Mandarin, Portuguese, Russian, Spanish, and Tagalog.  These languages were chosen based on discussions with the Company's working group and are intended to assist populations who may prefer to take the survey in their native language.

The survey contains approximately sixty questions and takes an average of fifteen to twenty minutes to complete.  The anonymous survey also provides respondents with the opportunity to provide a "free text" response.

The survey launched onboard ships and on shore on December 5, 2018, and the survey period is scheduled to close on December 24, 2018.  However, as of December 17, 2018, the

---

[38] The Company sought and the CAM agreed to expand the survey beyond only those personnel central to compliance functions.  The Company stated that it views this survey as a tool through which it can increase broad employee engagement on environmental issues.

response rate for the survey was only twenty-three percent.  The goal response rate is eighty percent, and Propel reports that similar surveys normally return a response rate of more than seventy percent.  Propel, the CAM, and the Company are considering options to achieve a response rate sufficient, at least, to yield statistically significant results (which Propel reports would require at least a fifty percent response rate).

In advance of the survey launch, Propel urged that the Company disseminate to its ships and shoreside offices a set of video messages—one from the CEO and another from the CAM—to introduce the survey and encourage participation.  The Company elected to have its video be from the CCM instead. Beginning in January 2019, Propel will conduct focus group sessions on ships and at shoreside locations to clarify and contextualize observed survey trends and responses.  The target date for results from the survey is May 2019.  Propel will conduct a second survey before the completion of the five-year probationary period.

### G.    Investigations

As discussed in the prior Quarterly Report, on September 5, 2018, the Company provided the CAM with a "proposed plan to enhance the internal incident investigation program employed within the Company and its respective brands."  Letter from C. Donald, *Company's Proposed Change to Maritime Investigations & Modification of the ECP* (Sept. 5, 2018), at 1; CAM September 2018 Quarterly Report at 24.  The Company's proposal includes a plan to create a new Global HESS Investigations Department that would be separate from RAAS and would take over from RAAS responsibility for all significant HESS incident investigations.  *See id.*  To allow for this re-structuring, the CAM understands (and supports) the Company's intent to pursue modifications to ECP Sections III.B.1(b) and (c)—which currently provide for RAAS to investigate Covered Vessel casualties and oil pollution incidents and Hotline reports.  *See id.* at

24-25. The CAM Team will continue to follow the Company's efforts to implement its proposed plan.[39] In addition, the CAM Team continues to monitor the Company's progress in implementing DNV-GL's recommendations, in connection with the timeline the Company provided on September 21, 2018. *See id.* at 24 (citing Email from B. Herrmann, *Investigations Timeline – U.S. v. Princess Cruise Lines, Ltd. 1:16-cr-20897 (S.D. Fla.)* (Sept. 21, 2018)).[40]

### H.   Training

As part of its ongoing examination of training, the CAM Team continues to monitor the Company's various training-related initiatives. *See* CAM First Annual Report at 21-23, 69-70; CAM September 2018 Quarterly Report at 25-27. During the time period covered by this Report, the CAM Team also observed portions of engineering and leadership courses at the Company's CSMART training facility, visited three manning agencies (discussed above in Part III.D.2), and joined a meeting with the Company's Operating Line Training Managers and other corporate compliance personnel. In addition, the TPA performed an audit of two CSMART training courses.

#### 1.   Updates on Company Initiatives

The Company continues to invest significant resources in environmental and ECP-related training. *See* CAM First Annual Report at 21-23, 69-70; CAM September 2018 Quarterly Report at 25-27. Recent updates include:

- **CSMART Training Courses.** As of October 2018, the Company has conducted thirty-one "Environmental Officer 1" training courses and ten "Environment Officer 2" training courses at the CSMART training center in Almere, The Netherlands.

---

[39] The CAM understands this proposed approach to be on hold as the Company conducts a search for someone to lead the new investigation group. *See* Employee Interview Notes.

[40] The CAM understands that the TPA is also monitoring the Company's efforts to improve its investigation program, and is planning a shoreside office audit in early- to mid-2019 to evaluate the Company's progress in these efforts. The CAM Team may join the TPA on this audit.

These courses are taught by two full-time Environmental Officer course instructors and two operating line instructors.  The Company has also created a new position, Director of Environmental Training, which has been filled by a Chief Engineer/former Fleet Chief Engineer from Princess Cruises.  *See* October 2018 USPO Supervision Report, Attachment 3, at 2.  In addition, retired Canadian Rear-Admiral William Truelove recently assumed his responsibilities as Managing Director of CSMART.  *See* Employee Interview Notes.

- **Compliance to Commitment ("C2C") Training Program.**  The Company continues to deliver its C2C environmental training program, which began in October 2017, to all engineers and deck officers attending CSMART.  The Company describes the program as "communicat[ing] [its] commitment to environmental compliance and stewardship, as well as detail[ing] the events that occurred onboard the Caribbean Princess."  October 2018 USPO Supervision Report, Attachment 3, at 2.  The Company has retained an expert training team from the University of West Florida "to assist in the redesign and enhancement of the C2C course," and development of the next course is underway.  *Id.*  The Company plans to launch the redesigned C2C course in early 2019 under the new title of "Operational Excellence" and continue it at CSMART through 2019.  *Id.*

- **Shipboard Training Review.**  The Company has retained training experts from the University of West Florida to "conduct a focused review of shipboard training," including training materials and training procedures, and identify areas for improving this training going forward.  Response to TPA First Annual Report at 7.  The Company reports that this review is now set to begin in the summer of 2019.  *See* Employee Interview Notes.

- **Environmental Induction Training Materials.**  The Company has developed a new ECP training video and presentation slides for the onboard environmental induction training that Environmental Officers give to newly joined crew members.  These materials are in the final editing stages.  October 2018 USPO Supervision Report, Attachment 3, at 2.

- **GLADIS System.**  The Company continues to roll out its "single electronic learning management system," called GLADIS.  GLADIS is designed "to facilitate completion and tracking of the basic environmental training for shoreside employees and pre-learning training for Environmental Officers.  It will eventually be used for all HESS related trainings."  *Id.*

CONFIDENTIAL                                                    December 18, 2018

- **CrewTube.** The CrewTube smart phone/tablet training application is now available for operating lines to implement. The tool "will allow a number of HESS awareness trainings to be conducted prior to joining the ship." *Id.* at 2-3.[41]

    2.   <u>CSMART</u>

     *i.   CAM Team Visit to CSMART (September 11-13, 2018)*

As discussed in the prior Quarterly Report, while in Almere for the Environmental Officer Conference from September 11-13, 2018, the CAM Team had the opportunity to observe portions of training courses at CSMART, including (1) Continuous Development Engineering, which "comprises a review and consolidation of technical and non-technical skills/competence expected for the [engineer's] rank;" and (2) Leadership, which aims "to set a common and consistent approach to operational leadership on board ships." *See* PCL_ECP00055978; CAM September 2018 Quarterly Report at 26.

The CAM Team observed two Engine Room Watchkeeper Simulations that were part of the week-long Continuous Development Engineering curriculum. During each simulation, an engineer attending the training course was situated in a sophisticated Engine Control Room simulator.

The CAM Team also observed two segments of a week-long Leadership Course. The course is not mandatory, and the attendees are primarily shipboard officers. The portions of the course attended by the CAM Team were engaging and interactive. There were team-building exercises, as well as an extended accident case-study. The course focused on teamwork and creating a speak-up culture.

---

[41] The CAM remains aware of employee concerns related to the fact that the proposed use of CrewTube appears designed to shift required employee training to times when they are not being paid. *See* CAM September 2018 Quarterly Report at 26, n.22.

ii.    *TPA Audit of CSMART Training Courses (August 20-24, 2018)*

The TPA performed an audit of the following two CSMART training courses from August 20-24, 2018: (1) the "Environmental Officer 2 (EO2)" training course; and (2) the "Compliance 2 Commitment (C2C)" workshop.  *See* ABSG, Carnival Corporation Environmental Compliance Audit Report, CSMART: Environmental Officer Course II (EO2), Compliance 2 [C]ommitment Workshop (C2C) (Aug. 28, 2018) ("CSMART Year Two TPA Audit Report").  The EO2 training course is a four-and-a-half day course given to Environmental Officers who have completed an EO1 training course.  *Id.* at 3.[42]  The C2C workshop is a six-hour module that is added to all engineering courses given at CSMART "to increase environmental knowledge throughout the fleet" and "help the students to understand the different shipboard personnel responsibilities regarding the ECP."  CSMART Year Two TPA Audit Report at 16.

The TPA's audit of the EO2 course focused on "the course's prerequisites, the course curriculum, testing, and the feedback loop for changing course material."  *Id.* at 4.  The TPA also reviewed the Company's corrective actions developed in response to the findings from the TPA ECP Year One audit of the EO1 course.  *Id.* at 7.  Overall, the TPA made eleven Observations and did not issue any Major Non-Conformities or Non-Conformities.  *See id.* at 5-6.  Several of the TPA's Observations took the form of positive observations or recommendations, including:

- All Observations from the TPA's ECP Year One audit of the EO1 course had been adequately addressed with corrective actions.  *See id.* at 7.

- The EO2 course "does a good job in expanding [Oily Water Separator] knowledge and understanding.  The course reinforces EO1 course knowledge and gives students

---

[42] The TPA conducted an audit of the EO1 training course during ECP Year One.  *See* CAM First Annual Report at 69-70.  The TPA found that the EO1 course generally met ECP obligations, but made several Observations and noted a number of factors that adversely impacted the effectiveness of the course.  *See id.*

December 18, 2018

more time exploring the [Oily Water Separator] and increasing their knowledge." *Id.* at 6.

- During the voyage planning lecture, having a video of an Environmental Officer presenting a voyage planning brief was "helpful with discussions in the classroom." *Id.* The TPA recommended a similar exercise for the simulator exercise and other modules. *Id.*

- Currently, course managers are collecting best practices and photos of actual shipboard pollution prevention equipment to be used in classroom instruction "on a limited basis." *Id.* at 5. The TPA recommended that the collection of these materials be more widespread, noting that "[w]hen used in modules, class discussions and participation increased." *Id.*

The TPA's Observations also noted areas for improvement, including:

- A need to revisit and revise the goals and objectives for the course's first day communication block. "The current goals listed are very broad and are not specific to the modules taught for the duration of the day." *Id.* at 5.

- Certain pedagogical approaches. For example, the TPA was somewhat critical of the simulator exercise, expressing concern that it used too many scenarios in a short time; that successful completion of scenarios was unlikely; and that the instructors did not respond to requests for assistance to a sufficient degree. *Id.* The TPA also criticized some course materials for making negative comments about shipboard performance practices by the Environmental Officers. *Id.* Without more context, it is not possible to validate or accept these critiques, but they are provided here in the interest of transparency.

- A tendency of certain factors—first noted in the TPA's report for its ECP Year One audit of the EO1 course—to adversely impact the effectiveness of the course, including variation in the level of student maritime and engineering experience, variation in the applicable shipboard procedures between the operating lines, and variation between pollution prevention equipment used in the course and that in operation on certain vessels. *Id.* at 8; *see also* CAM First Annual Report at 70.

With respect to the C2C workshop, the TPA did not issue any formal findings. However, the TPA did note several positive items, including:

- The instructors were "knowledgeable regarding international environmental treaties and some individual country requirements. All instructors understood the ECP requirements." CSMART Year Two TPA Audit Report at 16.

- The material—the majority of which was directly linked to the ECP—was "well presented and complete." *Id.*

CONFIDENTIAL                                            December 18, 2018

- The instructor "did an outstanding job at managing the large group in discussions" and "always had control of the classroom." *Id.*

The TPA also noted some recommendations for improvement, including:

- A recommendation that modules have "information added to define each department's/person's responsibility and the [Environmental Officer's] responsibility regarding the ECP subject." *Id.*

- A recommendation that an Environmental Officer course instructor "be in the classroom for at least a portion of the course to answer questions pertaining to [Environmental Officers] and collect feedback on how [Environmental Officers] are viewed by other personnel." *Id.*

### 3.    Operating Line Training Managers

From October 8-10, 2018, the CAM Team attended a meeting in Miami, Florida with Company representatives, including the CCM, OLCMs, and Operating Line Training Managers.[43]  Among other items, the parties discussed the role of the Operating Line Training Managers.  Currently, their primary function under the ECP is to track that required training is being provided.  However, these individuals may have additional duties that vary from operating line to operating line.  The Company has recognized the need for a more defined, consistent, and robust structure for the Operating Line Training Manager role.  *See* Employee Interview Notes.

### I.    Strategic Planning and Resources for Operations and Compliance

Pursuant to the Court's Order of July 13, 2018, the CAM Team has met with various representatives from Carnival Corp. and its operating lines to seek answers to the Court's inquiry as to "how the Company's long-term strategic plans are formulated and, specifically . . . how

---

[43] The ECP requires the OLCMs to "name Training Officers within their respective Operating Lines to ensure that the training program is uniformly implemented throughout [the Company]." ECP, Attachment 3.  Each of the Company's four operating lines—Holland America Group, Carnival Cruise Line, Carnival UK, and Carnival Maritime Group—has designated an Operating Line Training Manager, though how they were selected is unclear.

environmental compliance has been made part of those plans and how protection of the

environment is being incorporated as a priority into the Company's strategic plans and culture in

a long-term, sustainable manner." Dkt. No. 75 at 3. As noted in the prior Quarterly Report, the

CAM team is being supported in this effort by AlixPartners, a forensic accounting and

investigations firm with particular expertise in corporate compliance and compliance

governance. *See* CAM September 2018 Quarterly Report at 28-29. A representative of the TPA

is also participating in addressing the Court's inquiry.

In August 2018, Carnival Corp.'s Chief Maritime Officer provided a high-level overview

of the Company's general planning process via conference call. *See id.* at 27-28. The CAM

Team and TPA representative then met with Carnival Corp.'s Chief Financial Officer and with

its Controller on September 24, 2018. These individuals provided an overview of how the

corporate finance and accounting function is involved with the following planning processes:

New Build Planning, Strategic Planning, Capital Planning, and Operating Planning. For each

planning process, each operating line submits a plan annually to Carnival Corp. for review and

approval by the Board of Directors.

From October 29-November 1, 2018, the CAM Team and a TPA representative visited

the Carnival UK shoreside office in Southampton, UK. They interviewed the President, the

OLCM, senior maritime and finance management personnel, and over twenty other maritime,

finance, and accounting personnel. Discussions included how Carnival UK develops and revises

its New Build Plan, Strategic Plan, Capital Plan, and Operating Plan from year to year. The

Carnival UK participants described whether and to what extent they considered compliance

generally, and environmental compliance specifically, in each process. Carnival Corp.'s New

CONFIDENTIAL                                    December 18, 2018

Build Department, which is located in Southampton and manages the Company's portfolio of new ships, discussed the design of ships to facilitate compliant operations.

From November 12-15, 2018, the CAM Team and TPA representative performed a similar visit to the Carnival Cruise Line shoreside office in Miami, Florida.

The CAM Team is scheduling similar visits to the shoreside offices of Carnival Maritime Group and Holland America Group for January and February 2019.  The CAM Team expects to respond to the Court's inquiry regarding the strategic planning processes and environmental compliance issues as part of its Second Annual Report.

J.      **Company Vessel Visit Programs**

On September 5, 2018, as requested by DOJ and required by the Court's Order of July 13, 2018, the Company completed production of materials related to undisclosed vessel visit programs conducted by the Company during ECP Year One.  *See* Dkt. No. 75; *see also* Letter from D. Kelley, *Environmental Ship Assist Visit Program – Seventh & Eighth Production of Documents* (Sept. 5, 2018).  The Company produced over 17,000 records, which the CAM Team has recently completed reviewing.  The Company also withheld 1,278 records under a claim of privilege and redacted 289 records.

The CAM is coordinating a meeting with the Company and the Interested Parties so that the Company, as it requested, can make a presentation on the various undisclosed vessel visit programs and answer questions.

Respectfully Submitted,

STEVEN P. SOLOW
Court Appointed Monitor

December 18, 2018