UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20897-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PRINCESS CRUISE LINES, LTD.,

    Defendant.

_____/

**ORDER SETTING STATUS CONFERENCE**

THIS matter is set to come before the Court for a revocation hearing. In order to prepare for that hearing, it is

ORDERED that:

1. A status conference is set for **May 24, 2019 at 10:00 a.m.**

2. The parties may appear at the status conference by video-conference. Any party that wishes to appear by video-conference shall contact chambers by **May 15, 2019** to make the appropriate arrangements.

3. At the status conference the parties should be prepared to address:

    a. The number of witnesses each side intends to put on, who the witnesses are, and how long each one will take to testify.

    b. The number and nature of the exhibits each party intends to use.

    c. How long will be needed to complete the revocation hearing.

4. The information the parties provide will assist the Court in determining the exact date, during the week of June 17, 2019, when the revocation hearing will begin.

5. The hearing shall be held in Courtroom 11-3 of the Wilkie Ferguson United States Courthouse.

DONE AND ORDERED in Miami, Florida, this 7th day of May, 2019.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record