**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. <u>16 -20897-CR-SEITZ</u>

**UNITED STATES OF AMERICA**

    **v.**

**PRINCESS CRUISE LINES, LTD.,**

    **Defendant.**
    _____/

**UNITED STATES' UNOPPOSED MOTION TO ADJOURN STATUS CONFERENCE**

The United States, by and through undersigned counsel, respectfully submits that the status conference currently scheduled by this Honorable Court for May 24, 2019, at 10:00 am to discuss the date, duration, and other details pertinent to a possible contested hearing on the Superseding Petition to revoke Defendant Princess Cruise Lines, Ltd.'s probation [D.E.-110] (the "Superseding Petition"), may be unnecessary and prays this Honorable Court will reschedule the matter for a substantive hearing on June 3 or 4, 2019, and in support thereof would show:

The United States and Defendant have reached a proposed joint resolution of the specifications in the Superseding Petition and a revocation hearing would be unnecessary if the Court were to accept the proffered comprehensive resolution. The United States, therefore, with the consent of Defendant, respectfully requests an adjournment of the status conference scheduled for May 24, 2019, in order to allow the Court appropriate opportunity to review the comprehensive agreement being proposed by the parties, and to confer with the Court Appointed Monitor, the Third Party Auditor, and the Office of Probation about the proposed resolution.[1]  The parties

---

1 Due to family commitments, neither the CAM nor government Senior Litigation Counsel Richard Udell, are available to appear before the Court on May 24, 2019. While this

respectfully request that the Court schedule a hearing on June 3 or 4, 2019, when all counsel and Interested Parties are available to address the proposed resolution and, the need, if any, for a contested revocation hearing. The parties will present a fully executed copy of the proposed resolution in court.

## RULE 88.9 CERTIFICATION

Undersigned counsel has conferred with counsel for Defendant Princess Cruise Lines, Ltd., who has authorized the United States to represent that Defendant concurs in the relief requested herein, and would be available for a re-scheduled hearing on June 3 or 4, 2019

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   */s/    Thomas A. Watts-FitzGerald*
Assistant United States Attorney
Florida Bar No. 0273538
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9413

/s/    Richard A. Udell
Senior Litigation Counsel
Environmental Crime Section
U.S. Department of Justice
601 D. Street, NW
Washington, DC 20004
Tel: (202) 305-0361

---

circumstance would not have inhibited the ability of the parties to proceed with the status conference as originally conceived, it would have a material effect on the presentation of the proposed agreed resolution to the Court.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

      s/ Thomas A. Watts-FitzGerald
      Assistant United States Attorney

## SERVICE LIST

**UNITED STATES v. PRINCESS CRUISE LINES, LTD.,**
**Case No. 16-20897-CR-SEITZ**
**United States District Court, Southern District of Florida**

David N. Kelley, Esq.
Conrad A. Johnson, IV, Esq.
Benjamin E. Rosenberg, Esq.
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: 212-698-3500
Counsel for Defendant
Service by CM/ECF

Catherine J. MacIvor, Esq.
Paul T. Bagley, Esq.
FOREMAN FRIEDMAN, PA
One Biscayne Tower, Suite 230
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-358-6555
Counsel for Defendant
Service by CM/ECF

David O. Markus, Esq.
40 N.W. Third Street, PH-1
Miami, Florida 33128
Telephone: 305-379-6667
Counsel for Defendant
Service by CM/ECF

      */s/ Thomas A. Watts-FitzGerald*
      Assistant United States Attorney