UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20897-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

## ORDER GRANTING MOTION TO ADJOURN STATUS CONFERENCE

THIS matter came before the Court on the United States' Unopposed Motion to Adjourn Status Conference [DE 119]. The status conference is set for May 24, 2019 and was set to discuss the details of the upcoming contested hearing on the Superseding Petition to revoke Defendant's probation. The United States represents that the hearing is now unnecessary because the United States and Defendant have reached a proposed joint resolution of the specifications in the Superseding Petition. Therefore, the United States seeks to adjourn the May 24, 2019 hearing and set a hearing date to present and discuss the proposed joint resolution. The United States has proposed June 3 or 4, 2019 as a date for the hearing on the proposed joint resolution. Upon consideration, it is

    ORDERED that:

    1. The United States' Unopposed Motion to Adjourn Status Conference [DE 119] is GRANTED. The May 24, 2019 hearing is canceled.

2. A hearing to discuss the proposed joint resolution is set for **June 3, 2019 at 2:00 p.m.** and will be held in Courtroom 12-4.

DONE AND ORDERED in Miami, Florida, this 22nd day of May, 2019.

_Patricia A. Seitz_
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record