UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20897-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

## ORDER RE: JUNE 3, 2019 HEARING

IT IS ORDERED THAT all members of the Carnival Corporation & plc Executive Committee of the Board of Directors shall appear in person at the June 3, 2019 hearing to discuss the proposed joint resolution of the specifications in the Superseding Petition. This includes Mickey Arison, Arnold Donald, and Stuart Subotnick.

DONE AND ORDERED in Miami, Florida, this 24th day of May, 2019.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record