**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 16-20897-CR-SEITZ**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PRINCESS CRUISE LINES, LTD.

    Defendant.

    _____/

**NOTICE OF STRIKING MOTION TO APPEAR PRO HAC VICE**

Undersigned counsel respectfully gives notice of striking the Motion to Appear *Pro Hac Vice* filed May 29, 2019, in order to re-file with updated payment information.

Date: May 30, 2019          Respectfully submitted,

    By: */s/ Stephen S. Stallings*
        Stephen S. Stallings, Esquire
        Fla. Bar No. 958859
        The Law Offices of Stephen S. Stallings, Esq.
        601 Brickell Key Drive, Suite 700
        Miami, FL 33131
        attorney@stevestallingslaw.com
        Tel:  (786) 257-2770
        Fax: (412) 322-7773

        *Counsel for* Fotini Tsavousis Duncombe,
        Theodore Thoma, and Eric Forrer