# HEAL THE OCEAN

APR 1 5 2019

Thursday, April 11, 2019

**EXECUTIVE DIRECTOR**
Hillary Hauser

**BOARD OF DIRECTORS**
Jean-Michel Cousteau
Thomas Dabney
Hillary Hauser
Heather Hudson
Francoise Park
Charles Vinick
Jonathan Wygant

**HONORARY BOARD**
J'Amy Brown
Jack Canfield
Brian Hodges
Julia Louis-Dreyfus
Jack Johnson
Adam Rhodes

**ADVISORY BOARD**
Carol Behar
Jim DeArkland
Mike deGruy*
James Hawkins
Michael Hurley
Nora McNeely Hurley
Dan Johnson
Rick Merrifield
Eric Peterson
Harry Rabin
John Robinson*
Ruston Slager
(*in memoriam)

**OPERATIONS COORDINATOR**
Alison Thompson

**PUBLIC OUTREACH**
Ruston Slager

**EVENT MANAGER**
Heather Hudson

SENT FED EX 8097 2973 1304

Senior Judge Patricia A. Seitz
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miamia Ave., Room 11.4
Miami, Florida 33128

**RE: CARNIVAL SHIPS IN U.S. PORTS - VIOLATIONS OF PROBATION**

Dear Honorable Judge Seitz:

We have just received the Tribune News Service story (enclosed) about your action on Carnival Corporation due to that corporation violating probation by its Princess Ships dumping oil into the ocean for eight years, as well as plastic garbage, and as well as illegally discharging gray water into Glacier Bay National Park in Alaska (!!).

The news of this - including the (to us) horrendous violations of probation terms that were part of a $40 million settlement agreement made in 2017, which includes falsification of records, back-channel lobbying through the U.S. Coast Guard to change the terms of the settlement, (all of these incidents acknowledged by Carnival Corporation) - and doctoring of onboard audits is inexcusable, and is reason to ban Carnival ships for docking at U.S. ports for many years.

Heal the Ocean is particularly aggrieved by this news - and not just because we are strong advocates for the ocean, but because we have been DEFENDING CRUISE SHIPS as reasonable operators at sea who respect the sea. Almost all environmental organizations denounce cruise ships for this type of pollution and lack of respect for the ocean, and we've been defending cruise ships!

Therefore the news of these illegal actions and horrendous operating practices is a severe personal slap in our face, and we greatly protest. We agree with you, Honorable Judge Seitz, that "the (Carnival) people at the top are treating this as a gnat."

www.HealTheOcean.org
1430 Chapala Street, Santa Barbara, CA 93101
PO Box 90106, Santa Barbara, CA 93190 • (805) 965-7570 • FAX (805) 962-0651 • info@healtheocean.org

*HTO Founding Board/Emeritus Directors: Jeff Young (HTO Co-Founder); Sally Bromfield; Jean-Michel Cousteau*; Stan Harfenist;
Hillary Hauser*; Joseph Liebman; Francoise Park*; Sam Scranton; Charles Vinick*; Jonathan Wygant*; Jana Young (*still active).*

2

Therefore, Heal the Ocean is asking that Carnival Corporation be fined to the fullest extent of the law, and in addition be barred from U.S. ports for many years.

We also believe this case should be argued in an International Court of law, so that this company can't just sail elsewhere in the world with their polluting and illegal practices. We can't imagine the Caribbean and other international ports being happy about this sort of thing.

At the very least we ask that the Court please hold fast on appropriate punishment for Carnival Corporation as a meaningful deterrent to continued violations in U.S. waters. We thank you for your oversight of this dreadful case, and if there is an Interested Parties list, we would like to be on it.

Thank you for your consideration.

Sincerely,

Hillary Hauser, Executive Director

enc: Tribune News Service article
cc: Donald Arnold, President & CEO Carnival Corporation
    Micky Arison, Chairman, Carnival Corporation
    Roger Frizzell, Carnival Corporation Chief Communications Officer
    Marco Gonzalez, Esq. Coast Law Group, Encinitas
    Jean-Michel Cousteau, Ocean Futures Society

Senior Judge Patricia A. Seitz
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-4
Miami, FL 33128

APR 1 6 2019

11-APR-2019

Your Honor;

I just read an article posted by the Associated Press, from the Miami Herald, on this date that you are handling a case against Carnival Corp. for illegal waste dumping from their ships in U.S. waters.

I, and a few other passengers, witnessed what I believe to be a rather blatant example of this which was not discussed in the above mentioned article.

Some photos, Cropped and text added to give date, location, ship, and the seal pup that swam into the plume, are included on the next page. Photos were cropped in an attempt to make it less obvious which stateroom photos were taken from. I wish to remain anonymous as I plan on taking cruises in the future and fear retaliation if my identity is known by the cruise company.

The photos show a yellowish plume of liquid coming out of the side of the Emerald Princess, WHILE AT DOCK, In Skagway, AK on 20-SEP-2018. It flowed for at least 20 minutes turning the water for a large area next to the ship a murky yellow color which was visible for well over an hour during these calm daylight conditions. This occurred while most of the passengers were still ashore. I assume this yellowish liquid is partially treated sewage (sure looked like Urine); which according to my research after returning home is illegal for the Emerald Princess while at dock in Skagway.

I hope you can use this information as another incident in your case; ignoring the environmental laws eventually defeats the very reason I book such trips.

Sincerely Yours;

An Emerald Princess Passenger.

PS: I hope you will honor my request for anonymity, but here is my email address if I can be of further assistance: ███████████████████████ I am certain Princess would figure out who I am if they got that; and I fear retribution as I already have my next trip booked on that line.



April 2019

Your Honor:

I apologize for this informal note, but I want, very strongly, to commend you for your recent "threat" to Carnival Cruise Ships for their despicable means of dumping grey water into Alaska's Glacier Bay National Park. I hope you carry through with your good work & powerful message.

Sincerely



**Illinois Committee
for Public and Private Accountability and Encouragement**
P.O. Box 6169, Chicago, Illinois 60680

APR 18 2019



April 15, 2019

Senior Judge Patricia A. Seitz
Wilkie D. Ferguson, Jr. United States Courthouse
400 N. Miami Ave.; Room 11-4
Miami, FL 33128

Re: *People v. Carnival Cruise Line*

Dear Honorable Ms. Seitz,

    We just read the article on this case that you're so competently handling— first reported, apparently, by Associated Press and republished on 4-12-19 by the Chicago Tribune Newspaper— and we're properly appalled at the conduct of the Defendants.

    We guess that they weren't raised as Boy Scouts where they would have cultivated an ethic of appreciating and protecting nature (rather polluting it). That poverty of education and/or of values training may not have been their fault (although it would have been the fault of their parents!), but violating maritime laws by indulging in such unconscionable pollution surely deserves the full weight of the law to come down upon them....as in, we hope, at least a little prison time, in addition to a huge fine for remediating, if possible, the public waters that they trashed.

    Illinois may be far away from Alaska and Florida, but—with one of the world's largest fresh water lakes on our doorsteps— we know something about water management and the consequences of its neglect and abuse.

    So this letter is just to encourage you to please throw the book at the Defendants and thereby also send a signal to all other vessels that sail in U.S. waters to beware of disrespecting them.

    As a Christian ministry, ICPPAE's motto is "Make America GODLY again!" So, in that regard we are enclosing two Gospel mini-comic books for your devotional bed-time reading and general inspiration: YOU HAVE A DATE and IT'S THE LAW.

    But with regard to the subject of this letter, we implore you to rule in this case in a manner and with the motto that will help "Make American GREEN again!"

Sincerely yours for more public and private accountability and encouragement,

*David Cady*
David Cady
Chairman

4-15-19

APR 23 2019

Judge Seitz,

    I wanted to take a moment on behalf of myself and my family to ask that you please proceed with blocking Carnival cruise lines from docking in America until THEY provide a solution that can be independently verified to the appropriate investigating agency, as compliant. We sailed on the Elation in September of 2018 and this news has taught us to expand our research when it comes to travel. While it will never perfect, we need to do our best to take care of this planet. This planet provides for us daily and we have to make a stand at some point against those who knowingly pollute it. I can't understand the hard work and commitment it took for you to get to your position but you're there for a reason and we ask that you use your abilities to stand up for our planet. Thank you for your time!

FILED BY _____ D.C.

APR 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI



APR 23 2019

Senior Judge Patricia A. Seitz

Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-4
Miami, Florida 33128

RE: Carnival Cruise Line

Good Morning Judge Patricia A. Seitz,

While reading this morning news I ran across an article in reference to the Carnival Cruise Line. According to the article the Miami-based Carnival was placed on probation for two years as part of a $40 million settlement for illegally dumping oil into the ocean from its Princess Cruises ships and lying about the scheme. The article also states that there is a possibility that you are thinking to temporarily block Carnival Corp. from docking cruise ships in the United States.
My question is in reference to my family reunion cruise which is scheduled in July on the 26th - 29th 2019 and will leave and return from the Orlando, Florida dock. We have not been contacted from our agent regarding this matter. Carnival Cruise Line CEO's are expected to return to court in June for your decision. The question I have is should we be concerned and maybe cancel until you have made your final decision on your ruling toward their punishment.

Thank You

APR 2 3 2019

April 14, 2019

Judge Patricia A. Seitz
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-4
Miami, Florida 33128

Dear Judge Seitz:
    I was horrified to read in this morning's *Seattle Times* the violations having to do with Carnival Cruise Lines ships. Even after a $40 million dollar settlement for Carnival's Princess Cruise ships illegally dumping oil into the ocean for eight years and lying about it and being on probation, Carnival continued to falsify records. In the meantime, their ships were found to be dumping plastic garbage into the ocean.
    According to the article Carnival's Holland America Line (which bills itself as "Seattle's own cruise line") *Westerdam* was found to have dumped 26,000 gallons of the ship's gray water into Glacier Bay National Park in Alaska.
    How ironic that Carnival's chief communications officer, Roger Frizzell would say: "Our environmental responsibility has been and continues to be <u>A</u> top priority for the company." I would suggest that it looks like Princess Cruises should make environmental responsibility <u>THE</u> top priority.
    I hope in your ruling you can make it so that it will be difficult for Carnival to continue to harm the very pristine places their guests want to visit. I hope you do ban the ships from docking in US ports for a time. That is a punishment in that the ships would have to ferry their passengers to and from the ship anchored in the harbor. In addition, they would have to explain to their passengers what caused the inconvenience.

I appreciate the job you do. Thank you.
Sincerely,

April 25, 2019

APR 3 0 2019

Senior Judge Patricia A. Seitz
Wilkie D Ferguson Jr.
United States Courthouse
400 North Miami Av
Room 11-4
Miami, Florida 33128

Dear Honorable Patricia Seitz,

I am writing to you with support for a case that you recently had in your court. You recently threaten to bar Carnival Cruise lines from all U.S ports which I fully support your action. I was in the cruise industry for 26 years. I have been retired from selling cruises for the last 10 years but I need to confess that is caused me alot of anxiety and concern about where these large cruise ships were disposing of trash, waste and excess fuel and oil. The industry has grown to a $45.6 Billion dollar industry. These large cruise companies keep building larger more enhanced ships that hold up to 5000 people per sailing. This is litterally a small town sailing evey week, 52 weeks of the year. 13 Million American saled last year !Where are they disposing of their waste? I think their is a direct correlation with the pollution in our oceans from these ships that release their garbage in the middle of the night in the middle of a our beautiful oceans. I am not blaming all the trash in the oceans on the cruise industry but I do feel it should be studied.

The cruise ship industry has no regulation. I looked to see where the US Government looked at the cruise industry in concern with trash, hours that their employees are working per week, minimum wage etc. Most of the employees are from impoverish places and they are sending their money home. Many have not been off the ship to go home in 9-12 months. The reason for the relative lack of oversight is that cruise ships commonly fly foreign flags. Yet the biggest cruise lines — Carnival Corp. and Royal Caribbean Cruises Ltd. — are based in Miami. Both are publicly traded in the U.S. But by registering offshore, the cruise lines avoid U.S. taxes, regulations and labor laws.

Last year, the cruise line association spent more than $3 million on lobbying Congress, which did not inclube campaign contributions. The entire industry needs to be looked under a microscope to save our ocean and planet. I did see an advertise mechismn from Australia that looked promising for cleaning the ocean

of plastic, if you are interested the device is called a Seabin. I have nothing to do with this company nor do I know too much about it but it does seem promising



The Seabin device is capable of catching the equivalent of 90,000 shopping bags or nearly 170,000 plastic utensils over the course of the year. **CBS NEWS**

"It collects plastics, microplastics, fuel and oil from the surface of the water," said Alexandra Ridout, who works with the Seabin Project.

Each Seabin costs $4,500 and runs on either electricity or solar power.

One Seabin is capable of catching the equivalent of 90,000 shopping bags or nearly 170,000 plastic utensils over the course of the year. There are more than 700 Seabins working in harbors and marinas around the world.

Thank you for your time.

Sincerely,



MAY 23 2019



15 May 2019

The Honorable Patricia A. Seitz
Judge of the Southern District of Florida
United States District Court
400 North Miami Avenue
Miami, FL  33124

Dear Judge Seitz:

Please permit the Carnival Cruise Ship "Legends" to dock in ▮▮▮▮ during the following period of ▮▮▮▮▮▮▮ 2019 as I've paid in full my $4800+ fee for the trip for my daughter and I.  As an ▮-year-old surviving widow of former member of the US Army, my soulmate, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ deceased ▮▮▮▮▮▮ years of military service from cancer compliments of serving two tours in Vietnam and Agent Orange.  We saved over the years of our tenure, that I am now beginning to travel and have made these reservations a year ago for this trip.  Down to 75 days prior to the cruise and feeling so apprehensive and worried that I won't be able to fulfil that dream cruise because the ship will be unable to dock in the ports of USA.

I feel that the Carnival asserted that there had been a misunderstanding. I'm sure their explanations are sincere, and I hope for a positive outcome when you meet on the 24th of June 2019.

Thank you so very much for your time.

Sincerely,

May 20, 2019

Captain Monica Rochester

Coast Guard Sector LAB

MAY 23 2019

1001 South Seaside Ave

San Pedro, California 90731

Dear Captain Rochester

Recently my wife and her sister were on a Ruby Princess Cruise. This letter is to inform the Coast Guard that a serious problem occurred during the cruise and the response by Princess Cruise customer service to my letter to them on April 26, 2019.

**Problem**

The problem was the plumbing failed causing no flushing of the toilet and a pungent odor inside the cabin and outside the balcony for two days. Per the letter attached this caused my wife and her sister a very uncomfortable, disgusting and humiliating experience while using the bathroom.

**Response from Princess**

I discussed the concern with a Princess Cruise customer service representative today and I was informed that they were aware of the problem and the odor outside was caused by either the smoke stack or cleaning of the grease traps. This is hard to believe. The representative offered $900 in ship board credit for both by wife and her sister as compensation. I informed the representative that this was unacceptable and that we would not take any future cruises with Princess or other Carnival cruise ships.

I respectfully request the Coast Guard and the court-ordered audit team to review the problem and take appropriate action as necessary.

Cruise Information

Voyage/ ███████████████████████████

Ship/Registry ███████████████

Embarkation ███████████████

Disembarkation ███████████████

Respectfully



Attachment April 26, 2019 letter

April 26, 2019

Janet G. Swartz President Princess Cruises

24305 Town Center Drive

Santa Clarita, CA 91355

My wife, ███████████ and her sister ███████ were recently on the Ruby Princess Ruby/Round trip cruise. The cruise left ███████ ████████████████████████ and arrived back in ████████████████ ████. This letter is to inform you and others that this was the most disgusting and humiliating cruise we have ever taken.

During the last few days of the voyage, the sewer system failed on their area of the boat. The toilet backed up and failed to flush. The pungent odor was horrendous and even when they went out on the balcony the smell was very bad. During this time my wife and her sister were forced to urinate in the shower which was very humiliating and disgusting. Further they had to find other restrooms aboard the ship to defecate.

My wife and her sister reported the incident to the cabin steward several times and he informed them that he reported the malfunction to the appropriate ship personnel. It should be noted that during this difficult time, to our knowledge, no one from the ship crew or management staff came to investigate the problem.

Further the management did not inform my wife and her sister as to what was wrong and what they were doing to correct the problem. In fact the problem was still not corrected when the ship arrived back in San Pedro. In my opinion this could have resulted in an environmental and health concern.

I have reviewed the corrective actions taken as a result of the 2016 $40 million settlement stemming from the deliberate pollution of the seas and the intentional acts to cover up. It appears the corrective actions were primarily in the bilge waste process, but there did not appear to be any mention of looking into the other systems (including the sewer) aboard ship.

Please be advised that I am considering reporting this incident to the U.S. Coast Guard, the International Maritime Organization and to U.S. District Judge Patricia Seitz who I understand is considering barring Carnival Corp. from docking any of it's ships at U.S. Ports.

The $100 "Goodwill" credit only added insult to injury. The $100 was definitely an insult given the severity of the humiliation and disgust resulting from this incident.

It appears that Princess has changed their policy from being customer oriented to customer neglect.

My wife and I have taken several Princess cruises and I have serious reservations of ever taking another Carnival or its subsidiary cruise again.

Respectfully



Cc Rai Caluori Executive Vice President Guest Experience

Lorna Warren Vice President Guest Services

Arnold W. Donald CEO, President & Director Carnival Corporation