UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-20897-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS MATTER is before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 122]. Upon consideration, it is hereby

ORDERED that:

(1) The Motion to Appear *Pro Hac Vice* [DE 122] for Brendan Herrmann, of Dechert, LLP, 1095 Avenue of the Americas, New York, New York, 10036-6797 on behalf of Defendant is GRANTED. Mr. Rosenberg shall be permitted to appear *pro hac vice* on behalf of Defendant solely for purposes of this case;

(2) During the course of this case, Mr. Herrmann shall comply with the Local Rules of the Southern District of Florida in all submissions and representations to the Court. Failure to comply may result in the imposition of sanctions, including but not limited to the revocation of his *pro hac vice* admission;

(3) David Markus, Esq., who is a member of the bar of this Court and who maintains an office in this state for the practice of law, shall be the designated local counsel for Defendant

with whom the Court and counsel may readily communicate and upon whom papers may be served; and

(4) The request of Mr. Herrmann to electronically receive notices of electronic filings ("NEF") at: Brendan.Herrmann@dechert.com is GRANTED. The Clerk of Court is DIRECTED to add this email address as a NEF recipient.

DONE AND ORDERED in Miami, Florida, this 3rd day of June, 2019.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record