UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CR-20897-SEITZ

UNITED STATES OF AMERICA

vs.

PRINCESS CRUISE LINES, LTD.
_____/

**ORDER ON PRINCESS' UNOPPOSED
MOTION TO ADJOURN STATUS CONFERENCE**

This matter is before the Court upon the Defendant's Unopposed Motion to Adjourn Status Conference [DE 141]. Upon consideration, it is hereby

ORDERED that:

1. The Motion [DE 141] is GRANTED. The status conference currently scheduled for July 10, 2019, *see* [DE 140], is rescheduled to **July 19, 2019 at 12:30 p.m.**

2. If the parties anticipate that the hearing will last longer than 2 hours, they shall notify the Court by **July 8, 2019** and the hearing will be rescheduled for July 22, 2019 at 2:00 p.m.

DONE AND ORDERED in Miami, Florida, this 6th day of June, 2019.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record