UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-CR-20897-SEITZ

UNITED STATES OF AMERICA

vs

PRINCESS CRUISE LINES, LTD.

_____/

**STATUS REPORT BY PRINCESS CRUISE LINES, LTD. TO BE CONSIDERED
DURING STATUS CONFERENCE ON JULY 19, 2019**

Markus/Moss PLLC
40 N.W. Third Street
Penthouse One
Miami, FL 33128

DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036

*Attorneys for Defendant Princess Cruise Lines, Ltd.*

Defendant, Princess Cruise Lines, Ltd. ("Princess"), the wholly owned subsidiary of Carnival Corporation & plc ("Carnival") (collectively referred to herein as the "Company"), respectfully submits this status report in advance of the status conference scheduled for July 19, 2019.  In addition to the narrative provided in this report, attached as **Exhibit A** is the Company's quarterly tracking chart summarizing the status of corrective and preventive actions taken in response to final audit findings by the Third Party Auditor (the "TPA") and various other incidents.

The first portion of this status report provides an update on the Company's progress to implement its obligations in the agreement resolving Princess's probation violations, which the Court accepted on June 6, 2019 (the "Agreement").  *See* DE 134; DE 143.  (A copy of the Agreement is attached to this report as **Exhibit B**.)  The second portion of this report addresses certain significant topics discussed in the Second Annual Report of the Court Appointed Monitor (the "CAM"), which the CAM submitted on July 3, 2019.[1]

I.   **Overview of the Current Case and Update on the Probation Violation Agreement**

On June 3, 2019, Mr. Arnold Donald, the President and CEO of Carnival, appeared in this Court and pled guilty on behalf of the Company to six violations of the terms and conditions of probation.  *See* DE 137 (Paperless Minute Entry); *see also* DE 134 at 10-11 (listing the specific violations).   He was accompanied by the other members of the three-member Executive Committee of the Company's Board of Directors: Chairman Micky Arison and Stuart Subotnick.

---

[1]      On July 3, 2019, the TPA provided the Company with its Year Two Annual Report.  The Environmental Compliance Plan ("ECP") provides that the Company has 60 days to respond to the TPA's annual report.  ECP § VIII.E.3 [DE 2-2].  However, the Company intends to submit a preliminary response to the TPA's Year Two Annual Report on July 15 so that it may be considered before the July 19 status conference.  The Company may take the opportunity afforded by the ECP to consider the report more carefully and respond to the issues raised by the TPA.

Other members of the Board of Directors also attended, along with over a dozen Company executives from around the world.

The Court approved the Agreement between the Company and the United States resolving the six violations of the terms and conditions of probation, and accepted the Company's plea. *See* DE 143. The Agreement imposed certain obligations on the Company and a number of deadlines related to those commitments. Additionally, the Agreement required the Company to provide the Court, CAM, TPA, and Interested Parties with monthly interim reports on the status of the Company's progress toward overhauling its existing corporate compliance structure. These reports will culminate in a proposed action plan for the restructuring that the Company will submit on August 14, 2019.

The Company has undertaken significant efforts to comply with all of the Agreement's deadlines to date. The following are the most significant:

- On June 1, 2019, the Company provided the Court, CAM, TPA, and Interested Parties with a report from its outside compliance consultant, Mr. Peter Anderson, who is an accomplished compliance professional and former prosecutor in the Department of Justice's Environment and Natural Resources Division. *See Summary and Recommendations from Compliance Program Assessment* (May 31, 2019); DE 134 at 3. That report included Mr. Anderson's initial recommendations for restructuring the Company's compliance function. The Company has since selected Mr. Anderson to serve as its new Chief Ethics & Compliance Officer. While Mr. Anderson will officially start on August 12, 2019, he has been developing a draft charter and strategic plan, which will be provided to the Court on August 14, 2019.

2

- On July 1, 2019, after receiving input from the CAM, the United States, and ultimate approval from the Court, the Company began distributing to all employees a statement by Messrs. Donald, Arison, and Subotnick accepting responsibility for the probation violations.  The Company's entire Leadership Team, which includes the Group CEOs, Group Presidents, Chief Financial Officer and Chief Maritime Officer, joined in this statement.

- That same day, the Company provided the Court, CAM, TPA, and Interested Parties with another interim report by Mr. Anderson describing the Company's steps to improve HESS compliance.  The report included an overview of the work done by the Company's "tiger teams" to evaluate and develop solutions to improve the Company's waste management systems and procedures.  The teams' work is in progress.

The Company has continued to devote considerable funds and personnel to ensure that it meets the deadlines and requirements of the Agreement and progresses toward its goals of continuous improvement and sustained environmental compliance.[2]

## II.    Update on Key Issues Discussed in the CAM's Second Annual Report

On July 3, 2019, the CAM submitted his Second Annual Report, which was a comprehensive, 112-page report that addressed numerous topics, considerations, incidents, and recommendations.  The CAM's review of the Company's operations, and the themes and observations identified in his report, will serve as a launching point for further discussion and change within the Company.  The Company recognizes the challenges and failures identified by

---

[2]    The Company will be prepared further to discuss its progress at the July 19, 2019 status conference or in a separate filing should the Court, CAM, TPA, or Interested Parties have questions or request additional information.

the CAM, and intends to do the work required to understand the root cause or causes of the failures, and to develop strategies to improve its performance going forward based on that information.

While the CAM and TPA have identified compliance failures and areas for improvement, the CAM's Second Annual Report also acknowledges that the Company has undertaken more than fifty initiatives that help to address, both directly and indirectly, many of the CAM's and TPA's observations and noted violations. *See, e.g.*, *CAM Report* at 42-43 (noting that "the CAM Team has identified over fifty different initiatives, including policies, programs, surveys, IT projects, studies, trainings, and other efforts"); *CAM Report* at Appendix A.

The Company will continue to undertake initiatives like these that go beyond the enumerated ECP requirements. Some of these initiatives include training programs relevant to incidents and observations noted by the CAM and TPA and Environmental Commitment Conferences that foster the sharing of best practices. The Company will also disseminate best practices and cultural improvements through its new Fleet Environmental Officer Program and its existing environmental compliance and stewardship program, Operations Oceans Alive. *See, e.g.*, *CAM Report* at 31-43. Other initiatives involve technological improvements related to incident and near miss reporting, case management systems, voyage planning designed to eliminate improper discharges, and additional areas.

While the CAM made numerous observations in his comprehensive report, he highlighted four particularly significant observations that the Company would like to address in further detail here.

### a. <u>Commitment of Senior Leadership</u>

The CAM has identified failures of senior leadership at the Company to recognize the severity of the Company's environmental issues and to adequately support its employees. *See,*

*e.g.*, *CAM Report* at 1; *id.* at 11-12 (noting that "leadership and culture issues . . . remain the Company's most significant barriers to creating a sustainable compliance culture").  The Court has emphasized that the Company must focus at its highest levels on embracing compliance and supporting the ships and their crews.  *See CAM Report* at 1-2.

The Company's senior leadership has heard the Court's concerns, sincerely accepted responsibility, and will strive to demonstrate that focus and commitment to the Court, CAM, TPA, and Interested Parties, particularly in the coming year.  As Mr. Donald told the Court, "[w]e've heard your call to action."  June 3, 2019 Conference Tr. at 94:6.

Since the June 3, 2019 conference, the Company's senior leadership has taken an active role in participating in discussions related to environmental compliance, developing relevant programs and initiatives, and providing the resources needed for employees to conduct operations compliantly and effectively.  In particular, Mr. Arnold Donald spoke with the CAM about the topics addressed in his Second Annual Report.  During that conversation, Mr. Donald invited the CAM to meet with the members of the Board of Directors and senior leadership during meetings held on July 11, 2019.

**b.  <u>Strategic Planning and Resources for Operations and Compliance</u>**

The CAM observed that, while the Company's strategic planning processes are strong and centralized, the process is neither integrated with, nor effectively supportive of, environmental compliance.  *See CAM Report* at 63, 75-85.

The Company appreciates this observation and has begun to address the CAM's concern as follows:  In early July, the Corporate Compliance Manager and Chief Maritime Officer reviewed the Brands' plans for major HESS operational expenditures.  They will continue to review additional operational expenditures.  The Company will develop a template to address

HESS operational expenditures and will distribute that template this fall for the Brands to incorporate in their plans.  The next planning cycle will include specific HESS and compliance requirements for each Operating Line to address in the planning process.

### c.   Compliance Challenges Related to the Diversification of Shipboard Crew

The CAM's report highlights the unique opportunities that the Company has to leverage its strong relationship with its Global Talent Partners.  (These organizations are sometimes referred to in the industry as "manning agencies," which the Company and other industry participants use to recruit, source, vet, and train crew members.)  This chiefly includes the opportunity to develop a more diverse corps of shipboard officers who would help to promote and enhance environmental compliance.  *See CAM Report* at 54-63.  As the CAM notes, the Company's challenges related to sourcing, training, diversity, and retention of employees and officers are not unique to the Company.  *Id.* at 57-58.  They are prevalent in the cruise industry as a whole.  *Id.*  The CAM observes that while the Company's shipboard personnel—like that of others in the industry—are ethnically diverse, they are highly stratified based on ethnicity, race, and gender, with certain ethnic groups working in specific roles.  *Id.*

While this situation may not be unique to the Company, the CAM believes, and the Company agrees, that it should strive to increase the diversity of its shipboard workforce across certain positions.  *See CAM Report* at 61 (noting that, "[i]n interviews with the CAM Team, senior Company executives have expressed support for developing a program to widen the range of countries and nationalities from which to recruit and develop future officers, observing that the talent opportunity is huge and that the Company could have the benefit of being the first mover.").  Mr. Arnold Donald is a major proponent of increased diversity and has conveyed at the Company's highest levels that diversity of thought, background, and cultural experiences among the ranks is

a business imperative.  Increased diversity can help a crew organize for a common objective, dispel inertia, promote innovation, and ensure that best practices are developed and followed including as related to environmental compliance and stewardship.

Mr. Donald and the Company plan to continue to engage with the CAM to seize on this opportunity discussed in the CAM's Second Annual Report and to set an example for the industry.

### d.  Analysis of Environmental Trends

The CAM has noted that the Company needs to improve the uniformity with which it tracks and analyzes environmental incidents across its various Operating Lines.  *CAM Report* at 82.  To this end, the Company is in the process of installing a single software application, called SeaEvent, that all Operating Lines will use to record, report, and track environmental incidents.  *Id.*at 82-83. As of July 1, 2019, SeaEvent has been installed in over 40% of the fleet.

Despite the obstacles posed by different incident tracking platforms, the Company collects data from across its corporate fleet about environmental events.  These events include, for example, violations of environmental regulations and of Company environmental procedures, as well as events that signal potential risks, such as leaks into a ship's bilge and malfunctioning pollution prevention equipment.

The Company identified a 250% increase in reported incidents over the previous year, which the Company believes is largely the result of its increased commitment to transparency empowering its employees to report more incidents.  More than half of these incidents were near misses or violations of the Company's internal procedures, not violations of environmental regulations.

In either event, any incident is one too many, and the Company is working to further reduce the number and severity of incidents.  Below is a list of some of the actions that the Company plans to take—or is already taking—in response to the analysis that it has conducted:

- The Company will better integrate its relatively new Advanced Air Quality Systems into ships' integrated operations and alarm systems, so as to decrease the number of incidents where the Company burns non-compliant fuel in an emission-controlled area below the 0.03% of the approximately 225,000 hours of Advanced Air Quality System running time achieved in year two of the ECP.

- The Company will improve its watch standing procedures and communications between watch standing crew members so as to decrease the number and volume of noncompliant sewage discharges below the 0.01% of the total volume of sewage discharges achieved fleet-wide in year two of the ECP.

- The Company has implemented a defined list of allowed chemicals for use on external ship surfaces to reduce the risk of non-compliant chemical discharges, and it will work to more effectively communicate chemical use restrictions in port.

- The Company will continue to replace ozone depleting substances with non-ozone depleting substances to reduce the environmental impact of refrigerant airborne emissions.

## III.    Conclusion

The Company's experience during the second year of the ECP was difficult but productive. The Company looks forward in the coming years to growing its relationship with the CAM, the TPA, and the Interested Parties in a spirit of mutual collaboration, not only to attain a state of

environmental compliance, but also to foster a culture of commitment to excellence and sustainability that survives well past the term of the ECP.

Dated: July 12, 2019
Miami, Florida

Respectfully submitted,

**MARKUS/MOSS** PLLC
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com

By:      /s/ David Oscar Markus
         DAVID OSCAR MARKUS
         Florida Bar Number 119318
         dmarkus@markuslaw.com

         and

**DECHERT** LLP
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500

By:      /s/ David N. Kelley
David N. Kelley (pro hac vice)
Benjamin E. Rosenberg (pro hac vice)
Conrad A. Johnson IV (pro hac vice)
Brendan Herrmann (pro hac vice)

*Attorneys for Princess Cruise Lines*