UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-20897-CR-SEITZ

**UNITED STATES OF AMERICA**

    **v.**

**PRINCESS CRUISE LINES, LTD.,**

    **Defendant.**
_____/

**RESPONSE BY PRINCESS CRUISE LINES, LTD. TO THIRD PARTY AUDITOR
YEAR TWO ANNUAL REPORT**

| | |
|---|---|
| Markus/Moss PLLC | DECHERT LLP |
| 40 N.W. Third Street | 1095 Avenue of the Americas |
| Penthouse One | New York, NY 10036 |
| Miami, FL 33128 | |

*Attorneys for Defendant Princess Cruise Lines, Ltd.*

This document serves as Carnival Corporation & plc.'s (the "Company") response to the Third Party Auditor ("TPA") Year Two Annual Report, pursuant to Section VIII.E.3 of the Environmental Compliance Plan ("ECP").

During Year Two, the TPA completed 36 vessel and six shore-side audits, and the TPA identified six key areas for improvement in its annual report.  Set forth below, and in anticipation of the status conference scheduled for July 19, 2019, is the Company's response to the TPA's findings, observations and recommendations.  Under the terms of the ECP, the TPA's Year Two Annual Report was due on June 18, 2019.  The TPA sought an extension, and it was agreed that none of the parties would object to an extension until the first week of July.  The report was submitted on July 3, 2019.

As the Company noted in its quarterly status report to the Court dated July 12, 2019, under the ECP the Company has 60 days to respond to the TPA's report, which would not require a response until September 1, 2019.  However, on account of the conference scheduled for July 19, the Company committed to the United States and the Interested Parties that it would undertake to submit a response by July 15.  This is the Company's submission, and it apologizes for the one-day delay.

1. **Policies and Procedures**

*Finding: Some identified procedures last audit year have not been updated or personnel are not following procedure.*

*TPA Recommendation: Continue efforts to improve and maintain the Environmental Management System (EMS) through; the collection and evaluation of adequate HESS related information; assessing goals, measurable objectives and targets to improve environmental performance; and on-going activities to monitor and verify progress toward achieving environmental goals, objectives and targets.*

*Company Response*:

The Company recognizes that while its Environmental Management System's policies and procedures have improved during the past year, they must continue to do so.

The TPA has suggested that the Company's efforts to improve its policies and procedures would be more effective if the Company could make corresponding improvements to its "collection and evaluation of adequate HESS related information." TPA Report at 5. The Company will collect better information related to opportunities to enhance policies and procedures through the collection of environmental and other HESS events by installing a single incident reporting system called SeaEvent across all its Operating Lines. As of July 1, 2019, SeaEvent has been installed in over 40% of the corporate fleet. Using a uniform software application to report environmental incidents and near misses will improve the manner in which the Company collects and analyzes environmental data for opportunities to improve. As the TPA has suggested, the Company hopes that this improvement will, in turn, help to inform and improve the process through which the Company updates the policies and procedures in its Environmental Management System.

Regarding the TPA's recommendation that the Company needs also to better track HESS information gathered through internal and external audits and investigations, the Company is improving those processes as well. As discussed in more detail in Section 6 of this letter, the Company has recently hired a new executive to lead and restructure the Company's investigations department, and the Corporation Compliance Manager's ("CCM") team is continuously refining the process that it uses to assess audit findings. As these processes improve, the information that they provide will benefit the Company's adjustments to its policies and procedures in its Environmental Management System.

The Company has revised many procedures based upon the feedback from the TPA in Year 2. However, the Company has staggered the rollout of these procedures at the request of many of its shipboard employees to reduce the burden placed on them by frequent changes to the Environmental Management System. Based on feedback from the TPA and the Court Appointed Monitor ("CAM"), the Company has identified the need for a professional policy writer to continue to improve its policies and procedures and will begin searching for a suitable candidate to assist.

2. **Vulnerabilities (Environmental Control System)**

*Finding: Inconsistent application of the ECS and the use of "Virtual Locks" not in compliance with the ECP.*

*TPA Recommendation: Address inconsistencies within processes across all brands to assess, identify, and mitigate environmental risk.*

*Company Response:*

The Company worked with the CAM and TPA to revise the provisions of the ECP governing the Environmental Control System ("ECS") in response to numerous TPA findings related to the ECS in both Year One and Year Two. The goal of these amendments was to create a robust, sustainable, and auditable approach to controlling vulnerable connections within the machinery spaces, as well as implementing improved and enhanced portable pump procedures. These amendments were incorporated into the ECP in June 2019.

The CCM has a dedicated program manager for this project, and a team is currently conducting new vulnerability assessments on all ships as well as developing a training program and guidance to make sure that the ECS is correctly implemented and maintained. In early August 2019, the CCM's team will provide the TPA's team with an in-person walk through of how the new ECS methodology has been implemented. The Company is also investing in new

portable pump lockers and color-coded hoses to comply with the newly-revised ECS requirements. Feedback from ships where new vulnerability assessments have been implemented is generally positive, and the workload of the Company's shipboard technical teams and Environmental Officers has been reduced as a result.

3. **Record Keeping**

*Finding: Documentation, Checklists, and other records were found to be poorly managed, not following proper procedures, and not following proper log entry requirements and protocols.*

*TPA Recommendation: Identify and implement measures that to better ensure entries within logbook and training records are complete, accurate, and timely.*

*Company Response:*

The TPA made 41 findings during Year Two that the Company has classified as related to recordkeeping. The Company has performed a preliminary analysis of these findings and further classified them according to the recordkeeping system to which they relate. The CCM has received feedback from the fleet indicating that there is an opportunity to streamline the recordkeeping process onboard and introduce efficiencies that will make compliance easier to achieve and reduce crew members' workload. The CCM is currently in talks with several vendors to explore the development of a review of recordkeeping practices.

4. **Waste Management**

*Finding: The Garbage Management Plan was not being followed regarding garbage segregation, food waste separation, hazardous materials handling and proper documentation.*

*TPA Recommendation: Garbage Management Plan should address all aspects of waste handling, ensure regulatory requirements are addressed, and provide consistent practices across all brands.*

*Company Response:*

Throughout the TPA audit process, food waste management was identified as a critical area of risk. This is mostly due to ineffective segregation of non-food waste items from the food

waste itself, likely as a result of sub-optimal design and setup of waste segregation areas, ineffective signage, and training. An essential part of fixing the problem includes involving the shipboard crew in developing actions to address these challenges and make the path to compliance efficient and effective.

As discussed in the Company's prior submissions to the Court, including its quarterly status report filed on July 12, 2019, the CCM has begun to address this issue by creating a Food Waste Task Force with representation from technical, nautical, and hotel departments. The task force includes two groups of Tiger Teams that are responsible for visiting ships to assist with this process. As of July 2, 2019, the Tiger Teams have visited 27 ships. The feedback gathered from these visits will be collated, and recommendations will be developed during a Food Waste Task Force meeting in Miami in July 2019.

5. **Pollution Prevention**

*Finding: Pollution Prevention Equipment found or reported not operational.*

*TPA Recommendation: Continue efforts to minimize risk of "out of service" pollution prevention equipment. Build in a reliability, availability, and maintainability solution into the design, procurement, installation, and operation of pollution prevention equipment.*

*Company Response:*

The TPA identified 35 findings related to the failure of pollution prevention equipment during Year Two. The highest number of findings, twelve, related to the failure of components within the Oily Water Separator ("OWS") and/or Bilge Control Discharge Box. The Company intends to conduct a full review analysis of the Reliability, Availability and Maintainability of all shipboard pollution prevention equipment using a qualified third party vendor.

6. **Corrective & Preventative Action**

*Finding: Corrective and Preventive actions found ineffective or incomplete. No root cause analysis program in place to identify root causes.*

5

*TPA Recommendation*: Develop an effective root cause analysis program which should drive the development of effective preventative actions to address identified causes.

*Company Response:*

During both Year One and Year Two, the TPA identified challenges with the Company's process for conducting a root cause analysis ("RCA") as applied to both the Company's internal HESS investigations and its response to findings from internal and external HESS audits. The Company has been working since Year One to address both issues.

Earlier this year, the Company hired Sandy Rowlett, who previously worked at the U.S. National Transportation Safety Board, to lead the Company's restructured investigations department, which is called the Incident Analysis Group ("IAG"). Ms. Rowlett is currently responsible for implementing IAG's new structure and hiring additional investigators. As part of the restructuring process, IAG will develop a new RCA methodology that will apply to investigations.

The CCM's team continuously adapts the process that it uses to conduct RCA and to identify corrective and preventive actions in response to HESS audits. The team has added multiple new tools to this process in Year Two. The Company's hiring of Peter Anderson as its new Chief Ethics & Compliance Officer will help the CCM team to further improve its RCA process.

The Company is developing plans to implement a number of new RCA trainings. A combination of in-person and online trainings will be developed for use onboard ships, shore-side headquarters, and at the Company's CSMART training academy

6

Dated: July 16, 2019
Miami, Florida

        Respectfully submitted,

        MARKUS/MOSS PLLC
        By: */s/ David Oscar Markus*
        David Oscar Markus (FBN 119318)
        dmarkus@markuslaw.com
        40 N.W. Third Street
        Penthouse One
        Miami, FL 33128
        Tel: 305-379-6667

        and

        David N. Kelley (pro hac vice)
        Benjamin E. Rosenberg (pro hac vice)
        DECHERT LLP
        1095 Avenue of the Americas
        New York, New York 10036
        Tel.: (212) 698-3500

        *Attorneys for Defendant*