**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 16-CR-20897-SEITZ

UNITED STATES OF AMERICA,

v.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

**AGENDA FOR JULY 19, 2019 STATUS CONFERENCE**

To enhance the efficiency of tomorrow's status conference, below are items the parties should be prepared to address:

1. Timetable/deadlines for required activities to resolve the probation violations. Attached is a five-page worksheet to enable Defendant to share its internal benchmarks/interim steps to assist the Court and interested parties to track Defendant's progress.

2. Revisions to the ECP and preparation of an Amended ECP.

3. Defendant's CEO's July 2, 2019 statement to employees, specifically the materials viewed when the recipient clicked on the statement's embedded link.

4. Reduction of prohibited discharges—annual goals.

5. Communications to the Court from the public, including the National Marine Sanctuary Foundation letter

6. Focus/Issues—Year Three.

7. Defendant's and interested parties' issues.

cc:   All counsel of record