UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-20897-CR-SEITZ

**UNITED STATES OF AMERICA**

    **v.**

**PRINCESS CRUISE LINES, LTD.,**

    **Defendant.**

_____ /

**RESPONSE BY PRINCESS CRUISE LINES, LTD. TO GOVERNMENT'S
STATUS REPORT FILED ON OCTOBER 1, 2019**

| | |
|---|---|
| Markus/Moss PLLC | DECHERT LLP |
| 40 N.W. Third Street | 1095 Avenue of the Americas |
| Penthouse One | New York, NY 10036 |
| Miami, FL 33128 | |

*Attorneys for Defendant Princess Cruise Lines, Ltd.*

Defendant, Princess Cruise Lines, Ltd. ("Princess"), the wholly owned subsidiary of Carnival Corporation & plc ("Carnival") (collectively referred to herein as the "Company"), respectfully submits this response to the status report filed by the United States on October 1, 2019.

1.      **Metrics** – At the last status conference, the Court directed the Government and the Company to confer about designing metrics to measure different aspects of the Company's environmental performance. On July 24, the Government provided the Company with certain topics about which it wanted the Company to provide metrics. On September 25, the Company proposed methods to provide metrics about some of these topics, and explained challenges in providing metrics about other topics.

In its status report, the Government raises several additional questions about the Company's proposed metrics, and indicates that it finds several of them insufficient. There are numerous technical issues raised by the Government's request for metrics: The Company believes that conferral with the Government will be the most useful way of making progress on metrics. The goal will be for the Company to propose a method for providing metrics to the Interested Parties, CAM, and TPA on or before November 1, 2019. The Interested Parties, the CAM, and the TPA would submit comments. The Company would submit a final report on metrics to the Court shortly thereafter.

2.      **Special Condition 13** – The Government describes in its status report the Company's process for reporting environmental incidents in accordance with Special Condition No. 13 of the judgment against Princess. As described by the Government, the Company's process has changed, in response to observations and comments from the Government. The

change was implemented in July 2019, and the Company has solicited comments from the Government, but has received none.

The status report states that the Government "is continuing its evaluation of the reports being received, and will, if appropriate, discuss further refinements with the Company as they manifest themselves." We look forward to further discussions.

3. **The *Westerdam*** – The Government has discussed in multiple submissions to the Court a discharge of gray water by the *Westerdam* that occurred in Glacier Bay in September 2018, and the Government's related concern that the *Westerdam* and certain of the Company's other ships record those discharges in an electronic database rather than a hard copy book.

At the June 3, 2019, probation plea proceeding, the Government agreed that it would forego any probation violations known to the Government as of May 1, 2019. The matters that the Government refers to in its submission are currently the subject of an investigation by the United States Attorney in the District of Alaska and the Department of Justice's Environmental Crimes Section.

Dated: October 1, 2019
Miami, Florida

                                        Respectfully submitted,

                                        MARKUS/MOSS PLLC
                                        By: */s/ David Oscar Markus*
                                        David Oscar Markus (FBN 119318)
                                        dmarkus@markuslaw.com
                                        40 N.W. Third Street
                                        Penthouse One
                                        Miami, FL 33128
                                        Tel: (305) 379-6667

                                        and

David N. Kelley (pro hac vice)
Benjamin E. Rosenberg (pro hac vice)
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Tel.: (212) 698-3500

*Attorneys for Defendant*