**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-20897-CR-PAS**

UNTIED STATES OF AMERICA,

    Plaintiff,

vs.

PRINCESS CRUISE LINES, LTD.,

    Defendant.

_____/

## ORDER RE: DECEMBER 19, 2019 COURT SESSION

THIS MATTER came before the Court for a status conference on October 2, 2019. At that hearing, the Defendant requested an opportunity to address the Court regarding its compliance efforts beyond those that have been conveyed to the Court during the status conferences. Therefore, the Parties, the Court Appointed Monitor and the Third Party Auditor shall meet with the Court on December 19, 2019 at 10:00 a.m., in Courtroom 11-4 for three hours, wherein the Defendant may make a presentation to the Court regarding its compliance efforts.

The Court notes that it would be beneficial if the presentation addresses the following:

1. The Defendant's leadership's communications to ship-board and shoreside employees regarding environmental compliance as a core value of the Company.

2. Actions the Company has taken in the past three months, and actions the Company plans to take at three month intervals, from the date of this Order to achieve:

    a. A sufficient number of qualified deck, engine, and hotel crew members on its ships who have the training, resources, time, and support to execute their job responsibilities and meet compliance obligations;

    b. Financial and strategic planning processes designed to provide adequate resources and attention toward environmental compliance, including processes to allocate resources outside of the formal planning processes as needed to support compliance efforts;

    c. Processes designed to enable learning and continuous improvement through the assessment of data (including incident and near miss reports), internal and external findings (including audits, surveys, studies, and other assessments), investigations findings, and corrective and preventive actions, including processes for developing and implementing responsive action plans, and sharing lessons-learned and best practices; and

    d. Processes designed to implement management of change principles when new actions are taken.

3. The Company shall describe the actions, including reference to those steps identified in section 2c above, to address the following compliance challenges, with reference to specific incidents noted in the Company's Quarterly Tracking Chart filings, including:

    a. Discharge of non-food items, including plastics, in food waste;

    b. Discharge of other prohibited waste streams, including air emissions, ballast water, black water (sewage), garbage, grey water, oil and oily wastes, and recreational water; and

    c. Inaccurate completion and maintenance of training records, Planned Maintenance System records, and other logs and records required by law or the ECP.

4. Other efforts at environmental compliance the Company wishes to highlight that have not otherwise been described in the reports of the Court Appointed Monitor.

The Company shall submit to the CAM, TPA and Interested Parties an agenda and outline of topics to be discussed with the Court on or before December 2, 2019.

On December 6, 2019, or at another date selected by the attendees, the Company shall meet with CAM and TPA to preview and take comments on the presentation that

will be made to the Court on December 19, 2019.

DONE AND ORDERED in Miami, Florida, this 31st day of October, 2019.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE