UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-20897-CR-PAS

UNTIED STATES OF AMERICA,

    Plaintiff,

vs.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

## ORDER ON JANUARY 8, 2020 STATUS CONFERNCE

THIS MATTER came before the Court for a status conference on January 8, 2020. At the hearing, the Court asked the Defendant to identify its concrete, measurable goals to track the progress of its efforts to achieve a sustainable culture of environmental compliance long-term. The Defendant requested that it be permitted to submit its response to the Court's inquiry on or before January 22, 2020.

Accordingly, it is

**ORDERED** that on or before Wednesday, January 22, 2020, the Defendant shall file its proposal for measuring its progress towards achieving a sustainable culture of environmental compliance during the probation term and thereafter.

DONE AND ORDERED in Miami, Florida, this 14th day of January, 2020.

                                                  *Patricia A. Seitz*
                                            PATRICIA A. SEITZ
                                            UNITED STATES DISTRICT JUDGE