**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 16-20897-CR-PAS**

UNTIED STATES OF AMERICA,

    Plaintiff,
vs.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

## ORDER RE: APRIL 24, 2020 STATUS CONFERENCE

IT IS ORDERED THAT due to the Coronavirus 2019 ("COVID-19") pandemic:

1) The status conference scheduled for 2:00 PM EST on April 24, 2020 by the Court's January 9, 2020 Order [DE 174] will proceed as scheduled but will be held via virtual means. The Court anticipates the conference terminating at approximately 3:30 PM EST.

2) At the status conference, the Parties shall be prepared to discuss the following:

    a. Issues and/or concerns raised by the status reports that are to be filed by the parties on or before April 17, 2020;

    b. The status of Carnival Corp.'s ship operations with specific reference to the April 9, 2020, CDC Modification and Extension of No Sail Order; and

    c. Carnival Corp.'s plans to meet its probation obligations, including its compliance-related efforts and initiatives.

3) In order to facilitate the virtual conference, by noon (12:00 PM EST) on Thursday, April 16, 2020, the Parties shall provide the first and last name and the email for each person who will participate in the status conference.

4) A ZOOM video conference technical run-through will be conducted on Friday, April 17, 2020 at 2 PM.  The Court will provide the ZOOM link to those whose names are provided pursuant to paragraph 3. As in previous conferences, the Court expects to hear from the people listed below. These people MUST participate in the ZOOM test to avoid technical difficulties:

    a.    Counsel for all Parties,

    b.    Chairman of the Boards of Directors Micky Arison;

    c.    CEO Arnold Donald;

    d.    Chief Maritime Officer Vice Admiral William Burke (Ret.);

    e.    Chief Ethics and Compliance Officer Peter Anderson;

    f.    Health/Safety/Security Corporate Compliance Manager Gerry Ellis;

    g.    Environmental Corporate Compliance Manager Chris Donald.

    h.    The Third Party Auditor;

    i.    The U.S. Probation Officer; and

    j.    The Court Appointed Monitor.

>   In addition, if it would facilitate providing information, the Court would welcome the opportunity to hear from Group Senior Vice President and Chief Medical Officer Dr. Grant Tarling and Director of Health Policy & Analysis John Kutil, and/or others the Defendant wishes to put forward. If these individuals will be participating on Friday, April 24, 2020, they must also participate in the technical run-through. If the Defendant anticipates that additional people will participate, their information must be provided to the Court in compliance with paragraph 3. The Court anticipates that the run-through will be brief.

5) The public and the press may listen to the status conference on April 24, 2020 via ATT telephone conference. The access information will be provided by separate order.

6) The Parties are encouraged to confer prior to the status conference in an effort to streamline any issues and to maximize the time allotted by the Court for the hearing.

DONE AND ORDERED in Miami, Florida, this <u>13th</u> day of April, 2020.

_____
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE