# U.S. vs Princess Cruise Lines, Ltd,

## Case #16-20897-CR-SEITZ Settlement

## ABSG CONSULTING
## THIRD PARTY AUDITOR
## YEAR THREE ANNUAL REPORT

July 13, 2020



1701 City Plaza Drive
Spring, Texas 77389
www.abs-group.com



# Contents

Contents ............................................................................................................................ 1

**1    Overview** ................................................................................................................. 3

    **1.1   Year Three Observations** .................................................................................. 5

    **1.2   Year Three Recommendations** ......................................................................... 6

    **1.3   Continuous Improvement** ................................................................................. 7

    **1.3.1 Progress Year to Year** ..................................................................................... 7

**2    Annual Report** ...................................................................................................... 7

    **2.1 Introduction** ...................................................................................................... 7

    **2.2 Year Three Timeline** ........................................................................................ 7

    **2.3 Number of Ship and Shore-side Audits** ........................................................... 8

    **2.4 Audit Process** .................................................................................................. 10

    2.4.1 Audit Process ..................................................................................................... 10

**3    Year Three Audit Findings** ................................................................................ 11

    **3.1 Analysis of Findings** ...................................................................................... 11

    3.1.1 Categories of Findings ....................................................................................... 11

    3.1.2 Major Non-Conformities .................................................................................... 13

    3.1.3 Non-Conformities and Observations ................................................................. 15

    **3.2 Common Audit Findings** ................................................................................ 21

    3.2.1 Policies and Procedures .................................................................................... 21

    3.2.2 Record Keeping & Log Issues .......................................................................... 25

    3.2.3 Pollution Prevention Equipment ........................................................................ 26

    3.2.4 Training Issues ................................................................................................... 27

    3.2.5 Waste Management ............................................................................................ 28

    3.2.6 Critical Spare Parts ........................................................................................... 30

    3.2.7 Corrective & Preventative Action ...................................................................... 31

    **3.3 Follow-Up Ship Audits** ................................................................................. 31

    **3.4 Investigations** ................................................................................................. 32

    **3.5 IT Issues** ......................................................................................................... 33

    **3.6 Training** .......................................................................................................... 35

    **3.7 Environmental Initiatives** .............................................................................. 35



**4    Conclusion** ................................................................................................. 37

**5    Appendices** ................................................................................................. 38


# ABS Group

## 1 Overview

### OBJECTIVES

The U.S. Department of Justice (DOJ), approved ABSG Consulting Inc. (ABSG) as the designated Third-Party Auditor (TPA) to conduct passenger vessel and corporate environmental compliance audits, as a result of the U.S. vs. Princess Cruise Lines, Ltd, Case #16-20897 settlement. In the third year of audits, our objectives in accordance with the Environmental Compliance Plan (ECP) were to:

**1** Identify and select covered vessels to be audited in accordance with the ECP requirements during Year Three.

**2** Assess the adequacy of the Environmental Management System (EMS), policies, procedures, current practices, waste management plans and covered vessel pollution prevention equipment as required by the ECP.

**3** Ensure all engineering requirements as stated in the ECP are implemented on all covered vessels.

**4** Identify and effectively document any Observations, Non-Conformities, and Major Non-Conformities found during vessel and shore-side audits.

**5** Notify Carnival Corporation and all Interested Parties as soon as practicable of any Major Non-Conformity identified during a vessel or shore side audit.

**6** Continue to evaluate current state of Carnival Corporation for all covered vessels and operating brands in relation to the requirements of the ECP.

**7** Prepare audit reports for each vessel and shore side audit completed in a narrative form and distribute to Carnival and all interested parties.

**8** Prepare annual report to summarize audit findings for ships and shore side audits conducted during Year Three.

### NUMBER OF AUDITS

# 38 SHIPS

**17** PRINCESS CRUISE LINE

**11** CARNIVAL CRUISE LINE

**7** HOLLAND AMERICA GROUP

**2** CARNIVAL MARITIME

**1** CARNIVAL UK



# 9 SHORE-SIDE

**2 ALL BRANDS GROUP**
- CARNIVAL CORPORATION

**5 OPERATING LINES**
- CARNIVAL CRUISE LINES
- CARNIVAL UK
- CARNIVAL MARITIME
- HOLLAND AMERICA GROUP

**2 CSMART**
- TRAINING CENTER

### MOST COMMON AUDIT FINDINGS

   

| 28% | 22% | 20% | 10% |
|-----|-----|-----|-----|
| Policies & Procedures | Waste Management | Record Keeping & Log Issues | Training Issues |

| | | Vessel | Shore Side |
|---|---|---|---|
| Major Non-Conformity | TPA Audits | 19 | 0 |
| Non-Conformity | TPA Audits | 129 | 15 |
| Observation | TPA Audits | 48 | 8 |



## SUMMARY OF AUDIT FINDINGS

### TECHNICAL APPROACH

**Policies and Procedures**

Many policy updates occur while crew are off-contract where continuing education is not feasible; the update process is slow; and/or personnel are not following procedure.



**Record Keeping & Logs**

Documentation, Checklists, Logs, and other records were found to be poorly managed, not following proper procedures, and not following proper log entry requirements and protocols.



**Pollution Prevention Equipment**

Pollution Prevention Equipment found or reported not operational or malfunction.



**Training Issues**

Inability to complete training within required timeframe" and ineffective tracking system in place.



**Waste Management**

The Garbage Management Plan was not being followed regarding garbage and food waste segregation, hazardous materials handling, and proper documentation. Waste vendor verification was not properly implemented, nor followed.



**Critical Spare Parts**

Critical spare part alerts are not in place for vessels with redundant PPE. Two separate IT solutions for tracking and procurement are in place across all brands.



**Corrective and Preventative Actions**

Corrective and Preventative actions are not effectively managed.



### RECOMMENDATIONS

**Policies and Procedures**

Develop incentives to encourage off-time review of critical procedural changes. Identify solutions for connectivity issues. Identify information retention solutions for those with English as a second or third language.



**Record Keeping & Logs**

Identify and implement measures to better ensure entries within logbook and training records are complete, accurate, and timely.



**Pollution Prevention Equipment**

Re-evaluate critical spare parts for EGCS and incinerator. Work with the manufacturers to determine the root cause of OWS failures.



**Training Issues**

Conduct assessment to implement one tracking system across all brands.



**Waste Management**

Garbage Management Plan should address all aspects of waste management. Continue/complete all initiatives/directives and provide regular status reports. Carryout oversight and implementation of GMP and waste vendor verification.



**Critical Spare Parts**

Synchronize spare parts nomenclature across all brands. Implement a centralized PMS IT solution across all brands.



**Corrective and Preventative Actions**

Ensure established procedures to manage corrective and preventative actions are followed for all audit findings, self-reported nonconformities, and those identified by Class, Flag, or Port State Control.





## 1.1    Year Three Observations

The Third Party Auditor (TPA) observed that there were significant multiple documented instances of non-compliance with the Environmental Compliance Plan ("ECP"), Carnival Corporation & plc ("Carnival" or "The Company") HESS procedures, and Marine Environmental Protection Requirements. Details of these instances are contained in Appendices A and B.

The TPA conducted 38 vessel audits and nine (9) shore-side audits during Year Three of the ECP. Of the 38 vessels audited, 17 were Princess vessels which are audited annually, and 21 vessels of the other brands were also audited. The TPA audited approximately one-third of the Company's fleet and continued to find multiple non-compliance items in ECP Year Three, a significant portion of which were also identified in years One and Two of the ECP.  As the Princess vessels make up 45% of the audits conducted in the previous three years, it is concerning to the TPA that we continue to find reoccurring non-compliance items in Year Three on a small sample of the Company's fleet.  The TPA Audits last about three days with a minimal amount of time spent with each department and we continue to find non-compliance issues on each audit. Most of these vessels operate 365 days a year, with the TPA audits amounting to less than 1% of the vessels operating profile. As noted in the Common Audit Findings (Section 3.2) of this report, the TPA continues to find reoccurring incidents.

Approximately 90% of the Major Non-Conformities found in ECP Year Three could have potentially created a pollution incident, and similar Major Non-Conformities were found in ECP Year Two. The Company addressed the specific items in the TPA Year Two report but has not successfully addressed these issues systemically across the fleet and needs to address these Major Non-Conformities to prevent them from re-occurring in the future. Additionally, approximately 40% of these Non-Conformities and 50% of Observations addressed similar systems and components of the Major Non-Conformities. Unless the Company can institute a proper corrective and preventive action program, these Non-Conformities, Observations, and any "near misses" may develop into Major Non-Conformities and potential pollution incidents.

The Company continued to make efforts to comply with the requirements of the ECP during Year Three. Although Carnival has made strong efforts to comply with the ECP, there still appears to be a lack of commitment within the senior management of the Company to bring a sustainable environmental compliance program into the day-to-day culture of the Company. Carnival senior management has made great efforts to explain that they want to be good stewards of the environment, but there was a lack of verifiable actions during Year Three. A lack of a robust incident investigation program was identified in Year One. Although the Company has invested significant time and effort to try and implement an Incident Analysis program during Year Three, the TPA has not yet observed any substantial improvements in this process. Without a robust Incident Analysis program, identification of root cause to failures is not attainable and any corrective or preventative measure implemented without it is suspect to being successful.  As the Company begins Year Four, the program is still under development and has yet to be fully implemented.

It is noted that all staff, both ship and shore-side, were very cooperative, courteous, and straightforward during all TPA audits.

During Year Four, the TPA will focus on the systemic issues that have been raised during the first three years of audits. There will be a significant focus on, among other things, waste management, incident investigation and corrective and preventative actions, as well as senior management's commitment and specific actions designed to ensure that Carnival continuously improves their environmental management system and puts in place efforts that will extend support for compliance beyond their probation period as required by the ECP.



## 1.2    Year Three Recommendations

At the end of year three, the TPA has identified the following recommendations which are supported by our audit findings.

### Waste Management:

- Provide status reports of all initiatives/directives during lay-up; report to include reason(s) of any non-compliance.
- Continue/complete all initiatives/directives, *i.e.,* color-coding, drain covers, and food digesters across all brands.

### Corrective & Preventative Actions:

- Ensure recently established procedures to manage corrective and preventative actions are followed for all audit findings, self-reported nonconformities, and systemic and compliance issues identified by Class, Flag, or Port State Control. Verify that these actions have been taken and evaluate whether they have resulted in preventing these initiating actions from re-occurring.

### Pollution Prevention Equipment:

- Re-evaluate critical spare parts for Exhaust Gas Cleaning Systems (EGCS) and incinerator systems.
- Work with the manufacturers to determine the root cause of failure for the Oily Water Separator (OWS) during system operations.
- Assure vessels have full complement of PPE critical spares before leaving port.
- Flag State approval for classification of effluent from the food digestors.

### Critical Spare Parts:

- No vessel leaves port without a full complement of critical spares.
- Complete synchronization of spare parts nomenclature across all brands as part of the MAST program
- Complete implementation of a centralized PMS IT solution across all brands as part of the MAST program.
- Implement a centralized PMS and spare parts system to streamline and consolidate logistics ordering and tracking of parts and required maintenance.

### Policies and Procedures:

- Implement measures to provide crew adequate paid time to review and understand updated/revised policies and procedures.
- Implement information retention solutions for those with English as a second or third language.
- Provide a more robust QA/QC system which assures that the procedures are clear, complete, measurable, and easily understood by shipboard, with better implementation oversight/management to ensure effectiveness.
- Retrain on use of Global HESS with a focus on how to identify relevant changes for all required users.

### Record Keeping & Log Entries:

- Add Environmental Officer (EO) and Officer training blocks in Center for Simulator Maritime Training (CSMART) for importance of record keeping, including regulatory requirements.
- The Company should identify systemic issues that are causing logbook errors, missing signatures, and data.



**Training:**

- Fully implement GLADIS or other centralized training tracking systems across the Company.
- Incorporate Safe and Well Program, a virtual training implemented at Carnival UK, as a standard across the Company, as discussed in Section 3.6 IT Issues.

## 1.3    Continuous Improvement

### 1.3.1    Progress Year to Year

The ECP has tasked the TPA with assessing the Company's continual improvement systems. The Company has made strides to enact policies and programs to address the environmental management shortcomings but has been slow to act on the underlying issues associated with their continued non-compliance issues.

The lack of an effective incident investigation program, which has been a finding since year one, was identified as a potential contributor to the Company's non-compliances. As noted above, the Company has invested significant time and effort to try and promulgate an Incident Analysis program during year three but has not yet seen any real substantial improvements in this process.

As identified in section 3.1 Analysis of Findings, it is apparent that issues first identified in ECP Year One and Year Two TPA audit findings continue to be reported in Year Three TPA audit findings. The reoccurring findings do not show a level of continuous improvement in the Companies environmental programs.

In an effort to help prioritize the recurring issues, findings from years one, two and three, where findings found to be systemic (reoccurring) in year four, such as errors in regulatory-required record keeping books, etc., will be deemed a systemic issue and addressed in correspondence from the TPA to the Company.

# 2    Annual Report

## 2.1 Introduction

The U.S. Department of Justice (DOJ) approved ABSG Consulting Inc. (ABSG) as the designated Third Party Auditor (TPA) to conduct environmental audits in accordance with the agreed Environmental Compliance Plan (ECP), which is part of the U.S. vs. Princess Cruise Lines, Ltd, Case #16-20897 plea agreement and judgment. This is the third annual report of a five (5)-year probation period that is designed to assure the Company meets the requirements of the ECP and increases environmental compliance awareness and practices for all covered ships within Carnival Corporation's operating lines. The ECP mandates an audit be conducted for all ships operating under Princess Cruise Line. In addition, 20% of other covered ships within Carnival Corporation brands (i.e. Carnival Cruise Lines, Holland America Group, Seaborne Cruise Lines, Cunard Cruise lines, P&O Cruise Lines, Aida Cruise Lines and Costa Cruise Lines) must be audited. In conjunction with ship audits, shore-side audits of Carnival Corporation headquarters, Carnival Corporation brand offices, and the EO training facility must be conducted. The ECP required number of audits plus the additional court order unannounced audits shared with the CAM were scheduled for year three in coordination with the CCM. The following report is the audit summary for year three.

## 2.2 Year Three Timeline

The TPA Audit Year Three started on April 19, 2019 and ended on April 18, 2020. Preparation of year three began before the anniversary date with weekly teleconferences attended by the TPA, with the Carnival Corporation and the Court Appointed Monitor (CAM). The first audit of year three began on Monday, May 06, 2019, with a shore-side audit of the Carnival Corporation headquarters office in Doral, Florida. This was followed by the first shipboard audit aboard the RUBY PRINCESS on Saturday May 11, 2019 in Seattle, Washington. The TPA audit schedule was set for year three and continued as planned through most of the ECP audit year.

Due to travel restrictions stemming from the international pandemic caused by the novel coronavirus, the TPA was unable to carry out the final four (4) ship audits for ECP Year Three. Ship audits for SKY PRINCESS, PACIFIC



PRINCESS, CARNIVAL MIRACLE, and CARNIVAL SPIRIT have been postponed and will be carried out during ECP Year Four (in addition to the required year 4 schedule) as soon as applicable no-sail orders are lifted or remote auditing can be arranged.

A meeting with the CAM was held at ABS Group headquarters in Houston, Texas on August 7, 2019 to discuss the progress of the TPA audits and audit findings. All TPA auditors were in attendance throughout the meeting.

TPA Auditors attended a new Environmental Officer's (EO) Training Course, developed in conjunction with University of West Florida, that was held on August 12-16, 2019 at CSMART in Almere, Netherlands. This 5-day training was a combination of EO Training and a Conference that was more interactive than a typical lecture-based training.

The final shore-side audit for year three was conducted on March 12, 2020 at Carnival Corporation headquarters in Miami, Florida. The final ship audit for year three was conducted on March 1, 2020, when the TPA auditors boarded the NIEUW STATENDAM in Fort Lauderdale, Florida.

The TPA attended the hearing on June 3, 2019, in the Federal Court before Judge Patricia Seitz, during which there was a guilty plea by Carnival Corporation for violating probation. After the hearing, the TPA attended status conferences on July 19, 2019, October 2, 2019, and January 8, 2020. With the COVID-19 pandemic, a video status conference was held on April 24, 2020. The status conference on October 2, 2019 called for an additional court conference on December 19, 2019 regarding Carnival's compliance efforts. A pre-meeting was held in Washington, DC on December 4, 2019 at the law office of Dechert LLP.

## 2.3 Number of Ship and Shore-side Audits

There was a total of 38 ship audits for year three; four audits were not carried out due to the COVID-19 pandemic, and two ship audits were follow-up audits. There was a total of 11 shore-side environmental audits, including training audits, for year three; two were follow-up audits. Tables 1, 2, and 3, respectively, list the ship, shore-side, and training audits conducted, with the date that the audit began and the location where auditors boarded the ship or location of the shore-side office. All shipboard audits were unannounced.



*Table 1*

| | Ship Audits | | |
|---|---|---|---|
| | **Ship** | **Date** | **Embarkation Port** |
| 1 | Ruby Princess | May 11, 2019 | Seattle, Washington |
| 2 | Carnival Breeze* | May 11, 2019 | Port Canaveral, Florida |
| 3 | Coral Princess | May 22, 2019 | Whittier, Alaska |
| 4 | Crown Princess | June 06, 2019 | Southampton, UK |
| 5 | Volendam | June 12, 2019 | Vancouver, Canada |
| 6 | Caribbean Princess | June 18, 2019 | St. Thomas, Virgin Island |
| 7 | Carnival Magic | June 22, 2019 | Fort Lauderdale, Florida |
| 8 | Emerald Princess | June 29, 2019 | Barcelona, Spain |
| 9 | Eurodam | July 08, 2019 | Juneau, Alaska |
| 10 | Queen Victoria | July 14, 2019 | Southampton, UK |
| 11 | Westerdam | July 21, 2019 | Seward, Alaska |
| 12 | Carnival Glory | August 11, 2019 | New Orleans, Louisiana |
| 13 | Island Princess | August 21, 2019 | Whittier, Alaska |
| 14 | Costa Deliziosa | August 25, 2019 | Venice, Italy |
| 15 | Carnival Breeze | September 07, 2019 | Port Canaveral, Florida |
| 16 | Veendam* | September 07, 2019 | Boston, Massachusetts |
| 17 | Golden Princess | September 21, 2019 | Vancouver, Canada |
| 18 | Grand Princess | September 23, 2019 | San Francisco, California |
| 19 | Carnival Valor | October 03, 2019 | New Orleans, Louisiana |
| 20 | Carnival Imagination | October 06, 2019 | Long Beach, California |
| 21 | Majestic Princess | October 13, 2019 | Sydney, Australia |
| 22 | Royal Princess | October 26, 2019 | San Pedro, California |
| 23 | Sapphire Princess | October 31, 2019 | Southampton, UK |
| 24 | Aidadiva | November 02, 2019 | New York, New York |
| 25 | Seabourn Quest | November 06, 2019 | Miami, Florida |
| 26 | Carnival Conquest | November 16, 2019 | Miami, Florida |
| 27 | Carnival Ecstasy | November 18, 2019 | Jacksonville, Florida |
| 28 | Regal Princess | December 01, 2019 | Port Everglades, Florida |
| 29 | Star Princess | December 04, 2019 | San Pedro, California |
| 30 | Carnival Victory | December 09, 2019 | Miami, Florida |
| 31 | Carnival Legend | December 15, 2019 | Tampa, Florida |
| 32 | Nieuw Amsterdam | January 04, 2020 | Fort Lauderdale, Florida |
| 33 | Carnival Fascination | January 05, 2020 | San Juan, Puerto Rico |
| 34 | Sun Princess | January 07, 2020 | Fremantle, Australia |
| 35 | Diamond Princess | January 15, 2020 | Keelung, Taiwan |
| 36 | Carnival Sensation | January 27, 2020 | Miami, Florida |
| 37 | Veendam | February 05, 2020 | Fort Lauderdale, Florida |
| 38 | Carnival Paradise | February 06, 2020 | Tampa, Florida |
| 39 | Sea Princess | February 19, 2020 | Cairns, Australia |
| 40 | Nieuw Statendam | March 01, 2020 | Fort Lauderdale, Florida |
| 41 | Sky Princess[†] | March 14, 2020 | Postponed |
| 42 | Pacific Princess[†] | April 01, 2020 | Postponed |
| 43 | Carnival Miracle[†] | April 02, 2020 | Postponed |
| 44 | Carnival Spirit[†] | April 10, 2020 | Postponed |

(*) Denotes a ship that required a follow-up audit at a later date.

([†]) Denotes a ship audit that is postponed until ECP Year 4 due to the Coronavirus Pandemic



*Table 2*

| | Office Audits | | |
|---|---|---|---|
| | **Facility** | **Date** | **Location** |
| 1 | Carnival Corporation* | May 06, 2019 | Doral, Florida |
| 2 | Carnival Maritime | June 11, 2019 | Hamburg, Germany |
| 3 | Carnival UK | August 19, 2019 | Southampton, UK |
| 4 | Carnival Cruise Lines* | September 30, 2019 | Doral, Florida |
| 5 | Holland America Group | January 28, 2020 | Seattle, Washington |
| 6 | Princess Cruise Line | February 03, 2020 | Santa Clarita, California |
| 7 | P&O Australia | February 17, 2020 | Sydney, Australia |
| 8 | Carnival Cruise Line | March 10, 2020 | Doral, Florida |
| 9 | Carnival Corporation | March 12, 2020 | Doral, Florida |

(*) Denotes a shore-side facility that required a follow-up audit at a later date.

*Table 3*

| | Training Audits | | |
|---|---|---|---|
| | **Facility** | **Date** | **Location** |
| 1 | Environmental Officer Training* | August 12, 2019 | Almere, Netherlands |
| 2 | RAAS Auditors Training | August 12, 2019 | Almere, Netherlands |
| 3 | Environmental Officer Training | February 23, 2020 | Almere, Netherlands |

(*) Denotes a shore-side facility that required a follow-up audit at a later date.

## 2.4 Audit Process

### 2.4.1 Audit Process

The Year Three TPA Audit Process was conducted aboard the selected ship or on location at the operating line facility. The shore-side audit team coordinated each audit with the Operating Line Compliance Manager (OLCM) to ensure all required documentation, personnel, and dates for each audit were understood by all parties. The ship audits were all unannounced, and approximately seven days prior to the ship audit start date, a notification was sent to the Corporate Compliance Manager (CCM) advising of the audit. The notification was necessary to arrange cabin assignments for the auditors. The process worked well, and the ships' crew appeared to be unaware of the scheduled ECP audits.

Auditors reviewed and observed all areas required by the ECP onboard each ship and during each shore-side audit. Auditors began each audit with an Opening Meeting, which was attend by all TPA auditors and key Carnival personnel as designated by the ship's Captain or the OLCM ashore. Each ship's EO or the OLCMs coordinated with the TPA Lead Auditors to ensure the audit schedule was closely followed throughout the course of the audit. Once the audit was complete, a Closing Meeting was held, and all findings were briefed to the ship or shore-side office staff. The TPA audit team would then deliver an Audit Summary Report listing all findings noted during the audit.

Ship audits consisted of a two- (2) person audit team, which met the ship at a scheduled port of call and conducted the audit while the ship was underway. The audit team would disembark the ship upon completion of the audit, typically at a different port than embarkation. The TPA auditors were aboard the ship between four and six days. This was based upon the ship's voyage plan and to have an opportunity at sea to operate pollution prevent equipment and take samples of grey, black, and bilge water overboard discharge lines.



Shore-side audits generally consisted of a three- (3) person team and were conducted on location at the Carnival Corporate Headquarters in Doral, Florida or in the city and country of the respective operating brand's office. The shore-side audits generally took one full week to complete.

Analysis of findings include: Investigations, IT issues, Training, and Environmental Initiatives. In addition to common audit findings, the TPA will continue to focus on these audit areas during Year Four and beyond. Lastly, ship and shore-side feedback are provided within this section. Appendices A and B provide detailed ship and shore-side findings of those identified in this section.

# 3      Year Three Audit Findings

## 3.1 Analysis of Findings

### 3.1.1 Categories of Findings

Each TPA audit finding was categorized as either a Major Non-Conformity, Non-Conformity, or Observation as defined within "Section 1.D – Definitions" of the ECP. Major Non-Conformity means an observed situation where objective evidence indicates a violation of a Marine Environmental Protection Requirement or policies established by this ECP that consists of or contributes to the discharge or potential discharge of oil, or oily wastes, or other prohibited wastes into the water. It may also include the discovery of pollution prevention equipment determined to be incapable in terms of processing and monitoring capabilities or inadequate with respect to the quantities of wastes such equipment is required to process.

Non-Conformity means an observed situation where objective evidence indicates a violation of a Marine Environmental Protection Requirement (see Section I.C, above) or a policy or procedure established by this ECP, regardless of whether it is immediately repaired or remedied. All audit line items which are not completely compliant with the requirements of this ECP are Non-Conformities.

Observation means a statement of fact made during an audit and substantiated by objective evidence that could lead to a Non-Conformity if not addressed. If pollution prevention equipment requires a repair of any kind to be operational for a proper test by any auditor, it will be identified as an Observation.

Overall audit findings are represented by two charts on the following page. Figure 1 identifies audited ships, organized by ship brands, while the Figure 2 identifies audited shore-side brands. Both provide a count of findings, per audit, by each finding category. Collectively, ships accounted for 196 total findings while shore-side accounted for 23 total findings. Descriptions of all ship and shore-side findings can be found in Appendices D and E, respectively.

In addition to findings identified during audits, the TPA also documented any findings that occurred prior to an audit which met the criteria of a Major Non-Conformity. These findings were discovered through reviews of previous audit or inspection reports, Carnival incident reporting systems (e.g. Flash Reports, SeaEvent), interview processes, and other means. These findings are documented at the request of the Department of Justice (DOJ) during year one.





*Figure 1*



*Figure 2*

### 3.1.2 Major Non-Conformities

Major Non-Conformities identified for ship audits totaled 19. Approximately 90% of the Major Non-Conformities could have potentially created a pollution incident. The Company failed to correct these types of findings from year two to year three and needs to address these Major Non-Conformities to prevent them from re-occurring in the future.

Most findings were primarily associated with inoperable Pollution Prevention Equipment (9) followed by Food Waste Segregation and Disposal (5). The inoperable Pollution Prevention Equipment included wasted, holed, or cracked exhaust gas cleaning systems. Food Waste Segregation and Disposal areas with Major Non-Conformities included overboard food waste systems, a bilge tank, an instance of ballast water piping, and a grease trap. The Food Waste Segregation and Disposal findings all identified non-food or solid wastes, to include excessive amounts and/or plastics, within overboard food waste discharge systems after all procedural steps to segregate non-food items had been taken.

Other Major Non-Conformity findings included procedural issues associated with missing and improper galley bells and scupper covers (2), a Critical Spare Parts issue related to an OWS (1), malfunction of an Azipod seal that resulted in a continuous overboard discharge of a Non-Environmental Acceptable Lubricant (EAL) (1), and an overboard discharge of runoff from non-EAL grease used with small boat lifting wires (1).

Figure 3 on the following page identifies Major Non-Conformities by finding group for each ship audited and total findings. It is accompanied by Figure 4, which represents Major Non-Conformities by finding group for all ships.





*Figure 3*





*Figure 4*

### 3.1.3 Non-Conformities and Observations

**Ship**

Non-Conformities and Observations identified for ship audits totaled 177. Most findings were primarily associated with Policies and Procedures (52); Record Keeping and Log Issues (44); and Food Waste Segregation and Disposal (28). Policy and Procedure findings identified shipboard actions that were not in alignment with the ECP, Global HESS procedures, Class or Flag requirements, and/or compliance regulations. This grouping also identified Global HESS procedures found to be incomplete or ineffective. Record Keeping and Log Issues were found across multiple recording systems for improper, incomplete, or missing entries. Hazardous waste logs (13), Oil Record Books (7), and Environmental Control System (ECS) vulnerability and locks logs (6), accounted for most of these findings. Food Waste Segregation and Disposal findings predominantly consisted of identified non-food or solid wastes, including plastics, within food waste discharge overboard streams (22). Most of these findings occurred after second or third stage segregation steps were completed, but before a last possible check prior to discharge.

The remainder of the findings also included Training, Pollution Prevention Equipment Malfunctions, Garbage Management, and Corrective and Preventative Actions. Training findings involved shipboard supervisors and other personnel with environmental responsibilities (e.g. Bosun), who were unaware or unable to access procedures within Global HESS, followed by issues with managing environmental awareness training of contractors, vendors, and non-ship personnel. Pollution Prevention Equipment malfunctions mainly consisted of failed tests involving an oily water separator (OWS), Oil Content Meter, or Bilge Control Discharge Box. Corrective and Preventative Action findings recognized incomplete or missing actions from shore-side management relating to previous audit findings or investigations. Approximately 40% of these Non-Conformities and 50% of Observations addressed similar systems and components of the Major Non-Conformities. Unless the Company can institute a proper corrective and preventive action program, these Non-Conformities, Observations, and any "near misses" may develop into Major Non-Conformities and potential pollution incidents.



Figure 5 on the following page identifies Non-Conformities by finding group for each ship audited. It is accompanied by Figure 6, which represents Non-Conformities by finding group for all ships.

Figure 7 identifies Observations by finding group for each ship audited. It is accompanied by Figure 8, which represents Observations by finding group for all ships.





*Figure 5*





*Figure 6*





*Figure 7*





*Figure 8*

**Shore-side**

Non-Conformities and Observations identified for shore-side Carnival brand audits totaled 23. All findings related to Training (8); Policies and Procedures (6); Corrective and Preventative Actions (5); Waste Vendors (3); and Critical Spare Parts (1).

Most training findings consisted of environmental awareness courses not being completed within the ECP-required seven-day timeframe (6). This finding applies across all brands for shipboard training and most brands for shore-side training. Policies and Procedures findings mainly consist of unclear Global HESS procedures (2) relating to an overabundance of required shipboard reporting and a redundant reporting process. Compliance Reporting Hotline (2) findings included a failed shore-side test and reports missing ship names, essential information needed to investigate. Corrective and Preventative Action findings all identified improper or ineffective processes related to developing preventative actions and tracking implementation. This finding was found to be applicable across all brands. Waste Vendor findings related to brands not managing waste vendors, as described by Global HESS Procedures. Lastly, a Critical Spare Parts finding identified reorder points for some ECP spare parts cannot be made manually, a functionality which may be necessary. Figure 9 below identifies Non-Conformities and Observations, by finding group, for each shore-side brand audited.





*Figure 9*

## 3.2 Common Audit Findings

### 3.2.1 Policies and Procedures

Policies and procedures continued to be the prime area where TPA findings were identified. Most of the findings related to policies or procedures are reoccurrences from ECP Years One and Two and are directly related to personnel not following policies or procedures.

The Company made significant changes to policies and procedures during ECP Year Three. Fifty-five (55) percent (or 19 out of 35) of the ENV policies listed in Global HESS were new or revised in Year Three. Both the volume of changes and the length of time to develop and publish changes to existing policies such as HMP 1302 - Incident Analysis Procedure (over three years) and ENV 1004 – Environmental Management of Waste Vendors (nearly two years) is likely to have led to recurring findings in each ECP year as discussed below.

The Company continues to develop new or update current policies and procedures, though their approval process remains slow and arduous, in some cases, requiring all corporate brands to agree to changes and come to consensus on final versions, a process which could take months. The Company's policy (INT-1005 - Development, Approval, Release, and Implementation of Documents) describes the process for publishing new or updated policies or procedures and is detailed in part below.

Working groups are assigned by the operating brands and the Carnival Corporate office to review documents in coordination with the corporate compliance staff, each operating brand, key onboard personnel at each brand, and two Environmental Officers (EOs) selected by each brand. As part of the process, the review teams assess changes and make recommendations to each policy or procedure prior to finalizing and incorporating the changes into the Environmental Management System (EMS). It is the Maritime Policy & Analysis (MP&A) Department's goal to review, update and publish no more than 20 documents per month. All approved procedures are published once per month; after a new procedure or amendment is published, ships' personnel are to implement the new changes as soon as possible or within 30 days of publishing. If a ship cannot meet the 30-day implementation requirement, the Captain or other designated crewmember is to submit a Self-Reported Non-Conformity as required by HMP-1106, Self-Reported Non-Conformities.

The following is a list of publications issued by MP&A, as outlined in INT-1005, Development, Approval, Release and Implementation of Documents or publications issued by Carnival Corporation or the Operating Brands found in Global HESS. This is not an exhaustive list of all publications found in Global HESS but is provided to highlight the different types of documents related to environmental compliance added or changed in ECP Year Three.



**Company Publications**:

- All Policies and Procedures published as required.
- Advisory Notices (AN) – Published to a wide range of recipients on ships and ashore to provide immediate awareness of time-sensitive HESS information. Published as required. Four ANs published in ECP Year Three.
- Instructional Notices (IN) – Provide shore management immediate instructions that may supersede current HESS requirements. If required, an Operational Directive (OD) will be published and sent to the ships with specific instructions for the ship to comply with the IN. Published as required. Twelve INs were published in ECP Year Three.
- Safety and Environmental Awareness Bulletins (SEAB) – Published to deliver information about maritime and technical incidents. These publications can be found on Global HESS and are intended to promote awareness for shipboard and shore-side employees. Published quarterly. Four (4) published in ECP Year Three.
- Corporate Standards (CS) – These are HESS standards that apply to all ships to ensure regulatory requirements are met or exceeded. Published or updated as required. There were no CSs published or updated in ECP Year Three.
- Environmental Compliance Notices (ECP-ECN) – ECNs are published to provide guidance on environmental procedures that require changes not covered in policy or procedures. Published as required. Seven (7) ECNs were published in ECP Year Three.

**Company Documents Published by Operating Lines**:

- Operational Directives (OD) – ODs are published by operating brands to provide instructions to ships to temporarily supersede HESS procedures. ODs are published in Global HESS and captains or department heads are to review and take immediate action to implement the OD. The Company reviews ODs semi-annually and will either incorporate into HESS or withdraw and archive the OD. Published as required.

**Selected Environmental Policies and Procedures Repeat Findings**

The following is a partial list of policies and procedures that have had repeat findings from ECP Years One and Two, and re-occurred during ECP Year Three TPA audits, even after Policy and Procedure changes occurred:

**Policies:**

- **ENV 1001 – Worldwide Cruising Environmental Standards** (updated in year three)
    **Example:** Observation: It was also mentioned by some Deck officers that Global HESS procedure ENV-1001 – Worldwide Cruising Environmental Standards, though a good tool, is complex and challenging to navigate to find information and in some cases may be missing pertinent information on environmental standards for a certain area the ship may be scheduled to visit.
- **ENV 1004 – Environmental Management of Waste Vendors** (updated in year three)
    o **Example:** Non-Conformity: There is no Carnival Cruise Line procedure for due diligence checks of waste vendor operations and associated reception facilities. Currently vendor compliance primarily consisted of monitoring permit expiration dates.
- **ENV 1102 – Exhaust Gas Cleaning Systems** (updated in year three)
    o **Example:** Major Non-Conformity: The Exhaust Gas Cleaning System (EGCS) for MDG No. 5 and No. 6 are not operational due to the failure of the exhaust gas SO2/Co2 analyzer. No. 4 MDG ECGS is non-operational due to extensive repairs to the exhaust gas piping (exhaust flue).



- **ENV 1201 – Oily Bilge Water Management** (updated in year three)
  - ○ **Example:** Non-Conformity: The Oil Record Book was missing Chief Engineer and 3rd Engineer signatures.
- **ENV 1202 – Oil-to-Sea Interfaces** (updated in year three)
  - ○ **Example:** Major Non-Conformity: The Port Azipod has been leaking oil externally since December 2018. The ship is losing approximately 4-12 liters of oil per month.
- **ENV 1301 – Garbage Management** (updated in year three)
  - ○ **Example:** Non-Conformity: Waste management practices followed by the ship were not in compliance with the Company's Garbage Management Plan procedures.
- **ENV 1302 – Segregation and Disposal of Food Waste** (updated in year three)
  - ○ **Example:** Major Non-Conformity: During an internal inspection of the Recycling Center equipment; shredder/pulper and mixing tank/food waste tank, numerous non-food items were found inside such as metal bottle caps, metal utensils, crayons, glass, cloth rags, pieces of broken dishes and some plastics.
- **HMP-1302 – Incident Analysis Procedure** (updated in year three)
  - ○ **Example:** Non-Conformity: A draft of the "Investigation Report WESTERDAM Biomass Discharge within 12 NM Japan, 1 April 2019" was on board, however, no report was available in Global HESS. There were no corrective actions on file associated with the incident.
  - ○ **Example:** Non-Conformity: Some environmental incidents included in the flash reports had been found open for extensive periods of time (between 52 and 211 days) or closed without proper evidence that an ongoing investigation was completed.
  - ○ **Example:** Observation: There are approximately ninety-six (96) open Sea Event entries waiting for shore-side review or approval.
- **TRG 2302 – Environmental Awareness** (updated in year three)
  - ○ **Example:** Non-Conformity: Monthly training records were sampled for Shipboard Covered Personnel onboard two (2) ships from October 2018 and March to April 2019 and for Carnival Maritime Group Office Shore-side Covered Personnel from March to June 2019. These records indicated ECP training had not been completed within seven (7) days, as required by the ECP, for the following:
    - • COSTA ATLANTICA – 1 personnel in March 2019 did not complete the training within 7 days.
    - • AIDAVITA – 1 personnel in October 2018 did not complete the training within 7 days.
    - • Carnival Maritime Group Shore-side Office – 29 personnel from March to June 2019 did not complete the training within 7 days.
  - ○ **Example:** Non-Conformity: Environmental Awareness training for Holland America Group shipboard Covered Personnel completing training beyond seven (7) days of commencing duties has been self-reported and tracked since inception of the ECP, as Non-Compliant events. These reoccurring non-compliant events have not been addressed to determine root cause(s) or action(s) that could prevent recurrence.
- **TRG 2308 – Workplace Specific Environmental Instruction** (updated in year three)
  - ○ **Example:** Non-Conformity: Some crew members in supervisory roles were not trained on the use of Global HESS and not familiar with the environmental procedures, including recent updates, applicable to their respective departments.



**Procedures:**

- **ENV/11/2019 – Food Waste Segregation** (Published 06 December 2019)
  - o **Example:** Non-Conformity: Upon inspection of the magnetic trap for the food waste system, it was found to have approximately twenty-six (26) metal items and one (1) rag in it. The metal items were spoons, bottle caps, bolts, screws, salt and pepper shaker lids, and hair pins. This finding indicates an inadequate food waste segregation process prior to material entering the food waste system.
- **ENV/12/2019 – Food Waste Tank Inspection Frequency** (Published 18 December 2019)
  - o **Example**: Non-Conformity: The two (2) food waste tanks are not being inspected in accordance with Global HESS requirement ENV-1302.
- **ENV/01/2019 – Environmental Awareness for Contractors** (Published 14 January 2019, Revised 18 February 2019)
  - o **Example:** Non-Conformity: A record of signatures from vendors, technicians and other non-crewmember representatives to acknowledge their receipt of an Environmental Awareness for Contractors and Vendors brochure was not recorded for eleven (11) representatives that boarded the ship in Tampa, Florida on December 15, 2019.

The policies and procedures discussed above were selected as they are directly related to environmental compliance and all have been newly published, edited, or changed during ECP Year Three. This list does not take into consideration any changes that have been published to other Health, Safety or Security policies or procedures within the same period. Many of these findings are recurring not only in Year Three but have been identified in the previous two years' audits as well.

**Potential Causes of Repeat Findings**

Many of these policies and procedures were changed or updated directly in response to TPA findings, yet issues remain, and associated findings persist as the company has failed to analyze the true root cause of these findings. The following is a list of potential causal factors based on TPA interviews and observations that could be directly related to recurring findings:

1. Statements from the crew indicated the number of policy and procedure changes are overwhelming the work force, making it impossible to retain critical changes.

   a. Changes occur throughout a 12-month cycle, all posted to Global HESS. Most shipboard personnel do not work 12 months of the year; most work anywhere from 3- to 6-month contracts with varying amounts of time off for vacation prior to their next contract but policy and procedural changes occur at a rate of nearly one (1) per month.

   b. Officers and some supervisors may have access to Global HESS while off contract, providing them the ability to review changes while away from the ship, however, most crewmembers do not have remote access to Global HESS. Most crew members work three- (3) to five- (5) month contracts and the lack of access to Global HESS while away from the ship means they can only review changes once back onboard.

   c. Crew members have stated to the TPA that there is an expectation that they will review any policy and procedural changes (applicable to their jobs) as well as complete any required recurring computer-based training while on vacation prior to returning to the ship. Some crew members do not have access to the internet in their home countries, making computer-based training nearly impossible to complete.

   d. Therefore, crewmembers generally review all changes to policies and procedures that have been implemented while they were on vacation within the first seven days of their return to the ship and



assumption of duties.  The short time provided for handover given the volume of changes discussed above may potentially lead to human error.

2.  Cross-cultural communication of an international crew (e.g., comprehension issues due to English being a crewmember's second or third language) is a factor considering the additional amount of information they are required to review, understand, and implement in a short period of time.

3.  Training is not updated to include recent changes to Global HESS Policies and Procedures.

**Recommendations**:

- Implement measures to provide crew adequate paid time to review and understand updated/revised policies and procedures.
- Implement information retention solutions for those with English as a second or third language.
- Provide a more robust QA/QC system which assures that the procedures are clear, complete, measurable, and easily understood by shipboard, with better implementation oversight/management to ensure effectiveness.
- Retrain on use of Global HESS with a focus on how to identify relevant changes for all required users.

### 3.2.2 Record Keeping & Log Issues

As with the first two years, improper record keeping continued to be an issue during ECP Year Three shipboard audits. Multiple human errors were identified by the lack of attention to detail when making entries into required logs. For example, personnel not following current Company policies and procedures; logs showing locks being opened but not closed; lack of detailed or missing log entries; missing signatures; and the use of electronic logs when procedures call for the use of manual logs. The TPA also noted that many logbooks showed corrected errors, or late entries, especially within regulated record books such as the Oil Record Book.

The following are examples of ship findings related to record keeping during year three of the ECP:

- Gray Water and Sewage logbook hardcopies are required under the Alaska Cruise Ship Statute and 33 C.F.R. 159.315. On board the WESTERDAM, only electronic logs were provided to the TPA auditor.
- The Oil Record Book for the CARIBBEAN PRINCESS was missing the Chief Engineer and 3rd Engineer signatures.
- On board the COSTA DELIZIOSA, it was noted there were no entries in the ECS lock log for unlocking the OWS overboard valve on August 18, August 19, August 23, and August 26, 2019. OWS overboard operations were performed on those dates according to ORB entries.
- On board the AIDADIVA, start and stop transfer times were not completed on the checklist for sludge and water transfers ashore (TEC 1401 A1) for the October 23, 2019 transfer of sludge ashore.
- The Carnival Legend log for Oil-to-Sea Interface was missing information in the "Explanation" block to account for the loss of oil.

It cannot be overemphasized the importance of record keeping. Collecting good data in records can effectively aid in an investigation and analyzed data can provide cost saving measures. Regulatory required logbooks such as the Oil Record Book and Garbage Record Book require signatures from the Chief Engineer and Captain. These signatures state they have reviewed the entries and find them acceptable, and they are now becoming a formal requirement. As part of company policy, the Environmental Officer is to verify compliance of record keeping daily. With all the checks and balances in the Global HESS, there should be no reason why record keeping errors be eliminated. Auditors will continue during ECP Year Four to closely review records to ensure ship personnel are following company procedures.



**Recommendations**:

- Add Environmental Officer (EO) and Officer training blocks in Center for Simulator Maritime Training (CSMART) for importance of record keeping, including regulatory requirements.
- The Company should identify systemic issues that are causing logbook errors, missing signatures, and data.

### 3.2.3 Pollution Prevention Equipment

The Exhaust Gas Cleaning System (EGCS) was the most notable failure for a Major Non-Conformity of Pollution Prevention Equipment in ECP Year Three audits. The Major Non-Conformity was issued because the EGCS was not in operation at the time of the audit, while other EGCS findings were noted with severe water leaks or wastage of the exhaust piping. There were also many self-reported EGCS incidents during year three.

The self-reported incidents of the EGCS showed failure of the gas analyzer, faulty sensors, and other part failures, but the most notable are the pollution incidents that followed. An air pollution incident was caused by improper switch-over of the fuel to the EGCS, which generated heavy black smoke from the exhaust stacks. The water pollution incidents were noted when the discharges of black soot appeared on the surface of the water while the ship was moored in port. All these pollution incidents generated Environmental Instructional Notices (ENV 08/2019 and ENV 02/2020).

There were seven (7) findings related to the OWS. These findings were Observations because one or more attempts to conduct the 1-hour operational test failed. Spare parts were onboard to complete repairs and resume a successful operation test. Although the TPA audits did not find a Non-Conformity with the operation of the OWS, there are numerous self-reported incidents such as weekly flash reports and special condition 13 for failure of the OWS.

No incinerators were found to be inoperative during year three's TPA audits, only self-reported by the ships through weekly flash reports. The most notable problem with an incinerator was a broken shredder. This part is not considered a critical spare and can take several weeks or months to be delivered, which can create a problem for some ships in storing waste if the ship only has one incinerator. Ships with two (2) incinerators do not have this issue but are not storing critical spare parts since they have a back-up incinerator. Only ships with one (1) incinerator are then required to store critical spare parts.

Food digestors are currently being installed on ships and have not been found by the auditors as non-functioning. The only notable deficiency found with the food digestors is the effluent being discharged. It is being discharged directly into the grey water tank and then overboard. The food waste is not being logged in the Garbage Record Book as discharged food waste.  The TPA auditors have asked the Company for Flag State approval of the food waste being classified as grey water. The TPA has not received Flag State approval and continue to ask for more testing.

The following are examples of findings related to failure of pollution Prevention Equipment during year three of the ECP but have been since corrected:

- On board the CARNIVAL VALOR, The Exhaust Gas Cleaning System (EGCS) for MDG No. 5 and No. 6 are not operational due to the failure of the exhaust gas SO2/Co2 analyzer. No. 4 MDG ECGS is non-operational due to extensive repairs to the exhaust gas piping (exhaust flue).
- On board the AIDADIVA, the waste processing equipment is not operational. Only one (1) food shredder on the pulper system is operational. The second shredder broke down on August 28, 2019 and the ship has had only one (1) shredder working since then. The expected arrival date for the ordered spare parts' is November 30, 2019.
- On board the CARNIVAL DREAM, the Exhaust Gas Cleaning System (EGCS) have not been operational since March 2018. The CARIBBEAN PRINCESS, ZUIDERDAM, CARNIVAL VISTA, and CARNIVAL LIBERTY were also noted to have non-working EGCS.



- On board the CARNIVAL CONQUEST, the Exhaust Gas Cleaning System (EGCS) installed for engines DG4, DG5, and DG6 are out of service and currently undergoing underway repairs for cracks in the structure of the exhaust system. The estimated time for completion of these repairs is mid-December.

**Recommendations**:
- Re-evaluate critical spare parts for Exhaust Gas Cleaning Systems (EGCS) and incinerator systems.
- Work with the manufacturers to determine the root cause of failure for the Oily Water Separator (OWS) during system operations.
- Assure vessels have full complement of PPE critical spares before leaving port.
- Flag State approval for classification of effluent from the food digestors.

### 3.2.4 Training Issues

Two primary issues were noted for the program responsible for ECP basic initial training of shipboard and shore-side Covered Personnel. *See* ECP, Attachment 3, at 57.   The first issue appears to be a systemic re-occurring involving Carnival brands failure to ensure all personnel completed training within the ECP-required seven days from commencing their duties. Findings were identified across four Carnival brands for shipboard personnel and within three Carnival brands for shore-side personnel. Similar findings were identified at least once during ECP Years One and Two for each Carnival brand.

The following are examples of findings related to training completion during Year Three of the ECP:
- For Carnival Maritime Group, monthly training records were sampled for shipboard Covered Personnel onboard two (2) ships from October 2018 and March to April 2019 and for shore-side Covered Personnel from March to June 2019. These records indicated ECP training (TRG-2308) had not been completed within seven (7) days, as required by the ECP, for the following personnel:
  - Shipboard Covered Personnel:
    - COSTA ATLANTICA: 1 person in March 2019.
    - AIDAVITA: 1 person in October 2018.
  - Shore-side Covered Personnel: 29 people from March to June 2019.

- For Holland America Group, Environmental Awareness training records were sampled for shipboard and shore-side Covered Personnel that does not include the shipboard personnel listed above.  These records indicated ECP training had not been completed within the required seven (7) days for the following personnel:

  - Shipboard Covered Personnel: 43 people across 16 ships, from November 2019 to January 2020.
  - Shore-side Covered Personnel: 13 people, from January to December 2019.

The second issue is the ineffectiveness of tracking and reporting systems used by Operating Line Training Managers (OLTMs) to monitor and track successful completion of training within the ECP-required seven (7) days. Technologies that provide tracking and reporting systems differ across Carnival brands (e.g., MAPS, MISTRAL, Corner Stone). They serve as stand-alone systems with limited capabilities to effectively monitor on-time ECP training completion. As noted above, on-time completion of training continues to be an issue across Carnival brands, especially for shipboard Covered Personnel. The inability of these tracking and reporting systems to serve as effective tools for OLTMs contributes to this on-going issue. During ECP Year Three, Carnival took steps aimed at addressing this issue by implementing the Global Learning and Development System (GLADIS) fleetwide across all brands, as an integrated Learning Management System (LMS) and training tracker. The new technology was expected to replace existing brand-specific training tracking systems and provide needed capabilities to effectively monitor training completion. While GLADIS has been generally implemented across the Company's brands, the tracking portion of



the system has not been implemented due to technical issues. Carnival plans to assess next steps during ECP Year Four. Table 4 identifies technologies used across the Carnival brands to track training.

*Table 4*

| OLTM Training Tracking Platforms/ Systems | Year 3 | | Year 2 | | Year 1 | |
|---|---|---|---|---|---|---|
| | Ships | Shore | Ships | Shore | Ships | Shore |
| CARNIVAL CORP &PLC | N/A | Corner Stone "My Talent Center" | N/A | Corner Stone "My Talent Center" | N/A | IGNITE |
| Carnival Cruise Line | Crew Personnel System (CPS) | Corner Stone "My Talent Center" | CPS | Corner Stone "My Talent Center" | CPS | GLADIS |
| CARNIVAL MARITIME Group | MISTRAL 1&2 | GLADIS | MISTRAL 1&2 | EXPERT | MISTRAL 1&2 | EXPERT |
| CARNIVAL UK | MISTRAL 3 | GLADIS supported by Excel file to track the 2307 ILT | MISTRAL 3 | EXPERT | MISTRAL 3 | EXPERT |
| Holland America Group | Manpower Analysis and Planning System (MAPS) | Cornerstone "My Talent Center" | MAPS | Corner Stone | MAPS | Corner Stone |

**Recommendations**:
- Fully implement GLADIS or other centralized training tracking systems across the Company.
- Incorporate Safe and Well Program, a virtual training implemented at Carnival UK, as a standard across the Company, as discussed in Section 3.6 IT Issues.

### 3.2.5 Waste Management

Garbage Management issues were found on ships and shore-side audits during ECP Year Three. The ships had numerous findings relating to segregation of food waste while the shore-side findings were primarily related to the waste vendor assessment audit program. Both areas contributed to a large segment of the audit findings for ECP Year Three. Other findings included storage, handling, and recordkeeping of hazardous waste.

**Ship**

Plastic and other non-food items found in food waste were noted during ECP Year Two audits and continued throughout ECP Year Three, despite the Company implementing measures to combat the issue. These preventative measures included additional training, inspections of food waste tanks, locking of the pulpers, additional signage, second stage segregation process, and color-coded bins. The additional measures have aided improvement with the segregation of non-food waste, but Carnival's Weekly Food Waste Dashboard shows the problem still exists.



It was also noted by the auditors during ECP Year Three audits that galley deck drain covers, and their securing screws were missing, creating unobstructed drain ways. This practice facilitated plastic entering the galley drainage system that flows into the gray water tanks, which discharge directly overboard while at sea. Environmental Compliance Notice 3-19 was put in effect to install missing drain covers and securing screws.

Very little guidance was given by Carnival Corporation to the ships regarding the proper fit-up with the type of deck drain cover and securing screws. This led to deck covers being purchased with a slotted feature or with holes of too large a diameter, leaving debris able to drain through the deck cover. A notice was sent by Carnival Corporation to correct the issue and specified no more than an 8mm opening and two tamper-proof securing screws with each deck cover was permitted. At the end of ECP Year Three, not all ships had completed this task.

The following are examples of findings related to garbage management and waste vendor oversight failures for ships during ECP Year Three audits:

- Onboard the CARNIVAL BREEZE during an internal inspection of the Recycling Center equipment; including the shredder/pulper and mixing tank/food waste tank, numerous non-food items were found inside the equipment, such as metal bottle caps, metal utensils, crayons, glass, cloth rags, pieces of broken dishes, and some plastics.
- The Garbage Management Plan was not followed onboard the ROYAL PRINCESS.
- During an internal inspection of the shredder/pulper and mixing tank/food waste tank in the Recycling Center onboard the VEENDAM, numerous non-food items were found inside the equipment, such as metal bottle caps, metal utensils, crayons, glass, cloth rags, pieces of broken dishes and some plastics.
- Carnival Cruise Line procedure for due-diligence checks of waste vendor operations only monitor permit expiration dates and do not conduct an audit of the facility.

### Shore-side

Waste vendor vetting, and shore-side waste facility offload site evaluations continued to be a challenge for the Company throughout ECP Year Three. It was identified by the auditors in ECP Year Two that the Company was unsure of what happened to any offloaded waste stream after it left the ship, including those waste streams regulated by MARPOL. Though the Company has a policy for managing waste vendors, it was neither robust enough nor was it followed by the Company closely enough to effectively evaluate and manage its waste vendors and their reception facilities. Because of this, the Company has restructured the program and updated its ENV-1004 Environmental Management of Waste Vendors policy.

In its FY2019 Sustainability Report, the Company states that, "as part of our initiatives to continue to reduce waste generated by our shipboard operations, we continue to work closely with waste vendors and ports to identify new opportunities to reduce waste." In early 2019, Carnival formed an environmental working group to update ENV-1004 – Environmental Management of Waste Vendors. A working group conference was held in Seattle in March 18-21, 2019. Representatives of each Operating Line and ABG were present, and discussions centered on topics, such as waste management and best practices, waste vendor assessment and auditing, and revisions to procedures and guidelines. The final update to ENV-1004 was published over a year later in Global HESS on March 25, 2020.

The updated Company procedure includes a risk-based waste vendor self-assessment questionnaire to be filled out by all vendors previous used or potentially could be used and returned to the Company for review. The process includes review of vendor-specific local media reports, regulated permits, certifications, and other requested documentation. In-person site visits of waste facilities by Company representatives is not referenced in the update of ENV 1004 Environmental Management of Waste Vendors. The initial phase of the process, the completion of waste vendor self-assessment questionnaires, is currently underway and scheduled for completion no later than June 30, 2020.



Once vetted, a list of "preferred" or "acceptable" vendors will be developed by the Company and published to Global HESS on July 2, 2020. Due to the COVID-19 global pandemic, all cruise ships have been prohibited from operations. If Company ships are authorized to begin operations prior to July 1, 2020, or the new vetted list of vendors is published, the Company will continue to use waste vendors as required by the current operating line instructions. Vessels are required to submit a Self-Reported Non-Conformity if a non-approved waste vendor is used. The TPA will monitor the progress of this new process during ECP Year Four.

**Recommendations**:

- Provide status reports of all initiatives/directives during lay-up; reports to include reason(s) of any non-compliance.
- Continue/complete all initiatives/directives, *i.e.*, color-coding, drain covers, and food digesters across all brands.

### 3.2.6 Critical Spare Parts

TPA audits revealed in year three that Carnival Corporation continues to use two (2) separate IT solutions to track and procure critical spare parts: Infoship and AMOS. Though the Company continues to work towards development of Maritime Asset Strategy Transformation (MAST) to synergize all preventive maintenance, parts tracking, and procurement across the organization, the system is still under development. Tracking, inventory, and procurement of critical spare parts issues still exist as described by the findings listed below. In ECP Year Three, there were seven (7) findings from ship audits and one (1) finding from Shore-side Audits. The following are some examples of Critical Spare Part findings:

From vessel audits:
- Major Non-Conformity: During the review of ECP critical spare parts, it was noted that there are no spare Faucet OWS cartridge sets onboard as required by the inventory list. Three (3) sets are required according to the ECP spare parts list. Only two (2) OWS cartridge sets were found currently on order at the time of the audit.
- Non-Conformity: There were no critical spare parts available for a food shredder that was out of service. The food shredder was replaced with a new model, but no spare parts were on board the ship for this model. The spares for the original unit were categorized as ECP critical spares.
- Non-Conformity: There are no critical environmental spare parts identified for incinerators, a piece of pollution prevention equipment.

From shore-side audits:
- Observation: Some ECP spare parts within the Preventive Maintenance System (PMS) system trigger automatic requisitions, therefore bypassing any manual intervention when the number of units in inventory reached the reorder point level. For some ECP spares, additional manual requisitions need to be created and processed to maintain inventory onboard the ship. This can create confusion in ordering spares.

The TPA discovered through interviews with ship crewmembers that pollution prevention equipment with redundant systems are not required to have critical spare parts listed in the PMS system. This observation was also confirmed by shore-side personnel. As an example, SEA PRINCESS has two (2) fully operational incinerators with no critical spare parts listed. In contrast, other ships that have only one (1) incinerator have a list of required critical spare parts identified in the system. This practice has presented challenges to the Company as evidence by TPA findings that identify missing critical spare parts due to the reduction of redundant systems, and the procurement system not identifying critical spare parts.

Each brand has developed dashboards to manage the status and tracking of spare parts requisitions and purchase orders. Technical/Ship Managers, Technical/Purchasing Managers and Agents have these dashboards available to check and verify status of spare parts for the ships for which they are responsible. Systems are in place to provide alerts when stock levels fall below the ECP required minimum numbers. Directors, asset management and



environmental team members have general access to the PMS dashboards to back-up and support managers and agents when needed.

**Recommendations**:

- No vessel leaves port without a full complement of critical spares.
- Complete synchronization of spare parts nomenclature across all brands as part of the MAST program.
- Complete implementation of a centralized PMS IT solution across all brands as part of the MAST program.
- Implement a centralized PMS and spare parts system to streamline and consolidate logistics ordering and tracking of parts and required maintenance.

### 3.2.7 Corrective & Preventative Action

Several TPA audit findings relating to Corrective and Preventative actions were not effectively managed during ECP Year Three. The implementation and tracking of action plans in Global HESS identified findings that closed before corrective or preventative actions were taken or verified. HMP-1301-Internal Audits describe the process and responsibilities to address audit findings. Shipboard HESS Committees and Audit Review Committees collectively are responsible for conducting any required Root Cause Analysis, assignment of responsibilities for the completion of corrective and preventative actions, tracking and implementation of action plans, and updating the audit tracking system within Global HESS. The following are examples of findings identified during ECP Year Three:

- Some environmental incidents included in the Flash Reports had been found open for extensive periods of time (between 52 and 211 days) or closed without proper evidence that an ongoing investigation was completed.
- The RAAS audit finding, Item 002 (Garbage Management Plan, Appendix 6) from October 12, 2018 audit is still open in Global HESS. The item has been addressed by the ship's staff, but the Non-Conformity is past its due date.
- The TPA audit conducted in May 25-30, 2018 had one Non-Conformity (#7) and one Observation (#8) that were both closed, however neither had corrective action in place.

**Recommendations:**

- Ensure recently established procedures to manage corrective and preventative actions are followed for all audit findings, self-reported nonconformities, and systemic and compliance issues identified by Class, Flag, or Port State Control. Verify that these actions have been taken and evaluate whether they have resulted in preventing these initiating actions from re-occurring.

## 3.3 Follow-Up Ship Audits

Compared to ECP Year Two, which had four follow-up ship audits, ECP Year Three had only two (2) ship follow-up audits. The two (2) ships, Carnival Breeze and Veendam had several Major Non-conformities that required a TPA follow audit to observe any corrective actions that took place.

The Major Non-Conformities on CARNIVAL BREEZE consisted of numerous non-food items, such as metal, glass, cloth, crockery and plastics found in the ship's magnetic trap, shredder/pulper and the mixing tank/food waste tank; 28 galley deck drain bells and 137 screws missing from galley drains, and; several non-food items, including plastics, floating on the surface of the ship's galley grey water drain tank.

All findings were found satisfactory during the follow-up visit. It was observed that deck drain covers were in place and secured with four screws. Signs of how and what foods are to be segregated were posted in galleys. Increased supervision of galley personnel was noted during galley operations. Inspections of the food waste tank, grease and magnetic traps revealed some non-food items. Although non-food items were found during the inspection of the grease and magnetic traps, there was an improvement of the process noted onboard. They have installed a food digestor



onboard in the Recycle Center to help in the food segregation process. It was also noted sections of the EGCS were found repaired and not leaking.

The VEENDAM Major Non-Conformities involved numerous non-food items, including plastics, paper, metal and strips of silicone caulking, found in the metal grill of the overboard food chute; non-food items including plastics, paper ad silicone caulking found in the galley grease traps; four missing galley drain covers in the food prep areas and numerous covers too small for the drain opening, and; several non-food items, including paper and plastics, floating on the surface of the ship's galley grey water drain tank.

All findings were found satisfactory during the follow-up visit. It was observed that deck drain covers were in place and secured with four screws. Clear waste containers were place in the galleys and pulpers were secured with a padlock. A grey water tank was inspected, and no plastic was found. New strainers were installed on all grease traps and a food digester was installed in the Recycle Center.

## 3.4 Investigations

In the TPA Year One Annual Report, it was noted the internal investigation program in place at the time was deeply flawed. Changes to the investigations program were stagnated during Year Two. During Year Two, DNV-GL released a report regarding its thorough review of the existing investigation program and providing recommendations for improvement.

During year three, the Company continued with its review and work from the previous two years on updating their investigations program by working to revamp procedures, develop centralized training and reporting processes, and hire new investigators. The Company's original plan for completion of this updated program was September 16, 2019. On February 27, 2020, the Company produced and published a revised set of procedures, guidance, report templates and appendices that are intended to restructure the investigations program across the corporation.

The delay of over two (2) years in the Company's development of a structured investigations and Root Cause Analysis (RCA) program and associated training has continued to affect their ability to effectively identify systemic issues. Because of this, it appears that the lack of a process to identify preventative actions has contributed to recurring findings. The lack of an RCA program is particularly evident in the Company's ineffective development of preventive actions associated with audit and investigations findings, as well as incidents reported and investigated within SeaEvent. Preventative actions are not clearly tied to underlying causes or the same types of recurring incidents. One of the primary areas where there seems to be a shortfall in the process, is within the follow-up and closeout of identified preventive actions related to findings. Many findings are closed in the Global HESS tracking system with no evidence of how the findings were resolved and effectively corrected. The new procedures are also unclear as to how they will effectively disseminate lessons learned from incidents, near misses, and audit findings.

On April 1, 2020, IAG released HMP-1302, Incident Analysis Procedure. This new procedure consists of a suite of supporting report templates, decision matrices, near miss-criteria worksheet, and report distribution list. The procedure now describes three (3) levels of investigations. Level 1 (investigator assigned by the ship Captain) and Level 2 incidents (investigator assigned by the Operating Line) are investigated by designated Operating Line (OL) shipboard or shore-side personnel and reported via SeaEvent and are the responsibility of the Operating Lines. Level 3 investigations (highest level) are assigned by the VP of IAG to an IAG investigator or team of investigators. The lead investigator for Level 2 and 3 investigations is required to submit standard format preliminary and final reports for each investigation assigned. There are no written reports required for Level 1 investigations; all associated information is gathered and stored in SeaEvent. What is not clear about Level 1 investigations is who is responsible for follow-up and close out of these incidents and verification that effective corrective and preventive actions have been taken.

The Company had or intended to hire 10 investigators to be assigned to IAG for strategic world-wide placement. The goal for this world-wide placement is to have personnel near-by for immediate or rapid response in the event of an incident. Currently there are IAG investigators located in Miami, Seattle, Santa Clarita, Sydney, Hamburg, and



Southampton. Due to the COVID pandemic, the number of investigators has changed from eight (8) to five (5) due to layoffs and furloughs.

With the update of HMP-1302, new training programs have also been instituted for all personnel designated to conduct investigations. All investigators and managers assigned to IAG are required to have attended a one-time CSMART investigative training or alternative approved by the Vice President of IAG. The intent of this initial training is to establish a baseline of process from which all IAG investigators will work. Another required training that has been developed is a 30-minute RCA computer-based training (CBT) program designed for shipboard and shore-based personnel who will be conducting Level 1 and Level 2 incident investigations and compiling data for SeaEvent. The premise for this training is to provide basic RCA fundamentals focusing on the "5 Why" Theory and to provide guidance to effectively determine root causes and develop preventive actions. It is not clear whether all shipboard and shore-side personnel that will conduct investigations have attended, or are scheduled to attend, these trainings.

The updated investigations program and future investigations will be followed up on and program effectiveness will be evaluated during TPA Year Four and Year Five audits. TPA focus will adhere to incident and near miss report clarity, effectiveness of training, effectiveness of RCA, effectiveness of follow-up and implementation of corrective and preventive actions, and effectiveness of dissemination of lessons learned.

## 3.5 IT Issues

IT issues continued to be an area of concern during ECP Year Three. Poor connectivity, which remains an issue between ships and shore, has resulted in delays in effective tracking of training and, in some cases, the ordering and delivery of critical spare parts. The Company is endeavoring to upgrade ship-to shore connectivity.

**Maritime Asset Strategy Transformation (MAST)**

Each brand uses different, non-centralized IT programs has made consolidation of information challenging, especially related to tracking ECP-required training, ship route planning, and management of critical spare parts. In fact, the Company is developing a program to centralize its spare parts and Preventive Maintenance Systems (PMS) under a single paradigm called Maritime Asset Strategy Transformation (MAST). MAST is designed, in part, to streamline and consolidate spare parts across the fleet, as well as PMS procedures across all brands; however, this program has yet to be implemented.

MAST, once fully developed and implemented, will, in theory, centralize the PMS program and parts management across the fleet. Currently, the brands are using InfoShip and AMOS applications to order parts and manage the PMS program. Two (2) brands are using InfoShip and two (2) brands are using AMOS to track current stock on board, identify re-order points, develop purchase order requests, and manage the PMS program. Notwithstanding the common platforms, though, none of the applications work together, thereby necessitating the move to a single application across all brands to functionally support the MAST program and the fleet. The Company is moving to AMOS as the single application, which will be the PMS system supporting MAST. The MAST program is in the development stage with a possible implementation sometime in 2023.

**Learning Management Systems (LMS)**

The corporate-wide Learning Management System (LMS), Global Learning and Development Information System (GLADIS), has been implemented Company-wide as of June 2019. GLADIS, though a centralized LMS, does not fully meet the needs of some of the brands tracking requirements. GLADIS is used to identify and deploy required training content for an individual person, it does not function as a training tracking tool. Because of this gap, brands have continued to use their internal LMS to track ECP training, leading to inconsistency of data reporting and effective tracking.

GLADIS received some negative and positive reviews since its fleetwide implementation. Initially, connectivity issues and lack of training in how to use the program were challenges. Positive reviews indicated that going to a centralized program eliminates the need, in some cases, for multiple spreadsheets and databases to track, update, and notify



individuals when required training is due or required. A challenge with GLADIS as a centralized LMS is that it is designed for the single user to manage their own training profile. Access to the GLADIS database is restricted to the individual user and HR. HR has access to individual training profiles to manage required training and ensure that personnel maintain their required certifications and licenses. Shore-side training managers, though, do not have direct access to individual training profiles within GLADIS, making it impossible to track overall ECP-required training across the fleet. As a result, the individual brands continue to use brand-specific LMS to monitor and track ECP-required training.

The Company expected GLADIS to provide the training departments with capabilities needed to effectively monitor and track training, though it has been reported that this functionality has not yet been fully implemented. The brands continue to use independent LMS such as MISTRAL, EXPERT, CORNER STONE, and some applications of GLADIS. Multiple brand level non-centralized LMS continue to make corporate-wide tracking of training cumbersome, challenging, and inefficient.

**Voyage Planning**

ENV – 1001 Worldwide Cruising Environmental Standards, which is an extensive spreadsheet used by all ships to develop voyage plans, is manually updated as environmental standards change throughout the world. This data base is required to be used on all ships and is housed on the Company Global HESS platform. It is a difficult document for the crews to use, as some standards change sometimes daily. As previously noted, connectivity issues are a challenge, leading to crews potentially missing updates when changes are made to the data base.

The Company is planning to replace ENV-1001 by working with a contractor that has developed a software solution which will be a stand-alone system for voyage planning and will be used by all Company ships. The Company's intention, once implemented, is that this software program will be a more efficient voyage planning system that will streamline and simplify voyage planning across the fleet. The system is designed to automatically replicate and update information every six hours, making the information nearly real time. The Company's expectation is that the software will help reduce the risk of mistakes in planning. Due to regulatory requirements, the system cannot be integrated with Electronic Chart Display and Information System (ECDIS) navigation systems. However, the Company plans to upload the voyage plans to ECDIS once developed by the contractor's application. This voyage planning system is in the development stages with an expected testing phase to begin sometime in 2020. If implemented, a more efficient voyage planning tool would be available to help reduce repetitive findings.

**SeaEvent**

The Company also implemented SeaEvent, a fleetwide accident and incident reporting software. Implemented across the fleet as of October 2019, SeaEvent is designed to provide a common event data capture, reporting, tracking and analysis across all brands. It was designed to provide a consistent workflow for incident reports, though TPA audit observations following the application's role out have shown that many SeaEvent incident reports (34 and 96 on two (2) separate ships) have remained open for a significant amount of time.

**CrewTube**

CrewTube is a mobile application available to all crew members, which is designed to inform them of recommended tasks to complete prior to embarkation. The application has been downloaded over 6,000 times since the beginning of March 2019, which is a significant increase from previous months. The increase was credited to educating manning agencies of the application's capabilities and providing downloadable update capabilities to crew members. There are no Company requirements for crew to use this application.

**Virtual Reality – C-MSART Pilot and CUK Safe & Well Program**

C-SMART is assessing the feasibility to design virtual reality training for OWS operations. This pilot is in the early stages of development but, conceptually, the training would allow personnel to familiarize themselves with specific OWS equipment and operations virtually.



CUK's HESS focused "Safe and Well" program and the introduction of the Golden Rules are helping to drive the HESS culture across the brand. The advanced virtual reality training program and the use of videos to deliver the HESS culture message are well-developed and enhance learning of the Golden Rules and the overall HESS message. This program could have a direct positive impact on assisting in effective HESS cultural change if incorporated across the corporation. It would deliver the same core message to all employees of the Company.

## 3.6 Training
**CSMART Courses**

**EO Training**

As in the previous two years, the ECP five (5)-day annual training requirement for EOs was given at the CSMART facility in Almere, Netherlands, during ECP Year Three. *See* ECP § IV.A.4.a. For ECP Year Three training, the format changed from a lecture-based, Power Point-intensive training to a case study-based, problem solving interactive format that requires students to work in groups and develop solutions using various reference materials that include international treaties, Port and Flag State requirements, and Company policies and procedures. The TPA audited the first session of the course given to EOs in August 2019; most findings from that audit were related to facilitation, facilities, and attendee performance evaluations/assessments. The TPA performed a follow-up audit of the course during its fourth session in February 2020. All findings from the August 2019 audit had been addressed and no further findings were found. Feedback from students collected by the TPA during the course and while on ship audits was positive. Students said that the new format helped them learn to use available references when confronted with "real life" problems.

**Operational Excellence**

During the first two years of the ECP, a Compliance "2" Commitment (C2C) course was given to Deck, Technical, and Environmental Officers, attending courses at CSMART. During ECP Year Three, the C2C course was replaced by the Operational Excellence course. The training format changed from a lecture-intensive approach to an interactive workshop approach, where students develop strategies to address scenarios presented to them. These scenarios included case studies addressing compliance culture issues and required students to work in groups to develop solutions. The TPA audited the first session of the course in August 2019. Most findings from that audit were related to facilitation. As a follow-up audit, the course was revisited in February 2020. The course was re-formatted and addressed all prior audit findings.

**Shipboard Training**

The content of the initial shipboard training given by EOs under the Company's TRG-2308 procedure appear to meet ECP requirements. The materials and format of the training presentation in ECP Year Three give EOs an opportunity to present newly joined crew members with information on Company and ship procedures, initiatives, and goals related to environmental compliance, such as waste reduction and management.

## 3.7 Environmental Initiatives

There were many environmental initiatives that were implemented or partially implemented in ECP Year Three. The following are some of the notable initiatives:

**Color-Coded Containers to Aid in Segregating Food Waste**

New containers were placed in dining rooms, food prep areas, recycling centers, and sculleries on all ships to assist in the food waste segregation process, as required by the Company's new ENV-1302 procedure. Small containers are emptied into larger 40- gallon containers, which are labeled with the place of initial segregation. By labeling the containers, it is easier to target problem areas where food waste segregation has failed.



**Control of Portable Pumps**

Portable pumps are limited to 10 per ship and color-coded to indicate which onboard system they are designated for use. This plan follows the new procedure ENV-1203. The hoses are matched with each pump and color-coded as well. The pumps and hoses are now stored in secure cages in the machinery spaces. The ships can carry an additional five (5) portable pumps as spares. The control of portable pumps will aid to deter the illegal use of pumping waste oil overboard.

**Electronic Key Box to Control Locks for Pumps and Vulnerabilities**

The Company is in the process of installing new electronic key box systems on ships. The new electronic key box follows the Company's procedure ENV-1203 and has an implementation date of September 1, 2020.  Unlike the old key box system, this system tracks the keys electronically and generates notifications via text message. Crewmembers can only remove keys in the box by swiping their ID card, which electronically logs the transaction. Keys are checked back into the box in the same manner. When keys are not returned within a prescribed amount of time, notification via text message reports the missing key to the Chief Engineer or their designee. The new electronic key box system would aid to control the use of portable pumps. The system would notify the Chief Engineer, Environmental Officer and Staff Chief Engineer when a key is taken to access a portable pump. It would also assist in record keeping when the pump is taken and returned.



# 4    Conclusion

The Company has made strides to enact policies and programs to address the environmental management shortcomings but has been slow to act on the underlying or systemic issues associated with their continued non-compliance issues. As cited in ECP Year One, the lack of a standard Root Cause Analysis process has led to recurring findings in that there is no functional capability of the Company to determine root or systemic causes of findings thus leading to the inability to develop preventive actions. In ECP Year Three, though a new system is in place, SEA EVENT has not proven itself as a solution to fix the problem of the lack of a Company-wide root cause analysis process.

The Company has agreed with the CAM and the TPA that a Management of Change program would be beneficial for addressing the systemic issues the Company has faced, but the TPA has yet to see any real initiative to address such a program. We would expect the Company to address this issue early in ECP Year Four to assure that the effectiveness of the program could be evaluated later in year four and throughout ECP Year Five to position the Company for continuous improvement beyond their probationary period.

Although the TPA audit findings are addressed with corrective actions, and in most cases, corrected immediately where possible, the corrective actions typically only address that particular incident on that particular ship or in that particular shore-side facility. There appears to be no fleet-wide look into the corrective actions. In addition, preventive actions are not as effective as they could be because of a lack of an analysis of the finding to determine root or systemic causes. It was noted during ECP Year Three through TPA findings, that the Company has closed findings when corrective and/or preventive actions had not yet occurred or proved ineffective in ensuring the issue does not reoccur.

Particular attention will be paid by the TPA to the recently initiated investigations procedures as effective investigations will be instrumental in the Company building continuous improvement in the near future and after the expiration of the ECP.

The revision of Environmental Control System procedures to reduce the number of seals, locks, and welded tabs was noted to have resulted in a reduction of overall findings during ECP Year Three, however, pollution prevention equipment and food waste segregation issues continued to result in Major Non-Conformity findings. In ECP Year Two it was suggested that Carnival should investigate a Reliability, Availability, and Maintainability (RAM) Analysis of pollution prevention equipment. The company has adopted a Reliability Centered Maintenance (RCM) program to hopefully address reoccurring issues with these systems and equipment. The TPA will continue to observe if this program during Year Four.

Unless there is a re-focus on compliance with the details of the environmental program initiated by the Company, challenges with recurring findings in policies and procedures, attention to detail in record keeping, and tracking training are expected to remain a major part of TPA audit findings. Based on many findings from ECP Years One and Two reoccurring in ECP Year Three, the TPA plans to evaluate whether findings that reoccur in ECP Year Four should be found to be systemic (for example, errors in regulatory-required record keeping books), and categorized as Major Non-Conformities.

In ECP Year Three, Carnival Corporation continued with its attempt to comply with requirements of the ECP but has been slow to take effective actions to address issues raised over the past three years of TPA audits. It is apparent that the Company must re-double their efforts to address systemic problems across the fleet in the areas identified in this report if they are to achieve continuous improvement and plan to maintain a sustainable environmental management system beyond the end of their probation period.



## 5   Appendices

A.   TPA Audit Findings for Ship Audits – Additional Graphics
B.   TPA Audit Findings for Shore-side Audits – Additional Graphics
C.   Ship Findings Matrix
D.   Shore-side Findings Matrix



## Appendix A – TPA Audit Findings for Ship Audits – Additional Graphics



*Figure 11*

*Table 5*

| Ship Findings | | | | |
|---|---|---|---|---|
| **Finding Category** | **Observations** | **Non-Conformities** | **Major Non-Conformities** | **Total** |
| Policies and Procedures | 18 | 34 | 3 | 55 |
| Record Keeping & Log Issues | 6 | 38 | 0 | 44 |
| WM: Food Waste Segregation & Disposal | 11 | 17 | 5 | 33 |
| Training Issues | 0 | 14 | 0 | 14 |
| PPE: Malfunction | 11 | 2 | 1 | 14 |
| WM: Garbage Management | 1 | 11 | 0 | 12 |
| PPE: Inoperable | 0 | 1 | 9 | 10 |
| Critical Spare Parts | 1 | 5 | 1 | 7 |
| Corrective and Preventative Actions | 0 | 7 | 0 | 7 |
| Grand Total | 48 | 129 | 19 | 196 |



# Appendix B – TPA Audit Findings for Shore-Side Findings Graphics – Additional Graphics



*Figure 12*

*Table 6*

| Shore-Side Findings | | | |
|---|---|---|---|
| **Finding Category** | **Observations** | **Non-Conformities** | **Total** |
| Training Issues | 2 | 6 | 8 |
| Policies and Procedures | 4 | 2 | 6 |
| Corrective and Preventative Actions | 1 | 4 | 5 |
| WM: Waste Vendors | 0 | 3 | 3 |
| Critical Spare Parts | 1 | 0 | 1 |
| Grand Total | 8 | 15 | 23 |



**Appendix C – Ship Findings Matrix**

| Vessel Name | IMO Number | Audit Year | Audit Close | Line | Brand | Finding | System | Procedure | Component / Process | Finding Area (Ship) | Finding Sub-Area (Ship) | Issue Identified (Procedural) | Finding Group | Finding Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CARNIVAL BREEZE | 9138850 | Year 3 | 14-May-19 | CCL | CCL | Major Nonconformity | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Pulper/Food Chute/Manual Feeding Hatch | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Inaccurate | WM: Food Waste Segregation & Disposal | **Major Non-Conformity-01**: During an internal inspection of the Recycling Center equipment; shredder/pulper and mixing tank/food waste tank, numerous non-food items were unsuccessful and inside such as metal bottle caps, metal utensils, crayons, glass, cloth rags, pieces of broken dishes and some plastics. |
| CARNIVAL BREEZE | 9138850 | Year 3 | 14-May-19 | CCL | CCL | Major Nonconformity | Sewage and Grey Water Operations and Management | Galley Grey Water Scupper Covers | Scupper Covers | Ineffective | Multiple Scupper Covers and Screws Missing | Procedure(s) - Not Followed | Policies and Procedures | **Major Non-Conformity-02**: Throughout the ships various galleys and food preparation areas there are approximately (28) galley deck drain bells and (137) screws missing. |
| CARNIVAL BREEZE | 9138850 | Year 3 | 14-May-19 | CCL | CCL | Major Nonconformity | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Grey Water Tanks | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Inaccurate | WM: Food Waste Segregation & Disposal | **Major Non-Conformity-03**: A visual inspection of the ships galley grey water drain tank found several non-food items floating on the surface of the tank contents, including plastics. |
| CARNIVAL BREEZE | 9138850 | Year 3 | 14-May-19 | CCL | CCL | Nonconformity | Environmental Control System | Assessing Overboard Systems for Vulnerabilities | Vulnerability Assessment | Incomplete | Vulnerabilities Missed, Food Waste Tanks | Procedure(s) - Not Followed | Policies and Procedures | **Non-Conformity-01**: Found (3) pipe spool pieces in the mixing tank/food waste tank piping that did not have ECS's, nor were they marked as a vulnerability. |
| CARNIVAL BREEZE | 9138850 | Year 3 | 14-May-19 | CCL | CCL | Nonconformity | Waste Stream Sampling | TPA ECP Waste Stream Sampling | Sample Points | Incomplete | Sample Points, Not Identified or Fitted | Procedure(s) - Not Followed | Policies and Procedures | **Non-Conformity-02**: The sample points for the COWS units did not have permanent sample valves in place. They removed blank flanges that were locked in place and installed temporary valves to take samples. |
| CARNIVAL BREEZE | 9138850 | Year 3 | 14-May-19 | CCL | CCL | Observation | Compliance Reporting Hotline | Recording or Logging | Hotline | Ineffective | Ineffective, Network Connectivity | Procedure(s) - Incomplete | Policies and Procedures | **Observation-01**: Several attempts to test the open reporting hotline were unsuccessful until the following day when a successful test was conducted. The unsuccessful attempts were because of bad communication connections at sea. |
| CARNIVAL BREEZE | 9138850 | Year 3 | 14-May-19 | CCL | CCL | Observation | Exhaust Gas Cleaning Systems (AAQS) | Operation and Maintenance | Exhaust Stack | Improper | Stack has Excessive Repairs and Deteriorated | Pollution Equipment Malfunction | PPE: Malfunction | **Observation-02**: The #6 EGCS engine exhaust has many repaired areas and insulation and outer sheet metal covers are deteriorated. |
| RUBY PRINCESS | 9378462 | Year 3 | 15-May-19 | PCL | HA Group | Nonconformity | Garbage Management | Processing and Storage | Hazardous Waste Materials | Improper | Hazardous Waste, Not Stored in Proper Container | Procedure(s) - Not Followed | WM: Garbage Management | **Non-Conformity-01**: The entertainment pyrotechnics were not stored in a sealed metal container as per the Garbage Management plan. |
| RUBY PRINCESS | 9378462 | Year 3 | 15-May-19 | PCL | HA Group | Observation | Garbage Management | Recording or Logging | Hazardous Waste Log | Improper | Inaccurate Entries, Barbicide | Procedure(s) - Not Followed | Record Keeping & Log Issues | **Observation-01**: Between 28 September 2018 and 18 April 2019, a total of 60 liters of barbicide was taken down to the Recycling Center for disposal. The SPA manager stated there should be approximately 20-25 liters of barbicide waste generated a month. Therefore, there may be approximately 70 liters of barbicide unaccounted for. |
| CORAL PRINCESS | 9229659 | Year 3 | 25-May-19 | PCL | HA Group | Nonconformity | Chief Engineer Environmental Responsibilities | Recording or Logging | Chief Engineer and Staff Chief Engineer Handover | Improper | Signature Missing | Procedure(s) - Not Followed | Record Keeping & Log Issues | **Non-Conformity-01**: The most recent handover notes for the Chief Engineer and the Staff Chief Engineer did not have proper signature of the incoming Engineer as required by the company procedure "TEC-1002 – Chief Engineer and Staff Chief Engineer's Handover". |
| CORAL PRINCESS | 9229659 | Year 3 | 25-May-19 | PCL | HA Group | Nonconformity | Staff Captain Environmental Responsibilities | Deck Maintenance | Scupper Covers | Improper | Covers Missing Screws, Direct Discharge Overboard | Procedure(s) - Not Followed | Policies and Procedures | **Non-Conformity-02**: Multiple scuppers' drain covers located on the open deck 7, embarkation deck, deck 14 and 15, were found missing the screws to secure to the deck. These scuppers have direct connection overboard. |
| CORAL PRINCESS | 9229659 | Year 3 | 25-May-19 | PCL | HA Group | Nonconformity | Garbage Management | Garbage Management Plan | MARPOL Annex V Placard(s) | Improper | Plan Identifies Outdated Placards | Procedure(s) - Not Followed | WM: Garbage Management | **Non-Conformity-03**: The MARPOL Annex V simplified overview placards for garbage displayed on board the ship does not match with the placards required as per the current Garbage Management Plan, Appendix 3. |
| CORAL PRINCESS | 9229659 | Year 3 | 25-May-19 | PCL | HA Group | Nonconformity | Garbage Management | Processing and Storage | General Waste Materials | Improper | Not Segregated by Type, Receptacles | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | **Non-Conformity-04**: During the inspection of the recycling center, large boxes intended for collection of broken crockery were found containing other waste material (plastic containers, plastic bags, broken glass, aluminum foil, paper boxes). The waste material is not being segregated per HESS procedures. |
| CORAL PRINCESS | 9229659 | Year 3 | 25-May-19 | PCL | HA Group | Nonconformity | Garbage Management | Processing and Storage | Waste Grease | Improper | Storage and Disposal, Not Aligned with Plan | Procedure(s) - Not Followed | WM: Garbage Management | **Non-Conformity-05**: The current practice to store and disposes galley grease were found not in compliance with the company procedures as stated in the Garbage Management Plan available onboard. |
| CORAL PRINCESS | 9229659 | Year 3 | 25-May-19 | PCL | HA Group | Nonconformity | Garbage Management | Recording or Logging | Hazardous Waste Log | Improper | Inaccurate Entries, Red Bags | Procedure(s) - Not Followed | Record Keeping & Log Issues | **Non-Conformity-06**: Multiple discrepancies were noted between the entries in the hazardous waste log for red bags (Medical/Biohazardous waste) kept in the recycling center and the Medical Department Waste Log, Medical Soft Waste (Red bags), kept in the medical center. |
| CORAL PRINCESS | 9229659 | Year 3 | 25-May-19 | PCL | HA Group | Observation | Staff Captain Environmental Responsibilities | Painting | Hull | Incomplete | No Protective Measures Used, Painting Hull | Procedure(s) - Incomplete | Policies and Procedures | **Observation-01**: While the vessel was moored alongside in Skagway, AK, on May 25, two crew members were noted working on a cherry picker for paint touch ups in some areas on the stern. No canvas or other means of protection were noted between the cherry picker and the hull side shell to avoid potential dropping of paint in the water during the painting. |
| CROWN PRINCESS | 9293399 | Year 3 | 9-Jun-19 | PCL | HA Group | Nonconformity | Environmental Control System | Recording or Logging | ECS Vulnerability Lists and Logs | Improper | Missing Entries, Lock Log | Procedure(s) - Not Followed | Record Keeping & Log Issues | **Non-Conformity-01**: Over the past 30 days there were eight (8) discrepancies in the ECS padlock log. Entries were made that showed padlocks being unlocked and or locked, without a corresponding entry indicating the padlock being locked and or unlocked. |
| CROWN PRINCESS | 9293399 | Year 3 | 9-Jun-19 | PCL | HA Group | Observation | Human Resources | Leadership Behavior | Trust, Care, Openness | Improper | Fear of Making Mistakes | Procedure(s) - Incomplete | Policies and Procedures | **Observation-01**: In the galley, a posted corporate environmental incident notice had; "Serious Consequences" in red ink handwritten on it (see photo on page 30 of this report). It was not known who wrote the remark or what the "serious consequences" entailed. |
| VOLENDAM | 9156515 | Year 3 | 16-Jun-19 | HAL | HA Group | Nonconformity | Environmental Officer Roles and Responsibilities | Responsibilities | Handover | Improper | Handover, Not to Procedures | Procedure(s) - Not Followed | Record Keeping & Log Issues | **Non-Conformity-01**: The last Environmental Officer handover notes prior to this audit, was not conducted in accordance with Global HESS procedures. |
| VOLENDAM | 9156515 | Year 3 | 16-Jun-19 | HAL | HA Group | Nonconformity | Training Program | Training Management | Environmental Awareness for Contractors | Ineffective | Contractor Training Checklist, Not Used | Procedure(s) - Not Followed | Training Issues | **Non-Conformity-02**: There is no record of the ship using the HESS Contractor Procedure Checklist. |
| VOLENDAM | 9156515 | Year 3 | 16-Jun-19 | HAL | HA Group | Nonconformity | Machinery Space Operations | Recording or Logging | Oil Record Book | Improper | Incorrect Entries, Code(s) | Procedure(s) - Not Followed | Record Keeping & Log Issues | **Non-Conformity-03**: An OWS discharge overboard of clean bilge water (under 15 ppm) on 06 June 2019 for a total of 14.4 m3 was miscoded in the ORB as C-15.3; the correct code for OWS overboard operations are C-15.1 |
| VOLENDAM | 9156515 | Year 3 | 16-Jun-19 | HAL | HA Group | Nonconformity | Garbage Management | Recording or Logging | Hazardous Waste Log | Improper | Missing Signatures, EO | Procedure(s) - Not Followed | Record Keeping & Log Issues | **Non-Conformity-04**: In reviewing the recycling center Hazardous Waste Log, (3) entries on 29 May 2019, (1) on 5 June 2019 and (1) on 12 June 2019 were missing the Environmental Officers signature for verification confirming offload. |
| VOLENDAM | 9156515 | Year 3 | 16-Jun-19 | HAL | HA Group | Nonconformity | Sewage and Grey Water Operations and Management | Galley Grey Water Scupper Covers | Scupper Covers | Ineffective | Multiple Screws Missing | Procedure(s) - Not Followed | Policies and Procedures | **Non-Conformity-05**: Throughout the ship's galleys and food preparation areas there are approximately 164 galley grey water scuppers with a secured scupper cover/drain bell for each. Auditors found 116 screws used to secure scupper covers and (1) one cover missing. |

| Vessel Name | IMO Number | Audit Year | Audit Close | Line | Brand | Finding | System | Procedure | Component / Process | Finding Area (Ship) | Finding Sub-Area (Ship) | Issue Identified (Procedural) | Finding Group | Finding Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VOLENDAM | 9156515 | Year 3 | 16-Jun-19 | HAL | HA Group | Nonconformity | Sewage and Grey Water Operations and Management | Inspections | Grey Water Tank | Ineffective | Galley Grey Water Tank and Scuppers, Not Inspected | Procedure(s) - Not Followed | WM: Food Segregation & Disposal | Non-Conformity-06: The actions required by Carnival's ECN #3-2019, specifically the "visual inspection of the galley grey water collecting tank(s) and the urgent requisition of all scupper covers and associated hardware" was not completed by the 31 May 2019 deadline. |
| VOLENDAM | 9156515 | Year 3 | 16-Jun-19 | HAL | HA Group | Nonconformity | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Food Waste Storage Receptacles | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Inaccurate | WM: Food Waste Segregation & Disposal | Non-Conformity-07: While observing an overboard discharge operation for previously segregated comminuted food waste, 27 of 42 food waste containers were found to have non-food items in them. Non-food items included small pieces of plastics, paper, china, wooden stir sticks and aluminum foil. The 27 containers were sent back to the galley to remove non-food items. |
| VOLENDAM | 9156515 | Year 3 | 16-Jun-19 | HAL | HA Group | Nonconformity | Segregation and Disposal of Food Waste | Food Waste System Control | Pulper/Food Chute/Manual Feeding Hatch | Improper | Pulper Station, Not Secured with Lock | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | Non-Conformity-08: During a tour of the main galley, a pulper station that was not being used at the time was found unlocked with its cover off. The design of the galley pulper station tables allows non-food items to still enter the pulper, regardless if their covers are in place and locked. |
| VOLENDAM | 9156515 | Year 3 | 16-Jun-19 | HAL | HA Group | Nonconformity | Refrigerant Gases | Recording or Logging | Refrigerant Record Book | Ineffective | Missing Inventory Entries, Ozone Depleting Substances (ODS) and Outdated Form | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-09: The refrigerant leak records are being recorded on an outdated form "ENV-1402-A2 Example Ozone Depleting Form". The ships refrigerant inventory does not include any ozone depleting substances (ODS). |
| VOLENDAM | 9156515 | Year 3 | 16-Jun-19 | HAL | HA Group | Observation | Training Program | Recording or Logging | Environmental Awareness for Contractors | Incomplete | Missing, Training Completion Dates, Incorrect Retention Time | Procedure(s) - Incomplete | Record Keeping & Log Issues | Observation-01: The HESS Contractor Procedure Checklist does not have a date completed block and it also states that the form should only be retained for one (1) month. |
| VOLENDAM | 9156515 | Year 3 | 16-Jun-19 | HAL | HA Group | Observation | Waste Stream Sampling | TPA ECP Waste Stream Sampling | Sample Points | Ineffective | Two Plans Onboard, Sample Point Differences | Procedure(s) - Not Followed | Policies and Procedures | Observation-02: The auditor was presented with two separate sample plans, the first sample plan includes a total of 9 sample points and the second sample plan has a total of 7 sample points. |
| CARIBBEAN PRINCESS | 9215490 | Year 3 | 21-Jun-19 | PCL | HA Group | Nonconformity | Training Program | Recording or Logging | Environmental Awareness for Contractors | Incomplete | Missing, Records of Training | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-01: There was only one contractor who had a filled out "Contractor HA Group OHS 1320 DLI-A2 March 2019" on file with the technical department since March of 2019. No evidence could be provided for the 3 different contractor companies that were onboard during the ECP audit to show they had received this instruction/training (Ocean Spray, Siemens, and Nordic Made). |
| CARIBBEAN PRINCESS | 9215490 | Year 3 | 21-Jun-19 | PCL | HA Group | Nonconformity | Machinery Space Operations | Recording or Logging | Oil Record Book | Improper | Missing Signatures, Chief Engineer | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-02: The Oil Record Book was missing Chief Engineer and 3rd Engineer signatures. |
| CARIBBEAN PRINCESS | 9215490 | Year 3 | 21-Jun-19 | PCL | HA Group | Nonconformity | Garbage Management | Garbage Management Plan | Food Waste System | Incomplete | Plan, Missing Pulpers | Procedure(s) - Not Followed | WM: Garbage Management | Non-Conformity-03: The vessel utilizes pulpers in order to discharge food waste overboard in certain areas. This garbage processing equipment is not included in the Garbage Management Plan on board. Additionally, it should be noted that the Garbage Management Plan is lacking control numbers. |
| CARIBBEAN PRINCESS | 9215490 | Year 3 | 21-Jun-19 | PCL | HA Group | Nonconformity | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Grease Trap | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Inaccurate | WM: Food Waste Segregation & Disposal | Non-Conformity-04: The galley grease trap was open and inspected and found to have 2 pieces of plastic wrap, approximately 12" x 12" and 5" x 10" as well as, small pieces of tin foil, two plastic/metal twist ties and what seemed to be either a shredded rag or part of a mop head. One of the pulper silos was also inspected and found to include a dime size piece of china. |
| CARIBBEAN PRINCESS | 9215490 | Year 3 | 21-Jun-19 | PCL | HA Group | Observation | Certificate and Permit Management | Class, Flag, Regulatory Requirements | Non-Tank Vessel Response Plan (NTVRP) | Incomplete | Annual Exercise Did Not Include Firefighting, Annual Review Not Recorded | Procedure(s) - Not Followed | Record Keeping & Log Issues | Observation-01: The Non-Tank Vessel Response Plan (NTVRP) Section 7.2.3 requires a Remote Assessment and Consultation (RAC) exercise to be completed annually and 7.2.3 requires that the exercise to include firefighting at least once every three years. The RAC exercise was last completed on 09/10/2016 and the type of casualty listed was collision and did not include firefighting. The required annual review of the plan may have been conducted 17 December 2018, however, the record of changes does not specifically indicate the annual review of the plan was done, as this is not listed in the description of change, which was included in the description of change for previous years. |
| CARNIVAL MAGIC | 9378486 | Year 3 | 25-Jun-19 | CCL | CCL | Nonconformity | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Grease Trap | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Inaccurate | WM: Food Waste Segregation & Disposal | Non-Conformity-01: The food waste trap was open and inspected and found to contain pieces of broken china, silverware, metal beer cap, piece of aluminum and hard food like bones, oyster and mussel shells. (No plastic was found.) The Magnetic trap #2 was opened, and it contained metal beer caps and a few pieces of silverware. This finding indicates an inadequate food waste segregation process prior to material entering the pulper. |
| CARNIVAL MAGIC | 9378486 | Year 3 | 25-Jun-19 | CCL | CCL | Observation | Garbage Management | Waste Disposal | Landing Garbage | Improper | Offloaded Garbage to Tender Boats, Unsecured Lids | Procedure(s) - Inaccurate | WM: Garbage Management | Observation-01: During the tendering operations at Half Moon Cay, Bahamas, it was witnessed that several lids to the food waste containers were loose and sliding around. It was noted that improper rigging of several loads was causing containers to shift and being pinched as it was lifted from the tender to the vessel. |
| EMERALD PRINCESS | 9333151 | Year 3 | 2-Jul-19 | PCL | HA Group | Nonconformity | Environmental Control System | Managing Vulnerability Assessment | Vulnerability Assessment | Incomplete | Vulnerabilities Missed, New Drain Valves | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-01: Two new drain valves installed during the April 2019 yard period on the #5 and #6 engine's EGCS overboard lines. These were not identified as vulnerabilities, and the procedures does not address new installations after the initial assessment was done. |
| EURODAM | 9378448 | Year 3 | 12-Jul-19 | HAL | HA Group | Major Nonconformity | Exhaust Gas Cleaning Systems (AAQS) | Operation and Maintenance | Exhaust Gas Cleaning Systems (AAQS) | Ineffective | EGCS found Inoperable Due to Scrubber Dilution Pump Issues | Pollution Equipment Inoperable | PPE: Inoperable | Major Non-Conformity-01: The Exhaust Gas Cleaning Systems (EGCS) for MDG No. 1 and No. 6 are not working due to a malfunction of the Variable Frequency Drives (VFD's) that control the scrubber dilution pumps. The No. 2 MDG is equipped with an EGCS that is fully functional but cannot be run on HFO because it shares the same fuel cell with MDG No. 1. |
| EURODAM | 9378448 | Year 3 | 12-Jul-19 | HAL | HA Group | Nonconformity | Training Program | Recording or Logging | Environmental Awareness for Contractors | Improper | Use of Outdated Checklist | Procedure(s) - Not Followed | Training Issues | Non-Conformity-01: The HESS Contractor Procedure Checklist was updated on 26 March 2019. The ship has been using a previous version. |
| EURODAM | 9378448 | Year 3 | 12-Jul-19 | HAL | HA Group | Nonconformity | Machinery Space Operations | Recording or Logging | Oil Record Book | Improper | Incorrect Entries, Code(s) | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-02: A wrong entry was made in the ORB. The OWS discharge overboard of clean bilge water on 28 June 2019 for a total of 14.1 m3 was miscoded in the ORB as C-15.3. The correct code for OWS overboard operations is C-15.1. |
| EURODAM | 9378448 | Year 3 | 12-Jul-19 | HAL | HA Group | Nonconformity | Sewage and Grey Water Operations and Management | Galley Grey Water Scupper Covers | Scupper Covers | Ineffective | Multiple Scupper Covers and Screws Missing | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-03: Throughout the ship's galleys and food preparation areas there are approximately (161) galley grey water scupper drain bells and (2075) galley grey water scupper cover securing screws missing. |
| EURODAM | 9378448 | Year 3 | 12-Jul-19 | HAL | HA Group | Nonconformity | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Food Waste Storage Receptacles | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | Non-Conformity-04: While observing pulper chute operations in the recycling center for previously segregated food waste, numerous food waste containers from various galleys and food preparation areas were found to have non-food items in them, to include several pieces of plastics & paper, aluminum foil packets, metal bottle cap, rubber band and a wooden stir stick. |
| EURODAM | 9378448 | Year 3 | 12-Jul-19 | HAL | HA Group | Nonconformity | Certificate and Permit Management | Class, Flag, Regulatory Requirements | Letters of Infeasibility | Improper | Letters for 8 Non-EAL Oil-To-Sea Interfaces, Not Onboard | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-05: Letters of infeasibility for the 8 non-EAL oil to sea interfaces are not onboard. |

TAB V 3 Findings

| Vessel Name | IMO Number | Audit Year | Audit Close | Line | Brand | Finding | System | Procedure | Component / Process | Finding Area (Ship) | Finding Sub-Area (Ship) | Issue Identified (Procedural) | Finding Group | Finding Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EURODAM | 9378448 | Year 3 | 12-Jul-19 | HAL | HA Group | Observation | Sewage and Grey Water Operations and Management | Recording or Logging | Sewage and Grey Water Discharge Log | Alaska, Unknown if Manual Form in Use | | Procedure(s) - Not Followed | Policies and Procedures | Observation-01: As only electronic logs were provided to the TPA auditor, it is unknown if the ship is using hard copy Gray Water and Sewage log book required under the Alaska Cruise Ship statute and 33 C.F.R. 159.315. |
| EURODAM | 9378448 | Year 3 | 12-Jul-19 | HAL | HA Group | Observation | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Pulper/Food Chute/Manual Feeding Hatch | Non-Food Wastes, Not Properly Separated | | Procedure(s) - Inaccurate | WM: Food Waste Segregation & Disposal | Observation-02: During an internal inspection of the pulper/magnetic trap (A1) in the recycling center, numerous metal bottle caps were found, which identifies that the food segregation process is not efficient. |
| EURODAM | 9378448 | Year 3 | 12-Jul-19 | HAL | HA Group | Observation | Fleet Maintenance Management | Management of Machinery Space System Water Leaks | Turbo Charger Intercooler | Excessive Leak Repairs | | Procedure(s) - Not Followed | Policies and Procedures | Observation-03: The No. 4 MDG turbo charger intercooler has a crack that is causing jacket water to drain to a temporary funnel and drain line that is directing the jacket water to tank 51P "clean water scavenging tank". |
| QUEEN VICTORIA | 9320556 | Year 3 | 17-Jul-19 | Cunard | CUK | Major Nonconformity | Garbage Management | Overboard Food Waste Discharge System | Pulper/Food Chute/Manual Feeding Hatch | Inoperable Due to Part Failure | Pollution Equipment Inoperable | | PPE: Inoperable | Major Non-Conformity-01: One (1) shredder in the food pulper system located in the Recycling Center was found out of service since June 13th, 2019, due to the failure of an internal component. The ECP spare parts carried onboard at the time of the failure were not compatible with the equipment currently installed, which had been recently fitted to replace an obsolete unit. The spare parts onboard were intended for the old unit only. |
| QUEEN VICTORIA | 9320556 | Year 3 | 17-Jul-19 | Cunard | CUK | Nonconformity | Training Program | Training | Introduction to Global HESS | Supervisor(s) Unaware of Global HESS | | Procedure(s) - Ineffective | Training Issues | Non-Conformity-01: Some crew members in supervisory roles were not trained on the use of Global HESS and not familiar with the environmental procedures, including recent updates, applicable to their respective departments. |
| QUEEN VICTORIA | 9320556 | Year 3 | 17-Jul-19 | Cunard | CUK | Nonconformity | Global HESS Management | Non-Conformity Corrective and Preventative Actions | Shore Management Reviews | Many Corrective and Preventative Actions, Not Made in Timely Manner | | Procedure(s) - Not Followed | Corrective and Preventative Actions | Non-Conformity-02: Some environmental incidents included in the flash reports had been found open for extensive periods of time (between 52 and 211 days) or closed without proper evidence that an ongoing investigation was completed. |
| QUEEN VICTORIA | 9320556 | Year 3 | 17-Jul-19 | Cunard | CUK | Nonconformity | Certificate and Permit Management | Class, Flag, Regulatory Requirements | Vessel General Permit (VGP) | Improper | Incorrect Lubricants Identified for Oil-To-Sea Interfaces | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-03: The Vessel General Permit (VGP) annual report for 2018 submitted by the company as required by the U.S. EPA was found incorrect with regard to the use of environmental acceptable lubricant for oil-to-sea interfaces. |
| QUEEN VICTORIA | 9320556 | Year 3 | 17-Jul-19 | Cunard | CUK | Nonconformity | Garbage Management | Recording or Logging | Hazardous Waste Log | Improper | Inaccurate Entries, Missing Signatures, Red Bags | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-04: Some entries in the Garbage Record Books were found incorrect. Recent entries in the "Hazardous Waste Log, Part 1: Red Bag Transfer and Disposal" were found with incomplete entries and missing signatures for receipt of the Recycle Center operator. |
| QUEEN VICTORIA | 9320556 | Year 3 | 17-Jul-19 | Cunard | CUK | Nonconformity | Garbage Management | Processing and Storage | Hazardous Waste Materials | Improper | Improper Collection and Storage, Red Bags | Procedure(s) - Not Followed | WM: Garbage Management | Non-Conformity-05: The current practices used to collect and store hazardous waste, including biohazard bags (Domestic Hazardous Waste, commonly called Red bags), were found not in compliance with the applicable company procedure for the Garbage Management "CUK-ENV-1301-DI1 - CUK Specific Instructions". |
| QUEEN VICTORIA | 9320556 | Year 3 | 17-Jul-19 | Cunard | CUK | Nonconformity | Garbage Management | Processing and Storage | Hazardous Waste Materials | Improper | Sharps Receptacles, Uncontrolled, Not Tracked | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-06: The current practices used to store and dispose the medical sharps was found not in compliance with the applicable company procedure for the Garbage Management "CUK-ENV-1301-DI1 - CUK Specific Instructions". Sharp bins are not controlled, they were found not marked with tracking numbers, and the ones used in the ship's SPA are provided externally by a third-party company. |
| QUEEN VICTORIA | 9320556 | Year 3 | 17-Jul-19 | Cunard | CUK | Nonconformity | Fleet Maintenance Management | Maintain Required Spare Parts Onboard - Ship | Spare Parts | Ineffective | Spare Parts, Not Onboard, Not Ordered | Procedure(s) - Not Followed | Critical Spare Parts | Non-Conformity-07: There were no critical spare parts available for a food shredder that was out of service. The food shredder was replaced with a new model, but no spare parts were on board the ship for this model. The spares for the original unit were categorized as ECP critical spares. |
| WESTERDAM | 9226891 | Year 3 | 24-Jul-19 | HAL | HA Group | Nonconformity | Global HESS Management | Non-Conformity Corrective and Preventative Actions | Shore Management Reviews | Improper | Corrective Actions, Closed But Not Completed | Procedure(s) - Not Followed | Corrective and Preventative Actions | Non-Conformity-01: Internal Audit Nonconformity was closed without corrective action being in place. The internal RAAS audit finding 03 Non-Conformance Medium from the June 2018 audit was regarding incorrect garbage log entries in landing gray water ashore. |
| WESTERDAM | 9226891 | Year 3 | 24-Jul-19 | HAL | HA Group | Nonconformity | Global HESS Management | Incident Analysis | Corrective and Preventive Measures | Improper | Corrective Actions, Missing from HESS, Incident Report | Procedure(s) - Not Followed | Corrective and Preventative Actions | Non-Conformity-02: A draft of the "Investigation Report WESTERDAM Biomass Discharge within 12 NM Japan, 1 April 2019" was on board, however, no report was available in Global HESS. There were no corrective actions on file associated with the incident. |
| WESTERDAM | 9226891 | Year 3 | 24-Jul-19 | HAL | HA Group | Nonconformity | Sewage and Grey Water Operations and Management | Recording or Logging | Sewage and Grey Water Discharge Log | Improper | Alaska, Missing Manual Form | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-03: Gray Water and Sewage logbook (hardcopies) are not required under the Alaska Cruise Ship statute and 33 C.F.R. 159.315. Only electronic logs were provided to the TPA auditor. |
| WESTERDAM | 9226891 | Year 3 | 24-Jul-19 | HAL | HA Group | Nonconformity | Garbage Management | Garbage Management Plan | Food Waste System | Incomplete | Plan, Missing Systems and Equipment | Procedure(s) - Not Followed | WM: Garbage Management | Non-Conformity-04: The ship utilizes equipment in the recycling center in order to process garbage for discharge ashore, and discharge of food waste overboard in certain areas. This garbage processing equipment is not included in the Garbage Management Plan on board. Additionally, parts of the onboard Garbage Management Plan are incorrect. |
| WESTERDAM | 9226891 | Year 3 | 24-Jul-19 | HAL | HA Group | Nonconformity | Sewage and Grey Water Operations and Management | Galley Grey Water Scupper Covers | Scupper Covers | Ineffective | Multiple Scupper Covers and Screws Missing | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-05: Drain covers were not secured in three locations onboard. These unsecured drains were located on the Port and Starboard side of the Lido Deck food preparation and dishwashing areas. |
| WESTERDAM | 9226891 | Year 3 | 24-Jul-19 | HAL | HA Group | Nonconformity | Garbage Management | Collection by Departments | General Waste Materials | Improper | Solid Waste Materials, Not Separated at Source | Procedure(s) - Not Followed | WM: Garbage Management | Non-Conformity-06: Garbage is not sorted at the source, as required by Global HESS and HA Group procedures. The housekeeping staff carries all garbage from passenger cabins to the recycling center where it is sorted by recycling center crew members. |
| CARNIVAL GLORY | 9198367 | Year 3 | 14-Aug-19 | CCL | CCL | Nonconformity | Global HESS Management | Incident Analysis | Incident Report Shoreside Approvals | Ineffective | 79 Incident Reports Awaiting Approval | | Procedure(s) - Incomplete | Corrective and Preventative Actions | Non-Conformity-01: Incident Report and Analysis dated on 01/31/2019 regarding a sheen that occurred when approved chemical was used for deck cleaning remains "open with no action in place." There was no investigation report and no corrective actions in file associated with the incident. Sea Event has 83 total environmental incident reports, 79 are "awaiting shoreside approval," and 4 are "pending shoreside review." No reports in Sea Event have lacking document control. |
| CARNIVAL GLORY | 9198367 | Year 3 | 14-Aug-19 | CCL | CCL | Nonconformity | Certificate and Permit Management | Class, Flag, Regulatory Requirements | NPDES permit | Incomplete | Incorrect Information, AAQS Not Listed | | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-02: The National Pollutant Discharge Elimination System (NPDES) permit has incorrect information and does not list AAQS. Items C4, C5 and G7 have incorrect information and item H5 had no answer. |
| CARNIVAL GLORY | 9198367 | Year 3 | 14-Aug-19 | CCL | CCL | Observation | Oily Bilge Water Management | Operational Tests | Bilge Control Discharge Box (BCDB) | Ineffective | Faulty Measuring Cell Resulted in Failed Test | Pollution Equipment Malfunction | | PPE: Malfunction | Observation-01: During the one-hour operational test of the Alfa Laval "Pure Bilge" OWS through the BCDB #1 the system could not maintain an oil content below 15 ppm. The Alfa Laval OCM display indicated discharge at 1 ppm but the BCDB #1 OCM display was consistently above 15 ppm. The test was stopped and the measuring cell in the BCDB #1 was replaced. The test was restarted using BCDB #1 and a full one-hour test of overboard operations at below 15PPM through BCDB #1 was successfully completed. |
| CARNIVAL GLORY | 9198367 | Year 3 | 14-Aug-19 | CCL | CCL | Observation | Oily Bilge Water Management | Operational Tests | Oily Water Separator | Ineffective | OWS Effluent Flow Rate Resulted in Failed Test | Pollution Equipment Malfunction | | PPE: Malfunction | Observation-02: During an operational one-hour test of the Alfa Laval "Pure Bilge" OWS, successful operations below 15 ppm through the BCDB #2 could not be maintained. OWS effluent was slowed to 1.9 m3/hr and directed through the "fine filter" the OCM white box display dropped below 15 ppm and the test was successfully completed. |

TABLE 3 Findings

| Vessel Name | IMO Number | Audit Year | Audit Close | Line | Brand | Finding | System | Procedure | Component / Process | Finding Area (Ship) | Finding Sub-Area (Ship) | Issue Identified (Procedural) | Finding Group | Finding Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CARNIVAL GLORY | 9198367 | Year 3 | 14-Aug-19 | CCL | CCL | Observation | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Pulper/Food Chute/Manual Feeding Hatch | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Inaccurate | WM: Food Waste Segregation & Disposal | **Observation-03**: During an internal inspection of the pulper/magnetic trap in the recycling center, numerous metal bottle caps and other metal items were found, which identifies that the food segregation process is not efficient. |
| ISLAND PRINCESS | 9230402 | Year 3 | 24-Aug-19 | PCL | HA Group | Nonconformity | Environmental Officer Roles and Responsibilities | Recording or Logging | Handover | Improper | Use of Outdated Handover Form | Procedure(s) - Not Followed | Policies and Procedures | **Non-Conformity-01**: The EO used an outdated version of EO Handovers notes for the last two turnovers. Global HESS procedure ENV-1008-A2 (Environmental Officer Handover End of Contract Self-Assessment) was updated in August 2018. |
| ISLAND PRINCESS | 9230402 | Year 3 | 24-Aug-19 | PCL | HA Group | Nonconformity | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Grease Trap | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Inaccurate | WM: Food Waste Segregation & Disposal | **Non-Conformity-02**: During an inspection of the ships grease trap, plastic was discovered. |
| ISLAND PRINCESS | 9230402 | Year 3 | 24-Aug-19 | PCL | HA Group | Nonconformity | Certificate and Permit Management | Class, Flag, Regulatory Requirements | MBR System Drawings | Ineffective | Missing, Updated Drawings for MBRs, Class Approved | Procedure(s) - Not Followed | Policies and Procedures | **Non-Conformity-03**: The MBR's were replaced in March 2018. Vessel has not yet been provided with updated drawings of sewage treatment system. Vessel recently requested this as a reminder via Email on 11-May-2019. No answer at the time of the audit had been received. |
| ISLAND PRINCESS | 9230402 | Year 3 | 24-Aug-19 | PCL | HA Group | Observation | Human Resources | STCW | Work Hours and Rest Periods | Improper | Work Hours and Rest Periods, Improper | Procedure(s) - Not Followed | Policies and Procedures | **Observation-01**: Concerns were raised by the engineer personnel in regard to Instructional Notice TEC/01/2019 – Yellow Manning ECR / Machinery Spaces Requirements. Specifically, proper rest periods and available time for maintenance. |
| COSTA DELIZIOSA | 9398917 | Year 3 | 29-Aug-19 | Costa | CMG | Major Nonconformity | Garbage Management | Overboard Food Waste Discharge System | Pulper/Food Chute/Manual Feeding Hatch | Ineffective | Inoperable Due to Part Failure | Pollution Equipment Inoperable | PPE: Inoperable | **Non-Conformity-01**: One (1) shredder in the food pulper system located in the Recycling Center was found out of service since August 15, 2019, due to the failure of an internal component. The unit had been sent ashore on August 18, 2019, to the manufacturer for assessment whether to repair or replace it. The second shredder onboard (Pulper B) is working with no deficiencies noted or reported. |
| COSTA DELIZIOSA | 9398917 | Year 3 | 29-Aug-19 | Costa | CMG | Major Nonconformity | Fleet Maintenance Management | Maintain Required Spare Parts Onboard - Ship | Spare Parts | Improper | Spare Parts, Not Onboard, Not Ordered | Procedure(s) - Not Followed | Critical Spare Parts | **Major Non-Conformity-02**: During the review of ECP critical spare parts, it was noted that there are no spare Faucet OWS cartridge sets onboard as required by the inventory list. Three (3) sets are required according to the ECP spare parts list. Only two (2) OWS cartridge sets were found currently on order at the time of the audit. |
| COSTA DELIZIOSA | 9398917 | Year 3 | 29-Aug-19 | Costa | CMG | Nonconformity | Training Program | Training Management | Introduction to Global HESS | Ineffective | Supervisor(s) Unaware of Global HESS | Procedure(s) - Not Followed | Training Issues | **Non-Conformity-03**: The SPA manager was not trained on the use of Global HESS and was not able to locate the environmental procedures, including recent updates, applicable to her department. |
| COSTA DELIZIOSA | 9398917 | Year 3 | 29-Aug-19 | Costa | CMG | Nonconformity | Environmental Control System | Recording or Logging | ECS Vulnerability Lists and Logs | Improper | Missing Entries, Lock Log | Procedure(s) - Not Followed | Record Keeping & Log Issues | **Non-Conformity-04**: It was noted there were no entries in the ECS lock log for unlocking the OWS overboard valve on August 18th, August 19th, August 23rd, and August 26th. OWS overboard operations were performed on those dates according to ORB entries. |
| COSTA DELIZIOSA | 9398917 | Year 3 | 29-Aug-19 | Costa | CMG | Nonconformity | Exhaust Gas Cleaning Systems (AAQS) | Operation and Maintenance | Exhaust Gas Cleaning Systems (AAQS) | Ineffective | EGCS Water Supply Piping found Holed and Leaking | Pollution Equipment Malfunction | PPE: Malfunction | **Non-Conformity-03**: The No. 1 MDG EGCS (AAQS) water supply piping in the stack space is corroded and holed and there are minor water leaks in the piping. |
| COSTA DELIZIOSA | 9398917 | Year 3 | 29-Aug-19 | Costa | CMG | Nonconformity | Waste Stream Sampling | TPA ECP Waste Stream Sampling | Sample Points | Incomplete | Sample Points, Not Identified or Fitted | Procedure(s) - Not Followed | Policies and Procedures | **Non-Conformity-04**: The sample plan was not correct. The clean bilge pump is a designated sample point on the plan. However, the clean bilge pump has been discontinued. In addition, there was no sample point for the Facet OWS. The sample plan is to be amended. |
| COSTA DELIZIOSA | 9398917 | Year 3 | 29-Aug-19 | Costa | CMG | Positive Observation | N/A | N/A | N/A | N/A | N/A | N/A | N/A | **Observation (Positive)-01**: As part of a Costa Cruises plan to cut food waste in half by 2020, a food waste management system had been installed onboard COSTA DELIZIOSA. Once the food waste is weighed, the system records all data which is analyzed on a daily basis for review, continuous comparison with the baseline data, and implementation of immediate corrective action in a specific area onboard, if needed. This program could have a direct positive impact on the food waste reduction plan across Carnival Corporation if implemented by each Operating Line. |
| COSTA DELIZIOSA | 9398917 | Year 3 | 29-Aug-19 | Costa | CMG | Observation | Oily Bilge Water Management | Operational Tests | Oil Content Meter | Ineffective | OWS Effluent Flow Rate Resulted in Failed Test | Pollution Equipment Malfunction | PPE: Malfunction | **Observation-02**: During the initial one (1) hour operational test of the Facet Static OWS the OCM failed to discharge below 15 ppm. The test was stopped and the OCM measuring cell was chemically cleaned. Resumed the one (1) hour operational test and successfully completed. |
| CARNIVAL BREEZE | 9138850 | Year 3 | 10-Sep-19 | CCL | CCL | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Supplemental audit conducted to follow-up on findings identified from May 15, 2019. |
| VEENDAM | 9102992 | Year 3 | 11-Sep-19 | HAL | HA Group | Major Nonconformity | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Pulper/Food Chute/Manual Feeding Hatch | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Inaccurate | WM: Food Waste Segregation & Disposal | **Major Non-Conformity-01**: While observing an overboard discharge operation for previously segregated comminuted food waste; nonfood items were found on the overboard food chute metal grill. Items included several pieces of plastic, paper food wrappers, aluminum foil and a silicone caulking. |
| VEENDAM | 9102992 | Year 3 | 11-Sep-19 | HAL | HA Group | Major Nonconformity | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Grease Trap | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Inaccurate | WM: Food Waste Segregation & Disposal | **Major Non-Conformity-02**: An inspection of the ships galley grease traps found nonfood items. Items included large and small pieces of plastic packaging, pieces of paper, strips of silicone caulking, paper/plastic bottle top seals, and time control dots for cooking. |
| VEENDAM | 9102992 | Year 3 | 11-Sep-19 | HAL | HA Group | Major Nonconformity | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Grey Water Tanks | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Inaccurate | WM: Food Waste Segregation & Disposal | **Major Non-Conformity-03**: An inspection of the ships galley grey water drain tank found a nonfood item floating on the tanks surface. The item was a paper/plastic bottle top seal. |
| VEENDAM | 9102992 | Year 3 | 11-Sep-19 | HAL | HA Group | Major Nonconformity | Sewage and Grey Water Operations and Management | Galley Grey Water Scupper Covers | Scupper Covers | Ineffective | Multiple Scupper Covers and Screws Missing | Procedure(s) - Not Followed | Policies and Procedures | **Major Non-Conformity-04**: In ship's galley(s) and food preparation areas there are four (4) galley drain scupper covers missing. Additionally, there is a noticeable air gap around galley grey water drain's that would allow debris to pass, even if the drain's hardware is installed properly. |
| VEENDAM | 9102992 | Year 3 | 11-Sep-19 | HAL | HA Group | Nonconformity | Global HESS Management | Non-Conformity Corrective and Preventative Actions | Shore Management Reviews | Improper | Corrective Actions, Completed by Ship, Not Closed in HESS | Procedure(s) - Not Followed | Corrective and Preventative Actions | **Non-Conformity-01**: The RAAS audit finding, item 002 (Garbage Management Plan, Appendix 6) from October 12, 2018 audit is still open in Global HESS. The item has been addressed by ships staff, but nonconformity is passed its due date. |
| VEENDAM | 9102992 | Year 3 | 11-Sep-19 | HAL | HA Group | Nonconformity | Certificate and Permit Management | Class, Flag, Regulatory Requirements | IOPP | Incomplete | Not Updated, Tank Conversion | Procedure(s) - Not Followed | Policies and Procedures | **Non-Conformity-02**: A Lube Oil tank has been converted into a sludge tank and is not listed on the IOPP certificate. |
| VEENDAM | 9102992 | Year 3 | 11-Sep-19 | HAL | HA Group | Observation | Global HESS Management | Maritime Quality Assurance (MQA) and MP&A | Practical and Clear HESS Procedures | Ineffective | Ineffective Procedure(s), Confusing, ENV-1001 | Procedure(s) - Inaccurate | Policies and Procedures | **Observation-01**: It was also mentioned by some Deck officers that Global HESS procedure ENV-1001 – Worldwide Cruising Environmental Standards, though a good tool, is complex and challenging to navigate to find information and in some cases may be missing pertinent information on environmental standards for a certain area the ship may be scheduled to visit. |

| Vessel Name | IMO Number | Audit Year | Audit Close | Line | Brand | Finding | System | Procedure | Component / Process | Finding Area (Ship) | Finding Sub-Area (Ship) | Issue Identified (Procedural) | Finding Group | Finding Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VEENDAM | 9102992 | Year 3 | 11-Sep-19 | HAL | HA Group | Observation | Human Resources | Leadership Behavior | Trust, Care, Openness | Improper | Fear of Making Mistakes | Procedure(s) - Incomplete | Policies and Procedures | Observation-02: Auditors were told that some crew members are not receiving the allotted vacation time (3 months) between their 8-month contracts.  During their 3-month scheduled vacation, they may get a call asking them to return 1 month early.  In addition, they may have 1 month of required STCW training or medical evaluations. The time home with family is now reduced causing difficulties of focusing at work while onboard the ship.  One crew member stated he said "No" to coming back early and afterwards was not called back until 6 months later causing financial difficulties being out of work so long. |
| GOLDEN PRINCESS | 9192351 | Year 3 | 24-Sep-19 | HAL | HA Group | Nonconformity | Training Program | Training Delivery | Environmental Awareness for Shipboard | Incomplete | Missing, Court Ordered Statement to All Employees | Procedure(s) - Incomplete | Training Issues | Non-Conformity-01: The required court order statement to be issued to all employees regarding probation violations was not given to 172 joining crewmembers from the period August 18– Sept 21. |
| GOLDEN PRINCESS | 9192351 | Year 3 | 24-Sep-19 | HAL | HA Group | Nonconformity | Global HESS Management | Non-Conformity Corrective and Preventative Actions | Shore Management Reviews | Improper | Corrective Actions, Closed But Not Completed | Procedure(s) - Not Followed | Corrective and Preventative Actions | Non-Conformity-02: The TPA audit conducted in May 25-30, 2018 had one nonconformity (#7) and one observation (#8) that were both closed, however neither had corrective action in place. |
| GOLDEN PRINCESS | 9192351 | Year 3 | 24-Sep-19 | HAL | HA Group | Nonconformity | Sewage and Grey Water Operations and Management | Galley Grey Water Scupper Covers | Scupper Covers | Ineffective | Multiple Scupper Covers and Screws Missing | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-03: Drain covers were found not secure in the galley on deck 6, 12, and 14. |
| GOLDEN PRINCESS | 9192351 | Year 3 | 24-Sep-19 | HAL | HA Group | Nonconformity | Segregation and Disposal of Food Waste | Food Waste System Control | Supervision | Improper | Food Waste Segregation, Not Supervised | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | Non-Conformity-04: The ship was not compliant with Instructional Notice ENV 07/2019 as there was no supervision present while crew members were carrying out food waste segregation in the crew mess area. |
| GRAND PRINCESS | 9104005 | Year 3 | 26-Sep-19 | HAL | HA Group | Nonconformity | Training Program | Recording or Logging | Environmental Awareness for Contractors | Improper | Use of Outdated HESS Checklist | Procedure(s) - Not Followed | Training Issues | Non-Conformity-01: The HESS Contractor Procedure Checklist was updated on 26 March 2019. Ship has been using a previous version. |
| GRAND PRINCESS | 9104005 | Year 3 | 26-Sep-19 | HAL | HA Group | Nonconformity | Fleet Maintenance Management | Maintain Required Spare Parts Onboard - Ship | Spare Parts | Improper | Spare Parts, Not Onboard, Ordered | Procedure(s) - Not Followed | Critical Spare Parts | Non-Conformity-02: The audit of ECP critical spare parts noted that three (3) float switches were recently used on September 19, 2019 and zero (0) are remaining in the ECP spares. ECP spare parts inventory requires three (3) to be on hand. The replacement spare float switches have been ordered and scheduled for delivery on October 20, 23 and 27, 2019. |
| GRAND PRINCESS | 9104005 | Year 3 | 26-Sep-19 | HAL | HA Group | Observation | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Grease Trap | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | Observation-01: A food sticker was found during an internal inspection of the galley grease traps. |
| GRAND PRINCESS | 9104005 | Year 3 | 26-Sep-19 | HAL | HA Group | Observation | Oily Bilge Water Management | Operational Tests | Oil Content Meter | Ineffective | Oil Content Filter Cleaned | Pollution Equipment Malfunction | PPE: Malfunction | Observation-02: During the first attempt of a new (1) hour operational test of the No. 2 RWO Static OWS, the transferring unit went into an oil dump cycle and would not return to normal overboard operation. The test was stopped, and the oil content filter was changed. After changing the filter, the 1-hour operational test was successfully completed. |
| CARNIVAL VALOR | 9236389 | Year 3 | 6-Oct-19 | CCL | CCL | Major Nonconformity | Exhaust Gas Cleaning Systems (AAQS) | Operation and Maintenance | Exhaust Gas Cleaning Systems (AAQS) | Ineffective | Two EGCS found Inoperable Due to Missing Parts and Wasted Exhaust Flue | Pollution Equipment Inoperable | PPE: Inoperable | Major Non-Conformity-01: The Exhaust Gas Cleaning System (EGCS) for MDG No. 5 and No. 6 are not operational due to the failure of the exhaust gas SO2/Co2 analyzer. No. 4 MDG ECGS is non-operational due to extensive repairs to the exhaust gas piping (exhaust flue). |
| CARNIVAL VALOR | 9236389 | Year 3 | 6-Oct-19 | CCL | CCL | Observation | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Pulper/Food Chute/Manual Feeding Hatch | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | Observation-01:  Upon inspection of the magnetic trap for the food waste system, 19 metal pieces such as a spoon, knife, bottle caps, and hair pins were found. This finding indicates an inadequate food waste segregation process prior to material entering the food waste system. |
| CARNIVAL IMAGINATION | 9053878 | Year 3 | 9-Oct-19 | CCL | CCL | Nonconformity | Training Program | Recording or Logging | Workplace Specific Environmental Instructions | Improper | Missing, Training on Use of Digesters (ORCA) | Procedure(s) - Incomplete | Training Issues | Non-Conformity-01: The were no records on file to indicate training on the recently installed ORCA system was given to Recycling Center team members. |
| CARNIVAL IMAGINATION | 9053878 | Year 3 | 9-Oct-19 | CCL | CCL | Nonconformity | Garbage Management | Recording or Logging | Hazardous Waste Log | Improper | Missing Entries, Sharps Container Locations | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-02: Sharps containers were in use at the Boatswain's storeroom and Recycling Center but were not on file as in use by Medical Center. The sharps container in use by the Spa was not the same container as documented as being in use by the Medical Center. |
| CARNIVAL IMAGINATION | 9053878 | Year 3 | 9-Oct-19 | CCL | CCL | Observation | Global HESS Management | Maritime Quality Assurance (MQA) and MP&A | Practical and Clear HESS Procedures | Ineffective | Incomplete Procedure(s), Disposal of Non-Narcotic Drugs | Procedure(s) - Incomplete | Policies and Procedures | Observation-01:  There is no specific procedure in Global HESS addressing the disposal of non-narcotic expired prescription and non-prescription drugs. |
| MAJESTIC PRINCESS | 9614141 | Year 3 | 17-Oct-19 | HAL | HA Group | Nonconformity | Training Program | Training Management | Introduction to Global HESS | Improper | Supervisor(s) Unaware of Global HESS | Procedure(s) - Incomplete | Training Issues | Non-Conformity-01: The Print Shop Manager was unable to log into Global HESS when asked to retrieve the procedure for disposing of hazardous materials. |
| MAJESTIC PRINCESS | 9614141 | Year 3 | 17-Oct-19 | HAL | HA Group | Nonconformity | Global HESS Management | Non-Conformity Corrective and Preventative Actions | Shore Management Reviews | Improper | Corrective Actions, Completed by Ship But Not Closed | Procedure(s) - Not Followed | Corrective and Preventative Actions | Non-Conformity-02: The RAAS audit finding, Item 06 (Bilge Water and Oily Water Management) from the April 2019 audit is still open in Global HESS. The item has been addressed by ship's staff, but nonconformity is passed it due date. |
| MAJESTIC PRINCESS | 9614141 | Year 3 | 17-Oct-19 | HAL | HA Group | Nonconformity | Garbage Management | Recording or Logging | Hazardous Waste Log | Improper | Inaccurate Entries, Red Bags | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-03: Red bags deposited in the Recycle Center are not being properly logged. |
| MAJESTIC PRINCESS | 9614141 | Year 3 | 17-Oct-19 | HAL | HA Group | Nonconformity | Garbage Management | Processing and Storage | Hazardous Waste Materials | Improper | Hazardous Waste Storage Area, No Containment | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-04: Three full plastic liquid hazmat containers in the Recycle Center for disposal without secondary containment. |
| MAJESTIC PRINCESS | 9614141 | Year 3 | 17-Oct-19 | HAL | HA Group | Nonconformity | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Pulper/Food Chute/Manual Feeding Hatch | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | Non-Conformity-05: While inspecting pulper station on deck 16 Port, found foil in the pulper. |
| MAJESTIC PRINCESS | 9614141 | Year 3 | 17-Oct-19 | HAL | HA Group | Nonconformity | Environmental Control System | Recording or Logging | ECS Vulnerability Lists and Logs | Improper | Missing Entries, Lock Log | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-06: The last three months of the padlock log were found with 11 entries where padlocks were unlocked or locked without a corresponding entry. |

| Vessel Name | IMO Number | Audit Year | Audit Close | Line | Brand | Finding | System | Procedure | Component / Process | Finding Area (Ship) | Finding Sub-Area (Ship) | Issue Identified (Procedural) | Finding Group | Finding Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAJESTIC PRINCESS | 9614141 | Year 3 | 17-Oct-19 | HAL | HA Group | Observation | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Pulper/Food Chute/Manual Feeding Hatch | Non-Food Wastes, Not Properly Separated | Ineffective | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | Observation-01: A plastic sticker was found in the grease trap that services the LIDO Deck Galley. |
| MAJESTIC PRINCESS | 9614141 | Year 3 | 17-Oct-19 | HAL | HA Group | Observation | Human Resources | STCW | Work Hours and Rest Periods | Work Hours and Rest Periods, Improper | Improper | Procedure(s) - Not Followed | Policies and Procedures | Observation-02: In several discussions with some ship engineers, it was stated that even though they understand the demands on their time to properly conduct their duties and responsibilities, they sometimes feel the amount of extra work and the related man hours (special projects, retro fits, ECP requirements, etc.) that continues to be placed upon them by management is not fully understood. One example given were the requirements of Yellow Manning. |
| MAJESTIC PRINCESS | 9614141 | Year 3 | 17-Oct-19 | HAL | HA Group | Observation | Fleet Maintenance Management | Maintain Required Spare Parts Onboard - Shoreside | Spare Parts | Spare Parts, Not Identified as Critical, OWS Valves, Not Ordered | Ineffective | Procedure(s) - Not Followed | Critical Spare Parts | Observation-03: The Circlips are not listed as critical spares for the Westfalia centrifugal oily water separator (COWS). Two (2) independent three-way valves installed on the unit have had the same internal component (Circlip) that failed. A new Circlip was manufactured on board out of a stronger material (stainless steel) when the unit was provided through the parts system. |
| ROYAL PRINCESS | 9584712 | Year 3 | 29-Oct-19 | PCL | HA Group | Nonconformity | Training Program | Training Management | Introduction to Global HESS | Supervisor(s) Unaware of Global HESS | Ineffective | Procedure(s) - Not Followed | Training Issues | Non-Conformity-01: The Photo Manager was found not trained to use the Global HESS platform and was not able to locate the environmental procedures, including recent updates, applicable to her department. |
| ROYAL PRINCESS | 9584712 | Year 3 | 29-Oct-19 | PCL | HA Group | Nonconformity | Garbage Management | Recording or Logging | Hazardous Waste Log | Missing Logs, Retention of Records | Incomplete | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-02: The Hazardous Waste logs between April 18, 2017 and September 8, 2017 were not found on the ship. ECP and company retention policy require to maintain these records onboard for five (5) years. |
| ROYAL PRINCESS | 9584712 | Year 3 | 29-Oct-19 | PCL | HA Group | Nonconformity | Garbage Management | Processing and Storage | Hazardous Waste Materials | Multiple Processes, Improper | Ineffective | Procedure(s) - Not Followed | WM: Garbage Management | Non-Conformity-03: Waste management practices followed by the ship were not in compliance with the company's Garbage Management Plan procedures. |
| ROYAL PRINCESS | 9584712 | Year 3 | 29-Oct-19 | PCL | HA Group | Nonconformity | Staff Captain Environmental Responsibilities | Deck Maintenance | Scupper Covers | Covers Missing Screws, Direct Discharge Overboard | Improper | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-04: Multiple scupper drains covers located in the Aft Mooring station on Deck 5, were found missing all screws to secure the covers to the deck. These scuppers have direct connection overboard. |
| ROYAL PRINCESS | 9584712 | Year 3 | 29-Oct-19 | PCL | HA Group | Nonconformity | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Grease Trap | Non-Food Wastes, Not Properly Separated | Ineffective | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | Non-Conformity-05: During the internal inspection of the Main Galley/Lido Galley grease trap #2, plastic cling film, a plastic bottle cap, pieces of plastic gloves, a rubber band, and stickers were found. |
| ROYAL PRINCESS | 9584712 | Year 3 | 29-Oct-19 | PCL | HA Group | Nonconformity | Fuel Bunkering | Recording or Logging | Lube Oil Bunkering Checklist | Missing and Incorrect Entries | Improper | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-06: Lube Oil Bunkering checklists between March 2019 and September 2019 were not being filled out properly. |
| ROYAL PRINCESS | 9584712 | Year 3 | 29-Oct-19 | PCL | HA Group | Positive Observation | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Observation (Positive)-01: This ship has made a video that shows how to operate the Oily Water Separators and how to perform maintenance of their components. This video can be shown on the TV screen located in the machinery space where the OWS units are located. |
| SAPPHIRE PRINCESS | 9228186 | Year 3 | 3-Nov-19 | PCL | HA Group | Nonconformity | Training Program | Recording or Logging | Environmental Awareness for Contractors | Use of Outdated HESS Checklist | Improper | Procedure(s) - Not Followed | Training Issues | Non-Conformity-01: Ship is using an outdated version of the HESS Contractor Procedure Checklist. The checklist was updated on March 26, 2019. |
| SAPPHIRE PRINCESS | 9228186 | Year 3 | 3-Nov-19 | PCL | HA Group | Nonconformity | Machinery Space Operations | Recording or Logging | Oil Record Book | Inaccurate Entries, Portable Pump Use | Improper | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-02: The Oil Record Book had an incorrect entry on October 13, 2019 that did not correspond to the portable pump log entry written on October 14, 2019. |
| SAPPHIRE PRINCESS | 9228186 | Year 3 | 3-Nov-19 | PCL | HA Group | Nonconformity | Garbage Management | Recording or Logging | Hazardous Waste Log | Missing Dates and Signatures, EO, Red Bags | Improper | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-03: The Hazardous Waste Log for red bags identified disposals but was missing several dates of disposal and Environmental Officers signature for verification. |
| SAPPHIRE PRINCESS | 9228186 | Year 3 | 3-Nov-19 | PCL | HA Group | Nonconformity | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Grease Trap | Non-Food Wastes, Not Properly Separated | Ineffective | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | Non-Conformity-04: A piece of plastic and silicone caulking were found during an internal inspection of the galley grease traps. |
| SAPPHIRE PRINCESS | 9228186 | Year 3 | 3-Nov-19 | PCL | HA Group | Observation | Refrigerant Gases | Recording or Logging | Refrigerant Record Book | Uncontrolled Form, Global HESS | Improper | Procedure(s) - Inaccurate | Policies and Procedures | Observation-01: The printed versions of refrigerant logs are uncontrolled. |
| AIDADIVA | 9334856 | Year 3 | 5-Nov-19 | AIDA | CMG | Major Nonconformity | Garbage Management | Overboard Food Waste Discharge System | Pulper/Food Chute/Manual Feeding Hatch | Inoperable Due to Part Failure | Ineffective | Pollution Equipment Inoperable | PPE: Inoperable | Major Non-Conformity-01: The waste processing equipment is not operational. Only one (1) food shredder on the pulper system is operational. The second shredder broke down on August 28, 2019 and the ship has had only one (1) shredder working since then. The expected arrival date for the ordered spare parts' is November 30, 2019. |
| AIDADIVA | 9334856 | Year 3 | 5-Nov-19 | AIDA | CMG | Nonconformity | Sludge and Oily Water Discharge to a Port Facility | Recording or Logging | Sludge and Oily Water Discharge to a Port Facility Checklist | Missing Signature, Chief Engineer | Improper | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-01: The checklist for sludge and water discharge to port facility (TEC 1401 A1) was not signed by the Chief Engineer for the October 23, 2019 transfer of sludge ashore. |
| AIDADIVA | 9334856 | Year 3 | 5-Nov-19 | AIDA | CMG | Nonconformity | Sludge and Oily Water Discharge to a Port Facility | Recording or Logging | Sludge and Oily Water Discharge to a Port Facility Checklist | Missing, Time Entries | Improper | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-02: Start and stop transfer times were not completed on the checklist for sludge and water transfers ashore (TEC 1401 A1) for the October 23, 2019 transfer of sludge ashore. |
| AIDADIVA | 9334856 | Year 3 | 5-Nov-19 | AIDA | CMG | Nonconformity | Global HESS Management | Maritime Quality Assurance (MQA) and MP&A | QA/QC of HESS Procedures | Ineffective Procedure(s), Hard Food Collection | Ineffective | Procedure(s) - Inaccurate | Policies and Procedures | Non-Conformity-03: The Food Segregation labeling is incorrect and indicates hard food should be placed in soft food bin. The office was notified of this deficiency; however, no corrective action is in place. |
| AIDADIVA | 9334856 | Year 3 | 5-Nov-19 | AIDA | CMG | Nonconformity | Environmental Signage | Posting Requirements | MARPOL Annex V Placard(s) | Outdated Placards, | Improper | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-04: The required Marpol V placard was not in place at each of the four (4) pulpers that were checked in the galley, nor at the one (1) in the recycling center; no placard was found posted in the Crew Lounge. |
| AIDADIVA | 9334856 | Year 3 | 5-Nov-19 | AIDA | CMG | Nonconformity | Segregation and Disposal of Food Waste | Recording or Logging | Pulper/Food Chute/Manual Feeding Hatch Food Waste Disposal List and Log | Not Used, Pulper Log | Ineffective | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-05: The required Pulper Log is not in use at the Recycling Center. |

| Vessel Name | IMO Number | Audit Year | Audit Close | Line | Brand | Finding | System | Procedure | Component / Process | Finding Area (Ship) | Finding Sub-Area (Ship) | Issue Identified (Procedural) | Finding Group | Finding Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEABOURN QUEST | 9483126 | Year 3 | 10-Nov-19 | SCL | HA Group | Nonconformity | Machinery Space Operations | Recording or Logging | Oil Record Book | Improper | Missing Entries, Repair of Oil Filtering Equipment | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-01: Flash report incidents dated August 21, 2019 and June 24, 2019 were not accurately recorded in the Oil Record Book. Both incidents required repairs to the oil filtering equipment and should have been properly recorded in the Oil Record Book. |
| SEABOURN QUEST | 9483126 | Year 3 | 10-Nov-19 | SCL | HA Group | Nonconformity | Environmental Control System | Recording or Logging | ECS Vulnerability Lists and Logs | Improper | Missing Entries and Signatures, Lock Log | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-02: Audited last two months of the padlock log and found multiple entries where padlocks were unlocked or locked without a corresponding entry; missing signatures of persons unlocking the locks; and missing signatures of officers on watch. |
| SEABOURN QUEST | 9483126 | Year 3 | 10-Nov-19 | SCL | HA Group | Observation | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Grease Trap | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | Observation-01: While conducting the weekly inspection of the grease trap, small pieces of rubber and plastic were found. |
| SEABOURN QUEST | 9483126 | Year 3 | 10-Nov-19 | SCL | HA Group | Observation | Oily Bilge Water Management | Operational Tests | Oily Water Separator | Ineffective | Belt and Friction Pads Replaced | Pollution Equipment Malfunction | PPE: Malfunction | Observation-01: During the first attempt of the one (1) hour operational test of the Alpha Laval Centrifugal OWS, the OWS triggered an alarm for low RPM and began to shut down. The test was stopped for not being in service. After changing the belt and friction pads, the one-hour operational test was successfully completed the following day. |
| CARNIVAL CONQUEST | 9198355 | Year 3 | 19-Nov-19 | CCL | CCL | Major Nonconformity | Exhaust Gas Cleaning Systems (AAQS) | Operation and Maintenance | Exhaust Gas Cleaning Systems (AAQS) | Ineffective | Two EGCS found Inoperable Due to Exhaust System Cracks | Pollution Equipment Inoperable | PPE: Inoperable | Major Non-Conformity-01: The Exhaust Gas Cleaning System (EGCS) installed for engines DG4, DG5, and DG6 are out of service and currently undergoing underway repairs for cracks in the structure of the exhaust system. The estimated time for completion of these repairs is mid-December. |
| CARNIVAL CONQUEST | 9198355 | Year 3 | 19-Nov-19 | CCL | CCL | Nonconformity | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Pulper/Food Chute/Manual Feeding Hatch | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | Non-Conformity-01: Upon inspection of the magnetic trap for the food waste system, it was found to have approximately twenty-six (26) metal items and one (1) rag in it. The metal items were spoons, bottle caps, bolts, screws, salt and pepper shaker lids, and hair pins. This finding indicates an inadequate food waste segregation process prior to material entering the food waste system. |
| CARNIVAL CONQUEST | 9198355 | Year 3 | 19-Nov-19 | CCL | CCL | Positive Observation | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Observation-01: The experience of the Chief Engineer ordered a needed spare part not on the critical spare parts list for the Alfa Laval Pure Bilge centrifugal OWS. |
| CARNIVAL ECSTASY | 8711344 | Year 3 | 22-Nov-19 | CCL | CCL | Major Nonconformity | Ballast Water Management | Ballast Water Treatment Systems | Ballast System Pipes and Valves | Improper | Piping Bypasses BWTS, Design Improper | Pollution Equipment Inoperable | PPE: Inoperable | Major Non-Conformity-01: The ship reported that the physical layout of ballast system pipes and valves for #8 port ballast tank bypasses the Ballast Water Treatment System (BWTS) while taking on ballast water. |
| CARNIVAL ECSTASY | 8711344 | Year 3 | 22-Nov-19 | CCL | CCL | Nonconformity | Garbage Management | Processing and Storage | Hazardous Waste Materials | Ineffective | Multiple Processes, Improper | Procedure(s) - Not Followed | WM: Garbage Management | Non-Conformity-01: The storing of hazardous waste delivered to the Recycling Center is not in compliance with Global HESS ENV-1301, which requires that all hazardous waste delivered to a waste disposal area be stored in a dedicated and secure area. This area must be marked off or physically isolated for the storage of hazardous waste and prevention of unauthorized entry. |
| CARNIVAL ECSTASY | 8711344 | Year 3 | 22-Nov-19 | CCL | CCL | Nonconformity | Environmental Control System | Lock, Seal, and Weld Requirements | Lock and Key Management Controls | Ineffective | Vulnerability Assessment Improper for BCDB Access Control | Procedure(s) - Incomplete | Policies and Procedures | Non-Conformity-02: The latest vessel Vulnerability Assessment completed June 13, 2019 designates vulnerability points 5.05 and 5.17 as ECR controlled red locks for access to the Bilge Control Discharge Boxes. This conflicts with Carnival policy that states only the Chief Engineer and Environmental Officer will hold the keys for access to the BCDBs. |
| CARNIVAL ECSTASY | 8711344 | Year 3 | 22-Nov-19 | CCL | CCL | Nonconformity | Waste Stream Sampling | TPA ECP Waste Stream Sampling | Sample Bottles | Ineffective | Sample Bottles, Not Enough Onboard | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-03: There were not sufficient sample bottles onboard to test all the sample points in accordance with the current ship sample plan. |
| CARNIVAL ECSTASY | 8711344 | Year 3 | 22-Nov-19 | CCL | CCL | Observation | Oily Bilge Water Management | Operational Tests | Oil Content Meter | Ineffective | Line Leading to the Measuring Cell Cleaned | Pollution Equipment Malfunction | PPE: Malfunction | Observation-01: During the first three (3) attempts of a one (1) hour operational test of the No. 1 Marinefloc 2.0 Static OWS, the unit shut down on high PPM content. The line leading to the measuring cell was removed and cleaned. The OWS was restarted and a successful one (1) hour test was completed. |
| REGAL PRINCESS | 9584724 | Year 3 | 4-Dec-19 | PCL | HA Group | Nonconformity | Training Program | Recording or Logging | Environmental Awareness for Contractors | Incomplete | Missing, Records of Training | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-01: The record logs for training given to contractors were found incomplete and not properly maintained. |
| REGAL PRINCESS | 9584724 | Year 3 | 4-Dec-19 | PCL | HA Group | Nonconformity | Environmental Signage | Posting Requirements | Chemicals and Oils in Sinks and Drains | Ineffective | Signs Not Posted | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-02: The signs prohibiting disposal of chemicals or oils via sinks, toilets or drains were not posted at sinks located in the main laundry. |
| REGAL PRINCESS | 9584724 | Year 3 | 4-Dec-19 | PCL | HA Group | Nonconformity | Garbage Management | Recording or Logging | Hazardous Waste Log | Improper | Missing Signatures, EO | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-03: The Hazardous waste and cooking waste logs located in the recycle center were found missing signatures by the waste operator for receiving hazardous waste and by the Environmental Officer for entry verification. |
| STAR PRINCESS | 9192363 | Year 3 | 8-Dec-19 | PCL | HA Group | Nonconformity | Training Program | Recording or Logging | Environmental Awareness for Contractors | Improper | Use of Outdated HESS Checklist | Procedure(s) - Not Followed | Training Issues | Non-Conformity-01: Ship is using an outdated version of the HESS Contractor Procedure Checklist. The checklist was updated on March 26, 2019. |
| STAR PRINCESS | 9192363 | Year 3 | 8-Dec-19 | PCL | HA Group | Nonconformity | Certificate and Permit Management | Class, Flag, Regulatory Requirements | Non-Tank Vessel Response Plan (NTVRP) | Incomplete | Annual Exercise to Include Firefighting, Not Completed | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-02: The Non-Tank Vessel Response Plan (NTVRP) Remote Assessment and Consultation (RAC) drill was not completed. NTVRP Section 7.1.1 requires a Remote Assessment and Consultation (RAC) exercise to be completed annually and 7.2.3 requires that the exercise include firefighting at least once every three years. |
| STAR PRINCESS | 9192363 | Year 3 | 8-Dec-19 | PCL | HA Group | Nonconformity | Garbage Management | Recording or Logging | Hazardous Waste Log | Ineffective | Log is Outdated and Uncontrolled | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-03: The "Hazardous Waste Log" ENV 1301 in Global HESS is not a controlled log. This log conflicts with "Hazardous Waste Log ENV 1301-A4 form issued Oct 2019", which is a controlled log, issued for all brand use. |
| STAR PRINCESS | 9192363 | Year 3 | 8-Dec-19 | PCL | HA Group | Observation | Certificate and Permit Management | Class, Flag, Regulatory Requirements | Non-Tank Vessel Response Plan (NTVRP) | Improper | Incorrect Storage Location, Oil Spill Equipment List | Procedure(s) - Not Followed | Policies and Procedures | Observation-01: Non-Tank Vessel Response Plan (NTVRP) Appendix 6 "Oil Spill Equipment List" indicates incorrect storage location for required equipment on board. Equipment is listed as located either inside of, or outside of the port bunker station. |
| CARNIVAL VICTORY | 9172648 | Year 3 | 12-Dec-19 | CCL | CCL | Nonconformity | Environmental Control System | Lock, Seal, and Weld Requirements | Lock and Key Management Controls | Ineffective | Vulnerability Assessment Improper for BCDB Access Control | Procedure(s) - Incomplete | Policies and Procedures | Non-Conformity-01: The latest vessel vulnerability assessment completed designates vulnerability point for access to the Bilge Control Discharge Boxes (BCDB) as "Red Locks". This is in conflict with Carnival policy that only the Chief Engineer and Environmental Officer will hold the only keys for access to the BCDBs. |
| CARNIVAL LEGEND | 9224726 | Year 3 | 18-Dec-19 | CCL | CCL | Nonconformity | Training Program | Training Management | Introduction to Global HESS | Improper | Supervisor(s) Unaware of Global HESS | Procedure(s) - Not Followed | Training Issues | Non-Conformity-01: A crewmember was not aware of his log-in credentials that would allow for access to the Global HESS platform to view environmental procedures applicable to his department. |
| CARNIVAL LEGEND | 9224726 | Year 3 | 18-Dec-19 | CCL | CCL | Nonconformity | Training Program | Recording or Logging | Environmental Awareness for Contractors | Incomplete | Missing, Signatures of Contractors | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-02: A record of signatures from vendors, technicians and other non-crewmember representatives to acknowledge their receipt of an Environmental Awareness for Contractors and Vendors brochure was not recorded for eleven (11) representatives that boarded the ship in Tampa, Florida on December 15, 2019. |

TABLE 3 Findings

| Vessel Name | IMO Number | Audit Year | Audit Close | Line | Brand | Finding | System | Procedure | Component / Process | Finding Area (Ship) | Finding Sub-Area (Ship) | Issue Identified (Procedural) | Finding Group | Finding Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CARNIVAL LEGEND | 9224726 | Year 3 | 18-Dec-19 | CCL | CCL | Nonconformity | Fleet Maintenance Management | Maintain Required Spare Parts Onboard - Shoreside | Spare Parts | Improper | Spare Parts for EGCS, Not Onboard, Ordered, Closed in Global HESS | Procedure(s) - Not Followed | Critical Spare Parts | Non-Conformity-03: Nonconformity #4 from the RAAS audit conducted on March 13, 2019 addressing manufacturer required spare parts for the Exhaust Gas Cleaning Systems (EGCS) has been closed in Global HESS by shoreside personnel, however none of the spare parts have been delivered to the ship. |
| CARNIVAL LEGEND | 9224726 | Year 3 | 18-Dec-19 | CCL | CCL | Nonconformity | Staff Captain Environmental Responsibilities | Deck Maintenance | Scupper Covers | Improper | Covers Missing Screws, Improper Size, Direct Discharge Overboard | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-04: Multiple scupper covers located on weather decks were found not secured to the deck or were not properly sized to adequately block solid waste materials from entering scuppers with direct connections overboard. |
| CARNIVAL LEGEND | 9224726 | Year 3 | 18-Dec-19 | CCL | CCL | Nonconformity | Oil-to-Sea Interfaces | Recording or Logging | Oil-to-Sea Interface Log | Improper | Missing Information in Explanation Block | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-05: The Oil-to-Sea Interface Log (ENV-1202-A2) is missing information in the "Explanation" block on the form. |
| NIEUW AMSTERDAM | 9378450 | Year 3 | 7-Jan-20 | HAL | HA Group | Major Nonconformity | Oil-to-Sea Interfaces | Systems to be Monitored | Azipod | Pollution Incident | Port Azipod, Pollution Incident | Pollution Incident | PPE: Malfunction | Major Non-Conformity-01: The Port Azipod has been leaking oil externally since December 2018. The ship is losing approximately 4-12 liters of oil per month. |
| NIEUW AMSTERDAM | 9378450 | Year 3 | 7-Jan-20 | HAL | HA Group | Nonconformity | Machinery Space Operations | Recording or Logging | Oil Record Book | Improper | Missing Signatures, Chief Engineer | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-01: In the Oil Record Book, the on-coming EO signed a page for the off-going EO and put the follow statement at the bottom of the page with an asterisk by his name. "Signed for compliance but not responsibility" and backdated his signature. |
| NIEUW AMSTERDAM | 9378450 | Year 3 | 7-Jan-20 | HAL | HA Group | Nonconformity | Garbage Management | Recording or Logging | Hazardous Material | Improper | Missing Entries, Landing Locations and Dates | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-02: The Hazardous Material Waste Log had numerous entries that did not list where the waste was offloaded or incinerated and/or a date of offloading or incineration. |
| NIEUW AMSTERDAM | 9378450 | Year 3 | 7-Jan-20 | HAL | HA Group | Nonconformity | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Pulper/Food Chute/Manual Feeding Hatch | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | Non-Conformity-03: Conducted an inspection of the magnetic trap for the food waste system and found approximately 34 metal items in it. The metal items included; bottle caps, hair pins and a battery. |
| NIEUW AMSTERDAM | 9378450 | Year 3 | 7-Jan-20 | HAL | HA Group | Nonconformity | Environmental Control System | Recording or Logging | Critical Valves, Fittings, Tank Hatches List, Lock Log, and Seal Log | Incomplete | Current Seal Numbers Missing | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-04: The master list of vulnerability seals did not have the current seal numbers listed. The column designated for the seal number only listed the number of seals that each vulnerability is required to be secure. |
| NIEUW AMSTERDAM | 9378450 | Year 3 | 7-Jan-20 | HAL | HA Group | Observation | Ballast Water Management | Recording or Logging | Ballast Water Management Plan | Incomplete | Plan Review Acknowledgement, Not being Signed by Returning Crew | Procedure(s) - Incomplete | Record Keeping & Log Issues | Observation-01: The vessel Ballast Water Plan requires all officers involved in ballasting to review the plan and sign an acknowledgement. The ship currently does not require returning officers to repeat the review. An acknowledgement of plan amendments added during the officer's absence is not in place. |
| NIEUW AMSTERDAM | 9378450 | Year 3 | 7-Jan-20 | HAL | HA Group | Observation | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Food Waste Tank | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | Observation-02: The inspection of Food Waste Tank 2, a tea bag package was found. |
| NIEUW AMSTERDAM | 9378450 | Year 3 | 7-Jan-20 | HAL | HA Group | Observation | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Work Areas | Ineffective | Limited Space to Conduct Segregation | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | Observation-03: There is limited and constricted food waste segregation areas in sculleries, restaurants and buffet. |
| CARNIVAL FASCINATION | 9041253 | Year 3 | 9-Jan-20 | CCL | CCL | Major Nonconformity | Staff Captain Environmental Responsibilities | Emissions and Discharges | Weather Deck Cleaning | Pollution Incident | Oily Water, Washed Overboard, Wirefalls Grease | Pollution Incident | Policies and Procedures | Major Non-Conformity-01: Oily water was noted in the stringer plates on exposed deck #10, port and starboard which drains directly overboard. The water seems coming from the draining pipes of the drip trays located on deck 11 that collect grease used for the lifeboat hosting/fall wires. The grease (Mobilgrease XHP 222) is not an eco-friendly type. |
| CARNIVAL FASCINATION | 9041253 | Year 3 | 9-Jan-20 | CCL | CCL | Major Nonconformity | Oily Bilge Water Management | Oily Bilge Water Equipment | Bilge Water Tank | Ineffective | Bottom Plate, Holed | Pollution Equipment Inoperable | PPE: Inoperable | Major Non-Conformity-02: The bottom plate of the Bilge Water Tank (M8) is temporarily patched after a couple of holes were discovered by the crew after routine tank cleaning. It is unknown if any oily bilge water leaked into the #8 Starboard ballast water tank, but the ballast water was discharged ashore. |
| CARNIVAL FASCINATION | 9041253 | Year 3 | 9-Jan-20 | CCL | CCL | Nonconformity | Training Program | Training Management | Introduction to Global HESS | Ineffective | Supervisor(s) Unaware of Global HESS | Procedure(s) - Not Followed | Training Issues | Non-Conformity-01: Multiple crew members were found not trained on the use of Global HESS and didn't review new procedures or changes/updates to existing ones, including environmental, within the section "My Primary Document Updates" on Global HESS. |
| CARNIVAL FASCINATION | 9041253 | Year 3 | 9-Jan-20 | CCL | CCL | Nonconformity | Garbage Management | Recording or Logging | Hazardous Waste Log | Improper | Missing Entries, Sharps Container Locations | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-02: One (1) sharps container in the SPA was found without a tracking number nor accounted for. The source of this sharp's container is not clear, and it is not like the sharps containers managed and distributed onboard by the medical center. |
| CARNIVAL FASCINATION | 9041253 | Year 3 | 9-Jan-20 | CCL | CCL | Nonconformity | Garbage Management | Collection by Departments | General Waste Materials | Improper | Solid Waste Materials Found on Weather Decks | Procedure(s) - Not Followed | WM: Garbage Management | Non-Conformity-03: Some trash items (plastic cup, party supplies from New Year Eve, a piece of plastic, a plastic feather) were found in drip trays below the lifeboat hosting/fall wires located on deck 11, starboard side, aft. |
| CARNIVAL FASCINATION | 9041253 | Year 3 | 9-Jan-20 | CCL | CCL | Observation | Garbage Management | Recording or Logging | Garbage Record Book | Improper | Captain Review, Slow Process | Procedure(s) - Not Followed | Record Keeping & Log Issues | Observation-01: A review of the sections "Exceptional Discharge or Loss of Garbage" of the Garbage Record Book revealed a slow review process by the Captain, of his portion of the record book. |
| CARNIVAL FASCINATION | 9041253 | Year 3 | 9-Jan-20 | CCL | CCL | Observation | Global HESS Management | Maritime Quality Assurance (MQA) and MP&A | QA/QC of HESS Procedures | Ineffective | Ineffective Procedure(s), HESS Feedback Station | Procedure(s) - Incomplete | Policies and Procedures | Observation-01: A HESS Feedback Station where crew members can report near misses, make suggestions, or nominate a fellow team member for reward, was found located in the crew hallway on Deck 4. When the Captain was asked about the initiative, he said that so far the crew participation is low and not many comment cards have been collected. |
| SUN PRINCESS | 9000259 | Year 3 | 10-Jan-20 | PCL | HA Group | Nonconformity | Compliance Reporting Hotline | Recording or Logging | Hotline | Ineffective | Ineffective, Ship Not Identified in Database | Procedure(s) - Incomplete | Policies and Procedures | Non-Conformity-01: The test of the hotline system (Open Reporting System) indicated the vessel SUN PRINCESS was not listed in the call center's database and a report could not be made under the ship's name. The test call was made under the STAR PRINCESS with notes indicating the test was actually for the SUN PRINCESS. |
| SUN PRINCESS | 9000259 | Year 3 | 10-Jan-20 | PCL | HA Group | Nonconformity | Environmental Control System | Lock, Seal, and Weld Requirements | Lock and Key Management Controls | Ineffective | Vulnerability Assessment Improper for BCDB Access Control | Procedure(s) - Incomplete | Policies and Procedures | Non-Conformity-02: ENV 1204-A2 master list of vulnerabilities indicates access to the Bilge Control Discharge Box (BCDB) as being controlled with "red locks". This conflicts with ENV-1201, Oily Bilge Water Management, that the Chief Engineer and Environmental Officer will hold the only keys for access to the BCDB's. |

| Vessel Name | IMO Number | Audit Year | Audit Close | Line | Brand | Finding | System | Procedure | Component / Process | Finding Area (Ship) | Finding Sub-Area (Ship) | Issue Identified (Procedural) | Finding Group | Finding Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUN PRINCESS | 9000259 | Year 3 | 10-Jan-20 | PCL | HA Group | Nonconformity | Environmental Control System | Managing Vulnerability Assessment | Vulnerability Assessment | Incomplete | Vulnerabilities Missed, Updated Assessment Incomplete | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-03: Vulnerability Assessment (VA) dated April 19, 2019 to May 4, 2019, and a revision dated November 29, 2019, has not been accurately completed as of December 31, 2019; per ENV 1204. Specifically: on the master list for seals, seal points 10.23.1, 10.23.2 and 10.23.3 are not included in the current VA.  In addition, the VA identifies three (3) vulnerability points; 13.7.10, 13.39.1 and 16.9.1 as controlled by locks but they are not included on the locks master list. |
| SUN PRINCESS | 9000259 | Year 3 | 10-Jan-20 | PCL | HA Group | Observation | BioFouling | Management of Biofouling | Hull | Improper | Invasive Species, Attached to Hull | Procedure(s) - Not Followed | Policies and Procedures | Observation-01: During the audit, the audit team was informed that while alongside in Fremantle, divers discovered invasive mussels attached to the hull. |
| DIAMOND PRINCESS | 9228198 | Year 3 | 19-Jan-20 | PCL | HA Group | Nonconformity | Training Program | Training Management | Introduction to Global HESS | Ineffective | Supervisor(s) Unaware of Global HESS | Procedure(s) - Not Followed | Training Issues | Non-Conformity-01: The Bosun was not aware of his credentials that would allow for login to the Global HESS platform to access environmental procedures applicable to his department. |
| DIAMOND PRINCESS | 9228198 | Year 3 | 19-Jan-20 | PCL | HA Group | Nonconformity | Oil-to-Sea Interfaces | Systems to be Monitored | Stabilizer | Ineffective | Two Stabilizers Leaking Internally | Pollution Equipment Malfunction | PPE: Malfunction | Non-Conformity-02: The through hull shaft seals for the port and starboard stabilizers are leaking on the internal side. |
| DIAMOND PRINCESS | 9228198 | Year 3 | 19-Jan-20 | PCL | HA Group | Nonconformity | Fleet Maintenance Management | Maintain Required Spare Parts Onboard - Shoreside | Spare Parts | Improper | Spare Parts, Ordered, Excessive Lead Time | Procedure(s) - Not Followed | Critical Spare Parts | Non-Conformity-03: Two (2) ECP critical spare part orders were found to have excessive lead times (+90 days). |
| DIAMOND PRINCESS | 9228198 | Year 3 | 19-Jan-20 | PCL | HA Group | Observation | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Grease Trap | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | Observation-01: Two (2) small pieces of plastic were found during an internal inspection of a galley grease trap. |
| DIAMOND PRINCESS | 9228198 | Year 3 | 19-Jan-20 | PCL | HA Group | Observation | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Food Waste Tank | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | Observation-02: A small non-food item (piece of foil) was found during an internal inspection of a food waste tank. |
| CARNIVAL SENSATION | 8711356 | Year 3 | 31-Jan-20 | CCL | CCL | Major Nonconformity | Sewage and Grey Water Operations and Management | Advanced Waste Water Treatment System (AWWTS) | Grease Trap | Ineffective | Out of Service for Four Weeks at Time of Audit | Pollution Equipment Inoperable | PPE: Inoperable | Major Non-Conformity-01: The port side grease tank/trap is currently out of service. The galley grey water drains feeding this tank/trap are being re-routed via a portable pump and hoses to the starboard side grease tank/trap. This portable pump arrangement has been in continuous operation since January 4, 2020. The volume of grey water fed into starboard grease tank/trap causes grey water overflows out of the tank and into the bilges. The bilges are pumped into the ship's designated tanks and off-loaded ashore. |
| CARNIVAL SENSATION | 8711356 | Year 3 | 31-Jan-20 | CCL | CCL | Nonconformity | Machinery Space Operations | Recording or Logging | Daily Sounding Log | Improper | Missing Signatures | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-01: The Daily Sounding Log (ENV-1201- A1) is missing the required signature of the person that preformed the sounding on January 4 and 5, 2020. |
| CARNIVAL SENSATION | 8711356 | Year 3 | 31-Jan-20 | CCL | CCL | Nonconformity | Garbage Management | Recording or Logging | Garbage Record Book | Improper | Digester Waste, Not Logged | Procedure(s) - Not Followed | Record Keeping & Log Issues | Non-Conformity-02: Food waste discharge from the Orcas is piped to the Galley Grey Water Tanks via the galley deck scuppers. The Galley Grey Water Tanks are not logged in the Garbage Record Book for food waste as required by ENV-1301-A2 and MARPOL Annex 5. |
| CARNIVAL SENSATION | 8711356 | Year 3 | 31-Jan-20 | CCL | CCL | Nonconformity | Environmental Control System | Assessing Overboard Systems for Vulnerabilities | Marking and Color Coding | Improper | Vulnerability Placard, Missing | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-03: The Vulnerability Assessment identification placard (8.19) is missing on the blackwater overboard valve. |
| CARNIVAL SENSATION | 8711356 | Year 3 | 31-Jan-20 | CCL | CCL | Nonconformity | Environmental Control System | Assessing Overboard Systems for Vulnerabilities | Vulnerability Assessment | Incomplete | Vulnerabilities Missed, Overboard Valves | Procedure(s) - Incomplete | Policies and Procedures | Non-Conformity-04: The Environmental Control Systems (ECS) for securing overboard valves is not in accordance with Global HESS procedure ENV-1204. Additionally, the new Vulnerability Assessment does not list overboard valves. |
| CARNIVAL SENSATION | 8711356 | Year 3 | 31-Jan-20 | CCL | CCL | Nonconformity | Environmental Control System | Lock, Seal, and Weld Requirements | Lock, Seal, or Weld | Ineffective | Multiple Hoses, Uncontrolled | Procedure(s) - Not Followed | Policies and Procedures | Non-Conformity-05: Multiple types and lengths of portable hoses were found uncontrolled aboard the ship. |
| CARNIVAL SENSATION | 8711356 | Year 3 | 31-Jan-20 | CCL | CCL | Observation | Global HESS Management | Incident Analysis | Incident Report Shoreside Approvals | Ineffective | 96 Incident Reports Awaiting Approval | Procedure(s) - Incomplete | Policies and Procedures | Observation-01: There are approximately ninety-six (96) open Sea Event entries waiting for shore side review or approval. |
| CARNIVAL SENSATION | 8711356 | Year 3 | 31-Jan-20 | CCL | CCL | Observation | Global HESS Management | Environmental Aspects and Objectives | Carnival Core Values | Ineffective | Core Values Missing Environmental Aspect | Procedure(s) - Incomplete | Policies and Procedures | Observation-02: The 2020 Carnival Calendar which is based on Carnival Core Values does not include anything about the environment. |
| CARNIVAL SENSATION | 8711357 | Year 3 | 31-Jan-20 | CCL | CCL | Observation | Ballast Water Management | Ballast Water Treatment Systems | Ballast Water Treatment System | Ineffective | Slow Pace Operation for Port Discharge | Pollution Equipment Malfunction | PPE: Malfunction | Observation-03: The Alpha Laval Ballast Water Treatment System appears to operate at a slower pace while discharging in port. |
| CARNIVAL SENSATION | 8711356 | Year 3 | 31-Jan-20 | CCL | CCL | Observation | Oily Bilge Water Management | Operational Tests | Oily Water Separator | Ineffective | Valve Leak Repaired | Pollution Equipment Malfunction | PPE: Malfunction | Observation-04: The first attempt of a one (1) hour operational test of the Marinfloc CD 2.0 Oily Water Separator (OWS) failed due to an air valve leak to the unit's control panel. The leaking valve was removed, repaired, and replaced. The test was restarted and a successful one (1) hour test was completed. |
| CARNIVAL SENSATION | 8711356 | Year 3 | 31-Jan-20 | CCL | CCL | Observation | Environmental Control System | Recording or Logging | Critical Valves, Fittings, Tank Hatches List, Lock Log, and Seal Log | Improper | Identification Numbers Not Updated in Log, New Vulnerability Assessment | Procedure(s) - Not Followed | Record Keeping & Log Issues | Observation-05: The ship's new Vulnerability Assessment identification numbers are not on the Sample Plan to facilitate identification. |
| CARNIVAL PARADISE | 9120877 | Year 3 | 9-Feb-20 | CCL | CCL | Nonconformity | Refrigerant Gases | Leak Prevention and Leak Detection | Fixed Leak Detection Equipment | Ineffective | Inoperable and Obsolete | Pollution Equipment Inoperable | PPE: Inoperable | Non-Conformity-01:  The Air Conditioning Compressors fixed leak detection unit has been out of commission for approximately one (1) year. |

TAVELS 3 Findings

| Vessel Name | IMO Number | Audit Year | Audit Close | Line | Brand | Finding | System | Procedure | Component / Process | Finding Area (Ship) | Finding Sub-Area (Ship) | Issue Identified (Procedural) | Finding Group | Finding Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CARNIVAL PARADISE | 9120877 | Year 3 | 9-Feb-20 | CCL | CCL | Nonconformity | Global HESS Management | Maritime Quality Assurance (MQA) and MP&A | QA/QC of HESS Procedures | Ineffective | Inaccurate Procedure(s), Calculations of Waste Offload Form | Procedure(s) - Inaccurate | Policies and Procedures | **Non-Conformity-02**: Garbage log for January 27, 2020 addressing discharge of electronic waste (code I) was not entered due to "Waste Offload Tracking Form" ENV 1301 A9 CCL template missing formulas for calculation. |
| CARNIVAL PARADISE | 9120877 | Year 3 | 9-Feb-20 | CCL | CCL | Nonconformity | Certificate and Permit Management | Class, Flag, Regulatory Requirements | Bilge Piping Plan Drawings | Improper | Missing, Bilge Water Piping Diagram | Procedure(s) - Not Followed | Policies and Procedures | **Non-Conformity-03**: A current, Class stamped "approved" drawing of the daily bilge water drainage system piping diagram was not available. |
| CARNIVAL PARADISE | 9120877 | Year 3 | 9-Feb-20 | CCL | CCL | Observation | Exhaust Gas Cleaning Systems (AAQS) | Operation and Maintenance | Exhaust Stack | Improper | Stack has Excessive Wastage | Pollution Equipment Malfunction | PPE: Malfunction | **Observation-01**: The number six (6) Exhaust Gas Cleaning System (EGCS) has extensive wastage in way of its exhaust manifold. |
| SEA PRINCESS | 9150913 | Year 3 | 22-Feb-20 | PCL | HA Group | Nonconformity | Garbage Management | Recording or Logging | Hazardous Waste Log | Improper | Improper Entries, White Out Used | Procedure(s) - Not Followed | Record Keeping & Log Issues | **Non-Conformity-01**: Administrative errors were noted in recordkeeping logs. Whiteout was used in the Hazardous Waste log, and pump logs had blank pages and/or white space that was not lined out in order to complete log entries. |
| SEA PRINCESS | 9150913 | Year 3 | 22-Feb-20 | PCL | HA Group | Nonconformity | Machinery Space Operations | Recording or Logging | Oil Record Book | Improper | Missing Entries, Bilge Water Transfers | Procedure(s) - Not Followed | Record Keeping & Log Issues | **Non-Conformity-02**: Missing entries were noted in the Oil Record Book (ORB) for transfer of bilge water to drums on April 3 and 5, 2019 and May 3 and 16, 2019. |
| SEA PRINCESS | 9150913 | Year 3 | 22-Feb-20 | PCL | HA Group | Nonconformity | Garbage Management | Processing and Storage | Hazardous Waste Materials | Improper | General Waste in Hazardous Waste Receptacles | Procedure(s) - Not Followed | WM: Garbage Management | **Non-Conformity-03**: Plastic and plastic bottles were found in the oily rag waste bins. |
| SEA PRINCESS | 9150913 | Year 3 | 22-Feb-20 | PCL | HA Group | Nonconformity | Fleet Maintenance Management | Maintain Required Spare Parts Onboard - Shoreside | Spare Parts | Ineffective | Spare Parts, Not Identified as Critical, Incinerators, Not Ordered | Procedure(s) - Not Followed | Critical Spare Parts | **Non-Conformity-04**: There are no critical environmental spare parts identified for incinerators, a piece of pollution prevention equipment. |
| SEA PRINCESS | 9150913 | Year 3 | 22-Feb-20 | PCL | HA Group | Observation | Global HESS Management | Incident Analysis | Incident Report Shoreside Approvals | Ineffective | 34 Incident Reports Awaiting Approval | Procedure(s) - Incomplete | Policies and Procedures | **Observation-01**: There are 34 outstanding SeaEvent incidents that have been pending shoreside review since October 2019. |
| SEA PRINCESS | 9150913 | Year 3 | 22-Feb-20 | PCL | HA Group | Observation | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Grease Trap | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | **Observation-02**: A plastic food sticker and food temperature sticker were found in the forward and aft grease traps. |
| SEA PRINCESS | 9150913 | Year 3 | 22-Feb-20 | PCL | HA Group | Observation | Oil-to-Sea Interfaces | Systems to be Monitored | Stabilizer | Ineffective | Two Stabilizers Leaking, Internally | Pollution Equipment Malfunction | PPE: Malfunction | **Observation-03**: Internal oil leaks were noted in way of the port and starboard stabilizers. |
| NIEUW STATENDAM | 9767106 | Year 3 | 4-Mar-20 | HAL | HA Group | Nonconformity | Segregation and Disposal of Food Waste | Food Waste Discharge System Requirements | Inspections | Ineffective | Inspections of Food Waste Tanks, Not Conducted | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | **Non-Conformity-01**: The two (2) food waste tanks are not being inspected in accordance with Global HESS requirement ENV-1302. |
| NIEUW STATENDAM | 9767106 | Year 3 | 4-Mar-20 | HAL | HA Group | Nonconformity | Segregation and Disposal of Food Waste | Food Waste Discharge System Requirements | Inspections | Ineffective | Inspections of Grease Traps, Not Conducted | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | **Non-Conformity-02**: The ships grease traps were being inspected on an alternating basis, only one grease trap being inspected every week. Grease separation systems are not being inspected in accordance with Global HESS requirement ENV-1302. |
| NIEUW STATENDAM | 9767106 | Year 3 | 4-Mar-20 | HAL | HA Group | Nonconformity | Segregation and Disposal of Food Waste | Food Waste Segregation Process | Grease Trap | Ineffective | Non-Food Wastes, Not Properly Separated | Procedure(s) - Not Followed | WM: Food Waste Segregation & Disposal | **Non-Conformity-03**: Internal inspections of the ships three (3) grease traps found non-food items such as pieces of paper and plastic material. |

48



## Appendix D – Shore-side Findings Matrix

| Brand | Location | PID | Audit Year | Audit Close | Auditor | Finding | ECP Ref # | System | Procedure | Component / Process | Finding Area (Shore) | Finding Sub-Area (Shore) | Issue Identified (Procedural) | Finding Group | Finding Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CARNIVAL CORPORATION &PLC | Doral, FL | 3955570 | Year 3 | 10-May-19 | Robert Iddins Marco Carbone Charles Isetts | Nonconformity | VIII.F.1 and VIII.F.3 | Global HESS Management | Non-Conformity Corrective and Preventative Actions | Shore Management Reviews | Ineffective | Preventative Actions, Multiple, Ineffective | Procedure(s) - Not Followed | Corrective and Preventative Actions | Non-Conformity-01: Most Preventive actions related to TPA ECP findings and as articulated in Global HESS, do not reflect preventive actions that address the finding, nor do they effectively eliminate recurrence. |
| CARNIVAL CORPORATION &PLC | Doral, FL | 3955570 | Year 3 | 10-May-19 | Robert Iddins Marco Carbone Charles Isetts | Nonconformity | Attach 2, EMS | Environmental Management of Waste Vendors | Process for Carrying Out Duty of Care Assessments | Duty of Care Self Assessment | Ineffective | Waste Vendors Approved, Assessment Records Not Available | Procedure(s) - Not Followed | WM: Waste Vendors | Non-Conformity-02: The Company's published Sustainability Report states "that shore side waste facilities are evaluated prior to offloading the waste from the ships". No evidence was provided to document these evaluations are conducted. |
| CARNIVAL CORPORATION &PLC | Doral, FL | 3955570 | Year 3 | 10-May-19 | Robert Iddins Marco Carbone Charles Isetts | Observation | III.D.1 | Corporate Compliance Manager Responsibilities and Authority | Communications and Reporting | Compliance Reporting Hotline | Ineffective | Hotline Reports, Inadequate Information | Procedure(s) - Not Followed | Policies and Procedures | Observation-01: Some hotline reports were found without the minimum necessary information (vessel name) that would allow for follow-up or to initiate an investigation. |
| CARNIVAL CORPORATION &PLC | Doral, FL | 3955570 | Year 3 | 10-May-19 | Robert Iddins Marco Carbone Charles Isetts | Observation | Attach 3, Training | Training Management | Environmental Awareness Training | Training Conducted within Seven Days | Improper | Not Completed Within Seven Days | Procedure(s) - Not Followed | Training Issues | Observation-02: A shore-side covered personnel, Analyst Sr, Asset Performance - Marine Technology (ABG), who was recently transferred over to a covered position did not complete the training program within the 7 days of commencing their duties. |
| CARNIVAL MARITIME GmbH | Hamburg, Germany | 3995362 | Year 3 | 14-Jun-19 | Robert Iddins Marco Carbone Charles Isetts | Nonconformity | III.A.6 | Global HESS Management | Non-Conformity Corrective and Preventative Actions | Shore Management Reviews | Improper | Corrective or Preventative Actions, Closed Before Actions Implemented | Procedure(s) - Not Followed | Corrective and Preventative Actions | Non-Conformity-01: During the review of TPA Year two ECP audit Findings for Carnival Maritime Group, it was found that the Nonconformity-002 was marked closed within Global HESS. However, the implementation of the corrective and preventive action required the GLADIS Learning Management System to be online and functional, which has not occurred. The finding remains uncorrected. |
| CARNIVAL MARITIME GmbH | Hamburg, Germany | 3995362 | Year 3 | 14-Jun-19 | Robert Iddins Marco Carbone Charles Isetts | Nonconformity | Attach 3, Training | Training Management | Environmental Awareness Training | Training Conducted within Seven Days | Improper | Not Completed Within Seven Days | Procedure(s) - Not Followed | Training Issues | Non-Conformity-02: Monthly training records were sampled for Shipboard Covered Personnel onboard two (2) ships from October 2018 and March to April 2019 and for CMG Office Shore-side Covered Personnel from March to June 2019. These records indicated ECP training had not been completed within seven (7) days, as required by the ECP, for the following:<br>•COSTA ATLANTICA – 1 personnel in March 2019 did not complete the training within 7 days.<br>•AIDAVITA – 1 personnel in October 2018 did not complete the training within 7 days.<br>•CMG Shoreside Office – 29 personnel from March to June 2019 did not complete the training within 7 days. |
| CARNIVAL UK | Southampton, UK | 3972537 | Year 3 | 22-Aug-19 | Robert Iddins Marco Carbone Charles Isetts | Nonconformity | Attach 2, EMS | Global HESS Management | Non-Conformity Corrective and Preventative Actions | Shore Management Reviews | Improper | Corrective Action, Not Appliable to Finding | Procedure(s) - Not Followed | Corrective and Preventative Actions | Non-Conformity-01: Finding 02 in Global HESS for the TPA audit of QUEEN ELIZABETH from January 07, 2019, was closed. However, the root cause analysis and corrective action provided in Global HESS did not apply to the issued finding. No preventive action was provided or addressed within Global HESS. This finding should be re-opened. |
| CARNIVAL UK | Southampton, UK | 3972537 | Year 3 | 22-Aug-19 | Robert Iddins Marco Carbone Charles Isetts | Nonconformity | V.B.2 | Global HESS Management | Non-Conformity Corrective and Preventative Actions | Shore Management Reviews | Improper | Corrective or Preventative Actions, Actions Completed Not Available | Procedure(s) - Not Followed | Corrective and Preventative Actions | Non-Conformity-02: There is no evidence of proper implementation of the Preventive Action Plan for Non-Conformity-05 issued at the completion of the year 2 TPA ECP audit. Specifically, The Critical Spare part list was not uploaded to Global HESS, no person had been assigned, and no timeline had been set for the review. |
| CARNIVAL UK | Southampton, UK | 3972537 | Year 3 | 22-Aug-19 | Robert Iddins Marco Carbone Charles Isetts | Nonconformity | Attach 3, Training | Training Management | Environmental Awareness Training | Training Conducted within Seven Days | Improper | Not Completed Within Seven Days | Procedure(s) - Not Followed | Training Issues | Non-Conformity-03: Training records were sampled for Shipboard Covered Personnel onboard two (2) ships from June to July 2019 and for CUK Office Shore-side Covered Personnel from May to August 2019. Records indicated ECP training had not been completed within seven (7) days, as required by the ECP, for the following:<br>•"QUEEN VICTORIA" – Five (5) personnel in July 2019 did not complete the training within seven (7) days.<br>•"ARCADIA" – One (1) personnel in June 2019 did not complete the training within seven (7) days.<br>•CUK Shoreside Office – One (1) personnel from January to August 2019 did not complete the new-hire training within seven (7) days. |
| CARNIVAL UK | Southampton, UK | 3972537 | Year 3 | 22-Aug-19 | Robert Iddins Marco Carbone Charles Isetts | Nonconformity | Attach 3, Training | Training Management | Environmental Awareness Training - Reoccurring Shoreside | Training Conducted within Seven Days | Improper | Not Completed Within Seven Days | Procedure(s) - Not Followed | Training Issues | Non-Conformity-04: Since the August 15, 2019, Self-Report for 2018 Re-Occurring Training, 23 of 56 personnel remain to complete Computer Based Training Module (CBT). |
| CARNIVAL UK | Southampton, UK | 3972537 | Year 3 | 22-Aug-19 | Robert Iddins Marco Carbone Charles Isetts | Positive Observation | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Observation Positive-01: CUK has visibly posted, trained and embodied Core Values throughout their organization. These Core Values are discussed in videos by the brand leadership. This appears to be CUK initiated and not at the ABG level. |
| CARNIVAL UK | Southampton, UK | 3972537 | Year 3 | 22-Aug-19 | Robert Iddins Marco Carbone Charles Isetts | Positive Observation | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Observation Positive-02: CUK's HESS focused "Safe and Well" program and the introduction of the Golden Rules that are applied may help drive the HESS culture across the brand. This program is designed to instill HESS culture across all areas of Health, Environment, Safety and Security. This program may have positive impact on assisting in effective HESS culture change if incorporated across the corporation. This program appears to be CUK initiated and not at the ABG level. |
| CARNIVAL UK | Southampton, UK | 3972537 | Year 3 | 22-Aug-19 | Robert Iddins Marco Carbone Charles Isetts | Positive Observation | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | Observation Positive-03: CUK has implemented a new training procedure for new hires whereby, they only have two (2) days per month when new hires begin employment. On each training day, in coordination with HR, all required new hires training is conducted to include ECP required training. This training is to be logged, tracked and completed prior to any new hire beginning their assigned work. |
| CARNIVAL CRUISE LINE | Doral, FL | 4003946 | Year 3 | 4-Oct-19 | Robert Iddins Marco Carbone Charles Isetts | Nonconformity | III.D.1 | Corporate Compliance Manager Responsibilities and Authority | Communications and Reporting | Compliance Reporting Hotline | Ineffective | Hotline Report Test Failure, Shoreside Brand/Line Not Identified | Procedure(s) - Incomplete | Policies and Procedures | Non-Conformity-01: The OLCM contacted the hotline (International Number 305-406-5863 - NAVEX GLOBAL) and was unable to file a test report by identifying as a shore-side facility. |
| CARNIVAL CRUISE LINE | Doral, FL | 4003946 | Year 3 | 4-Oct-19 | Robert Iddins Marco Carbone Charles Isetts | Nonconformity | Attach 2, EMS | Environmental Management of Waste Vendors | Process for Carrying Out Duty of Care Assessments | Duty of Care Self Assessment | Ineffective | Waste Vendors Approved, Tracked by Certs Only | Procedure(s) - Not Followed | WM: Waste Vendors | Non-Conformity-02: There is no CCL procedure for due diligence checks of waste vendor operations and associated reception facilities. Currently vendor compliance primarily consisted of monitoring permit expiration dates. |
| CARNIVAL CRUISE LINE | Doral, FL | 4003946 | Year 3 | 4-Oct-19 | Robert Iddins Marco Carbone Charles Isetts | Nonconformity | Attach 3 Training | Training Management | Environmental Awareness Training | Training Conducted within Seven Days | Improper | Not Completed Within Seven Days | Procedure(s) - Not Followed | Training Issues | Non-Conformity-03: Training records were sampled for Shipboard Covered Personnel onboard three (3) ships from April to May 2019. Records indicated ECP training had not been completed within seven (7) days, as required by the ECP, onboard the CARNIVAL FANTASY for crewmembers that embarked on April 29, 2019. Training completion occurred on May 7, 2019 or (9) days after embarkation. |
| CARNIVAL CRUISE LINE | Doral, FL | 4003946 | Year 3 | 4-Oct-19 | Robert Iddins Marco Carbone Charles Isetts | Observation | Attach 2 EMS | Global HESS Management | Maritime Quality Assurance (MQA) and MP&A | Practical and Clear HESS Procedures | Ineffective | Redundant Reporting Requirements, Unnecessary | Procedure(s) - Incomplete | Policies and Procedures | Observation-01: The use of the monthly HESS report found in "COM-1302-F1 - HESS MANAGEMENT REPORT", submitted by the ships to the shore office, may be redundant information that may be found on other reports sent to shore, such as immediate reports sent to the FOC, SeaEvent, weekly flash reports, and Food Waste Dashboard. |
| CARNIVAL CRUISE LINE | Doral, FL | 4003946 | Year 3 | 4-Oct-19 | Robert Iddins Marco Carbone Charles Isetts | Observation | V.B.3 | Shore Management Environmental Responsibilities | Maintain Minimum Stock Levels of Spare Parts | Spare Parts | Ineffective | ECP Reorder Manual Controls, Ineffective | Procedure(s) - Inaccurate | Critical Spare Parts | Observation-02: Some ECP spare parts within the PMS system were found to automate requisitions with no manual intervention when the number of units reach the reorder point level. For some ECP spares, additional manual requisitions need to be created and processed to maintain inventory onboard the ship. This can create confusion in ordering spares. |

Shared for informational purposes

| Brand | Location | PID | Audit Year | Audit Close | Auditor | Finding | ECP Ref # | System | Procedure | Component / Process | Finding Area (Shore) | Finding Sub-Area (Shore) | Issue Identified (Procedural) | Finding Group | Finding Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOLLAND AMERICA GROUP | Seattle, WA | 3990307 | Year 3 | 21-Feb-20 | Robert Iddins Marco Carbone Charles Isetts | Nonconformity | III.B.1 | Human Resources | Manning | Internal Audits | Ineffective | RAAS Auditors, Undermanned During Surge Periods | Procedure(s) - Not Followed | Policies and Procedures | **Non-Conformity-01:** The RAAS team located at HA Group are challenged to maintain scheduled audits during surge periods. |
| HOLLAND AMERICA GROUP | Seattle, WA | 3990307 | Year 3 | 21-Feb-20 | Robert Iddins Marco Carbone Charles Isetts | Nonconformity | Attach 2, EMS | Environmental Management of Waste Vendors | Process for Carrying Out Duty of Care Assessments | Duty of Care Self Assessment | Ineffective | Waste Vendors Approved, Assessment Records Not Available | Procedure(s) - Not Followed | WM: Waste Vendors | **Non-Conformity-02:** Global HESS procedure "ENV-1004 Environmental Management of Waste Vendors" is being updated. Actions to ensure waste vendors are managed in alignment with the current procedure, dated December 18, 2014, have not occurred since November 2018. |
| HOLLAND AMERICA GROUP | Seattle, WA | 3990307 | Year 3 | 21-Feb-20 | Robert Iddins Marco Carbone Charles Isetts | Nonconformity | Attach 2 - Training | Training Management | Environmental Awareness Training | Training Conducted within Seven Days | Improper | Not Completed Within Seven Days | Procedure(s) - Not Followed | Training Issues | **Non-Conformity-03:** Environmental Awareness training records for Holland America Group shoreside and shipboard Covered Personnel indicated awareness training had been completed beyond the required seven (7) days for the following personnel: • Shoreside Covered Personnel: 13 Personnel, from January to December 2019. • Shipboard Covered Personnel: 43 personnel across 16 ships, from November 2019 to January 2020. |
| HOLLAND AMERICA GROUP | Seattle, WA | 3990307 | Year 3 | 21-Feb-20 | Robert Iddins Marco Carbone Charles Isetts | Nonconformity | Attach 2 - Prevent Actions | Global HESS Management | Non-Conformity Corrective and Preventative Actions | Shore Management Reviews | Improper | Corrective or Preventative Actions, Not Developed for Repeat Non-Conformity | Procedure(s) - Not Followed | Training Issues | **Non-Conformity-04:** Environmental Awareness training for Holland America Group shipboard Covered Personnel completing training beyond seven (7) days of commencing duties has been self-reported and tracked since inception of the ECP, as Non-Compliant events. These reoccurring non-compliant events have not been addressed to determine root cause(s or actions that could prevent recurrence). |
| HOLLAND AMERICA GROUP | Seattle, WA | 3990307 | Year 3 | 21-Feb-20 | Robert Iddins Marco Carbone Charles Isetts | Observation | Attachment 4: EMS | Global HESS Management | Maritime Quality Assurance (MQA) and MP&A | Practical and Clear HESS Procedures | Ineffective | Excessive Reporting Requirements, Shipboard Personnel | Procedure(s) - Incomplete | Policies and Procedures | **Observation-01:** An overabundance of shipboard paperwork and reporting requirements within limited timeframes is significant and a primary challenge for shipboard personnel with HESS responsibilities. |
| HOLLAND AMERICA GROUP | Seattle, WA | 3990307 | Year 3 | 21-Feb-20 | Robert Iddins Marco Carbone Charles Isetts | Observation | XII | Global HESS Management | Management Reviews - Overall HESS | Shore Management Reviews | Improper | Safety Focus Decline Since ECP Implementation | Procedure(s) - Not Followed | Policies and Procedures | **Observation-02:** Several interviewees stated that HESS Management shifts to focus on ECP environmental compliance has been consequential to safety-related programs. These programs have not received the same levels of attention that were typical prior to ECP implementation. It was suggested oversight is needed to balance HESS priorities. |
| HOLLAND AMERICA GROUP | Seattle, WA | 3990307 | Year 3 | 21-Feb-20 | Robert Iddins Marco Carbone Charles Isetts | Observation | Attach 2: CAP PAP | Global HESS Management | Non-Conformity Corrective and Preventative Actions | Shore Management Reviews | Improper | Corrective or Preventative Actions, Ineffective Time To Complete Plan | Procedure(s) - Incomplete | Corrective and Preventative Actions | **Observation-03:** Actions plans must be developed within a 3-week timeframe by SMEs tasked to complete. It was suggested this timeframe does not accurately assess time needed to complete action plans while considering time needed to manage day-to-day responsibilities. An extended timeframe should allow for a more in-depth, concise, and/or actionable root cause analysis and action planning. |
| HOLLAND AMERICA GROUP | Seattle, WA | 3990307 | Year 3 | 21-Feb-20 | Robert Iddins Marco Carbone Charles Isetts | Observation | Attach 2: Training, Awareness, Comp | Training Management | Root Cause Analysis Training | Awareness Level | Improper | Level of Training, 30-Minutes, May Not Be Effective | Procedure(s) - Incomplete | Training Issues | **Observation-04:** TRG-1101 Root Cause Analysis Training was implemented December 1, 2019. The module is computer-based, available on GLADIS, with a duration of 30-minutes. Target audiences are both shipboard and shoreside personnel with Global HESS investigative, incident, or audit follow-up responsibilities. Training must be completed by new personnel within 45 days of joining a ship or employment, or 60 days for existing personnel. It was suggested that all Audit Review Committee (ARC) members and RAAS personnel would complete training within this timeframe. |
| HOLLAND AMERICA GROUP | Seattle, WA | 3990307 | Year 3 | 21-Feb-20 | Robert Iddins Marco Carbone Charles Isetts | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | **Observation Positive-05:** Two (2) RAAS Team members had completed Environmental Officer CSMART training courses. Although not required, these individuals completed training to increase their knowledge of EO responsibilities, apply the training when conducting internal audits, and to better serve as an EO SME within RAAS. |
| HOLLAND AMERICA GROUP | Seattle, WA | 3990307 | Year 3 | 21-Feb-20 | Robert Iddins Marco Carbone Charles Isetts | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | **Observation Positive-06:** RAAS identified EO knowledgebases to be the most substantial improvement to environmental compliance since the ECP was implemented. Overall, their actions have contributed to mitigating environmental compliance issues which has resulted in fewer, significant ECP findings |