**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 16-20897-CR-PAS**

UNTIED STATES OF AMERICA,

     Plaintiff,

vs.

PRINCESS CRUISE LINES, LTD.,

     Defendant.

_____/

**ORDER PROVIDING PUBLIC ACCESS TO**
**JULY 29, 2020 STATUS CONFERENCE**

The Court's July 21, 2020 Order [DE 194] advised the Parties that due to the Coronavirus 2019 ("COVID-19") pandemic, the status conference scheduled for 2:00 PM EST on July 29, 2020 would proceed via virtual means. That Order stated that the Court would provide instructions for the press and public to listen to the status conference by way of separate order.  To that end, it is ORDERED that:

     1)    The public and the press may listen to the status conference via ATT telephone conference by following the instructions below:

          i.    Call the Toll Free Number: (877)-848-7030

          ii.    Enter the Access Code, followed by the # sign:

               Access Code:  4607489

               (There is no security code, so bypass this step if it requests a security code)

     2)    Once you have connected to the telephone conference, please mute your telephone so that other members of the public may hear the status conference free from interference.

3)      Persons granted remote access to this proceeding are reminded of the general prohibition against photographing, recording, live streaming and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

**DONE AND ORDERED** in Miami, Florida, this 21st day of July, 2020.

PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

2