# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-20897-CR-SEITZ

**UNITED STATES OF AMERICA**

v.

**PRINCESS CRUISE LINES, LTD.,**

    **Defendant.**
_____/

## UNOPPOSED MOTION BY PRINCESS CRUISE LINES, LTD. TO EXTEND DEADLINE TO COMPLY WITH COURT ORDER [DE 200]

Princess Cruise Lines, Ltd., the wholly owned subsidiary of Carnival Corporation & plc ("Carnival Corp."), respectfully moves for an extension of time to respond to the Court's Order dated September 8, 2020 [DE 200]. The Court's Order directed Carnival Corp. to provide the CAM, TPA, and ECP Interested Parties on or before October 9, 2020, certain information about Carnival Corp.'s preparations, in accordance with its Pause Priorities Plan, to resume guest cruises on Covered Vessels. Carnival Corp. shared a draft response to the Court's Order with the CAM, and after discussions with the CAM, Carnival Corp. respectfully requests an extension until October 14, 2020 at 12:00pm to provide the information to the CAM, TPA, and Interested Parties.

Carnival Corp. has conferred with the United States, the CAM, and the Office of Probation about this request for an extension, and they do not object to the extension.

    Dated: October 9, 2020
    Miami, Florida

                                                            Respectfully submitted,

                                                            MARKUS/MOSS PLLC
                                                            By: */s/ David Oscar Markus*
                                                            David Oscar Markus (FBN 119318)
                                                           dmarkus@markuslaw.com

1

40 N.W. Third Street
Penthouse One
Miami, FL 33128
Tel: (305) 379-6667

and

David N. Kelley (pro hac vice)
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Tel.: (212) 698-3500

*Attorneys for Defendant*