UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-20897-CR-SEITZ

UNITED STATES OF AMERICA

v.

PRINCESS CRUISE LINES, LTD.,

Defendant.
_____/

## ORDER GRANTING EXTENSION TO COMPLY WITH COURT ORDER [DE 200]

This matter is before the Court on the Unopposed Motion by Defendant Princess Cruise Lines, Ltd. to Extend Deadline to Comply with Court Order [DE 200], and the Court otherwise being fully advised, it is hereby

ORDERED that the Motion is GRANTED. The Defendant shall provide the Court Appointed Monitor, the Third Party Auditor, and the Interested Parties identified in the Environmental Compliance Plan, with its response to the Court's Order dated September 8, 2020 [DE 200], on or before **12:00pm** on **October 14, 2020**.

DONE AND ORDERED in Miami, Florida, this 13th day of October, 2020

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record