# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-20897-CR-SEITZ

**UNITED STATES OF AMERICA**

v.

**PRINCESS CRUISE LINES, LTD.,**

    **Defendant.**

_____/

## AGREED ORDER ON OCTOBER 16, 2020 STATUS CONFERENCE

On October 16, 2020, this Court held a quarterly Status Conference via virtual means due to the ongoing COVID-19 pandemic. The Court continues to recognize the significant impacts of COVID-19 on the operations and financial resources of the Defendant, its parent corporation, and related corporate entities (collectively, the "Company"), as well as the Company's ongoing obligation, despite these impacts, to comply with the Terms and Conditions of Probation. *See* [DE 200 at 1-2]. At the October 16, 2020, hearing, the Company reiterated its commitment to compliance and environmental protection despite its present challenges, a commitment it also expressed to the Court at the hearings on April 24, 2020, and July 29, 2020.

Upon consideration of the record, and taking into account statements made by the Parties, Court Appointed Monitor ("CAM"), and Third Party Auditor ("TPA"), at the October 16, 2020, Status Conference, it is hereby ORDERED that:

Prior to the first time after the date of this Order that a Covered Vessel, as defined in the Environmental Compliance Plan ("ECP") [DE 2-2], returns to the territorial waters of the United States ("U.S. Waters"), the Company shall submit to the Interested Parties,[1] CAM, and TPA, no

---

[1] The Interested Parties are "the Government, the United States Probation Office for the Southern District of Florida, the Seventh Coast Guard District (dp), and the U.S. Coast Guard Office of Investigations & Analysis." ECP § I.D.

less than 30 days in advance of each Covered Vessel's planned entry to U.S. Waters,[2] a certification signed by the Company's Chief Executive Officer as to the status of the items listed below from the Company's Pause Priorities Plan for such Covered Vessel. To the extent the status of any item is incomplete, the certification shall include a detailed explanation, including a specific plan (including any alternative plan to achieve the same ends of the incomplete task) and timeframe for addressing the item.

  a. <u>Pollution Prevention Equipment</u>

  i. Shipboard and shoreside preparations (*e.g.*, equipment purchases, piping reconfigurations) for carrying out the commitment to install food waste digesters on ships within 60 days of return to service;
  ii. Installing the full set of food waste digesters per the January 2020 plan and Court submission;
  iii. Identifying and assessing repairs needed to improve reliable operation of pollution prevention equipment[3] and proposing schedules for completion of work, as well as completing repairs based on these identified repair needs;
  iv. Completing all significant repairs[4] to pollution prevention equipment;
  v. Completing Advanced Air Quality System leak repairs;
  vi. Repairing/replacing regular leaking piping/components[5] to reduce the volume of bilge water generated; and
  vii. Repairing major pipe system changes[6] to reduce the volume of bilge water generated.

  b. <u>Spare Parts</u>

  viii. Providing a full set of critical environmental spare parts for pollution prevention equipment.

  c. <u>Staffing</u>

  ix. Ensuring a full Table of Personnel or crew complement in deck and technical teams before returning to service; and

---

[2] If a Covered Vessel anticipates entering U.S. Waters before December 31, 2020, the Company shall immediately notify the Interested Parties, CAM, and TPA, and shall provide the information required by this Order no less than 7 days after the date of entry.
[3] The Company's certification shall include its definition of "repairs needed to improve reliable operation of pollution prevention equipment."
[4] The Company's certification shall include its definition of "significant repairs."
[5] The Company's certification shall include its definition of "regular leaking piping/components."
[6] The Company's certification shall include its definition of "major pipe system changes."

      x.    Ensuring a designated engineer for Advanced Air Quality Systems is onboard equipped ships before returning to service.

  d. <u>IT Support and Voyage Planning</u>

      xi.    Developing and implementing the new voyage and environmental planning software tool.[7]

  e. <u>Waste Offload Support</u>

      xii.    Assessing each waste vendor in accordance with the Company's internal procedure (Global HESS ENV-1004) for each waste vendor that the Covered vessel returning to U.S. Waters intends to use to dispose of waste during its planned itinerary, and, where required and if feasible, conducting site visits.[8]

Should the Court determine additional review is needed to verify or validate the information provided in the certification, the Court will utilize the Interested Parties, the TPA, and/or the CAM to undertake such a review. The Company shall cooperate with the Interested Parties, CAM, and TPA to facilitate their ability to perform such a review, including complying with reasonable requests for access to: records, logbooks, and other documents; personnel; physical spaces and equipment; and electronic databases and systems.

Nothing in this Order relieves the Company of the requirements imposed by applicable international, flag state, port state, coastal state, and United States laws, or other applicable law, or the Terms and Conditions of Supervision, including the ECP.

DONE AND ORDERED in Miami, Florida, this 21st day of October, 2020.

*/s/ Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

---

[7] In the event the software is not implemented on the Covered Vessel at the time of certification, and in accord with the instruction above, the Company shall provide its process to be used to develop and implement the voyage plan for that Covered Vessel's planned itinerary.

[8] In addition, the Company shall provide with its certification a list of all outstanding or postponed Planned Maintenance System items for the Covered Vessel at the time of certification. The Company is not required to submit a specific plan for addressing these items.

cc: All Counsel of Record