UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CR-20897-SEITZ

UNITED STATES OF AMERICA,

v.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

### ORDER RE: JANUARY 2021 STATUS CONFERENCE

THIS MATTER came before the Court *sua sponte*. Due to scheduling conflicts, pursuant to the agreement between the Parties, the Court Appointed Monitor and the Third Party Auditor, the status conference currently set for January 13, 2021 by the Court's January 9, 2020 Order (DE 174), will instead be held on January 27, 2021. It is therefore

ORDERED that:

1. The status conference scheduled for January 13, 2021 is hereby reset.

2. The next status conference in this case is set for **Wednesday, January 27, 2021 at 2 pm.**

DONE AND ORDERED in Miami, Florida, this 3rd day of November 2020.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record