UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CR-20897-SEITZ

UNITED STATES OF AMERICA,

v.

PRINCESS CRUISE LINES, LTD.,

    Defendant.

_____/

### ORDER REVISING DATES FOR DISCLOSURE OF COURT APPOINTED MONITOR'S QUARTERLY REPORT IN ADVANCE OF JANUARY 2021 STATUS CONFERENCE

THIS MATTER came before the Court sua sponte. Currently, the Court Appointed Monitor's ("CAM") draft Quarterly Report is to be provided to the Defendant Company and the Government on or before December 4, 2020, with the Final Report being due to the Court on or before December 15, 2020.

However, because the Quarterly Status Conference has been continued until January 27, 2021, the deadline for the CAM's draft and Final Quarterly Report will be revised to coincide with the new date for the Status Conference. Neither the Defendant or the Government object to the revised dates. It is therefore

ORDERED that:

1.    The CAM's draft Quarterly Report shall be provided to the Defendant Company and the Government on or before **Wednesday, January 6, 2021**;

2. The CAM's Final Quarterly Report shall be submitted to the Court on or before **Wednesday, January 20, 2021**.

DONE AND ORDERED in Miami, Florida, this 20th day of November 2020.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record