**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 16-20897-CR-PAS**

UNTIED STATES OF AMERICA,

    Plaintiff,
vs.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

**ORDER AMENDING AGREED ORDER EXTENDING DEADLINE FOR CERTIFICATIONS**

THIS MATTER came before the Court sua sponte. Upon consultation with the Court Appointed Monitor ("CAM"), and based on discussions between the CAM and the Parties, it has come to the Court's attention that two Covered Vessels, the Holland America Line *Noordam* and *Zuiderdam*, previously due to return to United States waters on or before December 31, 2020, have been delayed in or around the Panama Canal due to circumstances beyond the control of the Defendant, its parent corporation, and related corporate entities (collectively, the "Company"). The Company now expects that both ships will enter United States waters in early January 2021. The Company does not anticipate that any additional Covered Vessels will enter United States waters in January 2021.

On December 22, 2020, this Court issued an Agreed Order [DE 211] extending until January 15, 2021, the deadline for certain Covered Vessels to submit the certifications required by the Court's Agreed Order on October 16, 2020 Status Conference [DE 207]. Based on the information in the foregoing paragraph, it is acceptable to the Court that the amended deadline also apply to the certifications for the *Noordam* and the *Zuiderdam*. Therefore, it is hereby

2

ORDERED that:

For the Holland America Line *Noordam* and *Zuiderdam*, which are expected to return to the territorial waters of the United States in early January 2021, the deadline for the Company to submit to the Interested Parties, CAM, and Third Party Auditor the certifications required by the Court's Agreed Order on October 16, 2020 Status Conference is January 15, 2021.  [DE 207].

DONE AND ORDERED in Miami, Florida, this 24th day of December, 2020.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record