## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## Case No. 16-20897-CR-PAS

UNTIED STATES OF AMERICA,

    Plaintiff,

vs.

PRINCESS CRUISE LINES, LTD.,

    Defendant.

_____/

## ORDER ON JANUARY 27, 2021 STATUS CONFERENCE

THIS MATTER came before the Court at a quarterly Status Conference held via virtual means on January 27, 2021. At the time of the next Status Conference, scheduled for April 30, 2021, the Defendant, its parent corporation, and related corporate entities (collectively, the "Company") will have only one year remaining on its probation. The Court Appointed Monitor ("CAM") informed the Court of the prodigious efforts by Company employees to produce significant amounts of material to the Interested Parties,[1] CAM, and Third Party Auditor ("TPA"), and generally to do so in a timely manner. To ensure the limited time remaining in the Company's probation to be as productive as possible, the Court expects the Company to make future productions of requested and required materials promptly, and to proceed in a manner that favors transparency.

In addition, as discussed at the January 27, 2021, Status Conference, and in the CAM January 2021 Quarterly Report [DE 215], the Company faces challenges in completing Planned Maintenance System tasks under the circumstances presented by the COVID-19 pandemic. *See* [DE 215 at 17-21]; Status Conf. Tr. at 11-13, 16-21, 23-28 (Jan. 27, 2021). These circumstances

---

[1] The Interested Parties are "the Government, the United States Probation Office for the Southern District of Florida, the Seventh Coast Guard District (dp), and the U.S. Coast Guard Office of Investigations & Analysis." ECP § I.D.

include: (a) reduced crew levels; (b) difficulties in bringing third-party contractors or vendors onboard, including onboard quarantine requirements; (c) difficulties in obtaining needed materials; (d) postponed dry dock schedules; and (e) certain equipment being taken out of service (or otherwise not in normal use) during layup. *See* [DE 215 at 17-18]; Status Conf. Tr. at 17, 20-21, 23-27 (Jan. 27, 2021). The TPA and CAM have worked with the Company to examine the resultant backlogs of Planned Maintenance System tasks, including those that would need to be addressed as vessels return to passenger service. The Court shares the concern the TPA expressed at the hearing that "without a concerted effort and significant plan to address" outstanding or otherwise postponed planned maintenance issues, the Company "may not be able to obtain the goal [the Chief Ethics & Compliance Officer] stated during the April conference of coming back stronger and better by the time they resume cruising." Status Conf. Tr. at 17 (Jan. 27, 2021).

The Court previously ordered the Company to submit, along with each Covered Vessel certification required by the Agreed Order on October 16, 2020 Status Conference [DE 207], "a list of all outstanding or postponed Planned Maintenance System items for the Covered Vessel at the time of certification." [DE 207 at 3]. This Order requires further submissions regarding planned maintenance activities. Accordingly, it is

ORDERED that:

1. Beginning **March 24, 2021** and by the 15th of each month thereafter,[2] the Company shall submit to the Interested Parties, CAM, and TPA the following information with respect to overdue, postponed, and/or suspended Planned Maintenance System tasks:

    a. Identification of pending overdue, postponed, and/or suspended tasks on a ship-specific basis;

---

[2] This requirement shall remain in effect until such time as the Court determines a re-evaluation of this provision is appropriate.

    b. The current plan(s), which need not be ship-specific and which may change based on evolving circumstances, to address these tasks, which shall include but need not be limited to:
  i. Addition of onboard crew members or shoreside personnel to the extent deemed necessary;
  ii. Engagement of third-party vendors or contractors;
  iii. Supplying the ship with necessary parts (including spare parts), tools, and other components or equipment; and
  iv. Timelines/schedules to track implementation of the plan(s); and

    c. Identification of the responsible persons/project owners (by name, if available, or position title), both shoreside and shipboard, for the plan(s).

Nothing in this Order relieves the Company of the requirements imposed by applicable international, flag state, port state, coastal state, and United States laws, or other applicable law, or the Terms and Conditions of Supervision, including the ECP.

DONE AND ORDERED in Miami, Florida, this 22nd day of February, 2021.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record