UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-20897-CR-PAS

UNTIED STATES OF AMERICA,

    Plaintiff,
vs.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

## ORDER ON JULY 28, 2021 STATUS CONFERENCE

THIS MATTER came before the Court for a quarterly Status Conference on April 30, 2021, held via virtual means due to the ongoing COVID-19 pandemic. At that hearing, the Defendant, its parent corporation, and related corporate entities (collectively, the "Company") discussed the status of its compliance efforts in several critical areas. Based on that discussion and on further consideration, this Order specifies the Court's expectations for the next Status Conference, which is scheduled for July 28, 2021, and will be held by videoconference.

There is a double urgency to the upcoming Status Conference. First, the Court takes judicial notice that the Company has publicly announced intentions to resume commercial cruises in United States waters on a limited number of Covered Vessels in July 2021.[1] Second, there is now less than one year remaining in the Company's probation. As expressed in the Court's Order of January 29, 2021 [DE 217], in view of this limited time, the Court desires that the upcoming and all future Status Conferences address the issue of Company capabilities for

---

[1] *See, e.g.*, *Carnival Cruise Line Confirms Plans For July Restart* (June 7, 2021), https://www.carnivalcorp.com/news-releases/news-release-details/carnival-cruise-line-confirms-plans-july-restart; *Three Carnival Corporation Cruise Line Brands Plan to Resume Cruising in U.S. with Alaska Sailings in July* (May 20, 2021), https://www.carnivalcorp.com/news-releases/news-release-details/three-carnival-corporation-cruise-line-brands-plan-resume.

continuous improvement to support a sustainable compliance program and reduce its risk of recidivism after the term of probation ends. *See, e.g.*, ECP § VI.F.5. Emerging from the pandemic presents an opportunity for the Company to affirm and prioritize its commitment to supporting the ships and the Company's compliance efforts. This includes the Company's efforts to address the broader culture and leadership issues identified in CAM reports and the Environmental Compliance Culture Assessment—including the extent to which top leaders are taking responsibility for, and taking concrete actions to support compliance and the development of an enhanced culture of compliance.

The Court has also been informed that the CAM and TPA are working with the Company on the resumption of in-person visits and audits. To assist in this return to in-person visits and audits, the CAM and TPA have jointly requested that the Court grant them discretion to schedule some or all in-person visits and audits as "announced," with advanced notice to the Company, in lieu of the "unannounced" visits and audits previously ordered by the Court. [*See* DE 75, 81].

Accordingly, it is hereby ORDERED:

1) At the July 28, 2021, Status Conference, the Court shall be informed of the status of Company compliance efforts in the following areas:

    a. **Continuous Improvement**, including efforts to enhance coordination, support, and accountability between and among the operations, internal investigation, internal audit, legal, risk assessment and management, training, and broader ethics & compliance functions;

    b. **Diversity, Equity, and Inclusion**, including plans to increase diversity and enhance equity and inclusion, particularly among shipboard deck and technical officers, internal investigators, and shoreside senior managers and leaders;

    c. **Fleet Readiness for Return to Service**, including a report from the Third Party Auditor on its ongoing review of the Company's monthly Planned Maintenance System submissions pursuant to the Court's Order of February 22, 2021 [DE 218];

    d. **Internal Investigations**, including Incident Analysis Group independence and authority; investigations of identified potential systemic issues; status of the internal investigation improvement plan; and efforts to enhance diversity, equity, and inclusion within the investigator corps;

    e. **Risk Assessment and Risk Management**, including efforts to establish a holistic, corporate-wide risk governance framework;

    f. **Environmentally-conscious Ship Design**, including new build and dry dock scoping and execution processes and the integration of environmental compliance considerations and lessons learned into ship design.

        i. The Court directs that the Court Appointed Monitor review documents and information regarding the scope of work undertaken during at least one major drydock that occurred during the probationary period.

        ii. The Court further directs that the Court Appointed Monitor review documents and information regarding a select set of newbuilds designed and/or constructed during the probationary period.

    g. **Training**, including efforts to establish a holistic, corporate-wide training governance framework.

2) The CAM and TPA shall have discretion to schedule in-person visits and audits as "unannounced" or "announced."

DONE AND ORDERED in Miami, Florida, this 8th day of June, 2021.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record