UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-20897-CR-PAS

UNTIED STATES OF AMERICA,

    Plaintiff,
vs.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

## ORDER AMENDING AGREED ORDER EXTENDING DEADLINE FOR CERTIFICATIONS

It has come to the Court's attention that a Covered Vessel, the *Carnival Legend,* which was not due to return to United States waters until on or before October 1, 2021, is seeking to enter United States waters on or around July 5, 2021, for the purpose of receiving COVID-19 vaccines for its crew members and contractors aboard. The Defendant, its parent corporation, and related corporate entities (collectively, the "Company") contacted the Court Appointed Monitor ("CAM") in connection with seeking an exemption for the vessel from the certifications required by the Court's Agreed Order on October 16, 2020 Status Conference for ships entering United States waters [DE 207]. The Court understands that the vessel is currently located in or around Freeport, Bahamas, and that vaccines are not available in that location for those aboard the *Carnival Legend*. The Company's request is to allow the vessel to come to an area within the 12 nautical mile (nm) United States territorial sea boundary, though not closer than 4 nm, for the purpose of meeting a tender or other vessel carrying vaccines for those aboard the *Carnival Legend*. The Company has informed the CAM that once the vaccines are delivered, the *Carnival Legend* will leave the United States territorial sea. The Company further informed the CAM that

during this time that the vessel is within United States waters, it will not perform any environmental discharges, and will operate only on Marine Gas Oil.

The Court is informed by the CAM that, based on the information provided by the Company, the Department of Justice does not object to this request, and that the Company has stated that they have conferred with the United States Centers for Disease Control and Prevention ("CDC"), and the CDC has approved the vessel to enter United States waters and conduct vaccinations. Based on the information described above, the Court agrees to suspend the current certification requirement for the *Carnival Legend* so that it may enter United States waters on or around July 5, 2021, for the purpose of administering COVID-19 vaccines for those aboard.

Accordingly, it is hereby ORDERED that:

The *Carnival Legend* may enter the territorial waters of the United States on or around July 5, 2021, for the purpose of administering COVID-19 vaccines for those aboard, without providing the certification required by the Court's Agreed Order on October 16, 2020 Status Conference [DE 207].

DONE AND ORDERED in Miami, Florida, this 2nd day of July, 2021.

*Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record