UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-20897-CR-PAS

UNTIED STATES OF AMERICA,

    Plaintiff,

vs.

PRINCESS CRUISE LINES, LTD.,

    Defendant.

_____/

**ORDER RE: JULY 28, 2021 STATUS CONFERENCE
AND CALL-IN INSTRUCTIONS FOR PRESS AND PUBLIC**

IT IS ORDERED THAT due to the Coronavirus disease 2019 ("COVID-19") pandemic:

1) As stated in this Court's June 8, 2021 Order [DE 223], the status conference scheduled for 2:00 PM EST on Wednesday, July 28, 2021, will be held via virtual means. The court anticipates the conference terminating at approximately 4:00 PM EST.

2) In order to facilitate the virtual conference, by 12:00 pm (noon) on Tuesday, July 27, 2021, the Parties shall provide the first and last name and the email for each person who will participate in the status conference. The Court will provide instructions for ZOOM participation by way of email to Counsel for the Parties the evening before the conference. The following people SHALL attend the status conference via ZOOM:

    a.    Counsel for all Parties;

    b.    Peter Anderson, Chief Ethics and Compliance Officer;

    c.    Micky Arison, Chairman of the Boards of Directors;

    d.    Richard Brilliant, Senior Vice President & Chief Audit Officer;

    e.    Vice Admiral William Burke (Ret.), Chief Maritime Officer;

    f.    Arnold Donald, Chief Executive Officer;

    g.    Chris Donald, Senior Vice President and Environmental Corporate Compliance Manager;

    h.    Gerry Ellis, Vice President and Health, Safety, and Security Corporate Compliance Manager;

    i.    Peter Hutchison, Senior Vice President, Deputy Chief Ethics and Compliance Officer;

    j.    Enrique Miguez, General Counsel;

    k.    Josh Weinstein, Chief Operations Officer;

    l.    The Third Party Auditor;

    m.    The U.S. Probation Officer; and,

    n.    The Court Appointed Monitor.

3) The Parties are encouraged to confer prior to the status conference in an effort to streamline any issues and to maximize the time allotted by the Court for the hearing.

4) The public and the press may listen to the status conference on July 28, 2021 via ATT telephone conference by:

    i. Calling the Toll Free Number:

        (877) 848-7030-USA

        (404) 443-2170-International

    ii. Entering the Access Code, followed by the # sign:  4607489

(There is no security code, so bypass this step if a security code is requested).

    a.      Once you have connected to the telephone conference, please mute your telephone so that other members of the public may hear the status conference free from interference.

    b.      Persons granted remote access to this proceeding are reminded of the general prohibition against photographing, recording, live streaming and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

DONE AND ORDERED in Miami, Florida, this 25th day of July, 2021.

_____
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE