UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-20897-CR-PAS

UNTIED STATES OF AMERICA,

    Plaintiff,
vs.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

**ORDER ON OCTOBER 29, 2021, STATUS CONFERENCE AND AMENDING ORDER SETTING STATUS CONFERENCE DATES AND CAM AND TPA REPORT DEADLINES**

THIS MATTER came before the Court for a quarterly Status Conference on July 28, 2021, held via virtual means due to the ongoing COVID-19 pandemic. At that hearing, as in prior hearings, the Defendant, its parent corporation, and related corporate entities (collectively, the "Company") discussed the status of its compliance efforts in several critical areas. Based on that discussion, as well as the Court's review of the Fourth Annual Reports by the Court Appointed Monitor ("CAM") and Third Party Auditor ("TPA"), this Order specifies the Court's expectations for the next Status Conference, which is scheduled for October 29, 2021. Because there remains limited time in the Company's probation, all future Status Conferences will focus on the Company's capabilities for continuous improvement to support a sustainable compliance program and reduce its risk of recidivism after the term of probation ends. *See, e.g.*, ECP § VI.F.5.

At the July 28, 2021, hearing, the Company indicated that it was not able to commit to the post-ECP goals set out in the CAM Fourth Annual Report "without further discussion across the organization." *See* CAM Fourth Annual Report at 10. Therefore, the Court directed that at the October 2021 hearing, the Company's Chairman of the Board of Directors must report the

Board's concrete goals going forward, how they will be implemented and measured, and the incentives to senior management to achieve the goals, as well as, the Board's plans to hold senior management accountable. Status Conf. Tr. at 8, 10-11 (July 28, 2021). Similarly, the Court directed the Company's Chief Executive Officer to report on which of the goals set out in the CAM's Fourth Annual Report that the company has firmly adopted and the specific steps that they have taken to implement them. *Id.* at 21.

Because prior hearings and reports have extensively underscored the fact that an effective internal investigation group is critical to the Company's continuous improvement efforts after probation ends, the Court also directed the CAM and TPA to evaluate the Company's ongoing efforts to improve its internal investigation program. *Id.* at 63-64. Given the centrality of this issue and the limited number of remaining Status Conferences, the October hearing will focus on the status of the Company's internal investigation program, including the extent to which it is empowered with the necessary authority, independence, and resources. The CAM will provide a written summary of the CAM and TPA's evaluation of the internal investigation program, in the format of a letter to the Court, in lieu of the October CAM Quarterly Report.[1]

Accordingly, it is hereby ORDERED:

1) At the October 29, 2021, Status Conference, the Court shall be informed of the status of the Company's compliance efforts in the following areas:

   a. **Post-ECP Goals**. The Chairman of the Board and the Chief Executive Officer shall report on the Company's post-ECP goals, including the specific steps the Company is taking to implement, measure progress toward, and hold itself accountable for meeting those goals.

---

[1] The requirement for the CAM to submit Quarterly Reports was a function of the Company's desire for access to the CAM's observations prior to the issuance of annual reports. As the Parties are aware, over time, the CAM and the Company have developed an extensive set of calls, interviews, workshops, presentations, and other discussions and exchanges, both formal and informal. This includes weekly meetings with the Environmental Corporate Compliance Manager and other members of the Ethics & Compliance team; weekly meetings with the Chief Ethics & Compliance Officer and Deputy Chief Ethics & Compliance Officer; and routine meetings with the General Counsel, the Chief Operations Officer, and the Chief Maritime Officer. The Court understands that those interactions are now providing the functional value of the Quarterly Report.

    b.  **Internal Investigations**.

        i.  The CAM and TPA shall report on their evaluation of the Company's internal investigation program.

        ii.  The Head of the Incident Analysis Group shall report on the status of the internal investigation program, including: Incident Analysis Group authority and independence (including in deciding what to investigate, conducting investigations, reporting investigation findings, stakeholder reviews, and making recommendations); investigations of identified potential systemic issues; and efforts to enhance diversity, equity, and inclusion within the investigator corps.

        iii.  The Chairman of the Board, the Chief Executive Officer, and the Chief Ethics & Compliance Officer, shall report on their support for the internal investigation program, including the specific steps they are taking to help ensure the Incident Analysis Group will operate with the necessary independence, authority, and resources after probation ends.

2) The Court's January 29, 2021, Order Setting Status Conference Dates and CAM and TPA Report Deadlines [DE 217] is hereby amended as follows:

    a.  The CAM will not submit a Quarterly Report by October 12, 2021.

    b.  The CAM shall submit a letter to the Court by October 22, 2021, summarizing the CAM and TPA's evaluation of the Company's internal investigation program.

    c.  The letter may include, as appendices, updates on the Company's efforts in other areas of focus covered in prior CAM and TPA reports.

DONE AND ORDERED in Miami, Florida, this 16th day of September, 2021.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record