UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-20897-CR-PAS

UNTIED STATES OF AMERICA,

    Plaintiff,

vs.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

## ORDER SETTING PROBATION VIOLATION HEARING
## CALL INSTRUCTIONS FOR PRESS AND PUBLIC

IT IS ORDERED THAT due to the Coronavirus disease 2019 ("COVID-19") pandemic:

1) The revocation hearing conference scheduled for **11:00 AM EST** on **Friday, January 7, 2022**, will be held via virtual means.

2) The Court will provide instructions for ZOOM participation by way of e-mail to Counsel for the Parties the evening before the conference. The following people SHALL attend the probation revocation hearing via ZOOM:

    a. Counsel for all Parties;

    b. Micky Arison, Chairman of the Board of Directors;

    c. Arnold Donald, Chief Executive Officer;

    d. The U.S. Probation Officer;

3) The following people may attend: The Court Appointed Monitor and the Third Party Auditor.

4) The Parties are encouraged to confer prior to the revocation hearing to streamline any issues and to maximize the time allotted by the Court for the hearing.

5) The public and the press may listen to the probation violation hearing conference on January 7, 2022 via ATT telephone conference by:

i. Calling the Toll Free Number:

(877) 848-7030-USA

(404) 443-2170-International

a. Entering the Access Code, followed by the # sign: 4607489 (There is no security code, so bypass this step if a security code is requested). Once you connect to the telephone conference, you must **MUTE** your telephone so that other members of the public may hear the revocation hearing free from interference.

b. Persons granted remote access to this proceeding are reminded of the general prohibition against photographing, recording, live streaming and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

DONE AND ORDERED in Miami, Florida, this _20th_ day of December, 2021.

_____
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE