## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 16-20897-CR-SEITZ

**UNITED STATES OF AMERICA**

v.

**PRINCESS CRUISE LINES, LTD.,**

     **Defendant.**

_____/

## PROPOSED AGREEMENT TO RESOLVE PETITION FOR SUMMONS FOR OFFENDER UNDER SUPERVISION DATED NOVEMBER 23, 2021

**I.     Allegations in the Petition**

The defendant organization, Princess Cruise Lines, Ltd. ("Defendant" or "Princess"), hereby admits that it committed the violation of the conditions of probation alleged in the Petition for Summons for Offender Under Supervision dated November 23, 2021 (DE 244) (the "Petition") and that the Joint Factual Statement appended hereto as Exhibit A provides a true and sufficient factual basis for its guilty plea. Princess further admits that Princess, its corporate parent (Carnival Corporation), and related subsidiaries and entities (collectively referred to herein as the "Company"), violated the Special Conditions of Probation, and that their violation is deemed to be a violation by Princess, pursuant to Special Condition 4 and Environmental Compliance Plan ("ECP"), Section III.F.1.

**II.    Leadership Team Statement to Employees**

The Company agrees that within 14 days of the Court's acceptance of the terms of this Agreement, the Chair of the Boards of Directors and the Chief Executive Officer of the Company will issue and disseminate to all employees a statement in which Carnival Corporation & plc and its brands will admit to the violation of probation. The content, format, and mode of distribution of this statement will be subject to prior review and approval by the Court.[1]  Any other senior leadership of the Company may join this statement.

**III.    Changes to the Incident Analysis Group**

The Company will make changes, including changes to its corporate structure, relating to the Incident Analysis Group ("IAG"), which is responsible for and will have authority to conduct investigations related to Health, Environmental, Safety, and Security ("HESS") matters as set forth in **Exhibit B**.

---

[1]    As used in this Agreement, the term "Court" refers to the United States District Court for the Southern District of Florida.

If the terms of this Agreement, including Exhibit B, are accepted by the Court, then in the event that the Company does not complete a task described in Exhibit B on or before the corresponding deadline identified for that task in Exhibit B, the Company will pay a financial penalty of up to $100,000 per day, as determined by the Court, until the task has been completed. In the event the Company does not complete a task described in Exhibit B on or before ten days after the corresponding deadline identified for that task in Exhibit B, then the Company will pay a financial penalty of up to $500,000 per day commencing on the tenth day, as determined by the Court, until the task has been completed. These penalties are in addition to any others that may be authorized by law. However, the financial penalties described in this paragraph shall not apply to the planned training sessions, described in Exhibit B, for HESS investigators outside of the IAG and within the Company's various Brands.

In the event that the U.S. Department of Justice, the Office of Probation, the Court Appointed Monitor, or the Third Party Auditor determine that the Company's performance of a task described in Exhibit B has not complied with the terms of this Agreement, then they shall provide the Company with written notice specifying the basis for such determination, and the Company shall have a reasonable period of time to cure its performance, at the discretion of the Court, before the financial penalties described in the foregoing paragraph accrue or are imposed.

The Company will provide information and access necessary for the Court Appointed Monitor and Third Party Auditor to monitor and report on compliance with the ECP, including the additional obligations required under this Agreement.

## IV.     Financial Penalty

If the terms of this Agreement are accepted by the Court, then Princess will pay an additional criminal fine of $1,000,000. Payment will be made within seven days of the Court's acceptance of this Agreement. Because this payment is designated as a criminal payment by Princess, the Company further agrees that it will not seek any reduction in its tax obligations as a result of the payment. In addition, because the payment is part of Princess's admission of its violation of the conditions of its probation, neither the Company nor any related entity or agent will characterize, publicize, or refer to the payment in any other way.

## V.     Proposal Binding on the Government

The United States Attorney's Office for the Southern District of Florida and the Environmental Crimes Section of the U.S. Department of Justice agree to forgo additional probation violation proceedings in *U.S. v. Princess Cruises Lines, LTD*, Case No. 16-CR-20897 (S.D. Fla) for violations of probation that took place prior to January 7, 2022, except for any potential violations arising from the *Carnival Legend* on or about December 10, 2021, and which are known to the United States Attorney's Office for the Southern District of Florida and the Environmental Crimes Section of the U.S. Department of Justice at the time of the signing of this Agreement.

2

**AGREED AND ACCEPTED**

JUAN ANTONIO GONZALEZ
United States Attorney

TODD KIM
Assistant Attorney General
Environmental & Natural Resources Division
U.S. Department of Justice

By: _s/ Thomas Watts-FitzGerald_
    Thomas Watts-FitzGerald
    Assistant United States Attorney

By: s/ _Richard A. Udell_
    Richard A. Udell
    Senior Litigation Counsel
    Environmental Crimes Section
    U.S. Department of Justice

**ON BEHALF OF DEFENDANT:**

_____          _____
David N. Kelley                                            Date
Counsel for Defendant


_____
David Oscar Marcus
Counsel for Defendant


_____
Arnold Donald
President and Chief Executive Officer
Carnival Corporation and Carnival plc.


**AUTHORIZED BY THE BOARDS OF DIRECTORS
OF CARNIVAL CORPORATION AND CARNIVAL PLC:**


_____
Micky Arison
Member of the Executive Committees of
the Boards of Directors
Carnival Corporation and Carnival plc.


_____
Arnold Donald
Member of the Executive Committees of
the Boards of Directors
Carnival Corporation and Carnival plc.


_____
Stuart Subotnick
Member of the Executive Committees of
the Boards of Directors
Carnival Corporation and Carnival plc.


4

**ON BEHALF OF DEFENDANT:**

_____
David N. Kelley                                        Date
Counsel for Defendant

_____
David Oscar Marcus
Counsel for Defendant

_____
Arnold Donald
President and Chief Executive Officer
Carnival Corporation and Carnival plc.


**AUTHORIZED BY THE BOARDS OF DIRECTORS**
**OF CARNIVAL CORPORATION AND CARNIVAL PLC:**

_____
Micky Arison
Member of the Executive Committees of
the Boards of Directors
Carnival Corporation and Carnival plc.

_____
Arnold Donald
Member of the Executive Committees of
the Boards of Directors
Carnival Corporation and Carnival plc.


_____
Stuart Subotnick
Member of the Executive Committees of
the Boards of Directors
Carnival Corporation and Carnival plc.

**ON BEHALF OF DEFENDANT:**

_____          _____

David N. Kelley                                              Date
Counsel for Defendant

_____

David Oscar Marcus
Counsel for Defendant

_____

Arnold Donald
President and Chief Executive Officer
Carnival Corporation and Carnival plc.

**AUTHORIZED BY THE BOARDS OF DIRECTORS
OF CARNIVAL CORPORATION AND CARNIVAL PLC:**

_____

Micky Arison
Member of the Executive Committees of
the Boards of Directors
Carnival Corporation and Carnival plc.

_____

Arnold Donald
Member of the Executive Committees of
the Boards of Directors
Carnival Corporation and Carnival plc.

_____

Stuart Subotnick
Member of the Executive Committees of
the Boards of Directors
Carnival Corporation and Carnival plc.

4

**ON BEHALF OF DEFENDANT:**

_____
David N. Kelley                                    Date
Counsel for Defendant

_____
David Oscar Marcus
Counsel for Defendant

_____
Arnold Donald
President and Chief Executive Officer
Carnival Corporation and Carnival plc.

**AUTHORIZED BY THE BOARDS OF DIRECTORS**
**OF CARNIVAL CORPORATION AND CARNIVAL PLC:**

_____
Micky Arison
Member of the Executive Committees of
the Boards of Directors
Carnival Corporation and Carnival plc.

_____
Arnold Donald
Member of the Executive Committees of
the Boards of Directors
Carnival Corporation and Carnival plc.

_____
Stuart Subotnick
Member of the Executive Committees of
the Boards of Directors
Carnival Corporation and Carnival plc.