# Exhibit B

**EXHIBIT B**

**Timeline of Incident Analysis Group Action Plans**
*United States v. Princess Cruise Lines, Ltd.*, No. 16-cr-20897 (S.D. Fla.)

| Task | Target or Completion Date |
| --- | --- |
| Establish the IAG's mission of identifying all significant HESS risks to Carnival Corp. that can be identified (CAM/TPA Recommendation No. 2) | November 17, 2021 – The IAG Charter adopted by the Compliance Committees of the Boards of Directors clarified that IAG is responsible for providing independent investigation and analysis of systemic HESS issues.<br><br>December 17, 2021 – IAG provided a draft updated version of the Global HESS procedure governing IAG (HMP-1302) that reflects IAG's mission to identify all significant HESS risks to Carnival Corp. that can be identified through robust investigation and systemic analysis processes. The procedure was finalized and incorporated into the Global HESS system as of December 31.<br><br>January 31, 2022 – The Compliance Committees of the Boards of Directors will approve an updated IAG Charter that adds to IAG's mission statement identifying all significant HESS risks to Carnival Corp. that can be identified through robust investigation and systemic analysis processes. |
| Empower the IAG to investigate HESS matters that do not arise directly from specific HESS incidents, so that the IAG can assess potential systemic risks before those risks manifest themselves in a specific incident (CAM/TPA Recommendation No. 3) | November 17, 2021 – The IAG Charter adopted by the Compliance Committees of the Boards of Directors incorporated IAG's authority to investigate such HESS matters. |

**EXHIBIT B**

| Task | Target or Completion Date |
|---|---|
| The leader of the IAG retains the discretion to reject or implement any comments to an investigation report made during the stakeholder review process.  Formalize written procedure for the leader of the IAG to exercise discretion concerning the distribution of each investigation report to stakeholders, recognizing that he may request such review whenever he deems it to be helpful to the IAG.   (CAM/TPA Recommendation No. 4). | <u>December 17, 2021</u> – IAG provided a draft updated version of the Global HESS procedure governing IAG (HMP-1302) to: (i) reflect discretion for the Chief HESS Investigations Officer ("CHIO") to select the stakeholders to whom draft IAG reports will be distributed for input, and (ii) to rely on Carnival Corp.'s Risk Advisory and Assurance Services department ("RAAS") to determine, as part of its reviews of IAG, whether there is any evidence that stakeholder reviews have interfered with IAG's independence.  The procedure was finalized and incorporated into the Global HESS system as of December 31. |
| Enhance a formal written procedure to help avoid conflicts of interest when the IAG is working with subject matter experts from other departments (CAM/TPA Recommendation No. 4) | <u>December 17, 2021</u> – IAG provided a draft updated version of the Global HESS procedure governing IAG (HMP-1302) to reflect the enhanced conflict of interest procedure.  The procedure was finalized and incorporated into the Global HESS system as of December 31.<br><br><u>January 31, 2022</u> – The Compliance Committees of the Boards of Directors will approve an updated IAG Charter clarifying that the IAG shall follow the conflicts of interest procedure described in the updated version of HMP-1302. |

**EXHIBIT B**

| Task | Target or Completion Date |
|---|---|
| Define the standard of proof for IAG investigations as the preponderance of the evidence (CAM/TPA Recommendation No. 5) | <u>November 17, 2021</u> – The preponderance of the evidence standard was incorporated in the IAG Charter adopted by the Compliance Committees of the Boards of Directors.<br><br><u>December 17, 2021</u> – The preponderance of the evidence standard was documented in an updated IAG manual.<br><br><u>January 31, 2022</u> – Each member of the IAG team will complete at least one training session on the practical application of the preponderance of the evidence standard.  Carnival Corp. will commence providing the same training to HESS investigators within the Brands with the intention to complete that training before the end of the term of the ECP. |

**EXHIBIT B**

| Task | Target or Completion Date |
|---|---|
| Provide guidance on additional forms of root cause analysis, as recommended during RAAS's recent review of the IAG, and on which the IAG investigators will receive further training (CAM/TPA Recommendation No. 6) | <u>February 18, 2022</u> – IAG will have: (i) updated the training materials for its current root cause analysis methodology (the 5 Whys), (ii) adopted a standard template to be used in investigation reports to document the root cause analysis that was performed, (iii) selected an additional root cause analysis methodology, and (iv) updated the version of the Global HESS procedure governing IAG (HMP-1302) and the IAG manual to reflect the foregoing adjustments to IAG's root cause analysis.<br><br><u>March 18, 2022</u> – Subject to the availability of external training providers, each member of the IAG team will complete at least one training session on IAG's new root cause analysis method. Following Carnival Corp.'s completion of the work described below in response to the CAM's and TPA's Recommendations Nos. 12 and 13, Carnival Corp. will commence providing the same training to HESS investigators within the Brands, but the training of all Brand HESS investigators will not be complete before the end of the term of the ECP. |
| Clarify that the Chief Executive Officer is to consult with the Compliance Committee of the Boards of Directors before replacing the leader of the IAG (CAM/TPA Recommendation No. 7) | <u>November 17, 2021</u> – This requirement was incorporated in the IAG Charter adopted by the Compliance Committees of the Boards of Directors. |

**EXHIBIT B**

| Task | Target or Completion Date |
|---|---|
| Change organizational structure of IAG to report functionally to the Compliance Committees of the Boards of Directors and administratively to the Chief Ethics & Compliance Officer (CAM/TPA Recommendation No. 8) | <u>November 17, 2021</u> – This organizational change was incorporated in the IAG Charter adopted by the Compliance Committees of the Boards of Directors.<br><br><u>December 31, 2021</u> – The Global HESS procedure regarding IAG (HMP-1302) was revised to reflect IAG's updated reporting structure. |
| Establish a process by which the IAG and RAAS will confer about conducting any proposed focus or systemic review of a potential significant compliance risk affecting the corporation and determine which function is best positioned to take a lead role in such review (CAM/TPA Recommendation No. 9) | <u>December 31, 2021</u> – The Global HESS procedure regarding IAG (HMP-1302) was revised to reflect new systemic review responsibilities. |
| Provide the IAG with a formal role in consulting with compliance or operations personnel about any immediate actions taken or that need to be taken in response to HESS incidents, in order to ensure that such actions reflect the IAG's insight and do not interfere with the IAG's investigation (CAM/TPA Recommendation No. 10) | <u>December 31, 2021</u> – Global HESS procedures were updated to clarify the roles of IAG, compliance, and operations personnel when responding to an incident and while an investigation is in progress. |
| Empower the leader of the IAG with the discretion to issue preliminary reports and to recommend interim corrective actions (CAM/TPA Recommendation No. 11) | <u>December 17, 2021</u> – IAG provided a draft updated version of the Global HESS procedure governing IAG (HMP-1302) to reflect discretion to issue preliminary reports and to recommend interim corrective actions. The procedure was finalized and incorporated into the Global HESS system as of December 31. |

**EXHIBIT B**

| Task | Target or Completion Date |
|---|---|
| Expand the IAG's oversight of Level 2 investigations conducted by shore-side investigators from individual Brands (CAM/TPA Recommendation No. 12) | <u>February 11, 2022</u> – IAG will develop for review by the Compliance Committees of the Boards of Directors, based on IAG's collaboration with outside legal counsel from Hogan Lovells, a draft action plan with recommendations on how to improve the oversight of Level 2 investigations.<br><br><u>February 11, 2022</u> – IAG will develop for review by the Compliance Committees of the Boards of Directors, based on IAG's collaboration with outside legal counsel from Hogan Lovells, an assessment of the additional resources IAG needs for its improved oversight of Level 2 investigations.<br><br><u>March 18, 2022</u> – IAG will develop for review by the Compliance Committees of the Boards of Directors, based on IAG's collaboration with outside legal counsel from Hogan Lovells, an assessment of the resources IAG needs to perform the additional responsibilities proposed in this action plan and for the IAG's performance of its existing responsibilities. |

**EXHIBIT B**

| Task | Target or Completion Date |
|---|---|
| Assign to the IAG responsibility for following up on corrective and preventive actions recommended in previous investigation reports to verify whether those actions were implemented, as well as the effectiveness of those actions (CAM/TPA Recommendation No. 13) | <u>November 17, 2021</u> – The IAG Charter adopted by the Compliance Committees of the Boards of Directors incorporated these responsibilities.<br><br><u>February 11, 2022</u> – Carnival Corp. will develop for review by the Compliance Committees of the Boards of Directors, based on Carnival Corp.'s collaboration with outside legal counsel from Hogan Lovells, a draft action plan with recommendations on how to verify the completion and assess the effectiveness of corrective and preventive actions recommended in previous IAG reports.<br><br><u>February 11, 2022</u> – Carnival Corp. will develop for review by the Compliance Committees of the Boards of Directors, based on Carnival Corp.'s collaboration with outside legal counsel from Hogan Lovells, an assessment of the additional resources needed to verify the completion and assess the effectiveness of corrective and preventive actions recommended in previous IAG reports.<br><br><u>March 18, 2022</u> – IAG will develop for review by the Compliance Committees of the Boards of Directors, based on IAG's collaboration with outside legal counsel from Hogan Lovells, an assessment of the resources IAG needs to perform the additional responsibilities proposed in this action plan and for the IAG's performance of its existing responsibilities. |