# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 16-20897-CR-SEITZ

**UNITED STATES OF AMERICA**

**v.**

**PRINCESS CRUISE LINES, LTD.,**

     **Defendant.**

_____/

## ORDER APPROVING PRINCESS CRUISE LINES, LTD.'S  MESSAGE TO ALL EMPLOYEES AND PROPOSED DISTRIBUTION METHOD IN COMPLIANCE WITH THIS COURT'S ORDER [DE 255]

This cause is before this Court upon Princess Cruise Lines, Ltd.'s Notice Of Filing to

Comply with Court Order [DE 255].  Having considered both the proposed method of

distribution as reflected in Defendant's submission [DE 259] and the final Message to All

Employees attached as Exhibit A to this Order, the Court approves the dissemination of that

Message consistent with the distribution procedures set out in DE 259 with the following change

to the email header in the proposed distribution plan.  The email header must add the name of the

chairman of the board who has signed the Message.  Thus, on all emails distributing Exhibit A

the approved email header must read "A Message From Mickey Arison, Arnold Donald and the

Senior Leadership Teams." Accordingly, it is hereby

ORDERED that:

1. The Court approves the content of the Message to All Employees attached as Exhibit

A;

2. The Court approves the method of distribution of the Message to All Employees

attached as Exhibit A, with the modification to the email header described above in this Order;

3. Princess Cruise Lines, Ltd. shall distribute Exhibit A to all employees with the email

header described above in compliance with this Court's January 7, 2022 Order [DE 255].

DONE AND ORDERED in Miami, Florida, this 18ᵀᴴ day of January, 2022.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record

2



# CARNIVAL
### CORPORATION & PLC.

---

## *An Important Message to All Employees*

---

Dear Fellow Team Member:

True change, lasting change, starts with the leadership of the company. As your senior leaders, we acknowledge that instances of minimizing or deflecting problems still exist here. As the people responsible for the company's culture, this is on us, and it means that we have not yet done enough to address those shortcomings. The company recently pleaded guilty to a violation of probation for failing to establish an independent internal investigations program. We fully appreciate that it is our job to foster a positive culture and maintain Carnival Corporation as a great place to work. To achieve that, we need to listen to and act upon our team members' concerns, so that our company can continue along a path of learning and improving our culture, operations, and compliance.

Our Environmental Compliance Plan is now less than five months from completion, but we will always be on the journey of continuous improvement. We are very proud of our global team and all the progress we've made together over the last few years, despite all the challenges associated with the global pandemic. Indeed, the amount of care and trust for one another that we've witnessed across our company is truly humbling and inspiring.

Despite our progress, we as your senior leaders have not yet achieved the changes in our company's culture that we want to make. For example, we recognize that there have been obstacles to speaking up, such as fear of retaliation, disappointing a boss, perceived financial pressures, or a belief that concerns raised will simply be ignored. We, as your senior leaders, need and want to change that, and are committed to building and sustaining a culture where all employees on ship and shore can, with confidence and our full encouragement, raise any issues of concern in their everyday work. We need and want to sustain an environment where your concerns will be heard and respected, and the issues you raise will be resolved appropriately; to lead a culture that embraces and learns from investigations, audits, and other analyses and reviews as opportunities to fix and to grow from our challenges and your everyday experience.

We assure you that your concerns will be addressed if you bring them to the company's attention through whatever means are most comfortable to you: your supervisor, HR, the Environmental Officer aboard your ship, or of course, our hotline. If you experience any obstacle in reporting your concerns, please don't give up but bring the matter to the attention of a higher-level employee or simply call the hotline. As you know, we are conducting surveys regularly. We ask that you please participate and speak candidly. Your feedback is important to us.

Your senior leaders need and want to hear it all—the good, the bad, and the ugly—to truly learn, act, and improve. It is not okay for us, the senior leadership team, or anyone else, to minimize or deflect problems. If anyone at Carnival Corporation faces an obstacle to speaking up, we, your senior leaders, must do a better job supporting a more positive culture.

As you know, our highest responsibility, and therefore our top priority, always, is compliance, environmental protection and the health, safety, and well-being of our guests, the people in the places we touch and serve, and of course, each and every one of our team members ship and shore. Simply put, the behaviors that underpin excellence in honoring that commitment—Speak Up, Respect and Protect, Improve, Communicate, Listen and Learn, and Empower—are essential for our sustained success.

Thank you for your dedication and your ongoing efforts. By working together and supporting each other, the future of our culture and therefore our company is very bright indeed.

Ex. A

Arnold Donald
President and Chief Executive Officer, Carnival Corporation & plc

Micky Arison
Chair of the Boards of Directors, Carnival Corporation & plc

Josh Weinstein
Chief Operations Officer, Carnival Corporation & plc

David Bernstein
Chief Financial Officer and Chief Accounting Officer, Carnival Corporation & plc

Vice Admiral (ret.) William Burke
Chief Maritime Officer, Carnival Corporation & plc

Michael Thamm
Group Chief Executive Officer, Costa Group and Carnival Asia

Jan Swartz
Group President, Holland America Group

Christine Duffy
President, Carnival Cruise Line

Peter Anderson
Chief Ethics & Compliance Officer, Carnival Corporation & plc