UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-20897-CR-PAS

UNTIED STATES OF AMERICA,

    Plaintiff,
vs.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

**ORDER RE-SETTING TIME FOR JANUARY 28, 2022**
**STATUS CONFERENCE, REQUIRING ATTENDANCE OF PARTIES, AND**
**PROVIDING CALL-IN INSTRUCTIONS FOR PRESS AND PUBLIC**

IT IS ORDERED THAT:

1) The status conference currently scheduled for 2:00 PM EST on **Friday, January 28, 2022, is hereby reset for 10:30 AM EST.** Due to the Coronavirus 2019 ("COVID-19") pandemic, the hearing will be held via virtual means. The Court anticipates the conference terminating at approximately 12:00 PM EST.

2) To facilitate the virtual conference, by 12:00 pm (noon) on Thursday, January 27, 2022, the Parties shall provide the first and last name and the email for each person who will participate in the status conference. The Court will provide instructions for ZOOM participation by way of email to Counsel for the Parties the evening before the conference. The following people SHALL attend the status conference via ZOOM:

    a.    Counsel for all Parties;

    b.    Enrique Miguez, General Counsel;

    c.    Chairman of the Boards of Directors Micky Arison;

    d.    CEO Arnold Donald;

    e.    COO Josh Weinstein;

    f.    Chief Maritime Officer Vice Admiral William Burke (Ret.);

    g.    Peter Hutchison, Senior Vice President, Deputy Chief Ethics and Compliance Officer;

    h.    Chief Ethics and Compliance Officer Peter Anderson;

    i.    Health/Safety/Security Corporate Compliance Manager Gerry Ellis;

    j.    Environmental Corporate Compliance Manager Chris Donald;

    k.    Richard Brilliant, Head of RAAS;

    l.    The Third Party Auditor;

    m.    The U.S. Probation Officer; and,

    n.    The Court Appointed Monitor.

3) The Parties are encouraged to confer prior to the status conference in an effort to streamline any issues and to maximize the time allotted by the Court for the hearing.

4) The public and the press may listen to the status conference at **10:30 AM EST on Friday, January 28, 2022** via ATT telephone conference by:

    i. Calling the Toll Free Number:

        (877) 848-7030-USA

        (404) 443-2170-International

    ii.  Entering the Access Code, followed by the # sign:  4607489

(There is no security code, so bypass this step if a security code is requested).

a. Once you have connected to the telephone conference, please mute your telephone so that other members of the public may hear the status conference free from interference.

b. Persons granted remote access to this proceeding are reminded of the general prohibition against photographing, recording, live streaming and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

DONE AND ORDERED in Miami, Florida, this 24th day of January, 2022.

_____
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE