UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-20897-CR-PAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PRINCESS CRUISE LINES, LTD.,

    Defendant.
_____/

### ORDER AMENDING AGREED ORDER EXTENDING DEADLINE FOR CERTIFICATIONS

It has come to the Court's attention that a Covered Vessel, the *Carnival Spirit*, is seeking to enter United States waters on or around February 26, 2022. The Defendant, its parent corporation, and related corporate entities, (collectively, the "Company"), contacted the Court Appointed Monitor ("CAM") to seek an amendment to the deadline for the vessel to submit the certifications required by the Court's Agreed Order on October 16, 2020 Status Conference for ships entering United States waters ("Certifications Order") [DE 207].

The Court understands that the vessel is currently located outside of U.S. waters, and that the Company plans to move the ship into United States waters to undertake the cruising itinerary that was originally planned for another vessel. This is planned because another vessel, currently in United States waters, is serving a support function for other Company ships, and the Company wants to continue to use the ship that purpose. The Company expects the *Carnival Spirit* to return to the territorial waters of the United States on or around February 26, 2022. Accordingly, the Company has requested that it be allowed to provide the CAM, Third Party Auditor, and Interested Parties the information required by the Order on or before February 4, 2022, rather

than the timeframe of thirty (30) days prior to entry into United States waters specified in the Certifications Order.

The Court is informed by the CAM that, based on information provided by the Company, the Department of Justice does not object to this request. The Third Party Auditor has confirmed that it will be able to complete its certification audit within this amended time frame. Based on the information described above, it is acceptable to the Court that the Company provide its certification for the *Carnival Spirit* on or before February 4, 2022. Therefore, it is

ORDERED that:

The Company shall submit to the Interested Parties, CAM, and Third Party Auditor the certification for the *Carnival Spirit* required by the Court's Certification Order on or before **February 4, 2022**.

DONE AND ORDERED in Miami, Florida, this 2nd day of February, 2022.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record